<u>ATTACHMENT TO CIVIL COVER SHEET</u>

**I.(a) PLAINTIFFS**

VOICE OF AMERICA, Michael Abramowitz, in his official capacity as Director of Voice of America

LaBruto, Anthony Michael

J. Doe 1

J. Doe 2

**DEFENDANTS**

UNITED STATES AGENCY FOR GLOBAL MEDIA, Kari Lake, in her official capacity as Special Adviser to the Acting CEO of the United States Agency for Global Media

UNITED STATES AGENCY FOR GLOBAL MEDIA, Victor Morales, in his official capacity as Acting CEO of the United States Agency for Global Media

UNITED STATES AGENCY FOR GLOBAL MEDIA

**VIII OTHER RELATED CASES**

Judge Oetken, 25 Civ. 2390 (S.D.N.Y. 2025)