IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, in her official capacity as Senior Adviser to the Acting CEO of the United States Agency for Global Media; <br><br> VICTOR MORALES, in his official capacity as Acting CEO of the United States Agency for Global Media; <br><br> and <br><br> UNITED STATES AGENCY FOR GLOBAL MEDIA, <br><br> *Defendants.* | Case No. 25-cv-00887 |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs respectfully move this Court for a temporary restraining order that orders Defendants to cancel their orders putting approximately 1,300 VOA employees on administrative leave, cancel the termination of personal services contracts with approximately 500 employees, cease dismantling Voice of America, and restore VOA's personnel and operating capacities such that the entities may continue their statutorily required broadcasting activities.

In support of this motion, Plaintiffs submit a memorandum of points and authorities, Exhibits A and B, declarations from all Plaintiffs in this case, and a proposed order. Plaintiffs respectfully request a hearing on his motion at the earliest possible time.

Dated: March 26, 2025

Respectfully submitted,

/s/ William B. Schultz
William B. Schultz (D.C. Bar No. 218990)
Margaret M. Dotzel (D.C. Bar No. 425431)
Brian J. Beaton, Jr. (D.C. Bar No. 90020963)*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8136
wschultz@zuckerman.com
mdotzel@zuckerman.com
bbeaton@zuckerman.com

*Attorneys for Plaintiffs*

*Pro hac vice forthcoming