# Ex. A

**From:** Crystal Thomas <cthomas@usagm.gov>
**Sent:** Saturday, March 15, 2025 9:59 AM
**Subject:** Important Information: Placement on Administrative Leave

**This email provides important information regarding your employment status.**

Pursuant to the Presidential Executive Order Continuing the Reduction of the Federal Bureaucracy – The White House  and the Office of Personnel Management Guidance on Probationary Periods, Administrative Leave and Details and additional authorities, including but not limited to, 5 C.F.R. § 630.1403, effective immediately, the United States Agency for Global Media (USAGM) is placing you on administrative leave with full pay and benefits until otherwise notified. This administrative leave is not being done for any disciplinary purpose.

Please note the following:

- **Access to Premises and Systems:** During the period that you are on administrative leave, you are not to enter USAGM premises, access USAGM systems, or attempt to use your position or authority with USAGM in any way without my prior permission or prior permission of a supervisor in your chain of command.

- **Government Property:** Since you will not have any official business during this time, upon request, you will be expected to immediately surrender your official USAGM identification badge and press pass, as well as any keys or other official government property, including documents, records, electronic and telephone devices, and other equipment.

While you are on administrative leave with pay, you must be available by your personal telephone and personal e-mail during normal business hours, as it may be necessary for Agency officials to contact you. To that end, from your personal email, please send an email to HRcustomerservice@usagm.gov providing your personal contact information, including your phone number, email address, and mailing address by Monday, March 17, 2025.

You also must remain available to report to work if directed to do so and will be required to do so within one (1) business day of being contacted by an Agency representative, whether telephonically or electronically. If a situation occurs that would prevent you from reporting to work if contacted (*e.g.*, travel outside of the area, medical circumstances, jury duty, etc.), you must contact Crystal Thomas at CThomas@usagm.gov and provide the information as to your unavailability, so that your administrative leave can be changed to the appropriate leave category.

While on administrative leave, you remain an employee of the Agency.  You are required to comply with the instructions of your supervisors, all laws and regulations, and agency policies, including the Broadcasting Administrative Manual (BAM).

We will provide you with updates as soon as they are available. We appreciate your patience and cooperation.