# Ex. B

**From:** "J.R. Hill" <chill@usagm.gov>
**Date:** March 16, 2025 at 6:00:40 PM EDT
**To:** "J.R. Hill" <chill@usagm.gov>
**Subject: Termination Notice**

Good afternoon,

Please read and acknowledge receipt of this email.

This email serves as formal notification that you must cease all work immediately and are not permitted to access any agency buildings or systems. Additionally, in accordance with Article 15 A (Termination of this Contract) of the PSC handbook, a formal Notice of Termination will be issued with an effective date of March 31, 2025, at 11:59 PM.

For your records, this notice will be sent to both your work and personal email addresses. Please review it carefully, as it will include important details regarding the conclusion of your Personal Service Contract.

If you have any questions or require further clarification, please contact me.

Thank you

J.R. Hill
USAGM/CON
Branch Chief
VOA, OCB and USAGM
202.920.2308 o
202.603.3141 c