IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, *in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media*; <br><br> VICTOR MORALES, *in his official capacity as Acting CEO of the United States Agency for Global Media*; <br><br> and <br><br> UNITED STATES AGENCY FOR GLOBAL MEDIA, <br><br> *Defendants.* | Case No. 25-cv-00887 |

## DECLARATION OF J. DOE NO. 1

1.  I am a citizen of an authoritarian country and currently serve as a journalist for the international division of the Voice of America (VOA) that provides news service to my country of origin. I have worked for VOA since 2022 as a Personal Services Contractor based in Washington, D.C., when I moved my entire family from my home country to the United States to specifically work for VOA.

2.  My work includes producing and editing digital content for audiences that speak the language of the country for which I provide news. Much of my reporting has focused on politically sensitive topics, including global conflicts and U.S. policy, reaching audiences in areas where access to uncensored and independent news is severely limited.

3.     I was placed on administrative leave on March 15, 2025. On March 16, 2025, I was notified that my personal services contract will be terminated effective March 31, 2025. I was given no reason why I was placed on administrative leave or will be terminated. I have not been permitted to publish or produce any VOA content since that time. Because of these actions, I can no longer continue my journalism.

4.     I am in the United States on the J-1 visa that is directly tied to my VOA employment. My spouse and children are here under J-2 dependent status. If I am terminated, we will lose our legal status and work authorization and will be required to leave the country within 30 days. If I am terminated on March 31, 2025, both my spouse and I will no longer be able to earn an income in the United States.

5.     Returning to my country of origin would pose a serious risk to my family's safety. Under that country's laws, I can be prosecuted for treason and face decades in prison. I am particularly scared for my life after a prominent media figure of the government's sponsored media has called for violence against individuals working for VOA and has threatened them with death. In addition, I am deeply concerned about the threat of harm from individuals opposed to VOA's mission and content. Given the visibility of my reporting and the polarized nature of the issues I cover, I fear becoming the target of harassment, or worse. These fears are heightened in today's digital environment, where identifying information, once public, can rapidly spread and become weaponized.

6.     The emotional and psychological toll of this situation has been overwhelming. This last week was the darkest week of my entire life. I am experiencing continuous stress, panic attacks, and sleeplessness. My children, who are in elementary school, are afraid of having to leave their schools and friends, having just recently adjusted to life in the U.S. We have no safety net or

savings, and my spouse cannot work without my visa. We will also lose our medical insurance with the termination.

7. VOA's international divisions play a vital role in delivering truthful information to countries, like my country of origin, where propaganda dominates. Silencing our content risks isolating millions who rely on us for facts, perspective, and hope.

8. If our jobs at VOA are terminated, it would be a significant blow to the flow of uncensored information reaching the people in my country or origin. In a country flooded with propaganda, my work gives hope, and a rare source of clarity. Without it, there will be a vacuum filled by government-sponsored misinformation. I fear that without VOA, and its journalists like me, we will leave citizens in my country of origin seeking the truth with nowhere to turn.

9. Unless this Court prevents the termination of my contract and helps to restore VOA's mission, the harm to me, my family, and the public we serve is profound and beyond repair.

On this 25th day of March 2025 I declare under penalty of perjury that the foregoing declaration is true and correct.

*/s/ J. Doe No. 1*
J. Doe No. 1
