IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*<br><br>*Plaintiffs,*<br><br>—v.—<br><br>KARI LAKE, *in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media*;<br><br>VICTOR MORALES, *in his official capacity as Acting CEO of the United States Agency for Global Media*;<br><br>and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>*Defendants.* | Case No. 25-cv-00887 |

### DECLARATION OF J. DOE NO. 2

1. Since 2022, I have been working under a personal services contract for Voice of America (VOA), the largest United States-funded international broadcaster, which provides multimedia cultural programming and news in 49 languages and reaches an estimated 362 million people across the world weekly.

2. Specifically, I have been working as a journalist in one of the foreign country divisions, which broadcasts across that country and its diaspora (foreign country communities living worldwide).

3. This division provides reports via television (including on channels in the country for which I report), radio and digital platforms.

4.      My reporting has focused on a range of important issues in the United States that are of interest to the citizens of the country for which I report who live across the world. For example, I have reported on U.S. elections, Congressional actions, foreign policy, and social issues in the United States and the country for which I report.

5.      On March 14, 2025, I was in my office in Washington D.C. when I discovered that we no longer had access to Reuters or AP.

6.      On March 15, 2025, after learning about the U.S. Agency for Global Media executive order, I drove to my office in Washington, D.C. to pick up my personal camera that I used in my work and stored in my office. I was denied access to my office. I subsequently learned that I had been placed on administrative leave. Shortly thereafter, my access to VOA email was terminated.

7.      On March 16, 2025, I received a Termination Notice and Termination for Convenience Form (via the pay portal) notifying me that my personal services contract (which was not set to expire until June 30, 2025) was being terminated effective March 31, 2025.

8.      If I am terminated on March 31, my J-1 visa will terminate, and I will be required to leave the United States by the end of April 2025. My spouse's J-2 visa, which allows the spouse of a J-1 visa holder to accompany or join them in the U.S. for the duration of the J-1 program, will also end.

9.      Due to a medical condition, my physician has recommended against air travel for at least the next 5 months.

10.     Because I am losing my job as will my spouse (when the J-2 visa lapses), we will be left with no financial support and no medical insurance. In addition, my spouse and I (expecting

to stay in the United States for several more years) purchased a town house and now have a mortgage we will be unable to pay.

11. I have asked to file under the pseudonym J. Doe No. 2 because I fear that I may face retaliation for filing this lawsuit from those opposed to the work of VOA.

12. I am also concerned that the abrupt shut down of VOA could negatively impact the relationships I have built with media outlets and the trust of the audiences I have had the privilege to serve. Further, my work reaches significant audiences, and so my termination will hurt VOA's ability to meet its statutory mission.

13. I believe that immediate injunctive relief from this Court is necessary to protect the credibility and the independence of VOA.

On this 25th day of March 2025 I declare under penalty of perjury that the foregoing declaration is true and correct.

                                                                            /s/ J. Doe No. 2
                                                                                 J. Doe No. 2