IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*<br><br>*Plaintiffs,*<br><br>–v.–<br><br>KARI LAKE, *in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media*;<br><br>VICTOR MORALES, *in his official capacity as Acting CEO of the United States Agency for Global Media*;<br><br>and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>*Defendants.* | Case No. 25-cv-00887 |

## DECLARATION OF ANTHONY MICHAEL LABRUTO

1. For the past two years, I have worked under a personal services contract for Voice of America (VOA), the largest United States-funded international broadcaster, which provides multimedia cultural programming and news in 49 languages and reaches an estimated 362 million people across the world weekly.

2. Specifically, I have worked as an International Multimedia Journalist in the English to Africa Service in the Africa Division which broadcasts across all of Africa and the African diaspora (African communities worldwide) in 16 different languages. The division, which provides reports via television, radio and digital platforms, licenses programs to 1000 affiliate stations in Africa.

3. My area of reporting has been focused primarily on the United States Congress. The types of reports I have provided during my time with VOA have covered a wide range of subjects of interest to African citizens. For example, I have reported on military and security bills under consideration, the United States Agency for International Development grants, and the United States President's Emergency Plan for AIDS Relief (PEPFAR), which is a global health initiative designed to address the global HIV/AIDS epidemic.

4. On March 15, 2025, I received an email (in my VOA email account) from J.R. Hill informing me that I was being placed on indefinite administrative leave. One hour later my access to VOA email was terminated. Several days later I received a second email (this one to my personal email) informing me that the termination was not due to a disciplinary issue.

5. On March 16, 2025, I received a Termination Notice and Termination for Convenience Form notifying me that my personal services contract (which was not set to expire until June 30, 2025) was being terminated effective March 31, 2025.

6. I am concerned that the abrupt shutdown of VOA will negatively impact the relationships I have built with media outlets around the world and the trust of the audiences I have had the privilege to serve. My termination will also harm VOA's broader mission because the content I produce reaches significant African audiences.

7. I believe that immediate injunctive relief from this Court is necessary to protect the credibility and the independence of VOA.

On this 25th day of March 2025 I declare under penalty of perjury that the foregoing declaration is true and correct.

Anthony Michael LaBruto