IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media; <br><br> VICTOR MORALES, in his official capacity as Acting CEO of the United States Agency for Global Media; <br><br> and <br><br> UNITED STATES AGENCY FOR GLOBAL MEDIA, <br><br> *Defendants.* | **Case No. 25-cv-00887** |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order, the accompanying memorandum of law and exhibits in support thereof, and any opposition and reply thereto, the Court finds that Plaintiffs have demonstrated a likelihood of success on the merits, that the balance of harms and public interest weigh in Plaintiffs' favor, and that Plaintiffs will suffer irreparable harm unless the Defendants are restrained as set forth in Plaintiffs' motion for a temporary restraining order. Accordingly, it is hereby:

ORDERED that Plaintiffs' motion for a temporary restraining order is granted; and it is further

ORDERED that defendants shall cancel their orders putting approximately 1,300 VOA employees on administrative leave, cancel the termination of personal services contracts

2

with approximately 500 employees, cease dismantling Voice of America, and restore VOA's personnel and operating capacities such that the entities may continue their statutorily required broadcasting activities.

Additionally, Defendants are ORDERED to file any papers in opposition to Plaintiffs' motion for a preliminary injunction not later than _____, 2025.

Further, it is ORDERED that the parties appear for a hearing on the motion for a preliminary injunction set for _____ _____, 2025.

Dated: _____

_____
United States District Judge