AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Abramowitz et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00887 |
| Lake et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Abramowitz, Anthony Michael LaBruto, J. Doe 1, J. Doe 2 .

Date:   03/26/2025

*Attorney's signature*

Margaret M. Dotzel, Bar No. 425431
*Printed name and bar number*
Zuckerman Spaeder LLP
2100 L Street, NW
Suite 400
Washington, DC 20037

*Address*

mdotzel@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*