IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*,<br><br>*Plaintiffs,*<br><br>–v.–<br><br>KARI LAKE, *in her official capacity as Senior Adviser to the Acting CEO of the United States Agency for Global Media*;<br><br>VICTOR MORALES, *in his official capacity as Acting CEO of the United States Agency for Global Media*;<br><br>and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>*Defendants.* | **Case No. 1:25-cv-00887-RCL** |

## PLAINTIFF J. DOE 1'S VOLUNTARY NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff J. Doe 1 hereby gives notice that Plaintiff is voluntarily dismissing this action. Plaintiff J. Doe 1 seeks to withdraw from this action due to concerns about the disclosure of Plaintiff's identity in connection with this lawsuit.

March 28, 2025

Respectfully Submitted,

*/s/ William B. Schultz*
William B. Schultz (D.C. Bar No. 218990)
Margaret M. Dotzel (D.C. Bar No. 425431)
Brian J. Beaton, Jr. (D.C. Bar No. 90020963)*

ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8136

wschultz@zuckerman.com
mdotzel@zuckerman.com
bbeaton@zuckerman.com
*Attorneys for Plaintiffs*
**Pro hac vice forthcoming*