

330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

## U.S. AGENCY FOR GLOBAL MEDIA PERSONAL SERVICES CONTRACT AGREEMENT
## TERMS AND CONDITIONS

Section 305(a) of the International Broadcasting Act, as amended, 22 U.S.C. § 6204(a), authorizes the United States Agency for Global Media (hereinafter referred to as "USAGM", "the Government", or "the Agency") to "procure personal services" to carry out the Agency's mission and in general procure these or any other services to support the Agency's mission "notwithstanding any other provision of law related to such acquisition." 22 U.S.C. § 6204(a)(10), (15).

Pursuant to its authority to procure personal services as set forth herein, the Agency, with its headquarters located at 330 Independence Avenue, S.W., Washington D.C. 20237, requires the personal services of the undersigned (hereinafter referred to as the PSC).

**1. Entire Contract**
These Terms and Conditions, in paragraphs 1 through 19, and the three (3) Attachments hereto that may be amended from time to time at the sole discretion of the Agency as set forth below, are incorporated into and made part of this contract and collectively comprise the entire agreement between USAGM and the PSC (hereinafter referred to as "this Contract").

**2. Effective Date of this Contract**
The PSC may commence work under the terms and conditions set forth herein on the commencement date specified in Attachment A, or on the date that both parties sign this Contract, whichever is later. Notwithstanding any other provision of this contract, this contract does not represent a binding obligation upon the Agency, except at set forth in paragraph 12.

**3. Period of Performance/Contract Term**
Performance of this Contract may commence on the date of execution of this Contract and may continue until June 30 of the Base Year. This term will be for up to one (1) Base Year and, if the options are exercised by the USAGM, up to two one (1) year Option Years, unless terminated sooner in accordance with Article 15 of Attachment C. The Options may be exercised or not exercised at the sole discretion of the USAGM. The Agency will provide the PSC written notice of its intent to exercise any option fifteen (15) calendar days before this Contract expires.

**4. Contract Termination**
Termination of this Contract shall be conducted in accordance with the terms of the attached USAGM Personal Services Contractor Handbook.

**5. Status as a Personal Services Contractor**
The PSC will be performing personal services under this Contract. The PSC understands and acknowledges that the PSC is not a USAGM employee within the competitive or the excepted service or for any other purposes under the law. The PSC understands and acknowledges that this applies notwithstanding any and all provisions of this Contract.

### 6. Services to be Performed
The PSC agrees to perform assigned duties outlined in the attached the Position Description / Statement of Work (hereinafter referred to as "PD/SOW")[1] in accordance with this Contract.

### 7. Compensation
The PSC agrees to provide services at the hourly rate identified in Attachment A and in accordance with the Personal Services Contractor Handbook.

### 8. Benefits
The Agency agrees to provide benefits to the PSC identified in this Contract in accordance with the Personal Services Contractor Handbook.

### 9. Onboarding and Enrollment in PSC Human Capital Management Application
Prior to beginning performance under this Contract, the PSC must complete certain forms (which may include personally identifiable information) and furnish these forms to the Agency during the onboarding process in order to enroll in the Agency's Human Capital Management ("HCM") application. All personally identifiable information sought by or provided pursuant to such forms will be collected and stored in conformity with the Agency's System of Records Notices. Enrolling in the HCM system is required to complete the onboarding process, report time and attendance, receive regular salary payments, and perform self-service activities including, but not limited to, requesting time off and managing benefits.

### 10. Disputes
This Contract is subject to the Contract Disputes Act of 1978. All dispute resolution between the PSC and the Government arising out of this Contract shall be conducted in accordance with the procedures included in the Personal Services Contractor Handbook.

### 11. Assignment of Contract
The PSC shall not subcontract any part of its obligations under this Contract, nor may it transfer or assign any of its rights, duties, or obligations hereunder to a third party.

### 12. Obligations Pursuant to this Contract
As a contract for personal services, this agreement does not represent a binding obligation for payment on behalf of the Agency. The Agency is only bound to the terms and conditions herein with respect to services actually performed.

Obligations pursuant to this personal services contract are recorded in accordance with 31 U.S.C. § 1501(a)(7), meaning that they only become "obligations at the time . . . when the services are rendered." See Principles of Federal Appropriations Law, 3rd Edition, Volume II (GAO-06-382SP), at page 7-46.[2]

### 13. Intellectual Property Rights in Data

---

[1] For the purposes of this Contract, Position Description and Statement of Work are coterminous, and the PD/SOW refers to the document in the personal services contract with USAGM that describes the work PSC is required to perform.

[2] "Section 1501(a)(7) is not limited to permanent federal employees. It applies as well to persons employed in other capacities, such as temporary or intermittent employees or persons employed under a personal services contract." Principles of Federal Appropriations Law, 3rd Edition, Volume II (GAO-06-382SP), at page 7-46.

The PSC understands and agrees that all deliverables under this Contract of whatever nature, including, without limitation, copyrights, trademarks, domain names, and Data, are and will be, from their inception, owned exclusively by USAGM. The PSC will make no claim to or challenge the ownership or validity of any and all deliverables under this Contract. Nothing in this Agreement gives the PSC any intellectual property rights in any deliverable under this Contract, and the PSC shall not attempt to sell, transfer, or donate such intellectual property to any entity, in any form, without the express written consent of USAGM.

Further, USAGM shall have Unlimited Rights in all deliverables in this Contract that are owned by, or licensed to, the PSC prior to the effective date of this Contract.

### 14. Governing Law
This Contract shall be governed and construed under United States Federal Law.

The Federal Acquisition Regulation ("FAR") does not apply to this Contract, pursuant to the exercise of the Agency's authority under 22 U.S.C. § 6204(a)(10) (to "procure, rent, or lease supplies, services, and other property for journalism, media, production, and broadcasting, and related support services, notwithstanding any other provision of law relating to such acquisition, rental, or lease"). Any use by the Agency of terms that are also included within the FAR, in association with this Contract or its administration, shall not be construed as incorporation or adoption of the FAR.

### 15. Modification
This Contract may be modified in accordance with paragraph 18.

### 16. Severability
In the event any provision of this Contract shall be determined to be invalid or unenforceable under applicable law, all other provisions of this Contract shall continue in full force and effect.

### 17. Independent Entities
The parties to this Contract are independent entities under this Contract and nothing in this Contract authorizes a party to act as an agent of the other or bind the other to any transaction or agreement.

### 18. Contract Attachments
The following three documents are attachments to this Contract: A. PSC Offer Letter; B. PSC PD/SOW; and C. Personal Services Contractor Handbook (including Appendix 1). Attachments B and C may be amended from time to time at the sole discretion of the Agency.

### 19. Entire Contract
This Contract contains the entire agreement between the parties. Attachments to this Contract form an integral part of this Contract. This Contract supersedes all prior negotiations, representations, and agreements, either written or oral.

## ATTACHMENTS

A. PSC Offer Letter
B. PSC PD/SOW
C. Personal Services Contractor Handbook (including Appendix 1)

| PSC Contract Number: A0PN | UNITED STATES AGENCY FOR GLOBAL MEDIA |
|---|---|
| Signature of Personal Services Contractor: *Anthony LaBruto* <br> By signing this Contract, the PSC acknowledges understanding his/her rights and responsibilities pursuant to this Contract and agrees to be bound by its terms. | Signature of USAGM Official authorized to sign this Contract: *Alisa Martine* |
| Typed or Printed Name: LABRUTO, ANTHONY MICHAEL | Typed or Printed Name: Alisa Martine |
| Date: 03/03/2023 | Date: 03/06/2023 |

4