# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media; <br><br> VICTOR MORALES, in his official capacity as Acting CEO of the United States Agency for Global Media; <br><br> and <br><br> UNITED STATES AGENCY FOR GLOBAL MEDIA, <br><br> *Defendants.* | **Case No.** 1:**25-cv-00887-RCL** |

## PLAINTIFFS' MOTION TO SET A PRELIMINARY INJUNCTION BRIEFING SCHEDULE

On Wednesday morning, March 26, 2025, Plaintiffs moved for a temporary restraining order and preliminary injunction in this action. In accordance with the schedule agreed to by the parties, the Defendants filed an opposition to Plaintiffs' motions on Friday, March 28 at 1 p.m.

On the evening of Friday, March 28, a district court in the Southern District of New York, in a case challenging Defendants' actions to dismantle United States international broadcasting networks within the United States Agency for Global Media, including Voice of America, entered a temporary restraining order. That order granted the following temporary relief:

> IT IS HEREBY ORDERED that, pending the hearing and determination of Plaintiffs' motion for a preliminary injunction, Defendants, and those acting in concert with them, are temporarily enjoined from taking any further actions to implement or effectuate the March 14, 2025 Executive Order entitled "Continuing the Reduction of the Federal Bureaucracy" as to USAGM and the March 15, 2025 email issued to all VOA staff, or take any action to reduce USAGM's workforce (whether employees, contractors, or grantees), included but not limited to (i) proceeding with any further attempt to terminate, reduce-in-force, place on leave, or furlough any USAGM employee, or contractor, (ii) terminating (or proceeding with terminating as announced) any USAGM grant or contract or proceeding with terminating any USAGM Personal Services Contractors (PSCs) who received notice after March 14, 2025 that their contract would be terminated, including but not limited to John Doe 3 and John Doe 4 who received notice that their contracts would be terminated on March 31, 2025, or (iii) closing any USAGM office or requiring employees or contractors in overseas offices to return to the United States.

*Widakuswara v. Lake*, No. 25 Civ. 2390 (JPO), Dkt. #54 at 21–22 (S.D.N.Y. 2025). This relief covered the terminations of 500 personal services contract employees or taking other actions to close VOA. The order does not require Defendants to terminate their March 15 action placing virtually all VOA employees on administrative leave or the closing down of the agency, among other relief requested by Plaintiffs in their motion for a preliminary injunction in this case.

As explained in Plaintiffs' memorandum in support of their motion for a temporary restraining order and a preliminary injunction, Plaintiffs are entitled to a preliminary injunction

requiring Defendants to cancel their administrative leave order and from taking other actions to close down VOA.

Accordingly, Plaintiffs request that the Court enter the following order setting a schedule for Plaintiffs' motion for a preliminary injunction:

Defendants shall file an opposition to Plaintiffs' motion for a preliminary injunction by Wednesday, April 2, 2025, in accordance with Local Rule 65.1(c).

Plaintiffs shall file any reply by Monday, April 6, 2025.

Plaintiffs also request that the Court set a hearing on Plaintiffs' motion as soon as the Court's calendar permits.

Plaintiffs conferred with Defendants on the proposed schedule and Defendants do not consent.

Dated: March 31, 2025

Respectfully submitted,

*William B. Schultz* (signature)

William B. Schultz (D.C. Bar No. 218990)
Margaret M. Dotzel (D.C. Bar No. 425431)
Brian J. Beaton, Jr. (D.C. Bar No. 90020963)*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8136
wschultz@zuckerman.com
mdotzel@zuckerman.com
bbeaton@zuckerman.com

*Attorneys for Plaintiffs*

*Pro hac vice forthcoming