IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ABRAMOWITZ *et al.*

*Plaintiffs,*

–v.–

KARI LAKE, *in her official capacity as Special Advisor to the Acting CEO of the United States Agency for Global Media*;

VICTOR MORALES, *in his official capacity as Acting Chief of the United States Agency for Global Media*;

and

UNITED STATES AGENCY FOR GLOBAL MEDIA

*Defendants.*

Case No. 25-cv-00887 (RCL)

## DECLARATION OF MICHAEL ABRAMOWITZ

1. I am the director of the Voice of America (VOA), the largest United States-funded international broadcaster. Until recently, VOA employed approximately 1,300 employees in total, including around 1,000 journalists. Approximately 500 of VOA's employees, including approximately 450 journalists and representing approximately forty percent of VOA's workforce, are personal service contractors (PSCs), who work fulltime under contract with VOA.

2. On March 15, 2025, nearly all USAGM employees, including approximately 1,300 employees of VOA in addition to me, received notice from USAGM that we were being placed on administrative leave "until further notice." In addition, on March 16, 2025, 500 PSCs already on administrative leave—who are fulltime employees and virtually all of whom are working-level

journalists or technical product staff—were informed that their contracts would be terminated as of March 31, 2025.

3. As a result of these actions and others, VOA has ceased all broadcasting activities for the first time in 83 years. VOA has not produced any journalism since March 15, 2025. It has not updated its website since that time. And it has not broadcasted over the airwaves since that time. Its website is frozen, its radio and television channels are looping filler material, and its newsroom is shuttered.

4. On March 28, 2025, a court in the Southern District of New York issued a temporary restraining order (TRO) in a related matter *Widakuswara v. Lake,* No. 25 Civ. 2390, (S.D.N.Y. Mar. 28, 2025), ECF No. 54, which temporarily prevents any further action to dismantle VOA, including by terminating the 500 PSCs. What that court did not do, however, was terminate the administrative leave for me or the other 1300 employees that were placed on administrative leave and thus VOA broadcasting remains shuttered.

5. For VOA to meet its statutory obligations, most or all of the 1300 employees that were placed on administrative leave must be brought back. And for the reasons described below, the longer VOA employees are kept on administrative leave, the harder it is going to be for VOA to continue to meet its statutory obligation even if all such employees are taken off of administrative leave.

6. VOA's staff and journalists throughout the organization have already begun looking for other employment. VOA staff have specialized skills and unique contacts across the globe which will be lost if these current employees move elsewhere.

7. Overseas stringers (freelancers) also are crucial to VOA's ability to cover breaking news all over the world. Because all stringer contracts (as well as the contracts with organizations

that help VOA identify stringers) have been terminated, unless VOA employees administrative leave is ended, VOA will quickly lose the ability to reenter into arrangements with stringers as they will be compelled to enter into other contractual agreements.

8. Similarly, VOA relies on news wire services for video, image and content on breaking news, but those contracts have also been cancelled. In addition, contracts with all 18 Africa transmitting stations have been eliminated. These transmitting stations are critical to VOA's coverage of news to African nations. Until VOA employees administrative leave is ended, VOA is unable to reestablish those relationships and contracts.

9. Likewise, contracts with most of VOA's vendors, which allow VOA to operate, have been terminated. These vendors provide the resources that enable VOA to meet its statutory mission. Without them there will be no video, no images, no editing, and minimal support regarding digital, TV and radio transmission.

10. With each passing day it will become increasingly difficult and costly to reinstate or replace cancelled contracts that are needed for basic operations. Renegotiation by vendors, new public competitions, and potential contractor changes increase costs and inefficiencies to the government. The government will likely receive worse services and goods at higher prices.

11. VOA is also losing its audience. Until recently, VOA had a weekly audience of 352 million people, the largest audience of any international broadcaster. Now VOA is blacked out on television and radio, which brought VOA 75% of its audience. As a result of the shutdown, affiliates will soon have no choice but to make contractual arrangements to substitute other programming, leaving VOA without affiliates should it remain off air for a significant period of time.

12. In addition, for years, VOA has invested in world-class digital media experts, tools, and training to build some of the largest and most loyal online audiences. In just two weeks, VOA has seen precipitous declines in audience engagement across all major digital platforms including but not limited to Instagram, Facebook, YouTube, and X. The numbers are dramatic -- dropping from millions of views and engagements per day down to thousands or less.

13. A quick return to production might recapture attention, but in the fast-moving online media, every day dark represents major losses to hard-won reach and influence. Audiences will look for different sources of information and as time elapses, VOA will not be able to get back its extraordinary audience share in many countries.

14. Major events, both domestic and abroad, are represented fairly by VOA and establish baseline understanding in target markets. The longer VOA's steady reporting is absent in target markets, the more state propaganda and disinformation define reality.

On this 2nd day of April 2025, I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

_____

Michael Abramowitz