UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ABRAMOWITZ, et al.,

      Plaintiffs,

  v.

KARI LAKE,
Senior Advisor to the Acting CEO of U.S.
Agency for Global Media, et al.,

      Defendants.

Civil Action No. 25-0887 (RCL)

## NOTICE OF SUPPLEMENTAL AUTHORITY AND
## MOTION FOR ADDITIONAL TIME TO DETERMINE NEXT STEPS

Defendants, through undersigned counsel, respectfully file this notice to inform the Court of the Southern District of New York's decision, dated April 4, 2025, to transfer the action pending in that district, *Widakuswara v. Lake*, Civ. A. No. 25-2390 (S.D.N.Y. Mar. 2025), to the District of Columbia. A copy of the decision is attached hereto as Exhibit A. As Defendants have previously noted, the *Widakuswara* court granted a temporary restraining order that largely overlaps with the relief that Plaintiffs seek in this action, including putting a hold to the termination of the personal services contracts that were set to terminate on March 31, 2025, and further pausing the U.S. Agency for Global Media's ("Global Media") implementation of the President's March 14, 2025, Executive Order requiring Global Media to reduce to its statutory minimum. Though Defendants here moved to stay this action pending the preliminary injunction briefing in *Widakuswara*, or in the alternative, for additional time to brief Plaintiffs' motion for a preliminary injunction in a more fulsome manner, given these recent developments the parties need a brief additional period to determine how to proceed in this litigation and the companion litigation which will soon be transferred to this district.

Considering the Southern District of New York's order, the parties should be afforded some time to confer and determine whether they can come to an agreement regarding the next steps in this litigation, including whether the *Widakuswara* matter will be consolidated with this one, and if so, whether the parties brief the pending motions for preliminary injunctions in a consolidated fashion. Because the relief that was the subject of the district court's order in *Widakuswara* remains in effect through the case's transfer absent modification from this Court (*see* Ex. A, Order at 8), Defendants maintain that the need to brief Plaintiffs' motion for a preliminary injunction on an expedited timeframe in this action remains minimal. *See* Defs.' Mot. Stay at 6-7 (ECF No. 17). The Government therefore respectfully requests that the Court enter an order requiring the parties to file a status report no later than April 9, 2025, informing the Court of a schedule for further proceedings in this action. Plaintiffs, through counsel, indicate that they agree with the Government's proposal to file a status report on that date. Because Defendants previously represented to this Court that they would file their reply to their motion to stay on or before April 4, 2025, the parties will confer and propose their positions on how this action should proceed.

Dated: April 4, 2025  
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866  
United States Attorney

By: */s/Brenda González Horowitz*  
    BRENDA GONZÁLEZ HOROWITZ,  
      D.C. Bar # 1017243  
    Assistant United States Attorneys  
    601 D Street, NW  
    Washington, DC 20530  
    Main: (202) 252-2500

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of U.S. Agency for Global Media, et al.,<br><br>        Defendants. | Civil Action No. 25-0887 (RCL) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' motion to file a joint status report proposing a schedule for further proceedings, it is hereby ORDERED that the parties shall file a status report on or before April 9, 2025, proposing a schedule for further proceedings in this action.

SO ORDERED.

| | |
|---|---|
| Dated | ROYCE C. LAMBERTH<br>United States District Judge |