UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of U.S.<br>Agency for Global Media, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0887 (RCL) |

## ORDER

Upon consideration of Defendants' motion to file a joint status report proposing a schedule for further proceedings, to which Plaintiffs consent per Defendants' representation, it is hereby ORDERED that the parties shall file a status report on or before April 9, 2025, proposing a schedule for further proceedings in this action.

**SO ORDERED.**

4/7/2025
Dated

ROYCE C. LAMBERTH
United States District Judge

3