UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, *et al.*,<br><br>    *Defendants*. | **Case No. 1:25-cv-1015-RCL**<br>**Case No. 1:25-cv-0887-RCL** |
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, *et al.*,<br><br>    *Defendants*. | |

## ORDER

    The Court issues the instant Order to provide logistical details for the upcoming hearing, after briefly consulting with counsel for all parties on their anticipated time frame for argument.

    On Thursday, April 17, the Court will hold a hearing on the pending preliminary injunction motions in *Widakuswara v. Lake*, 25-cv-1015, and *Abramowitz v. Lake*, 25-cv-887. The hearing will begin at 11:30 AM in Courtroom 15. Plaintiffs will present their arguments first; the Court will break for lunch at 12:30 PM and will reconvene at 1:45 PM; and the government will present their argument once the Court reconvenes. Plaintiffs will be provided time to respond.

Once the hearing concludes, the Court will take a brief recess. At that point, the Court will hold status conferences for each of the network grantee cases in which there is a pending motion for preliminary relief: *RFE/RL v. Lake*, 25-cv-799 (RCL); *Radio Free Asia v. United States*, 25-cv-907 (RCL); and *Middle East Broadcasting Networks v. United States*, 25-cv-966 (RCL).[1]

Counsel in each of the network grantee cases listed above is encouraged to attend the *Widakuswara* preliminary injunction hearing, given the interrelatedness of the relief sought in each case.

**IT IS SO ORDERED.**

Date: April 15, 2025

Royce C. Lamberth
United States District Judge

---

[1] Open Technology Fund is another network grantee with a case before this Court, *Open Technology Fund v. Lake*, 25-cv-840, but there is no outstanding motion for preliminary injunctive relief.