UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, <br> Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al., <br><br> Defendants. | Civil Action No. 25-0887 (RCL) |

## NOTICE OF APPEAL

Defendants—Kari Lake, in her official capacity as Senior Advisor to the Acting Chief Executive Officer ("CEO") of the U.S. Agency for Global Media, Victor Morales, in his official capacity as Acting CEO, and Global Media—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's April 22, 2025, Order (ECF No. 29), which granted the motion for a preliminary injunction filed by Plaintiffs Michael Abramowitz et al., and entered a preliminary injunction against Defendants.

Dated: April 24, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/ *Brenda González Horowitz*
    BRENDA GONZÁLEZ HOROWITZ,
      D.C. Bar # 1017243
    Assistant United States Attorney
    Civil Division
    601 D Street, NW
    Washington, DC 20530
    Main: (202) 252-2500

*Attorneys for the United States of America*