# **EXHIBIT 1**

| | |
|---|---|
| From: | abramowitzmj <abramowitzmj@gmail.com> |
| Sent: | Wednesday, April 23, 2025 10:43 AM |
| To: | Kari Lake; Victor Morales |
| Cc: | Royce Min; Crystal Thomas |
| Subject: | Judge's Order |

EXTERNAL

Dear Kari and Victor,

I am writing to inquire about the plans to bring VOA staff back to work, in line with the order from Judge Lamberth. I can assure you the entire team is eager to begin news operations as soon as possible. Please let me know. Thank you.

Sincerely,

Mike