**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*, *Plaintiffs,* –v.– KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the United States Agency for Global Media; and UNITED STATES AGENCY FOR GLOBAL MEDIA, *Defendants.* | Case No. 25-cv-00887 |

# [PROPOSED] ORDER TO SHOW CAUSE

Upon review of Plaintiffs' motion for an order to show cause, any opposition, and any reply, Defendants are ORDERED to show cause why they have failed to comply with the Court's preliminary injunction that requires Defendants to restore VOA's programming such that VOA serves as a consistently reliable and authoritative source of news.

Defendants are specifically ORDERED to explain:

1. How Defendants have restored VOA's programming such that VOA is producing and broadcasting news consistent with its various statutory requirements;

2. How Defendants can comply with VOA's statutory mandates with a staff of under 35 employees, approximately 2.5 percent of the staff prior to March 15 and without the 500 personal-services contractor employees it will have fired effective May 31;

3. How many employees they intend to restore to full-time status and how many personal-services contractor employees they intend to reinstate so that VOA can meet its statutory mandate;

4. How Defendants' actions are consistent with VOA's congressional appropriation and how VOA previously spent that appropriation, including a legal justification for the dramatic reduction in journalistic content since March 15 and following the preliminary injunction; and

5. How Defendants are complying with the statutory firewall.

Should Defendants' response to this order be insufficient, this Court will order Defendants to comply with the preliminary injunction, including by submitting a report to the Court on the steps they will take to comply and regular reports on compliance.

Dated: _____

_____
United States District Judge