# Ex. A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.* | |
| *Plaintiffs,* | |
| –v.– | **Case No. 25-cv-00887 (RCL)** |
| KARI LAKE, *in her official capacity as Special Advisor to the Acting CEO of the United States Agency for Global Media*; | |
| VICTOR MORALES, *in his official capacity as Acting Chief of the United States Agency for Global Media*; | |
| and | |
| UNITED STATES AGENCY FOR GLOBAL MEDIA | |
| *Defendants.* | |

## DECLARATION OF MICHAEL ABRAMOWITZ

1.      I am the director of the Voice of America (VOA), the largest United States-funded international broadcaster.

2.      On March 15, 2025, VOA employed approximately 850 full time employees and 550 personal service contractors (PSCs), who worked full time under contract with VOA.

3.      Prior to March 15, 2025, VOA annually spent approximately $170 million on full-time equivalent salaries, $60 million on private services contractors' salaries, and $30 million on maintaining general operational capacity, including paying for stringers, travel, equipment, and wire services, among other things.

4.      On March 15, 2025, nearly all of VOA's approximately 1400 employees (full time employees and PSCs), including myself, were placed on administrative leave, and currently all but fewer than 35 full time employees and one PSC remain on administrative leave. This means that VOA is operating with 2.5 percent of its prior workforce.

5.      In addition, my understanding is that all but five of the 550 PSCs have received termination notices with an effective date ranging from May 21 to May 31, 2025.

6.      Prior to March 15, 2025, VOA broadcast and digital services were extensive. VOA broadcasted in 49 languages to nearly 100 countries, broadcasting more than 2,000 hours per week. VOA's 8 language services in East Asia and the Pacific broadcasted to an approximately 80 million weekly audience, most of that (64.5 million) from Indonesia. The VOA African Division connected with 93 million weekly users through content in 16 languages and distribution via 1,000+ affiliate partners across radio, TV, and digital platforms. VOA's Latin-America service reached 17 countries including Venezuela and Nicaragua for a total weekly audience of approximately 101 million. The Mandarin service maintained a 24/7 real-time news website and produced a total of 17 hours of original TV and digital programming each week. In FY 2024, its TV and digital video reports garnered 198 million views on X and 189 million views on YouTube and its website attracted 77.3 million article views.

7.      Contracts with nearly all of VOA's vendors, including wire services, stringers, satellite companies and other providers, all of which allow VOA to operate, remain terminated. Without them VOA has minimal support regarding digital, TV, and radio transmission and its ability to generate video and images is severely hampered.

8.      Since March 15, 2025, and until yesterday, VOA had zero broadcasts, whether satellite, medium wave or short wave. Yesterday, USAGM turned on the Kuwait shortwave

transmitter which was used to broadcast a total of 5 minutes of live radio to Afghanistan (2.5 minutes in Pashto and 2.5 minutes in Dari.) The only other content VOA is putting out is limited social media postings and website updates in four languages.

9.      Until March 15, 2025, VOA had a weekly audience of 361 million people, the largest audience of any international broadcaster. Because VOA is blacked out on television and radio (except for 5 minutes of radio in Afghanistan), and because broadcasting brought VOA 75% of its audience, there has been a precipitous audience decline.

10.     Prior to March 15, 2025, there were on average nearly 16.4 million weekly visits across VOA's website and more than 124 million weekly digital video views. There has been a near-complete collapse of web traffic and social media engagement, even in the few languages in which limited content is being produced.

11.     On or around May 15, 2025, I learned that the General Services Administration had listed VOA's Washington D.C. headquarters for expedited sale and terminated the lease for its intended future location.

On this 28th day of May 2025, I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

Michael Abramowitz