# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL ABRAMOWITZ *et al.*,

    *Plaintiffs,*

    –v.–

KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;

VICTOR MORALES, in his official capacity as Acting CEO of the United States Agency for Global Media;

    and

UNITED STATES AGENCY FOR GLOBAL MEDIA,

    *Defendants.*

Case No. 25-cv-00887

## **AFFIDAVIT OF SERVICE**

I, Brian J. Beaton, Jr., an associate with Zuckerman Spaeder LLP, hereby certify under penalty of perjury that I am not a party to the above action, am over 18 years of age, and reside in Washington, D.C.

On May 8, 2025, I caused a Summons, ECF No. 9, in the above-captioned matter to be served by Certified Mail, return receipt and adult signature requested upon the addresses listed below:

    KARI LAKE
    330 Independence Ave. SW
    Washington, DC 20237

VICTOR MORALES
330 Independence Ave. SW
Washington, DC 20237

UNITED STATES AGENCY FOR GLOBAL MEDIA
330 Independence Ave. SW
Washington, DC 20237

PAMELA J. BONDI
950 Pennsylvania Avenue NW
Washington, DC 20530

EDWARD R. MARTIN
300 Independence Avenue S
Washington, DC 20237

On March 26, 2025, I also served the complaint, ECF No. 1, and pleadings via email upon the U.S. Attorney's Office for the District of Columbia and the U.S. Department of Justice Civil Division. That email is attached.

Executed on May 29, 2025 in Washington, D.C.

Respectfully submitted,

_____
Brian J. Beaton, Jr.

Sworn to before me this
29th day of May, 2025

_____
Notary Public

[Notary Seal: GLADYS COLÓN, NOTARY PUBLIC, MY COMMISSION EXPIRES 4/14/2027, DISTRICT OF COLUMBIA]






7017 1450 0001 9147 1334

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $ 4.85
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☑ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 3.15
Total Postage and Fees $ 12.10

Postmark Here: WASHINGTON DC 20036 MAY - 8 2025 WASHINGTON SQUARE STATION

Victor Morales
330 Independence Avenue, SW
Washington, DC 20237

See Reverse for Instructions

7017 1450 0001 9147 1341

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $ 4.85
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☑ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 3.15
Total Postage and Fees $ 12.10

Postmark Here: WASHINGTON DC 20036 MAY - 8 2025 WASHINGTON SQUARE STATION

Edward R. Martin
330 Independence Avenue, SW
Washington, DC 20237

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1450 0001 9147 1310

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $ 4.85
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☑ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 3.15
Total Postage and Fees $ 12.10

Postmark Here: WASHINGTON DC 20036 MAY - 8 2025 WASHINGTON SQUARE STATION

Kari Lake
330 Independence Avenue, SW
Washington, DC 20237

See Reverse for Instructions

7017 1450 0001 9147 1327

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $ 4.85
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☑ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 3.15
Total Postage and Fees $ 12.10

Postmark Here: WASHINGTON DC 20036 MAY - 8 2025 WASHINGTON SQUARE STATION

Pamela J. Bondi
950 Pennsylvania Avenue, NW
Washington, DC 20530

See Reverse for Instructions

7017 1450 0001 9147 1303

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $ 4.85
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☑ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 3.15
Total Postage and Fees $ 12.10

Postmark Here: WASHINGTON DC 20036 MAY - 8 2025 WASHINGTON SQUARE STATION

United States Agency for Global Media
330 Independence Avenue, SW
Washington, DC 20237

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70171450000191471303

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 8:24 am on May 19, 2025 in WASHINGTON, DC 20201.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20201
May 19, 2025, 8:24 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

Feedback

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70171450000191471310**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 8:24 am on May 19, 2025 in WASHINGTON, DC 20201.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20201
May 19, 2025, 8:24 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

Feedback

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70171450000191471327

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:10 am on May 19, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 19, 2025, 5:10 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                ⌄

USPS Tracking Plus®                                                 ⌄

Product Information                                                 ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70171450000191471334**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 8:24 am on May 19, 2025 in WASHINGTON, DC 20201.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20201
May 19, 2025, 8:24 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

[Enter tracking or barcode numbers]

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70171450000191471341**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:10 am on May 19, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 19, 2025, 5:10 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

| | |
|---|---|
| **From:** | Beaton, Brian |
| **Sent:** | Wednesday, March 26, 2025 9:30 AM |
| **To:** | Brian.Hudak@usdoj.gov; USADC.ServiceCivil@usdoj.gov |
| **Cc:** | Schultz, William B; Dotzel, Peggy; Heiman, Julia (CIV); USADC-Webmaster |
| **Subject:** | RE: Case No. 25-cv-887 Local Civil Rule 65.1(a) Certificate |
| **Attachments:** | Abramowitz v. Lake Pleadings.zip |

All,

Further to the below, please find attached the application and copies of all pleadings and papers filed in this action to date.

Best,

---

**From:** Heiman, Julia (CIV) <Julia.Heiman@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 2:29 AM
**To:** Beaton, Brian <BBeaton@zuckerman.com>; USADC-Webmaster <USADC.Webmaster@usdoj.gov>
**Cc:** Schultz, William B <WSchultz@zuckerman.com>; Dotzel, Peggy <mdotzel@zuckerman.com>
**Subject:** RE: Case No. 25-cv-887 Local Civil Rule 65.1(a) Certificate

Thank you, Mr. Beaton.  I'm writing to acknowledge that I received your email and attachments.

Best,
Julie

Julia A. Heiman
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division

**From:** Beaton, Brian <BBeaton@zuckerman.com>
**Sent:** Wednesday, March 26, 2025 1:58 AM
**To:** USADC-Webmaster <usadc.webmaster@usa.doj.gov>; Heiman, Julia (CIV) <Julia.Heiman@usdoj.gov>
**Cc:** Schultz, William B <WSchultz@zuckerman.com>; Dotzel, Peggy <mdotzel@zuckerman.com>
**Subject:** [EXTERNAL] Case No. 25-cv-887 Local Civil Rule 65.1(a) Certificate

Counsel,

On behalf of William Schultz, counsel for plaintiffs in the above-captioned matter, please find attached the application and copies of all pleadings and papers filed in this action to date.

Best,



**Brian Beaton, Jr.**
**Zuckerman Spaeder LLP**
**BBeaton@zuckerman.com**

2100 L STREET NW, SUITE 400 • WASHINGTON, DC 20037-1525
202.778.1825 direct • 978.979.3733 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.