UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of U.S. Agency for Global Media, et al.,<br><br>      Defendants. | Civil Action No. 25-0887 (RCL) |

# NOTICE REGARDING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO SHOW CAUSE

Defendants Kari Lake, in her official capacity as a Senior Advisor to the Chief Executive Officer ("CEO") of United States Agency for Global Media ("Global Media"), Victor Morales, in his official capacity as Acting CEO of Global Media, and Global Media, through their undersigned counsel, respectfully file this notice to request that the Court afford Defendants the requisite fourteen-day period of time (until June 11, 2025) as contemplated under the Local Civil Rules to respond to Plaintiffs' motion for an order to show cause as to how Defendants are complying with the third provision of the Court's injunction. *See* ECF No. 37; *see also* April 22, 2025, Order, ECF No. 29. Plaintiffs first informed Defendants on May 28, 2025, that they intended on filing their motion for a show cause order that same day. Plaintiffs subsequently filed their motion at 6:00 PM. Although the parties met and conferred that same day at Plaintiffs request, Plaintiffs were unable to point to any statutory provision of the International Broadcasting Act that they believe Defendants have violated. *See generally* ECF No. 37. Plaintiffs demand that the Court order Defendants to file their response by June 2, 2025, effectively affording Defendants two business

days to respond to Plaintiffs' motion. That is markedly insufficient and does not afford Defendants a meaningful opportunity to respond to the arguments raised in Plaintiffs' motion, nor does it allow Defendants sufficient time to provide supporting evidence in response. Plaintiffs have not raised any imminent need for the Court to brief this on such an expedited manner, and contrary to Plaintiffs' arguments, Voice of America is broadcasting via radio and producing digital content daily. Despite the injunction being entered over a month ago, Plaintiffs waited until the same day to raise their concerns with Defendants and file their motion, which only further underscores Plaintiffs' failure to meaningfully confer with Defendants before rushing to Court seeking relief. Defendants should be afforded a reasonable opportunity to detail their efforts since entry of the Court's preliminary injunction but need sufficient time to do so.

Defendants therefore request that the Court decline to enter the schedule proposed by Plaintiffs and allow Defendants until June 11, 2025 as contemplated under the Local Civil Rules, to file their response.

Dated: May 29, 2025
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
STEPHANIE R. JOHNSON
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
Main: (202) 252-2500

*Attorneys for the United States of America*