UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ABRAMOWITZ, et al.,

    Plaintiffs,

v.

KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Defendants.

Case No. 1:25-cv-887-RCL

## ORDER

Upon review of the plaintiffs' Motion [ECF No. 37] for Order to Show Cause as to why the defendants have failed to comply with this Court's preliminary injunction, and the defendants' Notice [ECF No. 40] thereto requesting to file their response by June 11, 2025, it is hereby

**ORDERED** that the defendants will file their response to the Motion for Order to Show Cause by **June 4, 2025**, rather than June 11, 2025.

IT IS SO ORDERED.

Date: 5/30/25

Royce C. Lamberth
United States District Judge

1