UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of U.S.<br>Agency for Global Media, et al.,<br><br>      Defendants. | Civil Action No. 25-1015 (RCL) |
| MICHAEL ABRAMOWITZ, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of U.S.<br>Agency for Global Media, et al.,<br><br>      Defendants. | Civil Action No. 25-0887 (RCL) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to stay, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that this action is STAYED pending the D.C. Circuit's issuance of a decision in *Widakuswara v. Lake*, No. 25-5144 (D.C. Cir.) and *Abramowitz v. Lake*, No. 25-5145 (D.C. Cir.); and further

\*    \*    \*

ORDERED that the parties shall file a Joint Status Report informing the Court within two weeks of the D.C. Circuit's issuance of a decision in *Widakuswara* and *Abramowitz*.

SO ORDERED.

_____                                   _____
Dated                                                                      Royce C. Lamberth
                                                                                   United States District Court Judge