UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, Senior Advisor to the Acting CEO of U.S. Agency for Global Media, et al.,<br><br>Defendants. | Civil Action No. 25-cv-0887 |

DECLARATION OF JEFF REBER

I, JEFFREY D. REBER, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1. I have been serving in the role of Acting Director of Operations since 05/21/2025. My previous role was Chief Radio TV Studios, a role I held since June 2024. I base this declaration on knowledge and information I have gained in the course of performing my official duties.

2. In that capacity, I have personal knowledge of, and direct involvement, in the current broadcasting operations of the Voice of America.

3. Although TV operations has not currently resumed, we are in the process of resuming operations. Our staff in the building consists of three TV Techs and one Automation Director/Supervisor. These individuals are system testing and preparing our TV studios for a return to programming, which we anticipate will occur as soon as we get approval from senior officials. Up until last week we also had a TV Master Control supervisor in the building. This

individual ensured that video loops played for our satellite paths and that streaming feeds were recorded.

4. Currently in Radio Operations we have one show, which began 05/27/2025. The show is a live five-minute newscast produced by the Afghan Service. The show airs once a day Monday-Friday. This show currently airs on four FM Afghan radio stations: FM Radio Raihan (estimated audience of 120,000 in the center of the Takhar province and sixteen of its districts, including Khan Abad district in the Kunduz province); FM Pamir Radio (estimated audience of 400,000 in Badakhshan provice, including Fayzabad city, Argo, Khash, Yaftal-e Bala, Yaftal-e Payin, and Arghanjkhwah); FM Radio Sar E Pul (estimated audience of 150,000 in Sarepul City, District of Sayed, District Soz Ma Gala, District Sayed Abad); and FM Mehran Radio (estimated audience of 65,000 in Jawzjan province, including Aqcha, Khwaja Dukoh, Mardian, and Khanqah, Northern Afghanistan). It is also broadcast on shortwave radio that reaches all of Afghanistan, though large amounts of electricity and electronics interfere with shortwave signal, making it difficult for any audience in urban areas to receive. Our staff in the building includes two Radio Broadcast Techs and one Radio Master Control Tech/Supervisor.

5. Currently in the building there is one Broadcast Maintenance Technician/supervisor, one Digital Support Technician, one Radio/TV Traffic scheduler and one Digital Management Supervisor. These individuals are responsible for maintaining all our broadcast systems as well as all working on all Radio and TV technical issues.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2025
Washington, District Columbia

X _____

JEFFREY D. REBER