**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-01015-RCL |
| KARI LAKE, *et al.*, | |
| Defendants. | |
| | |
| MICHAEL ABRAMOWITZ, *et al.*, | |
| Plaintiffs, | Case No. 1:25-cv-00887-RCL |
| v. | |
| KARI LAKE, *et al.*, | |
| Defendants. | |

**CONSENT MOTION FOR A BRIEFING SCHEDULE REGARDING**
**PLAINTIFFS' MOTIONS FOR AN ORDER TO SHOW CAUSE**

Plaintiffs in the above-referenced actions hereby move for a briefing schedule with

respect to Plaintiffs' respective motions for an order to show cause pending in each case.  *See*

*Widakuswara* Dkt. 112; *Abramowitz* Dkt. 37.  Defendants consent to the briefing schedule

sought in this motion.

With respect to the motion pending in the *Widakuswara* case, the *Widakuswara* Plaintiffs

respectfully request that Defendants' opposition to Plaintiff motion be filed by **Friday, June 13,**

**2025**, and Plaintiffs' reply brief be filed by **Friday, June 20, 2025.**

Consistent with the Court's May 30, 2025 Order, *see Abramowitz* Dkt. 41, Defendants

have already filed their opposition brief in the *Abramowitz* case.  The *Abramowitz* Plaintiffs

respectfully request that **Friday, June 20, 2025** be set as the deadline for their reply brief.

1

Scheduling the replies in the two cases for the same date will allow for streamlining consideration of the motions, as well as avoiding potentially duplicative briefing.  We thank the Court for its consideration of this motion.

Dated: June 10, 2025                              Respectfully submitted,

ZUCKERMAN SPAEDER LLP                    EMERY CELLI BRINCKERHOFF
                                          ABADY WARD & MAAZEL LLP

              /s/                                        /s/
_____          _____
William B. Schultz (D.C. Bar No. 218990)     Andrew G. Celli, Jr.*
Margaret M. Dotzel (D.C. Bar No. 425431)     Debra L. Greenberger*
Brian J. Beaton, Jr. (D.C. Bar No. 90020963)  Daniel M. Eisenberg (D.C. Bar # 90017823)
2100 L Street NW, Suite 400                  Nick Bourland*
Washington, DC 20037                         One Rockefeller Plaza, 8th Floor
Tel: (202) 778-1800                          New York, New York 10020
Fax: (202) 822-8136                          (212) 763-5000
wschultz@zuckerman.com                       acelli@ecbawm.com
mdotzel@zuckerman.com                        dgreenberger@ecbawm.com
bbeaton@zuckerman.com                        deisenberg@ecbawm.com
                                             nbourland@ecbawm.com

*Counsel for the* Abramowitz *Plaintiffs*

                                          *Counsel for the* Widakuswara *Plaintiffs*

                                          *Pro hac vice* motion pending