UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ABRAMOWITZ, et al.,

    Plaintiffs,

v.

KARI LAKE,
Senior Advisor to the Acting CEO of U.S.
Agency for Global Media, et al.,

    Defendants.

Civil Action No. 25-0887 (RCL)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion for an extension of time *nunc pro tunc* in this action, and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall respond to Plaintiffs' Complaint by July 18, 2025.

SO ORDERED.

6/26/25
Dated

ROYCE C. LAMBERTH
United States District Judge