| Row Labels | Count of Employee Number |
|---|---|
| OFC OF TECHNOLOGY, SVCS & INNOVATION | 44 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION---- | 3 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-ENGINEERING & TRANSMISSION DIRECTORATE-OPERATIONS AND STATIONS DIVISION-- | 1 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-ENGINEERING & TRANSMISSION DIRECTORATE-OPERATIONS AND STATIONS DIVISION-NETWORK SUPPORT BRANCH- | 2 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-ENGINEERING & TRANSMISSION DIRECTORATE-OPERATIONS AND STATIONS DIVISION-TRANSMITTING STATION - BOTSWANA- | 2 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-ENGINEERING & TRANSMISSION DIRECTORATE-OPERATIONS AND STATIONS DIVISION-TRANSMITTING STATION - GERMANY- | 1 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-ENGINEERING & TRANSMISSION DIRECTORATE-OPERATIONS AND STATIONS DIVISION-TRANSMITTING STATION - KUWAIT- | 1 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-ENGINEERING & TRANSMISSION DIRECTORATE-OPERATIONS AND STATIONS DIVISION-TRANSMITTING STATION - MARIANAS- | 1 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-ENGINEERING & TRANSMISSION DIRECTORATE-OPERATIONS AND STATIONS DIVISION-TRANSMITTING STATION - PHILIPPINES- | 1 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-ENGINEERING & TRANSMISSION DIRECTORATE-OPERATIONS AND STATIONS DIVISION-TRANSMITTING STATION - SAO TOME- | 1 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-ENGINEERING & TRANSMISSION DIRECTORATE-OPERATIONS AND STATIONS DIVISION-TRANSMITTING STATION - THAILAND- | 2 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-INFORMATION TECHNOLOGY DIRECTORATE-ENTERPRISE APPLICATIONS DIVISION-- | 3 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-INFORMATION TECHNOLOGY DIRECTORATE-ENTERPRISE PLATFORMS DIVISION-- | 8 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-INFORMATION TECHNOLOGY DIRECTORATE-INFORMATION OPERATIONS&MONITORING DIV-- | 2 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-INFORMATION TECHNOLOGY DIRECTORATE-INFORMATION SECURITY MANAGEMENT DIV-- | 1 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-OFFICE OF THE CIO--- | 1 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-OFFICE OF THE CIO-ENTERPRISE TELECOMMUNICATIONS DIVISION-- | 3 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-OFFICE OF THE CIO-GLOBAL NETWORK DIVISION-- | 6 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-RESOURCE&PROJECT MANAGEMNT DIRECTORATE-RESOURCE MANAGEMENT DIVISION-- | 2 |
| OFC OF TECHNOLOGY, SVCS & INNOVATION-TECHNOLOGY SUPPORT SVCS DIRECTORATE-COMPUTER SYSTEMS SUPPORT DIVISION-- | 3 |
| OFFICE OF CUBA BROADCASTING | 32 |
| OFFICE OF CUBA BROADCASTING---- | 1 |
| OFFICE OF CUBA BROADCASTING-ADMINISTRATION DIRECTORATE--- | 2 |
| OFFICE OF CUBA BROADCASTING-BROADCAST OPERATIONS DIRECTORATE--- | 1 |
| OFFICE OF CUBA BROADCASTING-CENTRAL NEWS DIVISION--- | 7 |
| OFFICE OF CUBA BROADCASTING-DIGITAL MEDIA & SOCIAL STRATEGY DIV--- | 4 |
| OFFICE OF CUBA BROADCASTING-INFORMATION TECHNOLOGY DIVISION--- | 2 |
| OFFICE OF CUBA BROADCASTING-RADIO MARTI DIVISION-RADIO TECHNICAL BRANCH-- | 6 |
| OFFICE OF CUBA BROADCASTING-TRANSMISSION DIVISION--- | 2 |
| OFFICE OF CUBA BROADCASTING-TRANSMITTING STATION - GREENVILLE--- | 3 |
| OFFICE OF CUBA BROADCASTING-TV MARTI DIVISION--- | 1 |
| OFFICE OF CUBA BROADCASTING-TV MARTI DIVISION-TV PRODUCTION BRANCH-- | 2 |
| OFFICE OF CUBA BROADCASTING-TV MARTI DIVISION-TV TECHNICAL BRANCH-- | 1 |
| OFFICE OF MANAGEMENT SERVICES | 54 |
| OFFICE OF MANAGEMENT SERVICES---- | 2 |
| OFFICE OF MANAGEMENT SERVICES-ADMINISTRATION--- | 1 |
| OFFICE OF MANAGEMENT SERVICES-CONTRACTS--- | 20 |
| OFFICE OF MANAGEMENT SERVICES-CONTRACTS-SIMPLIFIED-- | 1 |
| OFFICE OF MANAGEMENT SERVICES-HUMAN RESOURCES--- | 4 |
| OFFICE OF MANAGEMENT SERVICES-HUMAN RESOURCES-ADMINISTRATION AND BENEFITS-- | 3 |
| OFFICE OF MANAGEMENT SERVICES-HUMAN RESOURCES-INFORMATION SYSTEMS AND SOLUTIONS-- | 4 |
| OFFICE OF MANAGEMENT SERVICES-HUMAN RESOURCES-LABOR AND EMPLOYEE RELATIONS-- | 8 |
| OFFICE OF MANAGEMENT SERVICES-HUMAN RESOURCES-OPERATIONS-- | 5 |
