

U.S. AGENCY FOR GLOBAL MEDIA

330 Independence Avenue SW  |  Washington, DC 20237  |  usagm.gov

June 3, 2025

The Honorable Senator Lindsey Graham
Chairman
Subcommittee on State, Foreign Operations, and Related Programs
Committee on Appropriations
United States Senate

Dear Senator Graham:

In compliance with the Executive Order (EO) on "Continuing the Reduction of the Federal Bureaucracy" (March 14, 2025), President Trump directed that "the non-statutory components and functions of [the United States Agency for Global Media] shall be eliminated to the maximum extent consistent with applicable law." The President further directed that USAGM shall reduce the performance if its "statutory functions and associated personnel to the minimum presence and function required by law."

A plan was developed by senior career USAGM leadership who assessed what the statutory minimum is and signed-off on it; career agency staff like General Counsel Royce Min with over 20-years-experience as a federal government attorney; acting-CEO Victor Morales, a 36-year veteran at Voice of America; Chief Financial Officer Roman Napoli, with over 20-years-experience at USAID and Department of State; also the Directors of Human Resources; Office of Management; and Office of Technology Services and Innovation, all signed-off on the USAGM Statutory Minimum Memorandum. (Please see enclosed.)

While we anticipate being **above** the originally proposed statutory minimum staffing numbers, the plan to effectuate the President's Executive Order is still developing. As we work to adhere to the EO, please consider this the required Congressional Notification to satisfy notice for the potential reorganization, consolidations, and/or program terminations.

For questions related to this Congressional Notification, please contact me.

Sincerely,

Kari Lake
Senior Advisor to the Chief Operating Officer

Enclosure: USAGM Stat Min

     



Office of CEO at USAGM,

Executive Summary - Recommendation

Based on the President's Executive Order, the recommendation is to retain all positions in the Miami, FL and Marathon, FL competitive areas (33 positions) based on the statutory requirements for Cuba broadcasting.

We also recommend retaining the following non-SES positions from the Washington, D.C. competitive area totaling an additional 35 positions:

- CEO & Advisory Board Executive Secretary: 1 position
- Farsi Language: 2 positions
- China Broadcasting: 2 positions
- Afghanistan: 2 positions
- VOA: 11 positions
- Engineering & Transmission: 2 positions
- Back Ofice Support: 15 positions

All other positions would be terminated. This would leave USAGM with 68 positions. This does not include current SES staff of ~13, bringing the grand total to 81.

As a part of this process, USAGM should engage with the State Department based on the deletion of language services.

Background & Context

On March 14, 2025 the President signed the Executive Order Continuing the Reduction of the Federal Bureaucracy that orders USAGM to eliminate the non-statutory components and functions and reduce the performance of the statutory functions and associated personnel to the minimum presence required by law.

The purpose of this memo is to tie the guidance above to the number of specific USAGM employee positions needed within our competitive areas. Out of scope is positions for non-USAGM employees.

Competitive Areas

| Competitive Area | Number | % of Total |
|---|---|---|
| Washington, DC | 936 | 90.6% |
| Miami, FL | 32 | 3.1% |
| Other USA | 27 | 2.6% |
| New York, NY | 13 | 1.3% |
| Greenville, N.C. | 7 | 0.7% |
| TINIAN, MARIANA ISL, NORTHERN MARIANA IS | 1 | 0.1% |
| BANGKOK, THAILAND | 2 | 0.2% |
| TINANG ISLAND, PHILIPPINES | 2 | 0.2% |
| SEOUL, KOREA, REPUBLIC OF | 1 | 0.1% |
| Marathon, FL | 1 | 0.1% |
| CALGARY, ALBERTA, CANADA | 1 | 0.1% |
| ISLAMABAD, PAKISTAN | 1 | 0.1% |
| ISTANBUL, TURKEY | 1 | 0.1% |
| BOTSWANA | 1 | 0.1% |
| UDON THANI-UDORJI, THAILAND | 1 | 0.1% |
| NAIROBI, KENYA | 1 | 0.1% |
| WARSAW, POLAND | 1 | 0.1% |
| FRANKFURT, GERMANY | 1 | 0.1% |
| KUWAIT | 1 | 0.1% |
| SELEBI PHIKWE, BOTSWANA | 1 | 0.1% |
| SAO TOME AND PRINCIPE | 1 | 0.1% |
| Total | 1,033 | 100.0% |

The total number is subject to change but is current as of this writing.

