

**U.S. AGENCY FOR GLOBAL MEDIA**

330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

Friday, June 20, 2025

The Honorable Brian Mast
Chairman
Committee on Foreign Affairs
United States House of Representatives

**SUBJECT: Congressional Notification Regarding Reprogramming of Grantee Funding**

Dear Chairman Mast:

On behalf of the United States Agency for Global Media's ("USAGM" or "the Agency"), we are providing this Congressional Notification (CN), pursuant to the regular notification procedures of the Committees on Appropriations, and, to the extent relevant, the Committees on Foreign Relations of the Senate and Foreign Affairs of the House of Representatives. This CN is submitted pursuant to various applicable provisions of law in the relevant appropriation and authorization acts, including, as may be relevant: sections 7009, 7015, and 7063 and the International Broadcasting (IBO) heading in the FY 2024 Further Consolidated Appropriations Act ("the Act"), Public Law 118-47; and Title XII of the Fiscal Year (FY) 2025 Full-Year Continuing Appropriations and Extensions Act, 2025, Division A of P.L. 119-4.

Reprogramming of Grantee Funding

Pursuant to Section 7015 of the Further Consolidated Appropriations Act, 2024, Pub. L.118-47 (the Act), carried forward in the Fiscal Year (FY) 2025 Full-Year Continuing Appropriations and Extensions Act, 2025, Division A of P.L. 119-4, and consistent with the five percent limit under the International Broadcasting Operations (IBO) heading under that Act, this serves as a formal notification to Congress of the Agency's intent to transfer $17,327,000 from the Open Technology Fund (OTF), the Middle East Broadcasting Networks (MBN), Radio Free Asia (RFA), and Radio Free Europe/Radio Liberty's (RFE/RL) FY 2025 allocation of $346,542,000. Funding will be transferred to Mission Support.

Please note that these revisions are all captured in Table 1, consistent with requirements under section 7062(a) on FY 2025's program plan.








Please do not hesitate to reach out to USAGM if you would like a briefing on, or have any other questions regarding, this CN.

Sincerely,

*Kari Lake*

Kari Lake
Senior Advisor to the Chief Operating Officer


cc:     The Honorable Gregory Meeks
        Ranking Member
        Committee on Foreign Affairs
        United States House of Representatives

1.  Program Plan for FY 2025

| U.S. Agency for Global Media<br>FY 2025 Program Plan<br>*($ in thousands)* | | | | | | | |
|---|---|---|---|---|---|---|---|
| **International Broadcasting Bureau**<br>**(Programs, Projects, and Activities)** | | **FY 2025**<br>**Enacted** | | **+/-**<br>**Adjustments** | | **FY 2025**<br>**Program Plan** |
| **Federal Entities** | | | | | | | |
| Voice of America | $ | 260,032 | $ | (20) | $ | | 260,012 |
| Office of Cuba Broadcasting | $ | 25,000 | | | $ | | 25,000 |
| Mission Support | $ | 225,640 | $ | 17,433 | $ | | 243,073 |
| **Subtotal, Federal Entities** | **$** | **510,672** | **$** | **17,413** | **$** | | **528,085** |
| **Non-Federal Entities** | | | | | | | |
| Radio Free Europe/Radio Liberty | $ | 142,212 | $ | (7,196) | $ | | 135,016 |
| Radio Free Asia | $ | 60,830 | $ | (3,042) | $ | | 57,788 |
| Middle East Broadcasting Networks | $ | 100,000 | $ | (5,000) | $ | | 95,000 |
| Open Technology Fund | $ | 43,500 | $ | (2,175) | $ | | 41,325 |
| **Subtotal, Non-Federal Entities** | **$** | **346,542** | **$** | **(17,413)** | **$** | | **329,129** |
| **Subtotal, International Broadcasting Operations** | **$** | **857,214** | **$** | **-** | **$** | | **857,214** |
| **Broadcasting Capital Improvements** | **$** | **9,700** | | | **$** | | **9,700** |
| **USAGM Total Baseline** | **$** | **866,914** | **$** | **-** | **$** | | **866,914** |