# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, in her official capacity as Senior Adviser at the United States Agency for Global Media; <br><br> VICTOR MORALES, in his official capacity as Acting CEO of the United States Agency for Global Media; <br><br> and <br><br> UNITED STATES AGENCY FOR GLOBAL MEDIA, <br><br> *Defendants.* | **Civil Action No. 1:25-cv-00887-RCL** |

## STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Civil Rule 7(h), Plaintiff provides the following statement of material facts as to which there is no genuine issue.

1. On April 19, 2024, Amanda Bennett, then the CEO of the U.S. Agency for Global Media (USAGM) appointed Plaintiff Michael Abramowitz to be the director of Voice of America (VOA). *See* ECF 4-5, March 26, 2025 Declaration of Michael Abramowitz ("3-26 Abramowitz Decl.") ¶ 3; Exhibit 1, Declaration of Michael Abramowitz ("7-23 Abramowitz Decl.") ¶ 1.

2. Director Abramowitz's appointment was unanimously approved by a vote of the International Broadcasting Advisory Board (Advisory Board). 3-26 Abramowitz Decl. ¶ 3; 7-23 Abramowitz Decl. ¶ 2.

3.  The VOA director is accountable to the USAGM CEO -- who is his or her direct supervisor -- and to the Advisory Board, which are both also responsible for his or her appointment or removal.  22 U.S.C. § 6203(b)(1); *id.* § 6204(a)(1); *id.* § 6205(e)(1).

4.  In Director Abramowitz's last performance review, he received the highest possible rating—"Level 5, Outstanding"—in every evaluation category.  7-23 Abramowitz Decl. ¶ 4.

5.  On a Microsoft Teams call on July 8, 2025, Director Abramowitz was told by USAGM officials that he would be removed from his position as VOA director and reassigned to a new role in Greenville, North Carolina.  7-23 Abramowitz Decl. ¶¶ 7-11.

6.  Later on July 8, 2025, Director Abramowitz received a letter from Acting USAGM CEO Victor Morales.  The letter stated that, effective September 6, 2025, Director Abramowitz would be removed from his "current position of Director, Voice of America" and reassigned to a different role as Chief Management Officer in Greenville, North Carolina.  7-23 Abramowitz Decl. ¶¶ 13-14 & Attach. A.  The letter said that Director Abramowitz had until July 29, 2025 to "accept this reassignment" or decline it and be "subject to removal under adverse action procedures pursuant to 5 U.S.C. § 7543."  *Id.* ¶ 17 & Attach. A.

7.  If Director Abramowitz does not "accept" the reassignment, he will be fired.  7-23 Abramowitz Decl. ¶¶ 12, 17 & Attach. A.

8.  Either way, Defendants will remove Director Abramowitz from his position as VOA director.  7-23 Abramowitz Decl. ¶¶ 12, 17 & Attach. A.

9.  Under 22 U.S.C. § 6205(e), removing the director of VOA requires a majority vote of the Advisory Board, acting pursuant to a quorum.

2

10. The Advisory Board has lacked a quorum since President Trump fired its members in January 2025. 7-23 Abramowitz Decl. ¶¶ 19-20; 3-26 Abramowitz Decl. ¶ 21.

11. The Advisory Board did not vote to approve the removal of Director Abramowitz. 7-23 Abramowitz Decl. ¶ 20.

12. Director Abramowitz's entire career, including his decades as a journalist and years spent advocating for freedom, put him in the position to be considered for the directorship of VOA. 3-26 Abramowitz Decl. ¶¶ 4, 38-39.

13. Defendants have taken away from Director Abramowitz the ability to lead a reputable and revered U.S. international broadcasting network, with no counterpart in the private sector. 3-26 Abramowitz Decl. ¶¶ 32, 38-39.

14. Serving as the head of VOA, the country's largest and most influential government-funded international broadcast entity, is a unique privilege. 3-26 Abramowitz Decl. ¶ 43.

15. Director Abramowitz accepted his appointment to be director of VOA with the knowledge and understanding that VOA would continue producing first-rate news and reporting to be disseminated to global audience and that he could be removed only through the approval by a majority vote of the Advisory Board. 3-26 Abramowitz Decl. ¶ 39.

16. Each day to which Director Abramowitz is entitled to remain as director and to continue leading the VOA that Congress envisioned is invaluable to him. 3-26 Abramowitz Decl. ¶ 43.