# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>*Plaintiffs,*<br><br>–v.–<br><br>KARI LAKE, in her official capacity as Senior Adviser at the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as Acting CEO of the United States Agency for Global Media;<br><br>and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>*Defendants.* | **Civil Action No. 1:25-cv-00887-RCL** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Upon consideration of Plaintiff's motion for partial summary judgment, Memorandum of law in Support of Plaintiff's Motion for Partial Summary Judgment, Statement of Undisputed Material Facts, and all materials submitted in support, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's motion for partial summary judgment [ECF No. X] is **GRANTED**; and it is further

**ORDERED** that Defendants may not remove Plaintiff Michael Abramowitz from his position as director of Voice of America without the approval by a majority vote of the International

2

Broadcasting Advisory Board acting with a quorum, as required by 22 U.S.C. § 6205(e)(1), or by a vote of five or more members of the Advisory Board, as allowed by 22 U.S.C. § 6205(e)(2).

July __, 2025                                                     _____
                                                                                United States District Court Judge