UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of the<br>United States Agency for Global Media, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0887 (RCL) |

**MOTION FOR EXTENSION OF TIME**

　　Defendants Kari Lake, in her official capacity as a Senior Advisor to the Chief Executive Officer ("CEO") of United States Agency for Global Media ("Global Media"), Victor Morales, in his official capacity as Acting CEO of Global Media, and Global Media (collectively "Defendants" or "Global Media"), respectfully request that the Court extend Defendants' deadline to file their reply in further support of their motion to dismiss and relief from Local Civil Rule 7(n) by approximately thirty-two days—i.e., until September 9, 2025. Prior to filing this motion, undersigned counsel conferred with Plaintiffs, through counsel, and Plaintiffs oppose the requested relief. Although Plaintiffs oppose, there is good cause to grant this motion and the grounds for this motion are set forth below.

　　Plaintiffs bring this action alleging Defendants actions violated the Administrative Procedure Act (Count I), the separation of powers principles (Count II), and the Take Care Clause (Count III), and that Defendants' actions are *ultra vires* (Count IV). *See generally* ECF No. 1. On July 18, 2025, Defendants moved to dismiss Plaintiffs' complaint and for relief from Local Civil

Rule 7(n), *see* ECF No. 58.  Plaintiffs filed their opposition on August 1, 2025, *see* ECF No. 63.  Defendants' deadline to respond to Plaintiffs' opposition is currently August 8, 2025.

There is good cause to grant this motion.  Due to other competing deadlines during this week and immediately afterwards, the undersigned need additional time to prepare Defendants' reply and confer with the agency.  The undersigned carry voluminous dockets of approximately ninety to a hundred cases each, which involve several imminent deadlines.  Namely, Assistant U.S. Attorney ("AUSA") Johnson had three substantive briefs due this week, and upcoming court appearances and deadlines this month, including, but not limited to, a motion hearing, a status conference, motions in limine for a trial, a response to the court's order to show cause (in this case), at least three other substantive briefs, and a myriad of status reports and pleadings.  In addition, AUSA González Horowitz is currently preparing for trial and scheduled to be in trial on a Title VII matter beginning August 11, 2025, and lasting until approximately August 25, 2025.  Immediately thereafter, AUSA Gonzalez Horowitz has pre-scheduled plans to be out of the office on leave.  AUSA Gonzalez Horowitz's availability for the next three weeks is extremely limited given this significant workload and the responsibilities attendant to being a lead trial counsel.  Also, due to the swelling number of cases in the undersigned's office overall, new cases are assigned each week.  With that said, the undersigned need additional time to research the issues raised in Plaintiffs' opposition, consult with the agency and supervising Assistant United States Attorneys, and draft an appropriate response to Plaintiffs' opposition while balancing a large number of active cases and deadlines in other matters.  Also, undersigned will need additional time to complete the internal supervisory and agency review before filing the reply with the Court.  The government also needs the additional time to make sure that the response to Plaintiffs' opposition represents the high standards of professionalism and presents Defendants' position clearly and

effectively. Having the issues presented well to the Court should assist the Court with ruling on the government's motion. Accordingly, Defendants request this extension of time.

The short requested extension would not unfairly prejudice Plaintiffs. Indeed, Plaintiffs currently benefit from prong (3) of the Court's April 22, 2025, preliminary injunction (ECF No. 29), Defendants are currently preparing a response to the Court's show cause order which is due on August 13, 2025 at 5:00 p.m. (ECF No. 62), the parties are currently briefing Plaintiffs' partial motion for summary judgment (ECF Nos. 59, 65), and several of the dispositive issues raised in Defendants' opening brief may soon be resolved by the D.C. Circuit. The briefing before the D.C. Circuit concluded on July 31, 2025, and oral argument is scheduled for September 22, 2025. Further, the short extension will have no impact on future deadlines, once Defendants file their reply their motion will be ripe for resolution. Plaintiffs identify no prejudice from this short extension. Defendants are seeking additional time in good faith and not for purposes of gaining any unfair advantage in the case. Allowing Defendants a reasonable amount of time beyond that provided by the local rules under the circumstances to further research, plan, and prepare an appropriate response to Plaintiffs' opposition is just.

\*   \*   \*

WHEREFORE, Defendants respectfully request that the deadline to file their response to Plaintiffs' opposition be extended to September 9, 2025. A proposed order is enclosed herewith.

Dated: August 7, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Stephanie R. Johnson
STEPHANIE R. JOHNSON,
   D.C. Bar # 1632338
BRENDA GONZÁLEZ HOROWITZ,
   D.C. Bar # 1017243
Assistant United States Attorneys
Civil Division
601 D Street, NW
Washington, DC 20530
Main: (202) 252-2500

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of U.S.<br>Agency for Global Media, et al. | Civil Action No. 25-0887 (RCL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for extension of time in this action, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall file a reply in further response to their motion to dismiss by September 9, 2025.

SO ORDERED.

_____            _____
Dated                               ROYCE C. LAMBERTH
                                    United States District Judge