## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL ABRAMOWITZ *et al.*,

    *Plaintiffs,*

    –v.–

KARI LAKE *et al.*,

    *Defendants.*

Case No. 25-cv-00887

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR MOTION TO DISMISS REPLY BRIEF

Under the Local Rules, Defendants have one week to file their reply to their motion to dismiss. Now, one day before their deadline, Defendants ask the Court for five-and-a-half weeks. This Court should deny that extraordinary extension request. Plaintiffs previously agreed to a nearly six-week extension of Defendants' deadline to respond to the Complaint, Consent Mot., ECF No. 52, and informed Defendants that they would consent to an extension until August 14 for Defendants to file the instant reply. Plaintiffs timely filed their opposition to Defendants' motion to dismiss, with the hope of expediting resolution of the motion.

There is no reason Defendants need such a lengthy extension since the briefing on the motion to dismiss raises no new issues in this case; indeed, Defendants' opening brief was nearly a facsimile of their opposition to Plaintiffs' motion for a preliminary injunction and their appellant brief in the D.C. Circuit. Moreover, Defendants continue to withhold the administrative record, the production of which is necessary for Plaintiffs to assess next steps in this case. Plaintiffs need a prompt resolution of that issue, and Defendants' request would only delay it further. Defendants cannot point to briefing and deadlines created by their own continued illegal actions, such as the

show-cause briefing and partial summary-judgment briefing, as good cause for an extension. Plaintiffs, too, wish they did not have to brief those issues created by Defendants' intransigence and illegal actions.

To recap, Defendants have already filed three motions to stay this case. *See* Pls.' Opp'n Mot. to Stay, ECF No. 46 at 6 n.4. And through their present motion for an extension of time to file a reply to their own motion to dismiss, Defendants functionally seek the same stay that this Court previously denied. June 23, 2025 Order, ECF No. 50. Plaintiffs are always willing to work with opposing counsel and, indeed, both parties have agreed to previous extensions of time in this case. But a 32-day extension is not a reasonable request, especially in light of Defendants' recent actions.

Plaintiffs respectfully request that the Court deny Defendants' motion, and grant Defendants only a reasonable extension of time to file their reply.

Dated: August 7, 2025               Respectfully submitted,

                                    */s/ William B. Schultz*
                                    William B. Schultz
                                    Margaret M. Dotzel
                                    Brian J. Beaton, Jr.
                                    Jacobus P. van der Ven
                                    ZUCKERMAN SPAEDER LLP
                                    2100 L Street NW, Suite 400
                                    Washington, DC 20037
                                    Tel: (202) 778-1800
                                    Fax: (202) 822-8136
                                    wschultz@zuckerman.com
                                    mdotzel@zuckerman.com
                                    bbeaton@zuckerman.com
                                    cvanderven@zuckerman.com

                                    *Attorneys for Plaintiffs*