

Office of CEO at USAGM,

Executive Summary - Recommendation

Based on the President's Executive Order, the recommendation is to retain all positions in the Miami, FL and Marathon, FL competitive areas (33 positions) based on the statutory requirements for Cuba broadcasting.

We also recommend retaining the following non-SES positions from the Washington, D.C. competitive area totaling an additional 35 positions:

- CEO & Advisory Board Executive Secretary: 1 position
- Farsi Language: 2 positions
- China Broadcasting: 2 positions
- Afghanistan: 2 positions
- VOA: 11 positions
- Engineering & Transmission: 2 positions
- Back Ofice Support: 15 positions

All other positions would be terminated. This would leave USAGM with 68 positions. This does not include current SES staff of ~13, bringing the grand total to 81.

As a part of this process, USAGM should engage with the State Department based on the deletion of language services.

Background & Context

On March 14, 2025 the President signed the Executive Order Continuing the Reduction of the Federal Bureaucracy that orders USAGM to eliminate the non-statutory components and functions and reduce the performance of the statutory functions and associated personnel to the minimum presence required by law.

The purpose of this memo is to tie the guidance above to the number of specific USAGM employee positions needed within our competitive areas. Out of scope is positions for non-USAGM employees.

Competitive Areas

| Competitive Area | Number | % of Total |
|---|---|---|
| Washington, DC | 936 | 90.6% |
| Miami, FL | 32 | 3.1% |
| Other USA | 27 | 2.6% |
| New York, NY | 13 | 1.3% |
| Greenville, N.C. | 7 | 0.7% |
| TINIAN, MARIANA ISL, NORTHERN MARIANA IS | 1 | 0.1% |
| BANGKOK, THAILAND | 2 | 0.2% |
| TINANG ISLAND, PHILIPPINES | 2 | 0.2% |
| SEOUL, KOREA, REPUBLIC OF | 1 | 0.1% |
| Marathon, FL | 1 | 0.1% |
| CALGARY, ALBERTA, CANADA | 1 | 0.1% |
| ISLAMABAD, PAKISTAN | 1 | 0.1% |
| ISTANBUL, TURKEY | 1 | 0.1% |
| BOTSWANA | 1 | 0.1% |
| UDON THANI-UDORN, THAILAND | 1 | 0.1% |
| NAIROBI, KENYA | 1 | 0.1% |
| WARSAW, POLAND | 1 | 0.1% |
| FRANKFURT, GERMANY | 1 | 0.1% |
| KUWAIT | 1 | 0.1% |
| SELEBI PHIKWE, BOTSWANA | 1 | 0.1% |
| SAO TOME AND PRINCIPE | 1 | 0.1% |
| Total | 1,033 | 100.0% |

The total number is subject to change but is current as of this writing.

See below for the employees tied what statute (focused on 22 USC 71 and 22 USC 18) states USAGM shall do.

Positions

- CEO & Advisory Board Executive Secretary: 1 position
    - 'The head of the United States Agency for Global Media shall be a Chief Executive Oficer…'
    - 'The Chief Executive Oficer shall, from within existing United States Agency for Global Media personnel, provide the Advisory Board with an Executive Secretary…'
    - The two positions are being combined to a single person
- Head of Voice of America: 1 position (SES)
    - 'The heads of Voice of America, the Ofice of Cuba Broadcasting…may only be appointed or removed if such action has been approved by a majority vote of the Advisory Board'
- Head of the Ofice of Cuba Broadcasting: 1 position (SES)
    - 'The Broadcasting Board of Governors shall appoint a head of the Service…"

Functions

- Voice of America Broadcast Operations, VOA News Center & FM Programming: 11 positions
    - 'The Voice of America shall devote programming each day to broadcasting information on the individual States of the United States. The broadcasts shall include…information on the products, tourism, and cultural and educational facilities of each State…information on the potential trade with each State…discussion with State oficials…'
    - Section 6202: 'United States international broadcasting shall…not duplicate the activities of private United States broadcasters…not duplicate the activities of government supported broadcasting entities of other democratic nations'
    - 'The Chief Executive Oficer shall have the following authorities…To ensure that United States international broadcasting is conducted in accordance with the standards and principles contained in section 6202 of this title.'

