UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>*Defendants*.<br><br>MICHAEL ABRAMOWITZ, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-1015-RCL<br>Case No. 1:25-cv-0887-RCL |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael K. Velchik, United States Department of Justice, Civil Division, enters his appearance as counsel for Defendants. Mr. Velchik certifies pursuant to Local Rule 83.2(e) that he is personally familiar with the Local Rules of this Court.

Dated: August 22, 2025

Respectfully submitted,

*/s/ Michael K. Velchik*
MICHAEL K VELCHIK (DC Bar #187249)
Senior Counsel
United States Department of Justice
Civil Division
950 Pennsylvania Ave
Washington, DC 20530
Tel: (202) 860-8388
Email: michael.velchik@usdoj.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August 2025, I caused the foregoing document to be served on counsel for plaintiff by filing with the court's electronic case filing system.

/s/ Michael K. Velchik
MICHAEL K. VELCHIK