UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ABRAMOWITZ, *et al.*,

    *Plaintiffs,*

v.

KARI LAKE, *et al.*,

    *Defendants.*

Case No. 1:25-cv-887-RCL

## ORDER

Upon consideration of Plaintiff Michael Abramowitz's Motion for Partial Summary Judgment [ECF No. 59] and the entire record, it is hereby **ORDERED** that the motion is **GRANTED** as to Count I. Defendants are hereby **ENJOINED** from removing Plaintiff Abramowitz from his position as director of Voice of America without the approval of a majority of the International Broadcasting Advisory Board. *See* 22 U.S.C. § 6205(e)(1)–(2).

**SO ORDERED.**

Date: August 28, 2025

Royce C. Lamberth
United States District Judge