UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>Defendants. | Case No. 1:25-cv-1015-RCL<br>Case No. 1:25-cv-0887-RCL |
| MICHAEL ABRAMOWITZ *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>Defendants. | |

**NOTICE**

On August 25, 2025, the Court held a hearing on its Order to Show Cause in the above-captioned cases, *see* No. 25-cv-1015-RCL, ECF No. 62 and the *Abramowitz* Plaintiffs' Motion for Partial Summary Judgment, *see* No. 25-cv-1015-RCL, ECF No. 59. Defendants respectfully submit this supplemental filing to address some of the questions raised by the Court in the August 25 hearing.

At the hearing, the Court asked about Mr. Victor Morales's current position; Ms. Kari Lake's current position; the identity of the person performing the responsibilities of Voice of America (VOA) Director; and the identities of the Agency's senior advisors. Defendants hereby notify the Court that Mr. Morales's position is Senior Policy Adviser. He is currently on

1

administrative leave. Ms. Lake is currently the Acting CEO of USAGM. Mr. Michael Abramowitz is the VOA Director as of the date of this filing. Ms. Leili Soltani is the Acting Director of Programming for Voice of America. The Position Description for the Director of Programming provides that such position serves as the Acting Voice of America Director in the Director's absence. There are two senior advisors at the Agency: John Zadrozny and Brian Miller.

The Court also asked for the number of USAGM and VOA employees on administrative leave. USAGM currently has 137 active employees, and VOA has 86 active employees. USAGM currently has 62 employees on administrative leave, and VOA has 512 employees on administrative leave. USAGM plans to issue reduction-in-forces (RIF) notices shortly. USAGM plans to retain 158 employees, and VOA to retain 108 employees. USAGM plans to send RIF notices to 46 USAGM employees and to 486 VOA employees. The Agency notes that these numbers could change slightly. These numbers do not include Office of Cuba Broadcasting employees because they are not subject to this RIF.

The Court also asked for clarity concerning an attachment that appeared in the Agency's correspondence to Congress. Defendants produced three substantially identical letters that included the following paragraph:

> A plan was developed by a senior career USAGM leadership who assessed what the statutory minimum is and signed-off on it; career agency staff like General Counsel Royce Min with over 20-years-experience as a federal government attorney; acting-CEO Victor Morales, a 36-year veteran at Voice of America; Chief Financial Officer Roman Napoli, with over 20-years-experience at USAID and Department of State; also the Directors of Human Resources; Office of management; and Office of Technology Service and Innovation, all signed-off on the USAGM Statutory Minimum Memorandum. (Please see enclosed.)

No. 1:25-cv-887-RCL, ECF No. 69-1 at 4-6; No. 1:25-cv-1015-RCL, ECF No. 134-1 at 5-7. The Agency confirmed that the "USAGM Statutory Minimum Memorandum" referenced in the letters at No. 1:25-cv-887-RCL, ECF No. 69-1 at 4-6; No. 1:25-cv-1015-RCL, ECF No. 134-1 at 5-7

corresponds to the pages produced to the Court at No. 1:25-cv-887-RCL, ECF No. 69-1 at 1-3; No. 1:25-cv-1015-RCL, ECF No. 134-1 at 2-4. The Agency further confirmed that it is not aware of any other enclosures transmitted to Congress associated with the letters produced at No. 1:25-cv-887-RCL, ECF No. 69-1 at 4-6 and No. 1:25-cv-1015-RCL, ECF No. 134-1 at 5-7.

Defendants also attach as Exhibits A, B, C, and D, respectively, the following records submitted to Congress by the Executive branch:

- Exhibit A: Letter from Director Russell T. Vought, Office of Management and Budget, to Committee on Appropriations, U.S. Senate (May 2, 2025), enclosing President Trump's Recommendations on Discretionary Funding Levels for Fiscal Year (FY) 2026
- Exhibit B: Technical Supplement to the 2026 Budget: Appendix, Office of Management and Budget
- Exhibit C: FY 2026 Congressional Budget Justification, USAGM
- Exhibit D: Congressional Budget Justification, Department of State, Foreign Operations, and Related Programs, Fiscal Year 2026

Finally, Defendants hereby notify the Court that Defendants have made the decision to take steps to resume broadcasting in North Korea.

Dated: August 28, 2025

Washington, DC

                        Respectfully submitted,

                        BRETT A. SHUMATE
                        Assistant Attorney General

                        ERIC J. HAMILTON
                        Deputy Assistant Attorney General
                        Civil Division, Federal Programs Branch

                        ABIGAIL STOUT
                        (DC Bar No. 9009415)
                        Counsel

                        */s/ Michael Velchik*
                        MICHAEL VELCHIK
                        (DC Bar No. 187249)
                        Senior Counsel

                        Civil Division
                        950 Pennsylvania Ave
                        Washington, DC 20530
                        Tel: (202) 860-8388
                        Email: michael.velchik@usdoj.gov

                        *Attorneys for Defendants*