# Exhibit C



# FY 2026 Congressional Budget Justification



*United in one mission: to inform, engage and connect audiences around the world in support of freedom and democracy.*

# Table of Contents

Executive Summary ................................................................................... 3

Estimated Costs for Agency Shutdown............................................................ 4

Summary of Appropriations ........................................................................... 5

Legislative Proposals ..................................................................................... 6

# Executive Summary

The FY 2026 Budget delivers on the President's promises to decrease the size of the Federal Government to enhance accountability, reduce waste, and reduce unnecessary governmental entities. To further this goal, the Budget proposes funding to enable the orderly shutdown of U.S. Agency for Global Media (USAGM) operations.

USAGM is an independent federal agency responsible for all United States non-military international media. The FY 2026 Budget request of $153.0 million will support the orderly shutdown of USAGM operations. The funding will provide $77.5 million for personnel compensation and benefits for staff retained to complete closeout activities, and the costs associated with deferred resignations, voluntary retirements, and reductions in force; $73.5 million for winddown of Agency operations, including decommissioning of overseas transmission stations; and $2 million for facility operations until the Agency closure is complete.

While awaiting congressional action on this Budget request, USAGM will continue its efforts to reduce the scope of its performance as required by Executive Order 14238 of March 14, 2025 "Continuing the Reduction of the Federal Bureaucracy." USAGM will continue to eliminate non-statutory components and functions to the maximum extent consistent with applicable law.

# Estimated Costs for Agency Shutdown

Estimates provided assume enactment of the President's request for USAGM on October 1, 2025 providing for the orderly shutdown of USAGM operations.

| FY 2026 USAGM Shutdown Costs | |
|---|---:|
| *($ millions)* | |
| Serverence Payments | $ 69.5 |
| Transmitting Station Closures | $ 54.0 |
| Contract Termination Fees | $ 8.0 |
| Rent Payments | $ 2.0 |
| Personnel Costs | $ 5.0 |
| Management Systems Contracts | $ 9.5 |
| ICASS/CSCS Shutdown Fees | $ 5.0 |
| **Total** | **$ 153.0** |

# Summary of Appropriations

| United States Agency for Global Media<br>Summary of Appropriations<br>FY 2024-2026 | | | |
|---|---|---|---|
| *($ in thousands)* | | | |
| **International Broadcasting Operations**<br>*(Program, Project, and Activity)* | **FY 2024 Appropriation** | **FY 2025 Enacted (CR)** | **FY 2026 CBJ** |
| **Federal Entities** | | | |
| Voice of America | $ 260,032 | $ 260,032 | $ 23,000 |
| Office of Cuba Broadcasting | $ 25,000 | $ 25,000 | $ 14,000 |
| Mission Support | $ 225,640 | $ 225,640 | $ 116,000 |
| *Management and Support* | *$ 51,200* | *$ 51,200* | *$ 35,000* |
| *Office of Technology, Services, and Innovation* | *$ 174,440* | *$ 174,440* | *$ 81,000* |
| **Total - Federal Entities** | **$ 510,672** | **$ 510,672** | **$ 153,000** |
| **Non-Federal Entities** | | | |
| Radio Free Europe/Radio Liberty | $ 142,212 | $ 142,212 | |
| Radio Free Asia | $ 60,830 | $ 60,830 | |
| Middle East Broadcasting Networks | $ 100,000 | $ 100,000 | |
| Open Technology Fund | $ 43,500 | $ 43,500 | |
| Frontline Media Fund/Global News Service | | | |
| **Total - Non-Federal Entities** | **$ 346,542** | **$ 346,542** | **$ -** |
| **Total - International Broadcasting Operations** | **$ 857,214** | **$ 857,214** | **$ 153,000** |
| **Broadcasting Capital Improvements**<br>*(Program, Project, and Activity)* | | | |
| Broadcasting Capital Improvements | $ 9,700 | $ 9,700 | |
| **Total - Broadcasting Capital Improvements** | **$ 9,700** | **$ 9,700** | **$ -** |
| **USAGM Grand Total - Appropriation/Request** | **$ 866,914** | **$ 866,914** | **$ 153,000** |

# Legislative Proposal Requests

USAGM is requesting the following appropriation language edits to reflect an orderly shutdown of the Agency.

INTERNATIONAL BROADCASTING OPERATIONS

For necessary expenses to carry out the closure of the United States Agency for Global Media (USAGM), $153,000,000, of which $7,650,000 may remain available until September 30, 2027.