# Exhibit D

# Congressional Budget Justification

# Department of State, Foreign Operations, and Related Programs



## FISCAL YEAR 2026

This page intentionally left blank.

# Congressional Budget Justification
# Department of State, Foreign Operations, and Related Programs

## Table of Contents

**Statement of the Secretary of State** ............................................................................... i

**Summary Budget Table** ........................................................................ **1**

**Statement of Performance and Acting on Evidence** ...................................... **9**

**Summary of Appropriations Table** ............................................................ **13**

**DEPARTMENT OF STATE AND RELATED AGENCIES** .................................... **16**

**I. Department of State** ............................................................................. **16**

***A. Resource Summary and Funding Crosscuts*** ............................................. ***16***
    Reform and Alignment of Foreign Policy ............................................ 17
    Ten Year Appropriations History .................................................... 19
    Public Diplomacy Resources ......................................................... 25
    Department of State Fee Collections .............................................. 28
    Cybersecurity ......................................................................... 36

***B. Administration of Foreign Affairs*** ........................................................ ***41***
    Diplomatic Programs ................................................................. 41
    Consular and Border Security Programs ........................................... 56
    Information Technology Central Fund .............................................. 61
    Working Capital Fund ................................................................ 66
    Embassy Security, Construction, and Maintenance ............................... 69
    Office of Inspector General ......................................................... 74
    Educational and Cultural Exchange Programs .................................... 76
    Representation Expenses ............................................................. 79
    Emergencies in the Diplomatic and Consular Service ........................... 80
    Buying Power Maintenance Account ............................................... 82
    Protection of Foreign Missions and Officials .................................... 83
    Repatriation Loans Program Account .............................................. 84
    Payment to the American Institute in Taiwan .................................... 85
    Enduring Welcome Administrative Expenses Account ........................... 86

***C. International Organizations*** ................................................................ ***87***
    Contributions to International Organizations ..................................... 87
    Contributions for International Peacekeeping Activities ......................... 93

***D. International Commissions (Function 300)*** ............................................. ***96***
    International Boundary and Water Commission (Salaries & Expenses) ........... 96
    International Boundary and Water Commission (Construction) ................... 97
    International Fisheries Commissions ............................................... 99
    International Joint Commissions .................................................... 103
    International Boundary Commissions .............................................. 105

North American Development Bank ................................................................ 107

**E. Related Programs** ........................................................................ **108**
    The Asia Foundation ...................................................................... 108
    East-West Center ........................................................................... 109
    National Endowment for Democracy .............................................. 110

**F. Trust Funds** ............................................................................ **111**
    Center for Middle Eastern-Western Dialogue ................................ 111
    Eisenhower Exchange Fellowship .................................................. 112
    Israeli Arab Scholarship Program .................................................. 113
    International Chancery Center ........................................................ 114
    Foreign Service Retirement and Disability Fund ............................. 115

**G. Related Agencies** ...................................................................... **116**
    United States Agency for Global Media .......................................... 116

**FOREIGN OPERATIONS AND RELATED PROGRAMS** ..................................... **117**

Summary Table: Foreign Assistance Discretionary Request FY 2024-2026 ............... 118
Foreign Assistance Key Account and Program Consolidations and Eliminations ........ 122
    Government-to-Government Activities .............................................. 124

**II. Bilateral Economic Assistance** ...................................................... **125**

**A. Bilateral Economic Assistance** ...................................................... **125**
    America First Opportunity Fund ..................................................... 125
    Global Health Programs ................................................................. 126
    International Humanitarian Assistance ............................................ 128
    Emergency Refugee and Migration Assistance ............................... 129

**B. Independent Agencies** ................................................................ **130**
    Peace Corps .................................................................................. 130
    Millennium Challenge Corporation ................................................ 131
    Inter-American Foundation ............................................................. 132
    U.S. African Development Foundation ............................................ 133

**C. Department of the Treasury** ......................................................... **134**
    International Affairs Office of Technical Assistance ........................ 134

**III. International Security Assistance** .................................................. **135**
    International Narcotics Control and Law Enforcement .................... 135
    Nonproliferation, Anti-Terrorism, Demining and Related Programs ............. 137
    National Security Engagement Assistance ..................................... 141
    International Military Education and Training ................................. 142
    Foreign Military Financing ............................................................. 143
    Special Defense Acquisition Fund .................................................. 145

**IV. Multilateral Assistance** ............................................................. **146**
    Multilateral Assistance and Related Funds ..................................... 146

**V. Export and Investment Assistance** ........................................................ **150**
    Export-Import Bank of the United States ........................................... 150
    U.S. Trade and Development Agency ................................................ 151
    U.S. Development Finance Corporation ............................................ 152

**VI. COMMERCE, JUSTICE, SCIENCE, AND RELATED AGENCIES** .............. **155**
    International Trade Commission ...................................................... 155
    Foreign Claims Settlement Commission ........................................... 156

**VII. Legislative Language** ........................................................................ **157**

**ACRONYMS** ............................................................................................ **199**

 United States Department of State

Washington, DC   20520

The President has made a clear commitment to cutting the federal deficit and improving the return on investment for the American people.  Our foreign policy must focus on delivering tangible results that put America First by making our nation stronger, safer, and more prosperous.

The FY 2026 budget request of $28.5 billion for the Department of State, excluding rescissions, will allow us to fulfill our mission, while streamlining programs and operations for a more effective and efficient Department for the American people.  Every dollar appropriated is to be transparently and meticulously applied to advancing the interests of the United States.  This request aggressively aligns resources toward objectives that are in the best interests of our nation and at an overall cost savings.

In the face of intensifying strategic competition, we stand resolute in ensuring that the President's vision for American strength and prosperity is protected and implemented.  To this end, we will seek to work with countries around the world to achieve mutually beneficial results.  We will vigorously oppose arrangements that undermine our national interests.

Under the President's leadership, we are reorienting our approach to foreign assistance to one that advances our national interests.  To do so, we propose creating a new America First Opportunity Fund (A1OF) that would allow the Department to respond rapidly and flexibly to new and unforeseen opportunities and challenges when they arise.  We also propose consolidating our fragmented humanitarian assistance programs and focusing on crises in which there is a clear, direct nexus to U.S. national interests while also pursuing fairer burden sharing with other donors.  This request will continue robust security assistance for key countries, including Israel and Jordan, while advancing the President's vision for peace and stability in the Middle East, including by building upon the Abraham Accords.

In line with the Administration's approach to ending divisive or ineffective foreign assistance programs, the Department will henceforth only fund efforts that can clearly be tied to making America stronger, safer, and more prosperous.  Programs must demonstrate that they are tackling pressing challenges such as addressing mass and illegal immigration, negotiating fair trade deals that benefit American workers, and promoting lasting peace worldwide.

To complement these foreign assistance reforms, the Department is requesting funding and authorities to complete the integration of certain USAID programs and management resources within the Department of State.  These include targeted staffing increases to ensure Department bureaus have the capacity and expertise to implement and oversee these programs.

The Department of State is home to the most talented and capable diplomatic corps in the world, but its organizational structure has steadily expanded in size and cost.  The profusion of offices and positions is not fiscally sustainable, nor has it made the Department more effective in carrying out its missions.  As we are still finalizing plans for the most comprehensive

i

reorganization of the Department in decades, the restructuring is not reflected in this request. However, this reorganization will further the same objective of delivering a more agile, focused Department that will always put America first on the global stage.

Modernizing, protecting, and securing our facilities and personnel overseas is of the utmost importance, and we are committed to doing so in a cost-effective and efficient manner. The Embassy Security, Construction, and Maintenance request completes the consolidation of USAID's Real Property footprint. The request further prioritizes funding for Diplomatic Security to secure and protect the U.S. diplomatic presence abroad.

Thank you for your partnership and consideration as we work together to meet the immense challenges of the 21st Century and to fulfill the President's America First vision.

Sincerely,

Marco Rubio
Secretary of State

## DIPLOMATIC ENGAGEMENT and FOREIGN ASSISTANCE DISCRETIONARY REQUEST
## FY 2024 - FY 2026

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| **STATE AND INTERNATIONAL AFFAIRS TOTAL (Includes Function 150, 300, and 800 accounts; excluding rescissions and cancellations)** | **62,724,075** | **59,800,084** | **31,204,029** | **(31,520,046)** | **(28,596,055)** |
| | | | | | |
| **STATE AND INTERNATIONAL AFFAIRS TOTAL with rescissions and cancellations** | **60,386,568** | **59,333,928** | **9,577,129** | **(50,809,439)** | **(49,756,799)** |
| **STATE TOTAL (including Function 300) excluding rescissions and cancellations and Passport Application Execution Fees (PAEF)** | **57,124,556** | **54,413,375** | **28,532,856** | **(28,216,700)** | **(25,505,519)** |
| **STATE TOTAL (including Function 300) including rescissions and cancellations PAEF** | **55,376,179** | **54,058,219** | **8,132,856** | **(47,243,323)** | **(45,925,363)** |
| | | | | | |
| **STATE and USAID $20 BILLION CANCELLATION** | **-** | **-** | **(20,000,000)** | **(20,000,000)** | **(20,000,000)** |
| | | | | | |
| **DIPLOMATIC ENGAGEMENT & RELATED ACCOUNTS** | **15,667,471** | **16,864,511** | **11,465,096** | **(4,202,375)** | **(5,399,415)** |
| | | | | | |
| **DIPLOMATIC ENGAGEMENT** | **14,745,557** | **15,942,597** | **11,293,596** | **(3,451,961)** | **(4,649,001)** |
| | | | | | |
| **Administration of Foreign Affairs** | **11,171,671** | **12,579,892** | **10,846,025** | **(325,646)** | **(1,733,867)** |
| | | | | | |

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---:|---:|---:|---:|---:|
| **State Programs** | **8,480,226** | **9,888,447** | **8,569,229** | **89,003** | **(1,319,218)** |
| | | | | | |
| **Diplomatic Programs** | **9,413,107** | **9,413,107** | **8,569,529** | **(843,578)** | **(843,578)** |
| Ongoing Operations | 5,599,400 | 5,599,400 | 4,831,873 | (767,527) | (767,527) |
| Worldwide Security Protection | 3,813,707 | 3,813,707 | 3,737,656 | (76,051) | (76,051) |
| | | | | | |
| **Capital Investment Fund** | **389,000** | **389,000** | **399,700** | **10,700** | **10,700** |
| **Consular Border Security Programs** | **(1,321,881)** | **86,340** | **(400,000)** | **921,881** | **(486,340)** |
| of which, PAEF Spending Authority and Revenue | (419,541) | (441,000) | - | 419,541 | 441,000 |
| of which, PAEF Revenue[2] | (469,541) | (491,000) | (517,000) | (47,024) | (25,565) |
| of which, PAEF Spending Authority | 50,000 | 50,000 | 517,000 | 466,565 | 466,565 |
| of which Rescission of Unobligated Balances or Restoration of Previously Withheld Balances | (902,340) | 527,340 | (400,000) | 502,340 | (927,340) |
| of which, Rescission of Unobligated Balances | (902,340) | (375,000) | (775,000) | 127,340 | (400,000) |
| of which, Restoration of Previously Withheld Balances | - | 902,340 | 375,000 | 375,000 | (527,340) |
| **Embassy Security, Construction, and Maintenance** | **1,733,821** | **1,733,821** | **2,006,692** | **272,871** | **272,871** |
| Ongoing Operations | 1,957,821 | 1,957,821 | 2,006,692 | 48,871 | 48,871 |
| Rescission of Prior Year Unobligated Balances | (224,000) | (224,000) | - | 224,000 | 224,000 |
| | | | | | |
| **Other Administration of Foreign Affairs** | **957,624** | **957,624** | **270,104** | **(687,520)** | **(687,520)** |
| Office of the Inspector General | 131,670 | 131,670 | 134,400 | 2,730 | 2,730 |

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| Educational and Cultural Exchange Programs (ECA) | 741,000 | 741,000 | 50,000 | (691,000) | (691,000) |
| Representation Expenses | 7,415 | 7,415 | 7,415 | - | - |
| Protection of Foreign Missions and Officials | 30,890 | 30,890 | 30,890 | - | - |
| Emergencies in the Diplomatic and Consular Services | 8,885 | 8,885 | 8,885 | - | - |
| Repatriation Loans Program Account | 1,800 | 1,800 | 2,550 | 750 | 750 |
| Payment to the American Institute in Taiwan | 35,964 | 35,964 | 35,964 | - | - |
|  |  |  |  |  |  |
| **International Organizations** | **2,910,859** | **2,777,596** | **263,803** | **(2,647,056)** | **(2,513,793)** |
| Contributions to International Organizations (CIO) | 1,543,452 | 1,543,452 | 263,803 | (1,279,649) | (1,279,649) |
| Contributions for International Peacekeeping Activities (CIPA) | 1,367,407 | 1,234,144 | - | (1,367,407) | (1,234,144) |
|  |  |  |  |  |  |
| **Related Programs** | **359,000** | **359,000** | **-** | **(359,000)** | **(359,000)** |
| The Asia Foundation | 22,000 | 22,000 | - | (22,000) | (22,000) |
| National Endowment for Democracy | 315,000 | 315,000 | - | (315,000) | (315,000) |
| East-West Center | 22,000 | 22,000 | - | (22,000) | (22,000) |
|  |  |  |  |  |  |
| **Trust Funds** | **1,254** | **1,386** | **745** | **(509)** | **(641)** |
| Center for Middle Eastern-Western Dialogue | 104 | 168 | - | (104) | (168) |
| Eisenhower Exchange Fellowship Program | 335 | 304 | - | (335) | (304) |
| Israeli Arab Scholarship Program | 71 | 170 | - | (71) | (170) |
| International Chancery Center | 744 | 744 | 745 | 1 | 1 |

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| *Foreign Service Retirement and Disability Fund (non-add)* | *158,900* | *60,000* | *60,000* | *(98,900)* | *-* |
| | | | | | |
| **International Commissions (Function 300)** | **302,773** | **224,723** | **183,023** | **(119,750)** | **(41,700)** |
| International Boundary and Water Commission - Salaries and Expenses | 64,800 | 64,800 | 64,800 | - | - |
| International Boundary and Water Commission - Construction | 156,050 | 78,000 | 50,300 | (105,750) | (27,700) |
| | | | | | |
| **American Sections** | **16,204** | **16,204** | **13,204** | **(3,000)** | **(3,000)** |
| International Joint Commission | 10,881 | 10,881 | 10,881 | - | - |
| International Boundary Commission | 2,323 | 2,323 | 2,323 | - | - |
| North American Development Bank | 3,000 | 3,000 | - | (3,000) | (3,000) |
| | | | | | |
| **International Fisheries Commissions** | **65,719** | **65,719** | **54,719** | **(11,000)** | **(11,000)** |
| | | | | | |
| **U.S. Agency for Global Media (USAGM)[4]** | **866,914** | **866,914** | **153,000** | **(713,914)** | **(713,914)** |
| International Broadcasting Operations | 857,214 | 857,214 | 153,000 | (704,214) | (704,214) |
| Broadcasting Capital Improvements | 9,700 | 9,700 | - | (9,700) | (9,700) |
| | | | | | |
| **Other Programs** | **55,000** | **55,000** | **18,500** | **(36,500)** | **(36,500)** |
| United States Institute of Peace[4] | 55,000 | 55,000 | 18,500 | (36,500) | (36,500) |
| | | | | | |
| **FOREIGN OPERATIONS** | **44,719,097** | **42,469,417** | **18,112,033** | **(24,999,957)** | **(22,750,277)** |

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| | | | | | |
| **U.S Agency for International Development[3]** | **2,039,600** | **2,039,600** | **-** | **(2,039,600)** | **(2,039,600)** |
| USAID Operating Expenses (OE) | 1,695,000 | 1,695,000 | - | (1,695,000) | (1,695,000) |
| USAID Capital Investment Fund (CIF) | 259,100 | 259,100 | - | (259,100) | (259,100) |
| USAID Inspector General Operating Expenses | 85,500 | 85,500 | - | (85,500) | (85,500) |
| | | | | | |
| **Bilateral Economic Assistance** | **27,651,988** | **25,541,988** | **10,694,260** | **(16,957,728)** | **(14,847,728)** |
| Global Health Programs (USAID and State) | 10,030,450 | 10,030,450 | 3,797,000 | (6,233,450) | (6,233,450) |
| Development Assistance (DA) | 3,931,000 | 3,931,000 | - | (3,931,000) | (3,931,000) |
| International Disaster Assistance (IDA) | 4,779,000 | 4,029,000 | - | (4,779,000) | (4,029,000) |
| International Humanitarian Assistance (IHA) | - | - | 2,500,000 | 2,500,000 | 2,500,000 |
| Transition Initiatives (TI) | 75,000 | 75,000 | - | (75,000) | (75,000) |
| Complex Crises Fund (CCF) | 55,000 | 55,000 | - | (55,000) | (55,000) |
| America First Opportunity Fund (A1OF) | - | - | 2,897,160 | 2,897,160 | 2,897,160 |
| Economic Support Fund (ESF) | 3,890,400 | 3,590,400 | - | (3,890,400) | (3,590,400) |
| Estimated Transfer of ESF to Development Finance Corporation (DFC) | [50,000] | [50,000] | - | - | - |
| Economic Support Fund Rescission | (152,496) | (152,496) | - | 152,496 | 152,496 |
| Democracy Fund (DF) | 345,200 | 345,200 | - | (345,200) | (345,200) |
| Assistance for Europe, Eurasia & Central Asia (AEECA) | 770,334 | 460,334 | - | (770,334) | (460,334) |
| Migration and Refugee Assistance (MRA) | 3,928,000 | 3,178,000 | - | (3,928,000) | (3,178,000) |
| U.S. Emergency Refugee and Migration Assistance (ERMA) | 100 | 100 | 1,500,100 | 1,500,000 | 1,500,000 |

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| | | | | | |
| **Independent Agencies** | **977,500** | **1,452,500** | **(544,500)** | **(1,522,000)** | **(1,997,000)** |
| Peace Corps | 430,500 | 430,500 | 430,500 | - | - |
| Millennium Challenge Corporation | 930,000 | 930,000 | 224,000 | (706,000) | (706,000) |
| Millennium Challenge Corporation Rescission and cancellation | (475,000) | - | (1,215,000) | (740,000) | (1,215,000) |
| Inter-American Foundation[4] | 47,000 | 47,000 | 10,000 | (37,000) | (37,000) |
| U.S. African Development Foundation[4] | 45,000 | 45,000 | 6,000 | (39,000) | (39,000) |
| | | | | | |
| **Department of Treasury** | **79,000** | **(48,000)** | **18,100** | **(60,900)** | **66,100** |
| International Affairs Technical Assistance | 38,000 | 38,000 | 30,000 | (8,000) | (8,000) |
| Debt Restructuring | 41,000 | 25,000 | - | (41,000) | (25,000) |
| Treasury - Debt Restructuring Rescission | - | (111,000) | (11,900) | (11,900) | 99,100 |
| | | | | | |
| **International Security Assistance** | **8,883,007** | **8,478,007** | **6,145,000** | **(2,738,007)** | **(2,333,007)** |
| International Narcotics Control and Law Enforcement (INCLE) | 1,400,000 | 1,285,000 | 125,000 | (1,275,000) | (1,160,000) |
| International Narcotics Control and Law Enforcement Rescission | (50,000) | (65,000) | - | 50,000 | 65,000 |
| Nonproliferation, Anti-Terrorism, Demining and Related Programs (NADR) | 870,000 | 870,000 | 745,000 | (125,000) | (125,000) |
| Peacekeeping Operations (PKO) / National Security Engagement Account (NSEA) | 410,458 | 410,458 | 30,000 | (380,458) | (380,458) |
| International Military Education and Training (IMET) | 119,152 | 119,152 | 95,000 | (24,152) | (24,152) |

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| Foreign Military Financing (FMF) | 6,133,397 | 5,858,397 | 5,150,000 | (983,397) | (708,397) |
| | | | | | |
| **Multilateral Assistance** | **2,740,745** | **2,697,135** | **1,376,943** | **(1,363,802)** | **(1,320,192)** |
| International Organizations and Programs (IO&P) | 436,920 | 436,920 | - | (436,920) | (436,920) |
| | | | | | |
| **Multilateral Development Banks and Related Funds** | **2,303,825** | **2,260,215** | **1,376,943** | **(926,882)** | **(883,272)** |
| Multilateral Development Banks | 1,925,625 | 1,882,015 | 1,326,943 | (598,682) | (555,072) |
| Food Security Trust Funds | 53,000 | 53,000 | - | (53,000) | (53,000) |
| Energy and Environment | 275,200 | 275,200 | - | (275,200) | (275,200) |
| Treasury International Assistance Programs | 50,000 | 50,000 | 50,000 | - | - |
| | | | | | |
| **Export & Investment Assistance** | **605,380** | **566,310** | **287,460** | **(317,920)** | **(278,850)** |
| Export-Import Bank[5] | 68,860 | (66,140) | (174,740) | (243,600) | (108,600) |
| Export-Import Bank Rescission | (114,130) | - | - | 114,130 | - |
| Development Finance Corporation (DFC)[6] | 563,650 | 545,450 | 375,200 | (188,450) | (170,250) |
| U.S. Trade and Development Agency | 87,000 | 87,000 | 87,000 | - | - |
| | | | | | |
| **Related International Affairs Accounts** | **122,000** | **122,000** | **134,000** | **12,000** | **12,000** |
| International Trade Commission | 122,000 | 122,000 | 134,000 | 12,000 | 12,000 |
| | | | | | |
| **Department of Agriculture** | **1,619,107** | **1,619,107** | **-** | **(1,619,107)** | **(1,619,107)** |
| P.L. 480, Title II | 1,619,107 | 1,619,107 | - | (1,619,107) | (1,619,107) |
| | | | | | |

7

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| **Other Commissions** | **770** | **770** | **770** | **-** | **-** |
| Commission for the Preservation of America's Heritage Abroad (Function 800) | 770 | 770 | 770 | - | - |
| | | | | | |
| **Other Programs (not included above)** | | | | | |
| Foreign Claims Settlement Commission (Function 150) - *Non-add*[7] | [1,968] | [2,504] | [2,504] | [536] | - |
| McGovern-Dole International Food for Education and Child Nutrition Programs (Agriculture) - *Non-add* | [240,000] | [240,000] | [251,000] | [11,000] | [11,000] |

[1] The FY 2024 Estimate contains $2.5 billion in enacted emergency funding that was shifted from the base.
[2] The FY 2024 Estimate includes FY 2024 Actual PAEF revenues of $469.5 million.
[3] FY 2026 Request includes any funding required for USAID Operational Expenses and Office of the Inspector General under the corresponding Department of State accounts.
[4] The FY 2026 Request reflects close out costs for agencies proposed for elimination such as the U.S. Agency for Global Media, U.S. Institute for Peace, U.S. African Development Foundation and Inter-American Foundation.
[5] The FY 2024 Estimate for Export-Import Bank total includes FY 2024 actual offsetting collections of $80.0 million.
[6] The FY 2024 Estimate for Development Finance Corporation total includes FY 2024 actual offsetting collections of $426.8 million.
[7] The FY 2024 Estimate for the Foreign Claims Settlement Commission reflects FY 2024 Actuals.

# STATEMENT OF PERFORMANCE AND ACTING ON EVIDENCE

## Statement of Performance

The Department of State (the Department) implements planning and performance processes to advance national security and the Trump Administration's foreign policy priorities. The Department's policies align with relevant statutes, including the Government Performance and Results Act Modernization Act of 2010 (GPRAMA), the Foreign Aid Transparency and Accountability Act of 2016 (FATAA), the Program Management Improvement Accountability Act of 2016 (PMIAA), and the Foundations for Evidence-Based Policymaking Act of 2018 (Evidence Act). The Department coordinates strategic planning and performance management at the agency, bureau, and country levels to efficiently and effectively achieve the United States' foreign policy priorities. Planning, performance, and evaluation processes are directly linked to the Department of State Strategic Plan.

## Strategic Planning and Progress Reviews

Every four years, the Department of State undergoes a strategic planning process during which the incoming Administration outlines priorities and creates a roadmap for achieving Department goals. This process results in the Department's Strategic Plan, which guides resource alignment and strengthens multi-year efforts to accomplish the President's foreign policy vision.

The FY 2026 – 2030 Department of State Strategic Plan is under development and will be published with the FY 2027 Budget. It will drive implementation of Executive Order 14211, One Voice for America's Foreign Relations, by effectively implementing foreign policy and ensuring that all foreign service officers and employees faithfully execute the President's policies. It will continue ongoing efforts to enhance the Department's effectiveness.

The Department uses the Strategic Plan as a guide to develop bureau and country-level strategies, tailored to cross-cutting functional responsibilities and varying geographic contexts. These strategies inform program, policy, and activity planning, and specify performance metrics to measure progress.

Bureau and country-level strategies are flexible management tools that the Department calibrates to respond to new policy priorities and emerging evidence. Department policies mandate regular progress reviews, such as bureau and mission annual strategy reviews to assess progress toward achieving strategic objectives.

## Performance Management

Sound strategic planning, program design, and performance management form the basis for effective and efficient use of the Department's resources to achieve the United States' strategic goals. Program design articulates how the Department plans to achieve goals for a sector, region, or country, while performance management enables the Department to assess the extent to which its initiatives are achieving intended outcomes. The Department's Program and Project Design, Monitoring, and Evaluation Policy details how to implement these principles. Its implementation helps the Department understand what is working and what may be changed to achieve more effective outcomes. The Department's policy aligns key programs and projects to document goals, objectives, and monitoring and evaluation plans, and directs all bureaus and independent offices to conduct evaluations and use performance data and evaluation findings

for decision-making. The Department's Program Design and Performance Management Toolkit facilitates implementation of these performance principles.  Both the policy and the Toolkit were updated in 2025 to align with the Office of Management and Budget (OMB) guidance from the Foundations of Evidence Based Policy Making Act of 2018 and to integrate audit recommendations and findings from the Office of Inspector General (OIG) and the General Accounting Office (GAO).  This update adds clarity and coherence to Department policy.  The Department continuously revises the policy as new Executive Orders, laws, and directives are issued.

As the Department absorbs some foreign assistance programming from USAID, it will review and integrate, as appropriate, foreign assistance design, monitoring, and evaluation resources, training, and other mechanisms to strengthen monitoring and evaluation capacity in the Department.

## Performance Reporting and Agency Priority Goals

The Department implements a comprehensive performance management framework through its Annual Performance Plan (APP), which establishes outcome-oriented metrics to track progress toward strategic objectives.  Progress is analyzed both qualitatively and quantitatively through the Annual Performance Report (APR) to demonstrate advancement toward strategic objectives and deliver measurable value to American taxpayers.  In conjunction with the new Strategic Plan, the Department will establish new performance goals, including two-year Agency Priority Goals (APGs), to be published in both the FY 2026 - 2030 Strategic Plan and the FY 2027 APP.

The Department will also submit its FY 2027 Evidence Plans with the FY 2027 Budget.  Notable recent highlights of ongoing efforts include:

- The State Department is analyzing passport processing time data to ensure U.S. citizens receive accurate information about service timeframes.  Increases in processing time are expected due to seasonal demand and the REAL ID implementation deadline.  This analysis monitors and ensures that the Department meets and exceeds published service commitments of six to eight weeks for routine service and two to three weeks for expedited service.  Public service commitments are published on Travel.State.gov, with internal communications conducted via email and reports.

- The State Department is conducting a biannual survey of more than 150 OSAC (formerly the Overseas Security Advisory Council) country chapters to collect data on the frequency and level of private sector involvement. This survey aims to drive OSAC engagement and support for Regional Security Officers (RSOs) and private sector participants. OSAC's two-way exchange of vital security information between the USG and U.S. private sector ensures that U.S. interests remain safe, strong, and prosperous around the world. Survey results are internally disseminated and targeted to be published in the first quarter of each calendar year.

In addition to enhancing evidence-based decision-making, the Department of State has made significant strides in its use of data and artificial intelligence (AI).  The Department implemented AI systems and refined data management practices that enhance knowledge transfer across diplomatic posts, reduce administrative burdens on domestic and Foreign Service professionals, and provide our diplomats with a strategic advantage.  These efforts solidify the Department's commitment to government efficiency and technological leadership.

The Department has undertaken several significant initiatives to streamline processes and strengthen America's diplomatic operations, including the deployment of Department-created generative AI (GenAI) products to nearly all overseas posts.  These tools, including the Data Collection and Management Tool

(DCT), Northstar, and StateChat, revolutionize the way the Department handles data, conducts research, and executes daily operations.

DCT, an AI-powered research assistant, centralizes, summarizes, translates, and categorizes user-submitted research for Congressionally mandated public reports, saving an estimated 16,000 hours of personnel time annually which was previously spent managing and compiling research.  Northstar, a digital and social media analysis tool, provides research access to over one million news articles and social media government and press posts daily from primarily foreign sources, generating insights about the global media landscape and enhancing the Department's ability to monitor and respond to international developments.  StateChat, a secure enterprise-wide chatbot approved to process the Department's sensitive unclassified information, has been widely adopted by over 38,000 users, and is expected to save over one million hours of time in 2025, allowing personnel to focus on higher-value work.  StateChat assists with drafting routine documents, streamlining document review and editing, improving threat detection, developing training materials and simulation exercises, and providing code assistance.  The Department has also prioritized workforce training and development by conducting GenAI 101 training and integrating data and AI modules into tradecraft courses.

## Improving Access to and Quality of Foreign Assistance Data

The Department is assuming responsibility for maintaining the ForeignAssistance.gov website, which was previously managed jointly with USAID.  The site provides a single, public-facing view of U.S. foreign assistance and serves as the central resource for budgetary and financial data produced by U.S. government agencies that manage foreign assistance portfolios.  In keeping with the U.S. government's commitment to transparency, ForeignAssistance.gov presents U.S. foreign assistance in accurate and understandable terms.  The website addresses aid transparency standards and reporting requirements, including the FATAA, Foundations for Evidence-Based Policymaking Act, and OMB Bulletin 12-01.

Over 900,000 users have viewed the site more than 3.9 million times since it merged with the legacy Foreign Aid Explorer in August 2021.  From October 2024 to March 2025, unique users of the site increased 238 percent compared to the prior six months.  The website will continue to collect and publish foreign assistance data from more than 20 U.S. government agencies that manage foreign assistance programs.  The Department is beginning an assessment of the site's data collection practices, quality reviews, and presentation methods to identify opportunities for improvement across all aspects of the data lifecycle, with an intent to deploy enhancements incrementally during 2026.  The Department is also working with bureaus to educate users and improve the quality of the data collected for enhanced transparency and better accuracy.

## Build Staff Capacity to Use Data and Evidence Throughout Planning, Performance Management, Project Management and Evaluation Processes

The Department provides training courses and technical assistance as needed to help staff integrate data and evidence into each stage of the Department's work.  For example, the Department has updated the Strategic Planning and Performance Management (SPPM), Managing Program Evaluations (MPE), and Managing Foreign Assistance Awards courses to address skills gaps and enhance agency capacity building objectives with the goal of increasing the number of staff with skills in strategic planning, program design, and performance assessment, and evaluation.  The Department offers related courses in both in-person and distance learning formats. In addition, the Department introduced an Integrated Country Strategy implementation course to strengthen posts' skills in the implementation and

management of their new strategies.  Technical assistance from skilled staff and toolkits for strategic planning, program design, performance management, and evaluation are easily accessible and proactively offered through multiple fora.  Consistent with FATAA, foreign assistance evaluations are posted publicly on the <u>Foreign Assistance Evaluations</u> page of the <u>ForeignAssistance.gov</u> website.

# DIPLOMATIC ENGAGEMENT SUMMARY OF APPROPRIATIONS

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Administration of Foreign Affairs** | **11,171,671** | **12,579,892** | **10,846,025** | **(1,733,867)** |
| **State Programs** | **8,480,226** | **9,888,447** | **8,569,229** | **(1,319,218)** |
| **Diplomatic Programs** | **9,413,107** | **9,413,107** | **8,569,529** | **(843,578)** |
| Ongoing Operations | 5,599,400 | 5,599,400 | 4,831,873 | (767,527) |
| *Additional Appropriations - Ongoing Operations [1]* | *110,000* | *-* | *-* | *-* |
| Worldwide Security Protection | 3,813,707 | 3,813,707 | 3,737,656 | (76,051) |
| *Additional Appropriations - Worldwide Security Protection [2]* | *100,000* | | | |
| **Capital Investment Fund** | **389,000** | **389,000** | **399,700** | **10,700** |
| **Consular Border Security Programs** | **(1,321,881)** | **86,340** | **(400,000)** | **(486,340)** |
| *of which, Passport Application and Execution Fee (PAEF) Revenue* | (469,541) | (491,000) | (517,000) | (26,000) |
| *of which, Passport Application and Execution Fee (PAEF) Spending Authority* | 50,000 | 50,000 | 517,000 | 467,000 |
| *of which, Rescission of Unobligated Balances* | (902,340) | (375,000) | (775,000) | (400,000) |
| *of which, Restoration of Previously Withheld Unobligated Balances* | - | 902,340 | 375,000 | (527,340) |
| **Embassy Security, Construction, and Maintenance - Net of Rescissions** | **1,733,821** | **1,733,821** | **2,006,692** | **272,871** |
| Ongoing Operations | 902,615 | 902,615 | 812,836 | (89,779) |
| Worldwide Security Upgrades | 1,055,206 | 1,055,206 | 1,193,856 | 138,650 |
| ESCM Prior Year Rescissions/Transfers | (224,000) | (224,000) | - | 224,000 |
| **Other Administration of Foreign Affairs** | **957,624** | **957,624** | **270,104** | **(687,520)** |
| Office of Inspector General | 131,670 | 131,670 | 134,400 | 2,730 |
| *Additional Appropriations - OIG [3]* | *12,000* | *-* | *-* | *-* |

13

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Educational and Cultural Exchange Programs | 741,000 | 741,000 | 50,000 | (691,000) |
| Representation Expenses | 7,415 | 7,415 | 7,415 | - |
| Protection of Foreign Missions and Officials | 30,890 | 30,890 | 30,890 | - |
| Emergencies in the Diplomatic and Consular Service | 8,885 | 8,885 | 8,885 | 0 |
| *Additional Appropriations - EDCS [4]* | *50,000* | *-* | *-* | *-* |
| *Buying Power Maintenance Account* | *-* | *-* | *-* | *-* |
| Repatriation Loans Program Account | 1,800 | 1,800 | 2,550 | 750 |
| Payment to the American Institute in Taiwan | 35,964 | 35,964 | 35,964 | - |
| **International Organizations** | **2,910,859** | **2,777,596** | **263,803** | **(2,513,793)** |
| Contributions to International Organizations | 1,543,452 | 1,543,452 | 263,803 | (1,279,649) |
| Contributions for International Peacekeeping Activities | 1,367,407 | 1,234,144 | - | (1,234,144) |
| | | | | |
| **International Commissions (Function 300)** | **302,773** | **224,723** | **183,023** | **(41,700)** |
| International Boundary and Water Commission - S&E | 64,800 | 64,800 | 64,800 | - |
| International Boundary and Water Commission - Construction | 156,050 | 78,000 | 50,300 | (27,700) |
| *Additional Appropriations - IBWC Construction [5]* | *-* | *250,000* | *-* | *(250,000)* |
| **American Sections** | **16,204** | **16,204** | **13,204** | **(3,000)** |
| International Joint Commission | 10,881 | 10,881 | 10,881 | - |
| International Boundary Commission | 2,323 | 2,323 | 2,323 | - |
| North American Development Bank | 3,000 | 3,000 | - | (3,000) |
| **International Fisheries Commissions** | **65,719** | **65,719** | **54,719** | **(11,000)** |
| | | | | |
| **Related Programs** | **359,000** | **359,000** | **-** | **(359,000)** |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| The Asia Foundation | 22,000 | 22,000 | - | (22,000) |
| National Endowment for Democracy | 315,000 | 315,000 | - | (315,000) |
| East-West Center | 22,000 | 22,000 | - | (22,000) |
| | | | | |
| **Special and Trust Funds** | **1,254** | **1,386** | **745** | **(641)** |
| Center for Middle Eastern-Western Dialogue | 104 | 168 | - | (168) |
| Eisenhower Exchange Fellowship Program | 335 | 304 | 0 | (304) |
| Israeli Arab Scholarship Program | 71 | 170 | - | (170) |
| International Chancery Center | 744 | 744 | 745 | 1 |
| *Foreign Service Retirement and Disability Fund (non-add)* | *158,900* | *60,000* | *60,000* | *-* |
| | | | | |
| **TOTAL, Department of State Appropriations** | **14,745,557** | **15,942,597** | **11,293,596** | **(4,649,001)** |
| **TOTAL, Additional Appropriations** | **272,000** | **250,000** | **0** | **(250,000)** |
| **GRAND TOTAL, Department of State Appropriations** | **15,017,557** | **16,192,597** | **11,293,596** | **(4,899,001)** |

[1] *$60 million in FY 2024, Ukraine Security Supplemental Appropriations Act, 2024 (Div. B, P.L. 118-50)*
  *$50 million in FY 2024, Israel Security Supplemental Appropriations Act, 2024 (Div. A, P.L. 118-50)*
[2] *$100 million in FY 2024, Israel Security Supplemental Appropriations Act, 2024 (Div. A, P.L. 118-50)*
[3] *$8 million  in FY 2024, Ukraine Security Supplemental Appropriations Act, 2024 (Div. B, P.L. 118-50)*
  *$4 million in FY 2024, Israel Security Supplemental Appropriations Act, 2024 (Div. A, P.L. 118-50)*
[4] *$50 million in FY 2024, Israel Security Supplemental Appropriations Act, 2024 (Div. A, P.L. 118-50)*
[5] *$250 million in FY 2025, Supplemental Appropriations IBWC Construction, the American Relief Act, 2025 (Div. P.L. 118-158)*

# DEPARTMENT OF STATE AND RELATED AGENCIES

# REFORM AND ALIGNMENT OF FOREIGN POLICY

Secretary Rubio is committed to restoring the State Department to its core purpose: results-driven diplomacy, powered by its overseas posts and the regional bureaus in Washington.  Executive Order 14150—America First Policy Directive to the Secretary of State — directs that the foreign policy of the United States shall champion core American interests and always put America and American citizens first.  Similarly, management reforms focus on regional and bilateral relationships, ensuring that our foreign policy priorities are aligned with, and driven by, the President and his agenda.

This Request answers the President's call for a State Department that operates with maximum flexibility in an ever-changing international environment.  An optimally-functioning State Department deploys funding that restores the diplomatic leadership on which the American people depend to make America safer, stronger, and more prosperous.  Every tax dollar requested is aligned with mission-critical objectives.

## **Executive Orders**

This Request reflects the President's vision of a streamlined and effective State Department, as laid out in several Executive Orders since January 2025:

- **Promoting Efficiency, Performance, and Merit**:  Consistent with Executive Order 14151 "Ending Radical and Wasteful Government DEI Programs and Preferencing," the Department has terminated discriminatory programs, including all "diversity, equity, and inclusion" (DEI) mandates, as well as other policies, programs, preferences, and activities.  The Department's Request reflects steps to reform its diplomatic operations to unleash America's potential and ensure coherent foreign policy.  To fulfill its mission, the Department must continue to attract and retain the most capable people in federal service.  That means ending any practice, system, guideline, standard, or other measure that prioritizes any criteria for selecting, training, evaluating, posting, or promoting its people on a basis other than performance and merit.

- **Reforming Bureaucratic Culture**:  The Department has faced challenges in performing basic diplomatic functions, even as both its size and cost to the American taxpayer have increased over the past fifteen years.  The Department's Request reinforces ongoing efforts to address the underlying bureaucratic culture that prevented the State Department from executing an effective foreign policy.  The Department will streamline operations to enhance efficiency and effectiveness.  It will implement recruitment and evaluation reforms for Foreign Service, Civil Service, and other staff, ensuring the President's foreign policy agenda is faithfully implemented.  Regional bureaus and embassies will have the tools necessary to advance America's interests abroad because region-specific functions will be streamlined to increase functionality.

- **Focusing Our Assistance**:  Consistent with Executive Orders 14169 — "Reevaluating and Realigning United States Foreign Aid" — and 14163— "Realigning the United States Refugee Admissions Program"— the Department is realigning foreign assistance delivery and policy implementation to enhance program effectiveness and better advance U.S. national interests.  Essential lifesaving and humanitarian programs will continue, and the Department will make strategic investments that strengthen its partners and the country.

- This Request supports the transition of select USAID functions to the Department and to phase out others. The transition is part of an effort to ensure that foreign assistance operations are fully aligned with U.S. diplomatic and national security objectives. By integrating these functions into the Department, the Administration aims to improve efficiencies while maintaining critical humanitarian assistance and national security programs.

- The Department is focused on ensuring the outsized burden of global foreign assistance does not fall primarily on American taxpayers. The United States expects other countries to increase their share of the burden of lifesaving foreign aid globally. Integrating core lifesaving and strategic aid programs into the State Department will significantly enhance the efficiency, accountability, uniformity, and strategic impact of foreign assistance programs.

- In response to Executive Orders 14199— Withdrawing the United States from and Ending Funding to Certain United Nations Organizations and Reviewing United States Support for All International Organizations — and 14155 — Withdrawing the United States from the World Health Organization— the Department includes no funding request for the United Nations Relief and Works Agency nor for the United Nations Human Rights Council. We are not requesting any funding for the World Health Organization, from which the United States is in the process of withdrawing. The Budget specifically funds organizations that make America safer and more secure. We will ensure that every tax dollar aligns with the policies of the United States.

## State Department Reorganization

The American people deserve a State Department that is prepared to meet the challenges of the 21st Century. One that advances U.S. citizen safety, security, and prosperity globally, while ensuring the effective use of taxpayer dollars. The State Department's unchecked growth has created a proliferation of bureaus and offices with overlapping mandates and blurred reporting lines. The problem is not a lack of money or dedicated talent, but rather a system where everything takes too much time, costs too much money, involves too many individuals, and all too often ends up failing the American people. This Request reflects efforts to address the steady growth of bureaucracy, duplication of function and capture by special interests that have hindered American foreign policy.

Secretary Rubio announced the reorganization effort on April 22, 2025. The planning process and final decisions were not yet completed as of the FY 2026 Budget's release. Accordingly, the FY 2026 Request is presented according to the Department's existing organizational structure, with some exceptions such as the elimination of the Bureau of Conflict and Stabilization Operations. Once the reorganization is finalized and implemented, subject to completion of necessary congressional notification procedures, the Department will advise Congress of any further updated assumptions for budget account allocations within the overall FY 2026 Request.

# DEPARTMENT OF STATE DIPLOMATIC ENGAGEMENT APPROPRIATIONS
## TEN-YEAR HISTORY

This table summarizes annual appropriations to the Department of State's 'Diplomatic Engagement' accounts since FY 2017 through the FY 2026 Request.  Subtotals for each account are based on annual appropriations, including 'Overseas Contingency Operations' enacted through FY 2021. "Additional appropriations" provided through emergency funding vehicles are shown for each account but not included in their annual totals.

| Appropriations ($ in thousands) | FY 2017 Actual [1] | FY 2018 Actual [1] | FY 2019 Actual [1] | FY 2020 Actual [1] | FY 2021 Actual [1] | FY 2022 Actual [1] | FY 2023 Actual [1] | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request |
|---|---|---|---|---|---|---|---|---|---|---|
| **Administration of Foreign Affairs** | | | | | | | | | | |
| **State Programs** | | | | | | | | | | |
| Diplomatic Programs - Ongoing Operations | 4,325,778 | 4,463,371 | 4,558,198 | 5,410,968 | 5,215,665 | 5,503,940 | 5,912,906 | 5,599,400 | 5,599,400 | 4,831,873 |
| Ongoing Operations - OCO | 720,387 | 599,849 | 599,849 | - | - | - | - | - | - | - |
| *Ongoing Operations - Additional Appropriations [2]* | - | - | - | - | *204,000* | *346,730* | *50,000* | *110,000* | - | - |
| **Subtotal, Ongoing Operations** | **5,046,165** | **5,063,220** | **5,158,047** | **5,410,968** | **5,215,665** | **5,503,940** | **5,912,906** | **5,599,400** | **5,599,400** | **4,831,873** |
| Worldwide Security Protection | 1,899,479 | 1,380,752 | 1,469,777 | 1,469,777 | 1,677,477 | 3,788,199 | 3,813,707 | 3,813,707 | 3,813,707 | 3,737,656 |
| Worldwide Security Protection - OCO | 2,742,399 | 2,376,122 | 2,626,122 | 2,626,122 | 2,226,122 | - | - | - | - | - |
| Worldwide Security Protection Rescission of Prior Year Balances) | - | - | (301,200) | (250,000) | (360,123) | - | - | - | - | - |
| *WSP - Additional Appropriations [3]* | - | - | - | - | - | - | - | *100,000* | - | - |
| ***Subtotal, WSP*** | ***4,641,878*** | ***3,756,874*** | ***3,794,699*** | ***3,845,899*** | ***3,543,476*** | ***3,788,199*** | ***3,813,707*** | ***3,813,707*** | ***3,813,707*** | ***3,737,656*** |
| ***Subtotal, Diplomatic Programs*** | ***9,688,043*** | ***8,820,094*** | ***8,952,746*** | ***9,256,867*** | ***8,759,141*** | ***9,292,139*** | ***9,726,613*** | ***9,413,107*** | ***9,413,107*** | ***8,569,529*** |

19

| Appropriations ($ in thousands) | FY 2017 Actual [1] | FY 2018 Actual [1] | FY 2019 Actual [1] | FY 2020 Actual [1] | FY 2021 Actual [1] | FY 2022 Actual [1] | FY 2023 Actual [1] | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request |
|---|---|---|---|---|---|---|---|---|---|---|
| Consular Border Security Programs | - | - | - | 273,077 | - | - | (491,090) | (1,321,881) | 86,340 | (400,000) |
| *of which, Passport Application and Execution Fee (PAEF) Revenue* | - | - | - | - | - | (427,314) | (491,090) | (469,541) | (491,000) | (517,000) |
| *of which, PAEF Spending Authority* | - | - | - | - | - | 427,314 | - | 50,000 | 50,000 | 517,000 |
| *of which, Rescission of Unobligated Balances* | - | - | - | - | - | - | - | (902,340) | (375,000) | (775,000) |
| *of which, Restoration of Previously Withheld Unobligated Balances* | - | - | - | - | - | - | - | - | 902,340 | 375,000 |
| *CBSP - Additional Appropriations* | - | - | - | - | 300,000 | - | - | - | - | - |
| Capital Investment Fund | 12,600 | 103,400 | 92,770 | 139,500 | 250,000 | 300,000 | 389,000 | 389,000 | 389,000 | 399,700 |
| *Additional Appropriations - ITCF* | - | - | - | - | - | 34,170 | 10,000 | - | - | - |
| ***Subtotal, State Programs*** | ***9,700,643*** | ***8,923,494*** | ***9,045,516*** | ***9,669,444*** | ***9,009,141*** | ***9,592,139*** | ***9,634,523*** | ***8,480,226*** | ***9,888,447*** | ***8,569,229*** |
| *Sudan Claims Resolution - Additional Appropriations* | - | - | - | - | 150,000 | - | - | - | - | - |
| **Embassy Security, Construction & Maintenance (ESCM)** | | | | | | | | | | |
| Ongoing Operations | 752,935 | 765,459 | 777,200 | 769,800 | 769,055 | 850,722 | 902,615 | 902,615 | 902,615 | 812,836 |
| Ongoing Operations - OCO | 36,711 | - | - | - | - | - | - | - | - | - |
| ***Subtotal, ESCM Ongoing Ops*** | ***789,646*** | ***765,459*** | ***777,200*** | ***769,800*** | ***769,055*** | ***850,722*** | ***902,615*** | ***902,615*** | ***902,615*** | ***812,836*** |
| Worldwide Security Upgrades | 364,924 | 1,477,237 | 1,198,249 | 781,562 | 357,107 | 1,132,427 | 1,055,206 | 1,055,206 | 1,055,206 | 1,193,856 |
| Worldwide Security Upgrades - OCO | 1,856,500 | 71,778 | - | 424,087 | 824,287 | - | - | - | - | - |

| Appropriations ($ in thousands) | FY 2017 Actual [1] | FY 2018 Actual [1] | FY 2019 Actual [1] | FY 2020 Actual [1] | FY 2021 Actual [1] | FY 2022 Actual [1] | FY 2023 Actual [1] | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request |
|---|---|---|---|---|---|---|---|---|---|---|
| Worldwide Security Upgrades - *Additional Appropriations* | - | - | - | - | - | *110,000* | - | - | - | - |
| Worldwide Security Upgrades - Rescission of Prior Year Unobligated Balances) | - | - | - | (242,462) | - | (670,000) | (42,000) | (224,000) | (224,000) | - |
| ***Subtotal, ESCM WSU*** | *2,221,424* | *1,549,015* | *1,198,249* | *963,187* | *1,181,394* | *462,427* | *1,013,206* | *831,206* | *831,206* | *1,193,856* |
| **Subtotal, Embassy Security, Construction & Maintenance** | **3,011,070** | **2,314,474** | **1,975,449** | **1,732,987** | **1,950,449** | **1,313,149** | **1,915,821** | **1,733,821** | **1,733,821** | **2,006,692** |
| Office of Inspector General | 87,069 | 77,629 | 90,829 | 90,829 | 90,829 | 131,458 | 133,700 | 131,670 | 131,670 | 134,400 |
| *Additional Appropriations - OIG* [4] | - | - | - | - | - | *8,000* | *5,500* | *12,000* | - | - |
| Office of Inspector General - OCO | 57,400 | 68,100 | 54,900 | 54,900 | 54,900 | - | - | - | - | - |
| ***Subtotal, OIG*** | *144,469* | *145,729* | *145,729* | *145,729* | *145,729* | *131,458* | *139,200* | *131,670* | *131,670* | *134,400* |
| Educational & Cultural Exchange Programs | 634,143 | 646,143 | 700,946 | 735,700 | 740,300 | 753,750 | 777,500 | 741,000 | 741,000 | 50,000 |
| *Additional Appropriations - ECEP* | - | - | - | - | - | *9,400* | - | - | - | - |
| Educational & Cultural Exchange Programs - OCO | - | - | - | - | - | - | - | - | - | - |
| ***Subtotal, ECEP*** | *634,143* | *646,143* | *700,946* | *735,700* | *740,300* | *753,750* | *777,500* | *741,000* | *741,000* | *50,000* |
| Representation Expenses | 8,030 | 8,030 | 8,030 | 6,852 | 7,415 | 7,415 | 7,415 | 7,415 | 7,415 | 7,415 |
| Protection of Foreign Missions & Officials | 30,344 | 30,890 | 30,890 | 30,890 | 30,890 | 30,890 | 30,890 | 30,890 | 30,890 | 30,890 |
| Emergencies in the Diplomatic & Consular Service | 7,900 | 7,885 | 7,885 | 267,885 | 157,885 | 7,385 | 7,885 | 8,885 | 8,885 | 8,885 |
| *Additional Appropriations - EDCS* [5] | - | - | - | - | - | *317,900* | - | *50,000* | - | - |

| Appropriations ($ in thousands) | FY 2017 Actual [1] | FY 2018 Actual [1] | FY 2019 Actual [1] | FY 2020 Actual [1] | FY 2021 Actual [1] | FY 2022 Actual [1] | FY 2023 Actual [1] | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request |
|---|---|---|---|---|---|---|---|---|---|---|
| Repatriation Loans Program Account | 1,300 | 1,300 | 1,300 | 1,300 | 2,500 | 1,800 | 2,300 | 1,800 | 1,800 | 2,550 |
| Payment to the American Institute in Taiwan | 31,963 | 31,963 | 31,963 | 31,963 | 31,963 | 32,583 | 34,083 | 35,964 | 35,964 | 35,964 |
| *Foreign Service Retirement & Disability Fund (Mandatory)* | *158,900* | *158,900* | *158,900* | *158,900* | *158,900* | *158,900* | *158,900* | *158,900* | *60,000* | *60,000* |
| **Subtotal, Administration of Foreign Affairs** | **13,569,862** | **12,109,908** | **11,947,708** | **12,622,750** | **12,076,272** | **11,870,569** | **12,549,617** | **11,171,671** | **12,579,892** | **10,846,025** |
| | | | | | | | | | | |
| **International Organizations** | | | | | | | | | | |
| Contributions to International Organizations | 1,262,966 | 1,371,168 | 1,264,030 | 1,377,566 | 1,409,688 | 1,662,928 | 1,438,000 | 1,543,452 | 1,543,452 | 263,803 |
| Contributions to International Organizations - OCO | 96,240 | 96,240 | 96,240 | 96,240 | 96,240 | - | - | - | - | - |
| *Subtotal, CIO* | *1,359,206* | *1,467,408* | *1,360,270* | *1,473,806* | *1,505,928* | *1,662,928* | *1,438,000* | *1,543,452* | *1,543,452* | *263,803* |
| Contributions for International Peacekeeping Activities | 552,804 | 414,524 | 562,244 | 537,627 | 750,220 | 1,498,514 | 1,481,915 | 1,367,407 | 1,234,144 | - |
| Contributions for International Peacekeeping Activities - OCO | 1,354,660 | 967,456 | 988,656 | 988,656 | 705,994 | - | - | - | - | - |
| Contributions for International Peacekeeping Activities - Rescissions | - | - | - | - | - | - | (100,000) | - | - | - |
| *Subtotal, CIPA* | *1,907,464* | *1,381,980* | *1,550,900* | *1,526,283* | *1,456,214* | *1,498,514* | *1,381,915* | *1,367,407* | *1,234,144* | *-* |
| **Subtotal, International Organizations** | **3,266,670** | **2,849,388** | **2,911,170** | **3,000,089** | **2,962,142** | **3,161,442** | **2,819,915** | **2,910,859** | **2,777,596** | **263,803** |
| | | | | | | | | | | |
| **International Commissions (Function 300)** | | | | | | | | | | |

| Appropriations ($ in thousands) | FY 2017 Actual [1] | FY 2018 Actual [1] | FY 2019 Actual [1] | FY 2020 Actual [1] | FY 2021 Actual [1] | FY 2022 Actual [1] | FY 2023 Actual [1] | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request |
|---|---|---|---|---|---|---|---|---|---|---|
| International Boundary & Water Commission - Salaries & Expenses | 48,134 | 48,134 | 48,134 | 48,170 | 49,770 | 51,970 | 57,935 | 64,800 | 64,800 | 64,800 |
| International Boundary & Water Commission - Construction | 29,400 | 29,400 | 29,400 | 36,900 | 49,000 | 51,030 | 53,030 | 156,050 | 78,000 | 50,300 |
| *Additional Appropriations - IBWC Construction* [6] | - | - | - | - | - | - | - | - | 250,000 | - |
| American Sections | 12,258 | 13,258 | 13,258 | 15,008 | 15,008 | 15,008 | 16,204 | 16,204 | 16,204 | 13,204 |
| International Joint Commission | 7,552 | 8,052 | 8,052 | 9,802 | 10,802 | 10,802 | 10,881 | 10,881 | 10,881 | 10,881 |
| International Boundary Commission | 2,304 | 2,304 | 2,304 | 2,304 | 2,304 | 2,304 | 2,323 | 2,323 | 2,323 | 2,323 |
| Border Environment Cooperation Commission/North American Development Bank | 2,402 | 2,902 | 2,902 | 2,902 | 1,902 | 1,902 | 3,000 | 3,000 | 3,000 | - |
| International Fisheries Commissions | 37,502 | 46,356 | 50,651 | 62,718 | 62,846 | 62,846 | 65,719 | 65,719 | 65,719 | 54,719 |
| **Subtotal, International Commissions (Function 300)** | **127,294** | **137,148** | **141,443** | **162,796** | **176,624** | **180,854** | **192,888** | **302,773** | **224,723** | **183,023** |
| | | | | | | | | | | |
| **Related Programs** | | | | | | | | | | |
| The Asia Foundation | 17,000 | 17,000 | 17,000 | 19,000 | 20,000 | 21,500 | 22,000 | 22,000 | 22,000 | - |
| Center for Middle Eastern-Western Dialogue Program | 155 | 140 | 185 | 245 | 204 | 240 | 177 | 104 | 168 | - |
| Eisenhower Exchange Fellowship Program | 156 | 158 | 190 | 270 | 93 | 170 | 175 | 335 | 304 | - |
| Israeli Arab Scholarship Program | 58 | 65 | 68 | 124 | 119 | 117 | 91 | 71 | 170 | - |
| East-West Center | 16,700 | 16,700 | 16,700 | 16,700 | 19,700 | 19,700 | 22,000 | 22,000 | 22,000 | - |

23

| Appropriations ($ in thousands) | FY 2017 Actual [1] | FY 2018 Actual [1] | FY 2019 Actual [1] | FY 2020 Actual [1] | FY 2021 Actual [1] | FY 2022 Actual [1] | FY 2023 Actual [1] | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request |
|---|---|---|---|---|---|---|---|---|---|---|
| National Endowment for Democracy | 170,000 | 170,000 | 180,000 | 300,000 | 300,000 | 315,000 | 315,000 | 315,000 | 315,000 | - |
| International Chancery Center | 1,320 | 743 | 743 | 743 | 2,743 | 743 | 743 | 744 | 744 | 745 |
| **Subtotal, Related Programs** | **205,389** | **204,806** | **214,886** | **337,082** | **342,859** | **357,470** | **360,186** | **360,254** | **360,386** | **745** |
| | | | | | | | | | | |
| **SUBTOTAL, DEPARTMENT OF STATE APPROPRIATIONS -** | **17,169,215** | **15,301,250** | **15,215,207** | **16,122,717** | **15,557,897** | **15,570,335** | **15,857,106** | **14,745,557** | **15,942,597** | **11,293,596** |
| **SUBTOTAL, ADDITIONAL APPROPRIATIONS** | **-** | **-** | **-** | **-** | **654,000** | **826,200** | **65,500** | **272,000** | **250,000** | **-** |
| | | | | | | | | | | |
| **TOTAL, DEPARTMENT OF STATE APPROPRIATIONS** | **17,169,215** | **15,301,250** | **15,215,207** | **16,122,717** | **16,211,897** | **16,396,535** | **15,922,606** | **15,017,557** | **16,192,597** | **11,293,596** |

[1] Actuals include transfers.
[2] $60 million in FY 2024, Ukraine Security Supplemental Appropriations Act, 2024 (Div. B, P.L. 118-50)
 $50 million in FY 2024, Israel Security Supplemental Appropriations Act, 2024 (Div. A, P.L. 118-50)
[3] $100 million in FY 2024, Israel Security Supplemental Appropriations Act, 2024 (Div. A, P.L. 118-50)
[4] $8 million in FY 2024, Ukraine Security Supplemental Appropriations Act, 2024 (Div. B, P.L. 118-50)
 $4 million in FY 2024, Israel Security Supplemental Appropriations Act, 2024 (Div. A, P.L. 118-50)
[5] $50 million in FY 2024, Israel Security Supplemental Appropriations Act, 2024 (Div. A, P.L. 118-50)
[6] $250 million in FY 2025, Supplemental Appropriations IBWC Construction, the American Relief Act, 2025 (Div. P.L. 118-158)

# PUBLIC DIPLOMACY RESOURCES

| Public Diplomacy Resource Summary ($ in thousands) | FY 2024 Estimate | | | | FY 2025 Estimate | | | | FY 2026 Request | | | | Change from FY 2025 Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Staff | American Salaries | Bureau Managed | Total | Staff | American Salaries | Bureau Managed | Total | Staff | American Salaries | Bureau Managed | Total | Total |
| Regional Bureaus | 833 | 164,528 | 326,941 | 491,469 | 846 | 185,883 | 249,669 | 435,552 | 846 | 186,733 | 168,378 | 355,111 | (80,441) |
| Bureau of Global Public Affairs | 185 | 36,539 | 28,958 | 65,497 | 185 | 40,932 | 22,433 | 63,365 | 185 | 41,118 | 16,365 | 57,483 | (5,882) |
| Global Engagement Center | - | - | 44,862 | 44,862 | - | - | 7,785 | 7,785 | - | - | - | - | (7,785) |
| Functional Bureaus | 165 | 32,592 | 68,290 | 100,882 | 152 | 34,932 | 70,530 | 105,462 | 114 | 30,293 | 54,871 | 85,164 | (20,298) |
| FSN Separation Liability Trust Fund Payment | - | - | - | - | - | - | 3,000 | 3,000 | - | - | 3,000 | 3,000 | - |
| **Subtotal, Public Diplomacy** | 1,183 | 233,659 | 469,051 | 702,710 | 1,183 | 261,747 | 353,417 | 615,164 | 1,145 | 258,144 | 242,614 | 500,758 | (114,406) |
| Bureau of Global Public Affairs | 137 | 21,858 | 39,998 | 61,856 | 137 | 26,230 | 26,224 | 52,454 | 137 | 24,950 | 25,461 | 50,411 | (2,043) |
| Global Engagement Center | 58 | 9,254 | 11,594 | 20,848 | - | - | 950 | 950 | - | - | - | - | (950) |

| Public Diplomacy Resource Summary ($ in thousands) | FY 2024 Estimate | | | | FY 2025 Estimate | | | | FY 2026 Request | | | | Change from FY 2025 Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Staff | American Salaries | Bureau Managed | Total | Staff | American Salaries | Bureau Managed | Total | Staff | American Salaries | Bureau Managed | Total | Total |
| **Subtotal, Other Diplomatic Programs** | 195 | 31,112 | 51,592 | 82,704 | 137 | 26,230 | 27,174 | 53,404 | 137 | 24,950 | 25,461 | 50,411 | (2,993) |
| Educational and Cultural Exchanges | 598 | - | 741,000 | 741,000 | 598 | - | 741,000 | 741,000 | 185 | - | 50,000 | 50,000 | (691,000) |
| Center for Middle Eastern-Western Dialogue Trust Fund | - | - | 104 | 104 | - | - | 168 | 168 | - | - | - | - | (168) |
| Eisenhower Exchange Fellowship Program Trust Fund | - | - | 335 | 335 | - | - | 304 | 304 | - | - | - | - | (304) |
| Israeli Arab Scholarship Programs, State | - | - | 71 | 71 | - | - | 170 | 170 | - | - | - | - | (170) |
| East-West Center | - | - | 22,000 | 22,000 | - | - | 22,000 | 22,000 | - | - | - | - | (22,000) |
| Subtotal, Other Diplomatic Engagement | 598 | - | 763,510 | 763,510 | 598 | - | 763,642 | 763,642 | 185 | - | 50,000 | 50,000 | (713,642) |
| ***Less: Transfers*** [1] | - | - | (27,689) | (27,689) | - | - | (26,000) | (26,000) | - | - | - | - | - |

| Public Diplomacy Resource Summary ($ in thousands) | FY 2024 Estimate | | | | FY 2025 Estimate | | | | FY 2026 Request | | | | Change from FY 2025 Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Staff | American Salaries | Bureau Managed | Total | Staff | American Salaries | Bureau Managed | Total | Staff | American Salaries | Bureau Managed | Total | Total |
| **Grand Total** [1] | **1,976** | **264,771** | **1,258,385** | **1,523,156** | **1,918** | **287,977** | **1,144,233** | **1,432,210** | **1,467** | **283,094** | **318,075** | **601,169** | **(831,041)** |

[1] In FY 2024 and FY 2025, regional bureaus received transfers of $27.7 million and $26.0 million respectively from the Buying Power Maintenance Account (BPMA) into DP's Public Diplomacy allocations. The transfers have been backed out to enable closer comparisons between base appropriation levels.

# DEPARTMENT OF STATE FEE COLLECTIONS

## *Overview*

Like other U.S. government agencies, the Department has the authority to charge user fees pursuant to 31 U.S.C. 9701. The Department also has specific statutory authority to charge certain other fees, including certain consular fees (e.g., 8 U.S.C. 1351; 8 U.S.C. 1714; 22 U.S.C. 214, 4215, 4219), as well as registration fees from persons who engage in the United States in manufacturing, exporting, or temporarily importing defense articles, furnishing defense services, or brokering defense articles or services, to be used for specified expenses incurred by the Directorate of Defense Trade Controls (22 U.S.C. 2778(b)(1)(A); 22 U.S.C. 2717). While the Department is required to deposit some of these fees into the Treasury Department's miscellaneous receipts account in accordance with 31 U.S.C. 3302(b), a number of fee authorities specifically permit the Department to retain the fees collected.

The Department of State, Foreign Operations, and Related Programs Appropriations Act, 2017, created a new Consular and Border Security Programs (CBSP) account, effective as of FY 2019, in which to deposit the receipts from most retained consular fees. The FY 2026 Request includes the fees listed under the Bureau of Consular Affairs (CA) chapter detailed below to facilitate the delivery of consular services. The listed fees include the fee for the waiver of the two-year residency requirement for exchange visitors seeking to adjust status (known as the "J- Waiver" fee) and the portion of Fraud Prevention and Detection (H&L) fees made available to the Department for certain fraud prevention and detection activities. Both fees are used to finance the provision of certain consular services but are not deposited in the CBSP account.

The existing authorities for major fee collections retained by the Department are listed below, along with the use of each fee.

## *Fee Collections by Bureau*

### Bureau of Consular Affairs

**J-1 Waiver Fees**

Section 810 of the United States Information and Educational Exchange Act (22 U.S.C. 1475e) authorizes the Department to receive fees and payments in connection with Exchange Visitor Program (EVP) Services. Section 810 fees pertaining to processing INA 212(e) waivers for certain former exchange visitors ("J-Waiver") are deposited in the Diplomatic Programs account but are used for consular services.

**Expedited Passport Fees**

The Departments of Commerce, Justice, and State, the Judiciary, and Related Agencies Appropriations Act, 1995, P.L. 103-317 (22 U.S.C. 214 note) authorizes the Department to retain a fee for expedited passport services, which is deposited as an offsetting collection to the Diplomatic Programs or CBSP account. As of FY 2022, expedited passport fees are deposited solely in the CBSP account.

**Passport Security Surcharge and Immigrant Visa Security Surcharge**

The Departments of Commerce, Justice, and State, the Judiciary, and Related Agencies Appropriations Act, 2005 (8 U.S.C. 1714), authorizes the Department to charge and retain immigrant visa security surcharges (IVSS) and passport security surcharges (PSS) related to consular services in support of enhanced border security. These fees finance a significant portion of the Department's Border Security Program. [*See also:* Department of State Authorities Act of 2006 (P.L. 109-472) (authorizing Secretary of State to amend administratively the amounts of the surcharges).]

The FY 2026 Request seeks to extend expanded PSS and IVSS spending authorities provided in section 7069 of the FY 2022 Department of State, Foreign Operations, and Related Programs Appropriations Act to allow these surcharges to fund additional consular services.

### Western Hemisphere Travel Initiative Surcharge

The Passport Services Enhancement Act of 2005 (22 U.S.C. 214(b)(1)) authorizes the Department to charge a fee to cover the Department's costs of meeting increased demand for passports as a result of the implementation of the Western Hemisphere Travel Initiative (WHTI). This authority was most recently extended through September 30, 2026 by section 9802 of the Department of State Authorization Act of 2022 (Div. I, P. L. 117-263). This program implements section 7209 of the Intelligence Reform and Terrorism Prevention Act of 2004 (IRTPA), which mandates that the Secretary of Homeland Security, in consultation with the Secretary of State, develop and implement a plan to require U.S. citizens and certain non-U.S. citizens to present a passport or other secure documentation denoting identity and citizenship when entering the United States.

### Machine Readable Visa Fees

Section 140 of the Foreign Relations Authorization Act, Fiscal Years 1994 and 1995 (8 U.S.C. 1351 note), as supplemented by 8 U.S.C. 1713, authorizes the Department to charge a fee for processing machine-readable nonimmigrant visas and to deposit such fees as offsetting collections to recover the costs of providing consular services.

### Affidavit of Support Fees

Section 232 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, 2000 and 2001 (8 U.S.C. 1183a note) authorizes the Department to charge and retain fees relating to affidavits of support required under section 213A of the Immigration and Nationality Act (8 U.S.C. 1183a). These fee collections are available until expended to recover the cost of providing consular services.

### Diversity Visa Lottery Fees

Section 636 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (8 U.S.C. 1153 note) provides that the Department of State may collect and retain a fee that ensures recovery of the Department's costs for allocating and processing applications for visas to be issued under the Diversity Lottery Program. These fee collections are available until expended into recover the cost of providing consular services.

### H and L Fraud Prevention and Detection Fee

Section 426 of the L-1 Visa and H-1B Visa Reform Act (Div. J, P. L. 108-447), and section 403 of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terrorism and Tsunami

Relief (8 U.S.C. 1356(v)) authorize that one-third of fees collected for H-1B, H-2B, and L applications be deposited into a special "Fraud Prevention and Detection" account to be available to the Department of State for certain fraud prevention and detection activities. These fees finance fraud prevention components of CBSP.

The FY 2026 Request seeks to extend the expanded expenditure authority provided in section 7069 of the FY 2022 Department of State, Foreign Operations, and Related Programs Appropriations Act, which permits the Department to use such fees to recover the costs of providing consular services.

**Passport Application and Execution Fees**

Section 1 of the Passport Act of June 4, 1920 (22 U.S.C. 214(a)) requires the Department to establish by regulation a fee for the filing of each passport application – which includes the cost of passport issuance and use – and a fee for executing passport applications. Section 7069(e) of the Consolidated Appropriations Act, 2022, authorized the Department to deposit those fees into the CBSP account as discretionary offsetting receipts. The Passport Application fee includes the costs of processing applications for passport books and cards that are not included in the enhanced border security fee, as well as the costs of certain overseas citizens services for which there is no separate, specific fee. The Passport Execution fee recovers the costs of executing passport applications. Together, these fees are referred to as Passport Application and Execution Fees (PAEF).

For the FY 2026 Request, the Department projects fee collections of $517 million in PAEF, to be credited as offsetting receipts. The Department requests expenditure authority to match collections of $517 million in PAEF fees. This authority reinforces the principle that these collections should be available to finance U.S. citizens services and passport services.

To offset this increased spending authority relative to FY 2026, the Budget proposes cancellation of $775 million in other CBSP prior-year balances.

## Bureau of Political-Military Affairs

**Defense Trade Control Registration Fees**

Registration fees are charged by the Directorate of Defense Trade Controls as authorized by section 38(b) of the Arms Export Control Act (22 U.S.C. 2778(b)), and are available for expenses in accordance with section 45 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2717) and remain available without fiscal year limitation to cover specified expenses related to certain defense trade control functions.

## Bureau of Economic and Business Affairs

**Commercial Services Fees**

Section 52 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2724) authorizes the Department to collect fees that recover the cost of delivering commercial services at posts in countries where the Department of Commerce does not offer these services. These fees remain available until September 30 of the fiscal year following the fiscal year in which the funds were deposited.

## Bureau of Educational and Cultural Affairs

**Information and Educational Exchange Fees**

Authorized by section 810 of the United States Information and Educational Exchange Act (22 U.S.C. 1475e), and pursuant to annual appropriations, fees or other payments received from English teaching, library services, certain motion picture, television, and publication programs (e.g., Nouveaux Horizon books and Arabic book translations), educational advising and counseling, and Exchange Visitor Program Services remain available until expended.

# SUMMARY OF FEE COLLECTIONS

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---:|---:|---:|---:|
| **Machine Readable Visa Fees** | | | | |
| Carryforward Allocations | 1,214,951 | 1,218,099 | 869,993 | (348,106) |
| Current Year Projected Availability | 2,528,854 | 2,311,492 | 2,270,000 | (41,492) |
| Recoveries and Transfers | 108,701 | 50,000 | 50,000 | - |
| Appropriation Action | (120,000) | 120,000 | (200,000) | (320,000) |
| Total Collections Available | 3,732,506 | 3,699,591 | 2,989,993 | (709,598) |
| Total Spending | 2,514,407 | 2,829,598 | 2,042,908 | (786,690) |
| End of Year Balance | 1,218,099 | 869,993 | 947,085 | 77,092 |
| **Passport Security Surcharge** | | | | |
| Carryforward Allocations | 589,233 | 159,941 | 786,447 | 626,506 |
| Current Year Projected Availability | 1,553,907 | 1,757,120 | 1,719,870 | (37,250) |
| Recoveries and Transfers | 25,554 | 50,000 | 50,000 | - |
| Appropriation Action | (348,457) | 348,457 | (200,000) | (548,457) |
| Total Collections Available | 1,820,237 | 2,315,518 | 2,356,317 | 40,799 |
| Total Spending | 1,660,296 | 1,529,071 | 1,914,364 | 385,293 |
| End of Year Balance | 159,941 | 786,447 | 441,953 | (344,494) |
| **Western Hemisphere Travel Surcharge (WHTI)** | | | | |
| Carryforward Allocations | 340,070 | 505,393 | 506,376 | 983 |
| Current Year Projected Availability | 490,808 | 551,480 | 538,479 | (13,001) |
| Recoveries and Transfers | 22,245 | 20,000 | 20,000 | - |
| Appropriation Action | (338,194) | (36,806) | - | 36,806 |
| Total Collections Available | 514,929 | 1,040,067 | 1,064,855 | 24,788 |
| Total Spending | 9,536 | 533,691 | 550,105 | 16,414 |
| End of Year Balance | 505,393 | 506,376 | 514,750 | 8,374 |
| **Expedited Passport Fee** | | | | |
| Carryforward Allocations | 248,941 | 34,343 | 206,754 | 172,411 |
| Current Year Projected Availability | 394,625 | 346,557 | 338,772 | (7,785) |
| Recoveries and Transfers | 4,625 | 15,000 | 15,000 | - |
| Appropriation Action | (95,689) | 95,689 | - | (95,689) |
| Total Collections Available | 552,502 | 491,589 | 560,526 | 68,937 |
| Total Spending | 518,159 | 284,835 | 323,213 | 38,378 |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| End of Year Balance | 34,343 | 206,754 | 237,313 | 30,559 |
| **Affidavit of Support** | | | | |
| Carryforward Allocations | 14,875 | 12,118 | 24,321 | 12,203 |
| Current Year Projected Availability | 39,140 | 42,299 | 42,377 | 78 |
| Recoveries and Transfers | (4) | 1,000 | 1,000 | - |
| Appropriation Action | - | - | - | - |
| Total Collections Available | 54,011 | 55,417 | 67,698 | 12,281 |
| Total Spending | 41,893 | 31,096 | 35,659 | 4,563 |
| End of Year Balance | 12,118 | 24,321 | 32,039 | 7,718 |
| **Diversity Visa Lottery Fee (Border Security)** | | | | |
| Carryforward Allocations | 6,500 | 11,525 | 7,146 | (4,379) |
| Current Year Projected Availability | 20,684 | 16,500 | 17,969 | 1,469 |
| Recoveries and Transfers | (207) | 1,000 | 1,000 | - |
| Appropriation Action | - | - | - | - |
| Total Collections Available | 26,977 | 29,025 | 26,115 | (2,910) |
| Total Spending | 15,452 | 21,879 | 17,670 | (4,209) |
| End of Year Balance | 11,525 | 7,146 | 8,445 | 1,299 |
| **Immigrant Visa Security Surcharge** | | | | |
| Carryforward Allocations | 18,919 | 21,018 | 23,881 | 2,863 |
| Current Year Projected Availability | 54,271 | 60,777 | 56,198 | (4,579) |
| Recoveries and Transfers | 933 | 2,000 | 2,000 | - |
| Appropriation Action | - | - | - | - |
| Total Collections Available | 74,123 | 83,795 | 82,079 | (1,716) |
| Total Spending | 53,105 | 59,914 | 58,034 | (1,880) |
| End of Year Balance | 21,018 | 23,881 | 24,045 | 164 |
| **H/L Fraud Prevention & Detection Fees** | | | | |
| Carryforward Allocations | 32,398 | 33,403 | 20,682 | (12,721) |
| Current Year Projected Availability | 48,792 | 50,000 | 50,000 | - |
| Recoveries and Transfers | 2,997 | - | - | - |
| Appropriation Action | - | - | - | - |
| Total Collections Available | 84,187 | 83,403 | 70,682 | (12,721) |
| Total Spending | 50,784 | 62,721 | 56,769 | (5,952) |
| End of Year Balance | 33,403 | 20,682 | 13,913 | (6,769) |
| **J-Waiver** | | | | |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Carryforward Allocations | 13,576 | 12,882 | 11,932 | (950) |
| Current Year Projected Availability | 1,417 | 750 | 360 | (390) |
| Recoveries and Transfers | - | - | - | - |
| Appropriation Action | - | - | - | - |
| Total Collections Available | 14,993 | 13,632 | 12,292 | (1,340) |
| Total Spending | 2,111 | 1,700 | 1,423 | (277) |
| End of Year Balance | 12,882 | 11,932 | 10,869 | (1,063) |
| **Appropriations** | | | | |
| Carryforward Allocations | 79 | 43 | - | (43) |
| Current Year Projected Availability | - | - | - | - |
| Recoveries and Transfers | 43 | 10 | 10 | - |
| Appropriation Action | - | - | - | - |
| Total Collections Available | 122 | 53 | 10 | (43) |
| Total Spending | 79 | 53 | 10 | (43) |
| End of Year Balance | 43 | - | - | - |
| **Passport Application & Execution Fee** | | | | |
| Carryforward Allocations | 394 | 7,974 | - | (7,974) |
| Current Year Projected Availability | - | - | - | - |
| Recoveries & Transfers | 7,344 | 6,000 | 6,000 | - |
| Appropriation Action | 50,000 | 50,000 | 517,000 | 467,000 |
| Total Collections Available | 57,738 | 63,974 | 523,000 | 459,026 |
| Total Spending | 49,764 | 63,974 | 523,000 | 459,026 |
| End of Year Balance | 7,974 | - | 435 | - |
| *Restored Balance Available for Obligation - Appropriation Action* | - | 902,340 | (375,000) | - |
| *Rescission of prior year unobligated balances - Appropriation Action* | (902,340) | 527,340 | (400,000) | - |
| **Total Consular and Border Security Program Fees** | | | | |
| Carryforward Allocations | 2,479,936 | 2,016,739 | 2,457,532 | 440,793 |
| Current Year Projected Availability | 5,132,498 | 5,136,975 | 5,034,025 | (77,385) |
| Recoveries and Transfers | 172,231 | 145,010 | 145,010 | - |
| Appropriation Action | (852,340) | 577,340 | 117,000 | (460,775) |
| Total Collections Available | 6,932,325 | 7,876,064 | 7,753,567 | (122,497) |
| Total Spending | 4,915,586 | 5,418,532 | 5,522,720 | 104,188 |
| End of Year Balance | 2,016,739 | 2,457,532 | 2,230,412 | (227,120) |

34

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| For Information Only | | | | |
| **PAEF Precluded from Obligation** | | | | |
| Carryforward Allocations | 491,090 | 910,631 | 1,351,631 | 441,000 |
| Current Year Projected Availability | 469,541 | 491,000 | 517,000 | 26,000 |
| Recoveries and Transfers | - | - | - | - |
| Appropriation Action | (50,000) | (50,000) | (517,000) | (467,000) |
| Total Unavailable Collections | 910,631 | 1,351,631 | 1,351,631 | - |
| Total Spending | - | | | |
| **Defense Trade Control Fees** | | | | |
| Carryforward Allocations | 78,453 | 56,786 | 30,419 | (26,367) |
| Current Year Projected Availability | 33,000 | 33,000 | 33,000 | - |
| Recoveries and Transfers | - | - | - | - |
| Total Collections Available | 111,453 | 89,786 | 63,419 | (26,367) |
| Total Spending | 54,667 | 59,367 | 59,367 | - |
| End of Year Balance | 56,786 | 30,419 | 4,052 | (26,367) |
| **Commercial Service Fees** [1] | | | | |
| Carryforward Allocations | 180 | 170 | 165 | (5) |
| Current Year Projected Availability | 150 | 150 | 165 | - |
| Total Collections Available | 330 | 320 | 330 | 10 |
| Total Spending | 210 | 210 | 210 | - |
| End of Year Balance | 120 | 110 | 120 | (10) |
| **United States Information and Educational Exchange Act (Section 810) Fees** | | | | |
| Carryforward Allocations | 16,632 | 16,773 | 16,917 | 144 |
| Current Year Projected Availability | 1,805 | 2,358 | 1,442 | (916) |
| Total Collections Available | 18,437 | 19,131 | 18,359 | (772) |
| Total Spending | 1,664 | 2,214 | 1,293 | (921) |
| End of Year Balance | 16,773 | 16,917 | 17,066 | 149 |

[1] Commercial Service Fees carryforward includes (1) carryforward from the prior year and (2) other agency reimbursements received in the budget year for prior-year other agency collections. Estimated carryforward into FY 2026 Commercial Service Fees includes $55,000 of prior-year other agency collections.

# CYBERSECURITY BUDGET CROSSCUT

The Department of State's Cybersecurity Budget Crosscut consolidates the subject request for bureaus and offices as allocated within the following National Institute of Standards and Technology (NIST) categories:  sector risk management; human capital; identify; protect; detect; respond; and recover. Allocations for training and incentives to recruit and retain a capable IT and cybersecurity workforce are also included in accordance with OMB Memorandum M-23-18, M-24-14, and prior OMB cybersecurity BDR guidance.  The total does not include Full Time Employees (FTEs).

### FY 2026 Bureau Funding by Category

($ in millions)

| Bureau | Identify | Protect | Detect | Sector Risk Mgmt | International Partnerships | Human Capital | Respond | Recover | Bureau Total |
|--------|----------|---------|--------|------------------|---------------------------|---------------|---------|---------|--------------|
| A | 5.39 | 2.51 | 0.12 | - | - | - | 0.54 | 0.13 | 8.69 |
| ADS | 0.09 | 0.40 | 0.13 | - | - | - | 0.01 | 0.10 | 0.72 |
| AF | 1.26 | 1.26 | 1.26 | - | - | - | 1.26 | 1.26 | 6.28 |
| BP | 0.02 | 0.18 | 0.05 | - | - | - | 0.09 | 0.02 | 0.36 |
| CA | 20.19 | 80.77 | - | - | - | - | - | 4.46 | 105.42 |
| CDP | - | - | - | - | 24.84 | - | - | - | 24.84 |
| CGFS | 0.88 | 4.47 | 0.27 | 0.22 | - | - | 1.91 | 0.39 | 8.14 |
| CSO | 0.35 | 0.35 | 0.35 | - | - | - | 0.35 | 0.35 | 1.73 |
| CT | 2.80 | 0.10 | - | - | - | - | - | - | 2.90 |
| DRL | - | - | - | - | - | - | - | - | 0.01 |
| DS | 70.09 | 44.20 | 5.71 | 3.66 | - | - | 29.45 | 1.15 | 154.26 |
| DT | 58.18 | 167.86 | 24.36 | 8.88 | - | 7.25 | 16.08 | 11.52 | 294.14 |
| EAP | - | 6.44 | - | - | - | - | - | - | 6.44 |
| ECA | 0.83 | 1.88 | - | - | - | - | 0.16 | 0.42 | 3.29 |
| EUR | 16.89 | 4.11 | - | - | - | - | - | - | 21.00 |
| F | 0.10 | 0.10 | 0.10 | - | - | - | 0.10 | 0.10 | 0.49 |
| FSI | - | 0.11 | - | - | - | 4.94 | - | - | 5.05 |
| GHSD | 0.78 | 2.18 | 0.52 | - | - | - | 0.52 | 0.35 | 4.36 |
| GPA | 0.53 | 1.51 | 0.14 | - | - | - | - | - | 2.18 |
| GTM | 8.26 | 5.35 | 0.46 | 0.15 | 0.15 | 0.46 | - | 0.46 | 15.29 |
| H | - | - | -- | - | - | - | - | - | 0.01 |
| INL | 0.46 | 1.12 | 0.28 | 0.36 | - | 0.05 | 0.03 | 0.25 | 2.55 |
| INR | 2.98 | 10.52 | 4.54 | 0.10 | - | 0.24 | 2.74 | 4.46 | 25.57 |

| Bureau | Identify | Protect | Detect | Sector Risk Mgmt | International Partnerships | Human Capital | Respond | Recover | Bureau Total |
|---|---|---|---|---|---|---|---|---|---|
| **IO** | - | - | - | - | - | - | - | - | 0.01 |
| **ISN** | 0.56 | 0.90 | 0.13 | - | - | 0.07 | 0.07 | 0.09 | 1.82 |
| **L** | 0.03 | 0.97 | - | - | - | - | - | - | 1.00 |
| **M/SS** | 0.99 | 2.76 | 0.31 | - | - | - | 2.56 | 0.06 | 6.68 |
| **MED** | 1.54 | 1.85 | - | - | - | - | - | 0.31 | 3.69 |
| **NEA** | 2.69 | 2.69 | 2.69 | - | - | - | 2.69 | 2.69 | 13.47 |
| **OBO** | 5.14 | 0.76 | 0.05 | - | - | - | - | - | 5.95 |
| **OFM** | - | 0.18 | - | - | - | - | - | - | 0.18 |
| **PM** | 0.99 | 1.51 | 0.60 | 0.03 | - | - | 0.31 | 0.34 | 3.79 |
| **PRM** | 1.23 | 1.23 | 1.23 | - | - | - | 1.23 | 1.23 | 6.15 |
| **R/PPR** | 0.82 | 0.18 | 0.01 | - | - | - | 0.08 | 0.03 | 1.12 |
| **S/CPR** | 0.01 | 0.03 | 0.01 | - | - | - | - | - | 0.05 |
| **S/ES** | 0.66 | 0.39 | 0.44 | - | - | - | 0.37 | 0.21 | 2.07 |
| **SCA** | 0.93 | 0.93 | 0.93 | - | - | - | 0.93 | 0.93 | 4.63 |
| **WHA** | - | - | - | - | - | - | - | - | - |
| **Total:** | **205.65** | **349.78** | **44.68** | **13.41** | **25.00** | **13.01** | **61.47** | **31.31** | **744.32** |

### FY 2026 Bureau Funding by Fund Source
($ in millions)

| Bureau | DP | DP PD | DP WSP | CIF | WCF | ICASS | ESCM | CBSP | Other | Bureau Total |
|--------|-----|-------|--------|-----|-----|-------|------|------|-------|--------------|
| A | 7.33 | - | - | 0.16 | 0.49 | 0.71 | - | - | - | 8.69 |
| ADS | 0.72 | - | - | - | - | - | - | - | - | 0.72 |
| AF | 6.28 | - | - | - | - | - | - | - | - | 6.28 |
| BP | 0.36 | - | - | - | - | - | - | - | - | 0.36 |
| CA | - | - | - | - | - | - | - | 105.42 | - | 105.42 |
| CDP | 24.84 | - | - | - | - | - | - | - | - | 24.84 |
| CGFS | 7.40 | - | - | - | 0.74 | - | - | - | - | 8.14 |
| CSO | 1.73 | - | - | - | - | - | - | - | - | 1.73 |
| CT | 2.90 | - | - | - | - | - | - | - | - | 2.90 |
| DRL | 0.01 | - | - | - | - | - | - | - | - | 0.01 |
| DS | - | - | 154.26 | - | - | - | - | - | - | 154.26 |
| DT | 54.00 | - | 174.76 | 46.43 | - | 8.85 | - | 10.09 | - | 294.14 |
| EAP | 6.44 | - | - | - | - | - | - | - | - | 6.44 |
| ECA | - | - | - | - | - | - | - | - | 3.29 | 3.29 |
| EUR | 21.00 | - | - | - | - | - | - | - | - | 21.00 |
| F | 0.49 | - | - | - | - | - | - | - | - | 0.49 |
| FSI | 4.96 | - | - | 0.09 | - | - | - | - | - | 5.05 |
| GHSD | - | - | - | - | - | - | - | - | 4.36 | 4.36 |
| GPA | 0.68 | 1.50 | - | - | - | - | - | - | - | 2.18 |
| GTM | 15.29 | - | - | - | - | - | - | - | - | 15.29 |
| H | 0.01 | - | - | - | - | - | - | - | - | 0.01 |
| INL | - | - | - | - | - | - | - | - | 2.55 | 2.55 |
| INR | - | - | 25.57 | - | - | - | - | - | - | 25.57 |

| Bureau | DP | DP PD | DP WSP | CIF | WCF | ICASS | ESCM | CBSP | Other | Bureau Total |
|--------|-----|-------|--------|-----|-----|-------|------|------|-------|--------------|
| **IO** | 0.01 | - | - | - | - | - | - | - | - | 0.01 |
| **ISN** | 1.82 | - | - | - | - | - | - | - | - | 1.82 |
| **L** | 0.42 | - | - | - | - | - | - | - | 0.58 | 1.00 |
| **M/SS** | 1.36 | - | - | 5.31 | - | - | - | - | - | 6.68 |
| **MED** | 2.65 | - | - | 1.05 | - | - | - | - | - | 3.69 |
| **NEA** | 13.47 | - | - | - | - | - | - | - | - | 13.47 |
| **OBO** | - | - | - | - | - | - | 5.95 | - | - | 5.95 |
| **OFM** | 0.18 | - | - | - | - | - | - | - | - | 0.18 |
| **PM** | 3.79 | - | - | - | - | - | - | - | - | 3.79 |
| **PRM** | - | - | - | - | - | - | - | - | 6.15 | 6.15 |
| **R/PPR** | - | 1.12 | - | - | - | - | - | - | - | 1.12 |
| **S/CPR** | - | 0.05 | - | - | - | - | - | - | - | 0.05 |
| **S/ES** | 2.07 | - | - | - | - | - | - | - | - | 2.07 |
| **SCA** | 4.63 | - | - | - | - | - | - | - | - | 4.63 |
| **WHA** | - | - | - | - | - | - | - | - | - | - |
| **Total:** | **184.84** | **2.66** | **354.60** | **53.03** | **1.23** | **9.57** | **5.95** | **115.52** | **16.93** | **744.32** |

# DIPLOMATIC PROGRAMS (DP)

| ($ in thousands) | FY 2024 Estimate [1,2] | FY 2025 Estimate [1] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Diplomatic Programs** | **9,413,107** | **9,413,107** | **8,569,529** | **(843,578)** |
| **Ongoing Operations** | **5,599,400** | **5,599,400** | **4,831,873** | **(767,527)** |
| Program Operations | 4,923,880 | 5,009,858 | 4,330,745 | (679,113) |
| Public Diplomacy | 675,520 | 589,542 | 501,128 | (88,414) |
| **Worldwide Security Protection** | **3,813,707** | **3,813,707** | **3,737,656** | **(76,051)** |

[1] FY 2024 Estimate excludes $197.5 million of Buying Power Maintenance Account (BPMA) transfers into DP, as well as a $900,000 transfer into DP from the Emergencies in the Diplomatic and Consular Service (EDCS) account. FY 2025 Estimate excludes $298.5 million of BPMA transfers into DP.
[2] FY 2024 Estimate does not include $60.0 million from the 2024 Ukraine Security Supplemental Appropriations Act (Div. B, P.L. 118-50), or $150 million from the 2024 Israel Security Supplemental Appropriations Act (Div. A, P.L. 118-50).

The Diplomatic Programs (DP) appropriation is fundamental to the Department's implementation of U.S. foreign policy, providing the people, infrastructure, security, and programs that facilitate productive and peaceful U.S. relations with foreign governments and international organizations worldwide.  It funds personnel and programs spanning 41 bureaus and offices, 191 countries, and over 270 diplomatic posts.

The DP appropriation contains four categories (Human Resources, Overseas Programs, Diplomatic Policy and Support, and Security Programs) across three major programmatic allocations (Program Operations, Public Diplomacy, and Worldwide Security Protection (WSP)).  Program Operations and Public Diplomacy (PD) are referred to collectively as "Ongoing Operations."

The FY 2026 DP Request is $8,569.6 million, of which $4,831.9 million is for Ongoing Operations and $3,737.7 million for WSP.

## Agency Reorganization and Staffing:

The FY 2026 Department of State Congressional Budget Justification serves as a baseline document separate from the Department's reorganization plans notified on May 29, 2025.  For this reason, there may be differences between the materials.  As outlined in the January 20, 2025, Presidential Memorandum *Hiring Freeze,* the Department has implemented the federal civilian hiring freeze with very limited exceptions, particularly with regards to the integration, and requisite oversight, of former USAID programs into the Department.

- The Request reflects projected savings of $151.7 million across DP Ongoing Ops-funded bureaus. The Department has implemented two phases of the Deferred Resignation Program (DRP).  The Request reflects distribution of Phase 1 by bureau; given timing for DRP Phase 2 a projected reduction is included centrally within the Human Resources Initiative (HRI) allocation.

- This request includes the projected impact of personnel reductions totaling $173.4 million (of which, $137.9 million is AmSals and $35.5 million is bureau-managed) reflected across applicable DP bureaus for office closures and functions to be abolished.

- Consistent with CN 25-029, the request reflects the closure of the R/Counter Foreign Information Manipulation and Interference (R/FIMI) Hub division, established following the sunset of the Global Engagement Center (R/GEC).

- The Request includes $358.4 million for the Department's integration of certain foreign assistance functions and activities previously covered by USAID, enabling 217 direct hire positions and related support costs for program management and oversight.

## Grants and Contracts Review:

On February 26, 2025, Executive Order 14222 mandated that all federal agencies conduct a thorough review of their contracts and grants within a 30-day period. The objective of this review was to reduce overall federal spending or reallocate spending to promote efficiency. In compliance with this directive, the Department undertook a comprehensive review of its contracts and grants.

As a result of this review, the Department projects savings of $322.2 million in contracts and grants for FY 2026, of which $222.2 million is distributed among applicable bureaus and $100 million is reflected in HRI. These savings reflect the Department's commitment to optimizing resource allocation and enhancing the efficiency of federal spending. These adjustments include the descoping and/or termination of certain contracts and grants. The resources from these adjustments have been realigned to support other Department priorities.

## Diplomatic Programs - Ongoing Operations:

The Department's FY 2026 Request for DP Ongoing Operations is $4,831.9 million, with $4,330.7 million for Program Operations and $501.1 million for PD. Within current services and other built-in adjustments, major changes from the FY 2025 Estimate include:

- $15.6 million covers the annualization of 2025's 2% American pay raise.

- $322.2 million reduction for descoped or terminated contracts and grants.

- $173.4 million reduction reflects the projected savings in salary and position support costs for personnel.

- $287.5 million reduction for other program changes.

## DP Ongoing Operations – Category Details

## Human Resources:  $3,700.4 million

Resources requested in this category primarily cover salaries for domestic and overseas American employees (including employees conducting Public Diplomacy and WSP programs). The category also includes funding for the Foreign Service Institute (FSI) and the Bureau of Global Talent Management (GTM), which recruits and trains the workforce equipped to effectively carry out the Department's goals and priorities domestically and worldwide.

The Request seeks a funded employment ceiling of 19,250 Foreign Service and Civil Service positions under Diplomatic Programs Ongoing Operations, a projected net decrease of 1,323 below the FY 2025 estimate.

In alignment with the Department's commitment to fiscal responsibility and efficient resource allocation, the FY 2026 Request reflects a total of $55 million in savings due to spending efficiencies. These reductions are part of a broader effort to streamline operations and ensure that resources are directed towards the highest priority initiatives. The savings to be achieved through these reductions will be reallocated to support critical diplomatic programs and enhance the Department's ability to respond to emerging global challenges. This approach underscores our dedication to maintaining a lean and effective operational framework while continuing to advance U.S. foreign policy objectives.

Major changes from the FY 2025 Estimate include:

- <u>American Salaries</u>:

  - ➢ $308.4 million for applicable U.S. direct hire staffing enabling the Department's integration of certain USAID and foreign assistance oversight functions. An additional $49.8 million for Locally Employed (LE) staff and contractors is reflected centrally in HRI's bureau-managed allocation.

  - ➢ $402.2 million reduction for reduced salary expenses due to attrition and other personnel separations. As part of the Department's intended reorganization, a target of 15% reduction to Civil Service and Foreign Service Domestic personnel has been set. Specific changes by bureau will be updated after the end of FY 2025.

  - ➢ $137.9 million reduction represents expected salary savings from bureaus and offices that would be abolished or merged as part of the Department's reorganization.

- <u>Foreign Service Institute (FSI)</u>: $5.8 million reduction. This decrease includes position reductions such as the initial Deferred Resignation Program (DRP Phase 1), and general spending efficiencies.

- <u>Global Talent Management (GTM)</u>: $3.7 million decrease to reflect spending efficiencies.

- <u>HR COMP</u>: $559,000 reflecting projected reductions to the Expanded Professional Associates Program (EPAP) employment levels relative to FY2025.

- <u>Human Resources Initiative (HRI)</u>: $49.8 million reduction, including $50.2 million addition for planned Locally Employed (LE) staff and contractors enhancing integration of certain foreign assistance oversight functions to the Department which were previously carried out by USAID; and a $100 million reduction for additional projected contract savings as bureaus continue to review their procurement spending.

43

**Overseas Programs:  $1,202.1 million**

The Department's overseas programs link the country to the rest of the world by relaying on-the-ground political and economic analysis back to the United States and representing U.S. national interests at both the personal and governmental levels.  This category includes the regional bureaus (African Affairs, East Asian and Pacific Affairs, European and Eurasian Affairs, Near Eastern Affairs, South and Central Asian Affairs, Western Hemisphere Affairs, and International Organization Affairs), the Bureau of Global Public Affairs, and the Bureau of Medical Services.  In addition, resources in this category cover:  Public Diplomacy; Department employees' travel expenses to/from assignment; and potential liabilities resulting from the separation of LE staff.

In alignment with the Department's commitment to fiscal responsibility and efficient resource allocation, the FY 2026 budget includes a total reduction of $32.2 million in savings due to spending efficiencies.  These reductions are part of a broader effort to streamline operations and ensure that resources are directed towards the highest priority initiatives.  The savings achieved through these reductions will be reallocated to support critical diplomatic programs and enhance the Department's ability to respond to emerging global challenges.  This approach underscores our dedication to maintaining a lean and effective operational framework while continuing to advance U.S. foreign policy objectives.

Net of current services adjustments, major changes include:

- African Affairs (AF):  $4.7 million reduction.  Decrease includes $4.5 million less to reflect spending efficiencies, and a further decrease of $203,000 for projected savings from applicable position reductions.

- Conflict and Stabilization Operations (CSO):  $8.2 million reduction.  CSO's allocation is reduced to $0, consistent with the Department's initial announcements on the planned reorganization.

- East Asian and Pacific Affairs (EAP):  $3.8 million reduction to reflect spending efficiencies.

- European and Eurasian Affairs (EUR):  $9.6 million reduction.  Decrease includes $6.4 million less to reflect spending efficiencies, and a $3.3 million decrease from the termination of contracts and grants.

- Foreign Service National Separation Liability Trust Fund (FSNSLTF):  $14.8 million decrease, reducing the allocation to $0 based on sufficient existing balances in the trust fund to sustain projected separation payments.  The Department will reassess net liability and payment levels for FY 2027.

- International Organization Affairs (IO):  $6.5 million reduction.  Decrease includes $3.0 million less for IO's non-recuring allocation to reflect the cessation of a prior Civil Service multilateral rotation program (with the Foreign Service component sustained within IO's base), and $3.5 million reduction to reflect spending efficiencies.

- Office of International Conferences (IO/C):  $105,000 reduction to reflect spending efficiencies.

- Medical Services (MED):  $8,870,000 reduction to reflect spending efficiencies.

- <u>Near Eastern Affairs (NEA)</u>:  $67.7 million reduction.  The request includes a $10.0 million increase for the Special Envoy to the Middle East, a $70.0 million reduction to reflect the demobilization of Embassy Air-Iraq rotary wing operations and management platform support services, a $2.1 million reduction from the termination of contract and grants, and a $5.7 million reduction to reflect spending efficiencies.

- <u>Post Assignment Travel (PAT)</u>:  $4.1 million reduction to reflect spending efficiencies due to DRP departures.

- <u>South and Central Asian Affairs (SCA)</u>:  $28.4 million reduction.  Decrease includes $20.0 million in savings from the closeout of residual ICASS support contracts for Embassy Kabul, $8.1 million in savings from the termination of contracts and grants, and $298,000 in savings to reflect spending efficiencies.

- <u>Western Hemisphere Affairs (WHA)</u>:  $3.8 million reduction to reflect spending efficiencies.

- <u>Public Diplomacy (PD)</u>:  $84.8 million reduction.  The FY 2026 PD Request is $501.1 million, including $258.1 million in American Salaries and $243.0 million in bureau-managed resources.  Major elements of the request include:

  ➢ $74.0 million decrease which reduces amounts available for PD-funded grants programming;

  ➢ $7.2 million decrease to reflect spending efficiencies; and

  ➢ $3.6 million decrease which represents the PD share of projected salary savings due to personnel reductions.

## **<u>Diplomatic Policy & Support</u>:  $630.2 million**

Resources in the Diplomatic Policy and Support category sustain the Department's essential strategic and managerial functions.  The Departmental components funded under this category are the bureaus and offices of: Administration; Arms Control, Deterrence and Stability; Budget and Planning; Chief of Protocol; Comptroller and Global Financial Services; Cyberspace and Digital Policy; Democracy, Human Rights, and Labor; Economic and Business Affairs; Global Health, Security, and Diplomacy bureau; Global Public Affairs; Information Resource Management; Intelligence and Research; International Security and Nonproliferation; Legal Adviser; Legislative Affairs; Oceans and International Environmental and Scientific Affairs; Political-Military Affairs; the Office of the Secretary; the Under Secretary for Management; and the Office to Monitor and Combat Trafficking in Persons.

In alignment with the Department's commitment to fiscal responsibility and efficient resource allocation, the FY 2026 budget includes a total reduction of $14.9 million in savings due to spending efficiencies.  These reductions are part of a broader effort to streamline operations and ensure that resources are directed towards the highest priority initiatives.  The savings achieved through these reductions will be reallocated to support critical diplomatic programs and enhance the Department's ability to respond to emerging global challenges.  This approach underscores our dedication to maintaining a lean and

effective operational framework while continuing to advance U.S. foreign policy objectives. Other major changes include:

- <u>Bureau of Administration (A)</u>:  $11.0 million reduction.  Decrease includes -$6.1 million to reflect spending efficiencies, and $4.9 million in termination of contracts.

- <u>Arms Control, Deterrence and Stability (ADS)</u>:  $348,000 reduction to reflect spending efficiencies.

- <u>Budget and Planning (BP)</u>:  $448,000 reduction to reflect spending efficiencies.

- <u>Chief of Protocol (CPR)</u>:  Sustains $63.7 million to prepare for the U.S. host of the 2026 G-20 Summit, including over 60 Finance and Sherpa track meetings and ministerial culminating in a Leaders' Summit.  Requested funding provides for leased space in hotels, a convention center, and off-site properties.

- <u>Comptroller and Global Financial Services (CGFS)</u>:  $2.1 million decrease to reflect spending efficiencies.

- <u>Cyberspace and Digital Policy (CDP)</u>:  $164,000 decrease to reflect spending efficiencies.

- <u>Democracy, Human Rights, and Labor (DRL)</u>:  $4.0 million reduction.  Decrease includes a decrease of $3.5 million for proposed abolishment of Special Envoys from the following offices for which DRL provided management support: Special Advisor for Disability Rights, Special Envoy for LGBT Rights, Special Representative for Racial Equity and Justice, Special Representative for Labor Affairs; and a decrease of $545,000 to reflect spending efficiencies.

- <u>Economic and Business Affairs (EB)</u>:  $326,000 reduction to reflect spending efficiencies.

- <u>Energy Resources (ENR)</u>:  $3.5 million reduction. ENR's allocation is reduced to $0, consistent with the Department's reorganization integrating the Bureau within EB.

- <u>Global Health, Security, and Diplomacy (GHSD)</u>:  $1.7 million reduction to reflect spending efficiencies.

- <u>Global Public Affairs (GPA)</u>:  $763,000 reduction to reflect spending efficiencies.

- <u>Diplomatic Technology (DT)</u>:  $127.7 million reduction to reflect spending efficiencies.

- <u>Intelligence and Research (INR)</u>:  $240,000 reduction to reflect spending efficiencies.

- <u>International Security and Nonproliferation (ISN)</u>:  $1.6 million reduction, including decreases of $1.0 million for American salaries, $463,000 to reflect spending efficiencies, and $98,000 for abolition of the Special Representative to the President for Nuclear Non-Proliferation.

- <u>Office of the Legal Adviser (L)</u>: $374,000 reduction to reflect spending efficiencies.

- <u>Legislative Affairs (H)</u>:  $101,000 reduction to reflect spending efficiencies.

- Oceans and International Environmental and Scientific Affairs (OES): $4.2 million reduction. Decrease includes $3.8 million reduction for American salaries, and $325,000 reduction to reflect spending efficiencies.

- Political-Military Affairs (PM): $283,000 reduction to reflect spending efficiencies.

- Population & International Migration (PRM): $499,000 reduction. PRM's allocation is reduced to $0, consistent with the Administration's policy direction.

- Office of the Secretary (S): $39.9 million reduction. Decrease includes $26.1 million less for Special Envoys, $12.8 million less for American salaries, and $1.3 million less to reflect spending efficiencies.

- Trafficking in Persons (TIP): $191,000 reduction to reflect spending efficiencies.

- Under Secretary for Management (M): $481,000 reduction to reflect spending efficiencies.

## Security Programs: $3,030.2 million, of which $3,013.4 million is for Worldwide Security Protection

This category includes the Bureau of Counterterrorism, the Office of the Special Presidential Envoy for Hostage Affairs (SPEHA), the Office of Foreign Missions (OFM), and WSP.

In alignment with the Department's commitment to fiscal responsibility and efficient resource allocation, the FY 2026 budget includes a total decrease of $747,000 in savings due to efficiencies. These reductions are part of a broader effort to streamline operations and ensure that resources are directed towards the highest priority initiatives. The savings achieved through these reductions will be reallocated to support critical diplomatic programs and enhance the Department's ability to respond to emerging global challenges. This approach underscores our dedication to maintaining a lean and effective operational framework while continuing to advance U.S. foreign policy objectives. Other major changes within Program Operations include:

- Counterterrorism (CT): $318,000 reduction to reflect spending efficiencies.

- Special Presidential Envoy for Hostage Affairs (SPEHA): $80,000 reduction to reflect spending efficiencies.

- Office of Foreign Missions (OFM): $345,000 reduction to reflect spending efficiencies.

## Worldwide Security Protection

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Worldwide Security Protection Total** | **3,813,707** | **3,813,707** | **3,737,656** | **(76,051)** |
| Diplomatic Security Total | 3,292,845 | 3,294,633 | 3,217,272 | (77,361) |
| DS - Bureau of Diplomatic Security (DS) | 2,545,437 | 2,599,833 | 2,604,194 | 4,361 |
| DS - WSP Iraq | 747,408 | 694,800 | 613,078 | (81,722) |
| **WSP Other Bureaus** | **520,862** | **519,074** | **520,384** | **1,310** |
| Bureau of Administration (A) | 75,359 | 63,606 | 63,621 | 15 |
| Office of the Chief of Protocol (CPR) | 900 | 900 | - | (900) |
| Bureau of Counterterrorism (CT) | 1,643 | 1,643 | 1,643 | - |
| Bureau of Diplomatic Technology (DT) | 308,681 | 293,311 | 294,537 | 1,226 |
| Foreign Service Institute (FSI) | 20,721 | 20,721 | 20,734 | 13 |
| FSN Separation Liability Trust Fund Payment (FSNSLTF) | 2,359 | 2,359 | 2,359 | - |
| Bureau of Global Talent Management (GTM) | 385 | 385 | 387 | 2 |
| Bureau of Intelligence and Research (INR) | 13,855 | 29,190 | 30,093 | 903 |
| Bureau of International Security and Nonproliferation (ISN) | 1,364 | 1,364 | 1,364 | - |
| Bureau of Medical Services (MED) | 53,924 | 53,924 | 53,975 | 51 |
| Office of Foreign Missions (OFM) | 118 | 118 | 118 | - |
| Post Assignment Travel (PAT) | 41,553 | 51,553 | 51,553 | - |

The FY 2026 Request for WSP resources is $3,737.7 million, and includes $721 million in American Salaries, which covers annualization of the FY 2025 American Pay Raise and additional payroll increases. The FY 2026 Request consists of:

## Diplomatic Security: $3.2 billion

The FY 2026 DS WSP Request is $3,217.3 and includes $2.6 billion in bureau-managed resources. The decrease reflects Iraq cost containment and the elimination of protection details for former officials program, which has been discontinued. Protective services resources have been realigned, shifting

operational funds to cover increased costs for other protective operations including major events such as the United Nations General Assembly and the Olympics.

The Department continues to see market forces and contractual requirements increasing annual costs across the global security platform. The impacts resulting from this effective loss in purchasing power are compounded by disrupted global supply chains, rapidly changing technology, increases to lifecycle replacement timelines, increasing global threats, and quickly changing operational environments. Current funding projections show a decrease in DS' funding in practical terms for operations with longer time horizons that require specialized labor and long lead countermeasures technical security equipment and materials. As a result, DS works daily to reduce the risks inherent in diplomatic work and realign available resources to shifting priorities, while finding efficiencies across its security platform. The Request demonstrates the Department's commitment to cost reductions/savings while maintaining a secure environment for the conduct of American diplomacy.

## WSP Partner Bureaus: $520.4 million

**Bureau of Administration (A):** $63.6 million

The FY 2026 Request is $63.6 million, an increase of $15,000 above the FY 2025 Estimate. The Requests aligns A Bureau's priorities to the administration's agenda and will sustain key bureau functions while incorporating realized efficiencies.

**Chief of Protocol (CPR):** $0

The FY 2026 Request eliminates State Department funding for the Airport Escort Screening Courtesies program, which is being transitioned to the DHS Transportation Security Agency. The Office of the Chief of Protocol has determined that TSA can better manage and implement this program for assisting dignitaries and diplomatic visitors at U.S. airports.

**Bureau for Counterterrorism (CT):** $1.6 million

The FY 2026 Request is $1.6 million for CT, equal to the FY 2025 Estimate. FY 2026 funding will support training CT Bureau, Department, Embassy, host nation, and interagency personnel on counterterrorism-related policies and operations, especially through CT-designed or -supported counterterrorism crisis response exercises and seminar opportunities.

The Request includes support for CT efforts to counter terrorist use of Weapons of Mass Destruction (WMD), Unmanned Aerial Systems (UAS), Improvised Explosive Devices (IEDs), and other technical threats through interagency and bilateral cooperation and programs. The funding will also support training for Senior CT Advisors, who are prepared for deployment/employment with the Foreign Emergency Support Team (FEST), the Weapons of Mass Destruction Strategic Group (WMDSG), embassies abroad, and the Emergency Relocation Group (ERG).

In addition, the FY 2026 Request will provide preparations for international special events via the International Special Events Group (ISEG); terrorism-related hostage rescue activities and coordination; the repatriation of foreign fighters; and support for Chief of Mission (COM) coordination on sensitive Department of Defense (DoD) activities; and will support the highest Bureau emerging priorities with surge support capability.

**Bureau of Diplomatic Technology (DT):** $294.5 million

The FY 2026 Request is $294.5 million, an increase of $1.2 million above the FY 2025 Estimate. The Request includes $1.7 million to support Identity Services (IS) and protect the Department's systems and data from insider threats, data breaches, and compliance violations. DT utilizes WSP funding to ensure the Department is Federal Information Security Management Act (FISMA) compliant and maintain global security infrastructure to combat cyber security threats.

**Foreign Service Institute (FSI):** $20.7 million

The FY 2026 Request is $20.7 million, a $13,000 increase above the FY 2025 Estimate. The Request will maintain essential training for domestically and overseas foreign affairs professionals to remain safe in evolving and unstable security environments.

FSI's WSP funding supports just-in-time, online training aligned with evolving post needs; coordination with Department stakeholders to design and facilitate exercises with Washington and regional participation; maintenance of the Crisis Management Training (CMT) program; and a continual refresh of leadership CMT products based on a strategic approach to video interview collection and iterative lessons learned from real world crises.

**Foreign Service National Separation Liability Trust Fund (FSNSLTF):** $2.4 million

The FY 2026 Request is $2.4 million, equal to the FY 2025 Estimate. The FSNSLTF is authorized to provide separation pay for foreign national employees of the Department of State in those countries in which such pay is legally authorized. A proportionate share of each year's annual accrued liability of the FSNSLTF is funded by the Diplomatic Programs (DP) appropriation, including through Public Diplomacy and WSP resources.

**Global Talent Management (GTM):** $387,000

The FY 2026 Request is $387,000, a $2,000 increase above the FY 2025 Estimate. GTM's WSP funding supports one position responsible for training new and existing staff on diplomatic security processes and anti-fraud techniques.

**Bureau of Intelligence and Research (INR):** $30.1 million

The FY 2026 Request is INR of $30.1 million, a $903,000 increase above the FY 2025 Estimate. This Request is part of a broader strategic realignment to address emerging security, technological, and emergency management priorities and challenges. INR's WSP funding supports a targeted range of programs providing security, cybersecurity, and emergency management.

The Request will address critical needs in security, cybersecurity, emergency management, and IT modernization. These enhancements are crucial for maintaining the integrity and effectiveness of the INR's operations in an increasingly complex global security environment.

**Bureau of International Security and Non-proliferation (ISN):** $1.4 million

The Request is $1.4 million, maintaining the level of the FY 2025 Estimate. The Request will sustain ISN's Foreign Consequence Management (FCM) program to ensure its 24/7 on-call specialized response team can successfully perform its no-fail CBRN response mission, as directed by President Trump's NSPM-36. In the event of a catastrophic CBRN event or U.S. nuclear weapons incident overseas, FCM's Incident Management Team leads the U.S. response, informs diplomatic engagement, and streamlines

provision of life-saving support, stabilization, and recovery to protect American citizens and U.S. interests.

**Bureau of Medical Services (MED)**: $54 million

Operational Medicine (MED/OM)

The Request is $54 million for MED/OM and Medical Programs, an increase of $51,000 above the FY 2025 Estimate. The Request streamlines the Department's Multi-Mission Aviation Support Services (MMASS) contract, ensuring ongoing support for the USG's only standing biocontainment medical evacuation capability capable of transporting patients with high-consequence infectious diseases while providing the U.S. Government with flexible aviation and air ambulance response capabilities for our overseas workforce, performing the US Government's most sensitive personnel recovery operations, deploying security and providing medical response personnel to posts in crisis.

The Request supports the Operational Medicine Program's mission to mitigate risk to Chief of Mission personnel and safeguarding America's interests worldwide. This is accomplished through identifying medical risks; working across the Department and interagency to develop and coordinate actionable plans to address those risks; and deploying side-by-side with security and crisis response partners to protect American's overseas in the most challenging environments, including High Threat High Risk posts. The Request continues MED's commitment to the Department's overseas workforce to respond to a natural or manmade disasters, including the: management of emergency medical kits and weapons of mass destruction countermeasures; execution of mass casualty/emergency action plan training; and protective medicine costs required to train, equip, and deploy medical providers to support security, protective, and response operations.

**Office of Foreign Missions (OFM)**: $118,000

The Request is $118,000, equal to the FY 2025 Estimate. This will sustain the Office of Foreign Missions Information System (TOMIS) system that supports the Airport Escort Screening Courtesies (AESC) program.

**Post Assignment Travel (PAT)**: $51.6 million

The Request is $51.6 million, equal to the FY 2025 Estimate. The Request will fund relocation and assignment travel within the State Department for Regional Security Officers and Assistant Regional Security Officers with an estimated 1,100 permanent change of station travel orders in FY 2026.

# DIPLOMATIC PROGRAMS

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Total, Diplomatic Programs** | **9,413,107** | **9,413,107** | **8,569,529** | **(843,578)** |
| **Human Resources** | **3,571,909** | **4,024,333** | **3,699,062** | **(325,271)** |
| American Salaries, Central Account | 3,302,692 | 3,774,797 | 3,509,449 | (265,348) |
| *Public Diplomacy American Salaries (non-add)* | *233,659* | *261,747* | *258,145* | *(3,602)* |
| *WSP - American Salaries (non-add)* | *703,350* | *720,919* | *724,204* | *3,285* |
| Foreign Service Institute (FSI) | 88,761 | 92,476 | 86,663 | (5,813) |
| Bureau of Global Talent Management (GTM) | 154,391 | 133,284 | 129,578 | (3,706) |
| Human Resources-Special Complement (HR-COMP) | 26,065 | 23,776 | 23,217 | (559) |
| Human Resources Initiative (HRI) | - | - | (49,845) | (49,845) |
| **Overseas Programs** | **1,718,346** | **1,439,358** | **1,202,091** | **(237,267)** |
| Bureau of African Affairs (AF) | 199,018 | 157,560 | 152,885 | (4,675) |
| Conflict Stabilization Operations (CSO) | 10,141 | 8,153 | - | (8,153) |
| Bureau of East Asian and Pacific Affairs (EAP) | 167,049 | 132,678 | 128,860 | (3,818) |
| Bureau of European and Eurasian Affairs (EUR) | 263,518 | 218,782 | 209,194 | (9,588) |
| FSN Separation Liability Trust Fund Payment (FSNSLTF) | 9,883 | 14,839 | - | (14,839) |
| Bureau of International Organization Affairs (IO) | 38,181 | 30,074 | 23,587 | (6,487) |
| Office of International Conferences (IO/C) | 4,531 | 3,577 | 3,472 | (105) |
| Bureau of Medical Services (MED) | 41,038 | 33,320 | 32,433 | (887) |
| Bureau of Near Eastern Affairs (NEA) | 169,923 | 167,409 | 99,687 | (67,722) |
| Post Assignment Travel (PAT) | 124,629 | 138,709 | 134,642 | (4,067) |
| Bureau of South and Central Asian Affairs (SCA) | 79,061 | 76,383 | 48,032 | (28,351) |
| Bureau of Western Hemisphere Affairs (WHA) | 159,660 | 130,079 | 126,316 | (3,763) |
| Bureau of Global Public Affairs (GPA) | 9,852 | - | - | - |
| Public Diplomacy | 441,862 | 327,795 | 242,983 | (84,812) |
| **Diplomatic Policy and Support** | **983,411** | **831,156** | **630,195** | **(200,961)** |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Bureau of Administration | 297,410 | 212,981 | 202,009 | (10,972) |
| Bureau of Arms Control, Deterrence, and Stability (ADS) | 14,903 | 13,130 | 12,782 | (348) |
| Bureau of Budget and Planning (BP) | 17,989 | 15,279 | 14,831 | (448) |
| Office of the Chief of Protocol (CPR) | 39,625 | 63,704 | 63,722 | 18 |
| Bureau of the Comptroller and Global Financial Services (CGFS) | 86,685 | 72,925 | 70,837 | (2,088) |
| Cyberspace and Digital Policy (CDP) | 8,256 | 5,596 | 5,432 | (164) |
| Bureau of Democracy, Human Rights, and Labor (DRL) | 19,804 | 22,075 | 18,057 | (4,018) |
| Bureau of Diplomatic Technology (DT) | 226,987 | 200,736 | 72,990 | (127,746) |
| Bureau for Economic and Business Affairs (EB) | 11,815 | 12,264 | 11,938 | (326) |
| Bureau of Energy Resources (ENR) | 3,887 | 3,459 | - | (3,459) |
| Global Engagement Center (GEC) | 11,594 | 950 | - | (950) |
| Global Health, Security, and Diplomacy (GHSD) | 3,572 | 5,022 | 3,277 | (1,745) |
| Bureau of Global Public Affairs (GPA) | 30,146 | 26,224 | 25,461 | (763) |
| Bureau of Intelligence and Research (INR) | 23,864 | 8,366 | 8,126 | (240) |
| Bureau of International Religious Freedom (IRF) | 4,665 | 3,886 | 3,779 | (107) |
| Bureau of International Security and Nonproliferation (ISN) | 18,391 | 16,878 | 15,312 | (1,566) |
| Office of the Legal Adviser (L) | 13,788 | 12,943 | 12,569 | (374) |
| Bureau of Legislative Affairs (H) | 3,729 | 3,540 | 3,439 | (101) |
| Under Secretary for Management (M) | 19,919 | 16,551 | 16,070 | (481) |
| Bureau of Oceans and International Environment and Scientific Affairs (OES) | 15,537 | 14,934 | 10,761 | (4,173) |
| Bureau of Political-Military Affairs (PM) | 11,386 | 10,620 | 10,337 | (283) |
| Population, Refugees, and Migration (PRM) | 599 | 499 | - | (499) |
| Office to Monitor and Combat Trafficking in Persons (TIP) | 8,087 | 6,753 | 6,562 | (191) |
| Secretary of State (S) | 90,773 | 81,841 | 41,904 | (39,937) |
| **Security Programs** | **3,139,441** | **3,118,260** | **3,038,181** | **(80,079)** |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Bureau of Counterterrorism (CT) | 15,378 | 10,987 | 10,669 | (318) |
| Office of the Special Presidential Envoy for Hostage Affairs (SPEHA) [1] | - | 2,705 | 2,625 | (80) |
| Office of Foreign Missions (OFM) | 13,706 | 11,780 | 11,435 | (345) |
| Worldwide Security Protection | 3,110,357 | 3,092,788 | 3,013,452 | (79,336) |

[1] For FY 2024, SPEHA had been displayed within CT. FY 2025 and FY 2026 break out SPEHA's allocation for visibility.

## HIGHLIGHTS OF BUDGET CHANGES

| ($ in thousands) | Diplomatic Programs, Program Operations | DP PD Only | DP Ongoing Operations (Direct & PD) | WSP | DP Total |
|---|---|---|---|---|---|
| **FY 2025 Estimate** | **5,009,858** | **589,542** | **5,599,400** | **3,813,707** | **9,413,107** |
| **Annualization of Requirements** | **14,289** | **1,308** | **15,597** | **5,755** | **21,352** |
| Annualized Pay Increase | 14,289 | 1,308 | 15,597 | 5,755 | 21,352 |
| **Total, Built-in Changes** | **14,289** | **1,308** | **15,597** | **5,755** | **21,352** |
| **Total, Current Services** | **5,024,147** | **590,850** | **5,614,997** | **3,819,462** | **9,434,459** |
| **Program Changes** | | | | | |
| Human Resources | (168,632) | (40) | (168,672) | - | (168,672) |
| Overseas Programs | (230,390)) | (56,523) | (286,913) | - | (286,913) |
| Diplomatic Policy and Support | (290,687) | (32,969) | (323,656) | - | (323,656) |
| Security Programs | (3,693) | (190) | (3,883) | (81,806) | (85,689,) |
| **Total, Program Changes** | **(693,402)** | **(89,722)** | **(783,124)** | **(81,806)** | **(864,930)** |
| **Grand Total** | **4,330,745** | **501,128** | **4,831,873** | **3,737,656** | **8,569,529** |

## CONSULAR AND BORDER SECURITY PROGRAMS (CBSP)

| ($ In Thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **CBSP Resources Available** | **6,932,325** | **7,876,064** | **7,753,567** | **(122,497)** |
| **Carryforward & Recoveries (Total)** | **3,143,257** | **3,072,380** | **3,954,173** | **881,793** |
| Carryforward & Recoveries, Available [1] | 2,652,167 | 2,161,749 | 2,602,542 | 440,793 |
| Carryforward, Unavailable PAEF | 491,090 | 910,631 | 1,351,631 | 441,000 |
| **Current Year Collections, Total** | **5,602,039** | **5,627,975** | **5,551,025** | **(76,950)** |
| Available for Expenditure | 5,132,498 | 5,136,975 | 5,034,025 | (102,950) |
| PAEF Revenue, Subject to Authority | 469,541 | 491,000 | 517,000 | 26,000 |
| Of which, PAEF Spending Authority | 50,000 | 50,000 | 517,000 | 467,000 |
| **Restoration From Prior Year Cancellation** | - | **902,340** | **375,000** | **(527,340)** |
| **Cancellation of Prior Year Balances** | **(902,340)** | **(375,000)** | **(775,000)** | **(400,000)** |
| **CBSP Spending** | **4,915,586** | **5,418,532** | **5,522,720** | **104,188** |
| **CBSP Carryforward Out, Available** | **2,016,739** | **2,457,532** | **2,230,847** | **(226,685)** |
| Carryforward Out, unavailable PAEF | 910,631 | 1,351,631 | 1,351,631 | - |

[1] FY 2025 Estimate and FY 2026 Request both include $145 million in estimated recoveries

The Bureau of Consular Affairs (CA) has no higher priority than the safety and security of U.S. citizens. The Consular and Border Security Programs (CBSP) account enables CA to perform its mission. CA relies on user fees deposited into the CBSP account to fund consular activities involving more than 13,000 professionals in over 300 locations worldwide, including 29 domestic passport facilities, 14 bureaus across the Department, and a network of 7,900 local passport application acceptance facilities.

As Secretary Rubio has said, every decision on a visa application is a national security decision. CA personnel directly support U.S. national security and public safety by regulating the entry of aliens to the United States through the visa function. The Department projects that FY 2026 will receive 12.4 million applications for machine readable visas (MRV) for non-immigrant visas (NIV) from prospective tourists, students, business professionals, and other visitors. The Department also issues immigrant visas (IVs) for aliens settling in the United States permanently.

CA provides timely travel alerts and advisories and a voluntary program to help U.S. citizens receive important travel information. CA also assists them during critical moments, such as births, adoptions, medical emergencies, destitution, death, and arrest. In conjunction with the Special Presidential Envoy for Hostage Affairs (SPEHA), CA works to secure the release of U.S. nationals who are wrongfully detained. During natural disasters, political unrest, and other crises, CA may coordinate the evacuation of U.S. citizens abroad, as in recent operations in Haiti, Sudan, and Lebanon.

To meet projected demand from Americans for passports – 21.8 million in FY 2026 – CA seeks to enhance service efficiency and advance its information technology infrastructure, including by streamlining passport applications through its Online Passport Renewal (OPR) platform. CA also is establishing six new passport agencies to expand capacity, reduce in-person wait times, and expedite travel document issuance.

As the largest fee-funded bureau in the Department of State, CA uses fee revenues from visa and passport applicants to finance global consular operations.  The current statutory fee authorities add complexities to efforts to establish appropriate fee rates.  CA appropriately assists Americans during crises and emergencies at no cost, but the Department lacks the statutory authority to set and/or retain certain passport fees to cover those costs.  This misalignment has been mitigated in recent years by higher-than-predicted demand for passports and visas.  The Department plans to work with Congress to enact a broader restructuring of consular fee authorities through authorizing legislation.  Such a strategy would better align revenues with expenditures and address recent GAO recommendations (GAO report 22-104424).  The objective would be for these fees and surcharges to remain in the CBSP account until expended and could be expended broadly to enhance consular services.  Further details will be provided as part of the Administration's formal legislative proposal for State Authorization.

The fees and surcharges collected for consular services and retained by the Department include MRV fees, the WHTI surcharge, the Passport Security Surcharge (PSS), the Immigrant Visa Security Surcharge (IVSS), Diversity Visa (DV) Lottery fees, Fraud Prevention and Detection (H&L) fees, Affidavit of Support (AoS) Review fees, Expedited Passport Fees (EPF), and J-Waiver fees.  Passport Application and Execution fees (PAEF) are collected and retained in the CBSP account; however, these fees are not available for expenditure absent additional legislative authority.

For FY 2026, the Department requests extension of existing authorities that provide increased flexibility to sustainably fund consular operations, as well as authority to spend PAEF revenue.  Extensions of existing authorities include expanded expenditure authority for the WHTI surcharge, PSS, IVSS, and H&L fees.  The Department also requests authority to spend up to $517 million in PAEF revenue, equal to projected collections, which the Department would use to continue enhancing U.S. citizen and passport services.  To offset PAEF spending authority and the restoration of $375 million in balances rescinded (but not permanently cancelled) in FY 2025, the FY 2026 Request proposes canceling $775 million in unobligated prior-year CBSP balances.

The following table displays $5.5 billion in projected obligations for CBSP in FY 2026 and includes changes from the FY 2025 Estimate.

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Bureau of Consular Affairs** | **3,771,158** | **4,021,726** | **4,216,564** | **194,838** |
| Consular Systems and Technology | 685,623 | 708,698 | 821,634 | 112,936 |
| Domestic Executive Support | 62,037 | 97,753 | 60,805 | (36,948) |
| Fraud Prevention Programs | 3,988 | 2,991 | 3,115 | 124 |
| Visa Services | 306,903 | 321,092 | 320,376 | (716) |
| Passport Services | 1,421,602 | 1,365,125 | 1,472,269 | 107,144 |
| Overseas Citizens Services | 16,846 | 23,778 | 16,348 | (7,430) |
| Overseas Support | 596,628 | 597,307 | 607,479 | 10,172 |
| FSN Separation Liability Trust Fund | 4,934 | 4,934 | 4,934 | - |
| Consular Management and Support | 657,996 | 825,485 | 909,604 | 84,119 |
| New PPT Facilities | 14,601 | 74,563 | - | (74,563) |
| **CBSP Staff (American Salaries)** | **855,191** | **983,475** | **982,815** | **(660)** |
| **CBSP Support / DOS Partners** | **289,237** | **413,331** | **323,341** | **(89,990)** |
| Bureau of Administration | 51,409 | 49,194 | 56,307 | 7,113 |
| Diplomatic Security | 50,508 | 89,740 | 72,742 | (16,998) |
| Bureau of Diplomatic Technology | 84,950 | 151,974 | 85,000 | (66,974) |
| Foreign Service Institute | 30,539 | 34,104 | 30,000 | (4,104) |
| Post Assignment Travel | 44,268 | 51,900 | 43,630 | (8,270) |
| Global Talent Management | 19,739 | 19,739 | 19,615 | (124) |
| Bureau of Counterterrorism | 97 | 1,150 | 1,067 | (83) |
| Legal Adviser | 3,071 | 4,900 | 4,144 | (756) |
| Comptroller and Global Financial Services | 1,426 | 1,684 | 1,634 | (50) |
| Repatriation Loan Program | 841 | 855 | 830 | (25) |
| Medical Services | 2,312 | 835 | 1,640 | 805 |
| Bureau of Budget and Planning | - | 3,300 | 3,709 | 409 |
| Special Presidential Envoy for Hostage Affairs | 77 | 3,956 | 3,023 | (933) |
| **Total CBSP Spending** | **4,915,586** | **5,418,532** | **5,522,720** | **104,188** |

## Bureau of Consular Affairs: $4,216,564

The FY 2026 CBSP Request for CA is $194.9 million above the FY 2025 Estimate.  This adjustment reflects an increase for five critical areas underscoring CA's commitment to keeping America safer,

stronger and more prosperous, partially offset by reductions for all other CA Offices and Directorates The five critical areas include:

- Fraud Prevention Programs (FPP): $124,000 above the FY 2025 Estimate to enhance training, upgrade fraud detection equipment, and expand interagency outreach.

- Overseas Support: $10.2 million above the FY 2025 Estimate to bolster overseas post allotments by addressing salaries and benefits costs for Locally Employed (LE) Staff.

- Consular Management and Support (CMS): $84.1 million above the FY 2025 Estimate to fund maintenance of both overseas and domestic facilities, administer security clearances adjudication, and to maintain the Integrated Consular Automated Support System (ICASS) platform.

- Passport Services (PPT): $107.1 million above the FY 2025 Estimate to meet projected passport demand, cover passport book costs, finance the staffing and contracts for six new passport agencies identified in FY 2024, and fund Lockbox operations transferring from the Treasury Department in FY 2026.

- Consular Systems and Technology (CST): $112.9 million above the FY 2025 Estimate to modernize consular systems, including the enhancement of Online Passport Renewal (OPR), ensuring efficient service delivery.

The Bureau will continue to ensure Passport Agencies operate using previously provided start-up funding while regularizing agency operations across multiple bureaus; maintain essential executive functions through Domestic Executive Support; fund crucial operational activities and FBI fingerprint checks in Visa Services; uphold its core mandate to protect U.S. citizens abroad through Overseas Citizens Services; and, preserve the existing arrangement for the Foreign Service National Separation Liability Trust Fund.

## **CBSP Partner Bureaus**: $323,341,000

The FY 2026 CBSP Request for partner bureaus is $90.0 million below the FY 2025 Estimate.  This reflects an $8.3 million increase to three bureaus, and a $98.0 million reduction to the remaining bureaus.

- Bureau of Budget and Planning (BP): $409,000 above the FY 2025 Estimate to fund updates to the financial management system for overseas posts managing their consular budgets.

- Bureau of Medical Services (MED): $805,000 above the FY 2025 Estimate to cover medical clearances for U.S. Department of State employees and contractors that support domestic passport operations.

- Bureau of Administration: $7.1 million above the FY 2025 Estimate for passport facility lease costs.

- Diplomatic Technology (DT): $67.0 million below the FY 2025 Estimate while fully financing the Department's share of networking, hosting, and other IT support costs for the CBSP.

- Diplomatic Security (DS): Decreased by $17.0 million, as security clearance adjudication and related training costs have been shifted to the Consular Management and Support (CMS) line as a reimbursement.

- Post Assignment Travel (PAT): Reduced by $8.2 million, based on projections for travel, shipment, and related employee benefits costs for consular personnel.

- Foreign Service Institute (FSI): Reduced by $4.1 million, in anticipation of training cost estimates based on anticipated enrollment levels for consular professionals.

- Special Presidential Envoy for Hostage Affairs (SPEHA): Reduced by $933,000 while continuing to fully fund personnel and travel support essential for SPEHA in assisting wrongfully detained U.S. citizens and their families.

- Office of the Legal Adviser (L): Reduced by $756,000, reflecting changes in contract support needs for legal support.

- Global Talent Management (GTM): Reduced by $124,000, following revised projections for staffing and recruitment necessary to conduct global consular operations.

- Bureau of Counterterrorism (CT): Reduced by $83,000, due to cost adjustment in the Visa Viper watchlist program and related to negotiations for information sharing agreements.

- Bureau of the Comptroller and Global Financial Service (CGFS): Reduced by $50,000 due to adjustments in contract labor costs for core ongoing financial activities for CA's global consular operations.

- Repatriation Loan Support: Reduced $25,000, following a recalculation of administrative costs associated with repatriation loans.

## CBSP Salaries: $982,815,000

The FY 2026 CBSP Salaries Request is $660,000 below the FY 2025 Estimate, which reflects updated hiring assumptions. This adjustment results in a funded ceiling of 5,894 staff across CA and its strengthening partner bureaus, comprising approximately 2,158 Foreign Service (including Limited Non-career Appointment staff occupying full-time positions) and 3,736 Civil Service employees.

# IT CENTRAL FUND (ITCF)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Capital Investment Fund | 389,000 | 389,000 | 39920 ,700 | 10,700 |

The Foreign Relations Authorization Act, Fiscal Years 1994 and 1995, established the Capital Investment Fund (CIF) for the development of Information Technology (IT) and other related programs for the Department. Over the last several years, the IT Central Fund (ITCF) has been entirely comprised of only the CIF appropriation. The Department utilizes the CIF to enhance its cybersecurity posture, develop new IT systems, procure enterprise-level software licenses, and modernize legacy IT infrastructure, such as financial, personnel, and logistics applications.

In FY 2026, the Department will continue to expand its use of Artificial Intelligence (AI) which will drive the advancement and implementation of emerging AI capabilities, reinforcing America's diplomatic operations while achieving meaningful cost savings across the Department's global mission. This effort underscores the Department's commitment to government efficiency and technological leadership by integrating AI systems that enhance knowledge sharing across diplomatic posts, streamlines administrative tasks for domestic and Foreign Service professionals, and equips the Department's diplomats with a strategic edge.

The ITCF bolsters the Department's cybersecurity posture through development and procurement activities that seek to implement Executive Order 14028, *Improving the Nation's Cybersecurity,* as well as OMB Memorandum M-22-09, *Moving the U.S. Government Toward Zero Trust Cybersecurity Principles.* Priority cybersecurity investments in the FY 2026 Request include Zero Trust programs, Cyber Operations, and Increased Cloud Security.

The FY 2026 CIF Request of $399.7 million is $10.7 million (2.8 percent) above the FY 2025 Estimate. This includes $49.7 million within the Bureau of Diplomatic Technology to integrate and sustain USAID's enterprise data systems, including Phoenix and the Global Acquisition and Assistance System (GLAAS), into the Department.

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **ITCF Total** | **389,000** | **389,000** | **399,700** | **10,700** |
| **CIF Appropriation** | **389,000** | **389,000** | **399,700** | **10,700** |
| | | | | |
| **Administration (A)** | **19,951** | **15,019** | **8,000** | **(7,019)** |
| IT Legacy Systems Modernization | - | - | 7,000 | 7,000 |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Software Licenses and Support for Operations, Modernization, and Cybersecurity | - | - | 1,000 | 1,000 |
| Workplace Management Initiative | 4,140 | 6,500 | - | (6,500) |
| Global Information Services (GIS)/eRecords (State Archiving) System | 4,325 | 2,019 | - | (2,019) |
| FREEDOMS Enterprise-Wide FOIA System | 1,350 | 3,000 | - | (3,000) |
| Permanent Change of Station Portal (myServices) | - | 3,500 | - | (3,500) |
| Integrated Logistics Management System (ILMS) | 5,190 | - | - | - |
| IT Management Services | 4,946 | - | - | - |
| **Arms Control, Deterrence, and Stability (ADS)** | **744** | **827** | **827** | **-** |
| Nuclear Risk Reduction Center (NRRC) | 744 | 827 | 827 | - |
| **Budget and Planning (BP)** | **5,688** | **-** | **1,668** | **1,668** |
| Budget Systems Modernization (BSM) | 2,088 | - | 1,000 | 1,000 |
| Budget Control Dashboard | - | - | 668 | 668 |
| Budget Formulation and Planning System (BFPS) | 3,600 | - | - | - |
| **Comptroller, Global Financial Services (CGFS)** | **25,313** | **33,384** | **27,202** | **(6,182)** |
| Global Foreign Affairs Compensation System (GFACS) | 8,570 | 7,200 | 7,344 | 144 |
| E-Gov Travel Service Next (ETSNext) | - | 6,200 | 6,000 | (200) |
| Enterprise Delivery Platform Development | - | - | 3,700 | 3,700 |
| Global Time and Attendance (gTA) | 3,000 | 4,000 | 3,542 | (458) |
| CGFS Consolidated Help Desk | - | - | 2,159 | 2,159 |
| Development of Operations and Robotic Process Automation (RPA) | 1,586 | 1,586 | 1,586 | - |
| Implementation and Sustained Compliance with Statements of Federal Financial Accounting (SFFAS) 54, Leases | - | 2,000 | 1,530 | (470) |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Global e-Travel Program (GeT) | 800 | 800 | 800 | - |
| Zero Trust Architecture for CGFS Applications (ZTA) | 300 | 541 | 541 | - |
| Joint Financial Management System (JFMS) | 7,657 | 7,657 | - | (7,657) |
| Cloud Solution Development Network | 3,400 | 3,400 | - | (3,400) |
| **Diplomatic Technology (DT) Total** | **294,692** | **285,627** | **318,692** | **33,065** |
| *of which,* **Information Technology Acquisitions** | **180,000** | **192,045** | **187,545** | **(4,500)** |
| Enterprise Software License and Maintenance | 180,000 | 192,045 | 187,545 | (4,500) |
| *of which,* **USAID Merger** | **-** | **-** | **49,700** | **49,700** |
| Projected integration costs/other costs | - | - | 26,880 | 26,880 |
| Phoenix 2025 IT costs (O&M +DME) | - | - | 13,460 | 13,460 |
| GLAAS 2025 IT costs (O&M +DME) | - | - | 9,360 | 9,360 |
| *of which,* **Cyber Operations** | **54,120** | **62,723** | **41,626** | **(21,097)** |
| Cyber Operations | - | - | 41,626 | 41,626 |
| Increased Cloud Security | 29,900 | 39,612 | - | (39,612) |
| Cybersecurity Event Logging | 16,000 | 19,000 | - | (19,000) |
| Security Operation Center (SOC) Maturation | 8,220 | 4,111 | - | (4,111) |
| *of which,* **Cloud Services** | **33,500** | **19,454** | **20,221** | **767** |
| Cloud Services | - | - | 20,221 | 20,221 |
| Enterprise Multi-Cloud Ecosystem Management and Support | 33,500 | 16,454 | - | (16,454) |
| Non-Enterprise Network Cloud Migration (NEN) | - | 3,000 | - | (3,000) |
| *of which,* **Data Center Services & Hosting** | **12,072** | **8,405** | **15,000** | **6,595** |
| Data Center Services & Hosting | - | - | 15,000 | 15,000 |
| Data Center Infrastructure Services | 12,072 | 8,405 | - | (8,405) |
| *of which,* **Artificial Intelligence (AI)** | **15,000** | **3,000** | **3,000** | **-** |
| Artificial Intelligence (AI) | 15,000 | 3,000 | 3,000 | - |
| *of which,* **Other** | **-** | **-** | **1,600** | **1,600** |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Legal System Modernization | - | - | 1,600 | 1,600 |
| **Foreign Service Institute (FSI)** | **7,215** | **7,582** | **6,000** | **(1,582)** |
| Support of FSiLearn/CES | - | 3,257 | 3,000 | (257) |
| Training Management Solutions | 3,600 | 2,000 | 2,000 | - |
| Continuous Instructional Support | - | - | 1,000 | 1,000 |
| Cybersecurity Zero-Trust | 1,050 | 1,500 | - | (1,500) |
| Enterprise Learning Operations | 2,565 | 825 | - | (825) |
| **Global Talent Management (GTM)** | **10,885** | **10,885** | **12,585** | **1,700** |
| Integrated Personnel Management System (IPMS)/ePerformance Modernization | 10,885 | 10,885 | 12,585 | 1,700 |
| **Intelligence and Research (INR)** | **-** | **5,000** | **5,000** | **-** |
| TS/SCI Infrastructure | - | 5,000 | 5,000 | - |
| **International Security and Nonproliferation (ISN)** | **671** | **2,076** | **2,076** | **-** |
| Data Archive, Analysis, and Verification Environment Modernization (DAAVE) | - | 1,000 | 1,000 | -- |
| Solutions Business Manager (SBM) Modernization (IT Needs ID 362484) | - | 590 | 590 | -- |
| Power Platform Development (It Needs ID 362524) | - | 486 | 486 | -- |
| IT Infrastructure | 671 | - | - | - |
| **Management/Strategic Services (M/SS)** | **10,550** | **12,300** | **13,600** | **1,300** |
| Emerging AI Capabilities | - | 4,800 | 8,000 | 3,200 |
| Data.State Execution and Enhancements | - | - | 5,600 | 5,600 |
| Data Analytics Capabilities/Center for Analytics | 9,600 | 7,500 | - | (7,500) |
| Greening Diplomacy Initiatives | 950 | - | - | - |
| **Medical Services (MED)** | **12,530** | **15,100** | **2,850** | **(12,250)** |
| Electronic Health Records (iHERS) | 12,530 | 15,100 | 2,850 | (12,250) |
| **Political-Military Affairs (PM)** | **761** | **1,200** | **1,200** | **-** |
| PM Data Modernization | - | - | 675 | 675 |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| MS Azure, Databricks, and Azure Data Factory for PM Data Management & Analytics | - | - | 375 | 375 |
| DCAS Cloud Migration Consumption | - | - | 150 | 150 |
| Zero Trust Implementation for DCAS | 389 | 1,200 | - | (1,200) |
| IT Infrastructure | 372 | - | - | - |
| **Totals** | **389,000** | **389,000** | **399,700** | **10,700** |

# WORKING CAPITAL FUND (WCF)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Working Capital Fund | 2,079,135 | 2,190,475 | 1,974,326 | (216,149) |

The Working Capital Fund (WCF) operates under the authority of Section 13 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2684) and does not receive direct appropriations. Funding for the WCF is generated from the provision of goods and services to the Department, other Federal agencies, and non-Federal sources authorized by law. The fees collected from customers are used to pay for the acquisition of services needed to ensure the continuous operation of the various WCF activities. The WCF does not include fees collected for International Cooperative Administrative Support Services (ICASS).

Bureau-managed service centers are distributed as follows, some of which are co-managed.

- Bureau of Administration:
  - Administrative Services (with CGFS)
  - Freight Forwarding
  - Global Publishing Solutions
  - Library
  - Operations
  - Procurement Shared Services (with CGFS)
  - Real Property Management

- Global Talent Management (GTM):
  - Post Assignment Travel

- Bureau of Medical Services (MED):
  - Operational Medicine

- Bureau of Diplomatic Technology (DT):
  - Information Technology Services (with A Bureau)
  - Information Technology Desktop (with A Bureau)

- Bureau of International Narcotics and Law Enforcement Affairs (INL)
  - Aviation (with A Bureau)

- Office of Foreign Missions (OFM)

- Bureau of Consular Affairs (CA):
  - Special Issuance Passports (SIP)

The WCF encourages economies-of-scale, more consistent business practices, and dynamic customer service, all of which help control costs and avoid duplication of efforts. Cash flow and carryover depend

66

on the timing of service delivery and payment receipts.  Carryover ensures that the critical functions of the WCF operate smoothly at the beginning of each fiscal year and during periods of lower revenue. Available funds also facilitate capital improvements for WCF activities as necessary, without direct appropriations.

The FY 2026 Request for the WCF is $2.0 billion, a decrease of $216 million (10 percent) from the FY 2025 Estimate.   Major changes of $1 million or more from FY 2025 include:

- **Real Property Management**:  The reduction of $76.8 million (19 percent) below the FY 2025 Estimate is due to the Department's anticipating fewer construction projects in FY 2026.

- **IT Services**:  The reduction of $5.0 million (three percent) below the FY 2025 Estimate is due to the termination of the Diplomatic Technology Modernization Fund (DTMF) cost center.  The Bureau of Diplomatic Technology (DT) has determined that the DTMF is no longer needed.

- **Aviation**:  The reduction of $131.6 million (57 percent) below the FY 2025 Estimate is due to major reductions in the Aviation Iraq Cost Center.  As part of the transition, all aircraft will be returned to the U.S., generating significant cost savings.

- **Special Issuance Passports**:  The reduction of $2.8 million (57 percent) below the FY 2025 Estimate is due to projected contract savings due to revised requirements.

A summary of total estimated obligations for the 14 service centers is provided in the table below.

| WCF Service Centers ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Administrative Services (A & CGFS) | 5,576 | 5,576 | 5,576 | - |
| Freight Forwarding (A) | 460,422 | 460,422 | 460,422 | - |
| Global Publishing Solutions (A) | 11,852 | 11,852 | 11,852 | - |
| Library (A) | 17,291 | 17,291 | 17,291 | - |
| Operations (A) | 17,666 | 17,666 | 17,666 | - |
| Procurement Shared Services (A & CGFS) | 212,832 | 212,832 | 212,832 | - |
| Real Property Management (A) | 328,213 | 394,963 | 318,166 | (76,797) |
| Post Assignment Travel (GTM) | 381,299 | 415,850 | 415,850 | - |
| Bureau of Medical Services (MED) | 45,295 | 45,000 | 45,000 | - |
| Information Technology Services (DT & A) | 185,624 | 186,193 | 181,193 | (5,000) |
| Information Technology Desktop (DT & A) | 114,502 | 120,201 | 120,201 | - |
| Aviation (INL & A) | 220,883 | 230,351 | 98,748 | (131,603) |
| Office of Foreign Missions (OFM) | 34,919 | 26,544 | 26,544 | - |
| Special Issuance Passports (CA) | 42,760 | 45,734 | 42,984 | (2,750) |
| **Totals:** | **2,079,135** | **2,190,475** | **1,974,326** | **(216,149)** |

# EMBASSY SECURITY, CONSTRUCTION, AND MAINTENANCE (ESCM)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Ongoing Operations | 902,615 | 997,139 | 812,836 | (184,303) |
| Worldwide Security Upgrades | 1,055,206 | 960,682 | 1,193,856 | 233,174 |
| **ESCM Sub-Total** | 1,957,821 | 1,957,821 | 2,006,692 | 48,871 |
| *Rescission* | *(224,000)* | *(224,000)* | *-* | *224,000* |
| **Embassy Security, Construction, and Maintenance, Net Total** | **1,733,821** | **1,733,821** | **2,006,692** | **272,871** |

The Bureau of Overseas Buildings Operations (OBO) is funded by the Embassy Security, Construction, and Maintenance (ESCM) appropriation. Essential to the America First policy, OBO plays a critical role in safeguarding U.S. diplomats, reinforcing national security, and advancing America's global leadership as the primary steward of non-military U.S. government real property abroad.

ESCM multi-year and no-year funding availability allows OBO to complete critical overseas projects without interruption. Given that design and construction planning, which include ongoing site security and project supervision activities, often spans multiple fiscal years, this funding flexibility permits the Department to periodically realign project cost savings to address emerging priorities.

The FY 2026 Request totals $2.0 billion, a $272.9 million increase above the FY 2025 Estimate. This investment bolsters America's commitment to diplomatic security and operational readiness. By investing in secure and adaptable infrastructure, the U.S. empowers diplomats to operate effectively, safeguard American interests, and counter global challenges, making the nation stronger and safer on the international stage.

## Worldwide Security Upgrades (WSU): $1.2 billion

The WSU Request includes $1.1 billion for the Capital Security and Maintenance Cost Sharing Programs (CSCS-MCS), as well as $75 million for the Compound Security Upgrades Program.

**Capital Security and Maintenance Cost Sharing Programs:** $1.1 billion

The CSCS program provides for the replacement of facilities at vulnerable posts. In FY 2026, this program will fund planned construction projects in Dhaka, Bangladesh; San Salvador, El Salvador; and Tallinn, Estonia. It will also fund site acquisition, project development, and design elements for future projects.

The Request seeks $1.1 billion for ESCM, which would be combined with $186.6 million from Consular and Border Security Programs and $900.9 million contributed from other agencies, for a total of $2.2 billion for the program. The ESCM share includes an increase of $244.7 million to offset what would

69

otherwise have been collected from the U.S. Agency for International Development (USAID) and to account for other agencies' FY 2026 Budget adjustments.

Acting in coordination with the CSCS Program, the Maintenance Cost Sharing (MCS) Program provides maintenance, activity assistance, and project management for Department assets. The MCS Program will fund planned projects in Victoria, Seychelles and potential post openings in the Eastern Caribbean and India. In addition, the MCS Program will finance project development and design for future projects. It will fund routine maintenance sustainment and fund restoration and modernization to extend the life of existing facilities. The Program will also fund IT modernization efforts to enhance real property portfolio management, utility optimization, natural hazards projects, and provide program oversight to enhance security of the Department's capital assets.

OBO addresses the Department's deferred maintenance and repair backlog (DM&R) through its Sustainment, Restoration, and Modernization framework. DM&R is identified through annual inspections, post-initiated requests, and ongoing renovations. Updated tracking practices and appropriate goal setting decreased DM&R by 35 percent from 2024 to 2025. Upcoming capital investments and planned disposals are expected to yield further DM&R improvements of five to eight percent.

## Capital Security Cost Sharing (CSCS) and Maintenance Cost Sharing (MCS) Programs

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| ESCM Appropriations | 884,911 | 865,782 | 1,118,856 | 253,074 |
| Consular Fees | 179,943 | 192,802 | 186,569 | (6,233) |
| Other Agency Reimbursements | 1,139,363 | 1,145,633 | 900,937 | (244,696) |
| **Total** | **2,204,217** | **2,204,217** | **2,206,362** | **2,145** |

## Capital Security Cost Sharing (CSCS) and
## Maintenance Cost Sharing (MCS) Programs continued

| ($ in thousands) | FY 2026 Request |
|---|---|
| San Salvador New Office Annex (NOX) | 560,329 |
| Dhaka New Office Building (NOB) | 547,348 |
| Tallinn New Embassy Compound (NEC) | 495,047 |
| Project Development | 171,687 |
| **Subtotal, Capital Security Cost Sharing** | **1,774,411** |
| Utility Optimization and Natural Hazards Program Support | 32,300 |
| Utility Optimization and Natural Hazards Projects | 39,300 |
| Victoria Lease Fit-Out (LFO) | 8,351 |
| Eastern Carribean Post Openings | 30,000 |
| India Expansion | 20,000 |
| Project Development | 15,000 |
| Sustainment and Restoration and Maintenace and Repair | 262,000 |
| IT Modernization | 25,000 |
| **Subtotal, Maintenance Cost Sharing** | **431,951** |
| **Total, Capital Security and Maintenance Cost Sharing** | **2,206,362** |

**Compound Security Program**:  $75 million

The Compound Security Program funds physical security upgrades at overseas diplomatic facilities, including comprehensive security upgrade projects; major and minor forced entry/ballistic resistant (FE/BR) door and window repair and replacement projects; anti-ram vehicle barrier installations; and mail screening facility projects.  The Program also funds security enhancements at overseas schools used by United States diplomatic personnel and their dependents.

Funding will enable 75 minor physical security projects; four compound emergency sanctuaries and safe area projects; 16 perimeter security upgrades at U.S. government-owned residences; eight lifecycle FE/BR repair and placement projects; 13 vehicle barrier replacements; and four mail screening facility projects.  In addition, forced FE/BR regional security technician assistance, materials, and cracked glazing replacements are provided, and $5 million is made available for the Overseas Schools Security Grant Program.

**<u>Ongoing Operations</u>**:  **$812.8 million**

The Request includes $804.2 million for Operations and $8.6 million for Repair and Construction activities.

## Operations:  $804.2 million

Operations funds OBO's major organizational components: Planning and Real Estate (PRE); Program Development, Coordination and Support (PDCS); Construction and Security Management (CSM); Operations (OPS); and Resource Management (Directorate of the Comptroller and Executive Director). Operations funding will also be used to renovate domestic Department facilities.  The components of the FY 2026 Request are broken out below.

### Planning and Real Estate (PRE):  $305.2 million

The Request includes $12.9 million previously reflected in USAID appropriations for leases to be transferred to the Department.  The PRE Directorate enables the Department's real property management activities and FY 2026 resources will be directed toward the acquisition of functional and residential properties for foreign affairs agencies through lease, lease-purchase, and build-to-lease agreements under the Leasehold Program.

OBO manages an overseas real property portfolio with an estimated replacement value of $89 billion for owned properties and annual lease payments of $843.1 million.  These efforts include a lease-benchmarking program that establishes reasonable lease rates based on market surveys; a program designed to ensure leases adhere to cost and size standards; and the establishment of post-specific funding targets that mandate field personnel manage operations within limited resources.

### Salaries:  $260 million

The Request assumes reduced staffing levels achieved through attrition and resignation programs.  This Request funds 895 existing authorized Direct Hire positions, OBO's Personal Services Contractors workforce, Locally Employed Staff, and Expanded Professional Associate Positions, and finalizes the annual compensation adjustment approved for 2025.

### Operations (OPS):  $76.9 million

The Request contains the resources needed to address critical day-to-day operational support, including the vital tasks of accrediting fire protection systems for Department facilities.  Funding will allow oversight of maintenance and repair for the Department's functional and representational facilities.

### Resource Management:  $75.2 million

The FY 2026 Request accounts for a reduction in bureau-wide travel and estimated savings achieved through strategic contract reviews.

An effective infrastructure for decision-making and resource allocation is essential for maintaining a well-run and efficient organization.  The FY 2026 Request will provide funding for information technology; general services, including the payment of domestic rent to the General Services Administration; and,

OBO financial, human resources, and front office support through the Executive Directorate and Directorate of the Comptroller.

**Utilities**:  $54.9 million

The Department centralized non-residential utility funding management in FY 2025, aligning the design, investment, and maintenance incentives to achieve statutory and executive requirements.  OBO's utility optimization program will continue to monitor global trends and make data-informed decisions to improve portfolio performance, contain costs, and strengthen operational effectiveness.

**Domestic Renovations**:  $25.5 million

The Domestic Construction and Renovations Program advances the Administration's commitment to modernization and responsible fiscal stewardship by funding critical infrastructure projects at Department facilities nationwide, ensuring compliance with statutory building-code regulations, optimized space utilization, operational efficiency, and cost-effective staff relocations.

**Construction and Security Management (CSM)**:  $4.1 million

CSM will allow on-site staff to oversee general contractor work while building and renovating Department facilities overseas.  The Department also ensures security measures are in place to safeguard projects from potential terrorist acts and hostile intelligence efforts.

**Program Development, Coordination, and Support (PDCS)**:  $2.4 million

PDCS monitors projects from inception to completion and includes the process for proposal submission and various engineering reviews.  PDCS ensures the final products meet contract specifications, and are completed on time, within budget.

## <u>Repair and Construction</u>:  **$8.6 million**

The FY 2026 Request is $155.7 million below the FY 2025 Estimate.  It includes $8.6 million for the Minor Construction and Improvement program, allowing prior year programs to draw down balances to fund existing projects.

**Minor Construction and Improvement**:  $8.6 million

The Minor Construction and Improvement (MCI) Program funds repairs and upgrades at all Department facilities.  MCI contributes to reducing the Department's maintenance backlog.  As problems at overseas facilities are identified, they are compiled, evaluated, and prioritized within the Buildings Management Integrated Systems (BMIS) database.  The Department uses the prioritized listing of global issues as the basis for allocating limited repair resources.  This approach ensures that the most essential and impactful facility problems that fall outside the MCS program are addressed first.

# OFFICE OF INSPECTOR GENERAL (OIG)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Office of Inspector General (OIG)** | **131,670** | **131,670** | **134,400** | **2,730** |
| State OIG | 106,835 | 106,835 | 128,400 | 21,565 |
| SIGAR | 24,835 | 24,835 | 6,000 | (18,835) |
| **USAID OIG** | **75,500** | **85,500** | **-** | **(85,500)** |

The Office of Inspector General (OIG) is responsible for the oversight of tens of billions of dollars in Department of State (Department) and former U.S. Agency for Global Media (USAGM) programs and operations, as well as oversight for the International Boundary and Water Commission, United States and Mexico, U.S. Section, (USIBWC), a federal agency operating under the foreign policy guidance of the Department.

OIG focuses its oversight activities on fulfilling statutory mandates, identifying fraud, waste, and abuse, and recommending positive, meaningful actions to mitigate risks. OIG is committed to identifying and addressing top management challenges, including protection of people and facilities, management of contracts and grants, and information security. OIG is also a federal law enforcement agency, conducting investigations of criminal, civil, and administrative violations related to the programs, operations, and personnel (including contractors and grantees) of the agencies they oversee. OIG works closely with the U.S. Department of Justice to ensure criminal and civil violations are prosecuted to the fullest extent of the law. In addition, State OIG – in coordination with its Department of Defense OIG – provides statutorily mandated oversight of Overseas Contingency Operations.

Financial results from investigations alone do not fully measure the impact of OIG's significant work to promote safety and security of U.S. personnel, facilities, and information; strengthen stewardship of resources; and improve human capital management. These efforts reinforce the integrity of programs, operations, and resources that are at the foundation of the Department's ability to help preserve national security and advance U.S. foreign policy interests.

The FY 2026 OIG Request is $134.4 million, an increase of $2.7 million above the FY 2025 Estimate. The Request includes $128.4 million for State OIG, an increase of $21.6 million above the FY 2025 Estimate to fund continuing OIG operations, including $11 million and 25 additional staff to bolster oversight of realigned foreign assistance programs and transition any remaining work of the USAID-OIG, including oversight of the Millenium Challenge Corporation. The President's Budget requests no additional funds for USAID-OIG. The overall request also includes $6 million to fund closure activities of Special Inspector General for Afghanistan Reconstruction (SIGAR) through January 31, 2026, at which point SIGAR will cease operations.

The FY 2026 OIG Request will ensure OIG is able to advance its audit, inspection, and investigation programs that have an extensive track record of returning substantial value to U.S. taxpayers, improve the safety and security of U.S. personnel and facilities worldwide, and strengthen the integrity of foreign affairs programs, operations, and resources.

The Request reflects plans for extending the period of availability for some funding to enable OIG to better adapt and deliver impactful oversight and investigative results in an exceptionally dynamic foreign affairs environment.

The FY 2026 Request also includes $469,600 to fund the statutorily mandated contribution to the Council of the Inspectors General on Integrity and Efficiency (CIGIE).

## SPECIAL INSPECTOR GENERAL AFGHANISTAN RECONSTRUCTION (SIGAR)

Consistent with section 7809 of the National Defense Authorization Act for Fiscal Year 2025 (Pub. L. 118-159) SIGAR will terminate on January 31, 2026.

The FY 2026 Request for SIGAR is $6 million, a decrease of $18.8 million from SIGAR's FY 2025 appropriation, reflecting estimated requirements through SIGAR's termination date.  This amount will allow closure activities to occur and will enable the transferal of the remaining audits and criminal investigations to the Department's OIG, the Department of Justice, and other law enforcement agencies. All remaining SIGAR staff, which consists solely of personnel necessary to conduct close-out duties and minimal front office leadership, will separate from the agency by January 31, 2026.  This Request also provides payouts for employees' remaining annual leave upon their separation from federal service.

The FY 2026 Request will provide rent payments for SIGAR's Arlington, Virginia, headquarters office through January 31, 2026, in addition to associated utility and telecommunications expenses.  SIGAR anticipates no travel and minimal, if any, transportation, printing and reproduction, supplies and materials, and equipment expenses in FY 2026.

Additionally, the Request funds contractual services for human resources, information technology, contracting assistance, and records management with other federal agencies.  The Request also funds SIGAR's statutorily mandated contribution to CIGIE, as required by the Inspector General Reform Act of 2008.

# EDUCATIONAL AND CULTURAL EXCHANGE PROGRAMS (ECE)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Educational and Cultural Exchange Programs | 741,000 | 741,000 | 50,000 | (691,000) |

The Bureau of Educational and Cultural Affairs (ECA) implements U.S. foreign policy objectives through targeted educational, cultural, and professional exchange programs and public engagement activities. The FY 2026 Request of $50 million is focused on providing core program management. Funding requested under the Educational and Cultural Exchange (ECE) appropriation will consolidate programs that yield direct and tangible benefits for American citizens, national security, and the economy. Furthermore, the Request factors in an intended reduction in ECA's staffing level to 185 personnel, a reduction of approximately 63 percent, to ensure ECA is able to retain necessary management and program oversight capabilities.

## Modernizing and Eliminating Ineffective and Wasteful Programs

In moving the Nation towards greater fiscal responsibility, many of these programs are not affordable in their current form.

Many of ECE's programs were founded after WWII amidst the backdrop of the Cold War to increase mutual understanding between Americans and foreigners. Accordingly, the Department will conduct a ground-up review of all exchange programs to ensure alignment with America First policies, continued relevance in the 21st century, and effectiveness.

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Academic Programs (subtotal)** | 369,765 | 316,437 | - | (355,147) |
| **Fulbright Programs** | **287,800** | **247,143** | **-** | **(247,143)** |
| Albright Young Women Leaders Program [non-add] | [900] | [900] | - | [(900)] |
| McCain Fellowships and Institute [non-add] | [1,500] | [1,500] | - | [(1,500)] |
| Educational Advising and Student Services | **13,377** | **10,572** | **-** | **(11,930)** |
| English Language Programs | **42,072** | **34,731** | **-** | **(36,874)** |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| American Overseas Research Center | **4,383** | **4,160** | **-** | **(4,160)** |
| **Special Academic Exchanges (subtotal)** | 22,133 | 19,831 | - | (23,991) |
| Benjamin A. Gilman International Scholarship Program | **17,000** | **15,118** | **-** | **(15,118)** |
| McCain Scholars [non-add] | [700] | [700] | - | [(700)] |
| Fulbright University - Vietnam | **2,500** | **2,373** | **-** | **(2,373)** |
| Disability Exchange Clearinghouse | **583** | **359** | **-** | **(359)** |
| South Pacific Exchanges | **975** | **925** | **-** | **(925)** |
| Tibet Fund | **700** | **700** | **-** | **(700)** |
| Timor Leste Exchanges | **375** | **356** | **-** | **(356)** |
| **Professional and Cultural Exchanges (subtotal)** | 208,215 | 179,688 | - | (179,688) |
| Citizen Exchanges Program | **97,410** | **86,270** | **-** | **(86,270)** |
| Congress Bundestag Exchange Program (CBYX) [non-add] | **[4,000]** | **[4,000]** | **-** | **[(4,000)]** |
| International Visitor Leadership Program | **99,764** | **85,255** | **-** | **(85,255)** |
| Special Professional and Cultural Exchanges (subtotal) | **11,041** | **4,712** | **-** | **(4,712)** |
| Arctic Exchange Program | **750** | **712** | **-** | **(712)** |
| J. Christopher Stevens Virtual Exchange | **6,000** | **4,000** | **-** | **(4,000)** |
| Ngwang Choephel Fellows (Tibet) | **750** | **-** | **-** | **-** |
| U.S. Speaker Program | **3,541** | **3,451** | **-** | **(3,451)** |
| **Program and Performance (subtotal)** | 26,459 | 23,899 | - | (23,899) |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Alumni | **5,789** | **4,890** | - | **(4,890)** |
| American Spaces | **16,000** | **15,000** | - | **(15,000)** |
| Cultural Heritage Center/Cultural Antiquities Task Force | **1,063** | **1,009** | - | **(1,009)** |
| Evaluation | **3,607** | **3,000** | - | **(3,000)** |
| **Special Initiatives (subtotal)** | 47,500 | 29,339 | - | (29,339) |
| Community Engagement Exchange Program | **6,000** | **1,000** | - | **(1,000)** |
| Pawel Adamowicz Exchange Program [non-add] | [1,000] | [1,000] | - | [(1,000)] |
| Countering State Disinformation and Pressure | **4,000** | - | - | - |
| Young Leaders Initiatives (YLI) (subtotal) | **37,500** | **28,339** | - | **(28,339)** |
| Young African Leader's Initiative (YALI) | **20,600** | **15,138** | - | **(15,138)** |
| Young South-East Asian Leaders Initiative (YSEALI) | **10,3000** | **6,937** | - | **(6,937)** |
| Young Leaders in the Americas Initiative (YLAI) | **6,600** | **6,264** | - | **(6,264)** |
| **Exchanges Support** | 89,061 | 32,137 | 50,000 | 17,863 |
| **Subtotal, Education and Cultural Exchange Programs** | 741,000 | 581,500 | 50,000 | (531,500) |
| **Future Flexibility** | - | 159,500 | - | (159,500) |
| **Total, Educational and Cultural Exchange Programs** | 741,000 | 741,000 | 50,000 | (691,000) |

# REPRESENTATION EXPENSES (REP)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| REP | 7,415 | 7,415 | 7,415 | - |

Funds from the Representation Expenses appropriation provide for expenses associated with establishing and maintaining the United States' diplomatic relationships in foreign countries.

Representational activities, including cultivating relations with foreign officials and private sector representatives, advance the Department's goals by promoting American security and prosperity.  The Request enables Department personnel to observe host country and international protocols and major events, such as:  the inauguration of national leaders; recognition of particularly noteworthy deaths or marriages; and, representation for the U.S. Government at cultural and traditional events overseas, such as national holidays.

The FY 2026 Request of $7.4 million sustains Representation Expenses funding at previously enacted levels.

# EMERGENCIES IN THE DIPLOMATIC AND CONSULAR SERVICE (EDCS)

| ($ in thousands) | FY 2024 Estimate [1,3] | FY 2025 Estimate [2] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| EDCS | 8,885 | 8,885 | 8,885 | - |

[1] $1.0 million was transferred to the Repatriation Loan Program account and $900,000 to Diplomatic Programs in FY 2024.

[2] $1.0 million will be transferred to the Repatriation Loan Program Account in FY 2025.

[3] The 2024 Israel Security Supplemental Appropriations Act (Div. A, P.L. 118-50) included $50.0 million for EDCS.

As authorized by section 4 of the State Department Basic Authorities Act of 1956, as amended (22 U.S.C. 2671), the Emergencies in the Diplomatic and Consular Service (EDCS) appropriation is a no-year appropriation that funds responses to unforeseen emergency events in the conduct of foreign affairs. The Department's highest priority is the safety and security of U.S. citizens overseas. EDCS enables evacuations of personnel and their families overseas and, in certain cases, evacuations of private U.S. citizens and third-country nationals, alongside other activities that advance U.S. foreign policy objectives.

As authorized by section 36 of the State Department Basic Authorities Act of 1956, as amended (22 U.S.C. 2708), the appropriation also funds the payment of rewards for information related to international terrorism, narcotics-related activities, transnational organized crime, and global criminal justice. Funds appropriated for these purposes remain available until expended. Funding for the payment of rewards draws, as needed, from transfers of Diplomatic Programs (DP) expired, unobligated balances pursuant to the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2008 (Div. P.L.110-161).

The Rewards category of EDCS covers the Department's Rewards Program, which consists of four separate components: Rewards for Justice (RFJ); Narcotics Rewards; Transnational Organized Crime (TOC) Rewards; and Global Criminal Justice Rewards. The program has been instrumental in bringing international terrorists, notorious narcotics traffickers, and war criminals to justice.

## Unforeseen Emergencies and Other Activities: $8.9 million

The Department's FY 2026 Request is $8.9 million, equal to the FY 2025 Estimate.

The FY 2026 Request includes $4.0 million for emergency evacuations; $4.4 million for activities related to the conduct of foreign affairs – including those involving senior Administration officials, foreign dignitaries, the presentation of official gifts to foreign dignitaries, Presidential, Vice Presidential, and Congressional travel overseas, representation responsibilities of the Secretary of State and Senior Department Officials, and Passport and Visa Fraud Investigations; and, $500,000 for confidential or highly sensitive activities in the conduct of foreign affairs, such as travel by foreign dissidents, ex gratia payments to foreign nationals, and urgent medical and travel costs in natural disasters or terrorist incidents.

In addition, the Department has an agreement with the Department of Defense to fund the deployment of forensics teams to investigate disasters, such as plane crashes, at the request of foreign governments.

## Terrorism, Narcotics, Global Criminal Justice and Transnational Organized Crime Rewards Program:  $0

The FY 2026 Request does not include additional funding for the Rewards Program because the Department can transfer prior-year, expired, unobligated Diplomatic Programs (DP) balances to the EDCS account to finance rewards, as authorized by the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2008 (Div. J, P.L. 110-161).

As of May 2025, there are approximately $2.4 billion in pending reward offers for the Department's Rewards Program:  $1.7 billion for cases concerning Rewards for Justice (including Terrorism, North Korea, Malicious Cyber Activity, and Foreign Election Interference); $441.3 million for cases involving narcotics traffickers; $345.3 million for cases addressing transnational organized crime; and $20.0 million in cases related to atrocity crimes.

# BUYING POWER MAINTENANCE ACCOUNT (BPMA)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| BPMA | - | - | - | - |

The Buying Power Maintenance Account (BPMA) offsets adverse fluctuations in foreign currency exchange rates as well as overseas wage and price inflation, as authorized under section 24 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2696). BPMA resources stabilize the buying power of embassies facing significant depreciation of the dollar and overseas inflationary pressures, which can disrupt operations.

To mitigate these challenges, certain expired funds under the heading "Administration of Foreign Affairs" may be transferred annually into the BPMA account, and the transferred back to "Administration of Foreign Affairs" accounts to maintain planned levels of activity.

Factors prompting these transfers include maintaining the ability to absorb exchange rate losses within the current year financial plan; offsetting gains in other regions; and weighing the balances available against projections of exchange rate fluctuations in the current budget year. The Department transfers exchange rate gains from other "Administration of Foreign Affairs" accounts into the BPMA on a similar basis.

The FY 2026 Request does not include direct appropriated funding for the BPMA. As in previous years, the Department will continue to use BPMA balances and the related transfer authority to manage exchange rate fluctuations, overseas inflation adjustments, and wage increases for locally employed staff.

Consistent with section 24 of the State Department Basic Authorities Act of 1956, the balance of the BPMA will not exceed $100 million at any one point in time. The cumulative FY 2026 transfer to Diplomatic Programs (DP) account is estimated at $200 million, subject to available balances. The table below shows unobligated, expired DP balance transfers into the BPMA for FY 2023 through FY 2025, as well as transfers to the current year DP account.

## *Transfers Between Diplomatic Programs Balances and BPMA*
### ($ in millions)

| Fiscal Year [1] | DP Expired Unobligated Balances to BPMA | BPMA to DP Current Year |
|---|---|---|
| FY 2023 | 177.4 | 176.4 |
| FY 2024 | 197.5 | 197 |
| FY 2025 | 299.0 | 298.5 |

[1] During FY 2023, FY 2024, and FY 2025, multiple distinct transfers took place, with BPMA not holding more than $100 million at any given point in time.

# PROTECTION OF FOREIGN MISSIONS AND OFFICIALS (PFMO)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---:|---:|---:|---:|
| PFMO | 30,890 | 30,890 | 30,890 | - |

The Bureau of Diplomatic Security (DS) administers two programs for the extraordinary protection of international organizations, foreign missions and officials, and foreign dignitaries (under certain circumstances) throughout the United States.  These programs include the Extraordinary Protection of International Organizations, Foreign Missions and Officials (PFMO) in New York, and the Extraordinary Protection of International Organizations, Foreign Missions and Officials elsewhere in the United States.  This work is done under the authority of the Foreign Missions Act (22 U.S.C. § 4314) and 18 U.S.C. § 3056A(d), as delegated by Exec. Order No. 12478.

PFMO is essential to the protection of foreign missions and their personnel within the United States, in line with the United States' obligations under Articles 22(2) and 29 of the Vienna Convention on Diplomatic Relations and Articles 31(3) and 40 of the Vienna Convention on Consular Relations.

PFMO was established to partially reimburse U.S. law enforcement agencies at the municipal, state, and federal levels, along with qualified security professionals, for extraordinary services provided for the protection of foreign missions and officials.  Payment is made only for extraordinary protective services as set forth in the Foreign Missions Act.  Prior to payment, the Department of State validates and certifies each expense as proper and accurate.  As funding remains available, validated claims are paid promptly.  The FY 2026 Request is $30.89 million, equal to the FY 2025 Estimate.  The Department continues to request authority, first provided in section 7034(j) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2014 (Div. K, P.L. 113-76), to transfer expired, unobligated balances from the Diplomatic Programs account to PFMO to pay down arrears.

# REPATRIATION LOANS PROGRAM ACCOUNT (REPAT)

| ($ in thousands) | FY 2024 Estimate [1] | FY 2025 Estimate [2] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| REPAT | 1,800 | 1,800 | 2,550 | 750 |

[1] In FY 2024, $1 million was transferred from EDCS to the Repatriation Loan Program.
[2] In FY 2025, $1 million was transferred from EDCS to the Repatriation Loan Program.

The Repatriation Loans Program (REPAT) provides emergency loans for temporary subsistence, transportation, and other related expenses to assist destitute U.S. citizens abroad to return to the United States.  Recipients may include:  U.S. citizens temporarily abroad who lack funds due to unforeseen events such as theft, illness, or accident; U.S. citizens suffering from serious physical or mental illness who need to return to the United States for medical care; U.S. citizens residing abroad who need assistance escaping an abusive domestic situation; and U.S. citizens caught in a disaster or emergency abroad who need to leave the area.

When U.S. citizens overseas require emergency financial assistance to return to the United States, they may enlist the assistance of the U.S. Embassy or Consulate in the country where they are stranded.  Generally, prior to approving the loan, Consular officers first attempt to obtain assistance for the person in need from family members and friends.  If such assistance is unavailable or insufficient, the Embassy or Consulate is authorized in certain circumstances to purchase transportation for direct return to the United States and to provide funds for food, lodging, and other related expenses.  Approval of a repatriation loan is based on destitution rather than creditworthiness.  The recipient signs a promissory note as a condition of obtaining the loan and their passport is limited to only allow the return trip to the United States.  The adult U.S. citizen loan recipient will only be eligible for a limited for a limited validity passport until the loan is repaid.

The FY 2026 Request for the REPAT Account is $2.6 million, an increase of $750,000 from the FY 2025 Estimate.  Funds will allow the Department of State to subsidize the Repatriation Loans Program in a manner consistent with the Credit Reform Act of 1990.  Using a 64.3 percent subsidy rate, the Request enables a loan level of approximately $4.0 million.  A permissive transfer authority of up to $1.0 million from the EDCS account would, if exercised, enable another $1.5 million in loan authority for a total of $5.5 million.  Department guidance allows posts to expend up to $4,000 per loan absent additional approval which would enable the Department to provide 1,380 loans based on the FY 2026 Request level.  Administrative costs for repatriation loans are requested in the Consular and Border Security Programs account.

# PAYMENT TO THE AMERICAN INSTITUTE IN TAIWAN (AIT)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| AIT | 35,964 | 35,964 | 35,964 | - |

The 1979 Taiwan Relations Act (TRA) provides for the U.S. Government to carry out its unofficial relationship with Taiwan through the American Institute in Taiwan (AIT), a non-profit corporation, in the absence of diplomatic relations with Taiwan.  AIT is the vehicle through which the U.S. Government conducts its programs, transactions, and other relations with respect to Taiwan.  AIT remains unique in its functions, funding, staffing, and structure under U.S. law.  This structure is required to manage the complex unofficial relationship between the U.S. and Taiwan.

AIT advances U.S. economic and security interests in the Indo-Pacific region.  The Institute negotiates and enters into arrangements spanning trade, defense, aviation, energy, security, and other technical cooperation.  AIT breaks down market access barriers to U.S. goods and services, and it facilitates the transfer of U.S. defense articles and defense services to Taiwan, consistent with the TRA.  Taiwan is the seventh largest overall trading partner of the United States, and a top purchaser of U.S. weapons systems and foreign military sales (FMS) partner.

AIT's Washington headquarters (AIT/W) facilitates robust unofficial interaction between various U.S. Government agencies, AIT's offices on Taiwan, the Taipei Economic and Cultural Representative Office (TECRO) in Washington DC, and twelve Taipei Economic and Cultural Offices (TECOs) throughout the United States.  Key responsibilities for AIT/W include facilitating negotiations; coordinating and managing the implementation of all economic, technical, and security agreements; exercising financial oversight for the organization; overseeing the issuance of TECRO/TECO identification cards, tax free cards, and driver's licenses; facilitating transits within the United States by Taiwan's top leaders; and liaising with TECRO on administrative, consular, and other matters.

U.S. security and economic ties with Taiwan are led by AIT's offices in Taipei (AIT/T) and Kaohsiung (AIT/K).  AIT/T and AIT/K leadership and staff directly engage with Taiwan authorities at all levels to promote U.S. prosperity and security.  AIT/T and AIT/K provide a full range of consular services to American citizens and process both immigrant and nonimmigrant visas.  Since Taiwan joined the Visa Waiver Program, the number of Taiwan travelers visiting the United States has increased by 60 percent.

AIT receives appropriated funding through the Payment to the American Institute in Taiwan appropriation, which maintains AIT/W, AIT/T, and AIT/K operations and core activities implemented by AIT on behalf of the U.S. Government, including the Department of State and elements of the Foreign Commercial and Foreign Agricultural Services.

The FY 2026 Request provides $36.0 million.

# ENDURING WELCOME ADMINISTRATIVE EXPENSES ACCOUNT (EWAEA)

| ($ in thousands) | FY 2024 Estimate [1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Total | 2,059,939 | 1,387,371 | - | (1,387,371) |
| EWAEA Obligations | 2,059,939 | 1,387,371 | - | (1,387,371) |
| EWAEA Resources | - | - | - | - |

[1] Estimate includes obligations of residual balances from the Afghanistan Supplemental Appropriations Act, 2022 (Div. C, P.L. 117-43), the Additional Afghanistan Supplemental Appropriations Act, 2022 (Div. B, P.L. 117-70) ("Additional Afghanistan Supplemental") and Department of Defense funding transfers during FY 2023.

Enduring Welcome (EW) was the whole-of-government effort to relocate Afghans and their families who are at risk as a result of providing assistance to U.S. diplomats and military personnel in Afghanistan. Since August 2021, over 190,000 Afghans have settled in the United States through the EW program and its predecessor, Operation Allies Welcome.

The Department of State discontinued Afghan relocation activities from overseas platforms and, pursuant to E.O. 14163, suspended admissions under the U.S. Refugee Admissions Program (USRAP), except as required by court orders. The Department will shut down the EWAEA program by end of FY 2025. Afghan Special Immigrant Visa (SIV) processing continues at the Chief of Mission Review step and the visa adjudication step, including consular interviews and interagency security vetting at U.S. Embassies and Consulates around the world. Afghan SIV applicants may self-relocate to a third country for processing and, once a visa is obtained, to the United States.

The FY 2026 Request does not include funding for EW. The Department will utilize residual balances and recoveries from completed or cancelled contracts to settle remaining legal obligations as soon as practicable.

# CONTRIBUTIONS TO INTERNATIONAL ORGANIZATIONS (CIO)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Contributions to International Organizations (CIO) | 1,543,452 | 1,543,452 | 263,803 | (1,279,649) |

The Contributions to International Organizations (CIO) account funds annual United States (U.S.) assessed contributions to international organizations.

U.S. membership in these organizations is the result of U.S. ratification of treaties subject to the advice and consent of the Senate or acts of Congress that authorize U.S. participation. For each organization funded through this account, membership entails the payment of assessed contributions. Members of these organizations determine the amounts of assessed contributions.

The FY 2026 Request is $263.8 million to support specific international organizations that make America safer and more secure. The Administration expects international organizations to contain costs and share the funding burden more fairly among members. Should the Administration seek to pay any additional assessments, such as for the United Nations, the Budget includes authority to transfer funding from the America First Opportunity Fund (A1OF).

## Reducing U.S. Contributions

The FY 2026 Request does not include funding for the UN regular budget. Pursuant to Executive Order 14199, issued on February 4, 2025, "Withdrawing the United States from and Ending Funding to Certain United Nations Organizations and Reviewing United States Support to All International Organizations", the Secretary of State, in consultation with the UN Ambassador, will, within 180 days of the order date, review all international intergovernmental organizations of which the United States is a member and that receive any type of funding or other support, along with all conventions and treaties to which the United States is a party, to determine which are contrary to U.S. interests and whether they can be reformed.

After completing the review, the Secretary will report the findings to the President through the Assistant to the President for National Security Affairs and will recommend whether the U.S. should withdraw from any such organizations, conventions, or treaties.

The FY 2026 Request includes funding for:

International Atomic Energy Agency (IAEA):  $115.9 million

IAEA strengthens U.S. and international security by assessing, monitoring, and inspecting in more than 180 countries to verify compliance with international safeguards agreements, including those mandated in the Nuclear Non-Proliferation Treaty (NPT). Every U.S. nuclear cooperation agreement with non-nuclear weapon states depends on these verification activities. IAEA mitigates the possibility of nuclear terrorism by helping states enhance nuclear security, secure radioactive material from theft or sabotage, and reduce

the use of highly enriched uranium in civil applications while assisting Member States in preventing, detecting, and responding to incidents. IAEA also advances health and well-being through programs that harness nuclear science for applications in food security, water resource management, cancer treatment, communicable disease detection, and pest eradication.

North Atlantic Treaty Organization (NATO): $94.1 million

NATO is the principal U.S. military alliance, built on the core tasks of collective defense, crisis management, and cooperative security. Through NATO, the United States rallies allies and partners to defend the homeland and national interests against adversaries. U.S. leadership at NATO has driven allies to prioritize interoperability, making the U.S. defense industry the preferred partner for multi-billion-dollar procurements.

International Civil Aviation Organization (ICAO): $19.8 million

ICAO develops standards and recommended practices that enhance the international civil aviation system's, safety, security, growth, and fair competition. ICAO's uniform standards and recommended practices help prevent fragmented national and regional measures that could undermine aviation safety and security.

Organization for the Prohibition of Chemical Weapons (OPCW): $18.1 million

OPCW implements the Chemical Weapons Convention (CWC), enhancing U.S. safety, security, and prosperity by deterring the use of chemical weapons by state and non-state actors. It prevents the proliferation of chemical weapons and related materials. It strengthens the capacity of countries that are parties to the CWC to address chemical threats, such as terrorism-related attacks and toxic incidents, and conducts inspections of dual-use chemical facilities, verifies the destruction of declared chemical weapons, and carries out mandated activities to investigate alleged use of chemical weapons.

International Telecommunication Union (ITU): $13.9 million

The ITU enhances global telecommunications connectivity and interoperability, including by setting industry standards that enable trillions of dollars in digital activity. It provides the allocation mechanism for the critical radio frequency spectrum for civil, military, and commercial services, builds technical capacity in developing countries, and administers the framework for coordinating U.S. satellite networks to protect billions of dollars in investments from interference.

International Maritime Organization (IMO): $1.1 million

IMO establishes mandatory standards for ship design, builds maritime capacity in developing countries, and trains seafarers to foster safety at sea. It also leads global efforts to reduce ship pollution and prevent maritime environmental disasters. IMO also enhances U.S. and global security by setting standards and working with nations to secure shipping lanes against terrorism and related threats.

NATO Parliamentary Assembly (NATO-PA): $796,000

NATO-PA provides a forum for U.S. legislators to convey their perspectives to allied counterparts on issues related to NATO funding, foreign policy, national security, and counterterrorism.

### Detailed Resource Summary
($ in thousands)

| Activities | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **UN and Affiliated Agencies** | | | | |
| UN - United Nations Regular Budget | 609,998 | 327,002* | - | (327,002) |
| UNESCO - United Nations Educational, Scientific, and Cultural Organization | 110,926 | * | - | - |
| UNIRM - International Residual Mechanism for Criminal Tribunals | 6,062 | * | - | - |
| FAO - Food and Agriculture Organization | 107,934 | * | - | - |
| IAEA - International Atomic Energy Agency | 111,688 | 83,425* | 115,960 | 32,535 |
| ICAO - International Civil Aviation Organization | 19,140 | 3,971* | 19,795 | 15,824 |
| ILO - International Labor Organization | 91,091 | * | - | - |
| IMO - International Maritime Organization | 1,164 | * | 1,143 | 1,143 |
| ITU - International Telecommunication Union | 13,346 | 250* | 13,913 | 13,663 |
| UPU - Universal Postal Union | 3,179 | 53* | - | (53) |
| WHO - World Health Organization | 113,871 | * | - | - |
| WIPO - World Intellectual Property Organization | 1,334 | * | - | - |
| WMO - World Meteorological Organization | 17,114 | * | - | - |
| **Subtotal, UN and Affiliated Agencies** | **1,206,846** | **414,702** | **150,811** | **(263,891)** |
| **Inter-American Organizations** | | | | |
| OAS - Organization of American States | 45,618 | 11,590* | - | (11,590) |
| PAHO - Pan American Health Organization | 57,090 | 11,109* | - | (11,109) |
| IICA - Inter-American Institute for Cooperation on Agriculture | 14,687 | 3,673* | - | (3,673) |
| PAIGH - Pan American Institute of Geography and History | 324 | * | - | - |
| **Subtotal, Inter-American Organizations** | **117,718** | **26,372** | **-** | **(26,372)** |
| **Regional Organizations** | | | | |

| Activities | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| OECD - Organization for Economic Cooperation and Development | 74,607 | * | - | - |
| NATO - North Atlantic Treaty Organization | 70,012 | * | 94,117 | 94,913 |
| NATO-PA - NATO Parliamentary Assembly | 804 | * | 796 | - |
| SPC - The Pacific Community | 1,281 | * | - | - |
| APEC - Asia Pacific Economic Cooperation | 1,008 | * | - | - |
| CPCTC - Colombo Plan Council for Technical Cooperation | 16 | * | - | - |
| **Subtotal, Regional Organizations** | **147,728** | * | **94,913** | **94,913** |
| **Other International Organizations** | | | | |
| OPCW - Organization for the Prohibition of Chemical Weapons | 19,105 | * | 18,079 | 18,079 |
| WTO - World Trade Organization | 26,708 | * | - | - |
| CCC/WCO - Customs Cooperation Council | 3,971 | * | - | - |
| HCPIL - Hague Conference on Private International Law | 283 | 143* | - | (143) |
| IARC - International Agency for Research on Cancer | 1,853 | * | - | - |
| IBPCA - International Bureau of the Permanent Court of Arbitration | 128 | * | - | - |
| IBWM - International Bureau of Weights and Measures | 1,290 | * | - | - |
| ICCROM - International Center for Study of Preservation Cultural Prop | 916 | * | - | - |
| ICSG - International Copper Study Group | 33 | * | - | - |
| ICAC - International Cotton Advisory Committee | 320 | 162* | - | (162) |
| IGC - International Grains Council | 424 | 213* | - | (213) |
| IHO - International Hydrographic Organization | 117 | * | - | - |
| IIUPL - International Institute for the Unification of Private Law | 145 | * | - | - |
| ILZSG - International Lead and Zinc Study Group | 35 | * | - | - |

| Activities | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| IOLM - International Organization of Legal Metrology | 130 | * | - | - |
| IRENA - International Renewable Energy Agency | 4,787 | * | - | - |
| ISTA - International Seed Testing Association | 11 | * | - | - |
| ITTO - International Tropical Timber Organization | 311 | * | - | - |
| IUCN - International Union for Conservation of Nature | 552 | * | - | - |
| UPOV - International Union for Protection of New Varieties of Plants | 300 | * | - | - |
| IOE/WOAH - World Organization for Animal Health | 317 | * | - | - |
| BIE - Bureau of International Expositions | 80 | * | - | - |
| IEF - International Energy Forum | 286 | * | - | - |
| **Subtotal, Other International Organizations** | **62,103** | **519** | **18,079** | **17,560** |
| Total Contributions Not Including Tax reimbursement agreements (TRA)[1] | 1,534,395 | 441,593 | 263,803 | (177,790) |
| TRA for All Organizations[2] | 6,192 | * | - | - |
| **Total Annual Requirements Including TRA** | **1,540,587** | **441,593** | **263,803** | **(177,790)** |
| **Adjustments to Contributions** | | | | |
| Application of Estimated UN Tax Equalization Credits | (87,500) | * | - | - |
| Statutory Withholding from the UN Regular Budget | (8,291) | (9,331) | - | 9,331 |
| Policy Withholdings from the UN Regular Budget | (9,638) | (762)* | - | 762 |
| Other Adjustments to Contributions | - | - | - | - |
| Total Adjustments to Contributions | (105,429) | (10,093) | - | 10,093 |
| **Total Contributions after Adjustments** | **1,435,158** | **431,500** | **263,803** | **(167,697)** |
| **Enduring Contributions to International Organizations** | **1,543,452** | **1,543,452** | **263,803** | **(1,279,649)** |
| **Prior-Year Carryforward Funds** | | | | |
| FY 2023 Carryforward into FY 2024 | 19,153 | * | - | - |
| FY 2024 Carryforward into FY 2025 | - | 33,009 | - | - |

| Activities | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Total Appropriated and Carryforward Funds** | **1,562,605** | **1,576,461** | **263,803** | **-** |
| Allocations to be determined | | 1,101,859 | | |
| Estimated Year-end Balances | 33,009 | * | - | - |

[1] FY 2024 Total Contributions Not Including TRA includes $35 million assessment payment for FY 2023
[2] FY 2024 TRA for all Organizations includes payment for FY 2023
*Denotes total FY 2025 allocations for organizations are not yet determined, and that pursuant to E.O. 14199, these organizations may receive additional funds in the future.

# CONTRIBUTIONS FOR INTERNATIONAL PEACEKEEPING ACTIVITIES (CIPA)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Contributions for International Peacekeeping Activities (CIPA) | 1,367,407 | 1,234,144 | - | (1,234,144) |

The FY 2026 Request does not include funding for U.S. contributions to peacekeeping activities.  This decision aligns with Executive Order 14199, "Withdrawing the United States From and Ending Funding to Certain United Nations Organizations and Reviewing United States Support to All International Organizations."  At his discretion, the President may choose to transfer funds to the CIPA account from the proposed America First Opportunity Fund (A1OF) in order to pay relevant assessed and other expenses of international peacekeeping activities.

The FY 2026 Request does not seek funding for United Nations (UN) and other peacekeeping missions due to ongoing mission failures and the disproportionately high level of assessments to the U.S.

## A Time for Change:

Despite some incremental reforms in UN Peacekeeping Operations, major issues endure.  Sexual exploitation and abuse continues to undermine the credibility of the United Nations: in 2023, there were one hundred allegations reported in peacekeeping (compared to 79 in 2022), with the majority related to the UN mission in the Democratic Republic of the Congo (MONUSCO).[1]  Although the increase could be associated with improved reporting mechanisms, the increase is deeply concerning considering that the majority of the reforms, including the establishment of the aforementioned Victims' Rights Advocate, occurred in 2017.  Separately, missions continue to have issues.  In 2024 the UN mission in Mali, which was the deadliest peacekeeping mission in the world, was closed-out due to losing host country consent.  Presently, the UN mission in Lebanon (UNIFIL) is charged with monitoring and enforcing southern Lebanon and to ensure that the Lebanese Armed Forces are the only armed presence.  Yet, Hizballah has expanded its military presence, stockpiled weapons, and constructed tunnels from Lebanon into Israel – an abject failure of a mission existing since 1978.

Similarly, the U.S. continues to be assessed by the UN at an unfair rate, currently paying 26.1 percent of all global peacekeeping activities.  The U.S. is one of five members (P5) on the UN Security Council (UNSC) with permanent veto authority, yet the other P5 members' assessments average under nine percent.  Congress has sought to reduce the United States' assessment by capping assessments at 25 percent, and yet success of that is questionable:  as a result, over $1.5 billion of arrears have accrued.

Due to these recent abuses and failures, and amidst the disproportionately high level of fiscal burden, it is clear that significant change is needed at the UN.

---

[1] Sexual exploitation and abuse: UN intensifying efforts to uphold victims' rights, UN News, March 26, 2024

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate [2] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Activities** | | | | |
| UNFICYP - UN Peacekeeping Force in Cyprus | 12,515 | * | - | - |
| UNDOF - UN Disengagement Observer Force | 28,100 | * | - | - |
| UNIFIL - UN Interim Force in Lebanon | 145,656 | * | - | - |
| MINURSO - GUN Mission Referendum in Western Sahara | 30,673 | * | - | - |
| UNMIK - UN Interim Administration Mission Kosovo | 11,853 | * | - | - |
| MONUSCO - UN Organization Stabilization Mission in the Democratic Republic of the Congo | 403,732 | * | - | - |
| UNIRMCT - UN International Residual Mechanism for Criminal Tribunals | 6,888 | * | - | - |
| UNISFA - The United Nations Interim Security Force for Abyei | 130,906 | * | - | - |
| UNMISS - UN Mission in South Sudan | 431,545 | * | - | - |
| MINUSMA - UN Multidimensional Integrated Stabilization Mission in Mali | 96,980 | * | - | - |
| MINUSCA - UN Multidimensional Integrated Stabilization Mission in the Central African Republic | 517,719 | * | - | - |
| UNSOS - UN Support Office in Somalia[1] | - | * | - | - |
| **Total Annual Requirements** | **1,816,569** | * | **-** | **-** |
| **Adjustments to Assessments** | | | | |
| Auto-Application of Credits | - | * | - | - |
| **Subtotal, Assessment after Adjustments** | **1,816,569** | * | **-** | **-** |
| **Adjustments to Contributions** | | | | |
| Contributions Not Payable Due to the Statutory Cap | - | * | - | - |
| **Subtotal, Contributions after Adjustments** | **1,816,569** | * | **-** | **-** |
| **Appropriated Funds and Request** | | | | |
| **Enduring Contributions for International Peacekeeping Activities** | **1,367,407** | **1,234,144** | **-** | **(1,234,144)** |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate [2] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Prior-Year Carryforward Funds** | | | | |
| FY 2023 Carryforward into FY 2024 | 652,490 | - | - | - |
| FY 2024 Carryforward into FY 2025 | - | 203,328 | - | - |
| **Total Appropriated and Carryforward Funds** | **2,019,897** | **1,437,472** | **-** | **(1,234,144)** |
| Allocations to be Determined | - | 1,234,144 | - | - |
| **Estimated Funds Remaining** | **203,328** | **-** | **-** | **-** |

[1] UNSOS assessments have historically been appropriated by Congress in the National Security Engagement Account (NSEA), formerly the Peacekeeping Operations account.  The Request is showing UNSOS in CIPA to consolidate peacekeeping activities to include all assessed contributions for UN peacekeeping.  This provides taxpayers the greatest transparency over all UN peacekeeping activity contributions.
[2] FY 2025 allocations are still to be determined.

# INTERNATIONAL BOUNDARY AND WATER COMMISSION (IBWC) - SALARIES AND EXPENSES

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| IBWC – Salaries and Expenses | 64,800 | 64,800 | 64,800 | - |

The International Boundary and Water Commission (IBWC) is a binational commission established to implement boundary and water treaties and international agreements between the United States and Mexico.  The IBWC resolves binational issues that arise from the application of these treaties and agreements regarding boundary demarcation, national ownership of waters, sanitation, water quality, and flood control in the border region.  The IBWC consists of a United States Section (USIBWC) and a Mexico Section (MXIBWC), each of which is independently funded and administered by its respective country.  The USIBWC is headquartered in El Paso, Texas and receives foreign policy guidance from the Department of State.  The USIBWC also has a diplomatic liaison located in the Bureau of Western Hemisphere Affairs' Office of Mexican Affairs, and 12 field offices strategically located along the United States-Mexico border for operations and maintenance of both domestic and international works authorized under treaty.

The USIBWC operates and maintains nearly 100 hydrologic gaging stations, over 20,000 acres of floodplains, 500 miles of levees, 440 miles of river and interior floodway channels, four diversion dams, two international storage dams and associated hydroelectric power plants, roughly 700 hydraulic structures, and two international wastewater treatment plants.  The USIBWC additionally maintains 276 monuments and 442 intermediate markers demarcating the land boundary between the United States and Mexico.  It also maintains monuments and markers at most international ports of entry and will continue to provide ongoing mapping and maintenance of a Geographical Information System.  A well-marked and maintained boundary enables federal, state, and local law enforcement agencies to accomplish their duties more effectively.  Maintaining this boundary ensures the sovereignty of each nation and limits the potential for serious and costly boundary disputes.

Authority is requested for USIBWC to continue receiving funds from Federal or non-Federal entities, including through grants or other funding agreements, to perform USIBWC functions and to study, design, construct, operate, and maintain wastewater treatment and flood control works and related structures.

## IBWC - Salaries and Expenses

The FY 2026 Request for Salaries and Expenses (S&E) is $64.8 million, equal to the FY 2025 Estimate.  The Department will offset potential inflationary increases by reducing travel expenditures and containing nonessential costs.  The Request will support 266 positions; bilateral meetings; and administrative, engineering, operational, and maintenance activities, including to preserve the demarcation of the United States-Mexico border.

# INTERNATIONAL BOUNDARY AND WATER COMMISSION (IBWC) – CONSTRUCTION

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate[1] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| IBWC - Construction | 156,050 | 78,000 | 50,300 | (27,700) |

[1]FY 2025 Additional Funding includes $250 million from the American Relief Act, 2025 (Div. P.L. 118-158)

The International Boundary and Water Commission (IBWC) is a binational commission established to implement boundary and water treaties and international agreements between the United States and Mexico.  The IBWC resolves binational issues that arise from the application of those treaties and agreements regarding boundary demarcation, national ownership of waters, sanitation, water quality, and flood control in the border region.  The IBWC consists of a United States Section (USIBWC) and a Mexico Section (MXIBWC), each of which is independently funded and administered by its respective country.  The USIBWC is headquartered in El Paso, Texas and receives foreign policy guidance from the Department of State.  The USIBWC also has a diplomatic liaison located in the Bureau of Western Hemisphere Affairs' Office of Mexican Affairs, and 12 field offices strategically located along the United States-Mexico border for operations and maintenance of both domestic and international works authorized under treaty.

The USIBWC operates and maintains nearly 100 hydrologic gaging stations, over 20,000 acres of floodplains, 500 miles of levees, 440 miles of river and interior floodway channels, four diversion dams, two international storage dams and associated hydroelectric power plants, roughly 700 hydraulic structures, and two international wastewater treatment plants.  The USIBWC additionally maintains 276 monuments and 442 intermediate markers demarcating the land boundary between the United States and Mexico.  It also maintains monuments and markers at most international ports of entry and will continue to provide ongoing mapping and maintenance of a Geographical Information System.  A well-marked and maintained boundary enables federal, state, and local law enforcement agencies to accomplish their duties more effectively.  Maintaining this boundary ensures the sovereignty of each nation and limits the potential for serious and costly boundary disputes.

The Request continues the authority for USIBWC to continue receiving funds, whether through grants or other funding agreements, from Federal or non-Federal entities to perform USIBWC functions and to study, design, construct, operate, and maintain wastewater treatment and flood control works and related structures.

## IBWC – Construction

The FY 2026 Request for Construction is $50.3 million, a decrease of $27.7 million from the FY 2025 Estimate.  The Request includes $30 million for the Safety of Rio Grande Dams project to continue the remediation of sinkholes at Amistad Dam by initiating construction of the grout curtain, an essential element prior to building the seepage cutoff wall.  The Request also includes $15.3 million for the lifecycle replacement and rehabilitation of infrastructure at the Nogales Sewage Treatment Plant.  Lastly, the Request contains $5.1 million to address deferred maintenance and repairs that are required for proper

operations, including the removal sediment that has accumulated in the upper segment of the Rio Grande channel to allow for efficient water deliveries to downstream stakeholders, and the repair of the eroded riverbank at Rio Grande City.

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate [1] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Water Management Program** | **6,879** | **49,600** | **30,000** | **(19,600)** |
| Channel Sediment Management | - | - | - | - |
| Hydrologic Data Collection System Rehab | - | - | - | - |
| Reconstruction of American Canal | 12 | - | - | - |
| Rio Grande Flood Control System Rehab | 2,259 | 7,600 | - | (7,600) |
| Safety of Rio Grande Dams | 4,608 | 42,000 | 30,000 | (12,000) |
| Tijuana River Levee Rehab | - | - | - | - |
| **Water Quality Program** | **136,653** | **15,900** | **15,250** | **(650)** |
| Nogales Sewage Treatment Plant | 1,338 | 15,900 | 15,250 | (650) |
| Nogales Trunkline & IOI Rehab | - | - | - | - |
| Tijuana Sewage Treatment Facilities | 135,315 | | - | - |
| **Resource & Asset Management Program** | **12,518** | **12,500** | **5,050** | **(7,450)** |
| Asset Management and Capital Planning | 3,305 | 5,000 | - | - |
| Deferred Maintenance and Repairs | 1,259 | - | 5,050 | 5,050 |
| Facilities Renovation Program | - | - | - | - |
| Heavy Equipment Replacement Program | 7,712 | 6,500 | - | (6,500) |
| Critical Infrastructure Protection | 242 | 1,000 | - | (1,000) |
| **Total** | **156,050** | **78,000** | **50,300** | **(27,700)** |

[1]FY 2025 Column excludes $250 million from the American Relief Act, 2025 (Div. P.L. 118-158) to be applied to Tijuana Treatment Facilities.

# INTERNATIONAL FISHERIES COMMISSIONS (IFC)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| International Fisheries Commissions (IFC) | 65,719 | 65,719 | 54,719 | (11,000) |

Healthy U.S. fisheries and productive ecosystems depend on securing other countries' commitments to sustainable management.  The International Fisheries Commissions (IFC) are a cornerstone of U.S. strategic efforts to drive science-based measures to regulate the global fishing industry, level the playing field, and promote sustainable growth and job-creation for U.S. fishers.  Through these commissions, the United States advances a shared vision that fosters economic prosperity and strengthens global partnerships through the sustainable management of fisheries and their related ecosystems in the ocean, polar regions, and Great Lakes.  The fisheries' resources covered by the bilateral and multilateral commissions within the account span national borders or exist beyond any national jurisdiction; these bodies enable the United States to collaborate with other countries to coordinate scientific study of shared resources and their habitats and to establish common measures to be implemented by member governments, including allocation of fishing rights.  Most commissions were established by treaties and agreements negotiated by the United States and ratified by the President, with the advice and consent of the Senate.

The commercial and recreational fisheries managed through these organizations generate more than $12 billion in annual U.S. income and support over one million full- and part-time jobs throughout the country.  In the Great Lakes region alone, these fisheries deliver at least $7 billion annually to bordering states and contribute to hundreds of thousands of direct and associated jobs.  The United States and other member countries also implement joint high-seas fisheries monitoring, control, and surveillance programs through these commissions that are essential to combat illegal, unreported, and unregulated (IUU) fishing. In addition to reducing the billions of dollars lost annually due to IUU fishing, these activities enhance maritime security and surveillance to counter other illegal activities at sea.  Some commissions have established documentation schemes to track trade in key fish stocks and to ensure that fish caught through IUU fishing cannot enter the U.S. market.

The FY 2026 Request of $54.7 million, a decrease of $11.0 million from the FY 2025 Estimate, will fund the United States' anticipated treaty-mandated assessments and other expenses to 19 international commissions and organizations.  These funds are necessary to maintain U.S. leadership and good standing – and in many cases, voting privileges – that advance the interests of the United States.  The Request also facilitates the participation of Presidentially-appointed, non-government U.S. commissioners in the various commissions.  Pursuant to the U.S. implementing legislation enacted with respect to each of these bodies, commissioners receive transportation expenses and per diem while performing their official duties.  The list of the specific commissions and organizations funded under this account remains unchanged from previous years.

## Inter-American Tropical Tuna Commission (IATTC):  $1,750,000

The FY 2026 Request will fund the U.S. assessed share of commission operations, including work to conserve and manage tuna and other fish stocks in the eastern Pacific Ocean. IATTC will also continue to administer the International Dolphin Conservation Program, which has successfully reduced dolphin mortality in eastern tropical Pacific tuna fisheries by more than 98 percent since the 1990s. IATTC funding is equal to FY 2025.

## Great Lakes Fishery Commission (GLFC): $38,870,000

The FY 2026 Request will fund the U.S. share of commission operations and sea lamprey control activities within the Great Lakes. The Request will fund core work under the Congressionally mandated multi-year strategy and spending plan to improve and modernize the aging infrastructure intended to control the spread of parasitic, invasive sea lamprey in the Great Lakes. The GLFC's binational control program has successfully reduced sea lamprey populations in most areas of the Great Lakes by 90 percent; without it, the Great Lakes' $7 billion fishery would not exist. The Request will fund sea lamprey control activities in lakes that are within the broader, interconnected Great Lakes ecosystem but outside of the treaty mandate of GLFC. Additional efforts to modernize existing barriers, traps, and community outreach will enhance the fight against lamprey and other invasive species, safeguarding the valuable fisheries and aquatic resources.

## International Pacific Halibut Commission (IPHC): $5,300,000

The Request will fund the U.S. portion of the bilateral budget, the cost of the Secretariat's office space hosted by the U.S. Government per the Convention, and essential scientific surveys that track the health and distribution of halibut stock across Alaska, Canada, and the Pacific Northwest. The base funding for the IPHC ensures the sustainable management of Pacific halibut, a resource that contributes $700 million per year to the U.S. economy. The IPHC is one of the most successful fisheries management commissions in the world, managing a resource that is important to commercial harvests and extensive guided and recreational fishing in coastal communities from northern California to the Aleutian Islands.

## Pacific Salmon Commission (PSC): $5,550,000

The Request will fund the U.S. share of joint PSC expenses, compensation to non-governmental U.S. commissioners, panel members, and alternates while conducting PSC duties, and for travel and expenses of U.S. participants as required under the Pacific Salmon Treaty Act. Funding will enable the implementation of agreed stock management measures, including test fishing needed to monitor the size and distribution of the various salmon stocks.

## Other Marine Conservation Organizations: $3,249,000

The Request will pay the anticipated U.S. share of the remaining 15 organizations' agreed operating budgets and associated obligations.

*Funds by Program Activity*

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Inter-American Tropical Tuna Commission (IATTC)** | 1,750 | 1,750 | 1,750 | - |
| **Great Lakes Fishery Commission (GLFC)** | 50,000 | 50,000 | 38,870 | (11,130) |
| **International Pacific Halibut Commission (IPHC)** | 5,040 | 5,040 | 5,300 | 260 |
| **Pacific Salmon Commission (PSC)** | 5,392 | 5,392 | 5,550 | 158 |
| **Other Marine Conservation Organizations** | 3,537 | 3,537 | 3,249 | (288) |
| Antarctic Treaty Secretariat (ATS) | 62 | 62 | 62 | - |
| Arctic Council | 150 | 150 | 150 | - |
| Commission for the Conservation of Atlantic Marine Living (CCAMLR) | 130 | 130 | 130 | - |
| Expenses of the U.S. Commissioners | 155 | 155 | 130 | (25) |
| Int'l Commission for the Conservation of Atlantic Tunas (ICCAT) | 370 | 370 | 390 | 20 |
| Int'l Council for the Exploration of the Sea (ICES) | 236 | 236 | 236 | - |
| International Sea Turtle Conservation Programs | 160 | 160 | 165 | 5 |
| International Shark Conservation Program | 100 | 100 | 100 | - |
| International Whaling Commission (IWC) | 185 | 185 | 160 | (25) |
| North Atlantic Salmon Conservation Org. (NASCO) | 45 | 45 | 40 | (5) |
| North Pacific Anadromous Fish Commission (NPAFC) | 195 | 195 | 190 | (5) |
| North Pacific Fisheries Commission (NPFC) | 100 | 100 | 100 | - |
| Northwest Atlantic Fisheries Organization (NAFO) | 230 | 230 | 230 | - |
| North Pacific Marine Science Organization (PICES) | 159 | 159 | 156 | (3) |
| South Pacific Regional Fisheries Management (SPRFMO) | 110 | 110 | 110 | - |

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Western & Central Pacific Fisheries Commission (WCPFC) | 1,150 | 1,150 | 900 | (250) |
| **Total** | **65,719** | **65,719** | **54,719** | **(11,000)** |

# INTERNATIONAL JOINT COMMISSIONS (IJC)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| International Joint Commission (IJC) | 10,881 | 10,881 | 10,881 | - |

The International Joint Commission (IJC) was established by the 1909 Boundary Waters Treaty (BWT) as a cornerstone of United States–Canada relations in the boundary region.  The IJC has proved so successful that the United States and Canada have used it as a model of cooperation that is unbiased, scientifically based, and open to public input.  In achieving the aims of the BWT, the IJC addresses potential causes of friction between the participant countries, such as additional approval of water uses and obstructions or diversions of boundary waters in one country that affect water levels and flows on the other side of the boundary.

In the 116 years since the BWT was signed, the United States and Canadian governments have given the IJC ongoing responsibilities for:

- Overseeing the operations of structures in a number of basins along the boundary, including the St. Croix River, Lake Ontario-St. Lawrence River, the Niagara River, Lake Superior, Rainy and Namakan Lakes, the Columbia River, Osoyoos Lake, and Kootenay Lake;

- Addressing water apportionment in the St. Mary and Milk River, the Souris River, the Red River, and the Poplar River and Big Muddy Creek; and,

- Monitoring the conditions in these basins.

The IJC and its 18 active boards ensure that structures operate and apportionments are carried out in accordance with established standards.  Under the United States-Canada Great Lakes Water Quality Agreement, the IJC monitors water quality issues affecting the lakes and reports its findings to mutually interested governments.

The FY 2026 Request is $10.8 million, equal to the FY 2025 Estimate.  This includes the following:

- $4.9 million for personnel and operational expenses–including $3.1 million for personnel, $1.1 million for benefits, and $775,000 for other services;
- $1.5 million for the U.S. Geological Survey program to monitor bodies of water along the international boundary and generate critical data for national water priorities;
- $1.1 million for the Great Lakes Regional Office to produce triennial assessment reports, develop a Great Lakes Early Warning system, and collaborate on a decadal Science Plan to bolster public safety and prosperity;
- $500,000 to advance the International Watersheds Initiative by enhancing the transboundary watershed approach and collaborative governance;
- $850,000 for the Great Lakes St. Lawrence River Adaptive Management to expedite reviews that improve commercial navigation and safeguard vital transportation and national security infrastructure;

- $366,000 to fund Review of Orders approval, which will initiate technical and adaptive studies in key basins to mitigate flooding impacts and reduce costs for U.S. agriculture;
- $110,000 to enable St. Mary and Milk Rivers to optimize regional water access.
- $1.0 million for a water pollution study in the Elk-Kootenai watershed, which addresses selenium contamination through binational collaboration; and,
- $370,000 to strengthen cybersecurity and update the Commission's IT infrastructure to protect essential data and systems.

### *Field Campaign Projects*

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Gauging | 1,500 | 1,260 | 1,550 | 290 |
| Great Lakes Regional Office (GLRO) | 1,600 | 1,160 | 1,160 | - |
| Great Lakes Adaptive Management | 1,065 | 862 | 850 | (12) |
| Review of Orders | 784 | 392 | 366 | (26) |
| St. Mary Milk Rivers Water (SMM) Study | 357 | 165 | 110 | (55) |
| Elk-Kootenai River Water Pollution | - | 550 | 1,000 | 450 |
| International Watersheds Initiative | 700 | 500 | 500 | - |
| Cybersecurity | 369 | 408 | 370 | (38) |
| **Total** | **6,375** | **5,297** | **5,906** | **609** |

# INTERNATIONAL BOUNDARY COMMISSION (IBC)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| International Boundary Commission (IBC) | 2,323 | 2,323 | 2,323 | - |

The International Boundary Commission's (IBC) mission is to maintain an "effective" (clear and well-marked) boundary between the United States and Canada, as mandated by the 1925 Treaty of Washington. This delineation of sovereign territories minimizes the potential for serious and costly boundary disputes.

The IBC began a resurvey of the entire boundary in 1995 to convert all North American Datum (NAD) 27 map coordinates to updated NAD 83 positions, which have been adopted as the standard for both the United States and Canada. These surveys are being used to update the 256 "Official Boundary Maps".

Although the boundary was cleared, surveyed, and marked years ago, a cyclical program of maintenance is necessary to sustain an effective boundary line. Continuous maintenance is essential due to the deterioration and destruction of boundary monuments and the brush and timber overgrowth obstructing the 20-foot-wide vista.

The FY 2026 Request is $2.3 million, equal to the FY 2025 Estimate. It will fund IBC operations, five boundary maintenance projects, and equipment for the Committee field offices.

## IBC Operations: $1.3 million

Funds requested for this program will cover the cost of salaries and benefits for permanent IBC staff, as well as their operational costs (e.g., communications, supplies, rent, and all travel by headquarters staff and non-field season travel undertaken by field officers) for the Washington, D.C. office and three field offices located in Great Falls, MT; Thief River Falls, MN; and, Houlton, ME.

## Equipment Life Cycle Projects: $65,000

The Request will purchase one pickup truck and equipment for IBC field offices.

### *Funds by Field Campaign Project*

| ($ in thousands) | FY 2026 Request |
|---|---:|
| St Francis River (ME/QB):  Monument maintenance, Vista clearing, Surveying | 231 |
| Lake Superior to Rainy River (MN/ON):  Reference Mark maintenance | 242 |
| 49th Parallel (MT/BC, AB):  Monument maintenance and vista | 225 |
| Boundary Bay (WA/BC):  Range Mark Maintenance | 30 |
| 141st Meridian (AK/YK):  Vista clearing contract | 220 |
| **Total** | **948** |

# NORTH AMERICAN DEVELOPMENT BANK (NADB)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| NADB | 3,000 | 3,000 | - | (3,000) |

The FY 2026 Request does not propose direct State Department funding for the North American Development Bank (NADB), which reflects duplicative spending provided by Congress within the American Sections account for which the NADB is not accountable to the Secretary of State.  The program activities previously funded by the Border Environment Cooperation Commission (BECC) appropriation are now funded by the NADB without relying on a separate State Department appropriation.

# THE ASIA FOUNDATION (TAF)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| TAF | 22,000 | 22,000 | - | (22,000) |

The Asia Foundation (TAF) is a non-profit, non-governmental organization authorized by The Asia Foundation Act of 1983, P.L. 98-164 (1983) operating in over 20 countries with a regional Pacific office in Fiji. TAF issues grants to local partners who address economic, social, and public policy issues in the Indo-Pacific region.

In alignment with the Administration's priorities and strategic objectives, the FY 2026 Request does not include funding for TAF. Limited resources must be prioritized and be better used elsewhere to serve core American interests. TAF will no longer be dependent on U.S. government funding and will leverage non-governmental contributions to continue its programs and operations.

# EAST-WEST CENTER (EWC)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| EWC | 22,000 | 22,000 | - | (22,000) |

The Center for Cultural and Technical Interchange between East and West (EWC) was established as part of the Mutual Security Act of 1960.  Its purpose is to promote better relations and understanding between the United States and the nations of Asia and the Pacific through cooperative study, training, and research.

The FY 2026 Request does not include funding for EWC.  Resources for the EWC are not aligned with the national interest of the United States and limited resources must be prioritized to serve core American interests.  The EWC must reduce its dependency on U.S. government appropriations and leverage non-governmental contributions and revenues.

# NATIONAL ENDOWMENT FOR DEMOCRACY (NED)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| NED | 315,000 | 315,000 | - | (315,000) |

The FY 2026 President's Budget eliminates funding for NED.

# CENTER FOR MIDDLE EASTERN-WESTERN DIALOGUE (CMEWD)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| CMEWD | 104 | 168 | - | (168) |

The International Center for Middle Eastern-Western Dialogue (Hollings Center) is an independent non-profit organization that convenes dialogue meetings for U.S. and regional experts on issues of Middle Eastern-Western concern.  The Consolidated Appropriations Act, 2004 (P.L. 108-199) established the International Center for Middle Eastern-Western Dialogue Trust Fund to support the operations of the Hollings Center.

The FY 2026 Request includes no funding for Hollings Center.  The Hollings Center is not aligned with the national interest of the United States and limited resources must be prioritized to serve core American interests.

# EISENHOWER EXCHANGE FELLOWSHIP PROGRAM (EEF)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| EEF | 335 | 304 | - | (304) |

The Eisenhower Exchange Fellowship (EEF) Program was created in 1953 to honor President Dwight D. Eisenhower.  The EEF brings professionals, who are emerging leaders in their countries, to the United States and sends American counterparts abroad, each with a tailored individualized program.

The FY 2026 Request includes no funding for Eisenhower Exchange Fellowships.  The EEF fellowships are not aligned with the national interest of the United States and limited resources must be prioritized to serve core American interests.  The EEF will continue to seek external contributions from the private sector to maintain an appropriate, yet sustainable, number of fellowships.

# ISRAELI ARAB SCHOLARSHIP PROGRAM (IASP)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| IASP | 71 | 170 | - | (170) |

The Israeli Arab Scholarship Program (IASP) funds scholarships for Israeli-Arab students to attend higher education institutions in the United States, as authorized by section 214 of the Foreign Relations Authorization Act, Fiscal Years 1992 and 1993 (P.L. 102-138).

The FY 2026 Request includes no funding for the Israeli Arab Scholarship Program.  The IASP is not aligned with the national interest of the United States, as these opportunities may crowd out American student opportunities and limited resources must be prioritized to serve core American interests.

# INTERNATIONAL CHANCERY CENTER (ICC)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| ICC | 744 | 744 | 745 | 1 |

The International Chancery Center (ICC), authorized by the International Center Act of 1968, is a diplomatic enclave located on a 47-acre lot in Northwest D.C., near the intersection of Connecticut Avenue and Van Ness Street.  According to the Act, "in order to facilitate the conduct of foreign relations . . . through the creation of a more propitious atmosphere for the establishment of foreign government and international organization offices and other facilities, the Secretary of State is authorized to . . . sell . . . or lease to foreign governments properties owned by the United States in the Northwest section of the District of Columbia[.]"

Most activity at the ICC is funded by fees that are collected from other executive branch agencies, consistent with section 4 of the International Center Act, and from proceeds from past leases to 19 foreign governments.  These proceeds have been deposited into a trust fund that is drawn upon, as statutorily authorized, for development, maintenance, repairs, and security at the site.  In addition, as authorized by the Act, the proceeds may be used for surveys and planning related to the development of locations within the District of Columbia for use as foreign chanceries and for other diplomatic purposes.

The FY 2026 Request is $745,000, an increase of $1,000 above FY 2025 to sustain routine maintenance and repairs of the ICC common ground areas.

# FOREIGN SERVICE RETIREMENT AND DISABILITY FUND (FSRDF)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---:|---:|---:|---:|
| FSRDF | 158,900 | 60,000 | 60,000 | - |

The FY 2026 Request seeks mandatory funding to the Foreign Service Retirement and Disability Fund (FSRDF).  The FSRDF is maintained through multiple sources of income, including:  contributions by employees; agency contributions; special government contributions; interest on investments; and voluntary contributions.

A separate payment into the FSRDF, supplemental to this appropriation, is authorized under the Foreign Service Act of 1980, including:

- Section 821, which authorizes additional funding necessary to fulfill payments for additional benefits authorized by statute.  These benefits consist of new or liberalized benefits, new groups of beneficiaries, and/or increased salaries;
- Section 822, which authorizes a supplemental payment to finance unfunded liabilities attributable to military service payments and interest accruals; and,
- Section 857, which authorizes an employer contribution into the Foreign Service Pension System (FSPS) based on an amortization of an annual valuation.

The amount of this separate payment is equal to the balance of the annual costs to the Fund in excess of current employee and employer contributions.  As a mandatory program, these resources are not included in the total summary of funds for discretionary appropriations.

The FSRDF is comprised of two separate retirement systems:  the Foreign Service Retirement and Disability System (FSRDS) and FSPS.  The FSRDF was established to provide pension payments to all eligible retired and disabled Foreign Service members, former spouses, and survivors enrolled in either of these two systems.

The FY 2026 Request of $60 million aims to maintain the FSRDF funding at the level necessary to facilitate actuarial valuation of the FSRDS.  The appropriation complements the funding required from the other sources previously mentioned to sustain FSPS.

# U.S. AGENCY FOR GLOBAL MEDIA (USAGM)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Total | 1,733,828 | 1,733,828 | 306,000 | (1,427,828) |
| USAGM | 866,914 | 866,914 | 153,000 | (713,914) |
| IBO | 857,214 | 857,214 | 153,000 | (704,214) |
| BCI | 9,700 | 9,700 | - | (9,700) |

The FY 2026 Request delivers on the President's promises to decrease the size of the Federal Government to enhance accountability, reduce waste, and reduce unnecessary governmental entities. To further this goal, the Request proposes funding to enable the orderly shutdown of U.S. Agency for Global Media's (USAGM) operations.

USAGM is an independent federal agency responsible for all United States non-military international media. The FY 2026 Request of $153.0 million will support the orderly shutdown of USAGM operations. The funding will provide $77.5 million for personnel compensation and benefits for staff retained to complete closeout activities, and the costs associated with deferred resignations, voluntary retirements, and reductions in force; $73.5 million for winddown of Agency operations, including decommissioning of overseas transmission stations; and $2.0 million for facility operations until the Agency closure is complete.

While awaiting congressional action on this Request, USAGM will continue its efforts to reduce the scope of its performance as required by Executive Order 14238 of March 14, 2025 "Continuing the Reduction of the Federal Bureaucracy". USAGM will continue to eliminate non-statutory components and functions to the maximum extent consistent with applicable law.

# FOREIGN OPERATIONS AND RELATED PROGRAMS

## FOREIGN ASSISTANCE DISCRETIONARY REQUEST FY 2024-2026

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| **FOREIGN OPERATIONS** | **44,719,097** | **42,469,417** | **18,112,033** | **(24,999,957)** | **(22,750,277)** |
| | | | | | |
| **U.S Agency for International Development[3]** | **2,039,600** | **2,039,600** | **-** | **(2,039,600)** | **(2,039,600)** |
| USAID Operating Expenses (OE) | 1,695,000 | 1,695,000 | - | (1,695,000) | (1,695,000) |
| USAID Capital Investment Fund (CIF) | 259,100 | 259,100 | - | (259,100) | (259,100) |
| USAID Inspector General Operating Expenses | 85,500 | 85,500 | - | (85,500) | (85,500) |
| | | | | | |
| **Bilateral Economic Assistance** | **27,651,988** | **25,541,988** | **10,694,260** | **(16,957,728)** | **(14,847,728)** |
| Global Health Programs (USAID and State) | 10,030,450 | 10,030,450 | 3,797,000 | (6,233,450) | (6,233,450) |
| Development Assistance (DA) | 3,931,000 | 3,931,000 | - | (3,931,000) | (3,931,000) |
| International Disaster Assistance (IDA) | 4,779,000 | 4,029,000 | - | (4,779,000) | (4,029,000) |
| International Humanitarian Assistance (IHA) | - | - | 2,500,000 | 2,500,000 | 2,500,000 |
| Transition Initiatives (TI) | 75,000 | 75,000 | - | (75,000) | (75,000) |
| Complex Crises Fund (CCF) | 55,000 | 55,000 | - | (55,000) | (55,000) |
| America First Opportunity Fund (A1OF) | - | - | 2,897,160 | 2,897,160 | 2,897,160 |
| Economic Support Fund (ESF) | 3,890,400 | 3,590,400 | - | (3,890,400) | (3,590,400) |
| Estimated Transfer of ESF to Development Finance Corporation (DFC) | [50,000] | [50,000] | - | - | - |
| Economic Support Fund Rescission | (152,496) | (152,496) | - | 152,496 | 152,496 |
| Democracy Fund (DF) | 345,200 | 345,200 | - | (345,200) | (345,200) |
| Assistance for Europe, Eurasia & Central Asia (AEECA) | 770,334 | 460,334 | - | (770,334) | (460,334) |

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| Migration and Refugee Assistance (MRA) | 3,928,000 | 3,178,000 | - | (3,928,000) | (3,178,000) |
| U.S. Emergency Refugee and Migration Assistance (ERMA) | 100 | 100 | 1,500,100 | 1,500,000 | 1,500,000 |
| | | | | | |
| **Independent Agencies** | **977,500** | **1,452,500** | **(544,500)** | **(1,522,000)** | **(1,997,000)** |
| Peace Corps | 430,500 | 430,500 | 430,500 | - | - |
| Millennium Challenge Corporation | 930,000 | 930,000 | 224,000 | (706,000) | (706,000) |
| Millennium Challenge Corporation Rescission and cancellation | (475,000) | - | (1,215,000) | (740,000) | (1,215,000) |
| Inter-American Foundation[4] | 47,000 | 47,000 | 10,000 | (37,000) | (37,000) |
| U.S. African Development Foundation[4] | 45,000 | 45,000 | 6,000 | (39,000) | (39,000) |
| | | | | | |
| **Department of Treasury** | **79,000** | **(48,000)** | **18,100** | **(60,900)** | **66,100** |
| International Affairs Technical Assistance | 38,000 | 38,000 | 30,000 | (8,000) | (8,000) |
| Debt Restructuring | 41,000 | 25,000 | - | (41,000) | (25,000) |
| Treasury - Debt Restructuring Rescission | - | (111,000) | (11,900) | (11,900) | 99,100 |
| | | | | | |
| **International Security Assistance** | **8,883,007** | **8,478,007** | **6,145,000** | **(2,738,007)** | **(2,333,007)** |
| International Narcotics Control and Law Enforcement (INCLE) | 1,400,000 | 1,285,000 | 125,000 | (1,275,000) | (1,160,000) |
| International Narcotics Control and Law Enforcement Rescission | (50,000) | (65,000) | - | 50,000 | 65,000 |
| Nonproliferation, Anti-Terrorism, Demining and Related Programs (NADR) | 870,000 | 870,000 | 745,000 | (125,000) | (125,000) |

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| Peacekeeping Operations (PKO) / National Security Engagement Account (NSEA) | 410,458 | 410,458 | 30,000 | (380,458) | (380,458) |
| International Military Education and Training (IMET) | 119,152 | 119,152 | 95,000 | (24,152) | (24,152) |
| Foreign Military Financing (FMF) | 6,133,397 | 5,858,397 | 5,150,000 | (983,397) | (708,397) |
| | | | | | |
| **Multilateral Assistance** | **2,740,745** | **2,697,135** | **1,376,943** | **(1,363,802)** | **(1,320,192)** |
| International Organizations and Programs (IO&P) | 436,920 | 436,920 | - | (436,920) | (436,920) |
| | | | | | |
| **Multilateral Development Banks and Related Funds** | **2,303,825** | **2,260,215** | **1,376,943** | **(926,882)** | **(883,272)** |
| Multilateral Development Banks | 1,925,625 | 1,882,015 | 1,326,943 | (598,682) | (555,072) |
| Food Security Trust Funds | 53,000 | 53,000 | - | (53,000) | (53,000) |
| Energy and Environment | 275,200 | 275,200 | - | (275,200) | (275,200) |
| Treasury International Assistance Programs | 50,000 | 50,000 | 50,000 | - | - |
| | | | | | |
| **Export & Investment Assistance** | **605,380** | **566,310** | **287,460** | **(317,920)** | **(278,850)** |
| Export-Import Bank[5] | 68,860 | (66,140) | (174,740) | (243,600) | (108,600) |
| Export-Import Bank Rescission | (114,130) | - | - | 114,130 | - |
| Development Finance Corporation (DFC)[6] | 563,650 | 545,450 | 375,200 | (188,450) | (170,250) |
| U.S. Trade and Development Agency | 87,000 | 87,000 | 87,000 | - | - |
| | | | | | |
| **Related International Affairs Accounts** | **122,000** | **122,000** | **134,000** | **12,000** | **12,000** |
| International Trade Commission | 122,000 | 122,000 | 134,000 | 12,000 | 12,000 |

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2024 Estimate | Change from FY 2025 Estimate |
|---|---|---|---|---|---|
| **Department of Agriculture** | **1,619,107** | **1,619,107** | **-** | **(1,619,107)** | **(1,619,107)** |
| P.L. 480, Title II | 1,619,107 | 1,619,107 | - | (1,619,107) | (1,619,107) |
| | | | | | |
| **Other Commissions** | **770** | **770** | **770** | **-** | **-** |
| Commission for the Preservation of America's Heritage Abroad (Function 800) | 770 | 770 | 770 | - | - |
| | | | | | |
| **Other Programs (not included above)** | | | | | |
| Foreign Claims Settlement Commission (Function 150) - *Non-add* [7] | [1,968] | [2,504] | [2,504] | [536] | - |
| McGovern-Dole International Food for Education and Child Nutrition Programs (Agriculture) - *Non-add* | [240,000] | [240,000] | [251,000] | [11,000] | [11,000] |

[1] The FY 2024 Estimate contains $2.5 billion in enacted emergency funding that was shifted from the base.
[3] FY 2026 Request includes any funding required for USAID Operational Expenses and Office of the Inspector General under the corresponding Department of State accounts.
[4] The FY 2026 Request reflects close out costs for agencies proposed for elimination such as the U.S. Agency for Global Media, U.S. Institute for Peace, U.S. African Development Foundation and Inter-American Foundation.
[5] The FY 2024 Estimate for Export-Import Bank total includes FY 2024 actual offsetting collections of $80.0 million.
[6] The FY 2024 Estimate for Development Finance Corporation total includes FY 2024 actual offsetting collections of $426.8 million.
[7] The FY 2024 Estimate for the Foreign Claims Settlement Commission reflects FY 2024 Actuals.

# FOREIGN ASSISTANCE
# KEY ACCOUNT AND PROGRAM CONSOLIDATIONS AND ELIMINATIONS

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate[2] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| Assistance for Europe, Eurasia, and Central Asia (AEECA) | 770,334 | 460,334 | - | (460,334) |
| Complex Crises Fund (CCF) | 55,000 | 55,000 | - | (55,000) |
| Democracy Fund (DF) | 345,200 | 345,200 | - | (345,200) |
| Development Assistance (DA) | 3,931,000 | 3,931,000 | - | (3,931,000) |
| Economic Support Fund (ESF)[3] | 3,890,400 | 3,590,400 | - | (3,590,400) |
| P.L. 480 Title II Food for Peace (FFP) Grants | 1,619,107 | 1,619,107 | - | (1,619,107) |
| International Disaster Assistance (IDA) | 4,779,000 | 4,029,000 | - | (4,029,000) |
| International Organizations and Programs (IO&P) | 436,920 | 436,920 | - | (436,920) |
| Migration and Refugee Assistance (MRA) | 3,928,000 | 3,178,000 | - | (3,178,000) |
| Transition Initiatives (TI) | 75,000 | 75,000 | - | (75,000) |
| USAID Office of Inspector General (OIG) | 85,500 | 85,500 | - | (85,500) |
| USAID Operating Expense (OE) | 1,695,000 | 1,695,000 | - | (1,695,000) |
| USAID Capital Investment Fund (CIF) | 259,100 | 259,100 | - | (259,100) |
| Additional Funding (non-add) Total | 18,701,000[4] | - | - | - |

[1] FY 2024 Estimate reflects the funding levels notified in the 653(a) Report.

[2] FY 2025 Estimate reflects the Enacted levels less $2.1 billion in emergency funding that was not designated as emergency by the President ($310.0 million AEECA, $300.0 million ESF, $750.0 million IDA, $750.0 million MRA).

[3] FY 2024 and FY 2025 ESF totals do not include the $152.5 million ESF rescission in each year.

[4] FY 2024 Additional Funding total includes $1.6 billion in AEECA, $7.9 billion in ESF, $25.0 million in TI, $10.0 million in USAID OIG, and $39.0 million in USAID OE made available in the Ukraine Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. B); and $5.7 billion in IDA, $3.5 billion in MRA, and $3.0 million in USAID OIG made available in the Israel Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. A).

### Discretionary Budget Consolidations and Eliminations

This section provides an overview of the key foreign assistance account consolidations, pauses, and eliminations.

***Assistance for Europe, Eurasia, and Central Asia (AEECA), Democracy Fund (DF) Development Assistance (DA), and Economic Support Fund (ESF)***: To streamline accounts and ensure the most effective use of foreign assistance funding, the FY 2026 Request does not include requests for DA, ESF, AEECA, and DF accounts to ensure that every dollar of foreign assistance will benefit and be accountable to the American people.  This Request will allow for review and reform of the systems by

which the U.S. government budgets, allocates, and manages these funds in alignment with the America First agenda and the consolidation of critical USAID programming and operations in the Department of State. The FY 2026 Request requests $2.9 billion for a new America First Opportunity Fund (A1OF) account to focus on strategic investments that make America safer, stronger, and more prosperous.

The **Complex Crises Fund (CCF)** is a catch-all slush fund for nation-building projects and political interference. Rather than offering life-saving assistance or creating beneficial ties for the United States, it has been weaponized to mandate DEI and LGBTQ policies be implemented in recipient countries as a condition of aid to small businesses with no connection to the United States. The Request eliminates this woke, ill-structured account and redirects crisis funding to the IHA and ERMA accounts, where they would further the President's America First objectives around the world.

**P.L. 480 Title II** grants fund emergency and development food aid programs authorized under Title II of the Food for Peace (FFP) Act (P.L. 83-480). The Food for Peace program spends $1.6 billion to ship food overseas, which often takes a year or more to arrive at its intended destination, resulting in about one-third loss and waste. There are far more efficient food aid programs that the Request preserves. There is no request for P.L. 480 Title II, as part of an Administration effort to streamline foreign assistance, prioritize funding, and use funding as effectively and efficiently as possible. The FY 2026 Request includes the ability to cover emergency food needs within the more efficient International Humanitarian Assistance (IHA) account.

**International Disaster Assistance (IDA) and Migration and Refugee Assistance (MRA)**: The FY 2026 Request eliminates both accounts to consolidate the current fragmented overseas humanitarian assistance structure and to create one new funding source, the International Humanitarian Assistance (IHA) account. The IHA account, complemented by Emergency Refugee and Migration Assistance (ERMA), will focus on crises in which there is a clear, direct nexus to U.S. national interests and pursue fairer burden-sharing with other donors.

**International Organizations and Programs (IO&P)**: In FY 2026, the Request eliminates voluntary funding due to the U.S.'s high fiscal burden supporting international organizations compared to other nations. This is consistent with the President's Executive Order on Withdrawing the U.S. From and Ending Funding to Certain UN Organizations and Reviewing U.S. Support to all International Organizations.

The **Transition Initiatives (TI)** account was originally managed by USAID Office of Transition Initiatives, but the Request does not include funding for this account. TI funds short-term assistance that aims to shape political outcomes in distant countries with no practical impact on U.S. security. It often results in further destabilization and funds a wasteful tangle of non-governmental organizations (NGOs) and partisan cutouts pushing a leftist agenda around the world. The Request eliminates the TI account.

The **Global Health Programs (GHP)** account will all be requested as one consolidated account managed by the Department of State, merging GHP-State and GHP-USAID. This account prioritizes support for life-saving and other critical activities that keep Americans safe, such as global health security efforts to prevent infectious diseases from reaching the United States. The FY 2026 Request eliminates discretionary funding under the Global Health account for specific programming including *Family Planning and Reproductive Health, the Global Health Worker Initiatives, Neglected Tropical Diseases, Nutrition,* and *Gavi* and provides a discretionary savings of $6.2 billion in FY 2026. The United States is by far the largest overall global health donor. While the United States will continue significant funding for global health programs, even while refocusing foreign assistance, other stakeholders must do more to contribute their fair share to global health initiatives.

***USAID Office of the Inspector General (OIG), USAID Operating Expense (OE), and USAID Capital Investment Fund (CIF)*** accounts are not requested, in light of plans to transition USAID functions to State.  Personnel, technology, and OIG requirements will be included within the Diplomatic Engagement (DE) Request.

### Planned Government-to-Government Activities – FY 2026 Request

The FY 2026 Request does not include specific requests for amounts planned for direct government-to-government assistance.  The Department will continue to engage Congress on any future plans for government-to-government assistance from FY 2026 funds, consistent with applicable requirements.

# AMERICA FIRST OPPORTUNITY FUND (A1OF)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| A1OF | - | - | 2,897,160 | 2,897,160 |

The FY 2026 President's Request establishes a new account, the America First Opportunity Fund (A1OF). The Fund will increase the Department's ability to appropriately and effectively resource a wide range of policy and development needs aligned to the Administration's America First foreign policy.

A1OF will provide targeted support for enduring and emerging priorities to make America safer, stronger and more prosperous. For example, the A1OF will be able to support some of our most enduring and critical partners, such as Jordan; advance activities critical to keeping Americans safe, such as supporting repatriations and removals; fund activities that strengthen U.S. national security by countering China and other near-peer rivals; invest in activities that advance U.S. economic interests, such as the South Pacific Tuna Treaty, the emerging U.S.-India COMPACT, and strategic assistance to Egypt. Should the Administration seek to pay any assessments for the United Nations Regular Budget or peacekeeping assessments, we would look to provide that funding from the A1OF. The FY 2026 President's Request is requesting both appropriate resources and authorities needed to advance such efforts under the A1OF, e.g., authority for sovereign loans alongside grant assistance.

Providing one streamlined account with the full range of development and economic foreign assistance authorities, under the leadership of the Secretary, will ensure the Administration has an efficient and effective tool to leverage foreign assistance as it was intended – to advance U.S. national security and foreign policy priorities around the world. Should the Administration decide to provide contributions to the Global Fund in FY 2026, it would ensure the United States is only contributing its fair share by leveraging $1 from the United States for every $4 from other donors, instead of the current $1:$2 matching pledge, up to a total amount of $2.4 billion over three years.

# GLOBAL HEALTH PROGRAMS (GHP)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request[2] | Change from FY 2025 Estimate |
|---|---|---|---|---|
| GHP Total | 10,030,450 | 10,030,450 | 3,797,000 | (6,233,450) |
| GHP - State | 6,045,000 | 6,045,000 | N/A | N/A |
| GHP - USAID | 3,985,450 | 3,985,450 | N/A | N/A |

[1] FY 2024 Estimate reflects the funding levels notified in the 653(a) Report.
[2] FY 2026 Request consolidates health funding in the GHP Treasury account under the Department of State.

The FY 2026 GHP Request prioritizes life-saving assistance that keeps Americans safe such as improving global health security efforts to prevent infectious diseases and providing lifesaving assistance to those suffering from HIV/AIDS, Tuberculosis, Polio, and Malaria. This Request focuses on containment and testing, as well as maintenance of treatment and oversight for those already receiving care. It represents a critical bridge toward greater burden-sharing as we drive foreign governments to take their fair share of responsibility for global health programs. The Department will work with recipient countries, multilateral partners, and the private sector to take on core components of these life-saving health programs.

The Request eliminates funding for programs that do not make Americans safer, such as family planning and reproductive health, neglected tropical diseases, and non-emergency nutrition. The Request also does not include funding for Gavi, the Vaccine Alliance (GAVI), a Swiss NGO which reports a reserve of over $7.0 billion in its most recent statutory financial statements.

The Request does not include an explicit allocation for the Global Fund but maintains flexibility for the Administration to provide a contribution to the Global Fund through either the American First Opportunity Fund (A1OF) or GHP account. Should the Administration decide to provide contributions to the Global Fund in FY 2026, it would ensure the United States is only contributing its fair share by leveraging $1 from the United States for every $4 from other donors, doubling the current 1:2 matching pledge.

**HIV/AIDS ($2,910.0 million):**

This Request will allow the United States to accelerate the transition of HIV control programs to recipient countries and increase international ownership of efforts to fight HIV/AIDS. Having already invested over $120.0 billion in global HIV/AIDS care to date, the President's Emergency Plan for AIDS Relief (PEPFAR) will embark on this responsible off-ramp by: (1) focusing its limited resources only on the most cost-efficient, life-saving HIV treatment, and delivery models; and (2) developing and executing country handover plans to transition towards greater recipient government responsibility and financing.

PEPFAR will advance its work through a combination of high-impact HIV interventions, including antiretroviral treatment and viral load monitoring; HIV testing; and targeted HIV prevention intervention, including prevention of mother-to-child transmission. It will support targeted, time-bound, capacity-strengthening interventions for critical HIV systems (e.g., supply chains, health workforce) to enable effective transition to national management of HIV programs. PEPFAR will also adjust its programming to increase cost-effectiveness, including shifting to lower-cost implementers; reducing overlapping functions across implementing partners and agencies; leveraging Artificial Intelligence and other digital

technologies; and deploying targeted campaigns to reduce new HIV infections through introduction of high cost-efficiency biomedical tools, such as a twice-a-year HIV prevention injection.

PEPFAR plans to begin drawing down direct HIV assistance in some PEPFAR-supported countries.  Handover timelines will be coordinated with the operations of other global health programs.

**Malaria ($424.0 million):**

This Request will continue the President's Malaria Initiative (PMI) strategy, expanding the reach of high-quality malaria prevention and treatment programs and focusing on regions with high malaria burden and low access to services.  State-led PMI expenditures will strengthen frontline and community health workforces and surveillance systems to deliver malaria services to remote, rural, and unreached populations; and work with countries to improve the quality and effectiveness of malaria services by strengthening supply chains, increasing availability of quality-assured products, supporting interventions to promote rational use, and mitigating against insecticide resistance and drug resistance.

**Global Health Security (GHS) ($200.0 million):**

This Request will focus U.S. assistance on addressing gaps in recipient countries' abilities to detect and rapidly respond to outbreaks, which includes improving laboratory testing modalities, strengthening outbreak event verification and investigation, and enhancing biosafety and biosecurity systems.  This will help ensure that infectious disease outbreaks such as Ebola do not reach the United States.  The United States will promote increased country ownership and accountability for infectious disease detection and response, including domestic resource mobilization.  This includes ensuring that capacities are sustainably embedded in national and regional institutions.

**Tuberculosis (TB) ($178.0 million):**

This Request will support implementation of highly cost-efficient and effective treatments to prevent the spread of TB, including multi-drug resistant TB (MDR-TB), and reduce TB-related mortality.  TB is the among the most lethal infectious diseases in the world and the United States is experiencing one of its worst outbreaks.  This funding will work to protect the exposure to American from infectious cases of TB that originate overseas.

**Maternal and Child Health:  Polio ($85.0 million):**

This Request supports provision of life-saving vaccines, active case finding, referrals, and environmental surveillance.  This funding is critical to prevent the spread of polio into the United States.

# INTERNATIONAL HUMANITARIAN ASSISTANCE (IHA)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate[2] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| IHA | - | - | 2,500,000 | 2,500,000 |
| International Disaster Assistance (IDA) | 4,779,000 | 4,029,000 | - | (4,029,000) |
| Migration and Refugee Assistance (MRA) | 3,928,000 | 3,178,000 | - | (3,178,000) |
| P.L. 480 Title II Food for Peace (FFP) Grants | 1,619,107 | 1,619,107 | - | (1,619,107) |
| Additional Funding (non-add)[3] | 9,150,000 | - | - | - |

[1] FY 2024 Estimate reflects the funding levels notified in the 653(a) Report.
[2] FY 2025 Estimate reflects the Enacted levels less $750.0 million IDA and $750.0 million MRA in emergency funding that was not designated as emergency by the President.
[3] FY 2024 Additional Funding total includes $3.5 billion in MRA and $5.7 billion in IDA made available in the Israel Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. A).

The Request includes $4.0 billion for overseas humanitarian assistance, including $2.5 billion for the IHA account and $1.5 billion for the President's Emergency Refugee and Migration Assistance (ERMA) Fund (please refer to the ERMA justification section for additional details).

The FY 2026 Request reorganizes and consolidates the U.S. Government's fragmented humanitarian assistance programs and establishes the new International Humanitarian Assistance (IHA) account that will encompass the authorities of the IDA and MRA accounts. The Request assumes a new approach to humanitarian aid, including by focusing on crises in which there is a clear, direct nexus to U.S. national interests and by pursuing fairer burden sharing with other donors.

IHA will support core U.S. national interests in humanitarian crises and allow the Administration to deliver results advancing America First priorities, particularly in those areas where there are crises near U.S. borders, where key rivals such as China would step in for political or economic gain, and areas where terrorist organizations are looking for footholds. The consolidation of U.S. humanitarian assistance will facilitate improved efficacy, reduce administrative burden, and provide more flexibility in responding to overseas humanitarian crises. It will empower a single U.S. voice for engaging other donors and the UN system, optimizing outcomes and securing greater accountability and transparency.

IHA funds will support global humanitarian responses, famine prevention, and disease outbreak containment. IHA funds will be used to support the strategic delivery of humanitarian assistance, spanning all aspects of overseas humanitarian assistance including shelter, protection, the provision of safe drinking water, and food to refugees abroad, internally-displaced persons (IDPs), and others. It will also be used to respond to emergency food needs through the most effective and appropriate means for each crisis – including local and regional procurement of agricultural commodities and market-based assistance. IHA will also support efforts aimed at curbing illegal migration, including by facilitating voluntary returns from the United States and helping migrants return home or remain safe in third countries and avoid making the dangerous and illegal journey to the United States.

The IHA account includes $5.0 million for the Humanitarian Migrants to Israel (HMI) program.

# EMERGENCY REFUGEE AND MIGRATION ASSISTANCE (ERMA)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| ERMA | 100 | 100 | 1,500,100 | 1,500,000 |

[1] FY 2024 Estimate reflects the funding levels notified in the 653(a) Report.

The President's ERMA Fund enables the President to respond to unexpected urgent refugee and migration crises when in the national interest and will complement the new International Humanitarian Assistance (IHA) account.  The $1.5 billion Request in ERMA funding may be used to support efforts aimed at curbing illegal migration by facilitating the voluntary return of migrants from the United States to their country of origin or legal status.  ERMA funding may also be used to meet other unexpected urgent refugee and migration needs, including but not limited to emergency assistance including lifesaving shelter, food, medical care, and clean drinking water.

# PEACE CORPS (PC)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| PC | 430,500 | 430,500 | 430,500 | - |

The Peace Corps' FY 2026 Request of $430.5 million which includes $7.8 million for the Office of Inspector General, will allow the agency to support American values overseas by meeting its core goals: helping the people of interested countries in meeting their need for trained individuals; promoting a better understanding of Americans on the part of the peoples served; and promoting a better understanding of other peoples on the part of Americans. The FY 2026 Request is equal to the FY 2025 enacted level and will allow the agency to sustain investments made in critical information technology, health, safety, and security infrastructure essential to the recruitment and deployment of Volunteers.

Since 1961, the Peace Corps has been at the forefront of strengthening America through international public diplomacy at a grassroots level. Through promoting people-to-people ties, the Peace Corps provides a unique model of international development within the U.S. Government. At the invitation of host country governments, the agency sends Volunteers who make two-year commitments to live and work side-by-side with community partners on locally-prioritized projects, often reaching areas of the world other U.S. agencies are unable to reach. Volunteers learn the local language and culture and collaborate with counterparts – farmers, teachers, youth, health workers, and other motivated individuals.

This approach supports an "America First" foreign policy that makes America stronger, safer, and more prosperous. By increasing mutual understanding and lasting ties between the people of the United States and the peoples of other countries, the Peace Corps helps create better trading partners, provides a future English language workforce for American companies operating abroad and local companies doing business with America, strengthens relationships with allies, counters terrorism, and counteracts the growing influence of America's adversaries. Volunteers strengthen the national security of the United States through improved relations with host governments and by showcasing America as an international leader. Crucially, the Peace Corps also helps cultivate the next generation of American civic and business leaders, as Volunteers return home and contribute to communities across the United States long after their service concludes with the adaptive leadership and entrepreneurial skills they have gained during their overseas service.

The Peace Corps recruits, selects, trains, and supports Americans from all U.S. states, territories, commonwealths, and the District of Colombia to serve in 27-month Peace Corps Volunteer assignments, as well as in short-term specialized six to 12-month Peace Corps Response Volunteers assignments. Peace Corps Response is a program that matches experienced individuals with unique opportunities that require advanced language, technical, and intercultural skills. The FY 2026 Request also supports the agency's Virtual Service Pilot (VSP), which allows qualified Americans to serve who may otherwise be unable to work overseas in host countries due to medical reasons or an inability to leave home for an extended period. It also enables the agency to partner with communities where in-person service is currently impossible for safety or security reasons.

# MILLENNIUM CHALLENGE CORPORATION (MCC)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| MCC | 930,000 | 930,000 | 224,000 | (706,000) |
| Rescission/Cancellation of Prior Year Funds (non-add) | (475,000) | - | (1,215,000) | (1,215,000) |

The Millennium Challenge Corporation (MCC) requests $224.0 million in discretionary funding for FY 2026 to fund oversight support for compacts and threshold programs.  The Request also includes a cancellation of $1.2 billion in prior year MCC unobligated balances from programs that are no longer aligned with Administration priorities.  MCC makes America safer, stronger, and more prosperous by building large-scale infrastructure and securing strategic reforms in key countries that support U.S. businesses, counter malign influence, and enhance our national security.

MCC's partner countries must meet rigorous, data-driven standards for good governance based on indicators that measure a country's commitment to democratic governance, economic freedom, and investments in their people.  Specifically, to be considered for MCC compact funding, countries must first pass MCC's scorecard—a collection of 20 independent and transparent third-party indicators that measure a country's policy performance in these three areas.  This competitive selection process ensures that MCC only works with countries that are demonstrating a commitment to the policies necessary to drive economic growth.  This selectivity also creates incentives for countries to improve their policy performance in the hope of becoming eligible for MCC investment.

MCC's investments are time-limited and require significant financial contributions and ownership by partner countries, which increases program effectiveness and decreases countries' future dependency on aid. MCC also works with the private sector to catalyze additional resources.  With high-return projects, a lean staff, and an evidence-based approach, MCC is a good investment for the American people.

# INTER-AMERICAN FOUNDATION (IAF)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| IAF | 47,000 | 47,000 | 10,000 | (37,000) |

The FY 2026 President's Request for the Inter-American Foundation is $10.0 million. This level is only requested to cover associated close out costs. No funding is requested for new programming in FY 2026.

# U.S. AFRICAN DEVELOPMENT FOUNDATION (USADF)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| USADF | 45,000 | 45,000 | 6,000 | (39,000) |

The FY 2026 President's Request for the U.S. African Development Foundation is $6.0 million. This level is only requested to cover associated close out costs.  No funding is requested for new programming in FY 2026.

# DEPARTMENT OF TREASURY
# OFFICE OF TECHNICAL ASSISTANCE (OTA)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| OTA | 38,000 | 38,000 | 30,000 | (8,000) |

Treasury requests $30.0 million for Treasury's Office of Technical Assistance (OTA).

**Program Description**

OTA helps build the capacity of finance ministries and central banks in developing countries to effectively manage their public finances and safeguard their financial sectors. Through direct bilateral engagements, OTA supports partner countries to develop strong controls to combat money laundering and other economic crimes, robust and stable banking and financial systems, efficient revenue collection, well-planned and executed budgets, and judicious debt management. These efforts complement the work of Treasury's Offices of International Affairs and Terrorism and Financial Intelligence by helping the governments of partner countries build the human and institutional capacity to implement meaningful reforms that boost financial security and public financial stability.

Funding will enable OTA to respond to the demand for technical assistance, with a focus on U.S. national security, including by expanding OTA's anti-money laundering / counter-terrorist financing / counter-proliferation financing (AML/CFT/CPF) projects. OTA also plans to grow the program's Asia footprint by standing up new projects from the current pipeline of over ten requests ready to be assessed or designed in the region.

**How Support to OTA Promotes U.S. Interests**

OTA supports a safer, stronger, and more prosperous America by safeguarding U.S. national security, supporting global financial stability, reducing dependence on foreign aid and malign actors, and expanding trade and investment opportunities for U.S. businesses.

OTA strengthens partner country AML/CFT/CPF frameworks, combatting illicit financial flows that could be exploited by hostile entities, terrorist organizations, and adversarial regimes. These efforts disrupt criminal financial networks involved in terrorism, narcotics smuggling, and human trafficking. Further, OTA enhances partner countries' customs compliance, modernizes risk management, and builds investigative capabilities, deterring smuggling activities and counterfeit goods that might otherwise flow into the U.S.

OTA promotes American prosperity by increasing access for U.S. businesses in key markets. By implementing U.S.-centric legal and regulatory frameworks around the world, OTA increases investment opportunities and levels the playing field for American businesses abroad. OTA also bolsters competitive infrastructure procurement, supporting the acquisition and installation of high-quality systems frequently purchased from U.S. vendors, strengthening America's global leadership.

# INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT (INCLE)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate[2] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| INCLE | 1,400,000 | 1,285,000 | 125,000 | (1,160,000) |
| Additional Funding (non-add) | 375,000 | - | - | - |

[1] FY 2024 Estimate reflects the funding levels notified in the 653(a) Report. The FY 2024 Estimate total excludes $300.0 million in additional funding made available in the Ukraine Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. B), and $75.0 million in the Israel Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. A).  FY 2024 Estimate total excludes the $50.0 million rescission.
[2] FY 2025 Estimate total excludes $115.0 million in emergency funding and excludes $65.0 million in rescissions.

Transnational crime poses a serious threat to U.S. communities, with international drug trafficking serving as a primary driver—evidenced by the drug overdose crisis, which claimed more than 87,000 American lives in 2024 alone.  Through INCLE assistance, American lives will be saved by disrupting and deterring the illicit flow of synthetic drugs, including fentanyl, and their precursor chemicals in other countries.  The FY 2026 Request of $125.0 million will support programs managed by the Bureau of International Narcotics and Law Enforcement Affairs (INL) that disrupt and reduce illicit synthetic drug trafficking fueling transnational crime and terrorism to protect American lives and U.S. national security.  This year the Department is taking a strategic pause on requests for the INCLE account beyond the $125.0 million requested to address illicit synthetic drug trafficking. Instead, the Department will rely on prior-year INCLE balances to continue other INCLE programs aligned with the Administration's priorities to fight drugs and crime affecting Americans and to fund staffing and support-related operating costs.  This historic reset allows State to align programs to ensure that every dollar addresses the highest priority needs.

With FY 2026 resources, INL will strengthen the ability of foreign law enforcement partners to reduce the illicit production and trafficking of synthetic drugs, including fentanyl, and their precursor chemicals, which are often sourced from or through China, Mexico, and India.  INL will also support international tools that enable countries and businesses to disrupt the illicit synthetic drug supply chain, collaborate with partners across borders, and share information about threats and criminal methodologies.  Programs will enhance border security, strengthen interdiction, and improve the ability of criminal justice systems to mitigate the transnational manufacture, movement, marketing, and monetization of fentanyl, other synthetic drugs, and their precursors, particularly in countries with illicit supply chains.

INL resources will also support programming to reduce illicit drug production and trafficking by disrupting transnational criminal organizations (TCOs) and foreign terrorist organizations (FTOs) and strengthening partner nation border security.  Programs will expand information sharing and biometric collection across U.S. interagency and regional law enforcement networks, support vetted units and task forces for transnational crime and counternarcotics, and enable criminal justice agencies to investigate and litigate criminal cases related to the illicit flow of synthetic drugs and related TCO and FTO activity.  INL will focus on the production and trafficking of synthetic drugs through land and maritime routes.  Funds will support programming that counters trafficking of narcotics and precursor chemicals as well as threats to U.S. security and foreign policy interests that are tied to the operations and funding of

the synthetic drug trade and TCOs, such as, but not limited to, corruption, money laundering, cybercrime, theft of intellectual property, and human smuggling.

# NONPROLIFERATION, ANTI-TERRORISM, DEMINING AND RELATED PROGRAMS (NADR)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| NADR | 870,000 | 870,000 | 745,000 | (125,000) |
| Additional Funding (non-add) | 100,000 | - | - | - |

[1] FY 2024 Estimate reflects the funding levels notified in the 653(a) Report. The FY 2024 Estimate total excludes $100.0 million in additional funding made available in the Ukraine Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. B).

The FY 2026 NADR Request of $745.0 million will support a broad range of U.S. national interests through critical security-related programs that reduce threats posed by international terrorist activities; landmines, explosive remnants of war (ERW), and stockpiles of excess conventional weapons and munitions; nuclear, radiological, chemical, and biological weapons of mass destruction (WMD); advanced and emerging technologies; and other destabilizing weapons and missiles, including Man-Portable Air-Defense Systems (MANPADS) and their associated technologies. The Request concentrates resources where they offer the most value and impact to U.S. national security priorities.

**Nonproliferation Activities**

**Voluntary Contribution to the International Atomic Energy Agency (IAEA) ($90.0 million)**: The Request ensures that the IAEA has the personnel, training, equipment, and expertise it needs to detect and deter diversion of nuclear material and facilities for nuclear explosive purposes, including in countries such as Iran. Programs enhance nuclear safety and security, the responsible use of nuclear energy, and the peaceful uses of nuclear technologies.

**Global Threat Reduction Program (GTR) ($65.0 million)**: GTR implements innovative, efficient, and cost-effective threat-driven programming that protects U.S. national and economic security and prevents U.S. adversaries from developing, acquiring, or using WMD, delivery systems, advanced conventional weapons, and dual-use advanced and emerging technologies. Priorities include countering China's exploitation of critical and emerging technologies, such as artificial intelligence, biotechnologies, quantum, and space technologies for military advantage; disrupting Iranian nuclear, ballistic missile, chemical, and drone programs; disrupting Chinese, North Korean, and Russian proliferation networks that undermine U.S. dominance in the technological, military, and economic realms; catalyzing exports of secure, safe, and proliferation-resistant U.S. small modular reactors and advanced U.S. nuclear reactor technologies; and preventing chemical and biological attacks.

**Export Control and Related Border Security (EXBS) ($51.0 million)**: Programs help prevent illicit trade of weapons of mass destruction (WMDs) and related items, advanced conventional weapons, and critical and emerging technologies. Funds strengthen capabilities of partner countries to identify and disrupt proliferation networks linked to Iran and North Korea, and secure high-risk ports of entry, which safeguards American technological leadership and military superiority from China and other adversaries. The program advances U.S. national security goals through targeted engagements with

137

foreign governments on bilateral, regional, and multilateral levels to promote the adoption of U.S. standards in strategic trade control practices.

**Contributions to the Comprehensive Nuclear-Test-Ban Treaty International Monitoring System (CTBT IMS) ($30.0 million)**:  The IMS ensures that adversaries cannot gain an unchecked nuclear advantage while enabling the U.S. to maintain a credible deterrent, without conducting nuclear explosive testing.  The Preparatory Commission for the Comprehensive Nuclear-Test-Ban Treaty Organization (PrepCom) fields, operates, and maintains the state-of-the-art IMS, a global network of 321 seismic, hydroacoustic, infrasound, and radionuclide sensing stations designed and optimized to detect nuclear explosions worldwide.  This system provides data and analysis to CTBT signatory states through the International Data Centre, which serves as an important supplement to U.S. Air Force-operated National Technical Means for monitoring nuclear explosions.  This Request facilitates the hiring of Americans by the Provisional Technical Secretariat (PTS) through a Tax Reimbursement Agreement and covers the U.S. contribution to support these activities.  Additionally, contributions to the **CTBT Organization Preparatory Commission (CTBTO PrepCom) ($1.0 million)** will expedite the completion of elements of the CTBT IMS and assist the PTS' ability to increase the effectiveness and efficiency of the IMS to monitor for nuclear explosions, including the enhancement of data analysis capabilities and providing timely and accurate detection of nuclear tests.

**Nonproliferation and Disarmament Fund (NDF) ($20.0 million)**:  NDF responds to unanticipated or uniquely complex global WMD and conventional weapons nonproliferation and disarmament opportunities, circumstances, or conditions that other U.S. government programs are unable to address.  NDF develops, negotiates, and implements thoroughly vetted projects to destroy, secure, and prevent the proliferation of materials, weapons, delivery systems, and related technologies.  Funding will enable NDF to continue to respond to the high demand for NDF's expertise and capabilities to rapidly address the malign global activities of China, Iran, and North Korea, emerging WMD-enabling and WMD-like technologies, biological and chemical weapons proliferation, and chemical, biological, radiological, nuclear, and explosives (CBRNe) threats to ensure that illicit materials do not reach the U.S. homeland.

**Weapons of Mass Destruction Terrorism (WMDT) ($7.0 million)**:  Resources will counter threats involving WMDs and materials, advanced conventional weapons, and explosives; strengthen partner countries' abilities to mitigate terrorist acquisition and use of enabling technologies; prevent low-tech chemical and biological attacks; counter radiological and nuclear theft and smuggling; and enhance WMD forensics, evidence collection, and legislative and legal enforcement, while securing foreign partner financial commitments to shift the cost burden for global security away from the U.S. taxpayer.

**Nuclear Nonproliferation Treaty (NPT) and Biological Weapons Convention (BWC) Cooperation ($5.0 million)**:  Resources will support the Sustained Dialogue on Peaceful Uses initiative, which advances NPT objectives by underscoring access to peaceful uses as a benefit under the NPT to states that comply with safeguard obligations.  Programs will respond to Chinese and Russian efforts to curry influence among global emerging states by providing tangible demonstration of the U.S. commitment to peaceful international nuclear cooperation.  Funding will support technical projects that advance nuclear safety and security infrastructure in developing countries in line with international standards and guidance.  The BWC Support Fund will support technical cooperation in areas such as treaty implementation, investigation and attribution capacity for biological weapons use, biosafety, and biosecurity and increase partner engagement and capacity to prevent biological weapons development and use.

**Arms Control, Deterrence, and Stability (ADS) ($1.0 million)**:  Programs will counter chemical weapons and related threats by supporting efforts to hold to account those who have used or proliferated

chemical weapons or otherwise violated the Chemical Weapons Convention (CWC), including raising awareness of state chemical weapons threats; countering the influence of malign actors in vulnerable regions; providing assistance to partners on chemical safety and security; and supporting implementation of the CWC to prevent malign actors from developing, transiting, or using chemical weapons. Funds will also strengthen the U.S.' ability to capitalize on time-sensitive diplomatic opportunities and support the Organization for the Prohibition of Chemical Weapons (OPCW) to advance U.S. priorities.

**Antiterrorism Activities**

**Antiterrorism Assistance (ATA) ($215.0 million)**:  Funds bolster partner nations' civilian law enforcement, criminal justice sector, and border/aviation security officials to counter terrorist threats against the U.S. homeland, Americans, and U.S. interests abroad.  Programming provides bilateral, regional, and global training, consultations, equipment, infrastructure, and mentorship to enhance foreign partners' civilian counterterrorism capabilities, including in terrorism investigations, prosecutions, and adjudications; crisis response; counter-improvised explosive devices (C-IEDs); explosive ordinance disposal (EOD) removal; soft target protection; cyber and forensics activities; border/aviation security; watchlisting; information sharing; anti-money laundering and countering the financing of terrorism; terrorism incarceration and prison management; and other areas as needed.  Funds will also be used for program support, administration, and monitoring and evaluation, including field-based support in focus countries.

**Terrorist Interdiction Program/Personal Identification, Secure Comparison, & Evaluation System (TIP/PISCES) ($45.0 million)**:  Programs safeguard the U.S. homeland and our partners from global terrorist travel.  PISCES – the primary U.S. border security management system – protects the U.S. homeland by enabling partner nations to better identify and interdict known or suspected terrorists and other malign actors entering or leaving their country, and where arrangements exist, share this information with the U.S.  PISCES operates 24/7 in 22 high-priority counterterrorism partner countries processing 300,000 travelers daily, and providing state-of-the-art computerized border security screening systems, periodic hardware and software upgrades, and technical assistance and training to partner and candidate countries' immigration and border control officials.  Funds will also support research, development, and testing of enhanced capabilities to address evolving needs for customized interfaces with local, international, and U.S. government systems and databases.  This includes deploying portable and mobile systems for remote locations lacking infrastructure, ensuring that the system maintains standards in accordance with international norms.  Funds will also support program design, planning, implementation, management, and monitoring and evaluation, including curriculum development, subject matter expert engagement, and program manager labor and travel.

**Regional Stability**

**Conventional Weapons Destruction (CWD) ($215.0 million)**:  Programs will continue to advance U.S. goals to improve security and stability through demining and weapons stockpile security.  Demining programs locate and clear explosive hazards while teaching civilians how to stay safe in contaminated areas, which fosters political stability, advances U.S. business interests, and reduces partners' long-term reliance on other forms of foreign assistance by opening access to agricultural land and natural resources, facilitating economic development, clearing the way for infrastructure restoration, and denying terrorists access to explosive material.  Additionally, many countries have large stockpiles of excess, obsolete, and unstable small arms, light weapons, and ammunition, which are frequently poorly secured and vulnerable to exploitation by drug traffickers, terrorists, and other non-state adversaries of the U.S.  Weapons stockpile security programs work with host-nation security forces to safely dispose of excess and unstable

munitions while improving security and management of retained stockpiles.  In Southeast Asia and the Pacific, efforts address unexploded ordnance remaining from prior U.S. military operations and are foundational to countering Beijing's influence.  In Latin America and the Caribbean, programs make it harder for narco-terrorists and human traffickers to access a traditional source of the weapons they use to imperil security at our southern border.

# NATIONAL SECURITY ENGAGEMENT ACCOUNT (NSEA)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| NSEA | 410,458 | 410,458 | 30,000 | (380,458) |
| Additional Funding (non-add) | 10,000 | - | - | - |

[1] FY 2024 Estimate reflects the funding levels notified in the 653(a) Report. The FY 2024 Estimate total excludes $10.0 million in additional funding made available in the Israel Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. A). This account was previously named the Peacekeeping Operations (PKO) account.

The FY 2026 NSEA Request of $30.0 million provides ongoing support for the Multinational Force and Observers (MFO).

The Administration is continuing to review U.S. support to all international organizations, consistent with the Executive Order on "*Withdrawing the U.S. From and Ending Funding to Certain United Nations Organizations and Reviewing U.S. Support to all International Organizations*". Should the Administration seek to pay any UN peacekeeping assessments, including for the UN Support Office in Somalia, the Request includes authority to transfer funding from the America First Opportunity Fund to the Contributions for International Peacekeeping Activities account.

**Multinational Force and Observers (MFO) ($30.0 million)**: The FY 2026 Request prioritizes funding for the U.S. contribution to the MFO mission in the Sinai, which supervises the implementation of the security provisions of the Egyptian-Israeli Peace Treaty – a fundamental element of regional stability. The MFO is a cornerstone of U.S. efforts to advance a comprehensive and lasting peace between Israel and its neighbors and is critical to promoting U.S. security interests in the Middle East. Requested funding will continue supporting the ongoing operations costs and the increased force-protection needs for the MFO, including equipment and infrastructure improvements. The FY 2026 resources for MFO includes support for operational expenses which will be matched equally by Israel and Egypt.

# INTERNATIONAL MILITARY EDUCATION AND TRAINING (IMET)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| IMET | 119,152 | 119,152 | 95,000 | (24,152) |

[1] FY 2024 Estimate reflects the funding levels notified in the 653(a) Report.

The FY 2026 IMET Request of $95.0 million delivers important returns for the American people at a relatively low cost. IMET serves as an effective and efficient means to strengthen military partnerships and counter strategic competitors in pursuit of U.S. national security goals and regional stability. The IMET program supports professional military education (PME) and exposes international military students to U.S. culture while developing their common understanding of shared values and the benefits of U.S. partnership. This exchange in turn fosters the relationships necessary, often for many years into the future, to address a wide array of international security challenges. IMET programs improve defense capabilities through PME and training, including technical courses. This Request concentrates resources where they offer the most value and impact to U.S. national security priorities and focuses on maintaining bilateral programs for the highest-priority requirements, as well as needed administrative costs.

# FOREIGN MILITARY FINANCING (FMF)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate[2] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| FMF Total | 6,133,397 | 5,858,397 | 5,150,000 | (708,397) |
| Enduring | 6,133,397 | 5,858,397 | 5,150,000 | (708,397) |
| FMF Additional Funding (non-add) | 7,100,000 | - | - | - |
| FMF Loan and Loan Guarantee Authority (non-add) | 16,000,000 | - | 8,000,000 | 8,000,000 |

[1] FY 2024 Estimate reflects the funding levels notified in the 653(a) Report. The FY 2024 Estimate total excludes $2.0 billion in additional funding made available in the Indo-Pacific Security Supplemental Appropriations Act, 2024, (P.L. 118-50, Div. C), $1.6 billion in Ukraine Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. B), and the $3.5 billion in the Israel Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. A). It also excludes the loan level of $8.0 billion and loan guarantee level of $8.0 billion, as extended and expanded by the aforementioned laws.
[2] FY 2025 Estimate total excludes $275.0 million in emergency funding that were not designated as emergency by the President.

The FY 2026 Request of $5.2 billion for FMF promotes U.S. national security by contributing to regional and global stability; strengthening military support for key U.S. allies and other governments; and countering strategic competitors and transnational threats. The Request proposes funding for grant assistance and funding (and related authorities) for the cost of providing up to $8.0 billion in FMF direct loans and loan guarantees. The direct loan and loan guarantee authority will expand the tools available to the United States to help allies and others further strengthen their security capabilities and maintain the edge of U.S. industry over strategic competitors. Grant assistance, loans, and loan guarantees will be developed and planned in close coordination with the Department of Defense (DoD) to enhance efficiency and ensure complementarity with DoD's authorities for building the capacity of foreign security forces. The Request retains funding for key U.S. partners (Israel, Egypt, Jordan, and Taiwan); supports the Department's ability to address global emerging priorities and critical needs, including in the Indo-Pacific (concerning China and beyond); and includes FMF administrative funds for the administrative needs required to manage the largest foreign assistance account.

**FMF Loan and Loan Guarantee Authority ($8.0 billion in authority)**: FMF direct loan and loan guarantee authority is an important tool, complementary to FMF grant assistance, which enables the United States to enhance our partnerships with allies and others through a more complete continuum of modern financing options for their purchase of U.S. defense articles. The Request seeks authority to provide up to $4.0 billion in FMF loans and $4.0 billion in FMF loan guarantees to maximize the Administration's ability to respond to emerging requirements by offering more competitive financing options relative to strategic competitors. Within these loan levels, the Request envisions prioritizing $2.0 billion of loan and $2.0 billion of loan guarantee authority for Taiwan, and $1.0 billion each for Jordan. The Request assumes the remaining $1.0 billion in loan and $1.0 billion in loan guarantee authority may be used for emerging priorities such as partners in the Indo-Pacific. Supporting private markets and broadening participation beyond just taxpayers is also priority for the guarantee authority (capped at an 80 percent guarantee), but as a flexibility, authority is requested to allow for $2.0 of the $4.0 billion in loan guarantee authority to be 100 percent U.S. Government-guaranteed and financed by the Federal Financing Bank (FFB).

**Middle East and North Africa (MENA) ($4.8 billion)**: The strategic security priorities in the MENA region are to counter Iran's malign influence; ensure the enduring defeat of ISIS, al-Qa'ida, and other violent extremist groups; and develop and strengthen bilateral and multilateral security relationships, especially in the wake of the October 7, 2023 Hamas terrorist attacks against Israel. Supporting lasting security partnerships, such as those with Israel, Egypt, and Jordan, is critical to promoting regional stability, preventing the expansion of regional conflict, collectively deterring aggression, and reducing threats to U.S. and partner interests in the region. The Request specifically provides Jordan $200.0 million available as a grant, but also available and better-deployed as a loan subsidy.

**Taiwan ($100.0 million)**: The Request supports Taiwan's military modernization and self-defense capabilities, strengthening cross-Strait deterrence and maintaining peace and stability across the Taiwan Strait. FMF is critical for global security and prosperity and consistent with the United States' longstanding one China policy and the Taiwan Relations Act. The Request assumes that the $100.0 million could be deployed to subsidize a loan for significantly larger total level of assistance.

**PM – Emerging Global Priorities ($188.0 million)**: Funds will provide the Department with the flexibility to address critical foreign policy priorities in the age of heightened strategic competition. This includes support for partners that demonstrate a willingness to stand up to Chinese encroachment; meet defense spending targets and shoulder their fair portion of collective security costs, which contributes to the reindustrialization of the United States; and/or further strengthen burden-sharing. Funds may be used for paying the subsidy costs for loans or loan guarantees; capacity-building measures; and other strategic initiatives to leverage additional investments. Dedicated flexible funding is necessary to strengthen military partnerships critical to core U.S. national security interests and will be executed in a manner that puts America's core interests first. Priority recipients could include partners in the Indo-Pacific and other regions to counter Chinese activities.

**FMF Administrative Expenses ($62.0 million)**: The Request supports the operating costs of administering military sales, grants, loans, and other activities of security assistance offices overseas, within DoD, and in the Department of State Bureau of Political-Military Affairs. Such expenses include FMF-funded State direct hire positions to address State staffing requirements for FMF and IMET programs, including oversight and implementation of FMF loans and loan guarantees.

# SPECIAL DEFENSE ACQUISITION FUND (SDAF)

| ($ in thousands) | FY 2024[1] Estimate | FY 2025 Estimate[1] | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| SDAF Total | - | - | - | - |
| SDAF | 900,000 | 900,000 | 900,000 | - |
| Offsetting Collections | (900,000) | (900,000) | (900,000) | - |
| Net Cost for Special Defense Acquisition Fund | - | - | - | - |

[1] These levels are the same as the yearly obligation authority from the SDAF fund, which is currently $900.0 million per year.

SDAF helps expedite the procurement of defense articles for provision to foreign nations. The FY 2026 Request reflects $900.0 million in renewed SDAF obligation authority, to be funded by offsetting collections. In FY 2026, offsetting collections will be derived from SDAF sales of pre-purchased arms and equipment as well as other receipts consistent with section 51(b) of the Arms Export Control Act.

The FY 2026 Request will support advance purchases of high-demand equipment that has long procurement lead times, which are often the main limiting factor in our ability to provide partner and allied nations with critical equipment to make them operationally effective in a timely manner. Improving the mechanisms for supporting U.S. partners is a high priority for both the Departments of State and Defense.

## MULTILATERAL ASSISTANCE AND RELATED FUNDS

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| **Multilateral Assistance and Debt Restructuring Total** | **2,819,745** | **2,760,135** | **1,406,943** | **(1,353,192)** |
| **Multilateral Development Banks** | **1,925,625** | **1,882,015** | **1,326,943** | **(555,072)** |
| International Bank for Reconstruction and Development (IBRD)[1] | 206,500 | 206,500 | - | (206,500) |
| International Development Association (IDA) | 1,380,256 | 1,380,256 | 1,066,184 | (314,072) |
| African Development Bank (AfDB) | 54,649 | 54,649 | 54,649 | - |
| African Development Fund (AfDF) | 197,000 | 197,000 | - | (197,000) |
| Asian Development Fund (AsDF) | 87,220 | 43,610 | 43,610 | - |
| European Bank for Reconstruction and Development (EBRD) | - | - | 87,500 | 87,500 |
| Inter-American Investment Corporation (IIC, or IDB Invest) | - | - | 75,000 | 75,000 |
| **Energy and Environment** | **275,200** | **275,200** | **-** | **(275,200)** |
| Clean Technology Fund (CTF) | 125,000 | 125,000 | - | (125,000) |
| Global Environment Facility (GEF) | 150,200 | 150,200 | - | (150,200) |
| **Food Security** | **53,000** | **53,000** | **-** | **(53,000)** |
| International Fund for Agricultural Development (IFAD) | 43,000 | 43,000 | - | (43,000) |
| Global Agriculture and Food Security Programs (GAFSP) | 10,000 | 10,000 | - | (10,000) |
| **Office of Technical Assistance (OTA)** | **38,000** | **38,000** | **30,000** | **(8,000)** |
| **Debt Restructuring** | **41,000** | **25,000** | **-** | **(25,000)** |
| G-20 Common Framework for Debt Treatments, and Paris Club | 26,000 | 10,000 | - | (10,000) |
| Offsets, rescissions (Non-Add) | - | (111,000) | (11,900) | 99,100 |
| Tropical Forest and Coral Reef Conservation Act (TFCCA) | 15,000 | 15,000 | - | (15,000) |
| **Treasury International Assistance Programs** | **50,000** | **50,000** | **50,000** | **-** |
| **International Organizations and Programs (IO&P)** | **436,920** | **436,920** | **-** | **(436,920)** |

[1] The Full-Year Continuing Appropriations and Extensions Act, 2025 (P.L. 119-4) provided the final amount needed to complete the purchase of U.S. shares subscribed to under the World Bank's 2018 Capital Increase Package, which included a number of reforms negotiated during the first Trump administration.

The President's FY 2026 Request (the Request) requests $1.4 billion for the Department of the Treasury's International Programs. The Request seeks to bolster U.S. economic leadership by refocusing resources on priorities that make America safer, stronger, and more prosperous and providing savings for the American people. The resources requested will help achieve the Administration's objective to return the World Bank, International Monetary Fund (IMF), and the rest of the international financial institutions (IFIs) to their core missions that restore, build, and preserve economic stability. The Request gives Treasury the requisite resources to maintain leadership at the IFIs as we negotiate the major reforms that are necessary to return them to their core missions and increase the value they provide to the American people. A thriving global economy increases opportunities for the American people by opening new markets for U.S. exports and investment that will strengthen U.S. economic prosperity, while also supporting stability that enhances our national security.

Today, with China's influence around the world growing, global trade in desperate need of rebalancing, and conflicts raging in multiple regions of the globe, American leadership at the IFIs is more important than ever. We are leveraging our leadership to press the IFIs to return to their core missions, which will make them more efficient, effective, and responsive to all of their shareholders. The IFIs serve critical roles in the international system—so long as they can stay true to their missions. To maintain and leverage this leadership, however, requires that the United States meet our financial commitments in the IFIs and provide appropriate support for the poorest countries.

Because of our leadership, the IFIs share core American values of transparency and accountability, anti-corruption, and economic development driven by the private sector and free enterprise. At a time when many developing countries have access to alternative, non-transparent sources of lending, including from China, we must continue to lead the IFIs so that they remain high quality and reliable partners to borrower countries.

Our role in the IFIs is a cost-effective way for us to lead but not shoulder the burden alone, including in response to crises. The United States is a catalyst, and our investments lead other countries to contribute, resulting in more value-for-money for each dollar spent.

**Multilateral Development Banks**

The Request includes $1.3 billion for the multilateral development banks (MDBs) to support their efforts to help developing countries increase market-based economic growth and private sector-led job creation and development, improve energy access, invest in human capital, and promote good governance. These resources would also bolster the MDBs' financing to support infrastructure that is resilient to shocks, respond to disruptions in food and energy supplies, and manage economic spillovers from conflict. Financing from the MDBs is transparent and provided on terms commensurate with long-term debt sustainability, and it comes with strong accountability through robust risk mitigation and anti-corruption measures, making it an important alternative to coercive and non-transparent borrowing from China for developing countries.

U.S. contributions help to catalyze additional resources from other shareholders and the private sector. With this capital, the MDBs leverage funding from capital markets, which significantly increases overall MDB financing and enables the use of a wide range of instruments appropriate to borrowers' development needs, including loans, guarantees, equity, insurance, and knowledge products. For example, over the last 80 years, just over $9.0 billion of U.S. paid-in capital has helped support over $2.4 trillion of financing from the MDB non-concessional windows and those serving the private sector.

Treasury's requests for the MDBs include:

*International Development Association (IDA):* $1.1 billion in support of IDA programs in the world's low-income countries as part of the twenty-first replenishment period (IDA-21, covering the period July 1, 2025–June 30, 2028), including support for an initial U.S. pledge payment to IDA-21. The Request includes authorization for the United States to subscribe to the IDA-21 replenishment. The Administration also proposes legislative language to exempt securities issued by IDA from regulation by the Securities and Exchange Commission. This request is included in the General Provisions found in the Department of State and Other International Programs chapter of the FY 2026 President's Budget Appendix.

*African Development Bank (AfDB):* $54.6 million for the sixth installment to subscribe to the U.S. share of the paid-in portion of the seventh general capital increase. The Administration also requests authorization to participate in a general callable capital increase. The Request proposes a program limitation that would allow the United States to subscribe to up to $8.7 billion in callable capital issued for the seventh general capital increase and general callable capital increase.

*Asian Development Fund (AsDF):* $43.6 million in support of AsDF programs in the poorest countries in Asia as part of the thirteenth replenishment period (AsDF-14, covering the period 2025–2028). The Request proposes authorization for the United States to subscribe to the AsDF-14 replenishment.

*European Bank for Reconstruction and Development (EBRD):* $87.5 million for an initial payment to subscribe to the U.S. share of the EBRD general capital increase. The Administration requests authorization to subscribe to shares issued as part of the EBRD general capital increase.

*Inter-American Investment Corporation (IIC, also referred to as IDB Invest):* $75.0 million for an initial subscription to a capital increase for IDB Invest. The Administration also requests authorization to subscribe to up to 58,942 additional shares issued as part of the IDB Invest capital increase.

## International Monetary Fund (IMF) Facilities

The Request seeks authorization and appropriations for an increase in the U.S. quota subscription to the International Monetary Fund (IMF) as well as a reduction in the amount of the U.S. commitment under the New Arrangements to Borrow (NAB). There is no budget cost associated with this request to increase the quota subscription or reduce the level of the NAB commitment. The U.S. transactions with the IMF under the quota and NAB subscriptions do not increase the deficit in any year and are viewed as an exchange of monetary assets.

## Technical Assistance – Office of Technical Assistance

The Request includes $30.0 million for Treasury's Office of Technical Assistance (OTA). OTA will support a safer, stronger, and more prosperous America by building the capacity of finance ministries and central banks to effectively manage public finances and safeguard their financial sectors. Through bilateral technical engagements, OTA strengthens U.S. national security, supports global financial stability, reduces dependence on foreign aid and malign actors, and expands trade and investment opportunities for U.S. businesses. Funding will enable OTA to respond to strong and growing demand for American technical assistance.

## Debt Restructuring and Relief

The Request includes no new funds for the United States' participation in debt restructuring and relief programs through multilateral initiatives including the Paris Club and G20 or bilateral debt treatments under authority provided by the Tropical Forest and Coral Reef Conservation Act (TFCCA).

The Request includes a recission of $11.9 million for Somalia debt relief. These funds are the remaining balance after the United States completed its participation in debt relief under the Heavily Indebted Poor Country (HIPC) Initiative for Somalia in late 2024.

**Treasury International Assistance Programs (TIAP)**

The Request includes $50.0 million to enable Treasury to meet new and emergent needs through the IFIs, financial intermediary funds and trust funds administered by IFIs and other international organizations, and technical assistance. Requested resources will be used to advance U.S. strategic and economic priorities and leadership, including countering the influence of malign actors. Funding under TIAP will support Treasury in advancing U.S. leadership in galvanizing action and mobilizing resources, including from key international organizations and both the public and private sector, and providing contingency resources in the event of increased demand for technical assistance due to unexpected events and economic disruptions.

# EXPORT-IMPORT BANK OF THE UNITED STATES (EXIM)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| EXIM Total | 68,860 | (66,140) | (174,740) | (108,600) |
| EXIM - Offsetting Collections | (80,000) | (215,000) | (323,600) | (108,600) |
| EXIM – Operations (Including OIG) | 148,860 | 148,860 | 148,860 | - |
| Export-Import Bank Rescission | (114,130) | - | - | - |

[1] EXIM uses FY 2024 Actuals

The Export-Import Bank of the United States (EXIM) projects $10.9 billion in export credit activity in FY 2026, fully supported by receipts collected from EXIM's borrowers (except for the Office of Inspector General (OIG), which is funded through a direct appropriation). Total receipts are expected to reach $323.6 million, including amounts set aside to cover the cost of EXIM credit programs. These offsetting collections will fund $125.0 million in administrative expenses and $15.0 million in program budget. An additional $8.9 million, included in the above table is requested for OIG operations.

After covering all expenses, EXIM forecasts returning $183.6 million to the U.S. Treasury as negative subsidy receipts.

EXIM serves as the official export credit agency of the United States. It provides financing for U.S. exports through loans, guarantees, and insurance programs where the private sector is unable or unwilling to provide financing. By facilitating the financing of U.S. exports, EXIM helps U.S. businesses, particularly small and medium-sized enterprises – compete globally and supports domestic jobs.

EXIM's FY 2026 activities are estimated to support 53,000 U.S. jobs and advance the Trump Administration's priorities, including expanding U.S. exports, strengthening domestic manufacturing, and promoting energy dominance. Programs such as the China and Transformational Exports Program (CTEP) and the new Supply Chain Resiliency Initiative (SCRI) further align EXIM's efforts with an America First Foreign Policy.

# U.S. TRADE AND DEVELOPMENT AGENCY (USTDA)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| USTDA | 87,000 | 87,000 | 87,000 | - |

The FY 2026 Request for the U.S. Trade and Development Agency (USTDA) of $87.0 million will strengthen the Agency's ability to help companies create U.S. jobs through the export of U.S. goods and services for priority infrastructure projects that advance U.S. national security interests.

USTDA achieves its mission by funding project preparation activities such as feasibility studies, technical assistance, and pilot projects. The Agency also connects U.S. firms and overseas decision makers through partnership-building activities such as reverse trade missions and industry events.

For more than three decades, USTDA has utilized its specialized experience and unique toolkit to generate quantifiable results. In FY 2024, on average, the Agency's activities generated $231 in U.S. exports for every Congressionally appropriated dollar. USTDA will continue to make America safer, stronger, and more prosperous by prioritizing national security-related infrastructure projects that hold significant U.S. export potential including energy, critical minerals, digital, and transportation infrastructure.

Across its programming, USTDA will help level the playing field for U.S. exporters and leverage its partnerships with U.S. industry to help secure America's position as the unrivaled world leader in critical infrastructure technologies in the Indo-Pacific; Latin America and the Caribbean; Middle East, North Africa, Europe, and Eurasia; and sub-Saharan Africa, by:

Engaging at the most critically important stage of the infrastructure project development cycle when design choices and technical options are defined and determined. By deploying U.S. firms to carry out this work, USTDA helps mobilize global capital and strengthen American competitiveness.

Incentivizing emerging market decision makers to select high-quality American goods and services over government-supported competition from China for infrastructure projects that are U.S. national security priorities. U.S. firms often face subsidized, state-sponsored foreign competition in major international infrastructure deals. USTDA can help level this playing field for U.S. firms by offering emerging market decision-makers specialized training programs if they select a U.S. supplier.

The FY 2026 Request of $87.0 million is unchanged from the FY 2025 enacted level. These appropriated funds will enable USTDA to advance national security priorities including America's global energy dominance and countering China's economic influence.

# U.S. INTERNATIONAL DEVELOPMENT FINANCE CORPORATION (DFC)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| DFC Total | 563,650 | 545,450 | 375,200 | (170,250) |
| Subtotal, Admin/IG/Program | - | - | - | - |
| Administrative Expenses | 243,000 | 243,000 | 230,000 | (13,000) |
| Program | 740,250 | 740,250 | 573,000 | (167,250) |
| Inspector General | 7,200 | 7,200 | 7,200 | - |
| Offsetting Collections | (426,800) | (445,000) | (435,000) | 10,000 |
| Equity Investments Account (Mandatory) | - | - | [3,000,000] | [3,000,000] |

[1] The FY 2024 Estimate Development Finance Corporation total includes FY 2024 scored offsetting collections of $426.8 million

The U.S. International Development Finance Corporation (DFC) is America's development finance institution. DFC investments deploy public capital to catalyze private investment and support U.S. foreign policy, national security, and economic interests. Our investments make America stronger, safer, and more prosperous, while delivering returns to the U.S. taxpayer.

DFC was established through the Better Utilization of Investments Leading to Development (BUILD) Act of 2018 with bipartisan support during President Trump's first term, with the mandate to make investments around the world to advance the foreign policy and economic statecraft interests of the United States and strengthen national security. These investments benefit the American people and the American economy in multiple ways:

- **DFC makes America stronger** by investing in projects that counter strategic competitors, and bolster supply chains of inputs critical to the U.S. economy.
- **DFC makes America safer** by investing in projects that advance stable and healthy communities to prevent threats before they reach U.S. borders and reduce many factors that contribute to migration.
- **DFC makes America more prosperous** by helping U.S. businesses access significant international and strategic investment opportunities in sectors such as infrastructure, energy, and others in line with U.S. national interests.

DFC mobilizes private sector capital to fulfill its mandate, focusing on key areas – including infrastructure, information technology, critical minerals, and energy – that represent significant need for investment and significant investment opportunity. Today, DFC seeks to build on that progress and deliver a new vision for economic statecraft that centers on the deployment of strategic public capital that catalyzes private investments and advances the interests of the United States and its citizens as well as its allied partners.

To meet the ambitious vision that the Trump administration and Congress have for the Corporation, DFC requests $803 million to better serve America's strategic foreign policy, national security, and economic interests.

Administrative Expenses:  The Request includes administrative expenses of $230.0 million. This funding underpins the work DFC does around the world. With this operating budget, DFC will be an effective and efficient agency that helps reduce the U.S. deficit by supporting creditworthy investments rather than handouts.

Program Funds:  The FY 2026 Request also includes $573.0 million in program funds. This will allow DFC to invest in projects that counter strategic competitors, bolster supply chains of critical minerals needed for the defense industry and other industries of the future and help U.S. businesses access strategic investment opportunities in infrastructure, energy, and other sectors.

Equity Revolving Fund:  The Request also proposes $3.0 billion in mandatory funds to expand use of DFC's equity tool for strategic investments to make America stronger, safer, and more prosperous. Structured as a revolving fund on a cash basis, DFC may reinvest any realized returns from its initial investments.

## EXECUTIVE SUMMARY

### Administrative Expenses

For FY 2026, DFC requests $230.0 million for administrative expenses.  This level will provide necessary support costs to advance U.S. strategic foreign policy, national security, and economic development goals.  DFC will use the administrative budget to maintain an effective, efficient, and fiscally responsible agency.

Among other priorities, DFC's FY 2026 funding will support DFC's underwriting capacity, including financing and political risk insurance capabilities, as well as an increased equity capacity; continuing support for DFC's monitoring and evaluation program to measure our economic impact in host countries and to the U.S. economy; sustaining mission support functions  to meet the demands of DFC's programs; and supporting DFC's lean overseas presence to source quality projects in strategic markets.

DFC will use administrative resources to support the skilled workforce needed to achieve its foreign policy objectives.  Each transaction requires a bespoke approach to assessing the features and challenges of the host-country market and the competitive landscape, along with significant time and expertise. Administrative resources will enable the Corporation to strengthen management and oversight structures, especially for complex and higher-value, higher-impact transactions, ensuring DFC can manage risks and monitor results in a manner that maximizes the strategic and economic impact of its portfolio, while protecting U.S. taxpayer dollars.

### Program Budget and Policy Objectives

The FY 2026 Request includes $573.0 million of program funding that will enable DFC to bolster America's interests through strategic investments and economic development investments across priority sectors in regions that align with U.S. foreign policy and national security priorities.

DFC provides a cost-effective approach to make a significant strategic impact and counter China and other strategic competitors' influence around the world.  The Corporation's private investment model allows each dollar of appropriations to go further.

Sitting at the nexus of foreign policy, national security, and economic development, DFC was created by Congress to offer a private-sector-driven solution to advance U.S. foreign policy and national security objectives while addressing some of the world's greatest challenges.  Prime among these is countering

America's strategic competitors, including China, whose Belt and Road Initiative (BRI) has invested more than $1.0 trillion around the world.

Through investments in strategic sectors such as critical minerals, infrastructure, information technology, and energy security, DFC is making America stronger, safer, and more prosperous, while returning money to the U.S. taxpayer.

**Fee Authority**

DFC's FY 2026 Request maintains fee authority to use fees collected from clients to pay for project-specific transaction costs. Fee authority is beneficial to taxpayers by allowing the Corporation to shift upfront costs to clients and creates an incentive for clients to complete their projects.

**Office of the Inspector General**

DFC Office of Inspector General's (OIG) mission is to prevent, detect, and deter fraud, waste, and abuse in DFC's programs and operations, while also increasing the efficiency, effectiveness, and transparency of DFC-supported investments. To accomplish this mission, DFC OIG requests $7.2 million for FY 2026. The OIG will continue to conduct and supervise independent audits, investigations, inspections, and evaluations of DFC's growing investment portfolio and operations.

At the end of FY 2024, DFC's development portfolio reached more than $48.9 billion with active investments in 114 countries. An effective OIG ensures American taxpayer dollars are protected as DFC fulfills its mission to partner with the private sector to finance solutions, while advancing U.S. national security and foreign policy priorities. To meet this need, the OIG has created an experienced oversight team of audit, investigative, legal, and other professionals. This team already has produced notable results, identifying more than $100.0 million in monetary impact findings and achieving a return-on-investment (ROI) ratio of greater than 7:1 since DFC's inception.

# INTERNATIONAL TRADE COMMISSION (ITC)

| ($ in thousands) | FY 2024 Estimate | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| ITC | 122,000 | 122,000 | 134,000 | 12,000 |

The U.S. International Trade Commission (Commission) is an independent, nonpartisan Federal agency with broad investigative responsibilities on matters of trade.  In accordance with its statutory mandate, the Commission investigates and makes determinations in proceedings involving imports claimed to injure a domestic industry or violate U.S. intellectual property rights; provides independent analysis and information on tariffs, trade, and competitiveness; and maintains the U.S. tariff schedule.  For FY 2026, the Commission requests an appropriation of $134.0 million to support its authorized operations. Pursuant to section 175 of the Trade Act of 1974, the budget estimates for the Commission are transmitted to Congress without revision by the President.

# FOREIGN CLAIMS SETTLEMENT COMMISSION (FCSC)

| ($ in thousands) | FY 2024 Estimate[1] | FY 2025 Estimate | FY 2026 Request | Change from FY 2025 Estimate |
|---|---|---|---|---|
| FCSC | 1,968 | 2,504 | 2,504 | - |

[1] The Commission has provided FY2024 actual values.

The Foreign Claims Settlement Commission (FCSC) is a quasi-judicial, independent agency within the Department of Justice. Its principal mission is to adjudicate claims of U.S. nationals against foreign governments, under specific jurisdiction conferred by Congress, pursuant to international claims settlement agreements, or at the request of the Secretary of State.

The FY 2026 Request for FCSC provides $2.5 million to continue evaluating claims of U.S. nationals against foreign governments under claims settlement agreements, as well as maintaining the decisions and records of past claims programs and continue building and modernizing both current and past claims programs records by creating and updating the relevant databases.

# DEPARTMENT OF STATE AND OTHER INTERNATIONAL PROGRAMS
# ADMINISTRATION OF FOREIGN AFFAIRS

# LEGISLATIVE LANGUAGE

## DIPLOMATIC PROGRAMS

For necessary expenses of the Department of State and the Foreign Service not otherwise provided for, $8,569,529,000, of which $1,285,429,350 may remain available until September 30, 2027, and of which up to $3,737,656,000 may remain available until expended for Worldwide Security Protection: Provided, That funds made available under this heading shall be allocated in accordance with paragraphs (1) through (4), as follows:

(1) HUMAN RESOURCES.—For necessary expenses for training, human resources management, and salaries, including employment without regard to civil service and classification laws of persons on a temporary basis (not to exceed $700,000), as authorized by section 801 of the United States Information and Educational Exchange Act of 1948 (62 Stat. 11; Chapter 36), $3,698,045,000, of which up to $723,187,000 is for Worldwide Security Protection.

(2) OVERSEAS PROGRAMS.—For necessary expenses for the regional bureaus of the Department of State and overseas activities as authorized by law, $1,202,091,000.

(3) DIPLOMATIC POLICY AND SUPPORT.—For necessary expenses for the functional bureaus of the Department of State, including representation to certain international organizations in which the United States participates pursuant to treaties ratified pursuant to the advice and consent of the Senate or specific Acts of Congress, general administration, and arms control, nonproliferation, and disarmament activities as authorized, $630,195,000.

(4) SECURITY PROGRAMS.—For necessary expenses for security activities, $3,039,198,000, of which up to $3,014,469,000 is for Worldwide Security Protection.

(5) REPROGRAMMING.—Notwithstanding any other provision of this Act, funds may be reprogrammed within and between paragraphs (1) through (4) under this heading.

## CONSULAR AND BORDER SECURITY PROGRAMS

Of the amounts deposited in the Consular and Border Security Programs account in this or any prior fiscal year pursuant to section 7069(e) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2022 (division K of Public Law 117–103), $517,000,000 shall be available until expended for the purposes of such account: Provided, That the Secretary of State may by regulation authorize State officials or the United States Postal Service to collect and retain the execution fee for each application for a passport accepted by such officials or by that Service.

(CANCELLATION)

Of the unobligated balances available in the Consular and Border Security Programs account, $775,000,000 are hereby permanently cancelled: Provided, That no amounts may be cancelled from amounts that were designated by the Congress as an emergency requirement pursuant to a concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985.

## CAPITAL INVESTMENT FUND

For necessary expenses of the Capital Investment Fund, as authorized, $399,700,000, to remain available until expended.

## OFFICE OF INSPECTOR GENERAL

For necessary expenses of the Office of Inspector General, $134,400,000, of which $20,160,000 may remain available until September 30, 2027, and of which up to $6,000,000 may remain available until September 30, 2026 for the Special Inspector General for Afghanistan Reconstruction (SIGAR): Provided, That funds appropriated under this heading are made available notwithstanding section 209(a)(1) of the Foreign Service Act of 1980 (22 U.S.C. 3929(a)(1)), as it relates to post inspections.

## EDUCATIONAL AND CULTURAL EXCHANGE PROGRAMS

For necessary expenses of educational and cultural exchange programs, as authorized, $50,000,000, to remain available until expended: Provided, That fees or other payments received from, or in connection with, English teaching, educational advising and counseling programs, and exchange visitor programs as authorized may be credited to this account, to remain available until expended: Provided further, That funds made available under this heading may be used to carry out the activities of the Cultural Antiquities Task Force, of which not to exceed $1,200,000 may be used to make grants for such purposes.

## EMBASSY SECURITY, CONSTRUCTION, AND MAINTENANCE

For necessary expenses for carrying out the Foreign Service Buildings Act of 1926 (22 U.S.C. 292 et seq.), preserving, maintaining, repairing, and planning for real property that are owned or leased by the Department of State, and renovating, in addition to funds otherwise available, the Harry S Truman Building, $812,836,000, to remain available until September 30, 2030, of which not to exceed $25,000 may be used for overseas representation expenses as authorized: Provided, That none of the funds appropriated in this paragraph shall be available for acquisition of furniture, furnishings, or generators for other departments and agencies of the United States Government.

In addition, for the costs of worldwide security upgrades, acquisition, and construction as authorized, $1,193,856,263, to remain available until expended.

## REPRESENTATION EXPENSES

For representation expenses as authorized, $7,415,000.

## PROTECTION OF FOREIGN MISSIONS AND OFFICIALS

For necessary expenses, not otherwise provided, to enable the Secretary of State to provide for extraordinary protective services, as authorized, $30,890,000, to remain available until September 30, 2027.

## EMERGENCIES IN THE DIPLOMATIC AND CONSULAR SERVICE

For necessary expenses to enable the Secretary of State to meet unforeseen emergencies arising in the Diplomatic and Consular Service, as authorized, $8,885,000, to remain available until expended, of which not to exceed $1,000,000 may be transferred to, and merged with, funds appropriated by this Act under the heading "Repatriation Loans Program Account".

## PAYMENT TO THE AMERICAN INSTITUTE IN TAIWAN

For necessary expenses to carry out the Taiwan Relations Act (Public Law 96–8), $35,964,000.

## PAYMENT TO THE FOREIGN SERVICE RETIREMENT AND DISABILITY FUND

For payment to the Foreign Service Retirement and Disability Fund, as authorized, $60,000,000.

## REPATRIATION LOANS PROGRAM ACCOUNT

For the cost of direct loans, $2,550,000, as authorized: Provided, That such costs, including the cost of modifying such loans, shall be as defined in section 502 of the Congressional Budget Act of 1974: Provided further, That such funds are available to subsidize gross obligations for the principal amount of direct loans not to exceed $5,520,137.

## INTERNATIONAL ORGANIZATIONS AND CONFERENCES

## CONTRIBUTIONS TO INTERNATIONAL ORGANIZATIONS

For necessary expenses, not otherwise provided for, to meet annual obligations of membership in international multilateral organizations, pursuant to treaties ratified pursuant to the advice and consent of the Senate, conventions, or specific Acts of Congress, $263,803,000.

## INTERNATIONAL COMMISSIONS

## INTERNATIONAL COMMISSIONS

For necessary expenses, not otherwise provided for, to meet obligations of the United States arising under treaties, or specific Acts of Congress, as follows:

## INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES AND MEXICO

For necessary expenses for the United States Section of the International Boundary and Water Commission, United States and Mexico, and to comply with laws applicable to the United States Section, including not to exceed $6,000 for representation expenses, as follows:

SALARIES AND EXPENSES

For salaries and expenses, not otherwise provided for, $64,800,000, of which $9,720,000 may remain available until September 30, 2027.

CONSTRUCTION

For detailed plan preparation and construction of authorized projects, $50,300,000, to remain available until expended, as authorized: Provided, That of the funds appropriated under this heading in this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs for the United States Section, up to $5,000,000 may be transferred to, and merged with, funds appropriated under the heading "Salaries and Expenses" to carry out the purposes of the United States Section, which shall be subject to the regular notification procedures of the Committees on Appropriations: Provided further, That such transfer authority is in addition to any other transfer authority provided in this Act.

## AMERICAN SECTIONS, INTERNATIONAL COMMISSIONS

For necessary expenses, not otherwise provided, for the International Joint Commission and the International Boundary Commission, United States and Canada, as authorized by treaties between the United States and Canada or Great Britain, $13,204,000: Provided, That of the amount provided under this heading for the International Joint Commission, up to $1,250,000 may remain available until September 30, 2027, and up to $9,000 may be made available for representation expenses: Provided further, That of the amount provided under this heading for the International Boundary Commission, up to $1,000 may be made available for representation expenses.

## INTERNATIONAL FISHERIES COMMISSIONS

For necessary expenses for international fisheries commissions, not otherwise provided for, as authorized by law, $54,719,000: Provided, That the United States share of such expenses may be advanced to the respective commissions pursuant to section 3324 of title 31, United States Code.

## <u>OTHER</u>

## FUNDS APPROPRIATED TO THE PRESIDENT

For necessary expenses to enable the President to carry out the provisions of the Foreign Assistance Act of 1961, and for other purposes, as follows:

## GLOBAL HEALTH PROGRAMS

For necessary expenses to carry out the provisions of chapters 1 and 10 of part I of the Foreign Assistance Act of 1961, for global health activities, in addition to funds otherwise available for such purposes, $3,797,000,000, of which $887,000,000 shall remain available until September 30, 2028, including for the prevention, treatment, control of, and research on, tuberculosis, polio, malaria, and other infectious diseases, and of which $2,910,000,000 shall remain avaliable until September 30, 2030 for the prevention, treatment, and control of, and research on HIV/AIDS: Provided, That such funds shall be apportioned directly to the Department of State: Provided further, That funds appropriated under this heading may be avaliable, in addition to amounts otherwise available, for administrative expenses: Provided further, That none of the funds made available in this Act nor any unobligated balances from prior appropriations Acts may be made available to any organization or program which, as determined by the President of the United States, supports or participates in the management of a program of coercive abortion or involuntary sterilization: Provided further, That none of the funds made available under this Act may be used to pay for the performance of abortion as a method of family planning or to motivate or coerce any person to practice abortions: Provided further, That nothing in this paragraph shall be construed to alter any existing statutory prohibitions against abortion under section 104 of the Foreign Assistance Act of 1961: Provided further, That none of the funds made available under this Act may be used to lobby for or against abortion.

Provided, That funds appropriated under this paragraph may be made available, notwithstanding any other provision of law, except for the United States Leadership against HIV/AIDS, Tuberculosis, and Malaria Act of 2003 (Public Law 108–25), for a United States contribution to the Global Fund to Fight AIDS, Tuberculosis and Malaria (Global Fund).

## UNITED STATES EMERGENCY REFUGEE AND MIGRATION ASSISTANCE FUND

For necessary expenses to carry out the provisions of section 2(c) of the Migration and Refugee Assistance Act of 1962 (22 U.S.C. 2601(c)), $1,500,100,000, to remain available until expended, notwithstanding the exception in the second sentence in section 2(c)(2) of such Act: Provided, That funds made available by this Act under this heading may be transferred to, and merged with, funds made available by this Act under the heading "International Humanitarian Assistance".

## INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT

For necessary expenses to carry out section 481 of the Foreign Assistance Act of 1961, $125,000,000, to remain available until September 30, 2027: Provided, That the Department of State may use the authority of section 608 of the Foreign Assistance Act of 1961, without regard to its restrictions, to receive excess property from an agency of the United States Government for the purpose of providing such property to a foreign country or international organization under chapter 8 of part I of such Act, subject to the regular notification procedures of the Committees on Appropriations: Provided further, That section 482(b) of the Foreign Assistance Act of 1961 shall not apply to funds appropriated under this heading: Provided further, That funds appropriated under this heading may be made available to support training and technical assistance for foreign law enforcement, corrections, judges, and other judicial authorities, utilizing regional partners: Provided further, That funds made available under this heading for Program

Development and Support may be made available notwithstanding pre-obligation requirements contained in this Act.

## INTERNATIONAL CENTER, WASHINGTON, DISTRICT OF COLUMBIA

Not to exceed 1,917,178 shall be derived from fees collected from other executive agencies for lease or use of facilities at the International Center in accordance with section 4 of the International Center Act (Public Law 90–553), and, in addition, as authorized by section 5 of such Act, $745,000, to be derived from the reserve authorized by such section, to be used for the purposes set out in that section.

## MILLENNIUM CHALLENGE CORPORATION

## MILLENNIUM CHALLENGE CORPORATION

For necessary expenses to carry out the provisions of the Millennium Challenge Act of 2003 (22 U.S.C. 7701 et seq.) (MCA), $224,000,000, to remain available until expended: Provided, That of the funds appropriated under this heading, up to $128,000,000 may be available for administrative expenses of the Millennium Challenge Corporation: Provided further, That section 605(e) of the MCA (22 U.S.C. 7704(e)) shall apply to funds appropriated under this heading: Provided further, That funds appropriated under this heading may be made available for a Millennium Challenge Compact entered into pursuant to section 609 of the MCA (22 U.S.C. 7708) only if such Compact obligates, or contains a commitment to obligate subject to the availability of funds and the mutual agreement of the parties to the Compact to proceed, the entire amount of the United States Government funding anticipated for the duration of the Compact: Provided further, That of the funds appropriated under this heading, not to exceed $100,000 may be available for representation and entertainment expenses, of which not to exceed $5,000 may be available for entertainment expenses.

(CANCELLATION)

Of the unobligated balances from amounts made available for the Millennium Challenge Corporation in prior Acts making appropriations for the Department of State, foreign operations, and related programs, $1,215,000,000 is permanently cancelled.

## INTERNATIONAL SECURITY ASSISTANCE

## AMERICA FIRST OPPORTUNITY FUND

(INCLUDING TRANSFERS OF FUNDS)

For necessary expenses, $2,897,160,000, to remain available until September 30,2027, to be deposited in a fund to be known as the America First Opportunity Fund established in the Treasury of the United States for the Secretary of State to furnish assistance that makes America safer, stronger, and more prosperous pursuant to the provisions of the Foreign Assistance Act of 1961, Public Law 87–195, the Support for Eastern European Democracy (SEED) Act of 1989, Public Law 101–179, and the FREEDOM Support Act, Public Law 102–511: Provided, That amounts in such Fund may be made available

162

notwithstanding any other provision of law for such purposes, including as contributions: Provided further, That unobligated balances under the headings in title III of this Act and in prior Acts making appropriations for the Department of State, foreign operations, and related programs may be transferred to and merged with funds made available under this heading: Provided further, That amounts in the Fund may be transferred to and merged with other accounts within the Department of State, as appropriate, notwithstanding any other provision of law, and shall remain available for one additional fiscal year beyond the latest period of availability of funds appropriated to the receiving account within the Department of State.

## FOREIGN MILITARY FINANCING PROGRAM

For necessary expenses for grants to enable the President to carry out the provisions of section 23 of the Arms Export Control Act (22 U.S.C. 2763), $5,150,000,000: Provided, That to expedite the provision of assistance to foreign countries and international organizations, the Secretary of State may use the funds appropriated under this heading to procure defense articles and services to enhance the capacity of foreign security forces: Provided further, That funds appropriated or otherwise made available under this heading shall be nonrepayable notwithstanding any requirement in section 23 of the Arms Export Control Act: Provided further, That funds made available under this heading shall be obligated upon apportionment in accordance with paragraph (5)(C) of section 1501(a) of title 31, United States Code. None of the funds made available under this heading shall be available to finance the procurement of defense articles, defense services, or design and construction services that are not sold by the United States Government under the Arms Export Control Act unless the foreign country proposing to make such procurement has first signed an agreement with the United States Government specifying the conditions under which such procurement may be financed with such funds: Provided further, That funds made available under this heading may be used, notwithstanding any other provision of law, for demining, the clearance of unexploded ordnance, and related activities, and may include activities implemented through nongovernmental and international organizations: Provided further, That a country that is a member of the North Atlantic Treaty Organization (NATO) or is a major non-NATO ally designated by section 517(b) of the Foreign Assistance Act of 1961 may utilize funds made available under this heading for procurement of defense articles, defense services, or design and construction services that are not sold by the United States Government under the Arms Export Control Act: Provided further, That funds appropriated under this heading shall be expended at the minimum rate necessary to make timely payment for defense articles and services: Provided further, That not more than $62,000,000 of the funds appropriated under this heading may be obligated for necessary expenses, including the purchase of passenger motor vehicles for replacement only for use outside of the United States, for the general costs of administering military assistance and sales, except that this limitation may be exceeded only through the regular notification procedures of the Committees on Appropriations: Provided further, That the Secretary of State may use funds made available under this heading pursuant to the previous proviso for the administrative and other operational costs of the Department of State related to military assistance and sales, assistance under section 551 of the Foreign Assistance Act of 1961, and Department of Defense security assistance programs, in addition to funds otherwise available for such purposes: Provided further, That up to $2,000,000 of the funds made available pursuant to the previous proviso may be used for direct hire personnel, except that this limitation may be exceeded by the Secretary of State following consultation with the Committees on Appropriations: Provided further, That of the funds made available under this heading for general costs of administering military assistance and sales, not to exceed $4,000 may be available for entertainment expenses and not to exceed $130,000 may be available for representation expenses: Provided further, That not more than $1,589,585,805 of funds realized pursuant to section 21(e)(1)(A) of the Arms Export Control Act (22 U.S.C. 2761(e)(1)(A)) may be obligated for expenses incurred by the Department of Defense during fiscal year 2026 pursuant to section 43(b) of the

163

Arms Export Control Act (22 U.S.C. 2792(b)), except that this limitation may be exceeded only through the regular notification procedures of the Committees on Appropriations.

## FUNDS APPROPRIATED TO THE PRESIDENT

## INTERNATIONAL MILITARY EDUCATION AND TRAINING

For necessary expenses to carry out the provisions of section 541 of the Foreign Assistance Act of 1961, $95,000,000, to remain available until September 30, 2027: Provided, That the civilian personnel for whom military education and training may be provided under this heading may include civilians who are not members of a government whose participation would contribute to improved civil-military relations, civilian control of the military, or respect for human rights: Provided further, That of the funds appropriated under this heading, not to exceed $50,000 may be available for entertainment expenses.

## NATIONAL SECURITY ENGAGEMENT ACCOUNT

For necessary expenses to carry out the provisions of section 551 of the Foreign Assistance Act of 1961, $30,000,000 shall be made available for a United States contribution to the Multinational Force and Observers mission in the Sinai and shall remain available until September 30, 2027.

## NONPROLIFERATION, ANTI-TERRORISM, DEMINING AND RELATED PROGRAMS

For necessary expenses for nonproliferation, anti-terrorism, demining and related programs and activities, $745,000,000, to remain available until September 30, 2027, to carry out the provisions of chapter 8 of part II of the Foreign Assistance Act of 1961 for anti-terrorism assistance, chapter 9 of part II of the Foreign Assistance Act of 1961, section 504 of the FREEDOM Support Act (22 U.S.C. 5854), section 23 of the Arms Export Control Act (22 U.S.C. 2763), or the Foreign Assistance Act of 1961 for demining activities, the clearance of unexploded ordnance, the destruction of small arms, and related activities, notwithstanding any other provision of law, including activities implemented through nongovernmental and international organizations, and section 301 of the Foreign Assistance Act of 1961 for a United States contribution to the Comprehensive Nuclear Test Ban Treaty Preparatory Commission, and for a voluntary contribution to the International Atomic Energy Agency (IAEA): Provided, That funds made available under this heading for the Nonproliferation and Disarmament Fund shall be made available, notwithstanding any other provision of law and subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations, to promote bilateral and multilateral activities relating to nonproliferation, disarmament, and weapons destruction, and shall remain available until expended: Provided further, That such funds may also be used for such countries other than the Independent States of the former Soviet Union and international organizations when it is in the national security interest of the United States to do so: Provided further, That funds appropriated under this heading may be made available for the IAEA unless the Secretary of State determines that Israel is being denied its right to participate in the activities of that Agency: Provided further, That funds made available for conventional weapons destruction programs, including demining and related activities, in addition to funds otherwise available for such purposes, may be used for administrative expenses related to the operation and management of such programs and activities, subject to the regular notification procedures of the Committees on Appropriations.

**TREASURY INTERNATIONAL ASSISTANCE PROGRAMS**

For contributions by the Secretary of the Treasury to international financial institutions and trust funds administered by such institutions, in addition to amounts otherwise available for such purposes, $50,000,000, to remain available until expended: Provided, That of the amount made available under this heading, up to $50,000,000 may be available for the costs, as defined in section 502 of the Congressional Budget Act of 1974, of loan guarantees to the international financial institutions: Provided further, That funds made available under this heading may be transferred to, and merged with, funds provided under the heading "Department of the Treasury—–International Affairs Technical Assistance" in title III of this Act: Provided further, That such transfer authority is in addition to any transfer authority otherwise available in this Act and under any other provision of law.

**CONTRIBUTION TO THE INTERNATIONAL DEVELOPMENT ASSOCIATION**

For payment to the International Development Association by the Secretary of the Treasury, $1,066,184,000, to remain available until expended.

**CONTRIBUTION TO THE INTER-AMERICAN DEVELOPMENT BANK**

For payment to the Inter-American Investment Corporation by the Secretary of the Treasury, $75,000,000, to remain available until expended: Provided, That such amounts may be made available for the United States share of an increase in the capital stock of the Inter-American Investment Corporation.

**CONTRIBUTION TO THE ASIAN DEVELOPMENT FUND**

For payment to the Asian Development Bank's Asian Development Fund by the Secretary of the Treasury, $43,610,000, to remain available until expended.

**CONTRIBUTION TO THE AFRICAN DEVELOPMENT BANK**

For payment to the African Development Bank by the Secretary of the Treasury for the United States share of the paid-in portion of the increases in capital stock, $54,648,752, to remain available until expended.

**LIMITATION ON CALLABLE CAPITAL SUBSCRIPTIONS**

The United States Governor of the African Development Bank may subscribe without fiscal year limitation to the callable capital portion of the United States share of increases in capital stock in an amount not to exceed $8,656,174,624.

**CONTRIBUTION TO THE EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT**

For payment to the European Bank for Reconstruction and Development by the Secretary of the Treasury for the United States share of the paid-in portion of the increases in capital stock, $87,500,000, to remain available until expended.

## INTERNATIONAL AFFAIRS TECHNICAL ASSISTANCE

For necessary expenses to carry out the provisions of section 129 of the Foreign Assistance Act of 1961, $30,000,000, to remain available until expended: Provided, That amounts made available under this heading may be made available to contract for services as described in section 129(d)(3)(A) of the Foreign Assistance Act of 1961, without regard to the location in which such services are performed.

## DEBT RESTRUCTURING

CANCELLATION

Of the unobligated balances from prior year appropriations available under this heading for Somalia, $11,975,000 are hereby permanently cancelled.

## TRADE AND DEVELOPMENT AGENCY

## TRADE AND DEVELOPMENT AGENCY

For necessary expenses to carry out the provisions of section 661 of the Foreign Assistance Act of 1961, $87,000,000, to remain available until September 30, 2027, of which no more than $24,500,000 may be used for administrative expenses: Provided, That of the funds appropriated under this heading, not more than $5,000 may be available for representation and entertainment expenses.

## UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION

## CORPORATE CAPITAL ACCOUNT

The United States International Development Finance Corporation (the Corporation) is authorized to make such expenditures and commitments within the limits of funds and borrowing authority available to the Corporation, and in accordance with the law, and to make such expenditures and commitments without regard to fiscal year limitations, as provided by section 9104 of title 31, United States Code, as may be necessary in carrying out the programs for the current fiscal year for the Corporation: Provided, That for necessary expenses of the activities described in subsections (b), (c), (e), (f), and (g) of section 1421 of the BUILD Act of 2018 (division F of Public Law 115–254) and for administrative expenses to carry out authorized activities described in section 1434(d) of such Act, $803,000,000: Provided further, That of the amount provided—

(1) $230,000,000 shall remain available until September 30, 2028, for administrative expenses to carry out authorized activities (including an amount for official reception and representation expenses which shall not exceed $25,000); and

(2) $573,000,000 shall remain available until September 30, 2028, for the activities described in subsections (b), (c), (e), (f), and (g) of section 1421 of the BUILD Act of 2018, except such amounts obligated in a fiscal year for activities described in section 1421(c) of such Act shall remain available for disbursement for the term of the underlying project: Provided further, That amounts made available under this paragraph may be paid to the "United States International Development Finance Corporation— Program Account" for programs authorized by subsections (b), (e), (f), and (g) of section 1421 of the BUILD Act of 2018: Provided further, That funds may only be obligated pursuant to section 1421(g) of the BUILD Act of 2018 subject to prior consultation with the appropriate congressional committees and the regular notification procedures of the Committees on Appropriations: Provided further, That funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs for support by the Corporation in upper-middle income countries shall be subject to prior consultation with the Committees on Appropriations: Provided further, That in fiscal year 2026 collections of amounts described in section 1434(h) of the BUILD Act of 2018 shall be credited as offsetting collections to this appropriation: Provided further, That such collections collected in fiscal year 2026 in excess of $803,000,000 shall be credited to this account and shall be available in future fiscal years only to the extent provided in advance in appropriations Acts: Provided further, That in fiscal year 2026, if such collections are less than $803,000,000, receipts collected pursuant to the BUILD Act of 2018 and the Federal Credit Reform Act of 1990, in an amount equal to such shortfall, shall be credited as offsetting collections to this appropriation: Provided further, That fees charged for project-specific transaction costs as described in section 1434(k) of the BUILD Act of 2018, and other direct costs associated with origination or monitoring services provided to specific or potential investors, shall not be considered administrative expenses for the purposes of this heading: Provided further, That such fees shall be credited to this account for such purposes, to remain available until expended: Provided further, That funds appropriated or otherwise made available under this heading may not be used to provide any type of assistance that is otherwise prohibited by any other provision of law or to provide assistance to any foreign country that is otherwise prohibited by any other provision of law: Provided further, That the sums herein appropriated from the General Fund shall be reduced on a dollar-for dollar basis by the offsetting collections described under this heading so as to result in a final fiscal year appropriation from the General Fund estimated at $368,000,000.

## PROGRAM ACCOUNT

Amounts paid from "United States International Development Finance Corporation— Corporate Capital Account" (CCA) shall remain available until September 30, 2028: Provided, That amounts paid to this account from CCA or transferred to this account pursuant to section 1434(j) of the BUILD Act of 2018 (division F of Public Law 115–254) shall be available for the costs of direct and guaranteed loans provided by the Corporation pursuant to section 1421(b) of such Act and the costs of modifying loans and loan guarantees transferred to the Corporation pursuant to section 1463 of such Act: Provided further, That such costs, including the cost of modifying such loans, shall be as defined in section 502 of the Congressional Budget Act of 1974: Provided further, That such amounts obligated in a fiscal year shall remain available for disbursement for the following 8 fiscal years: Provided further, That funds made available in this Act and transferred to carry out the Foreign Assistance Act of 1961 pursuant to section 1434(j) of the BUILD Act of 2018 may remain available for obligation for 1 additional fiscal year: Provided further, That the total loan principal or guaranteed principal amount shall not exceed $15,000,000,000.

**UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION INSPECTOR GENERAL**

For necessary expenses of the Office of Inspector General in carrying out the provisions of the Inspector General Act of 1978 (5 U.S.C. App.), $7,200,000, to remain available until September 30, 2027.

## PEACE CORPS

**PEACE CORPS**

**(INCLUDING TRANSFER OF FUNDS)**

For necessary expenses to carry out the provisions of the Peace Corps Act (22 U.S.C. 2501 et seq.), including the purchase of not to exceed five passenger motor vehicles for administrative purposes for use outside of the United States, $430,500,000, of which $7,800,000 is for the Office of Inspector General, to remain available until September 30, 2027: Provided, That the Director of the Peace Corps may transfer to the Foreign Currency Fluctuations Account, as authorized by section 16 of the Peace Corps Act (22 U.S.C. 2515), an amount not to exceed $5,000,000: Provided further, That funds transferred pursuant to the previous proviso may not be derived from amounts made available for Peace Corps overseas operations: Provided further, That of the funds appropriated under this heading, not to exceed $104,000 may be available for representation expenses, of which not to exceed $4,000 may be made available for entertainment expenses: Provided further, That none of the funds appropriated under this heading shall be used to pay for abortions: Provided further, That notwithstanding the previous proviso, section 614 of division E of Public Law 113–76 shall apply to funds appropriated under this heading.

## INTER-AMERICAN FOUNDATION

**INTER-AMERICAN FOUNDATION**

For necessary expenses to carry out the closure of the Inter-American Foundation, $10,000,000, to remain available until September 30, 2027.

## AFRICAN DEVELOPMENT FOUNDATION

**UNITED STATES AFRICAN DEVELOPMENT FOUNDATION**

For necessary expenses to carry out the closure of the African Development Foundation, $6,000,000.

## INTERNATIONAL MONETARY PROGRAMS

**UNITED STATES QUOTA, INTERNATIONAL MONETARY FUND**

168

For an increase in the United States quota in the International Monetary Fund, the dollar equivalent of 41,497,100,000 Special Drawing Rights, to remain available until expended.

## INTERNATIONAL HUMANITARIAN ASSISTANCE

For necessary expenses to carry out the provisions of section 491 of the Foreign Assistance Act of 1961 for international disaster relief, rehabilitation, and reconstruction assistance, the provisions of section 2(a) and (b) of the Migration and Refugee Assistance Act of 1962 (22 U.S.C. 2601), and other activities to meet refugee and migration needs, including through grants; salaries and expenses of personnel and dependents as authorized by the Foreign Service Act of 1980 (22 U.S.C. 3901 et seq.); allowances as authorized by sections 5921 through 5925 of title 5, United States Code; purchase and hire of passenger motor vehicles; and services as authorized by section 3109 of title 5, United States Code, $2,500,000,000, to remain available until expended: Provided, That of the funds appropriated under this heading, $5,000,000 shall be made available for refugees resettling in Israel: Provided further, That funds made available under this heading may be made available for contributions: Provided further, That unobligated balances appropriated for prior fiscal years under the headings "International Disaster Assistance" and "Migration and Refugee Assistance" in prior Acts making appropriations for the Department of State, foreign operations, and related programs may be transferred to and merged with funds made available under this heading.

## <u>GENERAL PROVISIONS</u>

### ALLOWANCES AND DIFFERENTIALS

SEC. 7001. Funds appropriated under title I of this Act shall be available, except as otherwise provided, for allowances and differentials as authorized by subchapter 59 of title 5, United States Code; for services as authorized by section 3109 of such title and for hire of passenger transportation pursuant to section 1343(b) of title 31, United States Code.

### CONSULTING SERVICES

SEC. 7002. The expenditure of any appropriation under title I of this Act for any consulting service through procurement contract, pursuant to section 3109 of title 5, United States Code, shall be limited to those contracts where such expenditures are a matter of public record and available for public inspection, except where otherwise provided under existing law, or under existing Executive order issued pursuant to existing law.

### DIPLOMATIC FACILITIES

SEC. 7003. (a) CAPITAL SECURITY COST SHARING EXCEPTION.—Notwithstanding paragraph (2) of section 604(e) of the Secure Embassy Construction and Counterterrorism Act of 1999 (title VI of division A of H.R. 3427, as enacted into law by section 1000(a)(7) of Public Law 106–113 and contained in appendix G of that Act), as amended by section 111 of the Department of State Authorities Act, Fiscal

Year 2017 (Public Law 114–323), a project to construct a facility of the United States may include office space or other accommodations for members of the United States Marine Corps.

(b) INTERIM AND TEMPORARY FACILITIES ABROAD. —Funds appropriated by this Act under the heading "Embassy Security, Construction, and Maintenance" may be made available to address security vulnerabilities at interim and temporary United States diplomatic facilities abroad, including physical security upgrades and local guard staffing.

(c) SOFT TARGETS.—Funds appropriated by this Act under the heading "Embassy Security, Construction, and Maintenance" may be made available for security upgrades to soft targets, including schools, recreational facilities, residences, and places of worship used by United States diplomatic personnel and their dependents.

(d) FACILITIES.— None of the funds made available by this Act may be used to move the United States embassy in Israel to a location other than Jerusalem.

## PERSONNEL ACTIONS

SEC. 7004. Any costs incurred by a department or agency funded under title I of this Act resulting from personnel actions taken in response to funding reductions included in this Act shall be absorbed within the total budgetary resources available under title I to such department or agency: Provided, That the authority to transfer funds between appropriations accounts as may be necessary to carry out this section is provided in addition to authorities included elsewhere in this Act.

## PROHIBITION ON PUBLICITY OR PROPAGANDA

SEC. 7005. No part of any appropriation contained in this Act shall be used for publicity or propaganda purposes within the United States not authorized before enactment of this Act by Congress: Provided, That up to $25,000 may be made available to carry out the provisions of section 316 of the International Security and Development Cooperation Act of 1980 (Public Law 96–533; 22 U.S.C. 2151a note).

## COUPS D'ETAT

SEC. 7006. (a) PROHIBITION.—None of the funds appropriated or otherwise made available pursuant to titles III through VI of this Act shall be obligated or expended to finance directly any assistance to the government of any country whose duly elected head of government is deposed by military coup d'etat or decree or, after the date of enactment of this Act, a coup d'etat or decree in which the military plays a decisive role: Provided, That assistance may be resumed to such government if the Secretary of State certifies and reports to the appropriate congressional committees that subsequent to the termination of assistance a democratically elected government has taken office.

(b) WAIVER.—The Secretary of State, following consultation with the heads of relevant Federal agencies, may waive the restriction in this section if the Secretary certifies and reports to the Committees on Appropriations that such waiver is in the national interest of the United States.

## TRANSFER OF FUNDS AUTHORITY

SEC. 7007. (a) DEPARTMENT OF STATE.—

(1) DEPARTMENT OF STATE.— (A) IN GENERAL.—Not to exceed the greater of 5 percent or $2,000,000 of any appropriation made available for the current fiscal year for the Department of State under title I of this Act may be transferred between, and merged with, such appropriations, but no such appropriation, except as otherwise specifically provided, shall be increased by more than 10 percent by any such transfers.

(B) EMBASSY SECURITY.—Funds appropriated under the headings "Diplomatic Programs", including for Worldwide Security Protection, "Embassy Security, Construction, and Maintenance", and "Emergencies in the Diplomatic and Consular Service" in this Act may be transferred to, and merged with, funds appropriated under such headings if the Secretary of State determines and reports to the Committees on Appropriations that to do so is necessary to implement the recommendations of the Benghazi Accountability Review Board, for emergency evacuations, or to prevent or respond to security situations and requirements, subject to the regular notification procedures of, such Committees.

(C) EMERGENCIES IN THE DIPLOMATIC AND CONSULAR SERVICE.—Of the amount made available under the heading "Diplomatic Programs" for Worldwide Security Protection, not to exceed $50,000,000 may be transferred to, and merged with, funds made available by this Act under the heading "Emergencies in the Diplomatic and Consular Service", to be available only for emergency evacuations and rewards, as authorized.

(D) CLARIFICATION.—The transfer authorities provided by subparagraphs (B) and (C) are in addition to any transfer authority otherwise available in this Act and under any other provision of law.

(b) UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION.—

(1) TRANSFERS.—Amounts transferred pursuant to section 1434(j) of the BUILD Act of 2018 (division F of Public Law 115–254) may only be transferred from funds made available under title III of this Act: Provided, That the Secretary of State and the Chief Executive Officer of the United States International Development Finance Corporation, as appropriate, shall ensure that the programs funded by such transfers are coordinated with, and complement, foreign assistance programs implemented by the Department of State.

(2) TRANSFER OF FUNDS FROM MILLENNIUM CHALLENGE CORPORATION.—Funds appropriated under the heading "Millennium Challenge Corporation" in this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs may be transferred to accounts under the heading "United States International Development Finance Corporation" and, when so transferred, may be used for the costs of activities described in subsections (b) and (c) of section 1421 of the BUILD Act of 2018: Provided, That such funds shall be subject to the limitations provided in the second, third, and fifth provisos under the heading "United States International Development Finance Corporation—Program Account" in this Act: Provided further, That such funds shall not be available for administrative expenses of the United States International Development Finance Corporation: Provided further, That the transfer authority provided in this section is in addition to any other transfer authority provided by law: Provided further, That within 60 days of the termination in whole or in part of the Compact from which funds were transferred under this authority to the United States International Development Finance Corporation, any unobligated balances shall be transferred back to the Millennium Challenge Corporation, subject to the regular notification procedures of the Committees on Appropriations.

## PROHIBITION AND LIMITATION ON CERTAIN EXPENSES

SEC. 7008. (a) FIRST-CLASS TRAVEL.—None of the funds made available by this Act may be used for first-class travel by employees of United States Government departments and agencies funded by this Act in contravention of section 301–10.122 through 301–10.124 of title 41, Code of Federal Regulations.

(b) COMPUTER NETWORKS.—None of the funds made available by this Act for the operating expenses of any United States Government department or agency may be used to establish or maintain a computer network for use by such department or agency unless such network has filters designed to block access to sexually explicit websites: Provided, That nothing in this subsection shall limit the use of funds necessary for any Federal, State, Tribal, or local law enforcement agency, or any other entity carrying out the following activities: criminal investigations, prosecutions, and adjudications; administrative discipline; and the monitoring of such websites undertaken as part of official business.

(c) LIMITATIONS ON ENTERTAINMENT EXPENSES.—None of the funds appropriated or otherwise made available by this Act under the headings "International Military Education and Training" or "Foreign Military Financing Program" for Informational Program activities or under the heading "Global Health Programs" may be obligated or expended to pay for—

(1) alcoholic beverages; or

(2) entertainment expenses for activities that are substantially of a recreational character, including entrance fees at sporting events, theatrical and musical productions, and amusement parks.

## AVAILABILITY OF FUNDS

SEC. 7009. No part of any appropriation contained in this Act shall remain available for obligation after the expiration of the current fiscal year unless expressly so provided by this Act: Provided, That funds appropriated for the purposes of chapters 1 and 8 of part I, section 661, chapters 4, 5, 6, 8, and 9 of part II of the Foreign Assistance Act of 1961, section 23 of the Arms Export Control Act (22 U.S.C. 2763), and funds made available for "United States International Development Finance Corporation" and under the heading "America First Opportunity Fund" shall remain available for an additional 4 years from the date on which the availability of such funds would otherwise have expired, if such funds are initially obligated before the expiration of their respective periods of availability contained in this Act: Provided further, That notwithstanding any other provision of this Act, any funds made available for the purposes of chapter 1 of part I and chapter 4 of part II of the Foreign Assistance Act of 1961 which are allocated or obligated for cash disbursements in order to address balance of payments or economic policy reform objectives, shall remain available for an additional 4 years from the date on which the availability of such funds would otherwise have expired, if such funds are initially allocated or obligated before the expiration of their respective periods of availability contained in this Act.

## RESERVATIONS OF FUNDS

SEC. 7010. (a) REPROGRAMMING.—Funds appropriated under titles III through VI of this Act which are specifically designated may be reprogrammed for other programs within the same account notwithstanding the designation if compliance with the designation is made impossible by operation of

any provision of this or any other Act: Provided, That assistance that is reprogrammed pursuant to this subsection shall be made available under the same terms and conditions as originally provided.

(b) EXTENSION OF AVAILABILITY.—In addition to the authority contained in subsection (a), the original period of availability of funds appropriated by this Act and administered by the Department of State that are specifically designated for particular programs or activities by this or any other Act may be extended for an additional fiscal year if the Secretary of State determines that the termination of assistance to a country or a significant change in circumstances makes it unlikely that such designated funds can be obligated during the original period of availability: Provided, That such designated funds that continue to be available for an additional fiscal year shall be obligated only for the purpose of such designation.

(c) OTHER ACTS.—Ceilings and specifically designated funding levels contained in this Act shall not be applicable to funds or authorities appropriated or otherwise made available by any subsequent Act unless such Act specifically so directs: Provided, That specifically designated funding levels or minimum funding requirements contained in any other Act shall not be applicable to funds appropriated by this Act: Provided further, That funds made available under titles III through VI of this Act may be made available notwithstanding the requirements of section 634(A) of the Foreign Assistance Act or any similar provision of this or any other Act: Provided further, That the requirements of section 634(A) of the Foreign Assistance Act or any similar provision of this Act or any other Act, including any prior Act requiring notification in accordance with the regular notification procedures of the Committees on Appropriations, may be waived if failure to do so would pose a substantial risk to human health or welfare.

## DOCUMENT REQUESTS

SEC. 7011. None of the funds appropriated or made available pursuant to titles III through VI of this Act shall be available to a nongovernmental organization, including any contractor, which fails to provide upon timely request any document, file, or record necessary to the auditing requirements of the Department of State.

## PROHIBITION ON FUNDING FOR ABORTIONS AND INVOLUNTARY STERILIZATION

SEC. 7012. None of the funds made available to carry out part I of the Foreign Assistance Act of 1961, as amended, may be used to pay for the performance of abortions as a method of family planning or to motivate or coerce any person to practice abortions. None of the funds made available to carry out part I of the Foreign Assistance Act of 1961, as amended, may be used to pay for the performance of involuntary sterilization as a method of family planning or to coerce or provide any financial incentive to any person to undergo sterilizations. None of the funds made available to carry out part I of the Foreign Assistance Act of 1961, as amended, may be used to pay for any biomedical research which relates in whole or in part, to methods of, or the performance of, abortions or involuntary sterilization as a means of family planning. None of the funds made available to carry out part I of the Foreign Assistance Act of 1961, as amended, may be obligated or expended for any country or organization if the President certifies that the use of these funds by any such country or organization would violate any of the above provisions related to abortions and involuntary sterilizations.

## PROHIBITION ON ASSISTANCE TO GOVERNMENTS SUPPORTING INTERNATIONAL TERRORISM

SEC. 7013. (a) LETHAL MILITARY EQUIPMENT EXPORTS.—

(1) PROHIBITION.—None of the funds appropriated or otherwise made available under titles III through VI of this Act may be made available to any foreign government which provides lethal military equipment to a country the government of which the Secretary of State has determined supports international terrorism for purposes of section 1754(c) of the Export Reform Control Act of 2018 (50 U.S.C. 4813(c)): Provided, That the prohibition under this section with respect to a foreign government shall terminate 12 months after that government ceases to provide such military equipment: Provided further, That this section applies with respect to lethal military equipment provided under a contract entered into after October 1, 1997.

(2) DETERMINATION.—Assistance restricted by paragraph (1) or any other similar provision of law, may be furnished if the President determines that to do so is important to the national interest of the United States.

(b) BILATERAL ASSISTANCE.—

(1) LIMITATIONS.—Funds appropriated for bilateral assistance in titles III through VI of this Act and funds appropriated under any such title in prior Acts making appropriations for the Department of State, foreign operations, and related programs, shall not be made available to any foreign government which the President determines—

(A) grants sanctuary from prosecution to any individual or group which has committed an act of international terrorism;

(B) otherwise supports international terrorism; or

(C) is controlled by an organization designated as a terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189).

(2) WAIVER.—The President may waive the application of paragraph (1) to a government if the President determines that national security or humanitarian reasons justify such waiver: Provided, That the President shall publish each such waiver in the Federal Register and, at least 15 days before the waiver takes effect.

## AUTHORIZATION REQUIREMENTS

SEC. 7014. Funds appropriated by this Act, except funds appropriated under the heading "Trade and Development Agency", may be obligated and expended notwithstanding section 10 of Public Law 91–672 (22 U.S.C. 2412), section 15 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2680), section 313 of the Foreign Relations Authorization Act, Fiscal Years 1994 and 1995 (22 U.S.C. 6212), and section 504(a)(1) of the National Security Act of 1947 (50 U.S.C. 3094(a)(1)).

## AUTHORITIES FOR THE PEACE CORPS

SEC. 7015. Unless expressly provided to the contrary, provisions of this or any other Act, including provisions contained in prior Acts authorizing or making appropriations for the Department of State, foreign operations, and related programs, shall not be construed to prohibit activities authorized by or conducted under the Peace Corps Act.

## COMMERCE, TRADE AND SURPLUS COMMODITIES

SEC. 7016. EXPORTS.—None of the funds appropriated by this or any other Act to carry out chapter 1 of part I of the Foreign Assistance Act of 1961 shall be available for any testing or breeding feasibility study, variety improvement or introduction, consultancy, publication, conference, or training in connection with the growth or production in a foreign country of an agricultural commodity for export which would compete with a similar commodity grown or produced in the United States: Provided, That this subsection shall not prohibit—

(1) activities designed to increase food security in developing countries where such activities will not have a significant impact on the export of agricultural commodities of the United States;

(2) research activities intended primarily to benefit United States producers;

(3) activities in a country that is eligible for assistance from the International Development Association, is not eligible for assistance from the International Bank for Reconstruction and Development, and does not export on a consistent basis the agricultural commodity with respect to which assistance is furnished; or

(4) activities in a country the President determines is recovering from widespread conflict, a humanitarian crisis, or a complex emergency.

## GOVERNMENT TO GOVERNMENT ASSISTANCE

SEC. 7017. Funds made available to the government of a foreign country, under chapter 1 or 10 of part I or chapter 4 of part II of the Foreign Assistance Act of 1961, as cash transfer assistance or as nonproject sector assistance may be obligated and expended notwithstanding provisions of law which are inconsistent with the nature of this assistance.

## ELIGIBILITY FOR ASSISTANCE

SEC. 7018. ASSISTANCE THROUGH NONGOVERNMENTAL ORGANIZATIONS.—Restrictions contained in this or any other Act with respect to assistance for a country shall not be construed to restrict assistance in support of programs of nongovernmental organizations from funds appropriated by this Act to carry out the provisions of chapters 1, 10, 11, and 12 of part I and chapter 4 of part II of the Foreign Assistance Act of 1961 and from funds appropriated under the heading "America First Opportunity Fund": Provided, That nothing in this subsection shall be construed to alter any existing statutory prohibitions against abortion or involuntary sterilizations contained in this or any other Act.

## DIGITAL CONNECTIVITY AND CYBERSECURITY PARTNERSHIP PROGRAM

SEC. 7019. The authority of section 592(f) of The Foreign Assistance Act of 1961 may apply to amounts made available for such Fund under the heading "America First Opportunity Fund" and such funds may be made available for the Digital Connectivity and Cybersecurity Partnership program consistent with section 6306 of the Department of State Authorization Act of 2023 (division F of Public Law 118–31).

## LOAN GUARANTEES

SEC. 7020. Funds appropriated under the headings "America First Opportunity Fund", "Treasury International Assistance Programs", and "Corporate Capital Account", by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs, including funds made available pursuant to this section, may be made available for the costs, as defined in section 502 of the Congressional Budget Act of 1974, of loan guarantees which are authorized to be provided: Provided, That amounts made available under this subsection for the costs of such guarantees shall not be considered assistance for the purposes of provisions of law limiting assistance to a country.

## CHIPS FOR AMERICA INTERNATIONAL TECHNOLOGY SECURITY AND INNOVATION FUND

SEC. 7021. Amounts transferred to the Export-Import Bank and the United States International Development Finance Corporation pursuant to the transfer authority in section 102(c)(1) of the CHIPS Act of 2022 (division A of Public Law 117–167) may be made available for the costs of direct loans and loan guarantees, including the cost of modifying such loans, as defined in section 502 of the Congressional Budget Act of 1974.

## FINANCIAL WEBSITE

SEC. 7022. FOREIGN ASSISTANCE WEBSITE.—Funds appropriated by this Act may be made available to support the provision of additional information on United States Government foreign assistance on the "ForeignAssistance.gov" website: Provided, That all Federal agencies funded under this Act shall provide such information on foreign assistance, upon request and in a timely manner, to the Department of State.

## INTERNATIONAL RELIGIOUS FREEDOM

SEC. 7023. (a) INTERNATIONAL RELIGIOUS FREEDOM OFFICE.—Funds appropriated by this Act under the heading "Diplomatic Programs" may be made available for the Office of International Religious Freedom, Department of State.

(b) AUTHORITY.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs may be made available notwithstanding any other provision of law for assistance for ethnic and religious minorities.

## SPECIAL PROVISIONS

SEC. 7024. (a) DIRECTIVES AND AUTHORITIES.—

176

(1) GENOCIDE VICTIMS MEMORIAL SITES.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the heading "America First Opportunity Fund" may be made available as contributions to establish and maintain memorial sites
of genocide.

(2) ADDITIONAL AUTHORITY.—Of the amounts made available by this Act under the heading "Diplomatic Programs", up to $500,000 may be made available for grants pursuant to section 504 of the Foreign Relations Authorization Act, Fiscal Year 1979 (22 U.S.C. 2656d).

(3) PAYMENTS.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the heading "Diplomatic Programs", except for funds designated by Congress as an emergency requirement pursuant to a concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985, are available to provide payments pursuant to section 901(i)(2) of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b(i)(2)): Provided, That funds made available pursuant to this paragraph shall be subject to prior consultation with the Committees on Appropriations.

(b) PARTNER VETTING.—The Secretary of State may provide a direct vetting option for prime awardees in any partner vetting program initiated or significantly modified after the date of enactment of this Act: Provided, That the Secretary may restrict the award of, terminate, or cancel contracts, grants, or cooperative agreements or require an awardee to restrict the award of, terminate, or cancel a sub-award based on information in connection with a partner vetting program.

(c) CONTINGENCIES.—During fiscal year 2026, the President may use up to $200,000,000 under the authority of section 451 of the Foreign Assistance Act of 1961, notwithstanding any other provision of law.

(d) INTERNATIONAL CHILD ABDUCTIONS.—The Secretary of State may withhold funds appropriated under title III of this Act for assistance for the central government of any country that is not taking appropriate steps to comply with the Convention on the Civil Aspects of International Child Abductions, done at the Hague on October 25, 1980.

(e) TRANSFER OF FUNDS FOR EXTRAORDINARY PROTECTION.—The Secretary of State may transfer to, and merge with, funds under the heading "Protection of Foreign Missions and Officials" unobligated balances of expired funds appropriated under the heading "Diplomatic Programs" for fiscal year 2026, at no later than the end of the fifth fiscal year after the last fiscal year for which such funds are available for the purposes for which appropriated: Provided, That not more than $50,000,000 may be transferred.

(f) REPORTS REPEALED.—

(1) The following provisions of law are hereby repealed: section 111(a) of Public Law 111–195; section 4 of Public Law 107–243; sections 51(a)(2) and 404(e) of Public Law 84–885; section 1012(c) of Public Law 103–337; sections 549, 620C(c), 655, and 656 of Public Law 87–195; section 8 of Public Law 107–245; section 12(a-b) of Public Law 108–19; section 570(d) of Public Law 104–208; section 5103(f) of Public Law 111–13; section 4 of Public Law 79–264 (22 U.S.C. 287b(a)); section 118(f) of the Foreign Assistance Act of 1961 (22 U.S.C. 2151p1(f)); section 6502(b) of Public Law 117–81; section 312 of Public Law 114–323; section 405(a)(3) of Public Law 107–228; Section 12 of Public Law 110–286; and Section 406(b) of Public Law 116–123;

(2) Section 136 of the Foreign Assistance Act of 1961 (22 U.S.C. 2152h) is amended (A) in subsections (e)(1)(B)(ii) and (e)(2)(B)(ii) by striking "and revision, not less frequently than once every 5 years,"; and (B) in subsection (j)(1) by striking ", October 1, 2022, and October 1,2027,". (3) Section 110(b)(l) of the Trafficking Victims Protection Act of 2000 (22 U.S.C. 7107(b)(l)) is amended by striking "June 1"and inserting "June 30".

(g) EXTENSION OF AUTHORITIES.—

(1) INCENTIVES FOR CRITICAL POSTS.—The authority contained in section 1115(d) of the Supplemental Appropriations Act, 2009 (Public Law 111–32) shall remain in effect through September 30, 2026.

(2) CATEGORICAL ELIGIBILITY.—The Foreign Operations, Export Financing, and Related Programs Appropriations Act, 1990 (Public Law 101–167) is amended—

(A) in section 599D (8 U.S.C. 1157 note)—

(i) in subsection (b)(3), by striking "and 2025" and inserting "2025, and 2026"; and

(ii) in subsection (e), by striking "2025" each place it appears and inserting "2026"; and

(B) in section 599E(b)(2) (8 U.S.C. 1255 note), by striking "2025" and inserting "2026".

(3) SPECIAL INSPECTOR GENERAL FOR AFGHANISTAN RECONSTRUCTION COMPETITIVE STATUS.—Notwithstanding any other provision of law, any employee of the Special Inspector General for Afghanistan Reconstruction (SIGAR) who completes at least 12 months of continuous service after enactment of this Act or who is employed on the date on which SIGAR terminates, whichever occurs first, shall acquire competitive status for appointment to any position in the competitive service for which the employee possesses the required qualifications.

(4) TRANSFER OF BALANCES.—Section 7081(h) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2017 (division J of Public Law 115–31) shall continue in effect during fiscal year 2026.

(5) EXTENSION OF LOAN GUARANTEES TO ISRAEL.—Chapter 5 of title I of the Emergency Wartime Supplemental Appropriations Act, 2003 (Public Law 108–11; 117 Stat. 576) is amended under the heading "Loan Guarantees to Israel"—

(A) in the matter preceding the first proviso, by striking "September 30, 2028" and inserting "September 30, 2031"; and

(B) in the second proviso, by striking "September 30, 2028" and inserting "September 30, 2031".

(h) MONITORING AND EVALUATION.— EVALUATIONS.—Funds appropriated by this Act under titles III and IV, that are made available for impact evaluations, including ex-post evaluations, of the effectiveness and sustainability of United States Government-funded assistance programs shall remain available until expended.

(i) HIV/AIDS WORKING CAPITAL FUND.—Funds available in the HIV/AIDS Working Capital Fund established pursuant to section 525(b)(1) of the Foreign Operations, Export Financing, and Related

178

Programs Appropriations Act, 2005 (Public Law 108–447) may be made available for pharmaceuticals and other products for child survival, malaria, tuberculosis, and emerging infectious diseases to the same extent as HIV/AIDS pharmaceuticals and other products, subject to the terms and conditions in such section: Provided, That the authority in section 525(b)(5) of the Foreign Operations, Export Financing, and Related Programs Appropriations Act, 2005 (Public Law 108–447) shall be exercised by the Secretary of State with respect to funds deposited for such non-HIV/AIDS pharmaceuticals and other products: Provided further, That pharmaceuticals and other products provided are approved for use in the United States.

(j) EXTENSION OF PROCUREMENT AUTHORITY.—Section 7077 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2012 (division I of Public Law 112–74) shall continue in effect during fiscal year 2026, except that such authority may be exercised by the Secretary of State.

(k) EXTENSION.—Section 7034(r) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2022 (division K of Public Law 117–103) shall apply during fiscal year 2026.

(l) DEFINITIONS.—

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—Unless otherwise defined in this Act, for purposes of this Act the term "appropriate congressional committees" means the Committees on Appropriations and Foreign Relations of the Senate and the Committees on Appropriations and Foreign Affairs of the House of Representatives.

(2) FUNDS APPROPRIATED BY THIS ACT AND PRIOR ACTS.—Unless otherwise defined in this Act, for purposes of this Act the term "funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs" means funds that remain available for obligation, and have not expired.

(3) PACIFIC ISLANDS COUNTRIES.—In this Act, the term "Pacific Islands countries" means the Cook Islands, the Republic of Fiji, the Republic of Kiribati, the Republic of the Marshall Islands, the Federated States of Micronesia, the Republic of Nauru, Niue, the Republic of Palau, the Independent State of Papua New Guinea, the Independent State of Samoa, the Solomon Islands, the Kingdom of Tonga, Tuvalu, and the Republic of Vanuatu.

(4) SUCCESSOR OPERATING UNIT.—Any reference to a particular operating unit or office in this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs shall be deemed to include any successor operating unit performing the same or similar functions.

(5) USAID.—In this Act, the term "USAID" means the United States Agency for International Development.

## LAW ENFORCEMENT AND SECURITY

SEC. 7025. (a) ASSISTANCE.—

(1) COMMUNITY-BASED POLICE ASSISTANCE.—Funds made available under titles III and IV of this Act to carry out the provisions of chapter 1 of part I and chapters 4 and 6 of part II of the Foreign

Assistance Act of 1961, may be used, notwithstanding section 660 of that Act, to enhance the effectiveness and accountability of civilian police authority through training and technical assistance in human rights, the rule of law, anti-corruption, strategic planning, and through assistance to foster civilian police roles that support democratic governance, including assistance for programs to prevent conflict, respond to disasters, and foster improved police relations with the communities they serve.

(b) AUTHORITIES.—

(1) RECONSTITUTING CIVILIAN POLICE AUTHORITY.—In providing assistance with funds appropriated by this Act under section 660(b)(6) of the Foreign Assistance Act of 1961, support for a nation emerging from instability may be deemed to mean support for regional, district, municipal, or other sub-national entity emerging from instability, as well as a nation emerging from instability.

(2) DISARMAMENT, DEMOBILIZATION, AND REINTEGRATION.—Section 7034(d) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2015 (division J of Public Law 113–235) shall continue in effect during fiscal year 2026: Provided, That section 7034(d) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2015, shall also apply to the America First Opportunity Fund.

(3) COMMERCIAL LEASING OF DEFENSE ARTICLES.—Notwithstanding any other provision of law, the authority of section 23(a) of the Arms Export Control Act (22 U.S.C. 2763) may be used to provide financing to Israel, Egypt, the North Atlantic Treaty Organization (NATO), and major non-NATO allies for the procurement by leasing (including leasing with an option to purchase) of defense articles from United States commercial suppliers, not including Major Defense Equipment (other than helicopters and other types of aircraft having possible civilian application), if the President determines that there are compelling foreign policy or national security reasons for those defense articles being provided by commercial lease rather than by government-to-government sale under such Act.

(4) SPECIAL DEFENSE ACQUISITION FUND.—Not to exceed $900,000,000 may be obligated pursuant to section 51(c)(2) of the Arms Export Control Act (22 U.S.C. 2795(c)(2)) for the purposes of the Special Defense Acquisition Fund (the Fund), to remain available for obligation until September 30, 2028: Provided, That the provision of defense articles and defense services to foreign countries or international organizations from the Fund shall be subject to the concurrence of the Secretary of State.

(5) EXTENSION OF WAR RESERVES STOCKPILE AUTHORITY.—Section 514(b)(2)(A) of the Foreign Assistance Act of 1961 (22 U.S.C. 2321h(b)(2)(A)) is amended by striking "2027" and inserting "2028".

(6) PROGRAM CLARIFICATION.—Notwithstanding section 503(a)(3) of Public Law 87–195 (22 U.S.C. 2311(a)(3)), the procurement of defense articles and services funded on a non-repayable basis under section 23 of the Arms Export Control Act may be priced to include the costs of salaries of members of the Armed Forces of the United States engaged in security assistance activities pursuant to 10 U.S.C. 341 (relating to the State Partnership Program): Provided, That this paragraph shall only apply to funds that remain available for obligation in fiscal year 2026.

(7) REPROGRAMMING.—Notwithstanding any other provision of law or regulation, equipment procured with funds appropriated in prior Acts making appropriations for the Department of State, foreign operations, and related programs under the heading "Pakistan Counterinsurgency Capability Fund" may be used for any other program and in any region.

(c) LIMITATIONS.—

(1) CHILD SOLDIERS.—Funds appropriated by this Act should not be used to support any military training or operations that include child soldiers.

(2) LANDMINES AND CLUSTER MUNITIONS.—

(A) LANDMINES.—Notwithstanding any other provision of law, demining equipment available to the Department of State and used in support of the clearance of landmines and unexploded ordnance for humanitarian purposes may be disposed of on a grant basis in foreign countries, subject to such terms and conditions as the Secretary of State may prescribe.

(B) CLUSTER MUNITIONS.—No military assistance shall be furnished for cluster munitions, no defense export license for cluster munitions may be issued, and no cluster munitions or cluster munitions technology shall be sold or transferred, unless—

(i) the submunitions of the cluster munitions, after arming, do not result in more than 1 percent unexploded ordnance across the range of intended operational environments, and the agreement applicable to the assistance, transfer, or sale of such cluster munitions or cluster munitions technology specifies that the cluster munitions will only be used against clearly defined military targets and will not be used where civilians are known to be present or in areas normally inhabited by civilians; or

(ii) such assistance, license, sale, or transfer is for the purpose of demilitarizing or permanently disposing of such cluster munitions.

(3) OVERSIGHT AND ACCOUNTABILITY.— The Secretary of State shall promptly inform the appropriate congressional committees of any instance in which the Secretary of State has credible information that funds appropriated under the heading "Foreign Military Financing Program" have been used by a recipient government in a manner contrary to the purposes of section 4 of the Arms Export Control Act (22 U.S.C. 2754) or contrary to United States national security policy.

(d) OTHER MATTERS.— LEAHY LAW.—For purposes of implementing section 620M of the Foreign Assistance Act of 1961, under the judgment of the Secretary of State, the term "credible information" means information that, considering the source of such information and the surrounding circumstances, supports a reasonable belief that a violation has occurred, and shall not be determined solely on the basis of the number of sources; whether the source has been critical of a policy of the United States Government or its security partners; whether the source has a personal connection to the information being reported; or whether the United States Government is able to independently verify the information.


## COUNTERING THE FLOW OF FENTANYL AND OTHER SYNTHETIC DRUGS

SEC. 7026. (a) ASSISTANCE.—Funds appropriated by this Act may be made available for programs to counter the flow of fentanyl, fentanyl precursors, and other synthetic drugs into the United States.

(b) USES OF FUNDS.—Funds made available pursuant to subsection (a) may be made available to support—

(1) efforts to stop the flow of fentanyl, fentanyl precursors, and other synthetic drugs and their precursor materials to the United States from and through the People's Republic of China (PRC), Mexico, and other countries;

(2) law enforcement cooperation and capacity building efforts aimed at disrupting and dismantling transnational criminal organizations involved in the production and trafficking of fentanyl, fentanyl precursors, and other synthetic drugs;

(3) implementation of the Fighting Emerging Narcotics Through Additional Nations to Yield Lasting Results Act (part 7 of subtitle C of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, Public Law 117–263); and

(4) engagement, including through multilateral organizations and frameworks, to catalyze collective action to address the public health and security threats posed by fentanyl, fentanyl precursors, and other synthetic drugs, including through the Global Coalition to Address Synthetic Drug Threats.

## PROHIBITION ON ASSISTANCE TO THE PALESTINIAN BROADCASTING CORPORATION

SEC. 7027. None of the funds appropriated or otherwise made available by this Act may be used to provide equipment, technical support, consulting services, or any other form of assistance to the Palestinian Broadcasting Corporation.

## ASSISTANCE FOR THE WEST BANK AND GAZA

SEC. 7028. (a) OVERSIGHT.—For fiscal year 2026, 30 days prior to the initial obligation of funds for the bilateral West Bank and Gaza Program, the Secretary of State shall certify to the Committees on Appropriations that procedures have been established to assure the Comptroller General of the United States will have access to appropriate United States financial information in order to review the uses of United States assistance for the Program funded under the heading "America First Opportunity" for the West Bank and Gaza.

(b) VETTING.—Prior to the obligation of funds appropriated by this Act under the heading "America First Opportunity Fund" for assistance for the West Bank and Gaza, the Secretary of State shall take all appropriate steps to ensure that such assistance is not provided to or through any individual, private or government entity, or educational institution that the Secretary knows or has reason to believe advocates, plans, sponsors, engages in, or has engaged in, terrorist activity nor, with respect to private entities or educational institutions, those that have as a principal officer of the entity's governing board or governing board of trustees any individual that has been determined to be involved in, or advocating terrorist activity or determined to be a member of a designated foreign terrorist organization: Provided, That the Secretary of State shall, as appropriate, establish procedures specifying the steps to be taken in carrying out this subsection and shall terminate assistance to any individual, entity, or educational institution which the Secretary has determined to be involved in or advocating terrorist activity.

(c) PROHIBITION.—

(1) RECOGNITION OF ACTS OF TERRORISM.—None of the funds appropriated under titles III through VI of this Act for assistance under the West Bank and Gaza Program may be made available for

(A) the purpose of recognizing or otherwise honoring individuals who commit, or have committed acts of terrorism; and

(B) any educational institution located in the West Bank or Gaza that is named after an individual who the Secretary of State determines has committed an act of terrorism.

(2) SECURITY ASSISTANCE AND REPORTING REQUIREMENT.—Notwithstanding any other provision of law, none of the funds made available by this or prior appropriations Acts, including funds made available by transfer, may be made available for obligation for security assistance for the West Bank and Gaza until the Secretary of State reports to the Committees on Appropriations on—

(A) the benchmarks that have been established for security assistance for the West Bank and Gaza and on the extent of Palestinian compliance with such benchmarks; and

(B) the steps being taken by the Palestinian Authority to end torture and other cruel, inhuman, and degrading treatment of detainees, including by bringing to justice members of Palestinian security forces who commit such crimes.

(d) OVERSIGHT BY THE UNITED STATES DEPARTMENT OF STATE.—

(1) The Secretary of State shall ensure that Federal or non-Federal audits of all contractors and grantees, and significant subcontractors and sub-grantees, under the West Bank and Gaza Program, are conducted at least on an annual basis to ensure, among other things, compliance with this section.

(2) Funds appropriated by this Act may be used by the Office of Inspector General of the Department of State for audits, investigations, and other activities in furtherance of the requirements of this subsection: Provided, That such funds are in addition to funds otherwise available for such purposes.

(e) COMPTROLLER GENERAL OF THE UNITED STATES AUDIT.—Subsequent to the certification specified in subsection (a), the Comptroller General of the United States shall conduct an audit and an investigation of the treatment, handling, and uses of all funds for the bilateral West Bank and Gaza Program, including all funds provided as cash transfer assistance, and such audit shall address—

(1) the extent to which such Program complies with the requirements of subsections (b) and (c); and

(2) an examination of all programs, projects, and activities carried out under such Program, including both obligations and expenditures.


## LIMITATION ON ASSISTANCE FOR THE PALESTINIAN AUTHORITY

SEC. 7029. (a) PROHIBITION OF FUNDS.—None of the funds appropriated by this Act to carry out the provisions of chapter 4 of part II of the Foreign Assistance Act of 1961 may be obligated or expended with respect to providing funds to the Palestinian Authority.

(b) WAIVER.—The prohibition included in subsection (a) shall not apply if the President certifies in writing to the Speaker of the House of Representatives, the President pro tempore of the Senate, and the Committees on Appropriations that waiving such prohibition is important to the national security interest of the United States.

(c) PERIOD OF APPLICATION OF WAIVER.—Any waiver pursuant to subsection (b) shall be effective for no more than a period of 6 months at a time and shall not apply beyond 12 months after the enactment of this Act.

(d) REPORT.—Whenever the waiver authority pursuant to subsection (b) is exercised, the President shall submit a report to the Committees on Appropriations detailing the justification for the waiver, the purposes for which the funds will be spent, and the accounting procedures in place to ensure that the funds are properly disbursed: Provided, That the report shall also detail the steps the Palestinian Authority has taken to arrest terrorists, confiscate weapons and dismantle the terrorist infrastructure.

(e) CERTIFICATION.—If the President exercises the waiver authority under subsection (b), the Secretary of State must certify and report to the Committees on Appropriations prior to the obligation of funds that the Palestinian Authority has established a single treasury account for all Palestinian Authority financing and all financing mechanisms flow through this account, no parallel financing mechanisms exist outside of the Palestinian Authority treasury account, and there is a single comprehensive civil service roster and payroll, and the Palestinian Authority is acting to counter incitement of violence against Israelis and is supporting activities aimed at promoting peace, coexistence, and security cooperation with Israel.

(f) PROHIBITION TO HAMAS AND THE PALESTINE LIBERATION ORGANIZATION.—

(1) None of the funds appropriated in titles III through VI of this Act may be obligated for salaries of personnel of the Palestinian Authority located in Gaza or may be obligated or expended for assistance to Hamas or any entity effectively controlled by Hamas, any power-sharing government of which Hamas is a member, or that results from an agreement with Hamas and over which Hamas exercises undue influence.

(2) Notwithstanding the limitation of paragraph (1), assistance may be provided to a power-sharing government only if the President certifies and reports to the Committees on Appropriations that such government, including all of its ministers or such equivalent, has publicly accepted and is complying with the principles contained in section 620K(b)(1)(A) and (B) of the Foreign Assistance Act of 1961, as amended.

(3) The President may exercise the authority in section 620K(e) of the Foreign Assistance Act of 1961, as added by the Palestinian Anti-Terrorism Act of 2006 (Public Law 109–446) with respect to this subsection.

(4) Whenever the certification pursuant to paragraph (2) is exercised, the Secretary of State shall submit a report to the Committees on Appropriations within 120 days of the certification and every quarter thereafter on whether such government, including all of its ministers or such equivalent are continuing to comply with the principles contained in section 620K(b)(1)(A) and (B) of the Foreign Assistance Act of 1961, as amended: Provided, That the report shall also detail the amount, purposes and delivery mechanisms for any assistance provided pursuant to the abovementioned certification and a full accounting of any direct support of such government.

(5) None of the funds appropriated under titles III through VI of this Act may be obligated for assistance for the Palestine Liberation Organization.

## MIDDLE EAST AND NORTH AFRICA

SEC. 7030. (a) EGYPT.—

(1) ASSISTANCE.—Of the funds appropriated by this Act, not less than $1,300,000,000 may be made available for assistance to Egypt from funds under the heading "Foreign Military Financing Program", to remain available until September 30, 2027: Provided, That such funds may be transferred to an interest bearing account in the Federal Reserve Bank of New York.

(2) RESTRICTION.—Funds appropriated by this Act that are available for assistance for Egypt may be made available notwithstanding any other provision of law restricting assistance for Egypt, except for this subsection and section 620M of the Foreign Assistance Act of 1961.

(b) ISRAEL.—Of the funds appropriated by this Act under the heading "Foreign Military Financing Program", not less than $3,300,000,000 shall be available for grants only for Israel which shall be disbursed within 30 days of enactment of this Act: Provided, That to the extent that the Government of Israel requests that funds be used for such purposes, grants made available for Israel under this heading shall, as agreed by the United States and Israel, be available for advanced weapons systems, of which not less than $250,300,000 shall be available for the procurement in Israel of defense articles and defense services, including research and development.

(c) SYRIA.—

(1) NON-LETHAL ASSISTANCE.—Funds appropriated by this Act under titles III and IV may be made available, notwithstanding any other provision of law, for non-lethal stabilization assistance for Syria, including for emergency medical and rescue response and chemical weapons investigations.

(d) WEST BANK AND GAZA.—

(1) LIMITATIONS.—

(A)(i) None of the funds appropriated under the heading "America First Opportunity Fund" in this Act may be made available for assistance for the Palestinian Authority, if after the date of enactment of this Act—

(I) the Palestinians obtain the same standing as member states or full membership as a state in the United Nations or any specialized agency thereof outside an agreement negotiated between Israel and the Palestinians; or

(II) the Palestinians initiate an International Criminal Court (ICC) judicially authorized investigation, or actively support such an investigation, that subjects Israeli nationals to an investigation for alleged crimes against Palestinians.

(ii) The Secretary of State may waive the restriction in clause (i) of this subparagraph resulting from the application of subclause (I) of such clause if the Secretary certifies to the Committees on Appropriations that to do so is in the national security interest of the United States, and submits a report to such Committees detailing how the waiver and the continuation of assistance would assist in furthering Middle East peace.

(B)(i) The President may waive the provisions of section 1003(1), (2), and (3) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 (Public Law 100–204), if the President determines and certifies in writing to the Speaker of the House of Representatives, the President pro tempore of the Senate, and the Committees on Appropriations that the action is important to the national security interests of the United States or the conduct of diplomacy.

(2) APPLICATION OF TAYLOR FORCE ACT.—Funds appropriated by this Act under the heading "American First Opportunity Fund" that are made available for assistance for the West Bank and Gaza shall be made available consistent with section 1004(a) of the Taylor Force Act (title X of division S of Public Law 115–141).


## EAST ASIA AND THE PACIFIC

SEC. 7031. (a) BURMA.— (1) USES OF FUNDS.—Funds appropriated by this Act may be made available for assistance for Burma notwithstanding any other provision of law for the purposes described in section 5575 of the Burma Act of 2022 (subtitle E of title LV of division E of Public Law 117–263) and section 7043(a) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2023 (division K of Public Law 117–328).

(b) INDO-PACIFIC STRATEGY.—

(1) RESTRICTION ON USES OF FUNDS.—None of the funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs may be made available for any project or activity that directly supports or promotes—

(A) the Belt and Road Initiative or any dual-use infrastructure projects of the People's Republic of China; or

(B) the use of technology, including biotechnology, digital, telecommunications, and cyber, developed by the People's Republic of China unless the Secretary of State, in consultation with the heads of other Federal agencies, as appropriate, determines that such use does not adversely impact the national security of the United States.

(2) MAPS.—None of the funds made available by this Act should be used to create, procure, or display any map that inaccurately depicts the territory and social and economic system of Taiwan and the islands or island groups administered by Taiwan authorities.

(c) PACIFIC ISLANDS COUNTRIES.— (1) OPERATIONS.—Funds appropriated by this Act under the heading "Diplomatic Programs" for the Department of State may be made available to expand the United States diplomatic and development presence in Pacific Islands countries (PICs), including the number and location of facilities and personnel.

(d) PEOPLE'S REPUBLIC OF CHINA.— (1) PROHIBITION.—None of the funds appropriated by this Act may be made available for assistance for the Government of the People's Republic of China or the Chinese Communist Party.

(e) TAIWAN.— FELLOWSHIP PROGRAM.—Funds appropriated by this Act under the heading "Payment to the American Institute in Taiwan" may be made available for the Taiwan Fellowship Program.

(f) TIBET.— (1) Notwithstanding any other provision of law, funds appropriated by this Act may be made available to nongovernmental organizations with experience working with Tibetan communities to support activities which preserve cultural traditions and promote sustainable development, education, and environmental conservation in Tibetan communities in the Tibet Autonomous Region and in other Tibetan communities in China.

## SOUTH AND CENTRAL ASIA

SEC. 7032. AFGHANISTAN.— RESTRICTION.—None of the funds appropriated by this Act that are made available for assistance for Afghanistan may be made available for assistance to the Taliban.

## LATIN AMERICA AND THE CARIBBEAN

SEC. 7033. FACILITATING IRRESPONSIBLE MIGRATION.—None of the funds appropriated or otherwise made available by this Act may be used to encourage, mobilize, publicize, or manage mass-migration caravans towards the United States southwest border: Provided, That the prohibition contained in this subsection shall not be construed to preclude the provision of humanitarian assistance.

## UNITED NATIONS AND OTHER INTERNATIONAL ORGANIZATIONS

SEC. 7034.

(a) RESTRICTIONS ON UNITED NATIONS DELEGATIONS AND ORGANIZATIONS.—

(1) RESTRICTIONS ON UNITED STATES DELEGATIONS.—None of the funds made available by this Act should be used to pay expenses for any United States delegation to any specialized agency, body, or commission of the United Nations if such agency, body, or commission is chaired or presided over by a country, the government of which the Secretary of State has determined, for purposes of section 1754(c) of the Export Reform Control Act of 2018 (50 U.S.C. 4813(c)), supports international terrorism.

(2) RESTRICTIONS ON CONTRIBUTIONS.—None of the funds made available by this Act should be used by the Secretary of State as a contribution to any organization, agency, commission, or program within the United Nations system if such organization, agency, commission, or program is chaired or presided over by a country the government of which the Secretary of State has determined, for purposes of section 620A of the Foreign Assistance Act of 1961, section 40 of the Arms Export Control Act, section 1754(c) of the Export Reform Control Act of 2018 (50 U.S.C. 4813(c)), or any other provision of law, is a government that has repeatedly provided support for acts of international terrorism.

(b) UNITED NATIONS HUMAN RIGHTS COUNCIL.—

(1) None of the funds appropriated by this Act may be made available in support of the United Nations Human Rights Council.

(2) None of the funds appropriated by this Act may be made available for the United Nations International Commission of Inquiry on the Occupied Palestinian Territory, including East Jerusalem, and Israel.

(c) FUNDING LIMITATION FOR UNITED NATIONS RELIEF AND WORKS AGENCY.—None of the funds appropriated or otherwise made available by this Act or other Acts making appropriations for the Department of State, foreign operations, and related programs, including provisions of Acts providing supplemental appropriations for the Department of State, foreign operations, and related programs, may be used for a contribution, grant, or other payment to the United Nations Relief and Works Agency, notwithstanding any other provision of law.

187

(d) ADDITIONAL AVAILABILITY.—Funds appropriated by this Act which are returned or not made available due to section 307(a) of the Foreign Assistance Act of 1961 (22 U.S.C. 2227(a)), shall remain available for obligation until September 30, 2027: Provided, That the requirement to withhold funds for programs in Burma under section 307(a) of the Foreign Assistance Act of 1961 shall not apply to funds appropriated by this Act.

(e) ACCOUNTABILITY REQUIREMENT.—Not later than 30 days after the date of enactment of this Act, the Secretary of State should seek to enter into written agreements with each international organization that receives funding appropriated by this Act to provide timely access to the Inspector General of the Department of State and the Comptroller General of the United States to such organization's financial data and other information relevant to United States contributions to such organization, as determined by the Inspectors and Comptroller General.

## WAR CRIMES TRIBUNAL

SEC. 7035. If the President determines that doing so will contribute to a just resolution of charges regarding genocide or other violations of international humanitarian law, the President may direct a drawdown pursuant to section 552(c) of the Foreign Assistance Act of 1961 of up to $30,000,000 of commodities and services for the United Nations War Crimes Tribunal established with regard to the former Yugoslavia by the United Nations Security Council or such other tribunals or commissions as the Council may establish or authorize to deal with such violations, without regard to the ceiling limitation contained in paragraph (2) thereof: Provided, That the determination required under this section shall be in lieu of any determinations otherwise required under section 552(c): Provided further, That funds made available pursuant to this section shall be made available subject to the regular notification procedures of the Committees on Appropriations.

## TORTURE AND OTHER CRUEL, INHUMAN, OR DEGRADING TREATMENT OR PUNISHMENT

SEC. 7036. ASSISTANCE.—Funds appropriated under titles III and IV of this Act may be made available, notwithstanding section 660 of the Foreign Assistance Act of 1961, for assistance to eliminate torture and other cruel, inhuman, or degrading treatment or punishment by foreign police, military, or other security forces in countries receiving assistance from funds appropriated by this Act.

## AIRCRAFT TRANSFER, COORDINATION, AND USE

SEC. 7037. (a) TRANSFER AUTHORITY.—Notwithstanding any other provision of law or regulation, aircraft procured with funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the headings "Diplomatic Programs", "International Narcotics Control and Law Enforcement", "Andean Counterdrug Initiative", and "Andean Counterdrug Programs" may be used for any other program and in any region.

(b) AIRCRAFT COORDINATION.—

(1) AUTHORITY.—The uses of aircraft purchased or leased by the Department of State with funds made available in this Act or prior Acts making appropriations for the Department of State, foreign operations,

and related programs shall be coordinated under the authority of the appropriate Chief of Mission: Provided, That such aircraft may be used to transport, on a reimbursable or non-reimbursable basis, Federal and non-Federal personnel supporting Department of State programs and activities: Provided further, That official travel for other agencies for other purposes may be supported on a reimbursable basis, or without reimbursement when traveling on a space available basis: Provided further, That funds received by the Department of State in connection with the use of aircraft owned, leased, or chartered by the Department of State may be credited to the Working Capital Fund of the Department and shall be available for expenses related to the purchase, lease, maintenance, chartering, or operation of such aircraft.

(2) SCOPE.—The requirement and authorities of this subsection shall only apply to aircraft, the primary purpose of which is the transportation of personnel.

(c) AIRCRAFT OPERATIONS AND MAINTENANCE.—To the maximum extent practicable, the costs of operations and maintenance, including fuel, of aircraft funded by this Act shall be borne by the recipient country.

## INTERNATIONAL MONETARY FUND

SEC. 7038. (a) EXTENSIONS.—The terms and conditions of sections 7086(b)(1) and (2) and 7090(a) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2010 (division F of Public Law 111–117) shall apply to this Act.

## GLOBAL HEALTH ACTIVITIES

SEC. 7039. (a) IN GENERAL.—Funds appropriated by titles III and IV of this Act that are made available for bilateral assistance for child survival activities or disease programs including activities relating to research on, and the prevention, treatment and control of, HIV/AIDS may be made available notwithstanding any other provision of law except for provisions under the heading "Global Health Programs" and the United States Leadership Against HIV/AIDS, Tuberculosis, and Malaria Act of 2003 (117 Stat. 711; 22 U.S.C. 7601 et seq.), as amended.

(b) PANDEMICS AND OTHER INFECTIOUS DISEASE OUTBREAKS.—

(1) GLOBAL HEALTH SECURITY.—Funds appropriated by this Act under the heading "Global Health Programs" may be made available for global health security programs to accelerate the capacity of countries to prevent, detect, and respond to infectious disease outbreaks, including by strengthening public health capacity where there is a high risk of emerging zoonotic infectious diseases.

(2) EXTRAORDINARY MEASURES.—If the Secretary of State determines and reports to the Committees on Appropriations that an international infectious disease outbreak is sustained, severe, and is spreading internationally, or that it is in the national interest to respond to a Public Health Emergency of International Concern, funds appropriated by this Act under the headings "Global Health Programs", "America First Opportunity Fund", "International Humanitarian Assistance", and "Millennium Challenge Corporation" may be made available to combat such infectious disease or public health emergency, and may be transferred to, and merged with, funds appropriated under such headings for the purposes of this paragraph.

(3) EMERGENCY RESERVE FUND.—Funds made available under the heading "Global Health Programs" may be made available for the Emergency Reserve Fund established pursuant to section 7058(c)(1) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2017 (division J of Public Law 115–31): Provided, That such section shall be applied to such funds by striking "International Disaster Assistance" and inserting "International Humanitarian Assistance": Provided further, That such section is amended by striking "Administrator of the United States Agency for International Development" and inserting "Secretary of State".

(c) LIMITATION.—Notwithstanding any other provision of law, none of the funds made available by this Act may be made available to the Wuhan Institute of Virology located in the City of Wuhan in the People's Republic of China or for biomedical research in the People's Republic of China.

(d) PROTECTING LIFE IN GLOBAL HEALTH ASSISTANCE.—None of the funds appropriated or otherwise made available by this Act for global health assistance may be made available to, or implemented by, any foreign nongovernmental organization including those which a U.S. nongovernmental organization makes a subaward with global heath assistance funds, that promotes or performs abortion, except in cases of rape or incest or when the life of the mother would be endangered if the fetus were carried to term.


# DEPARTMENT OF STATE MATTERS

SEC. 7040. OTHER MATTERS.—

(1) In addition to amounts appropriated or otherwise made available by this Act under the heading "Diplomatic Programs"— (A) as authorized by section 810 of the United States Information and Educational Exchange Act, not to exceed $5,000,000, to remain available until expended, may be credited to this appropriation from fees or other payments received from English teaching, library, motion pictures, and publication programs and from fees from educational advising and counseling and exchange visitor programs; and

(B) not to exceed $15,000, which shall be derived from reimbursements, surcharges, and fees for use of Blair House facilities.

(2) Funds appropriated or otherwise made available by this Act under the heading "Diplomatic Programs" are available for acquisition by exchange or purchase of passenger motor vehicles as authorized by law and, pursuant to section 1108(g) of title 31, United States Code, for the field examination of programs and activities in the United States funded from any account contained in title I of this Act.

(3) Consistent with section 204 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001 (22 U.S.C. 2452b), up to $25,000,000 of the amounts made available under the heading "Diplomatic Programs" in this Act may be obligated and expended for United States participation in international fairs and expositions abroad, including for construction and operation of a United States pavilion.


# FOREIGN ASSISTANCE MANAGEMENT

SEC. 7041. (a) AUTHORITY.—Funds made available in title III of this Act pursuant to or to carry out the provisions of part I of the Foreign Assistance Act of 1961, may be used to hire and employ

individuals in the United States and overseas on a limited appointment basis pursuant to the authority of sections 308 and 309 of the Foreign Service Act of 1980 (22 U.S.C. 3948 and 3949).

(b) RESTRICTION.—The authority to hire individuals contained in subsection (a) shall expire on September 30, 2027.

(c) PROGRAM ACCOUNT CHARGED.—The account charged for the cost of an individual hired and employed under the authority of this section shall be the account to which the responsibilities of such individual primarily relate: Provided, That funds made available to carry out this section may be transferred to, and merged with, funds appropriated by this Act under the relevant headings in title I.

(d) FOREIGN SERVICE LIMITED EXTENSIONS.—Individuals hired and employed with funds made available in this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs, pursuant to the authority of section 309 of the Foreign Service Act of 1980 (22 U.S.C. 3949), may be extended for a period of up to 4 years notwithstanding the limitation set forth in such section.

(e) DISASTER SURGE CAPACITY.—Funds appropriated under title III of this Act to carry out part I of the Foreign Assistance Act of 1961, may be used, in addition to funds otherwise available for such purposes, for the cost (including the support costs) of individuals whose primary responsibility is to carry out programs in response to natural disasters or man-made disasters.

(f) PERSONAL SERVICES CONTRACTORS.—Funds appropriated by this Act that are made available to carry out chapter 1 of part I, chapter 4 of part II, and section 667 of the Foreign Assistance Act of 1961, and title II of the Food for Peace Act (Public Law 83–480; 7 U.S.C. 1721 et seq.), may be used to employ up to 40 personal services contractors in the United States, notwithstanding any other provision of law, for the purpose of providing direct, interim support for new or expanded overseas programs and activities until permanent direct hire personnel are hired and trained: Provided, That not more than 15 of such contractors shall be assigned to any bureau or office.

(g) SMALL BUSINESS.—In entering into multiple award indefinite-quantity contracts with funds appropriated by this Act, the Department of State may provide an exception to the fair opportunity process for placing task orders under such contracts when the order is placed with any category of small or small disadvantaged business.

(h) SENIOR FOREIGN SERVICE LIMITED APPOINTMENTS.—Individuals hired pursuant to the authority provided by section 7059(o) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2010 (division F of Public Law 111–117) may be assigned to or support programs in Afghanistan or Pakistan with funds made available in this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs.

(i) CRISIS OPERATIONS STAFFING.—Funds made available in title III of this Act pursuant to, or to carry out the provisions of, part I of the Foreign Assistance Act of 1961 and section 509(b) of the Global Fragility Act of 2019 (title V of division J of Public Law 116–94) may be made available to appoint and employ personnel in the excepted service to prevent or respond to foreign crises and contexts with growing instability: Provided, That functions carried out by personnel hired under the authority of this subsection shall be related to the purpose for which the funds were appropriated: Provided further, That such funds are in addition to funds otherwise available for such purposes and may remain attributed to any minimum funding requirement for which they were originally made available.

(j) PERSONAL SERVICE AGREEMENTS.—Funds appropriated by this Act under titles II and III may be made available to the Secretary of State to exercise the authorities of section 2669(c) of title 22, United States Code.

## DEBT-FOR-DEVELOPMENT

SEC. 7042. In order to enhance the continued participation of nongovernmental organizations in debt-for-development exchanges, a nongovernmental organization which is a grantee or contractor of the Department of State may place in interest bearing accounts local currencies which accrue to that organization as a result of economic assistance provided under title III of this Act and, subject to the regular notification procedures of the Committees on Appropriations, any interest earned on such investment shall be used for the purpose for which the assistance was provided to that organization.

## EXTENSION OF CONSULAR FEES AND RELATED AUTHORITIES

SEC. 7043. (a) Section 1(b)(1) of the Passport Act of June 4, 1920 (22 U.S.C. 214(b)(1)) shall be applied through fiscal year 2026 by substituting "the costs of providing consular services" for "such costs".

(b) Section 21009 of the Emergency Appropriations for Coronavirus Health Response and Agency Operations (division B of Public Law 116–136; 134 Stat. 592) shall be applied during fiscal year 2026 by substituting "2020 through 2026" for "2020 and 2021".

(c) Discretionary amounts made available to the Department of State under the heading "Administration of Foreign Affairs" of this Act, and discretionary unobligated balances under such heading from prior Acts making appropriations for the Department of State, foreign operations, and related programs, may be transferred to the Consular and Border Security Programs account if the Secretary of State determines and reports to the Committees on Appropriations that to do so is necessary to sustain consular operations, following consultation with such Committees: Provided, That such transfer authority is in addition to any transfer authority otherwise available in this Act and under any other provision of law: Provided further, That no amounts may be transferred from amounts designated as an emergency requirement pursuant to a concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985.

(d) In addition to the uses permitted pursuant to section 286(v)(2)(A) of the Immigration and Nationality Act (8 U.S.C. 1356(v)(2)(A)), for fiscal year 2026, the Secretary of State may also use fees deposited into the Fraud Prevention and Detection Account for the costs of providing consular services.

(e) Amounts provided pursuant to subsection (b) are designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.

## OTHER MATTERS

SEC. 7044. (a) MAPS.—None of the funds made available by this Act should be used to create, procure, or display any map that inaccurately depicts the Gulf of America.

(b) None of the funds appropriated or otherwise made available by this Act may be obligated or expended to fly or display a flag over a facility of the United States Department of State other than the—

(1) United States flag;

(2) Foreign Service flag pursuant to 2 FAM 154.2–1;

(3) POW/MIA flag;

(4) Hostage and Wrongful Detainee flag, pursuant to section 904 of title 36, United States Code;

(5) flag of a State, insular area, or the District of Columbia at domestic locations;

(6) flag of an Indian Tribal government;

(7) official branded flag of a United States agency; or

(8) sovereign flag of other countries.

(c) Funds may be transferred to the United States Section of the International Boundary and Water Commission, United States and Mexico, from Federal or non-Federal entities, to study, design, construct, operate, and maintain treatment and flood control works, water conservation projects, and related structures, consistent with the functions of the United States Section: Provided, That such funds shall be deposited in an account under the heading "International Boundary and Water Commission, United States and Mexico", to remain available until expended.

## USAID CONSOLIDATION

SEC. 7045. (a) The Secretary of State may reorganize the United States Agency for International Development (USAID) pursuant to a reorganization plan transmitted to Congress, which may provide for the abolition of such agency and the transfer of its functions to the Department of State.

(b) Notwithstanding any other provision of law, a reorganization consistent with subsection (a) shall be treated as a reorganization under sections 1611 through 1615 of the Foreign Affairs Reform and Restructuring Act of 1998 (22 U.S.C. 6611 through 6615): Provided, That the limitation under section 7009(b)(1) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (division F, Public Law 118–47) and similar provisions of law in other Acts shall not apply to transfers pursuant to authorities made available by this section.

(c) In connection with a reorganization under this section, the Secretary of State may transfer any authority, duty, or function assigned by law to USAID, the Administrator of USAID, or any subordinate official or component to such officials or components of the Department of State as the Secretary may determine from time to time.

(d) Notwithstanding any other provision of law, the Office of the Inspector General of the Department of State shall be responsible for inspections, investigations, audits, reports, systematic review and evaluations, and other independent oversight functions of any authority, duty, or function transferred from USAID to the Department of State, consistent with the Inspector General Act of 1978 (5 U.S.C. 401 et seq.) and the Foreign Service Act (22 U.S.C. 3929 et seq.).

(e) To assist with the transfer and assumption of authorities, duties, and functions pursuant to this section, the Inspector General of the Department of State may exercise the authorities of subsections (b) through

(i) of section 3161 of title 5, United States Code, without regards to subsection (a) of that section. In exercising these authorities, paragraph (2) of that subsection (relating to periods of appointments) shall not apply.

## FOREIGN MILITARY FINANCING LOANS

SEC. 7046. (a) FOREIGN MILITARY FINANCING DIRECT LOANS.—During fiscal years 2026 and 2027, direct loans under section 23 of the Arms Export Control Act may be made notwithstanding section 23(c)(1) of the Arms Export Control Act, gross obligations for the principal amounts of which shall not exceed $4,000,000,000: Provided, That funds appropriated under the heading "Foreign Military Financing Program" in this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs including balances that were previously designated by the Congress for Overseas Contingency Operation/Global War on Terrorism pursuant to section 251(b)(2)(A)(ii) of the Balanced Budget and Emergency Deficit Control Act of 1985, may be made available for the costs, as defined in section 502 of the Congressional Budget Act of 1974, of such loans: Provided further, That such costs, including the cost of modifying such loans, shall be as defined in section 502 of the Congressional Budget Act of 1974 and may include the costs of selling, reducing, or cancelling any amounts owed to the United States or any agency of the United States: Provided further, That the Government of the United States may charge fees for such loans, which shall be collected from borrowers in accordance with section 502(7) of the Congressional Budget Act of 1974: Provided further, That no funds made available by this or any other appropriations Act for this fiscal year or prior fiscal years may be used for payment of any fees associated with such loans: Provided further, That amounts made available under this paragraph for such costs shall not be considered assistance for the purposes of provisions of law limiting assistance to a country.

(b) FOREIGN MILITARY FINANCING LOAN GUARANTEES.—Funds appropriated under the heading "Foreign Military Financing Program" in this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs including balances that were previously designated by the Congress for Overseas Contingency Operations/Global War on Terrorism pursuant to section 251(b)(2)(A)(ii) of the Balanced Budget and Emergency Deficit Control Act of 1985, may be made available, notwithstanding the third proviso under such heading, for the costs of loan guarantees under section 24 of the Arms Export Control Act, which are authorized to be provided: Provided, That such funds are available to subsidize gross obligations for the principal amount of commercial loans, and total loan principal, any part of which is to be guaranteed, not to exceed $4,000,000,000: Provided further, That no loan guarantee with respect to any one borrower may exceed 80 percent of the loan principal, except for guarantees of loans by the Federal Financing Bank: Provided further, That any loan guaranteed under this paragraph may not be subordinated to another debt contracted by the borrower or to any other claims against the borrower in the case of default: Provided further, That the Government of the United States may charge fees for such loan guarantees, as may be determined, notwithstanding section 24 of the Arms Export Control Act, which shall be collected from borrowers or third parties on behalf of such borrowers in accordance with section 502(7) of the Congressional Budget Act of 1974: Provided further, That amounts made available under this paragraph for the costs of such guarantees shall not be considered assistance for the purposes of provisions of law limiting assistance to a country.

## GLOBAL FUND MATCHING

SEC. 7047. Funds appropriated by this Act under the headings "Global Health Programs" and the "America First Opportunity Fund" may be made available for United States contributions to the Global Fund to Fight AIDS, Tuberculosis, and Malaria (Global Fund): Provided, That none of the funds

appropriated in this or prior fiscal years may be used to cause the total amount of United States Government contributions to the Global Fund for the Global Fund's eighth replenishment (2026–2028) to exceed 20 percent of the total amount of funds contributed to the Global Fund from all sources for such replenishment, notwithstanding any other provision of law.

## UNANTICIPATED CLOSE-OUT COSTS FOR FOOD FOR PEACE ACT

SEC. 7048. In addition to funds otherwise available for this purpose, funds appropriated under the heading "International Humanitarian Assistance" in title III of this Act and funds appropriated under the heading "International Disaster Assistance" in prior Acts making appropriations for the Department of State, foreign operations and related programs may be used for necessary expenses to meet emergency food needs related to the packaging, processing, shipment, transportation, prepositioning, transfer, storage, handling, distribution, and other incidental and administrative costs associated with commodities purchased pursuant to the Food for Peace Act (7 U.S.C. 1961 et seq.): Provided, That the Department of Agriculture may reimburse the "International Humanitarian Assistance" account or the "International Disaster Assistance" account, as appropriate, for such expenses with available amounts, including recoveries, from amounts appropriated in prior appropriations Acts to "Department of Agriculture, Foreign Agricultural Service, Food for Peace Title II Grants".

## (CANCELLATION)

SEC. 7049. Of the unobligated balances made available under titles I, III, and IV from prior Acts making appropriations for the Department of State, foreign operations and related programs, and title V from prior Acts making appropriations for agriculture, rural development, Food and Drug Administration, and related agencies under the heading "Food for Peace Title II Grants", $20,000,000,000 shall be hereby permanently cancelled.

## ASIAN DEVELOPMENT FOUNDATION

SEC. 7050. ASIAN DEVELOPMENT FUND THIRTEENTH REPLENISHMENT.—The Asian Development Bank Act (22 U.S.C. 285 et seq.) is amended by adding at the end thereof the following new section:

"SEC. 38. THIRTEENTH REPLENISHMENT.

"(a) IN GENERAL.The United States Governor of the Fund is authorized to contribute on behalf of the United States $174,440,000 to the thirteenth replenishment of the resources of the Fund, subject to obtaining the necessary appropriations.

"(b)AUTHORIZATION OF APPROPRIATIONS. In order to pay for the United States contribution provided for in subsection (a), there are authorized to be appropriated, without fiscal year limitation, $174,440,000 for payment by the Secretary of the Treasury.".

## AFRICAN DEVELOPMENT BANK

195

SEC. 7051. AFRICAN DEVELOPMENT BANK GENERAL CALLABLE CAPITAL INCREASE.—
The African Development Bank Act (22 U.S.C. 290i et seq.) is amended by inserting at the end the
following new section:

"SEC. 1346. GENERAL CALLABLE CAPITAL INCREASE.

"(a) SUBSCRIPTION AUTHORIZED.

"(1) IN GENERAL. The United States Governor of the Bank may subscribe on behalf of the United
States to 800,000 additional shares of the capital stock of the Bank.

"(2) LIMITATION. Any subscription by the United States to the capital stock of the Bank shall be
effective only to such extent and in such amounts as are provided in advance in appropriations Acts.

"(b) AUTHORIZATION OF APPROPRIATIONS. For the increase in the United States subscription to
the Bank under subsection (a), there is authorized to be appropriated, without fiscal year limitation,
$7,800,000,000, for payment by the Secretary of the Treasury for callable shares of the Bank.".

## EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT

SEC. 7052. EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT GENERAL
CAPITAL INCREASE.—The European Bank for Reconstruction and Development Act (22 U.S.C. 290l
et seq.) is amended by adding at the end the following new paragraph:

"(13) Capital Increase.

"(A) SUBSCRIPTION AUTHORIZED.

"(i) The United States Governor of the Bank is authorized to subscribe on behalf of the United States to
40,000 additional shares of the paid-in capital stock of the Bank.

"(ii) Any subscription by the United States to additional paid-in capital stock of the Bank shall be
effective only to such extent and in such amounts as are provided in advance in appropriations Acts.

"(B) AUTHORIZATION OF APPROPRIATIONS. In order to pay for the increase in the United States
subscription to the Bank under paragraph (A), there are authorized to be appropriated, without fiscal year
limitation, $437,457,804, for payment by the Secretary of the Treasury.".

## INTER-AMERICAN DEVELOPMENT BANK

SEC. 7053. ADDITIONAL SUBSCRIPTION TO SHARES OF THE CAPITAL STOCK OF THE
INTER-AMERICAN INVESTMENT CORPORATION.—The Secretary of the Treasury is authorized to
subscribe on behalf of the United States to up to an additional 58,942 shares of the capital stock of the
Inter-American Investment Corporation: Provided, That any subscription to such additional shares shall
be effective only to such extent or in such amounts as are provided in this or any other appropriations Act:
Provided further, That, at the conclusion of negotiations for an increase in the authorized capital stock of
the Inter-American Investment Corporation to which the United States subscribes, the Secretary of the
Treasury shall report to the Senate Committee on Appropriations, Senate Committee on Foreign
Relations, House Committee on Appropriations, and House Committee on Financial Services the full

dollar amount of the United States subscription to additional shares of capital stock of the Inter-American Investment Corporation, and certify that the Inter-American Development Bank Group has made satisfactory progress toward reforms that increase the Inter-American Development Bank Group's responsiveness to the development needs of all borrowing countries in Latin America and the Caribbean, improve the effectiveness of the Inter-American Development Bank Groups financing, foster the development of a vibrant private sector in the region, help address global and regional challenges, and promote more efficient use of the Inter-American Development Bank Groups financial resources.

## INTERNATIONAL DEVELOPMENT ASSOCIATION

SEC. 7054. (a) EXEMPTION FROM SECURITIES LAWS; REPORTS TO SECURITIES AND EXCHANGE COMMISSION.— Any securities issued by the International Development Association (including any guaranty by the Association, whether or not limited in scope) and any securities guaranteed by the Association as to both principal and interest shall be deemed to be exempted securities within the meaning of section 3(a)(2) of the Securities Act of 1933 (15 U.S.C. 77c(a)(2)) and section 3(a)(12) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(12)): Provided, That the Association shall file with the Securities and Exchange Commission such annual and other reports with regard to such securities as the Commission shall determine to be appropriate in view of the special character of the Association and its operations, and necessary in the public interest or for the protection of investors.

(b) AUTHORITY OF SECURITIES AND EXCHANGE COMMISSION TO SUSPEND EXEMPTION; REPORTS TO CONGRESS.—The Securities and Exchange Commission, acting in consultation with the National Advisory Council on International Monetary and Financial Policies, is authorized to suspend the provisions of subsection (a) of this section at any time as to any or all securities issued or guaranteed by the Association during the period of such suspension: Provided, That the Commission shall include in its annual reports to the Congress such information as it shall deem advisable with regard to the operations and effect of this section.

(c) INTERNATIONAL DEVELOPMENT ASSOCIATION TWENTY-FIRST REPLENISHMENT.— The International Development Association Act, Public Law 86–565, as amended (22 U.S.C. 284 et seq.), is further amended by adding at the end thereof the following new section:

"Sec.33. Twenty-First Replenishment.

"(a) IN GENERAL. The United States Governor of the International Development Association is authorized to contribute on behalf of the United States $3,198,552,000 to the Twenty-first replenishment of the resources of the Association, subject to obtaining the necessary appropriations.

"(b) AUTHORIZATION OF APPROPRIATIONS. In order to pay for the United States contribution provided for in subsection (a), there are authorized to be appropriated, without fiscal year limitation, 3,198,552,000 for payment by the Secretary of the Treasury."

## INTERNATIONAL MONETARY FUND

SEC. 7055. NEW ARRANGEMENTS TO BORROW.—Section 17(a) of the Bretton Woods Agreements Act (22 U.S.C. 286e2(a)) is amended in paragraph(3), by adding at the end the following:

": Provided, That of the amounts authorized under this paragraph, the authorization for the dollar equivalent of 9,186,740,000 Special Drawing Rights shall expire as of the date when the rollback of the

United States' credit arrangement in the New Arrangements to Borrow of the International Monetary Fund is effective, but no earlier than when the increase of the United States quota authorized in section 74 of the Bretton Woods Agreements Act (22 U.S.C. 286 et seq.) becomes effective".

**SEC. 7056. INTERNATIONAL MONETARY FUND QUOTA**.—The Bretton Woods Agreements Act (22 U.S.C. 286 et seq.) is amended by adding at the end the following:

"Sec.75. (a) IN GENERAL. The United States Governor of the Fund may consent to an increase in the United States quota in the Fund of the dollar equivalent of 41,497,100,000 Special Drawing Rights.

"(b) SUBJECT TO APPROPRIATIONS. The authority provided by subsection (a) shall be effective only to such extent and in such amounts as are provided in advance in appropriations Acts.".

## INTERNATIONAL FINANCIAL INSTITUTIONS

SEC. 7057. The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice and vote of the United States to advance the America First policy agenda, including through prioritizing economic growth, supporting improved energy access for developing countries through an all-of-the-above approach, procurement reforms that result in U.S. firms winning more procurement contracts financed by multilateral development banks, greater developing country self-reliance through job-rich private sector development, enhanced domestic resource mobilization, and application of graduation policies.

**SEC. 7058**. Section 8(g) of the Export-Import Bank Act of 1945 (12 U.S.C. 635g(g)) is amended by adding at the end the following paragraph:

"(7) Exclusion of transactions relating to nuclear exports and the program on China and transformational exports. For the purposes of this subsection, the Bank shall exclude financing provided for (A) transactions related to civil nuclear facilities, material, and technologies, and related goods and services, and (B) transactions under the Program on China and Transformational Exports pursuant to section 2(l).".

# ACRONYMS

| Acronym | Full Name |
|---------|-----------|
| - | Denotes $0 for the Fiscal Year, or no difference between compared Fiscal Years |
| A | Bureau of Administration, Department of State |
| A1OF | America First Opportunity Fund |
| ADS | Arms Control, Deterrence, and Stability |
| AEECA | Assistance for Europe, Eurasia, and Central Asia |
| AESC | Airport Escort Screening Courtesies |
| AF | Bureau of African Affairs, Department of State |
| AfDB | African Development Bank |
| AfDF | African Development Fund |
| AI | Artificial Intelligence |
| AIDS | Acquired Immunodeficiency Syndrome |
| AIT | Payment to the American Institute in Taiwan |
| AML | Anti-Money Laundering |
| APG | Agency Priority Goal |
| APP | Annual Performance Plan |
| APR | Annual Performance Report |
| AsDF | Asian Development Fund |
| ATA | Antiterrorism Assistance |
| BECC | Border Environment Cooperation Commission |
| BMIS | Buildings Management Integrated Systems |
| BP | Bureau of Budget and Planning, Department of State |
| BPMA | Buying Power Maintenance Account |
| BRI | Belt and Road Initiative |
| BUILD | Better Utilization of Investments Leading to Development |
| BWC | Biological Weapons Convention |
| BWT | Boundary Waters Treaty |
| CBJ | Congressional Budget Justification |
| CBRNe | Chemical, Biological, Radiological, Nuclear, and Explosives |
| CBSP | Consular and Border Security Program |
| CCF | Complex Crises Fund |
| CDP | Bureau of Cyberspace and Digital Policy, Department of State |
| CFT | Counter-Terrorist Financing |
| CGFS | Bureau of Comptroller and Global Financial Services, Department of State |
| C-IED | Counter-Improvised Explosive Devices |

| | |
|---|---|
| CIF | Capital Investment Fund |
| CIGIE | Council of the Inspectors General on Integrity and Efficiency |
| CIO | Contributions to International Organizations |
| CIPA | Contributions for International Peacekeeping Activities |
| CMEWD | Center for Middle Eastern-Western Dialogue |
| CMS | Consular Management and Support |
| CMT | Crisis Management Training |
| COM | Chief of Mission |
| COMPACT | Catalyzing Opportunities for Military Partnership, Accelerated Commerce and Technology |
| CPF | Counter-Proliferation Financing |
| CPR | Office of the Chief of Protocol, Department of State |
| CSCS | Capital Security and Maintenance Cost Sharing Programs |
| CSM | Construction and Security Management |
| CSO | Bureau of Conflict and Stabilization Operations, Department of State |
| CST | Consular Systems and Technology |
| CT | Bureau of Counterterrorism, Department of State |
| CTBT | Comprehensive Nuclear-Test-Ban Treaty |
| CTBTO | Comprehensive Nuclear-Test-Ban Treaty Organization |
| CTEP | China and Transformational Exports Program |
| CTF | Clean Technology Fund |
| CVE | Counter Violent Extremism |
| CWC | Chemical Weapons Convention |
| CWD | Conventional Weapon Destruction |
| DA | Development Assistance |
| DCT | Data Collection and Management Tool |
| DE | Diplomatic Engagement |
| DEI | Diversity, Equity, and Inclusion |
| DF | Democracy Fund |
| DFC | U.S. International Development Finance Corporation |
| DM&R | Deferred Maintenance and Repair Backlog |
| DoD | Department of Defense |
| DP | Diplomatic Programs |
| DPRK | Democratic People's Republic of Korea |
| DRL | Bureau of Democracy, Human Rights, and Labor, Department of State |
| DS | Bureau of Diplomatic Security, Department of State |
| DT | Diplomatic Technology |
| DTMF | Diplomatic Technology Modernization Fund |
| DV | Diversity Visa |

| EAP | Bureau of East Asian and Pacific Affairs, Department of State |
|---|---|
| EB | Bureau of Economic and Business Affairs, Department of State |
| EBRD | European Bank for Reconstruction and Development |
| ECA | Bureau of Educational and Cultural Affairs, Department of State |
| ECE | Educational and Cultural Exchange Programs |
| ECSM | Embassy Security, Construction, and Maintenance |
| EDCS | Emergencies in the Diplomatic and Consular Service |
| EEF | Eisenhower Exchange Fellowship Program |
| ENR | Bureau of Energy Resources, Department of State |
| EOD | Explosive Ordnance Disposal |
| EPF | Expedited Passport Fees |
| ERG | Emergency Relocation Group |
| ERMA | Emergency Refugee and Migration Assistance |
| ERW | Explosive Remnants of War |
| ESCM | Embassy Security, Construction, and Maintenance |
| ESF | Economic Support Fund |
| EUR | Bureau of European and Eurasian Affairs, Department of State |
| EVP | Exchange Visitor Program |
| EWAEA | Enduring Welcome Administrative Expenses Account |
| EWC | East-West Center |
| EXBS | Export Control and Related Border Security |
| EXIM | Export-Import Bank of the United States |
| FATAA | Foreign Aid Transparency and Accountability Act of 2016 |
| FCM | Foreign Consequence Management |
| FCSC | Foreign Claims Settlement Commission |
| FEST | Foreign Emergency Support Team |
| FFP | Food for Peace |
| FIMI | Foreign Information Manipulation and Interference |
| FISMA | Federal Information Security Management Act |
| FMF | Foreign Military Financing |
| FPP | Fraud Prevention Program |
| FSI | Foreign Service Institute |
| FSNSLTF | Foreign Service National Separation Liability Trust Fund |
| FSRDF | Foreign Service Retirement and Disability Fund |
| FTE | Full Time Employee |
| FTO | Foreign Terrorist Organization |
| GAFSP | Global Agriculture and Food Security Programs |
| GAO | General Accounting Office |
| GEC | Global Engagement Center |

| GEF | Global Environment Facility |
|---|---|
| GHP | Global Health Programs |
| GHS | Global Health Security |
| GHSD | Bureau of Global Health Security and Diplomacy, Department of State |
| GLASS | Global Acquisition and Assistance System |
| GLFC | Great Lakes Fishery Commission |
| GPA | Bureau of Global Public Affairs, Department of State |
| GPRAMA | Government Performance and Results Act Modernization Act of 2010 |
| GTM | Bureau of Global Talent Management, Department of State |
| GTR | Global Threat Reduction |
| H | Office of Legislative Affairs, Department of State |
| HIPC | Heavily Indebted Poor Country |
| HIV | Human Immunodeficiency Virus |
| HMI | Humanitarian Migrants to Israel |
| HRI | Human Resources Initiative |
| IAEA | International Atomic Energy Agency |
| IAF | Inter-American Foundation |
| IASP | Israeli Arab Scholarship Program |
| IATTC | Inter-American Tropical Tuna Commission |
| IBC | International Boundary Commission |
| IBWC | International Boundary and Water Commission |
| ICAO | International Civil Aviation Organization |
| ICASS | International Cooperative Administrative Support Services |
| ICC | International Chancery Center |
| IDA | International Disaster Assistance |
| IDA | International Development Association |
| IDP | Internally-Displaced Persons |
| IDRB | International Bank for Reconstruction and Development |
| IFAD | International Fund for Agricultural Development |
| IFC | International Fisheries Commissions |
| IFI | International Financing Institution |
| IG | Inspector General |
| IHA | International Humanitarian Assistance |
| IIC | Inter-American Investment Corporation |
| IJC | International Joint Commissions |
| IMET | International Military Education and Training |
| IMF | International Monetary Fund |
| IMO | International Maritime Organization |
| IMS | International Monitoring System |

| INCLE | International Narcotics Control and Law Enforcement |
|---|---|
| INL | Bureau of International Narcotics and Law Enforcement Affairs, Department of State |
| INR | Intelligence and Research |
| IO | Bureau of International Organization Affairs, Department of State |
| IO&P | International Organizations and Programs |
| IO/C | Office of International Conferences |
| IPHC | International Pacific Halibut Commission |
| IRTPA | Intelligence Reform and Terrorism Prevention Act of 2004 |
| IS | Identity Services |
| ISEG | International Special Events Group |
| ISIS | Islamic State of Iraq and Syria |
| ISN | International Security and Nonproliferation |
| ITC | International Trade Commission |
| ITCF | Information Technology Central Fund |
| ITU | International Telecommunication Union |
| IUU | Illegal, Unreported, and Unregulated |
| IVSS | Immigrant Visa Security Surcharges |
| L | Office of the Legal Adviser, Department of State |
| LE | Locally Employed |
| LGBTQ | Lesbian, Gay, Bisexual, Transgender, Queer |
| M | Under Secretary for Management, Department of State |
| M&E | Monitoring and Evaluation |
| MANPADS | Man-Portable Air-Defense Systems |
| MCC | Millennium Challenge Corporation |
| MCI | Minor Construction and Improvement |
| MCS | Maintenance Cost Sharing |
| MDB | Multilateral Development Bank |
| MDR-TB | Multidrug Resistant Tuberculosis |
| MED | Bureau of Medical Services, Department of State |
| MENA | Middle East and North Africa |
| MFO | Multinational Force and Observers |
| MOU | Memorandum of Understanding |
| MPE | Managing Program Evaluation |
| MRA | Migration and Refugee Assistance |
| MRV | Machine Readable Visas |
| NAB | New Arrangements to Borrow |
| NAD | North American Datum |
| NADB | North American Development Bank |
| NADR | Nonproliferation, Anti-Terrorism, Demining and Related Programs |

| NATO | North Atlantic Treaty Organization |
|------|-------------------------------------|
| NDF | Nonproliferation and Disarmament Fund |
| NEA | Bureau of Near Eastern Affairs, Department of State |
| NED | National Endowment for Democracy |
| NGO | Non-Governmental Organization |
| NIST | National Institute of Standards and Technology |
| NIV | Non-immigrant Visas |
| NPT | Nuclear Nonproliferation Treaty |
| NSEA | National Security Engagement Account |
| OBO | Overseas Buildings Operations |
| OCE | Office of the Chief Economist, Department of State |
| OCO | Overseas Contingency Operations |
| OE | Operating Expense |
| OES | Bureau of Oceans and International Environmental and Scientific Affairs, Department of State |
| OFM | Office of Foreign Missions |
| OIG | Office of Inspector General |
| OMB | Office of Management and Budget |
| OPCW | Organization for the Prohibition of Chemical Weapons |
| OPR | Online Passport Renewal |
| OPS | Operations |
| OSAC | Overseas Security Advisory Council |
| OTA | Office of Technical Assistance |
| PA | Parliamentary Assembly |
| PAEF | Passport Application and Execution Fees |
| PAT | Post Assignment Travel |
| PC | Peace Corps |
| PD | Public Diplomacy |
| PDCS | Program Development, Coordination and Support |
| PEPFAR | President's Emergency Plan for AIDS Relief |
| PFMO | Protection of Foreign Missions and Officials |
| PISCES | Personal Identification, Secure Comparison, & Evaluation System |
| PKO | Peacekeeping Operations |
| PM | Bureau of Political-Military Affairs, Department of State |
| PME | Professional Military Education |
| PMI | President's Malaria Initiative |
| PMIAA | Program Management Improvement Accountability Act of 2016 |
| PPT | Passport Services |
| PRC | People's Republic of China |

| PRE | Planning and Real Estate |
| PrepCom | Preparatory Commission |
| PRM | Bureau of Population, Refugees, and Migration, Department of State |
| PSC | Pacific Salmon Commission |
| PSS | Passport Security Surcharges |
| PTS | Provisional Technical Secretariat |
| REP | Representation Expenses |
| REPAT | Repatriation Loans Program Account |
| RFJ | Rewards for Justice |
| ROI | Return on Investment |
| RSO | Regional Security Officer |
| S | Office of the Secretary, Department of State |
| S&E | Salaries and Expenses |
| SCA | Bureau of South and Central Asian Affairs, Department of State |
| SCRI | Supply Chain Resiliency Initiative |
| SDAF | Special Defense Acquisition Fund |
| SIGAR | Special Inspector General for Afghanistan Reconstruction |
| SIP | Special Issuance Passports |
| SIV | Special Immigrant Visa |
| SPEHA | Office of the Special Presidential Envoy for Hostage Affairs |
| SPPM | Strategic Planning and Performance Management |
| TAF | The Asia Foundation |
| TB | Tuberculosis |
| TCO | Transnational Criminal Organizations |
| TECO | Taipei Economic and Cultural Offices |
| TECRO | Taipei Economic and Cultural Representative Office |
| TFCCA | Tropical Forest and Coral Reef Conservation Act |
| TI | Transition Initiatives |
| TIAP | Treasury International Assistance Programs |
| TIP | Terrorist Interdiction Program |
| TIP | Trafficking in Persons |
| UAS | Unmanned Aerial Systems |
| UN | United Nations |
| USADF | U.S. African Development Foundation |
| USAGM | U.S. Agency for Global Media |
| USAID | U.S. Agency for International Development |
| USRAP | U.S. Refugee Admissions Program |
| USTDA | U.S. Trade and Development Agency |
| VSP | Virtual Service Pilot |

| WCF | Working Capital Fund |
|---|---|
| WHA | Bureau of Western Hemisphere Affairs, Department of State |
| WHTI | Western Hemisphere Travel Initiative |
| WMD | Weapons of Mass Destruction |
| WMDSG | Weapons of Mass Destruction Strategic Group |
| WMDT | Weapons of Mass Destruction Terrorism |
| WSP | Worldwide Security Protection |