UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-0887 (RCL) |

**NOTICE OF APPEAL**

Defendants respectfully provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia this Court's Order (ECF Nos. 75, 76) entered on August 28, 2025, granting in part Plaintiffs' motion for partial summary judgment and enjoining Defendants from removing Mr. Michael Abramowitz from his position as Director of Voice of America without the approval of a majority of the International Broadcasting Advisory Board.

Dated: August 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Abigail Stout*
ABIGAIL STOUT
 (DC Bar No. 90009415)
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 514-2000
Abigail.Stout@usdoj.gov

*Attorney for Defendants*