UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, et al., <br><br> Defendants. <br><br> MICHAEL ABRAMOWITZ *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, et al., <br><br> Defendants. | Case No. 1:25-cv-1015-RCL <br> Case No. 1:25-cv-0887-RCL |

**JOINT MOTION FOR AN EXTENSION OF TIME**

Plaintiffs and Defendants in the above-captioned cases jointly move the Court for an extension of time to permit Plaintiffs to depose Frank Wuco on September 18, 2025.

On August 25, 2025, this Court ordered "that Kari Lake, Frank Wuco, and Leili Soltani shall sit for depositions to be taken by the plaintiffs no later than September 15, 2025." No. 1:25-cv-887, ECF No. 72 at 2. The Court further ordered "that the parties shall meet and confer to set a schedule for the foregoing depositions and should the parties fail to agree on a schedule, they shall jointly and expeditiously move to set a scheduling conference for that purpose." *Id.* at 3. The "Court will hold in abeyance any ruling on further coercive action." *Id.*

Counsel for Plaintiffs and counsel for Defendants met and conferred, and the Parties have

1

agreed to a deposition schedule. Because Mr. Frank Wuco is currently on annual leave and traveling internationally, Plaintiffs and Defendants have jointly agreed to schedule his deposition for September 18, 2025, once he returns to enable him to sit for an in-person deposition.

Plaintiffs and Defendants respectfully move for an extension of time ordering that Frank Wuco shall sit for a deposition no later than September 18, 2025. This extension would not apply to the depositions of Ms. Lake and Ms. Soltani, which have already been scheduled for September 9, 2025 and September 11, 2025, respectively.

Dated: September 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

ABIGAIL STOUT
(DC Bar No. 90009415)
Counsel

/s/ *Michael Velchik*
MICHAEL VELCHIK
(DC Bar No. 187249)
*Senior Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 860-8388
Email: michael.velchik@usdoj.gov

*Attorneys for Defendants*

/s/ *Debra L. Greenberger*

Debra L. Greenberger

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
dgreenberger@ecbawm.com

*Attorneys for the* Widakuswara *Plaintiffs*


/s/ *William B. Schultz*

William B. Schultz
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
(202) 778-1800
WSchultz@zuckerman.com

*Attorneys for the* Abramowitz *Plaintiffs*