UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>KARI LAKE, *et al.*,<br><br>   *Defendants.* | Case No. 1:25-cv-01015-RCL |
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>KARI LAKE, *et al.*,<br><br>   *Defendants.* | Case No. 1:25-cv-00887-RCL |

## ORDER

Upon consideration of the defendants' Motion for Protective Order filed in the above captioned cases, and the entire record, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows. The parties shall file an unredacted copy of the transcript from each deposition under seal on the dockets in each case. The transcript shall automatically be made public unless, within 48 hours after the filing of the transcript, either party files a sealed motion accompanied by a transcript containing proposed redactions. The opposing party shall then have 72 hours to respond to any such motion.

**SO ORDERED.**

Date: September 10, 2025

                                                                       Royce C. Lamberth
                                                                       United States District Judge