UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*, <br><br> *Plaintiffs*, <br><br> –v.– <br><br> KARI LAKE *et al.*, <br><br> *Defendants*. | Case No. 25-cv-1015-RCL |
| MICHAEL ABRAMOWITZ *et al.*, <br><br> *Plaintiffs*, <br><br> –v.– <br><br> KARI LAKE *et al.*, <br><br> *Defendants*. | Case No. 25-cv-00887-RCL |

## ORDER

Upon consideration of the defendants' Unopposed Motion for Reconsideration of the Parties' Joint Motion Regarding Procedure for Filing Deposition Transcripts and the entire record, and for good and sufficient cause therefore, it is hereby **ORDERED** that the motion will be **GRANTED** and that the transcript from the deposition conducted in these cases of witness Leili Soltani will be filed under seal, provided, however, that any party may use excerpts of Ms. Soltani's deposition transcript without restriction.

**SO ORDERED.**

DATE: 9/22/25

*[signature]*
Hon. Royce C. Lamberth
United States District Judge