IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*,<br><br>*Plaintiffs*,<br><br>–v.–<br><br>KARI LAKE *et al.*,<br><br>*Defendants.* | Case No. 25-cv-1015-RCL |
| MICHAEL ABRAMOWITZ *et al.*,<br><br>*Plaintiffs*,<br><br>–v.–<br><br>KARI LAKE *et al.*,<br><br>*Defendants*. | Case No. 25-cv-00887-RCL |

## ORDER

Upon consideration of Defendants' Unopposed Motion Regarding Mr. Wuco's Transcript Filing dated September 26, 2025, and all pleadings and proceedings relevant to this Motion, it is hereby **ORDERED** that the transcript of Mr. Wuco's deposition shall be filed on the public docket subject to the two redactions proposed in the Motion.

**SO ORDERED**.

DATE: September 26, 2025

Hon. Royce C. Lamberth
United States District Judge