# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE *et al.*, <br><br> *Defendants.* | Case No. 25-cv-00887 |

## MOTION TO WITHDRAW *PRO HAC VICE* MOTION

The undersigned is counsel for Plaintiffs in the above-captioned case. On March 26, 2025, counsel filed a motion for leave to appear *pro hac vice*. ECF 8. That motion remains pending. Between that date and now, counsel was admitted to the United States District Court for the District of Columbia and has noticed his appearance in this case. ECF 42. Accordingly, the motion for *pro hac vice* admission is now moot and Plaintiffs respectfully request that it be withdrawn.

Dated: October 14, 2025

Respectfully submitted,

*/s/ Brian Beaton*

Brian J. Beaton, Jr.
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8136
bbeaton@zuckerman.com

*Attorney for Plaintiffs*