| OFFICE OF MANAGEMENT SERVICES-HUMAN RESOURCES-WORKFORCE SUPPORT AND DEVELOPMENT-- | 1 |
| OFFICE OF MANAGEMENT SERVICES-SECURITY--- | 2 |
| OFFICE OF MANAGEMENT SERVICES-SECURITY-PERSONNEL-- | 2 |
| OFFICE OF MANAGEMENT SERVICES-SECURITY-PHYSICAL-- | 1 |
| OFFICE OF POLICY & RESEARCH | 3 |
| OFFICE OF POLICY & RESEARCH-OFFICE OF EDITORIALS--- | 3 |
| OFFICE OF THE CHIEF FINANCIAL OFFICER | 18 |
| OFFICE OF THE CHIEF FINANCIAL OFFICER---- | 1 |
| OFFICE OF THE CHIEF FINANCIAL OFFICER-BUDGET--- | 7 |
| OFFICE OF THE CHIEF FINANCIAL OFFICER-FINANCIAL OPERATIONS--- | 10 |
| OFFICE OF THE GENERAL COUNSEL | 3 |
| OFFICE OF THE GENERAL COUNSEL---- | 3 |
| UNITED STATES AGENCY FOR GLOBAL MEDIA | 1 |
| UNITED STATES AGENCY FOR GLOBAL MEDIA---- | 1 |
| VOICE OF AMERICA | 54 |
| VOICE OF AMERICA---- | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-AFRICA DIVISION-- | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-BROADCAST OPERATIONS-CENTRAL PRODUCTION SERVICES DIVISION-TRAFFIC BRANCH/TRAFFIC SERVICES | 2 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-BROADCAST OPERATIONS-CENTRAL PRODUCTION SERVICES DIVISION-TRAFFIC BRANCH/TV OPERATIONS SERVICES | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-BROADCAST OPERATIONS-OPERATIONS SUPPORT DIVISION- | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-BROADCAST OPERATIONS-OPERATIONS SUPPORT DIVISION-RADIO MULTIMEDIA | 5 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-BROADCAST OPERATIONS-OPERATIONS SUPPORT DIVISION-TELEVISION OPS/TV MASTER CONTROL SVC | 3 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-BROADCAST OPERATIONS-OPERATIONS SUPPORT DIVISION-TELEVISION OPS-TV STUDIO SERVICES | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-BROADCAST OPERATIONS-VOA DIGITAL MANAGEMENT DIVISION- | 3 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-BROADCAST OPERATIONS-VOA DIGITAL MEDIA SUPPORT- | 4 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-CHINA DIVISION-MANDARIN SERVICE- | 2 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-EAST ASIA AND PACIFIC DIVISION-- | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-EAST ASIA AND PACIFIC DIVISION-CHINA BRANCH-MANDARIN SERVICE | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-PERSIAN NEWS NETWORK-- | 4 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-PERSIAN NEWS NETWORK-CENTRAL NEWS AND PRODUCTION UNIT- | 11 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-SOUTH AND CENTRAL ASIA DIVISION-- | 2 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-SOUTH AND CENTRAL ASIA DIVISION-AFGHANISTAN BRANCH- | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-SOUTH AND CENTRAL ASIA DIVISION-AFGHANISTAN BRANCH-DARI SERVICE | 4 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-SOUTH AND CENTRAL ASIA DIVISION-AFGHANISTAN BRANCH-PASHTO SERVICE | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-SOUTH AND CENTRAL ASIA DIVISION-KURDISH SERVICE- | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-VOA NEWS CENTER-- | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-VOA NEWS CENTER-COVERAGE DESK- | 1 |
| VOICE OF AMERICA-PROGRAMMING DIRECTORATE-VOA NEWS CENTER-REAL TIME NEWS DESK- | 2 |
| **Grand Total** | **209** |

| Office Symbol | (Multiple Items) |
|---|---|
| **Row Labels** | **Count of Employee Number** |
| **OFFICE OF CUBA BROADCASTING** | **32** |
| ADMINISTRATION DIRECTORATE | 2 |
| ADMINISTRATION DIRECTORATE - GREENVILLE | 1 |
| BROADCAST OPERATIONS DIRECTORATE | 1 |
| CENTRAL NEWS DIVISION | 7 |
| DIGITAL MEDIA & SOCIAL STRATEGY DIV | 4 |
| INFORMATION TECHNOLOGY DIVISION | 2 |
| OFFICE OF CUBA BROADCASTING | 1 |
| OPERATIONS AND STATIONS DIVISION - GREENVILLE | 1 |
| RADIO TECHNICAL BRANCH | 6 |
| TRANSMISSION DIVISION | 2 |
| TRANSMITTING STATION - GREENVILLE | 1 |
| TV MARTI DIVISION | 1 |
| TV PRODUCTION BRANCH | 2 |
| TV TECHNICAL BRANCH | 1 |
| **VOICE OF AMERICA** | **54** |
| AFRICA DIVISION | 1 |
| BROADCAST OPERATIONS | 20 |
| CHINA DIVISION | 2 |
| EAST ASIA AND PACIFIC DIVISION | 2 |
| PERSIAN NEWS NETWORK | 15 |
| SOUTH AND CENTRAL ASIA DIVISION | 9 |
| VOA NEWS CENTER | 4 |
| VOICE OF AMERICA | 1 |
| **Grand Total** | **86** |