See below for the employees tied what statute (focused on 22 USC 71 and 22 USC 18) states USAGM shall do.

Positions

- CEO & Advisory Board Executive Secretary: 1 position
    - 'The head of the United States Agency for Global Media shall be a Chief Executive Oficer...'
    - 'The Chief Executive Oficer shall, from within existing United States Agency for Global Media personnel, provide the Advisory Board with an Executive Secretary...'
    - The two positions are being combined to a single person
- Head of Voice of America: 1 position (SES)
    - 'The heads of Voice of America, the Ofice of Cuba Broadcasting...may only be appointed or removed if such action has been approved by a majority vote of the Advisory Board'
- Head of the Ofice of Cuba Broadcasting: 1 position (SES)
    - 'The Broadcasting Board of Governors shall appoint a head of the Service..."

Functions

- Voice of America Broadcast Operations, VOA News Center & FM Programming: 11 positions
    - 'The Voice of America shall devote programming each day to broadcasting information on the individual States of the United States. The broadcasts shall include...information on the products, tourism, and cultural and educational facilities of each State...information on the potential trade with each State...discussion with State oficials...'
    - Section 6202: 'United States international broadcasting shall...not duplicate the activities of private United States broadcasters...not duplicate the activities of government supported broadcasting entities of other democratic nations'
    - 'The Chief Executive Oficer shall have the following authorities...To ensure that United States international broadcasting is conducted in accordance with the standards and principles contained in section 6202 of this title.'

- The Voice of America functional requirement and scope is duplicative with the activities of private United States broadcasters, but we will retain positions in case there are needs
- Engineering & Transmissions: 2 positions
  - Although not specified in statute, we will retain positions in case there are needs
- Annual Report: 0 positions
  - 'To submit to the President and the Congress an annual report...'
  - The previous statutory positions mentioned can cover this statutory requirement
- Farsi Language: 2 positions
  - 'To submit to the President and the Congress an annual report...'
- China Broadcast: 2 positions
  - '...a new broadcasting service to the People's Republic of China...'
- Afghanistan: 2 positions
  - '...such broadcasting services shall be known as "Radio Free Afghanistan".'
- Cuba Broadcasting: 33 positions
  - '...shall provide for the open communication of information and ideas through the use of radio broadcasting to Cuba...'
  - '...shall utilize the broadcasting facilities located at Marathon, Florida, and the 1180 AM frequency...'
  - '...shall be designated "Voice of America: Cuba Service" or "Voice of America: Radio Marti program".'
- Back Ofice Support: 15 positions
  - Human Resources: 2 Positions
  - Contracting: 2 Positions
  - Finance: 2 Positions
  - Legal: 5 Positions
  - Information Technology: 2 Positions
  - Security: 2 Positions
  - Although not statutorily required, they will enable to ongoing operations of USAGM

| Stakeholder | Function | Clearance |
|---|---|---|
| Royce Min | Legal | *[signed]* |
| Victor Morales | Acting CEO | *[signed]* |
| Roman Napoli | CFO | Roman G Napoli, Digitally signed by Roman G Napoli, Date: 2025.03.18 12:38:51 -04'00' |
| Crystal Thomas | HR Director | *Crystal Thomas* |
| Christopher A. Luer | CMO, Acting | *Christopher A. Luer* |
| Terry Balazs, Director, TSI | | *Terry Balazs* |