- o   The Voice of America functional requirement and scope is duplicative with the activities of private United States broadcasters, but we will retain positions in case there are needs
- Engineering & Transmissions: 2 positions
    - o   Although not specified in statute, we will retain positions in case there are needs
- Annual Report: 0 positions
    - o   'To submit to the President and the Congress an annual report...'
    - o   The previous statutory positions mentioned can cover this statutory requirement
- Farsi Language: 2 positions
    - o   'To submit to the President and the Congress an annual report...'
- China Broadcast: 2 positions
    - o   '...a new broadcasting service to the People's Republic of China...'
- Afghanistan: 2 positions
    - o   '...such broadcasting services shall be known as "Radio Free Afghanistan".'
- Cuba Broadcasting: 33 positions
    - o   '...shall provide for the open communication of information and ideas through the use of radio broadcasting to Cuba...'
    - o   '...shall utilize the broadcasting facilities located at Marathon, Florida, and the 1180 AM frequency...'
    - o   '...shall be designated "Voice of America: Cuba Service" or "Voice of America: Radio Marti program".'
- Back Ofice Support: 15 positions
    - o   Human Resources: 2 Positions
    - o   Contracting: 2 Positions
    - o   Finance: 2 Positions
    - o   Legal: 5 Positions
    - o   Information Technology: 2 Positions
    - o   Security: 2 Positions
    - o   Although not statutorily required, they will enable to ongoing operations of USAGM

| Stakeholder | Function | Clearance |
|---|---|---|
| Royce Min | Legal | *signed* |
| Victor Morales | Acting CEO | *signed* |
| Roman Napoli, | CFO | Roman G Napoli (Digitally signed by Roman G Napoli, Date: 2025.03.18 12:38:51 -04'00') |
| Crystal Thomas | HR Director | *Crystal Thomas* |
| Christopher A. Luer | CMO, Acting | *Christopher A. Luer* |
| Terry Balazs, Director, TSI | | *Terry Balazs* |



330 Independence Avenue SW  |  Washington, DC 20237  |  usagm.gov

June 3, 2025

The Honorable Congressman Brian Mast
Chairman
House Committee on Foreign Affairs,
United States House of Representatives

Dear Chairman Mast:

In compliance with the Executive Order (EO) on "Continuing the Reduction of the Federal Bureaucracy" (March 14, 2025), President Trump directed that "the non-statutory components and functions of [the United States Agency for Global Media] shall be eliminated to the maximum extent consistent with applicable law." The President further directed that USAGM shall reduce the performance if its "statutory functions and associated personnel to the minimum presence and function required by law."

A plan was developed by senior career USAGM leadership who assessed what the statutory minimum is and signed-off on it; career agency staff like General Counsel Royce Min with over 20-years-experience as a federal government attorney; acting-CEO Victor Morales, a 36-year veteran at Voice of America; Chief Financial Officer Roman Napoli, with over 20-years-experience at USAID and Department of State; also the Directors of Human Resources; Office of Management; and Office of Technology Services and Innovation, all signed-off on the USAGM Statutory Minimum Memorandum. (Please see enclosed.)

While we anticipate being **above** the originally proposed statutory minimum staffing numbers, the plan to effectuate the President's Executive Order is still developing. As we work to adhere to the EO, please consider this the required Congressional Notification to satisfy notice for the potential reorganization, consolidations, and/or program terminations.

For questions related to this Congressional Notification, please contact me.

Sincerely,

Kari Lake
Senior Advisor to the Chief Operating Officer

Enclosure: USAGM Stat Min









330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

June 3, 2025

The Honorable Mario Diaz-Balart
Chairman
Subcommittee on State, Foreign Operations, and Related Programs
Committee on Appropriations
United States House of Representatives

Dear Chairman Diaz-Balart:

In compliance with the Executive Order (EO) on "Continuing the Reduction of the Federal Bureaucracy" (March 14, 2025), President Trump directed that "the non-statutory components and functions of [the United States Agency for Global Media] shall be eliminated to the maximum extent consistent with applicable law." The President further directed that USAGM shall reduce the performance if its "statutory functions and associated personnel to the minimum presence and function required by law."

A plan was developed by senior career USAGM leadership who assessed what the statutory minimum is and signed-off on it; career agency staff like General Counsel Royce Min with over 20-years-experience as a federal government attorney; acting-CEO Victor Morales, a 36-year veteran at Voice of America; Chief Financial Officer Roman Napoli, with over 20-years-experience at USAID and Department of State; also the Directors of Human Resources; Office of Management; and Office of Technology Services and Innovation, all signed-off on the USAGM Statutory Minimum Memorandum. (Please see enclosed.)

While we anticipate being **above** the originally proposed statutory minimum staffing numbers, the plan to effectuate the President's Executive Order is still developing. As we work to adhere to the EO, please consider this the required Congressional Notification to satisfy notice for the potential reorganization, consolidations, and/or program terminations.

For questions related to this Congressional Notification, please contact me.

Sincerely,

Kari Lake
Senior Advisor to the Chief Operating Officer

Enclosure: USAGM Stat Min

     



330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

June 3, 2025

The Honorable Senator James Risch
Chairman
Senate Committee on Foreign Relations
United States Senate

Dear Senator Risch:

In compliance with the Executive Order (EO) on "Continuing the Reduction of the Federal Bureaucracy" (March 14, 2025), President Trump directed that "the non-statutory components and functions of [the United States Agency for Global Media] shall be eliminated to the maximum extent consistent with applicable law." The President further directed that USAGM shall reduce the performance if its "statutory functions and associated personnel to the minimum presence and function required by law."

A plan was developed by senior career USAGM leadership who assessed what the statutory minimum is and signed-off on it; career agency staff like General Counsel Royce Min with over 20-years-experience as a federal government attorney; acting-CEO Victor Morales, a 36-year veteran at Voice of America; Chief Financial Officer Roman Napoli, with over 20-years-experience at USAID and Department of State; also the Directors of Human Resources; Office of Management; and Office of Technology Services and Innovation, all signed-off on the USAGM Statutory Minimum Memorandum. (Please see enclosed.)

While we anticipate being **above** the originally proposed statutory minimum staffing numbers, the plan to effectuate the President's Executive Order is still developing. As we work to adhere to the EO, please consider this the required Congressional Notification to satisfy notice for the potential reorganization, consolidations, and/or program terminations.

For questions related to this Congressional Notification, please contact me.

Sincerely,

Kari Lake
Senior Advisor to the Chief Operating Officer

Enclosure: USAGM Stat Min








Docusign Envelope ID: FDZ2670-17DB-4A45-9D95-CC14B5E2E970

Case 1:25-cv-00887-RCL   Document 69-1   Filed 08/13/25   Page 7 of 13

ATTACHMENT 1

Lake Declaration 8/11/2025
WIDAKUSWARA et al vs. LAKE



Public Buildings Service

June 11, 2025

Ms. Kari Lake
Senior Advisor
U.S. Agency for Global Media

Dear Ms. Lake,

The Thomas R. Carper Water Resources Development Act of 2024, directs the General Services Administration (GSA) to sell the Wilbur J. Cohen Federal Building (Cohen), located at 330 Independence Avenue Southwest, Washington, D.C. Cohen houses elements of the U.S. Agency for Global Media (USAGM), Voice of America (VOA), and Health and Human Services.

As mandated by the Act, the federal government is selling the Cohen building as part of a broader initiative to dispose of underutilized real estate assets. GSA has communicated to these tenant groups its intention to initiate the sale of Cohen as early as possible in 2026 and is working closely with each tenant to assist in vacating the building. Subsequently, USAGM and VOA have shared their intention to vacate Cohen and have inquired about the possibility of remaining beyond the end of the Fiscal Year on September 30, 2025. USAGM and VOA requested the timeline flexibility due to the repositioning of personal property and its radio and television equipment.

GSA is flexible to collaborating with USAGM and VOA on an extension if necessary, including the possibility of a leaseback after any sale. GSA remains dedicated to working with USAGM and VOA to support their efforts to vacate the building as efficiently and as soon as possible. This collaboration will help facilitate the objectives of the Act and the sale of the Cohen building.

If you have any questions or concerns regarding this matter, please contact me at ▇▇▇▇▇▇▇@gsa.gov, or by phone at, ▇▇▇▇▇▇▇.

Sincerely,

*[signature]*

Michael P. Peters
Commissioner


**U.S. General Services Administration**
1800 F Street NW
Washington, DC 20405
www.gsa.gov

# MEMORANDUM OF AGREEMENT

### Between United States Agency for Global Media And
### American Federation of Government Employees, Local 1812

---

### Ground Rules for the United States Agency for Global Media
### Reduction-in-Force Negotiations

1. This agreement is entered into between American Federation of Government Employees, Local 1812 ("AFGE" or "Union") and the United States Agency for Global Media ("USAGM" or "Agency") to establish ground rules for impact and implementation bargaining over the planned Reduction in Force at the United States Agency for Global Media.

2. These negotiations are subject to 5 USC, Chapter 71, the Negotiated Labor-Management Agreement, and all applicable laws, rules, and regulations.

3. The Agency will recall any union representatives currently on administrative leave who are designated members of the Union's negotiation team for the purpose of participating in bargaining sessions. Upon conclusion of negotiations, the Agency may return those representatives to administrative leave, as appropriate.

4. The Union negotiating team will be on official time for the entire time period of negotiations. Any employee on the negotiating team may request less official time than outlined above. If the Union negotiating member is solely responsible for a duty that cannot be replaced with another employee, they will be required to fulfill that duty prior to participating in bargaining that day. The parties will meet in accordance with item eight (8) of this agreement.

5. Each party will identify a Chief Negotiator. Each party will be allowed four (4) members and one (1) alternate on its negotiating team to be named/identified in advance of negotiations. Each party may replace any of its own negotiating team members or alternates at any time. The Union is permitted to have as many members on official time as the Agency has present for negotiations. The Parties may elect to be represented by legal counsel during negotiations. Attorney representatives for the Parties shall not be counted toward to the maximum number of members of the negotiating team. By mutual agreement, additional people may be called by either party to attend specific negotiating sessions on official time, if necessary, to provide information that is useful to the parties' understanding of matters such as, but not limited to, organizational structure, budget, and/or personnel matters. A quorum consists of three (3) Agency members and three (3) Union members. Each party is responsible, within its power, for assuring that a quorum of its representatives is present and prepared for negotiations at the scheduled starting time each day of negotiations. Meetings will commence when a quorum is present. Prior to the first negotiation meeting, the Agency will provide counter proposals in response to the proposals previously submitted by the Union. Both parties will strive to provide

    additional counter proposals one working day prior to the next scheduled negotiation meeting, when there is more than one day between negotiating meetings. However, additional proposals can be presented during the meeting.

6. Each party may also have present, no more than one non-participant observer and one note taker. A note taker is entitled to official time during the duration of the meeting. An observer will not normally be entitled to official time. However, an employee of one of the affected organizations may request from his or her supervisor time off from duty to be present as an observer at negotiations. If the supervisor determines that it does not interfere with regular work, such an employee may be released without charge to leave. Employees on administrative leave do not need to seek supervisory approval.

7. Upon request, and if operations permit, the Agency will approve an alternative work schedule for Union negotiating team members that will allow the negotiator(s) to attend the bargaining meetings on duty.

8. The meetings will be held Monday-Wednesday between the hours of 1:00 p.m. and 4:00 p.m., with additional days added or substituted as necessary and mutually agreed upon, subject to the availability of the Agency and Union's legal counsel. The Agency and Union must coordinate with their legal counsel for availability.

9. The Agency will respond to any Union information requests within three (3) working days of receipt of the request. The Agency will make a reasonable effort to provide the information requested, however, the Union recognizes that if significant amounts of information or information which is not readily available are requested, the Agency may not be able to provide all information requested within the three (3) working day period. The Agency will adequately respond to a Union information request before beginning negotiations on counter proposals related specifically to the information requested. Negotiations will continue on any topics not directly impacted by the information requested.

10. Negotiation meetings will be conducted remotely to allow all team members to attend. Either party may call for a caucus during the negotiations. Breaks during negotiating will be provided upon mutual agreement.

11. If a matter has been agreed to, and both parties agree to initial the wording, it will not be reopened unless impacted by a subsequent change or by mutual consent. A final written agreement will be executed at the conclusion of bargaining to incorporate the individual agreement reached during the course of the negotiations.

12. When there is a failure to reach agreement on a bargainable proposal after discussion during a bargaining session, the proposal will be placed aside until the next bargaining session and then brought to the table again. If impasse is reached, normal impasse procedures will apply but, prior to initiating impasse procedures, the parties, by mutual consent, will call an Agency or outside facilitator to assist the negotiations. Both parties will approve the selection of the facilitator.

13. The ground rules are binding on both parties and are subject to re-opening only by mutual consent.

14. Since the meetings will be held remotely using the Agency's Microsoft Teams software, the Agency will video and/or audio record negotiation meetings and provide a separate copy of the recording of the meeting as a media file, in addition to the transcript of the meeting to the Union. The transcripts are used by the party for reference only. The recordings and transcripts will be provided within two (2) business days following the conclusion of each meeting. Any agreement reached verbally during negotiation meetings is not binding until the parties reduce it to writing and sign it.

15. When the Union submits its information request during a negotiation meeting and the Agency determines that the Union has presented its particularized need for the request, the Union is not required to submit a separate information request in writing to the Agency, and the Agency will respond to the request pursuant to Paragraph 9 above. If the Agency determines that the Union does not present its particularized need for the request during the negotiation meeting, the Union shall submit its information request to the Agency in writing within three (3) business days and articulate a particularized need.

16. The Parties agree that all negotiation meetings are held via Microsoft Teams and that each member shall be visible on camera at all times during negotiation meetings, for the purpose of making the negotiations as close to in-person negotiations as possible, as well as ensuring only those who should be participating in negotiations are present at any given time. Members may briefly excuse themselves from the meeting and turn off their cameras and/or microphones for personal or work-related reasons. Members must turn their camera back on when they return to the meeting.

Signed this 11th day of July 2025.

FOR THE AGENCY

*Yoko S. Hoffman*
for Crystal Thomas
Director, Office of Human Resources
United States Agency for Global Media

FOR THE UNION

*Paula M Hickey*
Paula Hickey
President,
American Federation of Government Employees,
Local 1812

# MEMORANDUM OF AGREEMENT

## Between United States Agency for Global Media and American Federation of State, County and Municipal Employees Local 1418, AFL-CIO

### Ground Rules for the United States Agency for Global Media Reduction-in-Force Negotiations

1. This agreement is entered into between American Federation of State, County and Municipal Employees Local 1418, AFL-CIO ("AFSCME" or "Union") and the United States Agency for Global Media ("USAGM" or "Agency") to establish ground rules for impact and implementation bargaining over the planned Reduction in Force at the United States Agency for Global Media.

2. These negotiations are subject to 5 USC, Chapter 71, the Negotiated Labor-Management Agreement, and all applicable laws, rules, and regulations.

3. The Agency will recall any union representatives currently on administrative leave who are designated members of the Union's negotiation team for the purpose of participating in bargaining sessions. Upon conclusion of negotiations, the Agency may return those representatives to administrative leave, as appropriate.

4. The Union negotiating team will be on official time for the entire time period of negotiations. Any employee on the negotiating team may request less official time than outlined above. If the Union negotiating member is solely responsible for a duty that cannot be replaced with another employee, they will be required to fulfill that duty prior to participating in bargaining that day. The parties will meet in accordance with item eight (8) of this agreement.

5. Each party will identify a Chief Negotiator. Each party will be allowed three (3) members and two (2) alternates on its negotiating team to be named/identified in advance of negotiations. Each party may replace any of its own negotiating team members or alternates at any time. The Union is permitted to have as many members on official time and present at the meeting as the Agency has present for negotiations. The Parties may elect to be represented by legal counsel during negotiations. Attorney representatives for the Parties shall not be counted toward to the maximum number of members of the negotiating team. By mutual agreement, additional people may be called by either party to attend specific negotiating sessions on official time, if necessary, to provide information that is useful to the parties' understanding of matters such as, but not limited to, organizational structure, budget, and/or personnel matters. A quorum consists of three (3) Agency members and three (3) Union members. Each party is responsible, within its power, for assuring that a quorum of its representatives is present and prepared for negotiations at the scheduled starting time each day of negotiations. Meetings will commence when a

quorum is present. Prior to the first negotiation meeting, the Agency will provide counter proposals in response to the proposals previously submitted by the Union. Both parties will strive to provide additional counter proposals one working day prior to the next scheduled negotiation meeting, when there is more than one day between negotiating meetings. However, additional proposals can be presented during the meeting.

6. Each party may also have present, no more than one non-participant observer and one note taker. A note taker is entitled to official time during the duration of the meeting. An observer will not normally be entitled to official time. However, an employee of one of the affected organizations may request from his or her supervisor time off from duty to be present as an observer at negotiations. If the supervisor determines that it does not interfere with regular work, such an employee may be released without charge to leave. Employees on administrative leave do not need to seek supervisory approval.

7. Upon request, and if operations permit, the Agency will approve an alternative work schedule for Union negotiating team members that will allow the negotiator(s) to attend the bargaining meetings on duty.

8. The meetings will be held on Wednesdays and Fridays between the hours of 9:00 a.m. and 12:00 p.m., with additional days added or substituted as necessary and mutually agreed upon, subject to the availability of the Agency and Union's legal counsel. No session will held during the week of July 14 -18, 2025 due to previously arranged simultaneous vacation plans among the members of the Union negotiation team.

9. The Agency and Union must coordinate with their legal counsel for availability.

10. The Agency will respond to any Union information requests within three (3) working days of receipt of the request. The Agency will make a reasonable effort to provide the information requested, however, the Union recognizes that if significant amounts of information or information which is not readily available are requested, the Agency may not be able to provide all information requested within the three (3) working day period. The Agency will adequately respond to a Union information request before beginning negotiations on counter proposals related specifically to the information requested. Negotiations will continue on any topics not directly impacted by the information requested.

11. Negotiation meetings will be conducted remotely to allow all team members to attend. Either party may call for a caucus during the negotiations. Breaks during negotiating will be provided upon mutual agreement.

12. If a matter has been agreed to, and both parties agree to initial the wording, it will not be reopened unless impacted by a subsequent change or by mutual consent. A final written agreement will be executed at the conclusion of bargaining to incorporate the individual agreement reached during the course of the negotiations.

13. When there is a failure to reach agreement on a bargainable proposal after discussion during a bargaining session, the proposal will be placed aside until the next bargaining session and then brought to the table again. If impasse is reached, normal impasse procedures will apply but, prior to initiating impasse procedures, the parties, by mutual consent, will call an Agency or outside facilitator to assist the negotiations. Both parties will approve the selection of the facilitator.

14. The ground rules are binding on both parties and are subject to re-opening only by mutual consent.

15. Each party is allowed to video and/or audio record negotiation meetings and produce transcripts of the meetings. The transcripts are used by the party for reference only. Any agreement reached verbally during negotiation meetings is not binding until the Parties reduce it to writing.

16. When the Union submits its information request during a negotiation meeting and the Agency determines that the Union has presented its particularized need for the request, the Union is not required to submit a separate information request in writing to the Agency, and the Agency will respond to the request pursuant to Paragraph 9 above. If the Agency determines that the Union does not present its particularized need for the request during the negotiation meeting, the Union shall submit its information request to the Agency in writing within three (3) business days and articulate a particularized need therein.

17. The Parties agree that all negotiation meetings are held via Microsoft Teams and that each member shall be visible on camera at all times during negotiation meetings, for the purpose of making the negotiations as close to in-person negotiations as possible, as well as ensuring only those who should be participating in negotiations are present at any given time. Members may briefly excuse themselves from the meeting and turn off their cameras and/or microphones for personal or work-related reasons. Members must turn their camera back on when they return to the meeting.

Signed this 8th day of July 2025.

FOR THE AGENCY                                              FOR THE UNION

*for Yoko S. Hoffman*                                       7/11/2025
Crystal Thomas                                              John Dryden              *John Dryden*
Director                                                    President                98042BA9D222416...
Office of Huma Resources                                    AFSCME Local 1418
United States Agency for Global Media

3