## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*, | Case No. 25-cv-1015-RCL |
| *Plaintiffs,* | |
| –v.– | |
| KARI LAKE *et al.*, | |
| *Defendants.* | |
| MICHAEL ABRAMOWITZ *et al.*, | Case No. 25-cv-00887-RCL |
| *Plaintiffs,* | |
| –v.– | |
| KARI LAKE *et al.*, | |
| *Defendants.* | |

## NOTICE

Pursuant to the Court's Order entered on September 26, 2025, *see* ECF 99, *Abramowitz v. Lake*, No. 25-cv-00887—which ordered that the deposition of Mr. Wuco be filed on the public docket subject to two redactions—Defendants respectfully submit the deposition of Mr. Wuco, which is attached as Exhibit A.

Dated: November 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

  /s/ Abigail Stout
Abigail Stout
(DC Bar No. 90009415)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

# Exhibit A

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3    _____

4    PATSY WIDAKUSWARA, et al.,

5           Plaintiffs,

6        v.                        Case No.

7    KARI LAKE, et al.,            25-cv-1015-RCL

8           Defendants.

9    _____

10   MICHAEL ABRAMOWITZ, et al.,

11          Plaintiffs,

12       v.                        Case No.

13   KARI LAKE, et al.,            25-cv-00887-RCL

14          Defendants.

15   _____

16

17

18

19

20

21

22

Page 2

1                    VIDEOTAPED DEPOSITION OF

2                            FRANK WUCO

3    DATE:             Thursday, September 18, 2025

4    TIME:             9:11 a.m.

5    LOCATION:         Zuckerman Spaeder LLP

6                      2100 L Street Northwest, Suite 400

7                      Washington, D.C. 20037

8    REPORTED BY:      Austin K. White

9    JOB NO.:          7583811

10

11

12

13

14

15

16

17

18

19

20

21

22

1              A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS PATSY WIDAKUSWARA, JESSICA

3    JERREAT, KATHRYN NEEPER, AMERICAN FEDERATION OF STATE,

4    COUNTY AND MUNICIPAL EMPLOYEES, AMERICAN FEDERATION OF

5    GOVERNMENT EMPLOYEES, AMERICAN FOREIGN SERVICE

6    ASSOCIATION, AND THE NEWSGUILD-CWA:

7          NICK BOURLAND, ESQUIRE

8          Emery Celli Brinckerhoff Abady Ward & Maazel LLP

9          One Rockefeller Plaza, 8th Floor

10         New York, NY 10020

11         nbourland@ecbawm.com

12         (212) 763-5000

13

14   ON BEHALF OF PLAINTIFFS PATSY WIDAKUSWARA, JESSICA

15   JERREAT, AND KATHRYN NEEPER:

16         DAVID Z. SEIDE, ESQUIRE

17         Government Accountability Project

18         1612 K Street Northwest

19         Washington, D.C. 20006

20         davids@whistleblower.org

21         (202) 457-0034

22

Page 4

1           A P P E A R A N C E S (Cont'd)

2    ON BEHALF OF PLAINTIFF AMERICAN FEDERATION OF STATE,

3    COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO:

4         MATTHEW BLUMIN, ESQUIRE

5         American Federation of State, County, and

6         Municipal Employees, AFL-CIO (AFSCME)

7         1625 L Street, Northwest

8         Washington, D.C. 20036

9         mblumin@afscme.org

10        (202) 775-5900

11

12   ON BEHALF OF PLAINTIFFS MICHAEL ABRAMOWITZ AND ANTHONY

13   LABRUTO:

14        MARGARET "PEGGY" DOTZEL, ESQUIRE

15        Zuckerman Spaeder LLP

16        2100 L Street Northwest, Suite 400

17        Washington, D.C. 20037

18        mdotzel@zuckerman.com

19        (202) 778-1800

20

21

22

```
 1            A P P E A R A N C E S (Cont'd)
 2    ON BEHALF OF PLAINTIFF REPORTERS WITHOUT BORDERS:
 3         TARYN C. WILGUS NULL, ESQUIRE
 4         SANA SINHA, ESQUIRE
 5         Democracy Defenders Fund
 6         600 Pennsylvania Avenue Southwest, Suite 15180
 7         Washington, D.C. 20003
 8         taryn@statedemocracydefenders.org
 9         sana@democracydefenders.org
10         (301) 741-9316
11         (925) 523-8287
12
13    ON BEHALF OF DEFENDANTS:
14         ABIGAIL STOUT, ESQUIRE
15         SARMAD M. KHOJASTEH, ESQUIRE
16         U.S. Department of Justice
17         950 Pennsylvania Avenue, Northwest
18         Washington, D.C. 20530
19         abigail.stout@usdoj.gov
20         sarmad.m.khojasteh@usdoj.gov
21         (202) 514-2000
22         (202) 514-0486
```

Page 6

```
 1              A P P E A R A N C E S (Cont'd)
 2     ON BEHALF OF U.S. AGENCY FOR GLOBAL MEDIA:
 3          ANNA KATHERINE DRAKE, ESQUIRE
 4          BRIAN MILLER, ESQUIRE (by videoconference)
 5          U.S. Agency for Global Media
 6          330 Independence Avenue, Southwest
 7          Washington, D.C. 20237
 8          akdrake@usgam.gov
 9          brian.miller@usagm.gov
10          (202) 920-2000
11
12     ALSO PRESENT:
13          Ellen Hebert, Veritext Videographer
14
15
16
17
18
19
20
21
22
```

1                       I N D E X

2   EXAMINATION:                                    PAGE

3        By Mr. Bourland                             11

4        By Ms. Stout                               255

5

6                    E X H I B I T S

7   NO.            DESCRIPTION                      PAGE

8   Wuco:

9   Exhibit 1      Notice of Deposition Frank Wuco    15

10  Exhibit 2      Declaration of Frank Wuco          58

11  Exhibit 3      Declaration of Kari Lake, Filed

12                 8/13/2025                          80

13  Exhibit 4      Memorandum Order, Judge Royce C.

14                 Lamberth                          191

15  Exhibit 5      USAGM Congressional Notification

16                 to the Honorable Senator Lindsey

17                 Graham                            213

18  Exhibit 6      Declaration of Kari Lake, Filed

19                 7/8/2025                          232

20

21

22

Page 8

1                P R O C E E D I N G S
2                THE VIDEOGRAPHER:  Okay, good morning.
3      We are going on the record at 9:11 a.m.  The date
4      today is September 17 [sic], 2025.  Please note that
5      the microphones are sensitive and may pick up
6      whispering and private conversations.  Please mute
7      your phones at this time.  Audio and video recording
8      will continue to take place unless all parties agree
9      to go off the record.
10                This is Media Unit No. 1 of the
11     videorecorded deposition of Frank Wuco, taken by
12     counsel for the plaintiffs in the matters of Patsy
13     Widakuswara, et al. vs. Kari Lake, et al., and Michael
14     Abramowitz, et al. vs. Kari Lake, et al. filed in the
15     United State District Court for the District of
16     Columbia, Case Nos. 25-cv-1015-RCL and
17     25-cv-00887-RCL.  The location of the deposition is
18     Zuckerman Spaeder, LLP, located at 2100 L Street
19     Northwest, Washington D.C.
20                My name is Ellen Hebert, representing
21     Veritext; I am the videographer.  The court reporter
22     is Austin White from Veritext.

Page 9

1          If there are any objections to

2   proceeding, please state them at the time of your

3   appearance.  Counsel and all present, including

4   remotely, will now state their appearances and

5   affiliations for the record, beginning with the

6   noticing attorney.

7          MR. BOURLAND:  Good morning, Mr. Wuco.

8   I'm Nick Bourland, with Emery Celli; here for the

9   plaintiffs in the Widakuswara case.

10          MR. BLUMIN:  Hi, I'm Matt Blumin; with

11   the plaintiff, American Federation of State, County

12   and Municipal Employees.

13          MR. WUCO:  Good morning.

14          MS. DOTZEL:  Good morning.  I'm Peggy

15   Dotzel; I'm from Zuckerman Spaeder, and I am counsel

16   for the Abramowitz Plaintiffs.

17          MR. WUCO:  Good morning.

18          MS. WILGUS NULL:  Taryn Wilgus Null,

19   from Democracy Defenders Fund; for Plaintiff,

20   Reporters Without Borders.

21          MS. SINHA:  Sana Sinha, Democracy

22   Defenders Fund; for Plaintiff, Reporters Without

Page 10

1    Borders.

2                    MS. STOUT:  Abigail Stout, Department

3    of Justice; for Defendants.

4                    MR. KHOJASTEH:  Sarmad Khojasteh;

5    Department of Justice, for Defendants.

6                    MS. DRAKE:  Anna Katherine Drake; from

7    U.S. Agency for Global Media.

8                    THE VIDEOGRAPHER:  Will those attending

9    remotely identify themselves for the record?

10                    MR. MILLER:  Brian Miller; for U.S.

11   Agency for Global Media.

12                    THE VIDEOGRAPHER:  Thank you very much.

13                    Will the court reporter please swear in

14   the witness, and then Counsel may proceed.

15                    THE REPORTER:  Good morning.  My name

16   is Austin White, and I'm the reporter assigned by

17   Veritext to take the record of these proceedings.

18                    I am a notary authorized to take

19   acknowledgements and administer oaths in the District

20   of Columbia.

21                    Additionally, absent an objection on

22   the record, the -- and before the witness is sworn,

```
                                              Page 11
 1   all parties understand and agree that any certified
 2   transcript produced from the recording of this
 3   proceeding:
 4                  - is intended for all uses permitted
 5                    under applicable procedural and
 6                    evidentiary rules and laws in the
 7                    same manner as a deposition recorded
 8                    by stenographic means; and
 9                  - shall constitute written stipulation
10                    of such.
11                  And hearing no objection, I will now
12   swear in the witness.
13                  Please raise your right hand.
14   WHEREUPON,
15                       FRANK WUCO,
16   called as a witness and having been first duly sworn
17   to tell the truth, the whole truth, and nothing but
18   the truth, was examined and testified as follows:
19                  THE REPORTER:  You may proceed.
20                       EXAMINATION
21   BY MR. BOURLAND:
22        Q    All right.  Good morning, Mr. Wuco.
```

Page 12

1        A    Morning.

2        Q    Can you please state your full name for the

3    record?

4        A    Frank Edward Wuco.

5        Q    All right.  My name is Nick Borland; I am an

6    attorney for the plaintiffs in one of the two lawsuits

7    that this deposition was noticed for.  You and I have

8    not met before today; right?

9        A    Correct.

10       Q    Okay.  What is your current title at the

11   United States Agency for Global Media, or USAGM?

12       A    I am a senior advisor.

13       Q    And where do you currently live?  I don't

14   need an address, just state will do.

15       A    Capitol Hill region.

16       Q    Okay.  So here in D.C.?

17       A    Yes, sir.

18       Q    All right.  I'm going to go over the ground

19   rules.  First, just for context, have you ever

20   taken -- or been deposed before?

21       A    No.

22       Q    Okay.  Have you ever given sworn testimony

Page 13

1    of any kind before?

2         A    No.

3         Q    All right.  So I'm just going to give you

4    some basic ground rules for how today's going to work.

5    First off, you understand that you're under oath, just

6    like an oath you would take in court; right?

7         A    Yes.

8         Q    And you swore to tell the truth under a

9    penalty of perjury?  You understand that; right?

10        A    I do.

11        Q    It's important today that unlike in a normal

12   conversation, where we may shrug our shoulders, or nod

13   our head, or say "uh-huh," that we keep all verbals --

14   all answers verbal.  So for example, if I ask you a

15   yes or no question, and you forget to say, "yes," and

16   you just nod your head, I'll try to remind you; okay?

17        A    Okay.

18        Q    Great.  It's also important that we try to

19   maintain a clean record and make life easy for our

20   court reporter here today.  That means that we should

21   try to avoid crosstalk.  It's something us lawyers and

22   witnesses are always guilty of doing.  So we'll try to

Page 14

1    keep it on top of mind.

2           That means even if you think you know where

3    my question is going, please wait a beat until I'm

4    done asking before you start your answer, because the

5    court reporter can only write down one person's

6    testimony or question at a time.  And likewise, I will

7    do my absolute best to wait until you're done with

8    your answer.  And of course, if I happen to cut you

9    off, please let me know you weren't finished, and I'll

10   give you a chance to finish your answer; okay?

11        A    Okay.

12        Q    Great.  If at any point today you do not

13   understand a question, whether it's the context you

14   don't understand, you don't understand the words

15   coming out of my mouth, whatever it is, just please

16   let me know and I'll do my best to rephrase it.  If

17   you don't say that you don't understand, then I will

18   assume that you do; okay?

19        A    Okay.

20        Q    Great.  Throughout the day today, your

21   attorney, Ms. Stout, may object to questions.  That's

22   a normal part of the process.  We'll wait a beat for

Page 15

1    her to get her objection on the record.  And if --

2    unless she instructs you not to answer a question, you

3    can then go ahead and answer after the objection has

4    been stated; okay?

5        A    Okay.

6        Q    Great.  If at any point today you would like

7    to take a break, you don't have to give me a reason;

8    you can take a break for -- whenever you want.  I only

9    ask that if there's a question pending, you answer

10    that question before you take a break; okay?

11        A    Okay.

12        Q    Great.  All right.  Let's start with just

13    some basics here.  This deposition was noticed; right?

14    Did you receive a deposition notice to appear today?

15        A    I did.

16            MR. BOURLAND:  Okay.  We can mark this

17    as Wuco Exhibit 1.  I think we're going with numbers.

18            (Wuco Exhibit 1 was marked for

19            identification.)

20            THE REPORTER:  Did you say Wuco 1?

21            MR. BOURLAND:  That would be great,

22    yeah.  Thank you.

Page 16

1                    THE REPORTER:  Here you are, sir.

2                    THE WITNESS:  Thank you.

3                    THE REPORTER:  You're welcome.

4      BY MR. BOURLAND:

5           Q     All right.  So you've just been handed

6      what's been marked as Wuco Exhibit 1.  Do you

7      recognize this document?

8           A     I do.

9           Q     All right.  Is that the deposition notice

10     you received in this case?

11          A     Yes.

12          Q     And you are appearing for this deposition

13     today pursuant to that Notice in these cases; correct?

14          A     Correct.

15          Q     And are you -- you'll notice at the top of

16     the Notice there is a caption for two different

17     lawsuits.  Do you see that?

18          A     I do.

19          Q     And are you generally familiar with the

20     allegations in these lawsuits, what these cases are

21     about, in other words?

22          A     Yes.

Page 17

1      Q    Okay.  What is your -- and I'm not asking

2    you as a lawyer, just your general understanding as a

3    USAGM employee of what these lawsuits are about?

4                 MS. STOUT:  Object to the extent that

5    your understanding comes from conversations that

6    you've had with your attorney, whether it be at USAGM

7    or the Department of Justice, then I would instruct

8    the witness not to answer.  But if you have any

9    understanding outside of conversations that happened

10   with your attorneys then you may answer.

11                THE WITNESS:  The -- the lawsuits

12   are -- are multifarious to the point that I can't

13   provide a -- a concise answer.

14   BY MR. BOURLAND:

15     Q    Okay.  Well, let me ask it differently.  And

16   I'll qualify with my question that I don't want

17   anything that -- any legal advice or communication for

18   the purpose of legal advice from any lawyer.  Do you

19   have any general lay-understanding of what these

20   lawsuits are about, even at a high level?

21     A    Yes.

22     Q    Okay.  And can you just briefly tell me what

Page 18

1    that understanding is?

2         A    Largely, grievances sought by former

3    employees.

4         Q    Regarding what, if you know?

5         A    General reorganization of Voice of America.

6         Q    And Voice of America is a broadcaster under

7    the umbrella of USAGM; right?

8                   MS. STOUT:  Objection; lacks

9    foundation.

10   BY MR. BOURLAND:

11        Q    You can answer.

12        A    Repeat the question, please?

13        Q    You just referred to Voice of America.  That

14   is a federal broadcaster under the umbrella of USAGM;

15   is that right?

16                   MS. STOUT:  Object to form; lacks

17   foundation.

18                   THE WITNESS:  That's the general

19   understanding.

20   BY MR. BOURLAND:

21        Q    Okay.  When did you first learn about these

22   two lawsuits that we're talking about?

Page 19

1        A     When I came on board USAGM.

2        Q     And when was that?

3        A     May of 2025.

4        Q     Was it May 19, 2025?

5        A     I believe so.

6        Q     And did you have any involvement with the

7    Agency in any sort of informal capacity before that

8    date, during this administration?

9        A     Yes.

10       Q     How so?

11       A     I -- advising transition.

12       Q     And who were you advising?

13       A     I don't recall.

14       Q     Were you advising people at the Agency

15   itself?

16       A     No.

17       Q     What office were these people working for

18   that you were advising?

19                MS. STOUT:  Object to form; lacks

20   foundation.

21   BY MR. BOURLAND:

22       Q     You can answer.

Page 20

```
 1        A     No office specified.
 2        Q     Okay.  This, sort of, informal advising
 3   role, which is what I'm going to refer to what you
 4   just told me about, to be clear, when did that take
 5   place; during what time period?
 6        A     Very briefly following the election.
 7        Q     So sometime between November of 2024 and
 8   when you started in May of 2025; is that correct?
 9        A     More accurately, sometime in November.
10        Q     Okay.  So really shortly after the election
11   last year?
12        A     Correct.
13        Q     Okay.  And how did you end up in that, sort
14   of, informal advising role?
15        A     My advice was sought.
16        Q     By whom?
17        A     Transition personnel.
18        Q     And who specifically within these transition
19   personnel sought your advice?
20        A     I don't recall.
21        Q     Do you recall any of the people that you
22   advised in this capacity as an advisor for the
```

Page 21

 1    transition?

 2                    MS. STOUT:  Objection; asked and

 3    answered.

 4    BY MR. BOURLAND:

 5        Q    You can answer.

 6        A    Nothing more than I've already provided.

 7        Q    Okay.  Do you know whether any of the people

 8    you advise in that capacity are now working for the

 9    Agency?

10                    MS. STOUT:  Objection; lacks

11    foundation.

12    BY MR. BOURLAND:

13        Q    You can answer.

14        A    I don't know.  I don't -- somewhere in the

15    admin.  I have no idea.

16        Q    All right.  So you're being represented by

17    an attorney today; right?

18        A    I am.

19        Q    Okay.  I just want to talk a little bit

20    about preparation.  And before I get into this line of

21    questioning, I just want to make super clear that I'm

22    not asking about the content of any conversations

Page 22

1    you've had with your lawyers; okay?  So the extent

2    that they prepared you and talked you through certain

3    things, I don't want to hear about that.  I'm just

4    asking about logistics basically; okay?

5            Did you do anything to prepare for today's

6    deposition, generally?

7        A    Generally, yes.

8        Q    What did you do to prepare for today?

9            MS. STOUT:  And just for the record,

10   I'll object to the extent that this asks about

11   attorney-client communications.

12   BY MR. BOURLAND:

13       Q    Yeah.  And my qualification still applies to

14   this question; right?  So just generally, what did you

15   do to prepare?

16       A    Yeah, I would rather leave that under the

17   attorney-client privilege.

18       Q    You're not being instructed not to answer.

19   So I'm just asking you about whether you prepared.

20   You said, "yes," and I'm asking what you did to

21   prepare.

22       A    Procedurally.

Page 23

1      Q    How so?

2      A    The conduct of a deposition in general.

3      Q    Okay.  Did you meet with your counsel?

4      A    I did.

5      Q    And again, not asking about the content of

6   any of those conversations.  How many times did you

7   meet?

8      A    Twice.

9      Q    And when were those meetings?

10     A    It would have been yesterday and the day

11  before.

12     Q    And approximately how long in total did you

13  spend preparing with your counsel for this deposition?

14     A    I -- total time, approximately six hours.

15     Q    Were those meetings in person?

16     A    One was.

17     Q    And what was the format of the other one?

18     A    Teams.

19     Q    Okay.  So a videoconference?

20     A    Correct.

21     Q    Got it.  Was anyone besides your counsel

22  present at either of those meetings?

Page 24

1      A     No.

2      Q     Anyone else from the Agency?

3      A     Nobody outside of legal counsel.

4      Q     Understood.  Did you review any documents in

5   preparation for today's deposition?

6                MS. STOUT:  Object for the record.  To

7   the extent that this would implicate attorney-client

8   communications, I would instruct you not to answer.

9   But if it's just asking about the who, what, when,

10   why, where, you can answer.

11                THE WITNESS:  Okay.  I mean, I'll

12   maintain the attorney-client privilege.  I'm familiar

13   with, you know, the documents that appear to be in

14   your binder.

15   BY MR. BOURLAND:

16      Q     Okay.  So you did review some underlying

17   documents?

18      A     Well, I was a participant in drafting so I'm

19   familiar with the documents.

20      Q     Are you referring to your Declaration that

21   was submitted in this case?

22      A     Correct.

Page 25

1          Q    So you did review your Declaration in

2     preparation for today's deposition?

3          A    No.

4          Q    You did not?

5          A    I didn't need to.

6          Q    Okay.  So what documents did you review?

7          A    Briefly, other declarations.

8          Q    Other declarations that were submitted in

9     this case?

10         A    Correct.

11         Q    Do you remember which ones?

12         A    There are just a handful.  So two from Ms.

13    Lake, and one from Ms. Soltani.

14         Q    Okay.  And just to make sure we're talking

15    about the same people, Ms. Lake is who?

16         A    Ms. Lake is Kari Lake, the acting CEO of

17    USAGM.

18         Q    And who's Ms. Soltani?

19         A    Ms. Soltani is the programming director of

20    the Voice of America.

21         Q    Did you bring any documents with you today?

22         A    No.

Page 26

1      Q    Any notes?

2      A    No.

3      Q    Under -- other than the three declarations

4  we just talked about, the two from Ms. Lake, and the

5  one from Ms. Soltani, did you review any other

6  documents in preparation for today's deposition?

7      A    No.

8      Q    Did you discuss your deposition today with

9  anyone other than counsel in those meetings?

10     A    No.

11     Q    And just to be clear, did you discuss your

12  deposition today with anyone else at the Agency other

13  than legal counsel?

14     A    Only insofar as that I was having a

15  deposition today.

16     Q    Okay, fair enough.  All right.  Let's talk

17  a -- I'll shift gears here.  Let's talk a little bit

18  about just your general background.  Let's start with

19  your education.  Did you finish college?

20     A    I did.

21     Q    Where was that?

22     A    As a long time night-schooler, I cobbled

Page 27

1    together my credits.  I was in the Navy for 23 years,

2    so I attended college courses wherever I could,

3    whenever I could.  And I received a -- my degree from

4    Excelsior College, at State University of New York

5    school system.

6         Q    And what kind of degree was that?

7         A    Liberal studies.

8         Q    Okay.  You're smirking.

9         A    Well, it became a matter of counting up

10   semester hours and when deciding a major with my

11   student counselor, when he asked me what I wanted to

12   major in, I said, "Well, I've taken so many college

13   courses, I didn't know.  Which do I have the most

14   amount of credits in?"  And his reply was, "None,

15   really."  I'm like, "Okay.  So what do we" -- so

16   liberal studies became my -- my major.  I was just

17   interested in everything so --

18        Q    That's relatable.  When did you complete

19   that degree; when did you graduate?

20        A    August 19, twenty -- 2001, actually.

21        Q    And did you -- have you ever gone to grad

22   school?

Page 28

```
 1        A     No, I have not.
 2        Q     Okay.  You said you were in the Navy for how
 3    long was that?
 4        A     Twenty-three years.
 5        Q     What was your rank when you finished your
 6    time in the Navy?
 7        A     I was a Lieutenant Commander.
 8        Q     Did you receive an honorable discharge?
 9        A     Yes.
10        Q     Did you hold any jobs before you joined the
11    Navy?
12        A     Yes.
13        Q     What were those jobs, generally?
14        A     High school jobs.
15        Q     Okay.  I won't go into those.  During your
16    time in the Navy, did you exclusively work in the
17    Navy, or did you hold other employment as well?
18        A     Exclusively in the Navy.
19        Q     And where were you posted in the Navy?
20        A     Everywhere.  I was posted in the -- the
21    Philippines on a carrier battle group staff.  So lots
22    of time in other Western Pacific and Indian Ocean
```

Page 29

```
 1    ports.  I was posted in London, England, at the Fleet
 2    Intelligence Center.  I was posted in San Diego on
 3    board the USS Fox, a guided missile cruiser, and at
 4    SEAL Team 1, as the team intelligence rep.  That's
 5    where I got commissioned; I was enlisted up until that
 6    time.
 7              I went to officer indoctrination school in
 8    Pensacola, Florida, then to Naval Air Station Agana,
 9    Guam, with Fleet Reconnaissance Squadron 1 and 5.  I
10    then went to Berlin, Germany, as the officer in charge
11    of the Navy Human -- Human Intelligence Detachment in
12    Berlin.  Then to Naples, Italy, as the officer in
13    charge of the Naval Human Intelligence Detachment
14    there.
15              Then I was posted to the US 6th Fleet staff
16    as a -- as an intelligence officer.  From there, I was
17    at Joint Interagency Task Force East in Key West,
18    Florida -- as the -- the Intelligence Watch Chief in
19    the command center.
20              Then, I was -- I -- I was then changed.  My
21    permanent change of station was to Special Operations
22    Command Central.  Shortly after 9/11, I was the Deputy
```

Page 30

1    Director of Intelligence for Operations at SOCCENT,

2    between 2001 and 2004, in multiple deployments.  So

3    then, I retired.

4         Q    All right.  Is it fair to say that you spent

5    most of your time in the Navy working in intelligence?

6         A    All of my time.

7         Q    Okay.  Did you ever -- were any of your

8    responsibilities in the Navy in -- ever in public

9    relations or media?

10        A    No.

11        Q    All right.  What did you do after you

12   retired from the Navy?

13        A    Immediately upon retirement, I was -- I

14   became a defense contractor; fairly common.  I

15   established and organized the Analytical Red Team at

16   Special Operations Command Central, ███████████

17   █████████████████████████████████████████████

18   ██████████████████████████████████████████.

19             I then was asked to go to US Central Command

20   to establish the Analytical Red Team there, which was

21   first at both places.  And I was both the Deputy Chief

22   and the Chief of the Analytical Red Team at US Central

1    Command for five or so years under four separate

2    CENTCOM commanders.

3              I also worked in the ███████████████

4    ████████████████████████████████████████.  And

5    after that, I stepped off -- I stepped away from

6    contract support work, and went into business

7    development in defense contracting.

8         Q    And when was that, that transition that you

9    just ended on there?

10        A    2010.

11        Q    And just focusing on this period -- strike

12   that.

13             When did you retire from the Navy again

14   before you started the defense contract work; when was

15   that?

16        A    January 1st of 2004.

17        Q    Okay.  So in this period that you just

18   talked about, from 2004 to 2010, did you ever hold any

19   jobs in journalism or the media?

20        A    Yes.

21        Q    Tell me about those.

22        A    Radio, local radio talk show host.

Page 32

1         Q     When was that?

2         A     I don't recall the exact date I started, but

3    I stepped away in 2014, I believe.

4         Q     Do you know approximately how many years you

5    did that?

6         A     Approximately, five.

7         Q     And what type of program was that?

8         A     Local AM talk radio, Tampa Bay.

9         Q     In Tampa Bay?

10        A     Yes, sir.

11        Q     Was there any sort of specific theme or

12   areas that you covered on that show?

13        A     Yes -- yes.

14        Q     Describe that for me.

15        A     Two different programs; the first, with --

16   with Salem Communications.  I was working with them,

17   helping them develop content for their national

18   broad -- programmers, national hosts.  During the

19   course of the meeting, I pointed out that there didn't

20   seem to be a radio talk show format that focused on

21   national security issues exclusively.  And they asked

22   if I was interested in doing that, and two weeks later

Page 33

1  I was on the radio trying to figure out how to work a

2  microphone.

3      Q    And when you started then, was that your

4  first time working in any kind of broadcast media?

5      A    Absolutely.

6      Q    And what type of -- strike that.

7           What was the format of that show?

8      A    Be more specific, please.

9      Q    Sure.  You said it was an AM talk radio

10  show.  How did that show work, generally?  Did you

11  have callers call in?  Tell me a little bit about how

12  it worked.

13      A    Yes.  Call -- there -- there were segments

14  that were call-in segments.  The rest was primarily --

15  my content was focused then talking about national

16  security issues, terrorism, and other current events

17  at the time.

18      Q    Was the content that you yourself were

19  creating, was that editorial content; is that how you

20  would describe it?

21              MS. STOUT:  Objection; lack of

22  foundation.

Page 34

1  BY MR. BOURLAND:

2      Q     You can answer.

3      A     Insofar as the content was my own and I

4  spoke freely.

5      Q     Sure.  Did you work with any journalists in

6  that role?

7      A     Except for an occasional interview of --

8  well, strike that.  I may be conflating my two

9  programs.  No.

10     Q     Okay.  Then let's talk about the second

11 program.  I think we were just talking about the first

12 one; right?

13     A     Correct.

14     Q     Okay.  Well, starting from square one, tell

15 me about that second program and what it was.

16     A     So I was hired by Crosstown Station, which

17 at the time was run by Clear Channel, now iHeart

18 Media, who -- they -- they had a -- a favorable view

19 of my Salem program and -- and my conduct of -- of

20 that program.  So they asked me if I would come over

21 and -- and work for them.  So I crossed town and --

22 and went to AM 970 WFLA.

Page 35

1        Q    And was the format or style of that show any

2   different from the first one?

3        A    Yes.

4        Q    How so?

5        A    It was broader in content.

6        Q    So not just national security-focused; is

7   that accurate?

8        A    Correct.

9        Q    Okay.  And did you work with journalists in

10  that role?

11       A    Occasionally.

12       Q    In what way?  Just describe that for me,

13  generally?

14       A    An example would be a defense military

15  correspondent for the Tampa Bay Times.  I would

16  interview him occasionally on ongoing topics of -- of

17  national interest.

18       Q    Was there any -- at either of these

19  stations, was there any, sort of, in-house reporters

20  or newsroom that you worked with?

21       A    Yes.

22       Q    Tell me about that.

Page 36

1      A      Very standard radio studio layout with a

2   production booth in front, the broadcast booth behind.

3   Directly behind me was the news traffic and weather

4   team.  So insofar as during normal breaks, where we --

5   hard breaks, where we broke for -- for news, or

6   traffic, or weather, yeah, we were -- we were all in

7   the same corridor together.

8      Q      And when you were working on those radio

9   shows, did you oversee or assign any journalists on a

10  beat or to cover anything?

11     A      No.

12     Q      Have you yourself ever worked as a

13  journalist, used that title to describe your work?

14     A      No.

15     Q      And what was the name of the radio shows --

16  or what were the names of the radio shows that you

17  were talking about?

18     A      The first program with Salem Communications

19  was called, Need to Know with Frank Wuco.

20     Q      And the second one?

21     A      More cleverly named, the Frank Wuco Radio

22  Show.

Page 37

1        Q    All right.  So my understanding is you did

2    work for or at USAGM during the first Trump

3    presidential administration; is that correct?

4                    MS. STOUT:  Objection; lack of

5    foundation.

6    BY MR. BOURLAND:

7        Q    Is that right?

8        A    Yes.

9        Q    Okay.  When did that start?

10       A    To the best of my recollection, June of

11   2020.

12       Q    Okay.  All right.  So between -- I believe

13   you said that -- and correct me if I'm wrong -- that

14   your talk radio broadcasting was until around 2014; is

15   that right?

16       A    Correct, with one caveat.

17       Q    What's the caveat?

18       A    I would occasionally co-host the Morning

19   Drive show for 970 WFLA, when one of the primary hosts

20   was either on leave or sick.  So I was the primary

21   fill-in.

22       Q    Okay.  So you would sub-in sometimes after

Page 38

1    2014, but that wasn't a regular gig; is that correct?

2         A    Correct.

3         Q    Okay.  So between 2014 and summer of 2020

4    when you started working at USAGM, did you have any

5    other jobs?

6         A    Well, yes, I -- I -- like I said, I worked

7    as a business development capture manager for one

8    defense contracting firm, small business out of Tampa,

9    Florida.  And when I left that, I established a -- a

10   private consultancy where I did, sort of, hired hand

11   business development support to other companies,

12   including larger ones such as Lockheed Martin --

13        Q    What was that -- go ahead.

14        A    No, please.

15        Q    What was that company called?

16        A    Red Mind Solutions.  Three words, Red Mind

17   Solutions, LLC.

18        Q    Was that based in Florida?

19        A    It was.

20        Q    Okay.  Did you hold any other roles in the

21   first Trump administration before you worked at USAGM?

22        A    May I -- Interject something pertaining to

Page 39

1    the last question?

2        Q    If you want to clarify something in your

3    last answer, that's fine.

4        A    Red Mind Solutions also segued into a --

5    I -- I didn't start it; it was still Red Mind

6    Solutions.  But I'd started a new venture, which was

7    a -- a data mapping and analysis company, adapting and

8    licensing data mapping software, semi-natural language

9    programming, and NLP software from the DOD side to the

10   civilian sector.  So it was another part of Red Minds.

11       Q    And that was under the same company?

12       A    Correct.

13       Q    And when you said you adapted it to the

14   civilian sector, what -- where was it being used, if

15   you know?

16       A    Well, it was a startup, so a considerable

17   number of months were spent developing relationships

18   with investors and developing our -- our team, our

19   engineering team.  On the business development side,

20   we eventually landed in the healthcare space

21   processing multiple and disparate Medicare Advantage

22   claims across multiple, you know, interventionists,

Page 40

1    healthcare companies, things like that for -- for

2    midsize, small-size independent physicians

3    associations.

4         Q    Was this data management analysis program or

5    tool, was that something that you ever contracted with

6    anyone in media for?

7         A    No.

8         Q    Okay.  All right.  So I'll go back to my --

9    the last topic I was getting into, which is whether

10   you held any other positions in the first Trump

11   presidential administration before you started at

12   USAGM?

13        A    Yes.

14        Q    What was the first one?

15        A    White House Senior Advisor to the Department

16   of Homeland Security.

17        Q    And how did you end up in that role?

18        A    I -- I was called by transition after my

19   name had come up as a -- a type -- a type with

20   national security experience and -- and you know,

21   media experience, private sector experience, things

22   like that.  And as they were setting up this profile

Page 41

1  for the type of person they were looking for, somebody
2  said they knew a guy, and -- and that was me.
3      Q    And just generally, what were your
4  responsibilities in that role?
5      A    I was the, what they called the beachhead
6  team lead, which was the -- the lead for the Political
7  Appointee Workforce integrating into the department.
8  So one of my responsibilities was to ensure that our
9  appointee staff understood the department, understood
10 where they were being assigned, understood what their
11 roles and responsibilities would be, their
12 interactions with the career workforce, as well as
13 advising the White House on DHS -- just, sort of,
14 daily operations internally.  Staff operations; not
15 law enforcement operations.
16     Q    And how long did you have that role?
17     A    That role lasted for about a year, slightly
18 less.  And it was, you know, a lot of the functions of
19 those roles give way to the political staff being
20 integrated into the department and, you know, there's
21 just not a whole lot of need for the -- the
22 integration supervision.

Page 42

1          So while I was doing that job, I was asked

2     to step into the role of the Director of the Executive

3     Order Taskforce at DHS.

4          Q    So you moved into another role at DHS?

5          A    I did both jobs simultaneously until the

6     White House senior advisor positions were gradually

7     dissolved.

8          Q    Did you have any other roles in the

9     government between that one and starting at USAGM in

10    summer 2020?

11         A    I did work in the Office of Policy, Strategy

12    and Policy at -- at DHS for a time.  And then I went

13    to State Department on a six-month detail in the Arms

14    Control Bureau, where I worked missile defense issues.

15         Q    Did you have any experience in arms control

16    before you started that role?

17         A    In missile defense.

18         Q    So you had experience in missile defense; is

19    that what you mean?

20         A    Correct.

21         Q    Okay.  And were you in that position at

22    State until you started at USAGM?

Page 43

1      A    Nope.  I was in that position for six
2    months.  And six months after that finished, I started
3    at USAGM.
4           Q    Okay.  And how did you end up there
5           A    At State?
6           Q    At USAGM?
7           A    USAGM, oh.  As the confirmation of the CEO
8    at the time, Michael Pack, came to be, they were
9    looking for people to come into the Agency; me
10   specifically for organizational and leadership skills
11   and -- and experience to help run the organization.
12          Q    And who appointed you to that role?
13               MS. STOUT:  Objection; lacks
14   foundation.
15               THE WITNESS:  The CEO.
16   BY MR. BOURLAND:
17          Q    Was that Mr. Pack?
18          A    Yes.
19          Q    What were your responsibilities in that role
20   at USAGM?
21          A    As the Vice President for Strategy,
22   Operations, and Research, it was -- I describe it as

Page 44

1    a -- a melange of CSO and COO.  So it was the daily --
2    the day-to-day operations of the Agency, as well as
3    the broadcast organizations.  So to include Voice of
4    America, the Office of Cuba Broadcasting, and the
5    grantee organizations as well.  So budget, finance,
6    personnel, security, which was a -- an absolute
7    nightmare when I arrived, by the way, as were other
8    elements of -- of the Agency on the whole.
9         Q    Who did you report to directly in that role?
10        A    Mr. Pack.
11        Q    And who reported to you, if anyone?
12        A    Oh, yeah.
13        Q    Titles; not names, I should say.
14        A    Yep.
15        Q    Let's start with that.
16        A    All network and grantee heads, the Director
17   of the Office of Management Services, security,
18   finance, contracting.  It seems like I might be
19   forgetting one, maybe two, but virtually, the entire
20   agency and all of its operations were under my day --
21   day-to-day management.
22        Q    And how long did you remain in that role?

Page 45

1          A      Until late-December, early-January of 2020,

2     2021.

3          Q      So it was less than one year; is that right?

4     I'm getting that right?

5          A      Yes.

6          Q      Okay.  During your time at the Agency at

7     USAGM, during the first Trump presidential

8     administration, did you participate in any attempts to

9     downsize the Agency?

10                  MS. STOUT:  Objection; vague and lacks

11    foundation.

12    BY MR. BOURLAND:

13         Q      You can answer.

14         A      No.

15         Q      To your knowledge, were there any such

16    attempts during the first Trump administration?

17                  MS. STOUT:  Object to form, vague, and

18    lacks foundation.

19                  THE WITNESS:  No.

20    BY MR. BOURLAND:

21         Q      Again, focusing on your first stint at

22    USAGM, during the first administration, did you

Page 46

1    participate in any attempts to remove any language

2    services from VOA's broadcasting?

3                    MS. STOUT:  Object to form, lacks

4    foundation.

5                    THE WITNESS:  And please repeat the

6    question.

7    BY MR. BOURLAND:

8        Q    Sure.  During the first Trump

9    administration, when you were at USAGM for less than a

10   year, did you personally participate in any efforts to

11   remove any language services from VOAs broadcasting?

12                   MS. STOUT:  Same objection.

13                   THE WITNESS:  No.

14   BY MR. BOURLAND:

15       Q    Again, focusing on the first Trump

16   administration, during your time there, did you

17   personally participate in any attempts to stop Voice

18   of America from broadcasting to any countries that it

19   had been broadcasting to?

20                   MS. STOUT:  Object to form, vague, and

21   lacks foundation.

22                   THE WITNESS:  No.

Page 47

1    BY MR. BOURLAND:

2         Q    What about any attempts to downsize the

3    number of full-time employees?  Did you participate in

4    anything like that in your first time there?

5                   MS. STOUT:  Object to form, vague, and

6    lacks foundation.

7                   THE WITNESS:  No.

8    BY MR. BOURLAND:

9         Q    In your role -- well, it was also a senior

10   advisor title; is that right, during the first

11   administration?

12        A    No.

13        Q    What was it, actually?  I think I --

14        A    Vice President of Strategy, Operations, and

15   Research.

16        Q    So in this vice president role during the

17   first Trump administration, did you in that role have

18   any control over the newsroom or the actual content of

19   VOA broadcasting?

20                   MS. STOUT:  Objection; vague and lacks

21   foundation.

22   //

Page 48

1    BY MR. BOURLAND:

2         Q    You can answer.

3         A    No.

4         Q    Did you interface with anyone in the VOA

5    newsroom in that role?

6                   MS. STOUT:  Objection; lacks

7    foundation.

8                   THE WITNESS:  No, with the caveat that

9    I -- Interacted with the acting director.

10   BY MR. BOURLAND:

11        Q    The acting director of VOA?

12        A    Correct.

13        Q    And when you interacted with the acting

14   director of VOA, did you discuss VOA broadcasting

15   content?

16                   MS. STOUT:  Objection; vague as to

17   content.

18   BY MR. BOURLAND:

19        Q    If you understand --

20        A    Yeah, if you -- if you can be more clear?

21        Q    Sure.  Did you discuss the subject matter of

22   what VOA was reporting on?

Page 49

1        A    Occasionally, in past tense, if they briefed

2    us on a project they were working on or something like

3    that, but no -- otherwise, no.

4        Q    Did you ever, for example, direct the acting

5    director to cover or not cover a certain topic?

6        A    No.

7        Q    During the first Trump administration,

8    again, during your time in this VP role at USAGM, were

9    you ever involved in any discussions about bringing

10   private third-party news media content in to VOA?

11              MS. STOUT:  Objection; lacks foundation

12   and vague.

13              THE WITNESS:  No.

14   BY MR. BOURLAND:

15       Q    Were you ever involved in any discussion

16   about bringing in or rebroadcasting content from OAN

17   or Newsmax?

18              MS. STOUT:  Object to form, lacks

19   foundation.

20              THE WITNESS:  No.

21   BY MR. BOURLAND:

22       Q    All right.  Did you work anywhere before

Page 50

1    rejoining USAGM in the second Trump administration?

2        A    Yes.

3        Q    Just briefly walk me through the other jobs

4    you held then.

5        A    It was just -- just one job.  It was a

6    private sector position during --

7        Q    What was -- go ahead.

8        A    Six months.  It was a -- a biochemical

9    company.

10       Q    What was your position there?

11       A    Business development director.

12       Q    Anything media or journalism-related at that

13   job?

14       A    No.

15       Q    All right.  Let's talk a bit about your role

16   now, generally, and then we can take a break.

17                  MR. BLUMIN:  Do you want to take a

18   quick break before we start?

19                  MR. BOURLAND:  You want to take one

20   now?

21                  MR. BLUMIN:  It's just going to be a

22   long stretch of time.

Page 51

```
 1                  MR. BOURLAND:  Yeah, let's do it.
 2      Yeah.  We've been going for about an hour; right?
 3                  MS. STOUT:  Almost.
 4                  MR. BOURLAND:  Okay.
 5                  MR. BLUMIN:  Okay.
 6                  THE REPORTER:  It is 10:02 a.m., and
 7      we're going off the record.
 8                  THE VIDEOGRAPHER:  This marks the end
 9      of media unit No. 1.  Going off the record.  The time
10      is 10:02 a.m.
11                  (Off the record.)
12                  THE VIDEOGRAPHER:  This marks the
13      beginning of media unit No. 2.  Going back on the
14      record.  The time is 10:17 a.m.
15      BY MR. BOURLAND:
16          Q    All right.  We're back on the record after a
17      short break.  Before I turn to another topic, I just
18      want to circle back to one thing that we had discussed
19      earlier in the deposition.  We talked a bit about how
20      you had advised -- you had served in some sort of
21      advisory role last November during the transition.
22      You remember that testimony?
```

Page 52

1           A     I do.

2           Q     I don't think I asked you what --

3           A     If I may?

4           Q     Please, yes.

5           A     It wasn't an advisory role.

6           Q     Okay.

7           A     It was -- I -- I didn't have a role in

8     transition.

9           Q     Fair enough.  You were serving in some sort

10    of informal capacity; is that a fair way to describe

11    it?

12          A     Very much so, yes.

13          Q     Okay.  We briefly touched on that subject,

14    but I don't believe I asked you what you were advising

15    the transition on, generally, what subject matter; can

16    you please tell me?

17                    MS. STOUT:  Objection; lacks

18    foundation.

19                    MR. BOURLAND:  Go ahead.

20                    THE WITNESS:  Yeah, too -- too general

21    to -- to, you know, discuss or detail.

22    //

Page 53

1    BY MR. BOURLAND:

2        Q    Okay.  Well, let me be more specific.  What

3    was the purpose of your advising the transition on

4    matters related to USAGM?

5                MS. STOUT:  Objection; calls for

6    speculation.

7    BY MR. BOURLAND:

8        Q    You can answer.

9        A    Just focus on correcting some of the

10   longstanding problems at USAGM.

11       Q    And what longstanding problems are you

12   referring to?

13       A    Contracting abuse, abuse of US immigration

14   and Visa programs.  As a professional intelligence

15   officer, a security failure that was one that I had

16   never encountered in all my years in the intelligence

17   community, as -- also during that time, as a security

18   manager and a special security manager.  Not only had

19   I never witnessed something as egregious as the

20   longstanding security failure at USAGM, I could never

21   have imagined the level of mismanagement, willful

22   mismanagement, that occurred.

Page 54

```
1              I was asked to correct that situation.
2     It -- it is -- it's one of the worst national security
3     failures that -- that I've ever heard of.  It
4     persisted over a ten-year period.  Through eight
5     investigations, four each, by the Office of the
6     Director of National Intelligence as well as the
7     Office of Personnel Management, ODNI revoked the
8     delegated authority for USAGM to grant security
9     clearances.  It was the first time in DNI'S existence
10    that they had ever done that.
11             The Office of Personnel Management,
12    likewise, revoked USAGM's delegated authority to grant
13    suitability determinations.  This was based on a
14    number of -- the majority of -- of deficiencies that
15    Agency leadership refused to correct.
16             Among those, using notional or falsified
17    social security numbers on security and fingerprint
18    forms, largely due to the fact that the subjects were
19    foreign nationals brought in on J-1 Visas;
20    fingerprints taken on paper forms and never submitted
21    to the FBI for national agency checks or even
22    preliminary or precursory background investigations;
```

Page 55

1    falsified information on -- on other security

2    documents, essentially, giving people who had not been

3    through proper security background investigations and

4    follow-on adjudication processes.

5          I'm -- I'm not wearing my badge right now,

6    but they were printing badges for them and giving them

7    access to federal facilities.  Bear in mind that

8    USAGM, every position developed by human resources is

9    security coded at the tier 3 level minimum; tier 3 or

10   tier 5.

11         Tier 3 is the facilities and information

12   systems access level that is commensurate with secret

13   information, spillage or divulgence of which will

14   cause grave damage to US national security.  Tier 5 is

15   the equivalent to the top secret.  Everybody who was

16   there, out of 4,000-ish employees, 1400 were present

17   at the Agency for years without valid security

18   credentials.

19         Again, not -- if somebody had told me about

20   this in a fictional setting, a book they read or

21   something, I would've told them to put the book down;

22   nothing like that would ever happen.  It -- it -- so

Page 56

1    that's just one thing.

2            Contract abuses; I can go on and on about

3    far violations, contracting abuses, budgetary abuses,

4    lack of oversight and accountability for millions of

5    dollars of high value television and radio production

6    equipment.  It's -- it -- it really runs the gamut of

7    how poorly managed that agency was.

8        Q    And these were topics that you were advising

9    the transition on?  That was my original question, so

10   is what your testimony is?

11       A    The -- the general --

12           MS. STOUT:  Objection; mischaracterizes

13   the question was asked, which just was, "What are the

14   longstanding problems at the Agency?"

15           MR. BOURLAND:  Right --

16           THE WITNESS:  In -- in much less detail

17   than I've even outlined for you here.

18   BY MR. BOURLAND:

19       Q    Okay.  During the time that you were

20   advising the transition, did you advise on the subject

21   of downsizing the Agency?

22       A    No.

Page 57

1    Q    All right.  You're currently working for

2    USAGM?

3    A    Yes.

4    Q    And I believe you testified earlier that you

5    started in May 2025; right?

6    A    Correct.

7    Q    All right.  Let's show you what we'll mark

8    as Wuco Exhibit --

9              MR. BOURLAND:  We're only at 2; right?

10   I got B.

11             MR. BLUMIN:  Yes, although I left the

12   tabs in the other room, I'm realizing.

13             MR. BOURLAND:  Let's grab it real

14   quick.

15             MR. BLUMIN:  Is it okay?  We can stay

16   on the record.  I'll be right back.

17             MR. BOURLAND:  Yeah, we don't have to

18   go off the record.  We'll just take a moment of

19   reflection.

20             Great.  Okay.  We're going to mark this

21   as Wuco 2.

22   //

Page 58

```
 1                  (Wuco Exhibit 2 was marked for

 2                  identification.)

 3                  THE REPORTER:  Here you go, sir.

 4                  THE WITNESS:  Thank you.

 5     BY MR. BOURLAND:

 6         Q    All right, Mr. Wuco, you've just been handed

 7     a document that we're going to refer to today as Wuco

 8     Exhibit 2.  Have you seen this document before?

 9         A    Yes.

10         Q    What is it?

11         A    A declaration written by me.

12         Q    And is that declaration that you wrote

13     for -- to be submitted in this lawsuit?

14         A    Yes.

15         Q    And on the -- it's a six-page document;

16     right?

17         A    Yes.

18         Q    And did you digitally sign it there at the

19     end?

20         A    Yes.

21         Q    And you made this declaration under penalty

22     of perjury; is that correct?
```

Page 59

 1        A    Yes.

 2        Q    And is the content of this declaration

 3    truthful and accurate to the best of your knowledge?

 4        A    Absolutely.

 5        Q    Great.  All right.  So it says here in

 6    paragraph 1 of your declaration that you "began

 7    serving in the role of senior advisor at USAGM on May

 8    19, 2025"; you see that?

 9        A    I do.

10        Q    Is that correct?

11        A    Yes.

12        Q    Did you serve in any other roles at USAGM

13    prior to that date, during this second Trump

14    administration?

15        A    No.

16        Q    Since May 19, 2025, have you held any other

17    titles at USAGM?

18        A    No.

19        Q    So sitting here today, you're still in that

20    role as senior advisor; is that accurate?

21        A    Correct.

22        Q    Okay.  Who appointed you to that position?

Page 60

1              MS. STOUT:  Object to form; lacks

2     foundation.

3     BY MR. BOURLAND:

4         Q     If you know.

5         A     I was invited to join the Agency by Ms.

6     Lake.

7         Q     That's Kari Lake?

8         A     Correct.

9         Q     Okay.  And at the time that she invited you

10    to join the Agency, do you know what her title was?

11        A     Yes.

12        Q     What was that at that time?

13        A     Senior advisor.

14        Q     Do you know if Ms. Lake still has that

15    title?

16        A     Yes, I know.

17        Q     Okay.  What's the answer?

18        A     That's not her title anymore.

19        Q     What is it now?

20        A     Acting Chief Executive Officer.

21        Q     Has she held any other titles since you

22    joined USAGM?

Page 61

1      A    Yes.

2      Q    Which?

3      A    Acting Deputy Chief Executive Officer.

4      Q    When did Ms. Lake ask you to join the

5  Agency?

6      A    Early May.

7      Q    So sometime in the weeks before you started;

8  is that accurate?

9      A    Yes.

10      Q    Between the time when you were advising the

11  Agency in some sort of informal capacity in November

12  of last year and your appointment to this role in May

13  2025, did you ever advise anyone at the Agency

14  including Ms. Lake on an informal basis?

15      A    No.

16      Q    Did you ever have any conversations with Ms.

17  Lake about USAGM at any point in 2025 before she

18  approached you to rejoin the Agency?

19      A    No.

20      Q    Same question, but for anyone else --

21      A    Let me -- let me correct that.

22      Q    Please.

Page 62

1        A     Sorry.

2        Q     Yes.

3        A     There was a brief conversation on the

4    security situation that was a, kind of, a fact

5    finding, you know, five-minute discussion on -- on

6    security.

7        Q     And when you're referring to a security

8    situation, you mean the personnel and, sort of,

9    background check issues that you described earlier?

10       A     What I just detailed --

11       Q     Let me finish my question, just for the

12   record.  You're referring to the security and

13   personnel background check issues that you had

14   described earlier today; is that right?

15                    MS. STOUT:  Object to form;

16   mischaracterizes the testimony.

17                    You can answer.

18                    THE WITNESS:  Yes.

19   BY MR. BOURLAND:

20       Q     Did there come a time in twenty -- the

21   conversation you just described, the brief one about

22   personnel security issues, when did that take place?

Page 63

1          A    I don't recall.

2          Q    Was it this year?

3          A    I don't recall.

4          Q    But sometime after Ms. Lake joined USAGM; is

5     that right?

6                    MS. STOUT:  Objection; asked and

7     answered.

8     BY MR. BOURLAND:

9          Q    If you know.

10         A    Yes.

11         Q    Did there come a time earlier this year

12    before you rejoined the Agency that VOA stopped most

13    of its broadcasting; are you aware of that happening?

14                   MS. STOUT:  Object to form, lacks

15    foundation.

16                   THE WITNESS:  I -- I have no knowledge

17    of events before I arrived.

18    BY MR. BOURLAND:

19         Q    Before you arrived at -- were you following

20    developments at the USAGM in the press at all?

21         A    Yes.

22         Q    And had you read anything in the press about

Page 64

1    changes in VOA's broadcasting in March?

2        A    That, yes, in the press.  Yeah.

3        Q    So you did have some knowledge about what

4    was happening at USAGM before you joined; is that

5    fair?

6        A    But I wasn't involved in any of those

7    actions.

8        Q    Let's talk about your role as a senior

9    advisor at the Agency now.  I understand that position

10   can mean a lot of different things so let's start high

11   level.  What do you do as senior advisor?

12       A    Very much what I did when I was at the

13   Agency during the first Trump administration.

14       Q    And again, I -- I don't want to misstate

15   anything, so correct me if I'm wrong; okay?  But just

16   based on what I heard your -- you testify about

17   earlier, is it fair to summarize that as a, sort of,

18   liaison between the top leadership at the Agency and

19   department heads?  Again, I'm using, sort of, informal

20   talk here, but --

21       A    Maybe you can rephrase that.

22       Q    Sure.  Well, here.  You told me what you did

Page 65

1    before; why don't you tell me what you're doing now

2    and describe it for me first, and then I'll follow up.

3        A    Day-to-day management of the -- the primary

4    administrative and -- and managerial and operational

5    functions of the Agency.

6        Q    And who reports to you?

7                MS. STOUT:  Objection; lack of

8    foundation.

9    BY MR. BOURLAND:

10        Q    Let me take a step back.  Does anyone report

11    to you at the Agency?

12        A    Yes.

13        Q    Who?

14        A    The Director of the Office of Management

15    Services, the acting director, the Director of the

16    Technology Services Division, the CIO.  And those

17    are -- those are people who directly report to me

18    and/or, you know, coordinate their -- their activities

19    with me.

20        Q    Would it be fair to describe those

21    departments generally as the administrative side of

22    the Agency?

Page 66

1      A    The management and operations side; not

2  necessarily just administrative.  I also -- I would

3  add to that the directors, the -- the programming

4  manager of VOA and the director, acting director of

5  the Office of Cuba Broadcasting.

6      Q    They also report to you?

7      A    For resource -- resource management issues.

8      Q    What are resource management issues?

9      A    Material items required for broadcasting.

10     Q    Does that include personnel?

11     A    Yes.

12     Q    So if VOA needs more staff for broadcasting,

13  they talk to you?

14              MS. STOUT:  Objection; lack of

15  foundation.

16              THE WITNESS:  Yes.

17  BY MR. BOURLAND:

18     Q    And if -- strike that.

19          And what role do you play in those resource

20  management decisions with respect to personnel?

21              MS. STOUT:  Object to form, lack of

22  foundation.

Page 67

1              THE WITNESS:  Delegation to and

2      coordination with the managers within the organization

3      who affect those actions.

4      BY MR. BOURLAND:

5          Q    What does that mean?  Can you provide an

6      example?

7          A    What does --

8          Q    What you just described?

9          A    -- what specifically mean?

10         Q    So I don't understand what that means.  If

11     you could explain to me an example of that happening

12     at the Agency; your last answer?

13         A    If personnel actions are required, such as

14     a -- a PSC hire, those are brought to me.  And then I

15     will direct action down to the appropriate elements

16     within the staff.

17         Q    And just for the record, when you're

18     referring to PSC, what are you referring to?

19         A    Personal services contractors.

20         Q    So that's outside contractors; not full-time

21     employees.  Is that accurate?

22              MS. STOUT:  Object to form, lacks

Page 68

1    foundation.

2                    THE WITNESS:  That's what PSCs are,

3    yes.

4    BY MR. BOURLAND:

5        Q    So you're involved in the process of

6    sourcing or hiring PSCs if they're needed for

7    broadcasting; is that accurate?

8                    MS. STOUT:  Object to form, lacks

9    foundation?

10                   THE WITNESS:  No, it's not accurate.

11   BY MR. BOURLAND:

12       Q    Okay.  How is that not accurate?

13       A    I'm not involved in the process, other than

14   to direct our -- our appropriate Agency elements to

15   fulfill the resources required by our broadcasters.

16       Q    So your role is --

17       A    I'm -- I'm not the person who does it.

18       Q    Okay.  So your role is to approve or

19   disapprove those requests; is that accurate?

20                   MS. STOUT:  Object to form, lacks

21   foundation, mischaracterizes the testimony.

22   //

Page 69

1    BY MR. BOURLAND:

2        Q    You can answer.

3        A    Repeat the question, please?

4        Q    Sure.  Is your role to approve or disapprove

5    requests for additional PSCs, for example?

6                MS. STOUT:  Same objection.

7                THE WITNESS:  Yes, with the caveat that

8    I've not disapproved any requests made.

9    BY MR. BOURLAND:

10       Q    Okay.  Do you have any involvement in

11   personnel decisions with respect to full-time

12   employees?

13       A    Yes.

14       Q    Describe that for me.

15       A    Describe what part of it?

16       Q    Your involvement.

17       A    Okay.  Similar to directing action to bring

18   PSCs on board, commensurate with requirements to

19   broadcast, I may direct that full-time employees, for

20   instance, who are on admin leave be brought back to

21   active status.

22       Q    And those employees include journalists?

Page 70

1        A    Yes.

2        Q    They also include what I would call

3    technical staff, so broadcast technicians, for

4    example?

5                MS. STOUT:  Object to form, lacks

6    foundation, and vague.

7    BY MR. BOURLAND:

8        Q    You can answer.

9        A    Yes.

10       Q    When you -- and you have to remind me so I

11   get this right.  When you said someone who's in charge

12   of VOA programming reports to you, can you remind me

13   who that title -- the person's title was again?

14       A    Repeat the question again?

15       Q    Sure.  You testified earlier that someone

16   who was in charge of VOA programming reports to you.

17   I believe that's what you had testified.  Of course,

18   correct me if I'm wrong.  Can you remind me what that

19   title was again, the person who reports to you?

20       A    Programming director.

21       Q    Okay.  And who is that?

22       A    Ms. Leili Soltani.

Page 71

1      Q     So Ms. Soltani reports to you; correct?

2      A     Well, she is a direct report to Ms. Lake,

3   but via me via delegated responsibilities.

4      Q     And when you say via delegated

5   responsibilities, you mean responsibilities delegated

6   from Lake to you; is that right?

7                    MS. STOUT:  Object to form, lacks

8   foundation.

9                    THE WITNESS:  Responsibilities that

10   would be part of the normal portfolio of day-to-day

11   operations.

12   BY MR. BOURLAND:

13      Q     Okay.  Ms. Lake is acting deputy CEO; right?

14   Strike that.

15            Is acting CEO; correct?

16      A     Correct.

17      Q     Okay.  And when you say that you have

18   delegated responsibilities, do you mean

19   responsibilities that were delegated from her as

20   acting CEO to you?

21      A     No, just more along the lines of assigned

22   responsibilities.

Page 72

1           Q    Okay.  Well, just to be really clear then,

2     when you're referring to assigned responsibilities, do

3     you mean responsibilities assigned to you from Ms.

4     Lake as acting CEO?

5                     MS. STOUT:  Object to form, lacks

6     foundation.

7     BY MR. BOURLAND:

8           Q    You can answer.

9           A    As -- as would be the case in any

10    organization.

11          Q    Is that yes, the answer, yes?

12          A    Yes.

13          Q    Okay.  Does anyone else report to you other

14    than the titles that you listed before?  Just want to

15    make sure I'm not missing anyone.  I don't think

16    there's anyone missing.

17          A    I think I've covered them all.

18          Q    Okay.  Beyond interfacing with Ms. Soltani

19    regarding resource issues or whatever the phrasing was

20    you had used -- I'm paraphrasing -- do you -- does Ms.

21    Soltani report to you regarding any other subject

22    matter?

Page 73

1      A     Nothing outside of the -- the conduct of

2   broadcast operations.

3      Q     And just so I understand what you mean by

4   that, when you say conduct broadcasting operations,

5   what are you referring to generally?

6      A     Just the -- the holistic requirements of --

7   of putting content on the air and broadcasting.

8      Q     What does that mean, other than the

9   resources side, if anything?

10     A     What does -- what does what mean?

11     Q     This holistic putting content on the air,

12   what you just referred to.  I'm trying to understand

13   how you're involved, other than resources, if at all.

14     A     Not at all, other than -- other than making

15   sure they have the people they need, making sure they

16   have the technical resources and capabilities

17   required.  That's -- that's my -- that's my function.

18     Q     What about the content that they're

19   broadcasting; does she report to you regarding that?

20              MS. STOUT:  Object to form, lacks

21   foundation, and vague.

22              THE WITNESS:  No.

Page 74

1    BY MR. BOURLAND:

2        Q    Turning back to your declaration that is

3    Wuco Exhibit 2, which I believe you still have in

4    front of you, who wrote this declaration?

5        A    I did.

6        Q    Did you write it by yourself?

7        A    No.

8        Q    Who else wrote any of it, if anyone?

9        A    The -- they're --

10            MS. STOUT:  Objection.

11            THE WITNESS:  Yep.

12            MS. STOUT:  To the extent any of your

13   answer calls for or relies on any communications that

14   you had with attorneys or any advice that you received

15   by attorneys, whether within the Agency or in the

16   Department of Justice, I would instruct you not to

17   answer.  But to the extent it doesn't implicate these

18   conversations, you may answer.

19            THE WITNESS:  I consulted with our

20   technical experts for some of -- for the technical

21   content, whether it was technology, actual technology,

22   or whether it were -- was, sort of, resources required

Page 75

1    for content development and -- and programming.

2    BY MR. BOURLAND:

3        Q    You just finished with "and programming"; is

4    that someone else you consulted with separate from the

5    technical folks?

6        A    No -- no.  They -- they're two -- I'm a firm

7    believer in chain of command.  So there are two

8    individuals within, for instance, VOA that I would

9    consult with for that type of information.  And -- and

10   it's Ms. Soltani and our -- the -- the technical

11   manager as well.

12       Q    Do you know whether Ms. Lake reviewed your

13   declaration before it was submitted?

14       A    Yes.

15       Q    Did she?

16       A    Yes.

17       Q    Did you speak with her about it?

18       A    Nothing other than a technical review, as --

19   as part of normal front office procedure, executive

20   secretarial-type procedures.  Generally, anything that

21   leaves the Agency is -- is reviewed by a team for --

22   it could be anything from grammar to technical

Page 76

1   content.

2       Q    Did she give you any -- beyond grammar or

3   technical feedback like that, did she give you any

4   notes or edits or comments?

5       A    No.

6       Q    And again, not asking about legal counsel;

7   did anyone else review this declaration before it was

8   filed?

9       A    Again, please?

10      Q    Sure.  Setting aside legal counsel, did

11  anyone else review this declaration before it was

12  filed and after you wrote it?

13      A    In part, yes.

14      Q    And who was that?

15      A    Same individual as I discussed before.

16      Q    So that's technical folks who were below you

17  in the, sort of, chain of command and Ms. Lake; is

18  that right?

19              MS. STOUT:  Objection; mischaracterizes

20  the testimony.

21  BY MR. BOURLAND:

22      Q    I'm asking if that's right.

Page 77

1        A    No, that's not right.

2        Q    Okay.

3        A    What you said is not right.

4        Q    Tell me what is right; okay?

5        A    Yeah.  For the review I'm talking about, it

6    would've been the two individuals I named before, one

7    of whom is Ms. Soltani and the other is our -- our

8    technical chief for these items, Mr. Jeff Reber.

9        Q    So Ms. Soltani also reviewed this

10   declaration before it was filed; is that what you just

11   said?

12       A    For accuracy, yes.

13       Q    Was she one of the staff who provided

14   certain facts that were reflected in this deposition?

15       A    Yes.

16       Q    Declaration, excuse me.

17       A    Yes.

18       Q    Generally speaking, what was your goal in

19   writing this declaration?  What were you trying to

20   communicate?

21       A    That the Agency -- that we maintained the

22   ability to broadcast to the extent of the minimum

Page 78

```
 1    statutory requirements.

 2         Q     And you are familiar with VOA's current

 3    broadcasting activities generally; right?

 4                    MS. STOUT:  Object to form, lacks

 5    foundation.

 6                    THE WITNESS:  Yes.

 7    BY MR. BOURLAND:

 8         Q     Turning back --

 9         A     Generally, which is the term you used.  Yep.

10    Thank you.

11         Q     Thank you.  Turning back to your declaration

12    that's Exhibit 2, in paragraph 2 -- I'll just read

13    from it quickly.  You said, "In that capacity" -- and

14    you're referring to your current role, "I have

15    personal knowledge of and direct involvement in the

16    current operations of the Voice of America."  That's

17    what it says here; right?

18         A     Yes.

19         Q     And that's accurate?

20         A     Yes.

21         Q     And when you said you had that personal

22    knowledge and you were directly involved in current
```

Page 79

1    operations of VOA, did that include broadcasting

2    activities?

3         A     Yes.

4         Q     Let's talk about some of those broadcasting

5    activities.  Does VOA have a Persian language service?

6         A     Yes.

7         Q     What is your understanding of what the

8    Persian language service is?

9         A     To broadcast to Farsi-speaking audiences in

10   Iran, content that is within the -- the VOA charter.

11        Q     And you discussed Persian language service

12   broadcasting in your declaration; right?

13        A     Repeat the question, please.

14        Q     You discussed Persian language service

15   broadcasting in your declaration; is that right?

16                  MS. STOUT:  Object to form, lacks

17   foundation.

18                  THE WITNESS:  Yes.

19   BY MR. BOURLAND:

20        Q     Let's grab tab G.  All right, Mr. Wuco,

21   you've just been handed a document that we're marking

22   as Wuco Exhibit 3.

```
                                           Page 80
 1              (Wuco Exhibit 3 was marked for
 2              identification.)
 3         Have you seen this document before?
 4    A    Yeah.
 5    Q    And take a second to review it before you
 6    answer that question, of course.
 7    A    Yes, I'm familiar with this document.
 8    Q    What is it?
 9    A    It is Ms. Lake's declaration.
10    Q    And this is a declaration that was also,
11    like yours, submitted in this lawsuit; right?
12    A    Yes.
13    Q    And this one is dated August 13, 2025; is
14    that correct?
15    A    Yes.
16    Q    Have you reviewed this document before
17    today?
18    A    Yes.
19    Q    When was that?
20    A    While it was being drafted.
21    Q    Okay.  So before it was filed; right?
22    A    Correct.
```

Page 81

1          Q    You said you reviewed it -- while it was

2     being drafted.  Did you participate in the drafting

3     process?

4          A    Much as was the case with my declaration,

5     yeah.

6          Q    So explain that for me in the context of

7     this particular declaration; how did you participate

8     exactly?

9          A    Providing technical, accurate content.

10          Q    So you provided that to Ms. Lake?

11          A    Correct.

12          Q    Did you review this declaration for accuracy

13     before it was finalized and filed?

14          A    Yes.

15          Q    Did you make any suggestions or edits to it?

16          A    I don't recall specifically.

17          Q    Well, without talking about specific edits,

18     did you?

19          A    I provided some technical content if --

20     you -- you may consider those edits, I suppose.

21          Q    Okay.  And this declaration was made under

22     oath, under penalty of perjury just like yours; right?

Page 82

1              MS. STOUT:  Objection; lack of

2    foundation.

3              THE WITNESS:  It's not my declaration.

4    BY MR. BOURLAND:

5         Q    It says that on the last page; right?

6         A    It does, yes.

7         Q    Okay.  Just like yours did.  That's what I

8    meant; yes?

9         A    Yes.

10        Q    Okay.  And it's signed by Ms. Lake there at

11   the end?

12        A    Yes.

13        Q    All right.  Let's turn to paragraph 13 of

14   Ms. Lake's August 13th declaration.  That's on page 5.

15   Do you see that paragraph, No. 13?

16        A    I do.

17        Q    Okay.  It starts with the words, "The number

18   of current VOA full-time employees."  I'm not going to

19   read that whole thing out loud, but I would like, if

20   you could take a moment to review, read to yourself

21   paragraph 13.  That includes all of the subparts here,

22   A through AA, and continues on to page 6.  And just

Page 83

```
 1    let me know when you're done, and then I'll ask you
 2    some questions; okay?
 3         A    Okay.
 4         Q    So you just had a chance to review the
 5    content of paragraph 13 of Ms. Lake's August 13th
 6    declaration; yes?
 7         A    Yes.
 8         Q    And that contains a list of current
 9    full-time employees working at Voice of America as of
10    the date of this declaration; correct?
11         A    Correct.
12         Q    And to your knowledge, is this list as it
13    was presented in this declaration accurate?
14         A    Yes.
15         Q    Was this list that we just read here, was
16    that some of the information that you provided or
17    helped with in making this declaration?
18         A    No, this was HR information.
19         Q    Did that come through you?
20         A    It passed through me in review.
21         Q    So you had a chance to review the same
22    information during the declaration drafting process;
```

Page 84

1    is that fair?

2          A    For accuracy, yes.

3          Q    Okay.  And if you turn to page 6 of this

4    document, again, there's a list under paragraph 13 of

5    different departments, divisions within VOA; right?

6                MS. STOUT:  Objection; mischaracterizes

7    the document.

8    BY MR. BOURLAND:

9          Q    You can answer.

10         A    Repeat the question, please?

11         Q    Sure.  Under paragraph 13, there's a

12   lettered list starts with A and it ends with AA, and

13   that's a list of all these different -- I'm going to

14   say offices within VOA; is that accurate?

15               MS. STOUT:  Objection; mischaracterizes

16   the document and lacks foundation.

17               THE WITNESS:  It's -- it's an accurate

18   list of -- of language services and offices, yes.

19   BY MR. BOURLAND:

20         Q    Okay.  And if you go to letters U, lowercase

21   U and lowercase V on page 6 --

22         A    Uh-huh.

Page 85

1        Q    What do those pertain to; what language

2   service or office at VOA?

3                MS. STOUT:  Object to form, lacks

4   foundation.

5                THE WITNESS:  By service -- and you

6   know, it's Persian News Network --

7   BY MR. BOURLAND:

8        Q    So this is --

9        A    -- Persian language service.

10       Q    Thank you.  These are part of the Persian

11  language services that are broadcast at VOA; is that

12  right?

13       A    That and central news and production; not

14  exclusive to Persian.

15       Q    And that's because some of the employees

16  under Persian News Network are also simultaneously

17  working for central news and production; is that

18  accurate?

19                MS. STOUT:  Object to form, lacks

20  foundation.

21                THE WITNESS:  As with other language

22  service personnel.

Page 86

1    BY MR. BOURLAND:

2        Q    So is the answer yes?

3        A    Yes.

4        Q    So between U, letter U and letter V here, is

5    it correct that there are 27 employees currently

6    working on the Persian language service as full-time

7    employees at VOA?

8                    MS. STOUT:  Object to form, lacks

9    foundation, and vague as to current?

10                   MR. BOURLAND:  That's a good point,

11   actually.  Let me rephrase that question.

12   BY MR. BOURLAND:

13       Q    As of August 13, 2025; that same question.

14   I can rephrase it or restate it if you'd like, but I

15   think you understand.

16       A    Those numbers are accurate as of that date.

17       Q    Okay.  So as of that date, there were 27

18   full-time employees working in the Persian language

19   service; is that correct?

20                   MS. STOUT:  Object to form, lack of

21   foundation.

22                   THE WITNESS:  Persian language service

Page 87

1    personnel, but working towards the -- the efforts

2    of -- or in the effort of central news production.

3    BY MR. BOURLAND:

4        Q    That's the 21 employees under V as in

5    Victor; is that right?

6        A    I don't know if it's all 21.  I don't -- I

7    don't manage the newsroom.

8        Q    Okay.  I understand.  And what about in

9    letter U there that only lists Persian News Network.

10   Do you know whether those six employees are also

11   working in central news and production?

12       A    I don't know.

13       Q    And this list also states that as of the

14   date of this declaration, if we look at letter AA at

15   the end of the list, that there was one employee

16   working in the Kurdish Service; is that correct?

17                 MS. STOUT:  Object to form,

18   mischaracterizes the document.

19                 THE WITNESS:  A Kurdish serviceperson

20   working with Persian for production purposes.

21   BY MR. BOURLAND:

22       Q    On a detail?

Page 88

```
 1        A     Correct.
 2        Q     Okay.  Do you know how many journalists are
 3   currently working in the Persian News Network?
 4        A     No.
 5        Q     Do you know any journalists are currently
 6   working in the Persian language service generally?
 7        A     No, not exactly.
 8        Q     Who would you expect to know that, if
 9   anyone?
10        A     The programming director.
11        Q     That's Ms. Soltani?
12        A     Correct.  As well as HR, who manages them,
13   you know, the positions from a personnel standpoint.
14        Q     Does that person report to you?
15        A     No.
16        Q     Who do they report to?
17        A     The Director of Management Services, acting.
18        Q     Does that person report to you?
19        A     Yes.
20        Q     Has the number of full-time employees within
21   the Persian language service fluctuated or changed at
22   all since you've joined the Agency in May?
```

Page 89

1                    MS. STOUT:  Object to form, lack of

2      foundation.

3                    THE WITNESS:  Repeat the question,

4      please?

5      BY MR. BOURLAND:

6          Q    Sure.  Has the number of full-time employees

7      working in the Persian language service changed at all

8      since you joined the Agency in May?

9                    MS. STOUT:  Same objection.

10                   THE WITNESS:  No, with the caveat that

11     the number of full-time employees didn't change,

12     although we did pull full-time employees who were on

13     admin leave back into inactive status to perform

14     certain functions.  But the actual number of FTEs

15     didn't change.

16     BY MR. BOURLAND:

17         Q    Is it fair to say that the number of

18     employees actively working, so not on administrative

19     leave, has changed since you rejoined the Agency in

20     May?

21         A    Yes.

22         Q    And what you're referring to right now, is

Page 90

```
 1    that something that you've also referred to as the
 2    surge operation in the Persian language broadcasting?
 3                MS. STOUT:  Object to form, lack of
 4    foundation.
 5                THE WITNESS:  Repeat the question?
 6    BY MR. BOURLAND:
 7        Q    Sure.  You just made an important
 8    clarification about the difference between full-time
 9    employees, the number that exist, and employees who
10    are on admin leave are working at the Agency.
11        A    No, they're all full-time employees.
12        Q    No, I understand.  But I mean in terms of
13    there are employees who are showing up for work every
14    day and there are some who have been on admin leave;
15    right?
16        A    Correct.
17        Q    Okay.  And there came a point when there
18    have been certain employees who have been recalled or
19    brought back in from admin leave to resume their daily
20    duties; is that fair to say?
21        A    Yes.
22        Q    Okay.  Have you referred to that process of
```

Page 91

 1    bringing people back in from admin leave to work as a

 2    surge operation; have you used that term before?

 3                    MS. STOUT:  Object to form; compound.

 4                    THE WITNESS:  Insofar as we mentioned,

 5    surge operations for global events, regional events,

 6    yes, we have used that term.

 7    BY MR. BOURLAND:

 8        Q    Do you personally have any input in your

 9    role as senior advisor into the programming that the

10    Persian service produces?

11                    MS. STOUT:  Object to form, lack of

12    foundation, and vague as to input.

13                    THE WITNESS:  Yeah, can you clarify

14    what you mean by input to programming?

15    BY MR. BOURLAND:

16        Q    Sure.  Do you play any role whatsoever in

17    what content is produced by the Persian Labor Service?

18        A    No.

19        Q    All right.  Let's talk about this surge

20    operation concept generally, and I'll focus on the

21    Persian service specifically.  So I'd like to focus

22    your attention -- we'll talk about some recent events

Page 92

1    that happened in Iran and VOA's response to the same.

2    Are you aware that there was a Israeli bombing

3    campaign in Iran that started on or about June 13th of

4    this year?

5                    MS. STOUT:  Object to form, lacks

6    foundation?

7                    THE WITNESS:  Yes.

8    BY MR. BOURLAND:

9        Q    And at that time when that happened, how

10   many, if you know, full-time employees were actively

11   working, so not on admin leave at the Persian language

12   service?

13       A    Repeat the question, please?

14       Q    Sure.  At the time that that bombing

15   campaign started in June, how many full-time employees

16   were working for the Persian language service, not on

17   admin leave, if you know?

18       A    I don't know.

19       Q    But when that bombing campaign started,

20   there were Persian language full-time employees who

21   were on admin leave at that time; right?

22                    MS. STOUT:  Object to form, lacks

Page 93

1    foundation.

2                    THE WITNESS:  Yes.

3    BY MR. BOURLAND:

4        Q    And you ended up recalling some of them,

5    bringing them in for -- to work again?

6        A    Whether it was for that event specifically

7    or not, I -- I don't know.

8        Q    But sometime after the bombing campaign

9    started, there were Persian language employees who

10   were brought back into work from admin leave; right?

11       A    The timings are vague to me.

12       Q    Did you participate in that decision to

13   bring those employees back from admin leave?

14                    MS. STOUT:  Object to form, lacks

15   foundation.

16                    THE WITNESS:  Insofar as passing

17   tasking to our HR personnel via the director of

18   management services, yes.

19   BY MR. BOURLAND:

20       Q    So when you say passing tasking, you mean,

21   sort of, giving the order, if you will, to bring these

22   people back?  Is that accurate?

Page 94

1              MS. STOUT:  Object to form, lacks

2      foundation, mischaracterizes the testimony.

3              THE WITNESS:  It's -- it's part of

4      resource management.

5      BY MR. BOURLAND:

6          Q    So is that a yes?

7          A    Yes.  I -- I will clarify with that

8      supervisor comes to me with a requirement to fulfill

9      a -- a broadcast function.  And I will then direct the

10     director of management services to effect the -- the

11     recall of people from admin leave status.  It's an

12     administrative function.

13         Q    So you did this into the -- in response to a

14     decision someone else made?

15             MS. STOUT:  Objection; lacks foundation

16     and vague.

17             THE WITNESS:  No -- no, it's -- no.

18     BY MR. BOURLAND:

19         Q    It sounded like something, kind of, came up

20     the chain to you, and that you then ordered for

21     full-time employees to be brought back from admin

22     leave --

Page 95

```
 1        A    It's --
 2        Q    Let me ask my question first.
 3        A    Yes -- yes, please.  Yeah.
 4        Q    Who actually made the decision to -- or the
 5   request rather, to -- to bring employees back from
 6   admin leave?
 7        A    The programming director makes the request
 8   to me, identifies requirements.
 9        Q    That was Ms. Soltani?
10        A    Correct.
11        Q    And that was in response to the bombing
12   campaign starting?
13        A    I can't recall --
14             MS. STOUT:  Object to --
15             Oh, for the record, object to form,
16   lacks foundation, calls for speculation.
17             You may answer.
18             THE WITNESS:  There were a number of
19   events taking place over that time period with respect
20   to Iran.  I can't recall exactly which of them we --
21             MR. BOURLAND:  Okay.
22             THE WITNESS:  -- did various responses
```

Page 96

1    to.

2    BY MR. BOURLAND:

3        Q    Let's go back to your declaration, which

4    is -- I think you have Ms. Lake's in front of you now,

5    but let's grab Wuco Exhibit 2, which is yours, and

6    turn to page 2, paragraph 3.  And I'll just read from

7    it:

8            "Together, with all other statutorily

9    required operations, we have retained the output of

10   our Persian language service at the commencement of

11   Israeli air operations against Iranian targets on June

12   13, 2025, has highlighted VOA's ability to respond and

13   surge in a timely and even predictive fashion."

14           Did I read that accurately?

15       A    Yes.

16       Q    Okay.  And that's correct, what you wrote

17   there?

18       A    Yes.

19       Q    So here, you're talking about VOA's ability

20   to respond and surge in a timely fashion.  What did

21   you mean?  What events was VOA responding and surging

22   to, as you put it here?

Page 97

1        A     As put there, the event identified.

2        Q     Which one is that?

3        A     The Israeli air operations.

4        Q     Okay.  So what did you mean by "surge"?

5        A     I tend to want to use the -- the dictionary

6    definition of the word surge, but to me it -- it's

7    a -- a ramp up of personnel required to meet a

8    requirement, an objective.

9        Q     And here specifically, ramping up meant

10   bringing people back from admin leave; is that

11   accurate?

12       A     Correct.

13       Q     And you said that the surge happened in a

14   timely and even predictive fashion.  When you say

15   "timely," what did you mean by "timely"?  How long did

16   that take?

17       A     I don't recall exactly, but it was within

18   this and other events; we've surged personnel within

19   the day.

20       Q     And then next paragraph, paragraph 4, again,

21   turning to Exhibit 2, your declaration, you said, "And

22   in less than 24 hours, we began television coverage."

Page 98

1    Do you see that there?

2          A    I do.

3          Q    Is that accurate?

4          A    Yes.

5          Q    Do you know how long it took to get

6    television coverage up and running?

7                    MS. STOUT:  Object to form; lacks

8    foundation.

9                    THE WITNESS:  Not exactly.

10   BY MR. BOURLAND:

11         Q    Sometime less than 24 hours?

12         A    Yes.

13         Q    Was television coverage -- television

14   broadcasting -- let me clean that up.

15               Was the Persian language service VOA

16   broadcasting in Persian on television before this

17   surge operation?

18         A    I don't know.

19         Q    Going back to paragraph 3, you said that

20   this, what we've been referring to as the surge

21   operation, highlighted VOA's ability to respond, and

22   then, "even predictive fashion."  What did you mean by

1    that?

2          A     That we had, in contingency, discussed

3    the -- the need to surge or flux numbers of personnel

4    and resources based on events on the ground in any

5    scenario within the language services.

6          Q     And, sort of, zooming out to what you're

7    talking about right now, not specific to Persian, or

8    Iran, or this bombing.  This, sort of, predictive

9    discussion that you had had that you were just talking

10   about, was the plan to be able to surge in response to

11   global events using -- by calling people back from

12   admin leave?

13                MS. STOUT:  Object to --

14   BY MR. BOURLAND:

15         Q     Is that what you're talking about?

16                MS. STOUT:  Object to form, lacks

17   foundation.

18                THE WITNESS:  In part, yes.

19   BY MR. BOURLAND:

20         Q     And what was the other part?

21         A     Personal Services Contractors.

22         Q     Did -- so VOA did in fact bring employees

1    back from admin leave to surge the coverage of what

2    was happening in Iran; right?

3        A    Repeat the question?

4        Q    Sure.  Voice of America did in fact -- or I

5    guess, USAGM did in fact bring back employees from

6    admin leave to surge the coverage of what was

7    happening in Iran; is that right?

8        A    Yes.

9        Q    Did you bring in any new PSCs to help in

10   that goal?

11                MS. STOUT:  Objection; lacks

12   foundation.

13                THE WITNESS:  For this particular

14   instance, I -- I don't recall.  I don't know.

15   BY MR. BOURLAND:

16       Q    But you didn't really need PSCs though,

17   because you had employees on admin leave; right?

18                MS. STOUT:  Object to form, lacks

19   foundation.

20   BY MR. BOURLAND:

21       Q    You can answer.

22       A    Yeah, that's not what I said.

1      Q    No, I'm asking you.  I'm not asking if

2   you --

3      A    Can you repeat the question then?

4      Q    Sure.  Did you need PSCs considering you had

5   people on admin leave who were experienced in that

6   role?

7      A    As of the writing of this document, I can't

8   recall what the requirements were for PSCs versus FTE.

9      Q    What about now?

10              MS. STOUT:  Object to form; vague.

11              THE WITNESS:  Yeah.  Now, today or --

12   or --

13              MR. BOURLAND:  Sure.

14              THE WITNESS:  There have been

15   requirements for PSCs.  As of today, that -- that

16   requirement could emerge where more are needed.  So

17   it's -- it's a steady, pretty steady readiness

18   requirement to have the authority, which we do, to --

19   to bring PSCs on board to accomplish the mission.

20   BY MR. BOURLAND:

21      Q    But here in paragraph 4, you described this

22   surge operation.  And let me quote from what you said,

Page 102

1    and I'll ask you some questions.  You said:

2              "This was a response and surge operation

3    that was highly successful because we maintained

4    access to critical talent."  Did I read that

5    correctly?

6         A    Yes.

7         Q    And that's true; right?  What you said

8    there; that's accurate?

9         A    Yes.

10        Q    What did you mean in this specific context

11   here of the Persian broadcast surge operation when you

12   said you "maintained access to critical talent"?

13        A    That in order to meet the requirements that

14   were -- were set forth based on real world events,

15   that we had access to the personnel necessary to

16   successfully perform that task.

17        Q    And specifically, when you say, "access to

18   personnel," you're referring to the experienced full-

19   time employees who were on administrative leave at

20   that point; right?

21                  MS. STOUT:  Object to form,

22   mischaracterizes the testimony.

1                    THE WITNESS:  I -- I can't recall for

2      this particular incident, you know, again, FTE versus

3      PSC.

4      BY MR. BOURLAND:

5           Q    Well, there were FTEs that were recalled.

6      You said that earlier; right?

7           A    Correct.

8           Q    Okay.  Were those included in the critical

9      talent you were referring to here?

10          A    Absolutely.

11          Q    VOA relied on those experienced full-time

12     employees to meet the real-world needs of what was

13     happening in Iran with broadcasting; right?

14                    MS. STOUT:  Object to form, lacks

15     foundation.

16     BY MR. BOURLAND:

17          Q    Go ahead.

18          A    Yes.

19          Q    Based on your experience working for the

20     Agency, do you believe you could have done this surge

21     operation in less than 24 hours without those

22     full-time employees on admin leave?

1                    MS. STOUT:  Object to form, lacks

2     foundation.

3                    THE WITNESS:  Yeah, I -- I'm not

4     understanding your question.

5     BY MR. BOURLAND:

6         Q    I'm just asking for your opinion based on

7     your experience.

8         A    Repeat the question, please?

9         Q    Sure.  Based on your experience helping run

10    this agency, is it your opinion that you could have

11    responded and surged in a timely and even predictive

12    fashion to what was happening in Iran without

13    maintaining access to these full-time employees who

14    were on admin leave?

15                    MS. STOUT:  Object to form, lacks

16    foundation.

17                    THE WITNESS:  It's -- it -- it -- it's

18    a hypothetical that I don't care to --

19    BY MR. BOURLAND:

20        Q    You have to answer it though.

21        A    It's a hypothetical question; that's my

22    answer.

                                                      Page 105

1          Q     Okay.   But I'm asking for your opinion, and
2     you can provide that.
3          A     Repeat the question, please?
4          Q     Sure.   And again, I'm just asking for your
5     opinion.   I understand that it could be described as
6     hypothetical.   But based on your experience in
7     management at this agency, is it your contention that
8     VOA could have -- and this is in your words --
9     responded and surged in a timely and even predictive
10    fashion to what happened in Iran in June 2025 without
11    access to the full-time employees who were on admin
12    leave?
13               MS. STOUT:   Object to form, calls for
14    speculation, and lacks foundation.
15    BY MR. BOURLAND:
16         Q     You can answer.
17         A     It's -- it certainly requires me to
18    speculate.   I don't know insofar as the surge could
19    have been perhaps met with PSC support.   But I, you
20    know, I -- I will say that having access to FTEs on
21    admin leave was a -- a critical element of -- of the
22    success.

1      Q    And in part because these were people who

2    were -- these employees who were on admin leave were

3    highly experienced in Persian broadcasting; right?

4                    MS. STOUT:  Object to form, lacks

5    foundation, calls for speculation.

6                    THE WITNESS:  I don't know how

7    experienced they were to the person, except for that

8    they, you know, in -- in whole, as a group, they were,

9    you know, they -- they formed a team that was highly

10   successful.

11   BY MR. BOURLAND:

12      Q    And the FTEs that the -- let me use the full

13   term.  The full-time employees who were brought back

14   during the surge operation, did that include

15   journalists?

16                    MS. STOUT:  Object to form, lacks

17   foundation.

18                    THE WITNESS:  Yeah, I don't know

19   exactly if there was a mix of journalists and

20   technical personnel.

21   BY MR. BOURLAND:

22      Q    Are you saying you don't know if there was a

Page 107

1    mix or that there was a mix?  I just didn't understand

2    your testimony.

3         A    Again, I -- I don't want to conflate events,

4    because we had this, we had the US airstrikes.  Again,

5    we had strikes in -- in Yemen against Houthi and

6    Iranian targets, things of this nature.  I -- I -- in

7    my memory, I can't recall which one of those required

8    a particular mix of journalist and technical support.

9         Q    Okay, fair enough.  And I definitely want to

10   be clear and not conflate those things.  So describing

11   all of those events that you just did as surge

12   operations, generally, were there journalists in any

13   of those events who were called back from admin leave?

14        A    My -- my assumption is yes.

15        Q    But you don't know for sure?

16        A    No.  It was -- it was a mix of -- of various

17   programming personnel.  That's -- that's the best I

18   can -- I can offer.

19        Q    Why did you provide these details about the

20   surge operation in June 2025 in your declaration

21        A    To --

22                   MS. STOUT:  I'll object to --

```
 1                   THE WITNESS:  Yeah.
 2                   MS. STOUT:  -- the extent that any
 3      inclusion or any discussion implicates attorney-client
 4      privilege or conversations that you had with your
 5      attorneys inside the Agency or Department of Justice,
 6      and instruct you not to answer.  But if you have an
 7      independent understanding or opinion of why you
 8      included these things separate and apart from those
 9      conversations, you can answer.
10                   THE WITNESS:  Okay.
11      BY MR. BOURLAND
12           Q    And let me actually rephrase the question
13      and try to get around that, because I don't want to
14      trigger any of those types of answers.  So I'm not
15      asking you about anything a lawyer told you to
16      include, for example; okay?  At the end of the day,
17      you approved and signed off on this declaration;
18      right?
19           A    I did.
20           Q    You decided what was in here at the end of
21      the day; right?
22           A     I decided that what was in here was accurate
```

Page 109

1    and answered the questions of the Court.

2         Q    Okay.  And why did you decide -- again, not

3    asking about anything your lawyers told you -- to

4    include this bit here about the surge operation?

5              MS. STOUT:  And I'll object to the same

6    for the record to the extent the inclusion included

7    conversations that you had with your attorneys.  I

8    would instruct you not to answer to that extent.

9              THE WITNESS:  Okay.  Then abiding by

10   that, to demonstrate operational capability as driven

11   by events on the ground, factually.

12   BY MR. BOURLAND:

13        Q    Is it fair to say your goal was to show the

14   Court that VOA with its current staffing levels could

15   ramp up staffing as needed to meet need?

16             MS. STOUT:  Object to form,

17   mischaracterizes the testimony.

18             THE WITNESS:  Yeah, the -- the goal was

19   to answer the Court's questions.

20   BY MR. BOURLAND:

21        Q    Before this particular surge operation that

22   you talked about in your declaration that you just

```
 1    testified about in response to the start of the

 2    Israeli bombing campaign in Iran, do you know what

 3    Persian broadcasting activity was happening before

 4    that, immediately before that started?

 5                    MS. STOUT:  Object to form, lacks

 6    foundation.

 7                    THE WITNESS:  Yeah, generally.

 8    BY MR. BOURLAND:

 9        Q    Tell me what you know generally about that.

10                    MS. STOUT:  And I don't want to

11    interrupt a pending question, but we have been going

12    for well over an hour now, so I don't know if there's

13    a place to wrap up this module about the Iran --

14                    MR. BOURLAND:  Yeah, let me just --

15    sure.

16                    Okay.  I'll just a couple more

17    questions and we can take a break.

18                    Could you read back what the last

19    question and answer?

20                    THE REPORTER:  Yes, stand by one

21    moment.

22                    MR. BOURLAND:  Thank you.
```

Page 111

1                    (The reporter repeated the record as

2                    requested.)

3                    MR. BOURLAND:  Okay.  And I think you

4    were answering generally, yes, that you knew what it

5    was, so maybe we can go off from there.

6                    THE REPORTER:  I -- okay.  One moment

7    then.

8                    MR. BOURLAND:  Sure, but I don't want

9    to answer for you.

10   BY MR. BOURLAND:

11       Q    So I had asked you if you had knowledge of

12   Persian broadcasting generally before the surge

13   operation started in that time immediately before, and

14   I believe you were about to answer that question, or

15   just had.  Let's go from there.

16       A    Yes.

17       Q    Okay.  Describe that for me; generally, what

18   type of broadcasting activities were happening at that

19   time immediately before the surge?

20       A    My recollection at the time that it was

21   largely digital content and -- and content on various

22   social media platforms for which VOA has accounts.

Page 112

```
 1        Q    Was the Persian service broadcasting TV
 2   prior to the surge, immediately before?
 3               MS. STOUT:  Objection; asked and
 4   answered.
 5   BY MR. BOURLAND:
 6        Q    You can answer.
 7        A    Forgive me while I -- I read this.  I'm
 8   trying to recall, and it's -- a lot has happened
 9   between when I arrived and now.
10        Q    Sure.  Is there anything in your declaration
11   that would reflect your -- refresh your memory on that
12   particular topic?
13        A    I'm -- I'm looking -- I'm looking.
14        Q    Okay.
15        A    I -- I don't know if TV was being broadcast
16   at that time, but in -- in general terms, we do carry
17   live -- we carry direct-to-home satellite television
18   into Iran.
19        Q    Okay.  And just so I -- I make sure I have a
20   clear answer on that specific question, and using the
21   phrasing you just did, do you know whether
22   direct-to-home satellite TV was being broadcast into
```

1    Iran immediately before the surge operation?

2         A    Before, no, I don't -- I don't recall.

3         Q    Was it being broadcast after the surge?

4         A    Yes.

5         Q    Okay.  And what about -- same question for

6    radio broadcasting.  Was there any radio broadcasting

7    from VOA Persian into Iran prior to the surge

8    operation?

9         A    I know --

10                  MS. STOUT:  Object to form, lacks

11   foundation.

12                  THE WITNESS:  I'm sorry.  Yeah --

13                  MS. STOUT:  You can answer.

14                  THE WITNESS:  Sorry.

15                  No terrestrial radio broadcasts to the

16   best of my knowledge.

17   BY MR. BOURLAND:

18        Q    Okay.  And what about after the surge

19   happened?

20        A    No change.

21        Q    Okay.  What about today?

22        A    No terrestrial radio into Iran, to my

Page 114

1    knowledge.

2        Q    And when you're saying terrestrial radio,

3    are you referring to shortwave?

4        A    And medium wave and -- yeah -- yeah.

5        Q    So just to summarize all that, as we sit

6    here today, is there any radio broadcasting into Iran,

7    including shortwave, medium wave, or any other format?

8              MS. STOUT:  Objection; asked and

9    answered.

10             THE WITNESS:  I -- I -- it's a question

11   I just answered, but I'll -- I'll repeat the no -- no

12   terrestrial radio.

13             MR. BOURLAND:  Okay.  I'd like to wrap

14   up this topic so I just have a few more minutes and

15   then we can take a short break.  And we should also

16   talk about lunch.

17   BY MR. BOURLAND:

18       Q    But turning back to the surge, you made an

19   important distinction earlier that there was the

20   initial bombing campaign and then there was -- there

21   were some events that happened after, including more

22   Israeli action, the US bombing on Iran.  This was a,

Page 115

1   sort of, prolonged news event; is that a fair way to

2   describe it?

3       A    There were a series of -- of breaking news

4   events around this time and shortly after.

5       Q    Did the Persian service maintain its

6   coverage throughout those events?

7               MS. STOUT:  Object to form, lack of

8   foundation, and vague.

9               THE WITNESS:  Yeah.  Can you be more

10  specific?

11  BY MR. BOURLAND:

12      Q    Sure.  Did the Persian service continue

13  broadcasting online throughout the 12-day -- what's

14  been called the 12-day War between Israel and Iran?

15      A    Yes.

16      Q    Okay.  What about on TV?

17      A    As far as I know, there was direct -- as far

18  as I know, there was direct-to-home satellite.

19      Q    Throughout the duration of that 12-day War?

20      A    As far as I know.

21      Q    You said in paragraph 4 of your

22  declaration -- and again, this is Wuco Exhibit 2 --

Page 116

```
 1    that "within hours, detailed coverage of the strikes
 2    on VOA's Persian digital platforms was steadily
 3    streaming on our websites."
 4              That's what you said here; right?
 5         A    Uh-huh.
 6         Q    As well as --
 7                   THE REPORTER:  Is that a -- is that a
 8    yes?
 9                   THE WITNESS:  Sorry.
10                   THE REPORTER:  That's okay.
11                   THE WITNESS:  That's a yes.
12                   THE REPORTER:  Thank you.
13                   MR. BOURLAND:  We made it very far
14    about that happening so that's pretty good.
15                   THE WITNESS:  Wow.
16    BY MR. BOURLAND:
17         Q    When you refer to "steadily streaming," what
18    did you mean by that?
19         A    There was -- there was continuous streaming
20    content available on -- on our -- our Persian sites,
21    VOA Persian sites, and other social media platforms,
22    you know, which I believe are all listed here;
```

Page 117

1    Instagram, X, Facebook, Telegram, YouTube.  I think I

2    said YouTube twice, but it was only once.

3         Q    Was -- when you said, "steadily streaming,"

4    was that live content?

5         A    Some; I know there was looped.

6         Q    So some sort of content was streaming

7    steadily, but it doesn't necessarily mean that it was

8    live 24 hours a day; is that accurate?

9         A    Correct.

10        Q    Do you know how many hours of original

11   content per day were being broadcast throughout this

12   period?

13        A    Not at that time, no.

14        Q    You said not at that time; what about today

15   in Iran?

16        A    I -- I can only guess -- this is a guess, if

17   I may?

18        Q    Sure.

19        A    If it's advisable that I guess?

20             MS. STOUT:  You can answer the question

21   to the best of your ability.

22   //

Page 118

1    BY MR. BOURLAND:

2        Q    Yeah, with that caveat, go ahead.

3        A    Yes.  Okay.  Thank you.  I -- I believe it's

4    somewhere around six hours a day of live coverage,

5    give or take.  That was a give or take.

6        Q    You mentioned earlier that there came a

7    time -- and I can represent to you, that that day was

8    June 21st -- when the United States military bombed

9    nuclear sites in Iran.  Do you recall that happening?

10        A    Repeat --

11            MS. STOUT:  Object to form --

12            THE WITNESS:  I'm sorry.

13            MS. STOUT:  -- lacks foundation.

14    BY MR. BOURLAND:

15        Q    Go ahead.

16        A    Repeat the question, please.

17        Q    Sure.  There came a time when the United

18    States also bombed Iran in June of 2025; yes?

19        A    Yes.

20        Q    Did the Persian service cover those events?

21            MS. STOUT:  Object to form, lack of

22    foundation.

Page 119

```
 1                    THE WITNESS:  Yes.
 2      BY MR. BOURLAND:
 3          Q    And that coverage, was that also the result
 4      of the surge operation you described in your
 5      declaration and that we talked about today?
 6          A    Yes.
 7                    MS. STOUT:  Object to form --
 8                    THE WITNESS:  Oh, I'm sorry.
 9                    MS. STOUT:  Object to form, lack of
10      foundation.
11                    You can answer.
12                    THE WITNESS:  Yes.
13      BY MR. BOURLAND:
14          Q    Was there live coverage of those events?
15          A    Of the strikes themselves?  There was, you
16      know, live coverage afterwards as events were being,
17      you know, revealed.
18          Q    So at the point when the bombing was
19      revealed to the public, was there live coverage at
20      that point?  It's an important distinction.
21                    MS. STOUT:  Object to form, vague as to
22      "reveal to the public," and lack of foundation.
```

```
 1   BY MR. BOURLAND:
 2        Q    If you know?
 3        A    There was live coverage after the strikes,
 4   yes.
 5        Q    Do you know how long after the strikes that
 6   live coverage started?
 7        A    Very shortly after.
 8        Q    What you mean by --
 9        A    I don't know exactly how long, but you know,
10   I --
11        Q    What'd you mean by "very shortly"?
12        A    I -- I can't give you an exact time hack,
13   but certainly within -- within hours, maybe less.  I
14   don't know.  They were -- they were on -- they were on
15   it quickly.
16        Q    And when you say, "they were on it," you're
17   referring to the employees who had been brought back
18   from admin leave who were working at the Persian
19   service with their colleagues?
20                  MS. STOUT:  Object to form; lacks
21   foundation.
22                  THE WITNESS:  That's not what I was
```

Page 121

1   referring to.

2   BY MR. BOURLAND:

3        Q     What were you referring to?

4        A     The workforce in general, the news room.

5        Q     Did that include the employees who were

6   brought back as part of the surge?

7                    MS. STOUT:  Object to form; lacks

8   foundation.

9                    THE WITNESS:  Some.

10                    MR. BOURLAND:  Let's take a break.

11                    THE REPORTER:  We are going off the

12   record at 11:40 a.m.

13                    THE VIDEOGRAPHER:  This marks the end

14   of media unit No. 2.  Going -- the record.  The time

15   is 11:41 a.m.

16                    (Off the record.)

17                    THE VIDEOGRAPHER:  This marks the

18   beginning of media unit No. 3.  Going back on the

19   record.  The time is 12:01 p.m.

20   BY MR. BOURLAND:

21        Q     All right, Mr. Wuco.  We're back on the

22   record after another short break.  I do want to turn

                                        Page 122

1    to some other topics, and before I do, let me just

2    cover one thing from the last thing we were talking

3    about, which was the surge in Persian broadcasting.

4    You remember we were talking about that?

5         A    Yes.

6         Q    Okay.  And correct me if I'm wrong, I

7    believe you had testified that it was Ms. Soltani from

8    the broadcast side who came to you, and was the one

9    who actually asked for specific numbers of employees

10   to call back; is that correct?

11                MS. STOUT:  Object to form;

12   mischaracterizes the testimony.

13   BY MR. BOURLAND:

14        Q    And correct me if I'm wrong, please.

15        A    If -- if you can put that in the context of

16   the testimony --

17        Q    Sure.

18        A    -- discussed in the -- the objection.

19        Q    Okay.  Well, let me go back to -- we're

20   talking about the June 13th Israeli air operations

21   against Iran.  After that point, that's when the

22   Persian News Service -- language service surged its

Page 123

1     capacity; is that right?

2          A     That was one of the times.

3          Q     And was that in response to -- the surging

4     of personnel, was that in response to a request from

5     Ms. Soltani?

6          A     Yes.

7          Q     And when did Ms. Soltani approach you about

8     surging capacity?

9          A     With that event and some others, I mean, it

10    was in near real-time.

11         Q     And speaking of this first time, June 13th,

12    surging capacity in response to that event, what

13    exactly did Ms. Soltani ask you for?

14         A     I don't recall --

15         Q     Did she say why --

16         A     -- exactly.

17         Q     Go ahead.  I interrupted you.

18         A     Exactly, I don't recall exactly.

19         Q     Well, generally.  I'm not asking for a

20    verbatim quote, but what was she asking you for?

21         A     Technical professionals to meet the

22    requirement.

Page 124

1          Q    And did she tell you why she needed them?

2          A    In -- in some ways, instructively, she would

3    explain why she needed certain people.  Other than

4    that, in -- in a breaking news scenario, I've -- I

5    have to trust the professionals on hand -- you know,

6    that what they're telling me they need, they need.

7          Q    Okay.  And in this specific scenario, did

8    she tell you why she needed what she needed?

9          A    I don't recall exactly.  Yeah, I would say

10   not in any great detail other than there were people

11   that were required in order to meet the requirement.

12         Q    So when you're talking about people required

13   to meet the requirement, does that mean that she was

14   asking you for staff to respond to this event?

15         A    Yes.

16              MS. STOUT:  Object to form, lack of

17   foundation on the last one.

18              You can answer.

19   BY MR. BOURLAND:

20         Q    Did she ask for any specific staff to be

21   brought back in?

22              MS. STOUT:  Object to form, vague as to

Page 125

1    "specific staff."

2    BY MR. BOURLAND:

3         Q    Let me rephrase that.  Did she asked you to

4    recall anyone from admin leave specifically by name?

5         A    I don't recall.

6         Q    And this communication with Ms. Soltani,

7    what -- in what form did she communicate with you

8    about her need to surge capacity?

9         A    Mostly voice.  Whether by Teams call or --

10   or perhaps Team messages.  I don't -- there was a lot

11   of -- a lot of movement at the time.  I don't recall

12   exactly which means were used when.

13        Q    And when you are referring to Teams

14   messages, what do you mean?

15        A    Teams chat.

16        Q    So that's, like, a instant messaging through

17   Teams; is that a fair description, written messages?

18        A    It is part of the Office suite of tools.

19        Q    Okay.  Did you communicate with Ms. Soltani

20   about surging the Persian service staffing via e-mail?

21        A    I don't recall.  And at -- at best I'd give

22   it a perhaps.

Page 126

1          Q     What about with Ms. Lake; did you

2     communicate with her about the Persian staffing surge?

3          A     Yes.

4          Q     And by what means?

5          A     Same.  Either by -- by voice or, you know,

6     text, e-mail; a combination of -- of communications.

7          Q     Did you seek her approval of that action, of

8     that surge?

9                    MS. STOUT:  Object to form, lacks

10    foundation, and vague.

11                   THE WITNESS:  Her approval wasn't

12    required.  She had confidence that what was being

13    requested was required.

14    BY MR. BOURLAND:

15         Q     So you did not seek her approval; is that

16    what happened?

17                   MS. STOUT:  Object to form;

18    mischaracterizes the testimony.

19                   THE WITNESS:  Yeah.  Per se, no.  I

20    mean, I -- I would -- unclear on which events drove

21    particular elements of surge or recall.  I would brief

22    her afterwards on -- on what we had done.

Page 127

 1   BY MR. BOURLAND:

 2        Q    Well, let's talk about this specific example

 3   here on June 13th.  After the June 13th air operations

 4   against Iran, when Persian broadcasting's staffing was

 5   surged in response to that, was that particular surge

 6   something that you ran by Lake that she signed off on?

 7                  MS. STOUT:  Object to form, lacks

 8   foundation.

 9                  THE WITNESS:  I ran it by her, but it

10   wasn't -- if what you mean by "signed off on" was go

11   ahead and do it then --

12   BY MR. BOURLAND:

13        Q    That's what she said, more or less?

14        A    More or less.

15                  MS. STOUT:  Object to form on that last

16   question.

17                  THE WITNESS:  Oh, my apologies.

18                  MS. STOUT:  But you can answer.

19                  THE WITNESS:  Okay.

20   BY MR. BOURLAND:

21        Q    All right.  Let's switch gears and talk

22   about other broadcasting, beyond the Persian service.

Page 128

1    Generally speaking, you did provide some information

2    in your declaration about other programming in

3    addition to Persian; right?

4        A    Yes.

5        Q    And again, when I'm referring to your

6    declaration, I'm referring to what's been marked as

7    Wuco Exhibit 2.  And I see you already have that in

8    front of you, which is good because I will be asking

9    you some more questions about that soon.

10            Do you know what -- sitting here today, what

11    language services VOA is currently broadcasting in, if

12    any?

13        A    Yes.

14        Q    What are those?

15        A    Farsi, Mandarin, and Dari and Pashto, for

16    Afghanistan.

17        Q    All right.  Let's start with -- well, let me

18    ask you this.  Do you know how many were being

19    broadcast before March of this year?

20        A    No.

21        Q    Ballpark?

22                MS. STOUT:  Objection; asked and

Page 129

1   answered and calls for speculation.

2   BY MR. BOURLAND:

3       Q    You can answer.

4       A    No.

5       Q    More than four?

6            MS. STOUT:  Objection; asked and

7   answered, calls for speculation.

8            THE WITNESS:  I don't know.

9   BY MR. BOURLAND:

10      Q    Let's start with the ones that are currently

11  being broadcast.  Let's talk a bit about Mandarin.  Is

12  the Mandarin service currently broadcasting any

13  content by terrestrial radio?

14           MS. STOUT:  Objection; lack of

15  foundation.

16           THE WITNESS:  No.

17  BY MR. BOURLAND:

18      Q    Was VOA broadcasting Mandarin by terrestrial

19  radio before March of 2025; do you know?

20           MS. STOUT:  Object to form, lack of

21  foundation.

22           THE WITNESS:  I don't know.

Page 130

1    BY MR. BOURLAND:

2       Q    Is VOA currently broadcasting Mandarin by

3    television?

4                    MS. STOUT:  Object to form, lack of

5    foundation.

6                    THE WITNESS:  No, I don't believe so.

7    BY MR. BOURLAND:

8       Q    Do you know whether VOA was broadcasting on

9    TV in Mandarin before March of 2025?

10      A    I don't know.

11      Q    So what sort -- what medium is VOA currently

12   broadcasting in Mandarin?

13                   MS. STOUT:  Object to form, lack of

14   foundation.

15                   THE WITNESS:  Digital.

16   BY MR. BOURLAND:

17      Q    And just so we're clear on our terms, when

18   you say digital broadcasting, what does that refer to?

19      A    It refers to web-based platforms.  So it'd

20   be similar to those that are listed for the -- the

21   Persian.

22      Q    And you're referring to the list in

Page 131

1    paragraph 4 of your declaration; right?

2         A    More or less.

3         Q    Okay.  So not looking at social media sites,

4    where does VOA broadcast digital content in Mandarin

5    on the internet; where is that accessible,

6                   MS. STOUT:  Object to form, vague, and

7    lack of foundation.

8    BY MR. BOURLAND:

9         Q    You can answer.

10        A    This is an assumption on my part, 'cause

11   I -- I really don't get into the -- the weeds with how

12   they do their business.  But similar to what you see

13   for voanews.com, ir.voanews.com, my assumption is that

14   in addition to the social media platforms, they're --

15   they're posting digital content on the Mandarin Voice

16   of America site.  Like, I believe I've seen some of

17   that.

18        Q    Is it also being broadcast on any social

19   media sites in Mandarin?

20                   MS. STOUT:  Objection; lack of

21   foundation.

22                   MR. BOURLAND:  Here, let me -- that

Page 132

1    question's not super clear.  Let me try again.

2    BY MR. BOURLAND:

3        Q    Is VOA currently broadcasting digital

4    content in Mandarin on any social media websites?

5        A    I believe I answered that when I said I -- I

6    believe it's most likely similar to what you're seeing

7    under paragraph 4 for Persian --

8        Q    Sure.  And I --

9        A    -- substitute Persian for Mandarin.

10       Q    Okay.  So your understanding is that it's

11   similar to what is listed here in your declaration for

12   Persian, but for the Mandarin language?

13       A    That's my estimation.

14       Q    Okay, thank you.  Is the actual broadcast

15   content that VOA is putting out in Mandarin, is that

16   original Mandarin content, or is it translated from

17   something else?

18                 MS. STOUT:  Object to form, lack of

19   foundation.

20   BY MR. BOURLAND:

21       Q    You can answer.

22       A    If you would clarify what you mean by

Page 133

1    "original Mandarin content"?

2         Q    So when I say original Mandarin content, I'm

3    referring to content that's originally produced and

4    written in Mandarin.

5         A    I don't know.  May -- it may be it's, you

6    know, a combination of sources that they use to

7    develop content.

8         Q    Do you have any knowledge as to whether the

9    Mandarin language service is using translated content

10   from other languages currently?

11        A    Do I have knowledge of that?

12        Q    Yes.

13        A    Yes, I do.  Yeah.

14        Q    Okay.  I'm just trying to understand what --

15   your previous answer.  So is there also -- to your

16   knowledge, is there also content that is original to

17   Mandarin?

18             MS. STOUT:  Object to form, vague as to

19   "original," and lacks foundation.

20             THE WITNESS:  Yeah, and I -- I think I

21   answered that already in that my assumption or my

22   speculation, not getting into the technical weeds of

Page 134

1    how they do their business, is that they use a number

2    of information and news sources to develop their

3    content, including content that is originally written

4    in Mandarin.

5    BY MR. BOURLAND:

6        Q    Okay.  And that's based on your assumption;

7    it's not something you know for sure; is that right?

8        A    No, I -- I don't -- I purposefully do not

9    get involved in that.

10       Q    Okay.  Do you know how many employees are

11   currently working for the Mandarin service at VOA?

12       A    Fewer than ten, I believe.

13       Q    And of those ten, do you know if and if so,

14   how many of those ten are full-time employees versus

15   PSCs?

16                MS. STOUT:  Object to form, lacks

17   foundation.

18                THE WITNESS:  Yeah.  And my answer is

19   no, I don't know the -- the exact breakout on numbers.

20   BY MR. BOURLAND:

21       Q    To your knowledge, does Voice of America

22   have any plans currently to increase Mandarin

Page 135

1    broadcasting?

2                    MS. STOUT:  Object to form, vague, and

3    lacks foundation.

4                    THE WITNESS:  Currently, no.

5    BY MR. BOURLAND:

6        Q    And that's just because I asked a "do you

7    know" question; I want to make sure the answer is

8    clear.  There currently are no plans to increase

9    broadcasting in Mandarin at Voice of America; is that

10   correct?

11                   MS. STOUT:  Objection; lacks

12   foundation.

13                   THE WITNESS:  Generally, correct, with

14   the caveat that our personnel strength and content

15   amounts are dictated by events on the ground.

16   BY MR. BOURLAND:

17       Q    And by that you mean there could

18   theoretically be a surge in Mandarin broadcasting

19   based on real-time events?

20       A    Sure.  If a, you know, south, you know,

21   the -- the Southern Chinese PLAN fleet decides to go

22   charging across the state of Taiwan, you could expect

Page 136

1   a surge in coverage.

2       Q    And as a person who's in charge of ordering

3   a surge in personnel, would you expect to surge at

4   least some of those personnel from full-time employees

5   on admin leave?

6               MS. STOUT:  Objection; lacks foundation

7   and mischaracterizes prior testimony.

8   BY MR. BOURLAND:

9       Q    You can answer.

10      A    Not at this time.

11      Q    Why not?

12      A    Because most of those numbers -- most of

13  those staffing structures have already been settled.

14      Q    What do you mean by that?

15      A    My assumption is that as of currently, and

16  into the future, you know, we're going to be dealing

17  with post-RIF staffing numbers.  So I -- I would have

18  to more thoroughly analyze the results of that to

19  determine that.  But we always reserve the ability and

20  have the authority within the Agency to surge PSCs,

21  and we've done that already so --

22      Q    So is it fair to say that the outcomes of

```
                                              Page 137
 1    the RIF will impact your ability to source talent?

 2         A    No.

 3              MS. STOUT:  Yeah, objection lack

 4    foundation.

 5              THE WITNESS:  I'm sorry.  My apologies.

 6    Yeah.

 7    BY MR. BOURLAND:

 8         Q    What was your answer?

 9         A    Repeat the question.

10         Q    Sure.  Is it fair to say that the outcome of

11    the RIF, the impact of the RIFs will impact your

12    ability to source talent to surge?

13              MS. STOUT:  Object to form, lack of

14    foundation, and calls for speculation.

15    BY MR. BOURLAND:

16         Q    In your opinion?

17         A    In my opinion?

18         Q    Yes.

19         A    Speculatively?

20         Q    Yes.

21         A    No -- no, we -- we are required to meet our

22    obligations for minimal statutory requirements.
```

Page 138

1          Q     All right.  Let's switch to some of the

2     other languages that are here in your declaration.

3     Well, here, let me go back.  You had said moments ago

4     that the VOA is currently operating in four language

5     services, Farsi, Mandarin, Dari, and Pashto; did I get

6     that right?

7          A     Correct.

8          Q     Okay.  So we talked about Mandarin.  Let's

9     talk about Dari and Pashto.  Just generally, those are

10    languages that are commonly spoken in Afghanistan;

11    yes?

12               MS. STOUT:  Objection; form, lacks

13    foundation.

14    BY MR. BOURLAND:

15         Q     If you know?

16         A     They are the two predominant languages.

17         Q     Okay.  And as part of VOA's Afghanistan

18    service, VOA broadcasts to Afghanistan in both Dari

19    and Pashto; is that right?

20         A     Yes.

21         Q     Any other languages broadcast to Afghanistan

22    that you know of?

```
 1                MS. STOUT:  Object to form, asked and
 2       answered.
 3                THE WITNESS:  No other languages.
 4       BY MR. BOURLAND:
 5            Q    All right.  Is Voice of America currently,
 6       as we sit here today -- I don't mean literally this
 7       minute, but nowadays, broadcasting in Dari and Pashto?
 8            A    As a matter of fact, daylight savings time
 9       not withstanding or vice versa, they may be
10       broadcasting right now live.
11            Q    Okay.  So yes?
12            A    Yes.
13            Q    All right.  And how much original content in
14       Dari and Pashto per day?
15                MS. STOUT:  Object to form, lacks
16       foundation, and vague as to "original."
17                THE WITNESS:  Are -- are we --
18                MR. BOURLAND:  No, it's here.  Let me
19       take that back, because that's not a very good
20       question.
21       BY MR. BOURLAND:
22            Q    How much -- and I'm talking about in time
```

Page 140

1    duration; right?  How much is broadcast in Dari and

2    Pashto per day by VOA?

3                  MS. STOUT:  Object to form --

4                  THE WITNESS:  Present -- I'm sorry.

5                  MS. STOUT:  Object to form, lacks

6    foundation.

7    BY MR. BOURLAND:

8         Q    And yes, presently?

9         A    Okay.  30 minutes per day; 15 each in Dari

10   and Pashto.

11        Q    Is it the same content in both languages, if

12   you know?

13                  MS. STOUT:  Object to form, lacks

14   foundation.

15                  THE WITNESS:  Yes.

16   BY MR. BOURLAND:

17        Q    And by what medium is this 30 minutes per

18   day of Afghanistan broadcasting currently happening?

19                  MS. STOUT:  Object to form, lacks

20   foundation.

21                  THE WITNESS:  It's carried into

22   Afghanistan via shortwave and medium wave.  That said,

Page 141

```
 1   it's broadcast live from the Cohen building,
 2   physically, by two of our Afghan service journalists
 3   and production team.  The signal is carried via
 4   satellite -- and -- and perhaps others to Kuwait, to
 5   the Kuwait shortwave transmitting station, and then
 6   reprocessed into shortwave signal and broadcast into
 7   Afghanistan.
 8               The same is also done in medium wave
 9   from our facility in Tajikistan.  So the content
10   blankets all of Afghanistan in both shortwave and
11   medium wave.
12   BY MR. BOURLAND:
13       Q    Do any radio broadcast -- okay, let me start
14   higher level.  Do you know what a radio broadcast
15   technician is?
16       A    Yes.
17       Q    What is it?
18       A    I -- I think it's well defined by its title.
19   So it generally describes any technician who is
20   involved on the -- the technical -- the signal side of
21   radio programming.
22       Q    It's a title used for certain employees at
```

Page 142

1    VOA; right?

2                    MS. STOUT:  Objection; lack of

3    foundation.

4                    THE WITNESS:  Yes.

5    BY MR. BOURLAND:

6        Q    And earlier when we talked about, and you

7    testified about technical staff generally, are radio

8    broadcast technicians one example of technical staff

9    at VOA?

10       A    Yes.

11       Q    The process you just described for how

12   shortwave and medium wave radio is broadcast in

13   Afghanistan by VOA, are there any radio broadcast

14   technicians who work on that currently?

15                   MS. STOUT:  Object to form, lacks

16   foundation.

17                   THE WITNESS:  Yes.

18   BY MR. BOURLAND:

19       Q    Do you know how many?

20       A    No.

21       Q    And they -- do they work in the Cohen?

22       A    Yes.

Page 143

1          Q    And the Cohen building is VOA's central

2     broadcast studio; is that a fair way to describe it?

3                    MS. STOUT:  Object to form, lacks

4     foundation.

5                    THE WITNESS:  Repeat the question,

6     please?

7     BY MR. BOURLAND:

8          Q    Sure.  Is the Cohen building VOA's central

9     broadcast studio; is that a fair way to describe what

10    it is?

11                   MS. STOUT:  Same objection.

12                   THE WITNESS:  It -- to be technical, I

13    know the Cohen building is -- that's not what the

14    Cohen building is.

15    BY MR. BOURLAND:

16         Q    Does it contain that?

17         A    It contains VOA's central news -- news

18    service and -- and broadcasting facilities, yes.

19         Q    And that includes broadcasting studios for

20    radio?

21                   MS. STOUT:  Object to form, lacks

22    foundation.

1              THE WITNESS:  Yes.

2    BY MR. BOURLAND:

3         Q    Are you aware that the Cohen building has

4    been designated for an accelerated sale?

5         A    I'm not aware of how accelerated.  I am

6    aware that we are vacating the Cohen building.  And

7    it's -- it's, sort of, on -- on the -- the list of --

8    of GSA-managed buildings, yeah, that are being turned

9    over.

10        Q    Do you know where the technical staff who

11   work on Afghanistan broadcasting will work after VOA

12   leaves the Cohen building, if there's a plan for that?

13             MS. STOUT:  Object to form, lacks

14   foundation, calls for speculation.

15             THE WITNESS:  Yeah, I mean it's -- it's

16   whatever building we wind up moving into.  Sure,

17   there -- there'll be a transfer of personnel and

18   functions.

19   BY MR. BOURLAND:

20        Q    Has such a building been identified yet?

21        A    Yes.

22        Q    Where is that?

Page 145

1        A    By address, I do not know, but -- but by

2    name, it's the -- the NASA building in Washington D.C.

3        Q    Is that the NASA, as in the space agency?

4        A    Correct.

5        Q    Are there broadcast facilities there

6    currently?

7                    MS. STOUT:  Object to form, lacks

8    foundation.

9                    THE WITNESS:  Yes.

10   BY MR. BOURLAND:

11       Q    Are those ones that were built by NASA, if

12   you know?

13                   MS. STOUT:  Object to form, lacks

14   foundation.

15                   THE WITNESS:  As far as I know, those

16   are facilities built by and for NASA.

17   BY MR. BOURLAND:

18       Q    Are there shortwave radio broadcast

19   facilities there?

20                   MS. STOUT:  Object to form, lacks

21   foundation.

22                   THE WITNESS:  Not that I'm aware of.

1    I -- I would add to that, that there are technically

2    not shortwave radio broadcast facilities in the Cohen

3    building either.

4    BY MR. BOURLAND:

5         Q    That's a good distinction.  There --

6         A    If you were -- do a shortwave -- I'm sorry.

7    Pardon the interruption.

8         Q    No, please, you go first.

9         A    If you've ever been to a shortwave site,

10   which I hadn't been until recently, good luck stuffing

11   one of those into a -- into a federal building.  They

12   take up several acres of land.

13        Q    Yeah.  So I'm not referring to the radio

14   array that can be quite large; I'm just referring to

15   the broadcast facilities themselves.  Is there any --

16   to your knowledge, at the NASA building that's been

17   identified as a future broadcast center for VOA, is

18   there any equipment or facilities that are

19   specifically designated for shortwave radio

20   broadcasting?

21                MS. STOUT:  Object to form, lacks

22   foundation, and vague.

Page 147

1                    THE WITNESS:  I don't know.

2       BY MR. BOURLAND:

3            Q    Are you familiar with the term -- again,

4       talking about technical staff, the term "master

5       control"?

6            A    I am.

7            Q    What does that mean to you?

8            A    It's the primary room or space from which

9       signals -- and whether it's audio or video -- are --

10      are controlled from.

11           Q    Are there technical staff who have the term

12      "master control" in their title?

13                    MS. STOUT:  Object to form, lacks

14      foundation.

15                    THE WITNESS:  I don't know

16      specifically.

17      BY MR. BOURLAND:

18           Q    Is there anyone who works on master control

19      who works on Afghanistan shortwave and medium wave

20      broadcasting?

21                    MS. STOUT:  Object to form, lacks

22      foundation.

Page 148

1              THE WITNESS:   Personnel and master

2     control work on all of our activities out of the Cohen

3     building.

4     BY MR. BOURLAND:

5         Q    Including Afghanistan broadcasting?

6         A    I would have to speculate on -- on the --

7     the extent of -- of master controls, you know,

8     hands-on activity in -- in getting those signals

9     pushed out to Afghanistan.  It's -- but I don't

10    believe that it requires anybody sitting at -- sitting

11    at the controls, if you will, to get the signal from

12    the Cohen building to Afghanistan.

13        Q    Okay.

14        A    But these things are monitored, you know.

15        Q    That's your assumption, by the way, the last

16    thing you said?

17        A    It's my assumption.  It's my assumption that

18    as the program is being broadcast live, that master

19    control -- there is involvement of master control in

20    ensuring that everything's working right, and that,

21    you know, signals are being processed and -- and

22    transmitted.  But to the -- to any extent or detail,

Page 149

1    I'm not qualified to -- to say.

2        Q    So you testified there's currently 30

3    minutes per day being broadcast via radio to

4    Afghanistan.  That's 15 minutes each in Dari and

5    Pashto.  Do you know how many hours of radio

6    broadcasting VOA was doing to Afghanistan before March

7    of 2025?

8                    MS. STOUT:  Object to form, lacks

9    foundation.

10   BY MR. BOURLAND:

11       Q    If any?

12       A    I do not.

13       Q    Is Voice of America currently broadcasting

14   any television to Afghanistan?

15                   MS. STOUT:  Object to form, lacks

16   foundation.

17                   THE WITNESS:  No.

18   BY MR. BOURLAND:

19       Q    And just to put a finer point on it, is VOA

20   broadcasting any -- let me take it a step back.

21                   When I refer to television, I'm referring

22   to -- what is your understanding of broadcasting and

Page 150

1    television at VOA; what does that mean?

2        A    By definition, by FCC definition,

3    broadcasting and television and radio is broadcasting

4    in a means that is available to the general public.

5    So unless they've pulled a fast one on me in the last

6    week or so, I -- I do not believe we are broadcasting

7    to Afghanistan on television.

8        Q    And when VOA broadcasts in television around

9    the world, does it do it by satellite?

10                MS. STOUT:  Object to form, lacks

11   foundation.

12                THE WITNESS:  I'm -- I'm not qualified

13   to answer that question based on a -- if you're

14   talking about simultaneous global broadcasts, I just

15   don't know from a technical standpoint.

16   BY MR. BOURLAND:

17       Q    Is VOA broadcasting any television in Dari

18   or Pashto right now?

19       A    No, not to my knowledge.

20       Q    Is there any plan to increase that

21   broadcasting so that there is television coverage?

22                MS. STOUT:  Object to form, lacks

Page 151

1    foundation.

2                    THE WITNESS:  No, not presently.

3    BY MR. BOURLAND:

4        Q    Does Voice of America currently broadcast to

5    North Korea?

6        A    No.

7        Q    To your knowledge, is there any plan to do

8    so in the future?

9        A    Yes.

10       Q    What's that plan?

11                   MS. STOUT:  Object to form, lacks

12   foundation.

13                   THE WITNESS:  Can you be more specific

14   on --

15   BY MR. BOURLAND:

16       Q    Sure.  Well, I asked if there's a plan to

17   broadcast and to North Korea in the future, and you

18   said "yes."  Describe to me what that plan is.

19       A    Currently, the plan is to commence digital

20   content carriage into North Korea.

21       Q    So that would be content that would be

22   broadcast on the internet?

Page 152

1         A    Yes.

2         Q    It would be accessible only to an audience

3    that's able to access the internet; is that correct?

4                   MS. STOUT:  Object to form, lacks

5    foundation.

6                   THE WITNESS:  For such time, as -- as

7    we're only carrying digital content.

8    BY MR. BOURLAND:

9         Q    Is there a plan to carry something other

10   than digital content?  Here, let me ask specifically,

11   is there a plan to broadcast radio into North Korea?

12        A    That's deliberative in nature?  Am I

13   required to answer?

14                  MS. STOUT:  You can answer this

15   question to the best of your ability.

16                  MR. BOURLAND: Yeah.

17                  MS. STOUT:  Whether yes or no; whether

18   there's a -- what was it, a plan to broadcast to North

19   Korea?

20                  MR. BOURLAND:  Uh-huh.

21                  THE WITNESS:  Not a plan, but

22   discussions.

Page 153

1    BY MR. BOURLAND:

2         Q    What about TV?  Same question.

3         A    No.

4         Q    Do you know when the digital broadcasting in

5    North Korea is supposed to start, if at all?

6         A    Yes.

7         Q    When is that?

8         A    My estimation is within the next -- and I

9    need to be very careful here, 'cause this is

10   definitely an estimation.  Pursuant to people

11   accepting, you know, the -- the offers, we're -- we

12   are currently staffing -- in the staffing process of

13   bringing our Korean PSCs back on board, a number of

14   them.  So pursuant to that, I -- I would think

15   sometime within the next two weeks.

16        Q    Is there a certain amount of content per day

17   that is planned to be produced?

18                   MS. STOUT:  Objection; lack of

19   foundation.

20                   THE WITNESS:  No particular amount.

21   BY MR. BOURLAND:

22        Q    And is the plan to only use PSCs for this

Page 154

1    broadcasting in terms of the journalist staff?

2         A    Yes.

3         Q    Is that because all pre-existing Korean

4    language service staff have been RIF-ed?

5                   MS. STOUT:  Objection; lack of

6    foundation.

7                   THE WITNESS:  I don't know.

8    BY MR. BOURLAND:

9         Q    Do you know whether there are any Korean

10   language speaking journalists who have not been

11   RIF-ed?

12                  MS. STOUT:  Objection; lack of

13   foundation.

14   BY MR. BOURLAND:

15        Q    At VOA?

16        A    Not having been involved in the -- the RIF

17   process, no, I don't know.

18        Q    You said it was -- that you were estimating

19   that the Korean online broadcasting would start within

20   the next two weeks.  Was that -- is that accurate?

21   I'm trying to remember.

22        A    Yeah -- yeah, that's -- that's -- you recall

Page 155

1    that accurately.  That's my estimation.

2        Q    Okay.  And that's not a definite date

3    because it depends on staffing up with PSCs; right?

4                    MS. STOUT:  Object to form, lacks

5    foundation.

6                    THE WITNESS:  Correct.  And -- and also

7    reestablishing a new -- a new -- reestablishing that

8    service.  Not that it's new, but reestablishing it.

9    There -- there's -- unlike a surge for breaking news,

10   in situations like we've described with -- with

11   Persian, we're permitted to be a little more

12   deliberative with how we're doing that process with

13   Korean so --

14   BY MR. BOURLAND:

15       Q    Is there any sort of plan in writing

16   concerning restarting Korean broadcasting?

17                   MS. STOUT:  Object to form, lacks

18   foundation.

19                   THE WITNESS:  Not a formal plan per se.

20   Only administrative, you know, documentation, e-mails,

21   and whatnot, initiating the recall of PSCs and our

22   intent to begin broadcasting in Korea.

Page 156

1   BY MR. BOURLAND:

2       Q    So the -- that process has been discussed on

3   e-mail; is that fair?

4       A    Yes.

5       Q    To your knowledge, have there been any

6   memoranda, reports, anything like that, that have been

7   written about restarting broadcasting North Korea?

8                MS. STOUT:  Object to form, lacks

9   foundation.

10  BY MR. BOURLAND:

11      Q    I'm not asking about anything from counsel,

12  of course.

13      A    Ask -- ask the question again, please?

14      Q    Sure.  Have there been any internal memos,

15  or reports, or anything like that, that have been

16  drafted, written about restarting Korean broadcasting,

17  excluding anything coming from lawyers?

18                MS. STOUT:  Object to form, lacks

19  foundation, and preserving the attorney-client

20  objection.

21                THE WITNESS:  Yeah -- yeah, beyond

22  anything that requires attorney-client privilege, just

Page 157

1    the communications I've mentioned.

2    BY MR. BOURLAND:

3        Q    Okay.  Who actually made the decision, if

4    you know, to resume broadcasting to North Korea?

5        A    The -- the key final decision maker was Ms.

6    Lake.

7        Q    Were you involved in that decision?

8        A    Yes.

9        Q    In what way were you involved; how did you

10   participate in deciding that?

11           MS. STOUT:  And I'll object to the

12   extent that your participation involved any

13   communications with attorneys within the Agency or the

14   Department of Justice.  I instruct you not to answer

15   to the extent it would reveal those communications,

16   but if you have a separate participation outside of

17   communications that you've had from -- with counsel,

18   then you may discuss those.

19           THE WITNESS:  All right.  All of my

20   communications have been operationally-based,

21   management-based, on -- on providing the resources to

22   effectuate the re-commencement of broadcasts and -- or

Page 158

```
 1    content delivery in Korea.
 2    BY MR. BOURLAND:
 3         Q    Was Voice of America broadcasting to North
 4    Korea at any point this year, in 2025?
 5                   MS. STOUT:  Object to form, lacks
 6    foundation.
 7                   THE WITNESS:  I don't know.
 8    BY MR. BOURLAND:
 9         Q    Has it ever broadcast to North Korea in its
10    history; do you know?
11         A    Yes.
12         Q    Do you know when it stopped?
13         A    No.
14         Q    The PSCs that you are bringing on to
15    broadcast to North Korea, where did they come from?
16         A    Repeat the question?
17         Q    The PSCs, the contractors that are being
18    brought on to broadcast to North Korea, where did they
19    come from?
20                   MS. STOUT:  Object to form, lacks
21    foundation.
22                   THE WITNESS:  I'm not clear on what you
```

Page 159

1   mean by "where did they come from"?

2   BY MR. BOURLAND:

3       Q    Sure.  Where is the Agency finding those

4   contractors?

5               MS. STOUT:  Object to form, lacks

6   foundation.

7               THE WITNESS:  And at the risk of being

8   annoying about this, specifically, do you mean

9   geographically?

10  BY MR. BOURLAND:

11      Q    What is -- walk me through the process of

12  securing contractors to broadcast in Korea and at VOA.

13              MS. STOUT:  Object to form, lacks

14  foundation.

15              THE WITNESS:  Typically, and as is the

16  case that is being exercised presently with Korean,

17  these are PSCs that the organization is familiar with

18  who have worked for the organization in the past.  And

19  with the exception of mandatory for every PSC or -- or

20  contractor that comes in, even if they've been with us

21  before, there's some security screening, and badging,

22  and all that stuff that has to take place.  But by and

Page 160

1    large, they're sourced from a known bench of -- of

2    PSCs.

3    BY MR. BOURLAND:

4        Q    And future Korean -- broadcasting in North

5    Korea at VOA, will that be -- I think I've already

6    asked this.  I'm going to move on.

7            How long has it -- has this process of

8    bringing on this new PSC workforce to do North Korea

9    broadcasting, how long has that been going on?

10                   MS. STOUT:  Object to form, lacks

11   foundation.

12                   THE WITNESS:  I -- I can't provide an

13   exact number of days.

14   BY MR. BOURLAND:

15       Q    You can estimate; it's fine.

16                   MS. STOUT:  Object to form, calls for

17   speculation very explicitly.

18                   MR. BOURLAND:  I am, yes.

19                   MS. STOUT:  Then we object to the

20   answer, that it's asking for speculation, not his

21   personal knowledge.

22   //

Page 161

BY MR. BOURLAND:

 Q    No, I'm not asking -- you have some personal
knowledge about PSCs being brought on for North Korea
broadcasting; right?

 A    Yes.

 Q    You've been signing off on that; right?

 A    Yes.

 Q    How long have you been engaged in that
process?  I'm just looking for an estimate; I'm not
asking you to speculate.

 A    Approximately, three weeks.

 Q    All right.  Is Voice of America broadcasting
to Russia?

           MS. STOUT:  Object to form, lacks
foundation.

           THE WITNESS:  No.

BY MR. BOURLAND:

 Q    And to be clear, I mean currently.

 A    No.

 Q    Is Voice of America broadcasting to anywhere
in the world currently in the Russian language?

           MS. STOUT:  Object to form, lacks

Page 162

1    foundation.

2                    THE WITNESS:  No.

3    BY MR. BOURLAND:

4        Q    Has it ever done so in the past?

5                    MS. STOUT:  Object to form, lacks

6    foundation.

7                    THE WITNESS:  It has.

8    BY MR. BOURLAND:

9        Q    As of -- I asked you with North Korea.  Is

10   there any plan currently to resume broadcasting to

11   Russia at Voice of America?

12                   MS. STOUT:  Object to form, lacks

13   foundation.

14                   THE WITNESS:  Yes, via digital.

15   BY MR. BOURLAND:

16       Q    And when you say digital, as with before,

17   that means online?

18       A    Yes.

19       Q    Is there any plan to broadcast to Russia in

20   the future via terrestrial radio?

21                   MS. STOUT:  Object to form, lacks

22   foundation.

```
 1                    THE WITNESS:  Not at this time.
 2        BY MR. BOURLAND:
 3            Q    What about TV?
 4                    MS. STOUT:  Object to form, lacks
 5        foundation.
 6                    THE WITNESS:  And I don't know.
 7        BY MR. BOURLAND:
 8            Q    Who made the decision to plan to resume
 9        broadcasting to Russia digitally?
10                    MS. STOUT:  Object to form, lacks
11        foundation.
12                    THE WITNESS:  Ms. Lake was the final
13        decision maker.
14        BY MR. BOURLAND:
15            Q    When was that decision made?
16            A    I would have to speculate.
17                    MS. STOUT:  You can answer to the best
18        of your ability based on your personal knowledge.
19                    MR. BOURLAND:  Yes.
20                    THE WITNESS:  Within the past month.
21        BY MR. BOURLAND:
22            Q    Okay.  Do you know if it was before or after
```

Page 164

1    she was deposed in this case?

2                    MS. STOUT:  Objection; asked and

3    answered.

4                    THE WITNESS:  I -- I do not -- I -- I

5    don't know the date of her actual deposition.  That

6    that's lost in my memory hole, but --

7                    MR. BOURLAND:  That's fair.  And I

8    think you were on vacation --

9                    THE WITNESS:  -- it's within -- within

10    the past month.

11    BY MR. BOURLAND:

12        Q    Okay.  Was it since -- did Ms. Lake make

13    that final decision at any point since last Tuesday?

14        A    It would've been before that.

15        Q    Okay.  And let me ask that same question

16    with respect to resuming North Korea -- let me be more

17    clear.  I'm going to ask that same question with

18    respect to North Korea digital broadcasting.  Was that

19    final decision by Ms. Lake made at some point between

20    last Tuesday and now?

21        A    No, beforehand.

22        Q    It was before then?

Page 165

1        A     Yeah.

2        Q     Okay.  Do you know why the decision was made

3    to resume broadcasting to Russia digitally?

4        A     Yes.

5        Q     Why is that?

6                MS. STOUT:  And I'll object here; to

7    the extent that your knowledge about why the decision

8    was made is based on communications with your

9    attorneys at USAGM or the Department of Justice, then

10   I would instruct you not to answer.  But if you have

11   an independent understanding of why those decisions

12   were made that are separate and apart from the

13   communications with your attorneys, then you can

14   answer.

15               MR. BOURLAND:  Yeah.

16               THE WITNESS:  It was largely an

17   internal discussion that came -- resulted in the

18   conclusion that we should begin broadcasting in

19   Russian, again, driven by events on the ground, real

20   world events.

21               You know, the Ukraine war negotiations,

22   ongoing escalation in kinetic warfare activity from

Page 166

1    the Russian side in particular against Ukrainians,

2    Russian lack of response to -- to negotiations, and

3    things like that.  And -- and certainly the -- the

4    decision made by the President to begin moving US

5    strategic assets into place.  All of those things

6    combined led largely me and Ms. Lake to the decision

7    to begin broadcasting in Russia.

8    BY MR. BOURLAND:

9        Q    Would you describe the plan to resume

10   broadcasting in Russia as another surge operation?

11       A    No, not in the same nature that the -- we

12   responded to the Persian situations we've discussed.

13   This is more of a -- a staffing exercise, deliberative

14   staffing exercise.

15       Q    And just so I'm clear, what do you mean by

16   "staffing exercise"?

17       A    Hiring PSCs.

18       Q    So as with North Korea, the plan is to

19   resume broadcasting to Russia using PSCs?

20              MS. STOUT:  Object to form, lacks

21   foundation.

22   //

Page 167

1    BY MR. BOURLAND:

2         Q    Is that correct?

3         A    Yes.  With, I -- I will add, with

4    supervisory controls by our full-time government

5    employees.  So there will be a government person, you

6    know, supervising those efforts.

7              And within the PSC structure, there are

8    different levels of PSCs.  So there's a PSC level 4,

9    which is considered, sort of, a, you know, first among

10   equals of -- of PSCs, who will be responsible for

11   content development and whatnot.  But the -- the

12   overall supervisory coverage for that will be from the

13   government side.

14        Q    Would that be Ms. Soltani?

15        A    Subordinates of -- of Ms. Soltani.

16        Q    And is the reason why PSCs are being brought

17   on to broadcast in Russian because the Russian

18   language service full-time employees have been RIF-ed?

19                  MS. STOUT:  Object to form, lacks

20   foundation.

21                  THE WITNESS:  Yeah, I -- I can't answer

22   that.

Page 168

1    BY MR. BOURLAND:

2        Q    Do you know whether any Russian language

3    employees have been RIF-ed?

4        A    I don't know.  I -- I do know, and I will

5    say that among the other issues I've outlined with the

6    Agency's security, there have been issues with, for

7    lack of a better term, lax vetting of some of the

8    Russian language service personnel.  So we're being a

9    bit more deliberative and careful in -- in screening

10   new Russian language individuals.

11       Q    Who actually made the decision to staff the

12   Russian broadcasting operations moving forward with

13   only PSCs?

14       A    It --

15             MS. STOUT:  Object to form,

16   mischaracterizes the testimony to the extent that all

17   people in the Russian language service will be PSCs.

18             THE WITNESS:  Yeah, it -- it was more

19   of a -- it was more of a -- a -- the conclusion of a

20   process of, you know, that nobody -- there was not a

21   preemptive decision.  There -- there was not a

22   decision that preempted process to, say, go hire PSCs.

Page 169

```
 1              It was a -- there was a deliberative
 2    process in how to -- how to staff and effectuate the
 3    requirement.  And that led to the conclusion that PSCs
 4    would be the best option.
 5    BY MR. BOURLAND:
 6         Q    Okay.  And just to sort up any confusion
 7    from the last question, because I didn't think I
 8    misstated any testimony, but I want to make sure I got
 9    it clear.  Will there be full-time employee
10    journalists or technical staff working on the Russian
11    broadcasting moving forward, or just PSCs, or
12    something else?
13         A    Just PSCs on the -- the content and
14    broadcasting side.  But there will be, you know,
15    govies, let's say, or a govie supervising the -- the
16    overall effort.  Yeah.  And there must be; there --
17    there has to be.  You know, you can't have contractors
18    supervising operations for the -- the federal
19    government.
20         Q    Why not?
21         A    Because they don't have the legal authority
22    and accountability to -- to do so.
```

Page 170

1      Q    So beyond the four language services we've

2   discussed that are currently being broadcast as we sit

3   here today, that's Mandarin, Persian, Pashto, and

4   Dari, and possible future broadcast in North Korea and

5   Russia, is there any plan for OA to produce any other

6   language content?

7              MS. STOUT:  And I'll object to the

8   extent that this question -- or the answer that you

9   give would require you to reveal attorney-client

10  communications, whether it be USAGM or the Department

11  of Justice, I would instruct you not to answer.  But

12  if you know a plan separate and apart from any

13  discussions that you had with your attorneys, then you

14  can answer.

15  BY MR. BOURLAND:

16     Q    Hold on.  I mean, I'm asking about the

17  Agency's plan.  I'm not asking about what lawyers have

18  told you to do.  So I'm asking about plans that the

19  Agency has -- decisions the Agency has made so --

20     A    To broadcast in languages other than the

21  ones we've discussed, including Russian and Korean?

22     Q    That's correct.

Page 171

1        A     No.

2        Q     Is the Persian language broadcast still

3     operating in a, sort of, surge capacity?

4                MS. STOUT:  Object to form, lack of

5     foundation, and vague.

6                THE WITNESS:  I mean, it's -- it's at

7     its steady state operational level right now.  That

8     level, in part, was due to personnel that were brought

9     on as a result of the surge.  I know this, but -- but

10    I'm not -- I guess I'm not sure what you're -- what

11    you're getting at.  Therefore, I'm not sure I'm

12    answering the question well.

13    BY MR. BOURLAND:

14        Q     That's fair.  Is it still a surge or are

15    they staying, in other words?

16        A     No, I mean, you -- you effectively surge,

17    you know, once.  And if you maintain those staffing

18    levels, then it's not a surge anymore.  It's just the

19    staffing levels as they are.

20        Q     Are the plans -- are there any plans to

21    decrease those staffing levels in the Persian service

22    from the levels they're at now as a result of the

Page 172

1    surge?

2                        MS. STOUT:  Object to form, lack of

3    foundation.

4                        THE WITNESS:  No plans to do so.

5    BY MR. BOURLAND:

6        Q    What about Mandarin language broadcasting?

7    Is there any plan to decrease the level of

8    broadcasting that is currently happening in Mandarin?

9                        MS. STOUT:  Object to form, lack of

10   foundation.

11                       THE WITNESS:  No plan to do so.

12   BY MR. BOURLAND:

13       Q    And Afghanistan broadcasting in Pashto and

14   Dari; is there any plan to reduce broadcasting from

15   the 30 minutes combined per day that is currently

16   happening?

17                       MS. STOUT:  Object to form, lack of

18   foundation.

19                       THE WITNESS:  No plan to do so.

20                       MR. BOURLAND:  Okay.  Should we take a

21   lunch break?

22                       MS. STOUT:  A little bit.

```
                                            Page 173
 1                MR. BOURLAND:  Let's do it.
 2                THE REPORTER:  Okay.  It is 12:58 p.m.,
 3    and we are now off the record.
 4                THE VIDEOGRAPHER:  This marks the end
 5    of media unit No. 3.  Going off the record.  The time
 6    is 12:58 p.m.
 7                (Off the record.)
 8                THE VIDEOGRAPHER:  This marks the
 9    beginning of media unit No. 4.  Going back on the
10    record.  The time is 13:43 p.m.
11    BY MR. BOURLAND:
12        Q    All right, Mr. Wuco.  We just had a break
13    for lunch, and are back on the record now.  Before we
14    left, we were talking about plans to resume
15    broadcasting to North Korea and Russia.  Do you
16    remember that testimony generally?
17        A    I do.
18        Q    Okay.  I believe your testimony -- again,
19    correct me if I'm wrong -- was that the ultimate
20    decision maker on those two points was Ms. Lake; is
21    that right?
22        A    Yes.
```

1       Q    And again, I'm just going off the top of my

2    head; not trying to quote you, so again, correct me if

3    I'm wrong.  But I believe you had testified that this

4    was the result of an internal deliberation that you

5    were also part of; is that right?

6       A    Yes.

7       Q    Was anyone outside of the Agency part of

8    that decision making process?  Not talking about

9    lawyers, of course, I'm just asking about anyone else.

10      A    No.

11      Q    Anyone from the White House?

12              MS. STOUT:  Objection to the extent

13    that this would implicate executive privilege.

14    BY MR. BOURLAND:

15      Q    Just a yes or no question at this point.

16    Not about the content of any conversations.

17              MS. STOUT:  And also object to asked

18    and answered.

19              THE WITNESS:  Not to my knowledge.

20    BY MR. BOURLAND:

21      Q    And I believe you testified earlier that

22    Voice of America is currently not broadcasting by

1    radio or television in Mandarin; is that right?

2                    MS. STOUT:  Objection; asked and

3    answered.

4    BY MR. BOURLAND:

5         Q    Just to reorient us?

6         A    As answered previously, no.

7         Q    Do you know why Voice of America is not

8    currently broadcasting in Mandarin -- in -- via radio

9    or television?

10        A    No.

11        Q    Has anyone ever given you an explanation?

12        A    No, nor have I ever sought one.

13        Q    Did you play a role in making that decision?

14                   MS. STOUT:  Objection as to vague as

15   what decision we're talking about.

16   BY MR. BOURLAND:

17        Q    To not broadcast in Mandarin by radio or

18   television?

19        A    No.

20        Q    And what about Persian broadcasting; do you

21   know why Voice of America is not broadcasting by radio

22   or television in Farsi?

Page 176

1          A    No.

2          Q    Did you participate in the decision not to

3     broadcast in television -- via television or radio in

4     Farsi?

5                    MS. STOUT:  Objection; lack of

6     foundation.

7                    THE WITNESS:  Yeah, well, we do not

8     broadcast in radio.  I was not part of that decision.

9     Those are left to the professionals in VOA.  And we do

10    carry direct-to-TV satellite coverage to Iran.

11    BY MR. BOURLAND:

12         Q    Thank you for that clarification.  All

13    right.  Do you know --

14         A    Direct-to-home.  I'm sorry.

15         Q    Yeah.  No, please.

16         A    Direct-to-home satellite coverage, yeah.

17         Q    Thank you.  I didn't mean to cut you off.

18              All right.  Are you aware of how much money

19    Congress appropriated to VOA for this fiscal year; do

20    you know?

21         A    No.

22         Q    Let's look, just --

Page 177

1        A    Not that I recall.

2        Q    Fair enough.  Let's look briefly at Ms.

3    Lake's declaration again.  I believe we marked that as

4    Wuco Exhibit 3, and you can turn to page 9.  And at

5    the bottom of that page there is paragraph No. 28,

6    where Ms. Lake said, "USAGM received 260.032 million

7    in appropriated funding for fiscal year 2025 for VOA,

8    and plans to use approximately 232.19 million as of

9    August 8, 2025, of that total amount to fulfill VOA's

10   above discussed statutory admissions."

11            Did I read that correctly?

12       A    Yes, you did.  And to clarify, I'm -- I'm

13   familiar with these numbers.

14       Q    Okay.  That was going to be my next

15   question.

16       A    They've come out of the memory hole.

17       Q    Okay.  So you have learned before that

18   Congress had appropriate around $260 million to VOA

19   for this fiscal year; right?

20       A    Yes.

21       Q    Okay.  In your opinion as a manager at the

22   Agency, is voice of America's current level of

Page 178

1    programming and broadcasting consistent with that
2    level of funding that was appropriated?
3                MS. STOUT:  Objection; lack of
4    foundation.  Objection as to -- vague as to
5    "consistent."
6    BY MR. BOURLAND:
7        Q    You can answer.
8        A    I mean, within those amounts, we're able to
9    broadcast to the statutory minimum requirement.
10       Q    Is it your understanding that when Congress
11   appropriated around $260 million to VOA for this
12   fiscal year, the expectation was the VOA would
13   broadcast to the statutory minimum required?
14               MS. STOUT:  Objection; lack of
15   foundation and calls for speculation.
16   BY MR. BOURLAND:
17       Q    You can answer.
18       A    I don't know that.  All -- all of that
19   would've happened before I arrived.
20       Q    Based on your understanding of how staffing
21   works at the Agency and being involved in those
22   decisions, is it your opinion that VOA could broadcast

1    more content with the $260 million that have been

2    appropriated at the Agency for this fiscal year?

3                    MS. STOUT:  Objection; lack of

4    foundation, calls for speculation, mischaracterizes

5    prior testimony with respect to his involvement in

6    personnel decisions.

7    BY MR. BOURLAND:

8        Q    You can answer.

9        A    Re-ask the question, please?

10       Q    I'll ask it in a much more simple way.

11   Would the funds that Congress appropriated to the VOA

12   for this year, could VOA be broadcasting more than it

13   is right now?

14                   MS. STOUT:  Objection; lack of

15   foundation and calls for speculation.

16                   THE WITNESS:  Yeah, it -- it's -- it is

17   speculatory, if you want to hear that.

18   BY MR. BOURLAND:

19       Q    Based on your experience and your knowledge

20   of the Agency?

21       A    I -- I can't foresee what events on the

22   ground may drive the Agency to report differently

Page 180

1  volume and content wise.  So it's -- it's hard for me

2  to make that determination.

3       Q    Sure.  And I'm not asking about whether it

4  will happen or not.  I'm asking about whether at the

5  current funding level of $260 million for this fiscal

6  year, that budget would allow for more broadcasting

7  than is currently happening at VOA?

8                 MS. STOUT:  Objection; lack of

9  foundation, asked and answered, calls for speculation.

10 BY MR. BOURLAND:

11      Q    You can answer.

12      A    I -- I can't answer authoritatively on how

13 those amounts would affect our ability to broadcast.

14 A lot of other things any agency or department has to

15 do besides its primary mission to support things.  So

16 how money gets moved around for that, I -- I just

17 can't speculate.

18      Q    I mean, a large amount of that $260 million

19 is being used and has been used this year to pay many

20 employees to not work on administrative leave; right?

21                 MS. STOUT:  Objection; lack of

22 foundation, and objection, vague as to "large amount."

Page 181

1                    THE WITNESS:  Yeah.

2        BY MR. BOURLAND:

3            Q    You can answer.

4            A    Employees on administrative leave get paid.

5            Q    And they're not working; right, when they're

6        on administrative leave, by definition?

7            A    By definition, when they are sitting at home

8        on administrative leave, no, they're not working.

9            Q    But they are getting paid; yes?

10                   MS. STOUT:  Objection; asked and

11       answered.

12       BY MR. BOURLAND:

13           Q    You can answer.

14           A    Yes, they're getting paid.

15           Q    Okay.  And they could have instead been

16       working and broadcasting more content; yes?

17                   MS. STOUT:  Objection; lack of

18       foundation.

19       BY MR. BOURLAND:

20           Q    You can answer.

21                   MS. STOUT:  And calls for speculation.

22                   THE WITNESS:  No, they couldn't have,

Page 182

1    because they were put on administrative leave.

2    BY MR. BOURLAND:

3        Q    Well, that was a decision by the Agency to

4    do that; right?

5                    MS. STOUT:  Objection; lack of

6    foundation.

7                    THE WITNESS:  The decision was made to

8    put them on administrative leave.  Therefore they --

9    no, they could not have worked.

10   BY MR. BOURLAND:

11       Q    Okay.  Also in your declaration, let's turn

12   back to that, which I think is Exhibit 2.  You discuss

13   in here, and I'll draw your attention to it in a

14   second; I want to make sure I get the phrasing right.

15   So in paragraph 13, there's something referred to as

16   the 50 US States Program.  And in paragraph 16,

17   there's something referred to as the 50 US States

18   Initiative.  Do you remember inserting that in your

19   declaration here, or including that rather?

20       A    Thirteen and 16?

21       Q    Twelve and 16.

22       A    Okay.

Page 183

1      Q    There's reference to the 50 US States

2    Program and 50 US States Initiative.  And let me just

3    re-ask the question, because I feel like we've -- I've

4    muddied it up now.

5          But there's a mention in these two

6    paragraphs, in paragraph 12 and paragraph 16, of a 50

7    US States Program or Initiative.  Do you remember

8    including that in your declaration?

9      A    Yes.

10     Q    What is that?

11     A    Specifically what is my memory or -- or what

12    is the program?

13     Q    Well, you put it in the declaration; what

14    did you mean by 50 US States Program?

15     A    Okay.  Without reference to the statute,

16    there has long existed a statutory requirement,

17    largely ignored by the Agency, for -- for several

18    decades, to report -- to provide content that

19    highlights and details each of the 50 states

20    individually.  That statutory requirement has never

21    been fulfilled.

22          The last fulsome effort to -- to do so was

```
                                                  Page 184

 1     in the mid- to late-nineties.  And in fact, Victor

 2     Morales himself was within the editorial's office or

 3     in the office that was asked to implement this, and a

 4     plan -- it was a last meaningful plan that was come up

 5     with, and it was never implemented by the Agency.

 6     They basically decided not to do it.

 7              So as we were examining meeting minimum

 8     statutory requirements, we did it fully; not -- not

 9     just for things that were already being done, but for

10     statutory requirements that weren't being fulfilled.

11     This was one of them.  This USAGM, the Broadcasting

12     Board of Governors Voice of America, had for over 30

13     years willfully ignored a statutory requirement.  So

14     we are, for the first time in all those years,

15     reinstituting this.

16              And we're working on -- the -- the VOA's

17     working on the content development for those who

18     think -- for the 50 states, things that you see on TV,

19     you know, "Welcome to North Carolina.  This is our --

20     these are our wonderful business opportunities,"

21     tourism, other things that highlight each of the 50

22     states.
```

Page 185

1              So we're -- we are in the process of

2     reaching agreements, licensing agreements with -- with

3     each of the states in order to use their -- basically,

4     their -- their public affairs information on the

5     states.  Then have those rendered into the languages

6     that we covered -- we cover, and then mostly, via

7     digital, transmitted out.

8              To -- sort of, to get this started, because

9     there was license free content available, the USA 250

10    content that you see addressed has been used to the

11    extent that it highlights, you know, news, history

12    and -- and whatnot on either individual states or

13    groups of states.  So -- but that is underway, and we

14    are -- we are going to fulfill that -- that

15    requirement.

16         Q    Has that been fulfilled yet?

17         A    Just in part, with some of the USA 250

18    stuff, we -- we were eager to get -- get started with

19    it.  As you see here, our -- our -- we've -- our --

20    our GC shop right now is in -- is finalizing.  In

21    fact, it's been delivered to the -- to the provider a

22    licensing agreement with Brand USA's media valet

Page 186

1    system, as it said here.  And they actually manage

2    that content for all 50 states, that type of content.

3    So that MOU basically is -- has been finalized, and

4    it's just awaiting counter signature by Brand USA

5    right now.  As soon as that happens, we're going to

6    start running their content.

7         Q    As we sit here, currently, is the Agency

8    broadcasting content on all 50 US states?

9         A    No.

10        Q    And is the plan to translate this content

11   into the four languages that VOA is currently

12   broadcasting?

13                MS. STOUT:  Objection; lack of

14   foundation.

15                THE WITNESS:  And -- and you may have

16   missed it; I just stated that.  Yeah, that's the

17   intent, to render it in the languages that we're

18   broadcasting in.

19   BY MR. BOURLAND:

20        Q    And that would be the four that you're

21   currently broadcasting in; is that right?

22        A    Yes.

Page 187

1         Q    In paragraph 15 of your declaration, you

2    said, "We are currently organizing links to YouTube

3    videos of state tourism and other channels so that

4    they may be reposted on our digital platforms, and

5    should begin posting those sometime during the week of

6    June 30, 2025."  That's what it says here; right?

7         A    That is in progress, yeah.  That's correct.

8         Q    Okay.  And the licensing that you were

9    talking about to get specific content, is that the

10   same thing as the links to YouTube videos you're

11   talking about here, or is that something different?

12        A    The licensing I was referring to earlier,

13   the -- the permissions memorandum, no, I was referring

14   to Brands USA specifically, that -- that develops and

15   maintains content actually on all 50 states, sort of a

16   one-stop shop.

17        Q    Is VOA currently reposting or broadcasting

18   any of this content in the YouTube videos referred to

19   in paragraph 15 of your declaration?

20                  MS. STOUT:  Objection; lack of

21   foundation.

22                  THE WITNESS:  Yeah, and I -- I believe

Page 188

1    I answered that already, but the answer is no.  We're

2    not reposting that YouTube content quite yet, because

3    before we grab a YouTube video that is put out by the

4    state of California or the, you know, the state of

5    Montana, we have to discuss with the public affairs

6    officers within -- typically, within the secretary of

7    state in each of those states to ensure that we've got

8    permission to do so.

9    BY MR. BOURLAND:

10        Q    Is that process underway?

11        A    It is.

12        Q    Here in your declaration, in that same

13   paragraph 15, you stated that "this process of

14   reposting links to YouTube videos of state tourism

15   channels should begin -- you should -- it should begin

16   posting sometime during the week of June 30, 2025."

17   That's what it says; right?

18        A    [No audible response.]

19        Q    Let me just get that answer first.

20        A    Yes, I'm sorry.

21        Q    That's what it says here; right?

22        A    Yes.

1      Q    Okay.  June 30, 2025, has passed and it

2    sounds like this hasn't happened yet; do you know why

3    that is?

4      A    It's --

5              MS. STOUT:  Objection; lack of

6    foundation.

7              THE WITNESS:  My apologies.

8              Yeah, it's administrative.  It's just

9    taken longer than we anticipated.

10   BY MR. BOURLAND:

11     Q    Is that due to staffing capacity?

12             MS. STOUT:  Objection; lack of

13   foundation and calls for speculation.

14   BY MR. BOURLAND:

15     Q    If you know?

16     A    No.

17     Q    It's not due to staffing capacity?

18             MS. STOUT:  Same objection; lack of

19   foundation and calls for speculation.

20             THE WITNESS:  No, it can still be

21   fulfilled with present staff.

22   //

Page 190

1    BY MR. BOURLAND:

2        Q    So what is, just so I understand, what is

3    the cause of the delay for lack of a better word?

4                    MS. STOUT:  Objection; lack of

5    foundation.

6                    THE WITNESS:  Yep.  It has just taken

7    longer than originally estimated.  There -- there were

8    early indications from our business development team

9    that the reposting of YouTube content would be much

10   quicker than it turned out to be.  So that provided a,

11   you know, a level of optimism that turned out not to

12   be the case because of licensing.

13   BY MR. BOURLAND:

14       Q    All right.  Let's turn back to what we're

15   still looking at, your declaration.  Again, I just

16   want to -- the date of that is June 27, 2025?  That's

17   when it was submitted to the Court; right?

18       A    Yes.

19       Q    Are you aware that less than two weeks

20   later, on July 8th, the Court in this case issued an

21   order?

22                    MS. STOUT:  Objection; lack of

Page 191

1    foundation.

2    BY MR. BOURLAND:

3        Q    Are you familiar with that order?

4        A    I would need more detail to jog my memory on

5    the order.

6        Q    Fair enough.  There have been many.  So let

7    me put it in front of you here.  I'll get it marked.

8                    THE REPORTER:  Let me just -- this is

9    4; right?

10                   MR. BOURLAND:  Correct, yes.  Thank

11   you.

12                   (Wuco Exhibit 4 was marked for

13                   identification.)

14   BY MR. BOURLAND:

15       Q    All right.  So you've just been handed, Mr.

16   Wuco, what has been marked -- or you're about to be

17   handed what's been marked as Wuco Exhibit 4.  Now that

18   you have it in front of you, I'll ask you the same

19   question again after you have a second to just

20   familiarize yourself with what you've been handed.

21   Well, let me know when you've had a second to look at

22   it.  You don't have to read the whole thing right now.

Page 192

1    I'll ask you some specific questions, but let me know

2    when you're done having a look.

3         A    I am familiar with this document.

4         Q    This is an order that the Court issued on

5    July 8th of this year; right?

6         A    Yes.

7         Q    And you just said you're familiar with this

8    document.  Have you seen it before?

9         A    Yes.

10        Q    Did you see it in July, after it was issued?

11        A    Yes.

12        Q    In what context did you see it?

13                  MS. STOUT:  And I'll object; to the

14   extent that the context includes conversations with

15   your attorneys inside of the Agency or at the

16   Department of Justice, I instruct you not to answer to

17   the extent it's based on those conversations.  But if

18   your context is separate and apart from those

19   conversations, then you may answer.

20                  THE WITNESS:  No, it is not.  It's all

21   under legal conversations -- legal discussions.

22   //

Page 193

1    BY MR. BOURLAND:

2         Q    Well, I'm -- I'm not asking you about

3    communications with counsel.  The fact of this order

4    existing and whether it was shared by counsel or not

5    is not privileged.  Was it -- did counsel show you

6    this document?  I'm not asking for their advice or

7    their interpretation of it; whether it was showed to

8    you by counsel in July?

9         A    I don't recall who brought it to my

10   attention that it had been issued.

11        Q    Okay.  Did you discuss this order with Ms.

12   Lake?

13        A    Yes.

14        Q    And what was the subject of that discussion?

15             MS. STOUT:  And I'll object; to the

16   extent that counsel was present during those

17   discussions with Ms. Lake, I would instruct you not to

18   answer, to the extent those conversations were with

19   counsel and privileged by the attorney-client

20   privilege.  But if you had conversations with Ms. Lake

21   separate from counsel, either at the Department of

22   Justice or the Agency, you may answer and talk about

Page 194

1   those separate conversations that were also not based

2   on legal advice given by counsel.

3                   And I also not -- instruct you not to

4   answer to the extent that you would reveal any legal

5   advice that was given or discussed by -- Ms. Lake in

6   your separate conversations.

7                   THE WITNESS:  Okay, understood.

8                   I can't answer, therefore.

9   BY MR. BOURLAND:

10      Q    Did you have any conversations about this

11  order with Ms. Lake without counsel present?

12      A    No, not that I recall.

13      Q    Have you had any conversations about this

14  order with anyone without counsel present?

15      A    Perhaps, but with the caveat that it --

16  those conversations would've been in, again, technical

17  information as we formulated a response to the order,

18  but beyond that, no.

19      Q    Okay.  This particular order, dated July 8,

20  '25, was issued after you had submitted your

21  declaration in this case; right?

22      A    Repeat that, please?

1      Q    Sure.  Your declaration was submitted on

2    June 27th; right?

3      A    Yes.

4      Q    And this order came down from the Court on

5    July 8th, after your declaration was submitted; right?

6      A    Yes.

7      Q    Okay.  Let's turn to the second page of the

8    order that's Wuco Exhibit 4.  One second.  There's

9    a --

10                   THE WITNESS:  May I -- I'm sorry.

11                   MR. BOURLAND:  Of course.

12                   THE WITNESS:  May I ask an

13    administrative question?

14                   MR. BOURLAND:  Sure.

15                   THE WITNESS:  Would it be possible to

16    lower the -- the air?  Unless it -- am I the --

17                   MS. DOTZEL:  Are you hot or cold?

18                   THE WITNESS:  I am hot.

19                   MS. DOTZEL:  Okay.

20                   THE WITNESS:  I am hot.  It's hot.

21    Seems hot in here.  Maybe it's 'cause I just ate.

22                   MR. BOURLAND:  I -- I run hot and am

```
                                             Page 196
 1   always hot too so --
 2                   MS. DOTZEL:  I'm not supposed to do
 3   this.
 4                   THE WITNESS:  Uh-oh.
 5                   MR. BOURLAND:  We don't tell anyone.
 6                   MS. DOTZEL:  Don't tell anyone.
 7                   MR. BOURLAND:  It is on the record, but
 8   we won't tell anyone.
 9                   THE WITNESS:  Mr. Wugo gets hot after
10   lunch; digestive process.
11                   MR. BOURLAND:  I'm in the same boat.
12   I'm glad you said it.
13   BY MR. BOURLAND:
14      Q    All right.  Turning to Exhibit 4, the July
15   8th order, and going to page 2, I'm going to read from
16   the middle of the page.  There's, sort of, a
17   standalone sentence here, and it says, "The Court,
18   having now reviewed all filings, is still unable to
19   get a clear picture of how VOA is operating or how the
20   Agency plans to operate VOA moving forward."
21           Did I read that correctly?
22      A    Yes.
```

Page 197

1      Q    Were you aware of this conclusion by the

2  Court as stated here in this quote I just read you,

3  after the order was issued?

4                MS. STOUT:  Objection to the extent

5  that you're calling for a legal conclusion here about

6  the Court's findings.

7  BY MR. BOURLAND:

8      Q    Just asking whether you're aware of it; not

9  if you agree.

10     A    Yes, I was aware of it, after I read it.

11 Yeah.

12     Q    And this -- the Court came to this

13 conclusion after you and others had submitted

14 declarations; right?

15                MS. STOUT:  Objection to the extent

16 this calls for any kind of communications that would

17 implicate attorney-client privilege or any kind of

18 legal conclusion about how the Court arrived at its

19 findings.

20 BY MR. BOURLAND:

21     Q    I'm not asking for anything privileged; just

22 sequencing.  This -- the Court came to this

Page 198

1   conclusion, put it in a printed order after your

2   declaration was submitted to the Court and others;

3   right?

4        A    By date?  Yes.

5        Q    Okay.  So that necessarily means that the

6   Court, after reviewing your declaration and the others

7   that were submitted, was, "still unable to get a clear

8   picture of how VOA was operating"; right?

9                  MS. STOUT:  Objection; lack of

10  foundation, and ask -- calls for legal conclusion.

11  This question is explicitly calling for, you know, the

12  witness to get inside the Court's mind and its

13  rationale behind its decision.

14  BY MR. BOURLAND:

15       Q    You can answer the question.

16       A    Ask the question again, please?

17       Q    Sure.  The Court came to this conclusion

18  that it was still unable to get a clear picture of how

19  VOA is operating or how the Agency plans to operate

20  VOA moving forward after reviewing your declaration;

21  right?

22                  MS. STOUT:  Objection; same objection,

Page 199

1    lacks foundation and also calls for speculation.

2                    THE WITNESS:  That's right.  I -- I

3    have no idea of whether the Court or the Judge came to

4    this conclusion because they read my declaration.

5    BY MR. BOURLAND:

6        Q    Fair enough.  After reading this in the

7    order in July, did you submit another declaration?

8        A    No.

9        Q    Did you feel that there were any additional

10   facts that you needed to provide to provide the

11   missing information in the Court -- as the Court had

12   determined was missing?

13                   MS. STOUT:  Objection as to -- vague as

14   to whether you're asking for a legal conclusion

15   about --

16                   MR. BOURLAND:  No.

17   BY MR. BOURLAND:

18       Q    The Court said that "still unable to get a

19   clear picture."  Did you feel that you needed to

20   submit another deposition -- declaration to make that

21   picture more clear?  Let me put it that way.

22                   MS. STOUT:  And I'm also going to

Page 200

1    object to the extent that this -- any kind of strategy

2    or legal strategy, to the extent it implicates

3    communications that you've had with your attorney, I

4    would instruct you not to answer; whether your

5    attorneys at USAGM or the Department of Justice, and

6    like, the best legal strategy to go forward with this

7    in response to this order, I'd instruct you not to

8    answer.

9                    MR. BOURLAND:  I don't want to tread on

10   any of that.  I'm not asking about any of that.

11   BY MR. BOURLAND:

12       Q    I'm asking about your reaction to this

13   sentence that you said you read back in July after you

14   submitted a declaration; did you feel you needed to

15   submit more information?  That's all I'm asking.

16                   MR. KHOJASTEH:  Just to be clear,

17   Counsel, and I apologize for double teaming.  When you

18   say, "you," you're --

19                   MR. BOURLAND:  This guy, Mr. Wuco only.

20                   MR. KHOJASTEH:  Yeah.  So I just think

21   for the purpose of -- because we had this issue with

22   the last deposition, "you" being the Agency or the --

Page 201

1              MR. BOURLAND:  I understand.

2              MR. KHOJASTEH:  If you're asking about

3    his specific --

4              MR. BOURLAND:  I understand at this

5    point.

6              MR. KHOJASTEH:  -- just craft the

7    language that way.

8    BY MR. BOURLAND:

9         Q    Okay.  The entire day, when I use the word

10   "you," I'm using it in the dictionary definition as in

11   Mr. Wuco.  I'm not referring to anything else; I'm

12   just asking about you personally.

13             You read this order from the Court in July;

14   right?

15        A    Yes.

16        Q    It was after you had already submitted your

17   declaration; right?  I'm just trying to do this as

18   cleanly as possible.  That's right; right?

19        A    Correct.

20        Q    After reading this, knowing your declaration

21   had already been before the Court, did you feel you

22   had more facts that you needed to provide the Court?

Page 202

```
 1                   MS. STOUT:  Objection; lack of
 2      foundation, and also to the extent it calls for legal
 3      conclusion.
 4                   THE WITNESS:  Yeah, it's -- all of that
 5      is under attorney-client privilege.  As for my
 6      opinion, I didn't have an opinion one way or the
 7      other.  No, I'm not qualified to -- to do that.
 8      BY MR. BOURLAND:
 9         Q    Did you offer to submit another declaration
10      after this order came down?
11                   MS. STOUT:  Objection; to the extent
12      this call is for communications that you might have
13      had with your attorneys inside the Agency or the
14      Department of Justice, and whether you communicated
15      about whether more information would need to be
16      provided, I would instruct you not to answer.
17                   THE WITNESS:  To the best of my
18      knowledge, any such discussion was in the presence of
19      counsel.
20                   MR. BOURLAND:  Okay.
21                   THE WITNESS:  Regardless of who else
22      may have been present.
```

Page 203

1    BY MR. BOURLAND:

2        Q    Did you offer to Ms. Lake to submit another

3    declaration?  Not talking about conversations with

4    counsel.

5        A    There -- after a process, I think there was

6    a determination that another declaration would be

7    submitted.  Part of that process is deciding who's

8    going to submit the declaration.  But as far as

9    canvassing, that -- that wasn't part of the

10   conclusion.

11       Q    Okay.  Are you aware that this order from

12   July 8th refers to your declaration specifically?

13       A    Repeat that, please?

14       Q    Sure.  Are you aware that this order from

15   the Court on July 8th refers to your declaration

16   specifically?

17            MS. STOUT:  Counsel, it might be easier

18   to point -- are you referring to a specific section?

19            MR. BOURLAND:  I'm just asking about

20   his knowledge first, so I'll point it out.

21   BY MR. BOURLAND:

22       Q    But sitting here today, having reviewed this

Page 204

1    document in the past, are you aware that your

2    declaration is mentioned in this order?  That's all

3    I'm asking.

4        A    I'm aware that it's mentioned.

5        Q    Thank you.  All right.  One second.

6             All right.  I'd like for you to please

7    review the one paragraph that starts with the words,

8    "for example" --

9        A    On page?

10       Q    On page 2, about the midway point there.

11   "For example, the defendants cite," is what it says.

12   And that paragraph ends at the top of page 3.  And

13   just let me know when you're done reading it.

14       A    Okay.

15       Q    All right.  You just had a chance to review

16   that paragraph I referenced?

17       A    Yes.

18       Q    All right.  Is there anything in this

19   paragraph that the Court wrote here that you believe

20   is not accurate?  Let me start with that.

21            MS. STOUT:  Objection; calls for legal

22   conclusion.  And also, the document speaks for itself.

1    It's improper to ask the witness to opine on --

2                    MR. BOURLAND:  That's a speaking

3    objection.  Can we let -- just limit it, please?

4                    MR. KHOJASTEH:  Don't interrupt her.

5                    MS. STOUT:  I'll rest on the --

6                    MR. KHOJASTEH:  You laughing about

7    that?  You think it's -- you think it's appropriate --

8                    MR. BOURLAND:  Hold on.

9                    MR. KHOJASTEH:  -- for counsel to be

10   interrupting her?  Counsel, I mean, you're a big man

11   over there.  If you think it's worth laughing about --

12                    MR. BOURLAND:  This is not appropriate.

13                    MR. KHOJASTEH:  I get it.  I agree.

14                    MR. SEIDE:  I move to strike Counsel's

15   comment.

16                    MR. BOURLAND:  Stop.  Everyone, stop.

17   We don't need to do this, please.

18                    MR. KHOJASTEH:  Let her make her

19   objection.

20                    MR. BOURLAND:  I'm sorry I interrupted

21   you.  Go ahead.

22                    MS. STOUT:  All right.  My objection is

Page 206

1    that the document speaks for itself and that this
2    question asks the witness to make a legal conclusion
3    about the Court's rationale.
4                    MR. BOURLAND:   Okay.
5    BY MR. BOURLAND:
6        Q    I'm not asking you to make any legal
7    conclusions.  I'm asking you whether the facts stated
8    in this paragraph, if there's any of them that you --
9    that are, in your mind, are not accurate?  That's all;
10   that was my question.
11       A    First of all, to -- to be clear --
12       Q    Yes.
13       A    -- not being a lawyer myself --
14       Q    Of course.
15       A    -- and we've discussed my education, I -- I
16   am not qualified even to determine whether or not
17   you're asking me to make a legal conclusion.  There,
18   you know, I -- I may wind up making a quasi or
19   incorrect legal conclusion just by the nature of your
20   question.
21       Q    That's what the objections are for so --
22       A    I understand.

 1          Q    Okay.  I still do need an answer to my

 2    question though.  I can -- we can read it back.

 3          A    Ask the question -- would you please --

 4          Q    Sure.

 5          A    -- ask the question again?

 6          Q    The paragraph that we -- that you just

 7    reviewed, that I had asked you to review, starting at

 8    the bottom of page 2, in the Court's July 8th order,

 9    is there anything that is stated in that paragraph

10    that you believe is inaccurate?  That's it.

11                    MS. STOUT:  And I'll -- to maintain the

12    objection, for the record, I'll make the same

13    objection, and ask that any answer you give beyond

14    your independent knowledge, not about communications

15    you've had with your counsel or attorneys, but based

16    on your independent understanding, based on the facts

17    on the page, you can answer to that extent.

18                    THE WITNESS:  Okay.  Let me -- let me

19    reread.

20    BY MR. BOURLAND:

21          Q    Sure.

22          A    Differentiating between what I said, these

Page 208

1  paragraphs and what is mine, and what the Court said,

2  which statements by the Court are you asking me to

3  opine on?

4      Q    I was just referring to anything in this

5  paragraph.

6      A    I -- I would need something more specific.

7      Q    Okay.  We can go through it.  That's a

8  totally fair clarification.  It starts by saying --

9  and it's listing as an example of how the Court is

10 unable to get a clear picture of how VOA is operating

11 or its plans to operate moving forward.

12          And then it starts, "For example," I'm

13 quoting, "the defendants cite VOA's ramped-up Persian

14 news programming in the aftermath of recent Israeli

15 airstrikes against Iran as a successful demonstration

16 of VOA's capacity to report the news."

17          That first sentence there, do you understand

18 that to mean the same surge operation you and I talked

19 about in the aftermath of the Israeli airstrikes?

20     A    You mean the -- the second sentence?  The

21 first sentence being, "The Court having now reviewed

22 all filings"?

Page 209

1      Q    The second sentence, yes.

2      A    Okay.

3      Q    Thank you.

4      A    Yeah, that was the same surge operation

5   discussed in my declaration.

6      Q    Okay.  And then after that, there's a cite

7   to a brief from the government that, obviously, you

8   did not write; I'm asking you about that.  But after

9   that, there's a cite to Wuco declaration, paragraph 4,

10   referring -- and I'm quoting, referring to the

11   coverage as a "surge operation that was highly

12   successful."  That's a quote from your declaration;

13   right?

14      A    Correct.

15      Q    Okay.  And that's accurate as quoted there?

16      A    It is.

17      Q    It then went on to say, "The defendants

18   emphasized their ability to 'exercise recalls as

19   appropriate'"?

20      A    Where are we?  I'm sorry.

21      Q    Yeah, in the middle of that paragraph

22   after --

Page 210

1          A    "The defendants -- defendants emphasize
2     their" --
3          Q    Exactly, yes.
4          A    Okay.
5          Q    I'll start again from there, just so it's
6     clean on the record.  "The defendants emphasize their
7     ability to 'exercise recalls as appropriate' and
8     maintain their, 'access to critical talent,' to carry
9     out operations as needed."  That also was quoting
10    pieces of your declaration at paragraph 4 and 20;
11    right?
12         A    I would have to look at my -- the -- the
13    quoted sections, the words "access to critical
14    talent" --
15         Q    Yes.
16         A    Yeah, that's a lift from my declaration.
17    Yes.
18         Q    Right?  That is quoted from your
19    declaration; yes?
20         A    I would have to see if the remaining portion
21    of the sentence, "to carry out operations as needed"
22    was also from my document.  I don't recall that.

1     Q     I don't believe it is --

2     A     And I don't understand why --

3     Q     -- for what it's worth.

4     A     -- that's why it's not in quotation.  So I'm

5     not --

6     Q     Exactly.

7     A     -- I can't -- I can't speak to anything that

8     is outside of the quotation marks.

9     Q     Okay.  Fair enough.  In other words, the

10    Court quoting your declaration recalled how you had

11    submitted a declaration about the surge operation in

12    Iran; yes?

13                MS. STOUT:  Objection; mischaracterizes

14    the testimony and the document.

15                THE WITNESS:  I did not submit a

16    declaration about the surge operation.  I submitted a

17    declaration about a great number of things.  The surge

18    operation was a -- a small part of the overall

19    declaration.

20    BY MR. BOURLAND:

21    Q     But it was in your declaration, and the

22    Court was quoting from that part of it; is that fair?

Page 212

1      A    Correct.  And I -- I want to reemphasize

2    that any words that are outside of quotations, in my

3    opinion, are assumptive of the Court, and are not my

4    words.

5      Q    The Court then continued -- and I'm just

6    going to quote from this part, "But at the same time,

7    the defendants also attached their submission to

8    Congress on June 3rd showing their intent to fire

9    those very Persian news network staffers as part of

10   the impending reduction in force (RIF)."  That's what

11   the next sentence says; right?

12     A    That's what the sentence says, yes.

13     Q    Are you aware of this June 3rd submission to

14   Congress?

15     A    I am.

16     Q    What was that, generally?

17     A    Well, it certainly did not use the word

18   "fire."

19     Q    What did that notification -- what was it

20   describing to Congress?

21              MS. STOUT:  Objection; lack of

22   foundation.  I would request that if we're going to

1    discuss a document, the witness be presented with that

2    document to ensure accurate testimony.

3                    THE WITNESS:  Yeah.

4    BY MR. BOURLAND:

5        Q    You did say you're familiar with that

6    document; right?

7        A    I'm familiar that the document was

8    submitted.  I was not involved in the -- the drafting

9    or I didn't even review or edit the document so --

10       Q    Let's look at it.

11       A    -- my familiarity ends with that; yes, that

12   document exists.

13       Q    You've just been handed an exhibit that has

14   been marked as Wuco Exhibit 5.

15                    (Wuco Exhibit 5 was marked for

16                    identification.)

17            Do you recognize that document?

18       A    I do.  It looks like the same cover letter

19   and attachment that was provided earlier.

20       Q    This is the June 3rd letter to Congress, a

21   notification to Senator Lindsey Graham; right?

22       A    Correct.

Page 214

1        Q    And I believe just moments ago you said you

2    were familiar with this document generally, so you

3    have seen it before; is that right?

4        A    Correct.

5        Q    Was this letter communicating to Congress

6    that there was planned RIFs at USAGM?

7        A    Repeat that?

8        Q    Was this letter communicating to Congress

9    that there were planned RIFs at USAGM?

10              MS. STOUT:  Objection; the document

11    speaks for itself.

12    BY MR. BOURLAND:

13        Q    Is that right?

14        A    I will abide by the objection, and repeat

15    that the document speaks for itself.

16        Q    Well, you're familiar with this document.

17    I'm asking you what it says; not to quote it, but what

18    it means.  This document was communicating to Congress

19    that RIFS were planned at USAGM; right?

20              MS. STOUT:  Objection; lack of

21    foundation.

22    //

Page 215

1    BY MR. BOURLAND:

2        Q    You can answer.

3        A    Let me -- let me read over it again, please.

4        Q    Sure.

5        A    I -- I -- again, I -- I don't see the term

6    "RIF" in here, or "reduction in force" in here.  I

7    certainly don't see the word "fire" in here, so I'm --

8    I can't -- I can't effectively answer that question.

9        Q    So there's a memo attached to the cover

10   letter; right?

11       A    There is.

12       Q    And I believe this has been referred to as a

13   USAGM statutory minimum memo or something like that;

14   have you heard that phrase or term before to -- used

15   to refer to this document?

16                   MS. STOUT:  Objection; lack of

17   foundation.

18                   THE WITNESS:  And I -- I believe we

19   discussed this earlier in the -- during the session

20   and -- and I'm familiar with this document.

21   BY MR. BOURLAND:

22       Q    Okay.  Is it fair to say that this document

Page 216

1    generally sketches out what the workforce is

2    anticipated to look like at USAGM after reductions in

3    force?

4              MS. STOUT:  Objection; mischaracterizes

5    the testimony and the document.  It's also vague as to

6    whether it's referring to the memo attached or the

7    letter up front.

8    BY MR. BOURLAND:

9        Q    Referring to the memo.

10       A    Let me look at the memo again.

11       Q    Sure.

12       A    Okay.  Again, I -- I see this as a

13   recommendation for requirements to meet the minimum

14   statutory requirements -- requirements.  Sorry for the

15   redundancy.  But I don't see anything in here that

16   references "reductions in force" or "fire."

17       Q    Sure.  Well, let me bring your attention to

18   the first page of the memo, which is page 2 of this

19   exhibit.  It's the black and white second page there.

20   Yeah, exactly.

21             And it's addressed to the Office of CEO at

22   USAGM, and there's an executive summary.  And let's

Page 217

1    just read through it together so we're on the same

2    page.   It says: "Executive summary recommendation.

3    Based on the President's executive order, the

4    recommendation is to retain all positions in the

5    Miami, Florida, and Marathon, Florida competitive

6    areas, (33 positions) based on the statutory

7    requirements for Cuba Broadcasting.  We also recommend

8    retaining the following non SES positions from the

9    Washington D.C. competitive area, totaling an

10   additional 35 positions:" -- and then, there's a

11   bulleted list.

12              "CEO and advisory board executive secretary,

13   one position; Farsi language, two positions; China

14   broadcasting, two positions; Afghanistan, two

15   positions; VOA, 11 positions; engineering and

16   transmission, two positions; back office support, 15

17   positions."

18            And the next sentence says:   "All other

19   positions would be terminated.  This would leave USAGM

20   with 68 positions.  This does not include current SES

21   staff of approximately 13, bringing the grand total to

22   81."

Page 218

1           Did I read that correctly?

2      A    You read it correctly, yes.

3      Q    Okay.  So here it says, all other positions

4  in the ones listed above that sentence would be

5  terminated.  That's what it says; right?

6      A     It does say, "would be."  It did not say,

7  "shall be" or "will be."

8      Q    Okay.  And "terminated," that in this

9  context means a RIF; right?

10             MS. STOUT:  Objection; lack of

11  foundation and calling for speculation about what the

12  document means.

13             THE WITNESS:  That's incorrect.

14  BY MR. BOURLAND:

15      Q    How so?

16             MS. STOUT:  Objection; lack of

17  foundation, and calls for speculation about what the

18  document means.

19             THE WITNESS:  It -- it does not discuss

20  RIF -- the RIF process at all.

21  BY MR. BOURLAND:

22      Q    So what do you understand "terminated" to

Page 219

1    mean in this context?

2         A    I don't know --

3                   MS. STOUT:  Objection --

4                   THE WITNESS:  Oh, I'm sorry.  Please.

5                   MS. STOUT:  Objection; to the extent

6    any of your understanding comes from or involves

7    communications that you had with your attorneys at

8    USAGM or at the Department of Justice, I would

9    instruct you not to answer to the extent your

10   understanding comes from that.  If you have a separate

11   and independent understanding of this document and

12   what these words mean, then you can answer based on

13   that separate and independent understanding.

14                   THE WITNESS:  Sure.

15                   And -- and I believe I mentioned this

16   earlier, these are two separate documents; right?

17   They're -- they sort of look like one document, but

18   they're not; right?  I wasn't here.  I had not checked

19   pages 2, 3, 4 of this to include the -- the CN.  I

20   was -- I wasn't here, I wasn't involved in that

21   process.  I cannot speak to it authoritatively or even

22   speculatively.

Page 220

```
 1   BY MR. BOURLAND:

 2        Q    In fact, this memo that you're referring to,

 3   the second part of this combined document, was created

 4   back in March, right before you were at the Agency?

 5                MS. STOUT:  Objection; lack of

 6   foundation.

 7   BY MR. BOURLAND:

 8        Q    Is that correct?

 9        A    That was certainly before I arrived, yes.

10        Q    Okay.  Let's turn back to the Court's order

11   at page 2, where we were before.  Just for the record,

12   that's back to Wuco Exhibit 4.

13            So we walked through together how the Court

14   had discussed your declaration, about the pieces of

15   it, about the surge operation, and that at the same

16   time Defendants had attached this submission that we

17   just reviewed, Wuco Exhibit 5 --

18        A    My apologies.  Could you start over?

19        Q    Of course, yeah.  I'm going fast.  I just

20   want to reorient us, so let me just try to summarize

21   where we were before.

22            This paragraph that we were looking at in
```

1    the Court's July 8th order, at first had cited and

2    discussed that part of your declaration about the

3    surge operation in Iran; do you remember that?

4        A    It incompletely -- it incompletely cited

5    pieces in -- portions of portions of pieces of my

6    declaration.  It -- it did not fully cite sections or

7    even complete sentences of -- of my declaration.  I

8    just want to be clear on that.

9        Q    Okay.  Without getting into what sentences

10   are cited, just generally here, the first half of this

11   paragraph is about the Persian surge operation; is

12   that fair?

13                MS. STOUT:  Objection; asked and

14   answered, and mischaracterizes testimony.

15   BY MR. BOURLAND:

16       Q    That topic is discussed in the first half of

17   that paragraph?

18       A    It's mentioned in the first half of that

19   paragraph.

20       Q    Okay.  And then the Court went on to discuss

21   this letter to Congress to Senator Graham, which is

22   now Wuco Exhibit 5, and noted that "the Agency had

Page 222

1    submitted this document to Congress showing their

2    intent to fire those very Persian news network

3    staffers as part of the impending reduction in force."

4    I'm just reading right now from the bottom of page 2.

5    That's what it says next; right?

6        A    That's what this document says.

7        Q    Okay.  Let me just read the last sentence of

8    that paragraph.  It says, "Faced with this record, the

9    Court cannot rely on Defendants' latest representation

10   of the Persian News Network 'surge operation' as any

11   measure of compliance."  That's what it says here;

12   right?

13       A    That's what it says, yes.

14       Q    Were you aware of this conclusion from the

15   Court when this order was issued?

16            MS. STOUT:  Objection; asked and

17   answered and vague as to which conclusion.

18   BY MR. BOURLAND:

19       Q    In this last sentence I just read.

20       A    Beginning with "faced with this record"?

21       Q    That's correct.

22       A    I was aware of it after I read it.

Page 223

1      Q    Back in July?

2      A    Yes.

3      Q    And I'm just -- when I say "you," I'm

4  talking about you, not the Agency.  But after reading

5  this conclusion, was there anything you personally did

6  at the Agency to respond to or address the concerns

7  highlighted in that sentence?

8              MS. STOUT:  Objection; to the extent

9  that your actions were influenced or made because of

10  conversations that you had with your attorneys,

11  whether at the Agency or the Department of Justice, I

12  would instruct you not.  To answer to the extent the

13  question can be answered without relying on any legal

14  advice you might have received from lawyers or

15  communications that you had with lawyers, you may

16  answer.

17              THE WITNESS:  I'll stick with that.

18  That's 100 percent accurate.  There -- there was

19  nothing outside of the context of legal consultations

20  that I --

21  BY MR. BOURLAND:

22      Q    Well, if something was influenced by

Page 224

1  counsel, it doesn't render the act itself privileged.

2  Was there any act you took after this order came down

3  that changed any course of action that you did at the

4  Agency?

5              MS. STOUT:  Same objection.  I would

6  instruct you, to the extent your actions were directed

7  by counsel or done at the request, or based on the

8  legal advice you received from counsel, I would

9  instruct you not to answer.  If your actions were

10  totally separate and independent from any direction or

11  advice you received from counsel, then you may answer

12  to that extent.

13              THE WITNESS:  Okay.  Can you repeat the

14  question, please?

15  BY MR. BOURLAND:

16      Q    I am not asking you about any advice you

17  received from counsel.

18      A    No -- just -- I'm sorry, just the question.

19      Q    No -- this is my question.  I'm just

20  rephrasing it to try to address the privilege

21  concerns, because I don't want to hear anything a

22  lawyer told you.  But separate and apart from anything

                                                    Page 225

1    a lawyer told you, their specific legal advice, which

2    is not what I'm asking for, were there any actions you

3    took in response to this last sentence we read to

4    change any operations at USAGM?

5                    MS. STOUT:  I would make the same

6    objection; to the extent your actions were directed by

7    or done on reliance of advice you received from

8    counsel, I would instruct you not to answer.

9                    THE WITNESS:  Understood.

10                   The answer is no.  There were no

11   actions that I took, in -- in -- specifically, in

12   response to this last section, I -- no.

13                   MR. BOURLAND:  Okay.  Just give me one

14   second.  I just have a couple more questions about

15   this document, then we can take another short break.

16   BY MR. BOURLAND:

17       Q    Let's turn to page 4 of the same court

18   order.  Again, this is the Court's July 8, '25 order,

19   Wuco Exhibit 4.  Let me get to the right place here.

20   One second.  All right.  I'm going to read from the

21   order and then ask you a couple of questions.

22                   Starting at "furthermore," it says:

Page 226

1    "Furthermore, the supplemental memorandum contains no

2    information on how" -- emphasis -- "the defendants

3    determined the activities it would undertake to

4    'restore VOA programming such that USAGM fulfills its

5    statutory mandate.'  For example" -- and I'm going to

6    go to the second example that's listed here.

7         It says: "The defendants report that they're

8    broadcasting shortwave from Greenville, South

9    Carolina, which 'signal blankets all Latin America and

10   the Caribbean,' but none of the four languages that

11   VOA has identified are even spoken in those regions.

12   The defendants have not explained this broadcasting

13   decision, which on its face appears irrational."

14        Did I read that correctly?

15   A    You read it correctly, yes.

16   Q    Is Voice of America broadcasting to Latin

17   America via shortwave radio?

18   A    No.  Voice of America is not; the Office of

19   Cuba Broadcasting is.

20   Q    And does the OCB broadcasting via shortwave,

21   does that reach other places in Latin America as well?

22   A    It does.

1          Q    And is there content that's broadcast via

2     OBC that's intended for non-Cuban audiences?

3          A    OCB.  Repeat the question, please?

4          Q    Sure.  Is there content that's broadcast by

5     OCB that's intended for non-Cuban audiences elsewhere

6     in Latin America?

7          A    Yes.  Occasionally, there is content that

8     has to do with Latin American countries that are

9     within Cuba's influence block.  So if there is a -- a

10    story that is the result of any sort of political or

11    otherwise nexus between Havana and countries like

12    Venezuela, Nicaragua, for instance, then yes, that's

13    reported on via OCB.

14         Q    Is VOA -- again, setting aside OCB, which of

15    course, is a separate broadcaster -- is VOA

16    broadcasting currently anywhere in Spanish?

17         A    No, but I would like to be clear that

18    although the -- these documents state a preference to

19    bifurcate VOA and OCB, operationally, we do not, and

20    we cannot.

21         Q    How so?

22         A    It's -- it's -- because the broadcast

Page 228

1    requirements of our federal entities, that is OCB and

2    VOA, are synonymous with the, you know, with the

3    responsibilities of the Agency overall.  The missions

4    are different, but the carriage of -- of information

5    requirements are very closely related.

6            So -- and I -- I will say based on my past

7    experience at USAGM, that this very serious

8    bifurcation that seems to be delineated in the Court's

9    response never entered our calculus at the Agency

10   for -- for policy and information, you know,

11   broadcasting.  So it's -- I understand that there's --

12   technically, they -- I get it.  They're -- they're

13   saying, well, we didn't ask about OCB; we asked about

14   VOA.

15           Operationally, from an Agency standpoint

16   that oversees both federal entities, it would be

17   irrational to separate the two.

18       Q    They have separate staff; right?

19               MS. STOUT:  Objection; lack of

20   foundation.

21               THE WITNESS:  Yes and no.  They have

22   separate staff, but the resource requirements are

Page 229

```
 1   fulfilled by -- by USAGM, the overarching resource
 2   requirements.
 3   BY MR. BOURLAND:
 4        Q    So what do you mean by that?  Just clarify
 5   what you mean by "resource requirements."
 6        A    Funding for personnel, equipment, software,
 7   broadcast facilities.  Those are shared management
 8   services across all broadcast networks, federal
 9   broadcast networks within the -- the same ecosystem.
10   So it's yes and no.
11        Q    All right.  Turning back to the order, I
12   have one last section I want to go over, and then we
13   can take a short break.  Again, the Court was listing
14   examples as it put it on how the defendants had
15   "failed to put forth information regarding the
16   activities it would undertake to restore VOA
17   programming, such that USAGM fulfills a statutory
18   mandate."  We looked at one example, which was --
19        A    Where -- I'm sorry, where are you?
20        Q    Sure.
21        A    Sorry for interrupting.
22        Q    I'm still on page 4.
```

Page 230

1       A     Okay.

2       Q     We had just talked about the example that's

3    listed second, which was Latin American broadcasting

4    with shortwave.  Let's go to the third one; I'm just

5    going to quote again.

6            "The defendants have never explained the

7    decision to exclude Africa from their plan to run VOA.

8    They emphasize the 'absence of any clear directive' to

9    broadcast to those regions, but that does nothing to

10   explain the Agency's emphasis decision making process

11   in taking the drastic action of cutting out those

12   regions wholesale."

13           That's what it says here; right?

14       A     That's what it says, yes.

15       Q     And is VOA broadcasting to anywhere in

16   Africa?

17               MS. STOUT:  Objection; lack of

18   foundation.

19               THE WITNESS:  No.

20   BY MR. BOURLAND:

21       Q     Has it been at any point since you rejoined

22   the Agency?

Page 231

1        A    No.

2        Q    Were you involved in any decision regarding

3    broadcasting in Africa, whether or not to do it?

4                    MS. STOUT:  Object to form, lacks

5    foundation.

6                    THE WITNESS:  Those decisions were made

7    before my arrival.

8    BY MR. BOURLAND:

9        Q    Do you have any insight into why leadership

10   decided to stop broadcasting to Africa?

11                   MS. STOUT:  Object to form, lacks

12   foundation.

13                   THE WITNESS:  Yes.

14   BY MR. BOURLAND:

15       Q    And what is that?

16       A    It's --

17                   MS. STOUT:  And to the extent your

18   understanding or any decision was based on

19   attorney-client privilege or communications with

20   attorneys, I would instruct you not to answer.  But if

21   you have an understanding about the why behind the

22   decision that is separate and apart from any

1    attorney-client communication, then you can answer to

2    that extent.

3                    THE WITNESS:  Okay.  It's -- it's very

4    simple.  There's no statutory requirement, so it

5    was -- it fell outside the statutory minimum

6    requirement.

7    BY MR. BOURLAND:

8        Q    All right.  just one more question about

9    that.  Let's turn to -- I think it's actually the

10   other declaration that we haven't introduced yet.  So

11   let's just grab that real quick.  It's F as in Frank.

12                   All right.  Mr. Wuco, you've just been

13   handed a document that we are marking as Wuco Exhibit

14   6.

15                   (Wuco Exhibit 6 was marked for

16                   identification.)

17                   Take a second to just quickly look at it so

18   you can familiarize yourself with it.  You don't have

19   to read through the whole thing because I'm not going

20   to ask you a lot of questions about it.

21       A    Yeah.  Okay.

22                   THE WITNESS:  Bless you.

Page 233

1                    MR. KHOJASTEH:  Thank you.

2                    THE WITNESS:  Did you get that?

3                    THE REPORTER:  Yeah, we got it.

4                    THE WITNESS:  Okay.  Yeah, I'm familiar

5      with this document.

6      BY MR. BOURLAND:

7           Q    All right.  You've had a chance to review

8      the document that has been marked as Wuco Exhibit 6;

9      yes?

10          A    Yeah -- yeah, review.

11          Q    Generally?

12          A    Precursor, yeah.

13          Q    Okay.  And what do you understand this

14     document to be?

15          A    A follow-on declaration from Ms. Lake.

16          Q    So this is a declaration from Ms. Lake,

17     dated July 18, 2025; right?  Is that right?

18          A    Yes.

19          Q    All right.  And it's a little bit confusing

20     because I did these out of order, but this is actually

21     the -- I can represent to you the first declaration

22     that she put in.  Because if we look back at Wuco

```
                                            Page 234

  1    Exhibit 3, that one's dated August 13, 2025, so I just

  2    want to make sure we're both on the same page.

  3            Do you recall that there were two

  4    declarations submitted by Ms. Lake?

  5                 MS. STOUT:  Objection; lack of

  6    foundation.

  7                 THE WITNESS:  Yes.

  8    BY MR. BOURLAND:

  9        Q    And I believe earlier you had testified that

 10    you had provided some input into the other declaration

 11    we saw.  Is that also true for this one, the July 18th

 12    declaration?

 13        A    Yes.

 14        Q    Were there any specific subjects in this

 15    declaration that you had provided input regarding?

 16        A    Yes.

 17        Q    Which ones?

 18        A    In collaboration with the Office of

 19    Management Services in HR, paragraph 5; with regards

 20    to the 50 States initiative, paragraph 8; with regards

 21    to editorial responsibilities, paragraph 9; with

 22    regards to technical transmission, particularly
```

Page 235

1    shortwave and medium wave, paragraph 11.

2          And -- and that's it.  The rest, I -- I did

3    have an opportunity to review before transmission as

4    part of the front office process that I -- that I also

5    oversee.

6          Q    Right.

7          A    I'm talking executive secretarial --

8    secretariat-type processes.

9          Q    So you had a chance to review this complete

10   declaration before it was filed?

11         A    Yes.

12         Q    Well, turning to paragraph 13, which

13   addresses the last topic we were discussing, which is

14   Africa broadcasting.  Let me just read that, ask you a

15   couple questions, and then we can take a short break.

16         It says, "As discussed, USAGM is determined

17   pursuant to its discretion at presidential directive

18   to reduce the Agency's functions to the statutory

19   minimum in an effort to streamline functions and make

20   operations more efficient.  Consistent with those

21   USAGM and administration priorities, USAGM has decided

22   not to broadcast into Africa at this time because

Page 236

1    USAGM is not statutorily required to broadcast into

2    Africa.

3           USAGM made this decision after considering

4    several factors, including its statutorily required

5    functions, the desire to streamline operations, the

6    statute's broadcasting principles, which state USAGM's

7    broadcasting through VOA should not duplicate the

8    activities of either private United States

9    broadcasters or government supported broadcasting

10   entities of other democratic nations, and the fact

11   that major news networks, such as CNN International,

12   already broadcast into Africa and have done so for

13   some time at this point."

14          Did I read that long passage accurately?

15   A    You did read that accurately, yes.

16   Q    Okay.  I want to focus on the last part

17   there.  Here, Ms. Lake explained the rationale behind

18   the decision not to broadcast into Africa at this

19   time.  And at the end she said that one factor was

20   "The fact that major news networks such as CNN

21   International already broadcast into Africa and have

22   done so for some time at this point."

1           Did you discuss this factor here at other

2     major news networks such as CNN International already

3     broadcasted to Africa?  Did you discuss that with Ms.

4     Lake?

5                     MS. STOUT:  Objection; lack of

6     foundation.

7                     THE WITNESS:  I don't recall

8     discussions.

9     BY MR. BOURLAND:

10          Q     About this?

11          A     About that particular sentence, yeah.

12          Q     Are you familiar with CNN International?

13          A     I am.

14          Q     What language do they broadcast in; do you

15     know?

16                     MS. STOUT:  Objection; lack of

17     foundation.

18                     THE WITNESS:  Primarily English.  I

19     don't know if they broadcast in other languages.  I

20     believe they broadcast in Spanish, but I'm not sure.

21     BY MR. BOURLAND:

22          Q     And just to be specific, do you know whether

Page 238

1    CNN International broadcasts in any other languages
2    other than English that are spoken in Africa?
3         A    I'm not aware.
4         Q    And here, in Ms. Lake's declaration, she
5    said, "major news networks such as CNN International."
6    Do you know whether the Agency had considered any
7    other private broadcasters when making this decision
8    not to broadcast in Africa?
9                    MS. STOUT:  Objection; lack of
10   foundation, asked and answered, and calls for
11   speculation.
12   BY MR. BOURLAND:
13        Q    Do you know?
14        A    I -- I can only state that I know of similar
15   news organizations.
16        Q    Such as what?
17                    MS. STOUT:  Objection; vague.
18                    THE WITNESS:  I mean BBC World Service.
19   BY MR. BOURLAND:
20        Q    Do you know if the BBC World Service
21   broadcasts in languages other than English that are
22   spoken in Africa?

Page 239

1          A     I don't know if they broadcast in other

2     languages.

3                    MR. BOURLAND:  Okay.  Let's take

4     another short break.

5                    MS. STOUT:  Yeah.

6                    THE REPORTER:  Okay.  We are off record

7     at 2:56 p.m.

8                    THE VIDEOGRAPHER:  Okay.  This marks

9     the end of media unit No. 4.  Going off the record.

10    The time is 14:56 p.m.

11                    (Off the record.)

12                    THE VIDEOGRAPHER:  This marks the

13    beginning of media unit No. 5.  Going back on the

14    record.  The time is 15:13 p.m.

15                    MR. BOURLAND:  Great.

16    BY MR. BOURLAND:

17         Q    All right.  So we're back on the record, Mr.

18    Wuco, after a short break.  And let's get the right

19    document in front of me here.  One second.

20              All right.  Let's go back to Ms. Lake's

21    August 13, 2025 declaration, which we had marked as

22    Wuco Exhibit 3.  So that was the declaration we spent

Page 240

1    the most time with -- Ms. Lake's declaration we spent

2    the most time with earlier today.  Let me know when

3    you have that in front of you.

4        A    I do.

5        Q    All right.  If you can turn to page 7 of

6    that document, I'd like you to take a second just to

7    review paragraph 16, which is on page 7 of that

8    document, and let me know when you've had a chance to

9    read that.

10       A    Okay.

11       Q    All right.  So you just had a chance to read

12   paragraph 16 of Ms. Lake's August 13th declaration;

13   right?

14       A    Yes.

15       Q    And to summarize here, it describes efforts

16   to reach an agreement with One American News Network,

17   and ongoing discussions with Newsmax to share their

18   content on USAGM broadcasters; yes?

19           MS. STOUT:  Objection; mischaracterizes

20   the document.

21   BY MR. BOURLAND:

22       Q    Is that an accurate way to describe what it

Page 241

1    describes here?

2         A    Could you repeat it?

3         Q    Sure.  Ms. Lake here described efforts to

4    reach an agreement with One American News Network and

5    engage in discussions with Newsmax to share their

6    content on USAGM broadcasters.

7                   MS. STOUT:  Objection; mischaracterizes

8    the document.

9                   THE WITNESS:  I'll state that's what

10   this says, yes.

11   BY MR. BOURLAND:

12        Q    Okay.  Are you familiar with -- let's start

13   with one American News Network, which I'm just going

14   to refer to as OAN.  Are you familiar with that

15   network?

16        A    Yes.

17        Q    And it also mentions another network here

18   called Newsmax; are you familiar with that one?

19        A    Yes.

20        Q    Have you watched any broadcasting from OAN

21   before?

22        A    Not once.

Page 242

1        Q    Have you watched any broadcasting from
2    Newsmax before?
3        A    Yes.
4        Q    Have you also ever appeared in a Newsmax
5    broadcast yourself before?
6        A    No, not to my knowledge.  I've -- I've done
7    television hits in the past, many, but I don't believe
8    I ever did a Newsmax hit.
9        Q    Is it possible that you appeared on Newsmax
10   approximately ten years ago?
11       A    It's possible.  I've -- I've done a lot of
12   TV hits that I don't recall.
13       Q    All right.  Let's start with OAN.  To your
14   knowledge, does OAN have a particular political
15   editorial perspective?
16                 MS. STOUT:  Objection; lack of
17   foundation.
18                 THE WITNESS:  As I stated, I've never
19   watched OAN.  Not a -- not a single minute.
20   BY MR. BOURLAND:
21       Q    I'm not asking if you watched it before.
22   It's possible you have knowledge otherwise.  So just

Page 243

1    my question, specifically, do you know whether OAN has

2    any particular editorial perspective?

3        A    No.

4        Q    How about Newsmax?  You have watched Newsmax

5    content before; right?  I can't remember your answer;

6    I'm just trying to reorient myself.

7        A    Yes, I've watched Newsmax.

8        Q    Okay.  Does Newsmax have any particular

9    editorial or political perspective?

10       A    Editorially, their perspective is

11   conservative.  I will say that they're, if I may,

12   they're -- they're -- I'm looking for the term for

13   hard news coverage, is pretty benign politically.

14       Q    So when you refer to their editorial

15   perspective being -- by their, I mean Newsmax -- their

16   editorial perspective being conservative, what content

17   were you referring to?

18       A    Non hard news programs, though the -- I'm

19   sorry.

20       Q    Sure.

21       A    Hosted predominantly by conservative

22   personnel, but they do, in my opinion, a very good job

Page 244

1    of -- of coverage and opposing views.

2        Q    Just focusing on Newsmax's editorial, so non

3    hard news content, would you, based on your

4    understanding, describe that content as pro-Trump

5    administration?

6                MS. STOUT:  Objection; lack of

7    foundation.

8                THE WITNESS:  Yeah.  I -- I don't want

9    to make that determination here.

10   BY MR. BOURLAND:

11       Q    Why not?

12       A    Because it is not relevant to this.

13       Q    That's not really responsive to my original

14   question.  Whether or not it's relevant is not a

15   reason to not answer a question.  So do you have an

16   impression one way or the other of whether Newsmax in

17   its non hard news coverage, its editorial coverage, is

18   what you would call pro-Trump administration?

19               MS. STOUT:  Object to form; vague.

20   BY MR. BOURLAND:

21       Q    You can answer.

22               THE WITNESS:  I'm sorry, what was the

Page 245

1  objection?

2                 MS. STOUT:  Vague.

3                 THE WITNESS:  I would say year over

4  year now for Newsmax, decade over decade, in totality,

5  seeing as how President Trump, at times, has not been

6  a political force to be covered, I would say you --

7  Newsmax, their editorial content and non hard news

8  content leans conservative.

9  BY MR. BOURLAND:

10      Q    So not looking at it year over year in the

11  totality, but now, what would be your answer to that

12  question in terms of its broadcasting now?

13                 MS. STOUT:  Same objection.

14                 THE WITNESS:  Yeah, my observation

15  is -- is being a news organization whose non hard news

16  content leans conservative.  By that implication, a

17  conservative president would receive a good share of

18  attention.

19  BY MR. BOURLAND:

20      Q    And Trump is a conservative president in

21  your view?

22      A    Yes.

Page 246

1      Q    So by that logic, is it your understanding

2    that President Trump receives favorable coverage on

3    Newsmax?

4                 MS. STOUT:  Objection; calls for

5    speculation and lack of foundation.

6                 THE WITNESS:  And I have to say, my --

7    having watched Newsmax before, I will fully confess

8    that I have not watched Newsmax once either since I've

9    been here -- and I don't think I've watched

10   Newsmax -- maybe I watched some of their election

11   coverage, but I haven't watched Newsmax since.  Sorry

12   to them, but I have to manage my time.

13   BY MR. BOURLAND:

14      Q    Turning back to Ms. Lake's declaration that

15   we were just looking at, that's the August 13th one,

16   which is Wuco Exhibit 3.  We were looking at paragraph

17   16.  Let me ask you a couple more questions about

18   that.

19      A    I'm sorry, which?

20      Q    Paragraph 16, where we were before, where it

21   discusses OAN and Newsmax.

22                 THE REPORTER:  I'm sorry.  That is a --

Page 247

1   I was going to redo that one.  It's a three.

2                    THE WITNESS:  That is a three.

3                    THE REPORTER:  I -- I made a note for

4   myself, so sorry about that.

5                    THE WITNESS:  Is that broadcasting in

6   English?

7                    MR. BOURLAND:  It's in a cipher.

8                    THE REPORTER:  Arabic numerals, yes.

9   BY MR. BOURLAND:

10       Q    All right.  Are we in the same place?

11       A    Paragraph 16?

12       Q    Yes.

13       A    Yes.

14       Q    Okay.  All right.  It says here that "USAGM

15   is also taking steps to supplement content by

16   contracting with domestic news networks to obtain

17   lawful permission to use, translate, and disseminate

18   their content on USAGM means of transmission."  That's

19   what it says at the beginning of this paragraph;

20   right?

21       A    That's what it says, yes.

22       Q    Are there any ongoing efforts right now at

                                                        Page 248

1    USAGM to use, translate, and disseminate any content

2    from OAN or Newsmax?

3                    MS. STOUT:  Objection; lack of

4    foundation.

5                    THE WITNESS:  Addressing USAGM, within

6    VOA, I -- I do not know.  I will say that based on my

7    knowledge that -- of -- you see, we're talking about

8    USAGM now; right?  So now, we -- we can't -- I guess

9    I'm going to use the Court's words -- irrationally

10   bifurcate VOA and OCB, because they're both under

11   USAGM -- that there is some video content from OEN

12   that is used by OCB from their international coverage.

13   And -- and they actually like the quality of the -- of

14   the -- the video content.

15   BY MR. BOURLAND:

16       Q    So just to clarify that one piece to your

17   answer, just to make sure I understand, there is

18   currently at least some OAN international coverage

19   that's being broadcast on Office of Cuba

20   Broadcasting's video?

21       A    No, that's not what I said.  I don't -- I

22   don't think they're using --

Page 249

1          Q    Okay.  I didn't understand.

2          A    I just believe that they're -- you know, and

3     they have permission to do so.  If there's coverage of

4     some event happening in some part of the world, that

5     they can snip portions of video and content to use

6     that in the creation of their -- of their content.

7          Q    And their content, in that last sentence,

8     you're referring to OCB specifically?

9          A    Yes.

10         Q    Okay.  And is -- I believe you just

11    testified they're able to do that.  Do you know

12    whether that's in fact happening in their

13    broadcasting?

14         A    I -- I believe so.  Based on favorable

15    commentary -- favorable commentary that I've gotten

16    from OCB on the -- the video content, and the

17    international coverage of O -- that OAN provides,

18    yeah.

19         Q    What do you mean by favorable commentary;

20    what does that mean?

21         A    Oh, that they like it.  You know, the

22    quality's good.  The quality of the -- you know,

Page 250

1  again, if there's an event that they're covering in --

2  in a foreign country or something like that -- that

3  they're -- that they're also covering, you know, that

4  they like the production value of -- of OAN, you know,

5  video.  I don't know about commentary, but certainly

6  they like the -- the video segments.

7          Q    When OAN uses this content, they have -- let

8  me take that back.  I'm getting my O acronyms mixed

9  up.

10         When OCB uses this content that they get

11 from OAN, are they broadcasting just the video, the

12 video with sound from OAN, or something else?

13         A    I don't know.

14         Q    Do you -- is the plan for OCB or VOA to use

15 any editorial content from either OAN or Newsmax in

16 its broadcast?

17              MS. STOUT:  Object to form, lack of

18 foundation.

19              THE WITNESS:  And I don't know.

20 BY MR. BOURLAND:

21         Q    Have you been involved in the Agency's

22 efforts to bring in content from OAN or Newsmax?

Page 251

1          A     I was not here when the OAN agreement was

2    reached.  USAGM actually has -- even before we got

3    here, and for many years -- has an existing

4    relationship with Newsmax, independent of, you know, a

5    political party occupying the White House, for similar

6    content.  So -- so far as I know, there's -- there has

7    been an existing relationship with Newsmax managed by

8    USAGM in the past.

9          Q     And have you been involved in any

10    negotiations with Newsmax, trying to bring them on

11    board?

12          A     No.

13          Q     Has anyone else at the Agency that you know

14    of?

15          A     Yes.

16          Q     Who?

17          A     She is -- had been on admin leave, put in

18    for early -- well, she accepted the retirement option,

19    but our former business development director, Joan

20    Mower.

21          Q     Was that Joan Mower?

22          A     Joan, J-O-A-N Mower, who by the way, was

Page 252

1   very outspoken on the Agency during both of my -- both

2   administrations, particularly the -- the first Trump

3   administration; I'll just say as a side note.

4           But she approached me, I don't remember the

5   date, indicating that she had received a -- a call or

6   an e-mail or something from Newsmax asking if, you

7   know, we, that is USAGM, would be interested in -- in

8   using their content.

9       Q    So did this idea come from Newsmax first?

10              MS. STOUT:  Objection; lack of

11  foundation, calls for speculation.

12              THE WITNESS:  To the best of my

13  knowledge, the conversation was initiated by Newsmax

14  to Joan Mower directly.  A career GS-15, by the way,

15  in our technology services branch.  And she ran our --

16  our business development operations.

17              I will say that Ms. Mower also -- if

18  slightly off topic -- having discussed many

19  systemic -- and I mean grave problems with the Agency

20  that I discovered during the first Trump

21  administration, during my introductory -- introductory

22  conversation with her coming aboard, her quote -- her

Page 253

1    phrase to me was, "Welcome to USAGM, pound for pound,

2    the most corrupt agency in Washington D.C."  And

3    that's a quote.  And she was right.  She was a -- a

4    very active career senior employee.

5    BY MR. BOURLAND:

6        Q    Based on your experience at the Agency, is

7    it your opinion that broadcasting OAN and Newsmax

8    content comports with the VOA charter?

9                    MS. STOUT:  Objection; lack of

10   foundation.

11                   THE WITNESS:  Yeah, there's really no

12   way I can answer that question contextually or

13   completely.  So it's too many variables.

14   BY MR. BOURLAND:

15       Q    Are you familiar with the VOA charter?

16       A    I am.

17       Q    Is there any plan to use content from OAN,

18   Newsmax, or any other private broadcaster to replace

19   original content produced by full-time employees?

20                   MS. STOUT:  Object to form; lack of

21   foundation.

22                   THE WITNESS:  No, there is no plan to

Page 254

1    do that.

2    BY MR. BOURLAND:

3        Q    Does Newsmax broadcast in any languages

4    other than English, to your knowledge?

5                    MS. STOUT:  Object to form; lack of

6    foundation.

7                    THE WITNESS:  I don't know.

8    BY MR. BOURLAND:

9        Q    What about OAN?

10                   MS. STOUT:  Object to form; lack of

11   foundation.

12                   THE WITNESS:  I don't know.

13                   MR. BOURLAND:  I think we'll stop and

14   just check our notes, but we might be done for today.

15   Okay.  So maybe it'll actually be five minutes.

16                   THE REPORTER:  All right.  We're going

17   off the record at 3:33 p.m. and 33 seconds.

18                   THE VIDEOGRAPHER:  This marks the end

19   of media unit No. 5.  Going off the record.  The time

20   is 15:33 p.m.

21                   (Off the record.)

22                   THE VIDEOGRAPHER:  This marks the

Page 255

1    beginning of media unit No. 6.  Going back on the

2    record.  The time is 15:39 p.m.

3                    MR. BOURLAND:  All right, Mr. Wuco.

4    We're back on the record just to say that we have no

5    further questions for you today.  Thank you.

6                    THE WITNESS:  Thank you.

7                    MS. STOUT:  And we just had a few

8    questions for redirect.

9                    THE VIDEOGRAPHER:  Okay.

10                    MR. BOURLAND:  Okay.

11                        EXAMINATION

12   BY MS. STOUT:

13       Q    Mr. Wuco, do you remember the discussion we

14   just had about One American News Network?

15       A    I do.

16       Q    Have you ever directed OCB to use OAN

17   content?

18                    MR. BOURLAND:  Objection to the form.

19                    THE WITNESS:  I -- no, I have not.

20   BY MS. STOUT:

21       Q    Have you ever directed Voice of America to

22   use OAN content?

```
                                              Page 256

 1                    MR. BOURLAND:  Objection to form.

 2                    THE WITNESS:  I have not.

 3      BY MS. STOUT:

 4           Q    Have you ever given any direction to OCB

 5      about what content it should produce or broadcast?

 6                    MR. BOURLAND:  Objection; form.

 7                    THE WITNESS:  No.

 8      BY MS. STOUT:

 9           Q    Have you ever given any direction to Voice

10      of America as to what content it should broadcast?

11           A    No.

12                    MR. BOURLAND:  Same objection.

13                    THE WITNESS:  On -- on OCB, we have

14      discussed responsibilities in response to the

15      President's national security presidential directive,

16      NISPOM 5, and that is our national strategy with

17      regards to Cuba, where OCB is specifically and

18      directly enumerated in that document as a -- an

19      instrument of soft power instrument of the overall

20      NISPOM strategy.  So we've had general discussions

21      about that.

22      //
```

Page 257

BY MS. STOUT:

2      Q    Okay.  Have you -- but you've never directed

3  the content or the substance?

4      A    No -- no.  Never told them what they have to

5  cover or, you know, no.

6      Q    Great.  And just so the record's clear, let

7  me finish my question really fast, Mr. Wuco.

8      A    Sorry.

9      Q    You've never directed the content or the

10  substance of what OCB has to broadcast?

11      A    No.

12              MR. BOURLAND:  Objection; form.

13              THE WITNESS:  Sorry.

14              MR. BOURLAND:  That's okay.  It's hard

15  to switch roles also.

16              THE WITNESS:  I'm just now realizing

17  that it works both ways.

18  BY MS. STOUT:

19      Q    And do you recall testifying earlier today

20  about the use of FTEs or full-time employees on

21  administrative leave in connection with the surge in

22  Iran coverage?

                                                    Page 258

1        A    I do.  FTEs were called from administrative

2    leave, yes.

3        Q    And how, if at all, will the Agency be able

4    to meet its statutory requirements after the RIF if

5    another need for surge arises?

6                    MR. BOURLAND:  Objection; form, calls

7    for legal conclusion.

8                    Go ahead.

9                    THE WITNESS:  Well, two ways.  PSCs in

10    one -- is one way.  And I anticipate we will rely

11    heavily on the PSC option to surge to requirements,

12    whether it's the ones that we have now developing for

13    Korea and Russia, or breaking news type requirements.

14    So PSCs.

15                    For the current -- staff, it's -- it's

16    just a matter of managing the workforce to provide

17    the -- the results that we want.

18                    MS. STOUT:  Nothing further from

19    Defendants.

20                    MR. BOURLAND:  Yeah, we're good.

21    Thanks.

22                    MS. STOUT:  Great.  Thank you.

Page 259

1                      THE REPORTER:  Okay.  Before we go off

2      the record, I'm just going to make a -- just -- it's a

3      lot of just general questions about transcripts.

4                      So would you like to order a

5      transcript, or the DOJ has its own -- well, would you

6      like to order a transcript of this?

7                      MS. STOUT:  If you could, yeah, send me

8      an e-mail, that'd be great.  Yes, thank you.

9                      THE REPORTER:  Okay.  Will do.  And

10     we -- I have your e-mail so --

11                     MS. STOUT:  I think so.

12                     THE REPORTER:  Okay.  Excellent.  Thank

13     you.

14                     MS. STOUT:  And you're with the DOJ as

15     well, so --

16                     MS. STOUT:  We're all together, yeah.

17                     UNIDENTIFIED SPEAKER:  I don't need to

18     order.

19                     THE REPORTER:  Okay.

20                     MR. BOURLAND:  I think we have a

21     standing -- whatever the order is then for the last

22     one.

```
                                        Page 260
 1                  UNIDENTIFIED SPEAKER:  Yeah, I know --
 2      but I know we won't.
 3                  MR. BOURLAND:  We're all together.
 4                  THE REPORTER:  Okay.  All together?
 5                  UNIDENTIFIED SPEAKER:  Yes.
 6                  MR. BOURLAND:  Yeah.
 7                  THE REPORTER:  Okay.  All right.  Thank
 8      you.  And just a few more spellings, but I can do that
 9      off the record.
10                  MR. BOURLAND:  Okay, good.
11                  THE VIDEOGRAPHER:  -- this concludes
12      today's testimony given by Frank Wuco.  The total
13      number of media units used is 6, and will be retained
14      by Veritext.
15
16                  (Whereupon, at 3:43 p.m., the
17                  proceeding was concluded.)
18
19
20
21
22
```

Page 261

1              CERTIFICATE OF DEPOSITION OFFICER

2              I, AUSTIN K. WHITE, the officer before whom

3    the foregoing proceedings were taken, do hereby

4    certify that any witness(es) in the foregoing

5    proceedings, prior to testifying, were duly sworn;

6    that the proceedings were recorded by me and

7    thereafter reduced to typewriting by a qualified

8    transcriptionist; that said digital audio recording of

9    said proceedings are a true and accurate record to the

10   best of my knowledge, skills, and ability; that I am

11   neither counsel for, related to, nor employed by any

12   of the parties to the action in which this was taken;

13   and, further, that I am not a relative or employee of

14   any counsel or attorney employed by the parties

15   hereto, nor financially or othe:       *Austin White*

16   outcome of this action.

17                            AUSTIN K. WHITE

18                   Notary Public in and for the

19                         District of Columbia

20

21

22

Page 262

1                CERTIFICATE OF TRANSCRIBER

2           I, MOLLY MCCOLM, do hereby certify that this

3      transcript was prepared from the digital audio

4      recording of the foregoing proceeding, that said

5      transcript is a true and accurate record of the

6      proceedings to the best of my knowledge, skills, and

7      ability; that I am neither counsel for, related to,

8      nor employed by any of the parties to the action in

9      which this was taken; and, further, that I am not a

10     relative or employee of any counsel or attorney

11     employed by the parties hereto, nor financially or

12     otherwise interested in the outcome of this action.

13

14

15                                MOLLY MCCOLM

16

17

18

19

20

21

22

[& - 2:56]                                                                    Page 1

| & | | | |
|---|---|---|---|

**&** 3:8

**0**

**00887** 1:13
8:17

**1**

**1** 7:9 8:10
15:17,18,20
16:6 29:4,9
51:9 54:19
59:6
**100** 223:18
**10020** 3:10
**1015** 1:7 8:16
**10:02** 51:6,10
**10:17** 51:14
**11** 7:3 217:15
235:1
**11:40** 121:12
**11:41** 121:15
**12** 115:13,14,19
183:6
**12:01** 121:19
**12:58** 173:2,6
**13** 80:13 82:13
82:15,21 83:5
84:4,11 86:13
96:12 182:15
217:21 234:1
235:12 239:21
**13:43** 173:10

**13th** 82:14 83:5
92:3 122:20
123:11 127:3,3
240:12 246:15
**1400** 55:16
**14:56** 239:10
**15** 7:9 140:9
149:4 187:1,19
188:13 217:16
252:14
**15180** 5:6
**15:13** 239:14
**15:33** 254:20
**15:39** 255:2
**16** 182:16,20,21
183:6 240:7,12
246:17,20
247:11
**1612** 3:18
**1625** 4:7
**17** 8:4
**18** 2:3 233:17
**18th** 234:11
**19** 19:4 27:20
59:8,16
**191** 7:14
**1st** 31:16

**2**

**2** 7:10 51:13
57:9,21 58:1,8
74:3 78:12,12
96:5,6 97:21
115:22 121:14

128:7 182:12
196:15 204:10
207:8 216:18
219:19 220:11
222:4
**20** 210:10
**20003** 5:7
**20006** 3:19
**2001** 27:20
30:2
**20036** 4:8
**20037** 2:7 4:17
**2004** 30:2
31:16,18
**2010** 31:10,18
**2014** 32:3
37:14 38:1,3
**202** 3:21 4:10
4:19 5:21,22
6:10
**2020** 37:11
38:3 42:10
45:1
**2021** 45:2
**20237** 6:7
**2024** 20:7
**2025** 2:3 8:4
19:3,4 20:8
57:5 59:8,16
61:13,17 80:13
86:13 96:12
105:10 107:20
118:18 129:19
130:9 149:7

158:4 177:7,9
187:6 188:16
189:1 190:16
233:17 234:1
239:21
**20530** 5:18
**21** 87:4,6
**2100** 2:6 4:16
8:18
**212** 3:12
**213** 7:17
**21st** 118:8
**23** 27:1
**232** 7:19
**232.19** 177:8
**24** 97:22 98:11
103:21 117:8
**25** 1:7,13 8:16
8:17 194:20
225:18
**250** 185:9,17
**255** 7:4
**25728** 262:14
**260** 177:18
178:11 179:1
180:5,18
**260.032** 177:6
**27** 86:5,17
190:16
**27th** 195:2
**28** 177:5
**2:56** 239:7

**3**

**3** 7:11 55:9,9
55:11 79:22
80:1 96:6
98:19 121:18
173:5 177:4
204:12 219:19
234:1 239:22
246:16
**30** 140:9,17
149:2 172:15
184:12 187:6
188:16 189:1
**301** 5:10
**33** 217:6
254:17
**330** 6:6
**34614** 261:16
**35** 217:10
**3:33** 254:17
**3:43** 260:16
**3rd** 212:8,13
213:20

**4**

**4** 7:13 97:20
101:21 115:21
131:1 132:7
167:8 173:9
191:9,12,17
195:8 196:14
209:9 210:10
219:19 220:12
225:17,19

229:22 239:9
**4,000** 55:16
**400** 2:6 4:16
**457-0034** 3:21

**5**

**5** 7:15 29:9
55:10,14 82:14
213:14,15
220:17 221:22
234:19 239:13
254:19 256:16
**50** 182:16,17
183:1,2,6,14,19
184:18,21
186:2,8 187:15
234:20
**514-0486** 5:22
**514-2000** 5:21
**523-8287** 5:11
**58** 7:10

**6**

**6** 7:18 82:22
84:3,21 232:14
232:15 233:8
255:1 260:13
**600** 5:6
**68** 217:20
**6th** 29:15

**7**

**7** 240:5,7
**7/8/2025** 7:19

**741-9316** 5:10
**7583811** 2:9
**763-5000** 3:12
**775-5900** 4:10
**778-1800** 4:19

**8**

**8** 177:9 194:19
225:18 234:20
**8/13/2025** 7:12
**80** 7:12
**81** 217:22
**8th** 3:9 190:20
192:5 195:5
196:15 203:12
203:15 207:8
221:1

**9**

**9** 177:4 234:21
**9/11** 29:22
**920-2000** 6:10
**925** 5:11
**950** 5:17
**970** 34:22
37:19
**9:11** 2:4 8:3

**a**

**a.m.** 2:4 8:3
51:6,10,14
121:12,15
**aa** 82:22 84:12
87:14

**abady** 3:8
**abide** 214:14
**abiding** 109:9
**abigail** 5:14
10:2
**abigail.stout**
5:19
**ability** 77:22
96:12,19 98:21
117:21 136:19
137:1,12
152:15 163:18
180:13 209:18
210:7 261:10
262:7
**able** 99:10
152:3 178:8
249:11 258:3
**aboard** 252:22
**above** 177:10
218:4
**abramowitz**
1:10 4:12 8:14
9:16
**absence** 230:8
**absent** 10:21
**absolute** 14:7
44:6
**absolutely** 33:5
59:4 103:10
**abuse** 53:13,13
**abuses** 56:2,3,3
**accelerated**
144:4,5

**[accepted - administrative]** Page 3

**accepted**
  251:18
**accepting**
  153:11
**access** 55:7,12
  102:4,12,15,17
  104:13 105:11
  105:20 152:3
  210:8,13
**accessible**
  131:5 152:2
**accomplish**
  101:19
**accountability**
  3:17 56:4
  169:22
**accounts**
  111:22
**accuracy** 77:12
  81:12 84:2
**accurate** 35:7
  59:3,20 61:8
  67:21 68:7,10
  68:12,19 78:19
  81:9 83:13
  84:14,17 85:18
  86:16 93:22
  97:11 98:3
  102:8 108:22
  117:8 154:20
  204:20 206:9
  209:15 213:2
  223:18 240:22
  261:9 262:5

**accurately** 20:9
  96:14 155:1
  236:14,15
**acknowledge...**
  10:19
**acres** 146:12
**acronyms**
  250:8
**act** 224:1,2
**acting** 25:16
  48:9,11,13
  49:4 60:20
  61:3 65:15
  66:4 71:13,15
  71:20 72:4
  88:17
**action** 67:15
  69:17 114:22
  126:7 224:3
  230:11 261:12
  261:16 262:8
  262:12
**actions** 64:7
  67:3,13 223:9
  224:6,9 225:2
  225:6,11
**active** 69:21
  253:4
**actively** 89:18
  92:10
**activities** 65:18
  78:3 79:2,5
  111:18 148:2
  226:3 229:16

  236:8
**activity** 110:3
  148:8 165:22
**actual** 47:18
  74:21 89:14
  132:14 164:5
**actually** 27:20
  47:13 86:11
  95:4 108:12
  122:9 157:3
  168:11 186:1
  187:15 232:9
  233:20 248:13
  251:2 254:15
**adapted** 39:13
**adapting** 39:7
**add** 66:3 146:1
  167:3
**addition** 128:3
  131:14
**additional** 69:5
  199:9 217:10
**additionally**
  10:21
**address** 12:14
  145:1 223:6
  224:20
**addressed**
  185:10 216:21
**addresses**
  235:13
**addressing**
  248:5

**adjudication**
  55:4
**admin** 21:15
  69:20 89:13
  90:10,14,19
  91:1 92:11,17
  92:21 93:10,13
  94:11,21 95:6
  97:10 99:12
  100:1,6,17
  101:5 103:22
  104:14 105:11
  105:21 106:2
  107:13 120:18
  125:4 136:5
  251:17
**administer**
  10:19
**administration**
  19:8 37:3
  38:21 40:11
  45:8,16,22
  46:9,16 47:11
  47:17 49:7
  50:1 59:14
  64:13 235:21
  244:5,18 252:3
  252:21
**administrations**
  252:2
**administrative**
  65:4,21 66:2
  89:18 94:12
  102:19 155:20

[administrative - america]                                    Page 4

180:20 181:4,6
181:8 182:1,8
189:8 195:13
257:21 258:1
**admissions**
177:10
**advantage**
39:21
**adversarial**
30:18
**advice**  17:17,18
20:15,19 74:14
193:6 194:2,5
223:14 224:8
224:11,16
225:1,7
**advisable**
117:19
**advise**  21:8
56:20 61:13
**advised**  20:22
51:20
**advising**  19:11
19:12,14,18
20:2,14 41:13
52:14 53:3
56:8,20 61:10
**advisor**  12:12
20:22 40:15
42:6 47:10
59:7,20 60:13
64:9,11 91:9
**advisory**  51:21
52:5 217:12

**affairs**  185:4
188:5
**affect**  67:3
180:13
**affiliations**  9:5
**afghan**  141:2
**afghanistan**
128:16 138:10
138:17,18,21
140:18,22
141:7,10
142:13 144:11
147:19 148:5,9
148:12 149:4,6
149:14 150:7
172:13 217:14
**afl**  4:3,6
**africa**  230:7,16
231:3,10
235:14,22
236:2,12,18,21
237:3 238:2,8
238:22
**afscme**  4:6
**afscme.org**  4:9
**aftermath**
208:14,19
**agana**  29:8
**agency**  6:2,5
10:7,11 12:11
19:7,14 21:9
24:2 26:12
43:9 44:2,8,20
45:6,9 54:15

54:21 55:17
56:7,14,21
60:5,10 61:5
61:11,13,18
63:12 64:9,13
64:18 65:5,11
65:22 67:12
68:14 74:15
75:21 77:21
88:22 89:8,19
90:10 103:20
104:10 105:7
108:5 136:20
145:3 157:13
159:3 170:19
170:19 174:7
177:22 178:21
179:2,20,22
180:14 182:3
183:17 184:5
186:7 192:15
193:22 196:20
198:19 200:22
202:13 220:4
221:22 223:4,6
223:11 224:4
228:3,9,15
230:22 238:6
251:13 252:1
252:19 253:2,6
258:3
**agency's**  168:6
170:17 230:10
235:18 250:21

**ago**  138:3
214:1 242:10
**agree**  8:8 11:1
197:9 205:13
**agreement**
185:22 240:16
241:4 251:1
**agreements**
185:2,2
**ahead**  15:3
38:13 50:7
52:19 103:17
118:2,15
123:17 127:11
205:21 258:8
**air**  29:8 73:7,11
96:11 97:3
122:20 127:3
195:16
**airstrikes**
107:4 208:15
208:19
**akdrake**  6:8
**al**  1:4,7,10,13
8:13,13,14,14
31:4
**allegations**
16:20
**allow**  180:6
**america**  18:5,6
18:13 25:20
44:4 46:18
78:16 83:9
100:4 131:16

134:21 135:9
139:5 149:13
151:4 158:3
161:12,20
162:11 174:22
175:7,21
184:12 226:9
226:16,17,18
226:21 227:6
255:21 256:10
**america's**
177:22
**american** 3:3,4
3:5 4:2,5 9:11
227:8 230:3
240:16 241:4
241:13 255:14
**amount** 27:14
153:16,20
177:9 180:18
180:22
**amounts**
135:15 178:8
180:13
**analysis** 39:7
40:4
**analytical**
30:15,17,20,22
**analyze** 136:18
**anna** 6:3 10:6
**annoying** 159:8
**answer** 14:4,8
14:10 15:2,3,9
17:8,10,13

18:11 19:22
21:5,13 22:18
24:8,10 34:2
39:3 45:13
48:2 53:8
60:17 62:17
67:12 69:2
70:8 72:8,11
74:13,17,18
80:6 84:9 86:2
95:17 100:21
104:20,22
105:16 108:6,9
109:8,19
110:19 111:9
111:14 112:6
112:20 113:13
117:20 119:11
124:18 127:18
129:3 131:9
132:21 133:15
134:18 135:7
136:9 137:8
150:13 152:13
152:14 157:14
160:20 163:17
165:10,14
167:21 170:8
170:11,14
178:7,17 179:8
180:11,12
181:3,13,20
188:1,19
192:16,19

193:18,22
194:4,8 198:15
200:4,8 202:16
207:1,13,17
215:2,8 219:9
219:12 223:12
223:16 224:9
224:11 225:8
225:10 231:20
232:1 243:5
244:15,21
245:11 248:17
253:12
**answered** 21:3
63:7 109:1
112:4 114:9,11
129:1,7 132:5
133:21 139:2
164:3 174:18
175:3,6 180:9
181:11 188:1
221:14 222:17
223:13 238:10
**answering**
111:4 171:12
**answers** 13:14
108:14
**anthony** 4:12
**anticipate**
258:10
**anticipated**
189:9 216:2
**anybody**
148:10

**anymore** 60:18
171:18
**apart** 108:8
165:12 170:12
192:18 224:22
231:22
**apologies**
127:17 137:5
189:7 220:18
**apologize**
200:17
**appear** 15:14
24:13
**appearance** 9:3
**appearances**
9:4
**appeared** 242:4
242:9
**appearing**
16:12
**appears** 226:13
**applicable** 11:5
**applies** 22:13
**appointed**
43:12 59:22
**appointee** 41:7
41:9
**appointment**
61:12
**approach**
123:7
**approached**
61:18 252:4

**appropriate**
67:15 68:14
177:18 205:7
205:12 209:19
210:7
**appropriated**
176:19 177:7
178:2,11 179:2
179:11
**approval** 126:7
126:11,15
**approve** 68:18
69:4
**approved**
108:17
**approximately**
23:12,14 32:4
32:6 161:11
177:8 217:21
242:10
**arabic** 247:8
**area** 217:9
**areas** 32:12
217:6
**arises** 258:5
**arms** 42:13,15
**array** 146:14
**arrival** 231:7
**arrived** 44:7
63:17,19 112:9
178:19 197:18
220:9
**aside** 76:10
227:14

**asked** 21:2
27:11 30:19
32:21 34:20
42:1 52:2,14
54:1 56:13
63:6 111:11
112:3 114:8
122:9 125:3
128:22 129:6
135:6 139:1
151:16 160:6
162:9 164:2
174:17 175:2
180:9 181:10
184:3 207:7
221:13 222:16
228:13 238:10
**asking** 14:4
17:1 21:22
22:4,19,20
23:5 24:9 76:6
76:22 101:1,1
104:6 105:1,4
108:15 109:3
123:19,20
124:14 128:8
156:11 160:20
161:2,10
170:16,17,18
174:9 180:3,4
193:2,6 197:8
197:21 199:14
200:10,12,15
201:2,12

203:19 204:3
206:6,7,17
208:2 209:8
214:17 224:16
225:2 242:21
252:6
**asks** 22:10
206:2
**assets** 166:5
**assign** 36:9
**assigned** 10:16
41:10 71:21
72:2,3
**association** 3:6
**associations**
40:3
**assume** 14:18
**assumption**
107:14 131:10
131:13 133:21
134:6 136:15
148:15,17,17
**assumptive**
212:3
**ate** 195:21
**attached** 212:7
215:9 216:6
220:16
**attachment**
213:19
**attempts** 45:8
45:16 46:1,17
47:2

**attended** 27:2
**attending** 10:8
**attention** 91:22
182:13 193:10
216:17 245:18
**attorney** 9:6
12:6 14:21
17:6 21:17
22:11,17 24:7
24:12 108:3
156:19,22
170:9 193:19
197:17 200:3
202:5 231:19
232:1 261:14
262:10
**attorneys** 17:10
74:14,15 108:5
109:7 157:13
165:9,13
170:13 192:15
200:5 202:13
207:15 219:7
223:10 231:20
**audible** 188:18
**audience** 152:2
**audiences** 79:9
227:2,5
**audio** 8:7 147:9
261:8 262:3
**august** 27:20
80:13 82:14
83:5 86:13
177:9 234:1

[august - best]                                                    Page 7

239:21 240:12
246:15
**austin**  2:8 8:22
  10:16 261:2,17
**authoritatively**
  180:12 219:21
**authority**  54:8
  54:12 101:18
  136:20 169:21
**authorized**
  10:18
**available**
  116:20 150:4
  185:9
**avenue**  5:6,17
  6:6
**avoid**  13:21
**awaiting**  186:4
**aware**  63:13
  92:2 144:3,5,6
  145:22 176:18
  190:19 197:1,8
  197:10 203:11
  203:14 204:1,4
  212:13 222:14
  222:22 238:3

**b**

**b**  7:6 57:10
**back**  40:8
  51:13,16,18
  57:16 65:10
  69:20 74:2
  78:8,11 89:13

90:19 91:1
93:10,13,22
94:21 95:5
96:3 97:10
98:19 99:11
100:1,5 106:13
107:13 110:18
114:18 120:17
121:6,18,21
122:10,19
124:21 138:3
139:19 149:20
153:13 173:9
173:13 182:12
190:14 200:13
207:2 217:16
220:4,10,12
223:1 229:11
233:22 239:13
239:17,20
246:14 250:8
255:1,4
**background**
  26:18 54:22
  55:3 62:9,13
**badge**  55:5
**badges**  55:6
**badging**  159:21
**ballpark**
  128:21
**based**  38:18
  54:13 64:16
  99:4 102:14
  103:19 104:6,9

105:6 130:19
134:6 135:19
150:13 157:20
157:21 163:18
165:8 178:20
179:19 192:17
194:1 207:15
207:16 217:3,6
219:12 224:7
228:6 231:18
244:3 248:6
249:14 253:6
**basic**  13:4
**basically**  22:4
  184:6 185:3
  186:3
**basics**  15:13
**basis**  61:14
**battle**  28:21
**bay**  32:8,9
  35:15
**bbc**  238:18,20
**beachhead**
  41:5
**bear**  55:7
**beat**  14:3,22
  36:10
**began**  59:6
  97:22
**beginning**  9:5
  51:13 121:18
  173:9 222:20
  239:13 247:19
  255:1

**behalf**  3:2,14
  4:2,12 5:2,13
  6:2
**believe**  19:5
  32:3 37:12
  52:14 57:4
  70:17 74:3
  103:20 111:14
  116:22 118:3
  122:7 130:6
  131:16 132:5,6
  134:12 148:10
  150:6 173:18
  174:3,21 177:3
  187:22 204:19
  207:10 211:1
  214:1 215:12
  215:18 219:15
  234:9 237:20
  242:7 249:2,10
  249:14
**believer**  75:7
**bench**  160:1
**benign**  243:13
**berlin**  29:10,12
**best**  14:7,16
  37:10 59:3
  107:17 113:16
  117:21 125:21
  152:15 163:17
  169:4 200:6
  202:17 252:12
  261:10 262:6

| | | | |
|---|---|---|---|
| **better**  168:7 | **boat**  196:11 | 70:7 71:12 | 131:8,22 132:2 |
| 190:3 | **bombed**  118:8 | 72:7 74:1 75:2 | 132:20 134:5 |
| **beyond**  72:18 | 118:18 | 76:21 78:7 | 134:20 135:5 |
| 76:2 127:22 | **bombing**  92:2 | 79:19 82:4 | 135:16 136:8 |
| 156:21 170:1 | 92:14,19 93:8 | 84:8,19 85:7 | 137:7,15 |
| 194:18 207:13 | 95:11 99:8 | 86:1,10,12 | 138:14 139:4 |
| **bifurcate** | 110:2 114:20 | 87:3,21 89:5 | 139:18,21 |
| 227:19 248:10 | 114:22 119:18 | 89:16 90:6 | 140:7,16 |
| **bifurcation** | **book**  55:20,21 | 91:7,15 92:8 | 141:12 142:5 |
| 228:8 | **booth**  36:2,2 | 93:3,19 94:5 | 142:18 143:7 |
| **big**  205:10 | **borders**  5:2 | 94:18 95:21 | 143:15 144:2 |
| **binder**  24:14 | 9:20 10:1 | 96:2 98:10 | 144:19 145:10 |
| **biochemical** | **borland**  12:5 | 99:14,19 | 145:17 146:4 |
| 50:8 | **bottom**  177:5 | 100:15,20 | 147:2,17 148:4 |
| **bit**  21:19 26:17 | 207:8 222:4 | 101:13,20 | 149:10,18 |
| 33:11 50:15 | **bourland**  3:7 | 103:4,16 104:5 | 150:16 151:3 |
| 51:19 109:4 | 7:3 9:7,8 11:21 | 104:19 105:15 | 151:15 152:8 |
| 129:11 168:9 | 15:16,21 16:4 | 106:11,21 | 152:16,20 |
| 172:22 233:19 | 17:14 18:10,20 | 108:11 109:12 | 153:1,21 154:8 |
| **black**  216:19 | 19:21 21:4,12 | 109:20 110:8 | 154:14 155:14 |
| **blankets** | 22:12 24:15 | 110:14,22 | 156:1,10 157:2 |
| 141:10 226:9 | 34:1 37:6 | 111:3,8,10 | 158:2,8 159:2 |
| **bless**  232:22 | 43:16 45:12,20 | 112:5 113:17 | 159:10 160:3 |
| **block**  227:9 | 46:7,14 47:1,8 | 114:13,17 | 160:14,18 |
| **blumin**  4:4 | 48:1,10,18 | 115:11 116:13 | 161:1,17 162:3 |
| 9:10,10 50:17 | 49:14,21 50:19 | 116:16 118:1 | 162:8,15 163:2 |
| 50:21 51:5 | 51:1,4,15 | 118:14 119:2 | 163:7,14,19,21 |
| 57:11,15 | 52:19 53:1,7 | 119:13 120:1 | 164:7,11 |
| **board**  19:1 | 56:15,18 57:9 | 121:2,10,20 | 165:15 166:8 |
| 29:3 69:18 | 57:13,17 58:5 | 122:13 124:19 | 167:1 168:1 |
| 101:19 153:13 | 60:3 62:19 | 125:2 126:14 | 169:5 170:15 |
| 184:12 217:12 | 63:8,18 65:9 | 127:1,12,20 | 171:13 172:5 |
| 251:11 | 66:17 67:4 | 129:2,9,17 | 172:12,20 |
| | 68:4,11 69:1,9 | 130:1,7,16 | 173:1,11 |

| | | | |
|---|---|---|---|
| 174:14,20 | 237:9,21 | **breaks** 36:4,5 | 131:18 132:14 |
| 175:4,16 | 238:12,19 | **brian** 6:4 10:10 | 138:21 140:1 |
| 176:11 178:6 | 239:3,15,16 | **brian.miller** | 141:1,6,13,14 |
| 178:16 179:7 | 240:21 241:11 | 6:9 | 142:8,12,13 |
| 179:18 180:10 | 242:20 244:10 | **brief** 62:3,21 | 143:2,9 145:5 |
| 181:2,12,19 | 244:20 245:9 | 126:21 209:7 | 145:18 146:2 |
| 182:2,10 | 245:19 246:13 | **briefed** 49:1 | 146:15,17 |
| 186:19 188:9 | 247:7,9 248:15 | **briefly** 17:22 | 148:18 149:3 |
| 189:10,14 | 250:20 253:5 | 20:6 25:7 50:3 | 151:4,17,22 |
| 190:1,13 191:2 | 253:14 254:2,8 | 52:13 177:2 | 152:11,18 |
| 191:10,14 | 254:13 255:3 | **brinckerhoff** | 158:9,15,18 |
| 193:1 194:9 | 255:10,18 | 3:8 | 159:12 162:19 |
| 195:11,14,22 | 256:1,6,12 | **bring** 25:21 | 167:17 170:2,4 |
| 196:5,7,11,13 | 257:12,14 | 69:17 93:13,21 | 170:20 171:2 |
| 197:7,20 | 258:6,20 | 95:5 99:22 | 175:17 176:3,8 |
| 198:14 199:5 | 259:20 260:3,6 | 100:5,9 101:19 | 178:9,13,22 |
| 199:16,17 | 260:10 | 216:17 250:22 | 180:13 227:1,4 |
| 200:9,11,19 | **branch** 252:15 | 251:10 | 227:22 229:7,8 |
| 201:1,4,8 | **brand** 185:22 | **bringing** 49:9 | 229:9 230:9 |
| 202:8,20 203:1 | 186:4 | 49:16 91:1 | 235:22 236:1 |
| 203:19,21 | **brands** 187:14 | 93:5 97:10 | 236:12,18,21 |
| 205:2,8,12,16 | **break** 15:7,8,10 | 153:13 158:14 | 237:14,19,20 |
| 205:20 206:4,5 | 50:16,18 51:17 | 160:8 217:21 | 238:8 239:1 |
| 207:20 211:20 | 110:17 114:15 | **broad** 32:18 | 242:5 248:19 |
| 213:4 214:12 | 121:10,22 | **broadcast** 33:4 | 250:16 254:3 |
| 215:1,21 216:8 | 172:21 173:12 | 36:2 44:3 | 256:5,10 |
| 218:14,21 | 225:15 229:13 | 69:19 70:3 | 257:10 |
| 220:1,7 221:15 | 235:15 239:4 | 73:2 77:22 | **broadcasted** |
| 222:18 223:21 | 239:18 | 79:9 85:11 | 237:3 |
| 224:15 225:13 | **breaking** 115:3 | 94:9 102:11 | **broadcaster** |
| 225:16 229:3 | 124:4 155:9 | 112:15,22 | 18:6,14 227:15 |
| 230:20 231:8 | 258:13 | 113:3 117:11 | 253:18 |
| 231:14 232:7 | **breakout** | 122:8 128:19 | **broadcasters** |
| 233:6 234:8 | 134:19 | 129:11 131:4 | 68:15 236:9 |

238:7 240:18
241:6
**broadcasting**
37:14 44:4
46:2,11,18,19
47:19 48:14
63:13 64:1
66:5,9,12 68:7
73:4,7,19 78:3
79:1,4,12,15
90:2 98:14,16
103:13 106:3
110:3 111:12
111:18 112:1
113:6,6 114:6
115:13 122:3
127:22 128:11
129:12,18
130:2,8,12,18
132:3 135:1,9
135:18 139:7
139:10 140:18
143:18,19
144:11 146:20
147:20 148:5
149:6,13,20,22
150:3,3,6,17,21
153:4 154:1,19
155:16,22
156:7,16 157:4
158:3 160:4,9
161:4,12,20
162:10 163:9
164:18 165:3

165:18 166:7
166:10,19
168:12 169:11
169:14 172:6,8
172:13,14
173:15 174:22
175:8,20,21
178:1 179:12
180:6 181:16
184:11 186:8
186:12,18,21
187:17 217:7
217:14 226:8
226:12,16,19
226:20 227:16
228:11 230:3
230:15 231:3
231:10 235:14
236:6,7,9
241:20 242:1
245:12 247:5
249:13 250:11
253:7
**broadcasting's**
127:4 248:20
**broadcasts**
113:15 138:18
150:8,14
157:22 238:1
238:21
**broader** 35:5
**broke** 36:5
**brought** 54:19
67:14 69:20

90:19 93:10
94:21 106:13
120:17 121:6
124:21 158:18
161:3 167:16
171:8 193:9
**budget** 44:5
180:6
**budgetary** 56:3
**building** 141:1
143:1,8,13,14
144:3,6,12,16
144:20 145:2
146:3,11,16
148:3,12
**buildings** 144:8
**built** 145:11,16
**bulleted** 217:11
**bureau** 42:14
**business** 31:6
38:7,8,11
39:19 50:11
131:12 134:1
184:20 190:8
251:19 252:16

| c |
| --- |

**c** 3:1 4:1 5:1,3
6:1 7:13 8:1
**calculus** 228:9
**california**
188:4
**call** 33:11,13,14
70:2 122:10

125:9 202:12
244:18 252:5
**called** 11:16
36:19 38:15
40:18 41:5
107:13 115:14
241:18 258:1
**callers** 33:11
**calling** 99:11
197:5 198:11
218:11
**calls** 53:5 74:13
95:16 105:13
106:5 129:1,7
137:14 144:14
160:16 178:15
179:4,15 180:9
181:21 189:13
189:19 197:16
198:10 199:1
202:2 204:21
218:17 238:10
246:4 252:11
258:6
**campaign** 92:3
92:15,19 93:8
95:12 110:2
114:20
**canvassing**
203:9
**capabilities**
73:16
**capability**
109:10

capacity 19:7
20:22 21:8
52:10 61:11
78:13 123:1,8
123:12 125:8
171:3 189:11
189:17 208:16
capitol 12:15
caption 16:16
capture 38:7
care 104:18
career 41:12
252:14 253:4
careful 153:9
168:9
caribbean
226:10
carolina 184:19
226:9
carriage
151:20 228:4
carried 140:21
141:3
carrier 28:21
carry 112:16
112:17 152:9
176:10 210:8
210:21
carrying 152:7
case 1:6,12
8:16 9:9 16:10
24:21 25:9
72:9 81:4
159:16 164:1

190:12,20
194:21
cases 16:13,20
cause 55:14
131:10 153:9
190:3 195:21
caveat 37:16,17
48:8 69:7
89:10 118:2
135:14 194:15
cell 31:4
celli 3:8 9:8
centcom 31:2
center 29:2,19
146:17
central 29:22
30:16,19,22
85:13,17 87:2
87:11 143:1,8
143:17
ceo 25:16 43:7
43:15 71:13,15
71:20 72:4
216:21 217:12
certain 22:2
49:5 77:14
89:14 90:18
124:3 141:22
153:16
certainly
105:17 120:13
166:3 212:17
215:7 220:9
250:5

certificate
261:1 262:1
certified 11:1
certify 261:4
262:2
chain 75:7
76:17 94:20
chance 14:10
83:4,21 204:15
233:7 235:9
240:8,11
change 29:21
89:11,15
113:20 225:4
changed 29:20
88:21 89:7,19
224:3
changes 64:1
channel 34:17
channels 187:3
188:15
charge 29:10
29:13 70:11,16
136:2
charging
135:22
charter 79:10
253:8,15
chat 125:15
check 62:9,13
254:14
checked 219:18
checks 54:21

chief 29:18
30:21,22 60:20
61:3 77:8
china 217:13
chinese 135:21
cio 4:3,6 65:16
cipher 247:7
circle 51:18
cite 204:11
208:13 209:6,9
221:6
cited 221:1,4
221:10
civilian 39:10
39:14
claims 39:22
clarification
90:8 176:12
208:8
clarify 39:2
91:13 94:7
132:22 177:12
229:4 248:16
clean 13:19
98:14 210:6
cleanly 201:18
clear 20:4
21:21 26:11
34:17 48:20
72:1 107:10
112:20 130:17
132:1 135:8
158:22 161:18
164:17 166:15

169:9 196:19
198:7,18
199:19,21
200:16 206:11
208:10 221:8
227:17 230:8
257:6
**clearances** 54:9
**cleverly** 36:21
**client** 22:11,17
24:7,12 108:3
156:19,22
170:9 193:19
197:17 202:5
231:19 232:1
**closely** 228:5
**cn** 219:19
**cnn** 236:11,20
237:2,12 238:1
238:5
**cobbled** 26:22
**coded** 55:9
**cohen** 141:1
142:21 143:1,8
143:13,14
144:3,6,12
146:2 148:2,12
**cold** 195:17
**collaboration**
234:18
**colleagues**
120:19
**college** 26:19
27:2,4,12

**columbia** 1:2
8:16 10:20
261:19
**combination**
126:6 133:6
**combined**
166:6 172:15
220:3
**come** 34:20
40:19 43:9
62:20 63:11
83:19 158:15
158:19 159:1
177:16 184:4
252:9
**comes** 17:5
94:8 159:20
219:6,10
**coming** 14:15
156:17 252:22
**command**
29:19,22 30:16
30:19 31:1
75:7 76:17
**commander**
28:7
**commanders**
31:2
**commence**
151:19
**commencem...**
96:10 157:22
**commensurate**
55:12 69:18

**comment**
205:15
**commentary**
249:15,15,19
250:5
**comments** 76:4
**commissioned**
29:5
**common** 30:14
**commonly**
138:10
**communicate**
77:20 125:7,19
126:2
**communicated**
202:14
**communicating**
214:5,8,18
**communication**
17:17 125:6
232:1
**communicati...**
22:11 24:8
32:16 36:18
74:13 126:6
157:1,13,15,17
157:20 165:8
165:13 170:10
193:3 197:16
200:3 202:12
207:14 219:7
223:15 231:19
**community**
53:17

**companies**
38:11 40:1
**company** 38:15
39:7,11 50:9
**competitive**
217:5,9
**complete** 27:18
221:7 235:9
**completely**
253:13
**compliance**
222:11
**comports** 253:8
**compound** 91:3
**concept** 91:20
**concerning**
155:16
**concerns** 223:6
224:21
**concise** 17:13
**concluded**
260:17
**concludes**
260:11
**conclusion**
165:18 168:19
169:3 197:1,5
197:13,18
198:1,10,17
199:4,14 202:3
203:10 204:22
206:2,17,19
222:14,17
223:5 258:7

**[conclusions - control]**                                                    Page 13

| | | | |
|---|---|---|---|
| **conclusions** 206:7 | **considered** 167:9 238:6 | 132:15,16 133:1,2,3,7,9 | **context** 12:19 14:13 81:6 |
| **conduct** 23:2 34:19 73:1,4 | **considering** 101:4 236:3 | 133:16 134:3,3 135:14 139:13 | 102:10 122:15 192:12,14,18 |
| **confess** 246:7 | **consistent** 178:1,5 235:20 | 140:11 141:9 151:20,21 | 218:9 219:1 223:19 |
| **confidence** 126:12 | **constitute** 11:9 | 152:7,10 153:16 158:1 | **contextually** 253:12 |
| **confirmation** 43:7 | **consult** 75:9 **consultancy** | 167:11 169:13 170:6 174:16 | **contingency** 99:2 |
| **conflate** 107:3 107:10 | 38:10 **consultations** | 179:1 180:1 181:16 183:18 | **continue** 8:8 115:12 |
| **conflating** 34:8 | 223:19 **consulted** | 184:17 185:9 185:10 186:2,2 | **continued** 212:5 |
| **confusing** 233:19 | 74:19 75:4 **cont'd** 4:1 5:1 | 186:6,8,10 187:9,15,18 | **continues** 82:22 |
| **confusion** 169:6 | 6:1 **contain** 143:16 | 188:2 190:9 227:1,4,7 | **continuous** 116:19 |
| **congress** 176:19 177:18 | **contains** 83:8 143:17 226:1 | 240:18 241:6 243:5,16 244:3 | **contract** 31:6 31:14 56:2 |
| 178:10 179:11 212:8,14,20 | **content** 21:22 23:5 32:17 | 244:4 245:7,8 245:16 247:15 | **contracted** 40:5 |
| 213:20 214:5,8 214:18 221:21 | 33:15,18,19 34:3 35:5 | 247:18 248:1 248:11,14 | **contracting** 31:7 38:8 |
| 222:1 | 47:18 48:15,17 49:10,16 59:2 | 249:5,6,7,16 250:7,10,15,22 | 44:18 53:13 56:3 247:16 |
| **congressional** 7:15 | 73:7,11,18 74:21 75:1 | 251:6 252:8 253:8,17,19 | **contractor** 30:14 159:20 |
| **connection** 257:21 | 76:1 79:10 81:9,19 83:5 | 255:17,22 256:5,10 257:3 | **contractors** 67:19,20 99:21 |
| **conservative** 243:11,16,21 | 91:17 111:21 111:21 116:20 | 257:9 | 158:17 159:4 |
| 245:8,16,17,20 | 117:4,6,11 129:13 131:4 | **contention** 105:7 | 159:12 169:17 |
| **consider** 81:20 | 131:15 132:4 | | **control** 42:14 42:15 47:18 |
| **considerable** 39:16 | | | |

147:5,12,18
148:2,19,19
**controlled**
147:10
**controls**  148:7
148:11 167:4
**conversation**
13:12 62:3,21
252:13,22
**conversations**
8:6 17:5,9
21:22 23:6
61:16 74:18
108:4,9 109:7
174:16 192:14
192:17,19,21
193:18,20
194:1,6,10,13
194:16 203:3
223:10
**coo**  44:1
**coordinate**
65:18
**coordination**
67:2
**correct**  12:9
16:13,14 20:8
20:12 23:20
24:22 25:10
34:13 35:8
37:3,13,16
38:1,2 39:12
42:20 48:12
54:1,15 57:6

58:22 59:10,21
60:8 61:21
64:15 70:18
71:1,15,16
80:14,22 81:11
83:10,11 86:5
86:19 87:16
88:1,12 90:16
95:10 96:16
97:12 103:7
117:9 122:6,10
122:14 135:10
135:13 138:7
145:4 152:3
155:6 167:2
170:22 173:19
174:2 187:7
191:10 201:19
209:14 212:1
213:22 214:4
220:8 222:21
**correcting**  53:9
**correctly**  102:5
177:11 196:21
218:1,2 226:14
226:15
**correspondent**
35:15
**corridor**  36:7
**corrupt**  253:2
**counsel**  8:12
9:3,15 10:14
23:3,13,21
24:3 26:9,13

76:6,10 156:11
157:17 193:3,4
193:5,8,16,19
193:21 194:2
194:11,14
200:17 202:19
203:4,17 205:9
205:10 207:15
224:1,7,8,11,17
225:8 261:11
261:14 262:7
262:10
**counsel's**
205:14
**counselor**
27:11
**counter**  186:4
**counting**  27:9
**countries**  46:18
227:8,11
**country**  250:2
**county**  3:4 4:3
4:5 9:11
**couple**  110:16
225:14,21
235:15 246:17
**course**  14:8
32:19 70:17
80:6 156:12
174:9 195:11
206:14 220:19
224:3 227:15
**courses**  27:2,13

**court**  1:1 8:15
8:21 10:13
13:6,20 14:5
109:1,14
190:17,20
192:4 195:4
196:17 197:2
197:12,18,22
198:2,6,17
199:3,11,11,18
201:13,21,22
203:15 204:19
208:1,2,9,21
211:10,22
212:3,5 220:13
221:20 222:9
222:15 225:17
229:13
**court's**  109:19
197:6 198:12
206:3 207:8
220:10 221:1
225:18 228:8
248:9
**cover**  36:10
49:5,5 118:20
122:2 185:6
213:18 215:9
257:5
**coverage**  97:22
98:6,13 100:1
100:6 115:6
116:1 118:4
119:3,14,16,19

**[coverage - decision]** Page 15

120:3,6 136:1
150:21 167:12
176:10,16
209:11 243:13
244:1,17,17
246:2,11
248:12,18
249:3,17
257:22
**covered** 32:12
72:17 185:6
245:6
**covering** 250:1
250:3
**craft** 201:6
**created** 220:3
**creating** 33:19
**creation** 249:6
**credentials**
55:18
**credits** 27:1,14
**critical** 102:4
102:12 103:8
105:21 210:8
210:13
**crossed** 34:21
**crosstalk** 13:21
**crosstown**
34:16
**cruiser** 29:3
**cso** 44:1
**cuba** 44:4 66:5
217:7 226:19
248:19 256:17

**cuba's** 227:9
**cuban** 227:2,5
**current** 12:10
33:16 78:2,14
78:16,22 82:18
83:8 86:9
109:14 177:22
180:5 217:20
258:15
**currently** 12:13
57:1 86:5 88:3
88:5 128:11
129:10,12
130:2,11 132:3
133:10 134:11
134:22 135:4,8
136:15 138:4
139:5 140:18
142:14 145:6
149:2,13 151:4
151:19 153:12
161:18,21
162:10 170:2
172:8,15
174:22 175:8
180:7 186:7,11
186:21 187:2
187:17 227:16
248:18
**cut** 14:8 176:17
**cutting** 230:11
**cv** 1:7,13 8:16
8:17

**cwa** 3:6

**d**

**d** 7:1 8:1
**d.c.** 2:7 3:19
4:8,17 5:7,18
6:7 8:19 12:16
145:2 217:9
253:2
**daily** 41:14
44:1 90:19
**damage** 55:14
**dari** 128:15
138:5,9,18
139:7,14 140:1
140:9 149:4
150:17 170:4
172:14
**data** 39:7,8
40:4
**date** 2:3 8:3
19:8 32:2
59:13 83:10
86:16,17 87:14
155:2 164:5
190:16 198:4
252:5
**dated** 80:13
194:19 233:17
234:1
**david** 3:16
**davids** 3:20
**day** 14:20
23:10 44:2,2

44:20,21,21
65:3,3 71:10
71:10 90:14
97:19 108:16
108:21 115:13
115:14,19
117:8,11 118:4
118:7 139:14
140:2,9,18
149:3 153:16
172:15 201:9
**daylight** 139:8
**days** 160:13
**dealing** 136:16
**decade** 245:4,4
**decades** 183:18
**december** 45:1
**decide** 109:2
**decided** 108:20
108:22 184:6
231:10 235:21
**decides** 135:21
**deciding** 27:10
157:10 203:7
**decision** 30:18
93:12 94:14
95:4 157:3,5,7
163:8,13,15
164:13,19
165:2,7 166:4
166:6 168:11
168:21,22
173:20 174:8
175:13,15

176:2,8 182:3
182:7 198:13
226:13 230:7
230:10 231:2
231:18,22
236:3,18 238:7
**decisions** 66:20
69:11 165:11
170:19 178:22
179:6 231:6
**declaration**
7:10,11,18
24:20 25:1
58:11,12,21
59:2,6 74:2,4
75:13 76:7,11
77:10,16,19
78:11 79:12,15
80:9,10 81:4,7
81:12,21 82:3
82:14 83:6,10
83:13,17,22
87:14 96:3
97:21 107:20
108:17 109:22
112:10 115:22
119:5 128:2,6
131:1 132:11
138:2 177:3
182:11,19
183:8,13 187:1
187:19 188:12
190:15 194:21
195:1,5 198:2

198:6,20 199:4
199:7,20
200:14 201:17
201:20 202:9
203:3,6,8,12,15
204:2 209:5,9
209:12 210:10
210:16,19
211:10,11,16
211:17,19,21
220:14 221:2,6
221:7 232:10
233:15,16,21
234:10,12,15
235:10 238:4
239:21,22
240:1,12
246:14
**declarations**
25:7,8 26:3
197:14 234:4
**decrease**
171:21 172:7
**deeper** 30:17
**defendants** 1:8
1:14 5:13 10:3
10:5 204:11
208:13 209:17
210:1,1,6
212:7 220:16
222:9 226:2,7
226:12 229:14
230:6 258:19

**defenders** 5:5
9:19,22
**defense** 30:14
31:7,14 35:14
38:8 42:14,17
42:18
**deficiencies**
54:14
**defined** 141:18
**definite** 155:2
**definitely** 107:9
153:10
**definition** 97:6
150:2,2 181:6
181:7 201:10
**degree** 27:3,6
27:19
**delay** 190:3
**delegated** 54:8
54:12 71:3,4,5
71:18,19
**delegation** 67:1
**deliberation**
174:4
**deliberative**
152:12 155:12
166:13 168:9
169:1
**delineated**
228:8
**delivered**
185:21
**delivery** 158:1

**democracy** 5:5
9:19,21
**democracyde...**
5:9
**democratic**
236:10
**demonstrate**
109:10
**demonstration**
208:15
**department**
5:16 10:2,5
17:7 40:15
41:7,9,20
42:13 64:19
74:16 108:5
157:14 165:9
170:10 180:14
192:16 193:21
200:5 202:14
219:8 223:11
**departments**
65:21 84:5
**depends** 155:3
**deployments**
30:2
**deposed** 12:20
164:1
**deposition** 2:1
7:9 8:11,17
11:7 12:7
15:13,14 16:9
16:12 22:6
23:2,13 24:5

25:2 26:6,8,12
26:15 51:19
77:14 164:5
199:20 200:22
261:1
**deputy** 29:22
30:21 61:3
71:13
**describe** 32:14
33:20 35:12
36:13 43:22
52:10 65:2,20
69:14,15
111:17 115:2
143:2,9 151:18
166:9 240:22
244:4
**described** 62:9
62:14,21 67:8
101:21 105:5
119:4 142:11
155:10 241:3
**describes**
141:19 240:15
241:1
**describing**
107:10 212:20
**description** 7:7
125:17
**designated**
144:4 146:19
**desire** 236:5
**detachment**
29:11,13

**detail** 42:13
52:21 56:16
87:22 124:10
148:22 191:4
**detailed** 62:10
116:1
**details** 107:19
183:19
**determination**
180:2 203:6
244:9
**determinations**
54:13
**determine**
136:19 206:16
**determined**
199:12 226:3
235:16
**develop** 32:17
133:7 134:2
**developed** 55:8
**developing**
39:17,18
258:12
**development**
31:7 38:7,11
39:19 50:11
75:1 167:11
184:17 190:8
251:19 252:16
**developments**
63:20
**develops**
187:14

**dhs** 41:13 42:3
42:4,12
**dictated** 135:15
**dictionary** 97:5
201:10
**diego** 29:2
**difference** 90:8
**different** 16:16
32:15 35:2
64:10 84:5,13
167:8 187:11
228:4
**differentiating**
207:22
**differently**
17:15 179:22
**digestive**
196:10
**digital** 111:21
116:2 130:15
130:18 131:4
131:15 132:3
151:19 152:7
152:10 153:4
162:14,16
164:18 185:7
187:4 261:8
262:3
**digitally** 58:18
163:9 165:3
**direct** 49:4
67:15 68:14
69:19 71:2
78:15 94:9

112:17,22
115:17,18
176:10,14,16
**directed** 224:6
225:6 255:16
255:21 257:2,9
**directing** 69:17
**direction**
224:10 256:4,9
**directive** 230:8
235:17 256:15
**directly** 36:3
44:9 65:17
78:22 252:14
256:18
**director** 25:19
30:1 42:2
44:16 48:9,11
48:14 49:5
50:11 54:6
65:14,15,15
66:4,4 70:20
88:10,17 93:17
94:10 95:7
251:19
**directors** 66:3
**disapprove**
68:19 69:4
**disapproved**
69:8
**discharge** 28:8
**discovered**
252:20

**discretion**
235:17
**discuss** 26:8,11
48:14,21 52:21
157:18 182:12
188:5 193:11
213:1 218:19
221:20 237:1,3
**discussed** 51:18
76:15 79:11,14
99:2 122:18
156:2 166:12
170:2,21
177:10 194:5
206:15 209:5
215:19 220:14
221:2,16
235:16 252:18
256:14
**discusses**
246:21
**discussing**
235:13
**discussion**
49:15 62:5
99:9 108:3
165:17 193:14
202:18 255:13
**discussions**
49:9 152:22
170:13 192:21
193:17 237:8
240:17 241:5
256:20

**disparate** 39:21
**disseminate**
247:17 248:1
**dissolved** 42:7
**distinction**
114:19 119:20
146:5
**district** 1:1,2
8:15,15 10:19
261:19
**division** 65:16
**divisions** 84:5
**divulgence**
55:13
**dni's** 54:9
**document** 16:7
58:7,8,15
79:21 80:3,7
80:16 84:4,7
84:16 87:18
101:7 192:3,8
193:6 204:1,22
206:1 210:22
211:14 213:1,2
213:6,7,9,12,17
214:2,10,15,16
214:18 215:15
215:20,22
216:5 218:12
218:18 219:11
219:17 220:3
222:1,6 225:15
232:13 233:5,8
233:14 239:19

240:6,8,20
241:8 256:18
**documentation**
155:20
**documents**
24:4,13,17,19
25:6,21 26:6
55:2 219:16
227:18
**dod** 39:9
**doing** 13:22
32:22 42:1
65:1 149:6
155:12
**doj** 259:5,14
**dollars** 56:5
**domestic**
247:16
**dotzel** 4:14
9:14,15 195:17
195:19 196:2,6
**double** 200:17
**downsize** 45:9
47:2
**downsizing**
56:21
**drafted** 80:20
81:2 156:16
**drafting** 24:18
81:2 83:22
213:8
**drake** 6:3 10:6
10:6

**drastic** 230:11
**draw** 182:13
**drive** 37:19
179:22
**driven** 109:10
165:19
**drove** 126:20
**due** 54:18
171:8 189:11
189:17
**duly** 11:16
261:5
**duplicate** 236:7
**duration**
115:19 140:1
**duties** 90:20

**e**

**e** 3:1,1 4:1,1 5:1
5:1 6:1,1 7:1,6
8:1,1 125:20
126:6 155:20
156:3 252:6
259:8,10
**eager** 185:18
**earlier** 51:19
57:4 62:9,14
63:11 64:17
70:15 103:6
114:19 118:6
142:6 174:21
187:12 213:19
215:19 219:16
234:9 240:2

257:19

**early** 45:1 61:6
190:8 251:18

**easier** 203:17

**east** 29:17

**easy** 13:19

**ecbawm.com**
3:11

**ecosystem**
229:9

**ed** 154:4,11
167:18 168:3

**edit** 213:9

**editorial** 33:19
234:21 242:15
243:2,9,14,16
244:2,17 245:7
250:15

**editorial's**
184:2

**editorially**
243:10

**edits** 76:4
81:15,17,20

**education**
26:19 206:15

**edward** 12:4

**effect** 94:10

**effectively**
171:16 215:8

**effectuate**
157:22 169:2

**efficient** 235:20

**effort** 87:2
169:16 183:22
235:19

**efforts** 46:10
87:1 167:6
240:15 241:3
247:22 250:22

**egregious**
53:19

**eight** 54:4

**either** 23:22
35:18 37:20
126:5 146:3
185:12 193:21
236:8 246:8
250:15

**election** 20:6,10
246:10

**element** 105:21

**elements** 44:8
67:15 68:14
126:21

**ellen** 6:13 8:20

**emerge** 101:16

**emery** 3:8 9:8

**emphasis** 226:2
230:10

**emphasize**
210:1,6 230:8

**emphasized**
209:18

**employed**
261:11,14
262:8,11

**employee** 17:3
87:15 169:9
253:4 261:13
262:10

**employees** 3:4
3:5 4:3,6 9:12
18:3 47:3
55:16 67:21
69:12,19,22
82:18 83:9
85:15 86:5,7
86:18 87:4,10
88:20 89:6,11
89:12,18 90:9
90:9,11,13,18
92:10,15,20
93:9,13 94:21
95:5 99:22
100:5,17
102:19 103:12
103:22 104:13
105:11 106:2
106:13 120:17
121:5 122:9
134:10,14
136:4 141:22
167:5,18 168:3
180:20 181:4
253:19 257:20

**employment**
28:17

**encountered**
53:16

**ended** 31:9
93:4

**ends** 84:12
204:12 213:11

**enforcement**
41:15

**engage** 241:5

**engaged** 161:8

**engineering**
39:19 217:15

**england** 29:1

**english** 237:18
238:2,21 247:6
254:4

**enlisted** 29:5

**ensure** 41:8
188:7 213:2

**ensuring**
148:20

**entered** 228:9

**entire** 44:19
201:9

**entities** 228:1
228:16 236:10

**enumerated**
256:18

**equals** 167:10

**equipment**
56:6 146:18
229:6

**equivalent**
55:15

**es** 261:4

**escalation**
  165:22
**esquire**  3:7,16
  4:4,14 5:3,4,14
  5:15 6:3,4
**essentially**  55:2
**establish**  30:20
**established**
  30:15 38:9
**estimate**
  160:15 161:9
**estimated**
  190:7
**estimating**
  154:18
**estimation**
  132:13 153:8
  153:10 155:1
**et**  1:4,7,10,13
  8:13,13,14,14
**event**  93:6 97:1
  115:1 123:9,12
  124:14 249:4
  250:1
**events**  33:16
  63:17 91:5,5
  91:22 95:19
  96:21 97:18
  99:4,11 102:14
  107:3,11,13
  109:11 114:21
  115:4,6 118:20
  119:14,16
  126:20 135:15

135:19 165:19
  165:20 179:21
**eventually**
  39:20
**everybody**
  55:15
**everything's**
  148:20
**evidentiary**
  11:6
**exact**  32:2
  120:12 134:19
  160:13
**exactly**  81:8
  88:7 95:20
  97:17 98:9
  106:19 120:9
  123:13,16,18
  123:18 124:9
  125:12 210:3
  211:6 216:20
**examination**
  7:2 11:20
  255:11
**examined**
  11:18
**examining**
  184:7
**example**  13:14
  35:14 49:4
  67:6,11 69:5
  70:4 108:16
  127:2 142:8
  204:8,11 208:9

208:12 226:5,6
  229:18 230:2
**examples**
  229:14
**excellent**
  259:12
**excelsior**  27:4
**except**  34:7
  106:7
**exception**
  159:19
**exclude**  230:7
**excluding**
  156:17
**exclusive**  85:14
**exclusively**
  28:16,18 32:21
**excuse**  77:16
**executive**  42:2
  60:20 61:3
  75:19 174:13
  216:22 217:2,3
  217:12 235:7
**exercise**  166:13
  166:14,16
  209:18 210:7
**exercised**
  159:16
**exhibit**  7:9,10
  7:11,13,15,18
  15:17,18 16:6
  57:8 58:1,8
  74:3 78:12
  79:22 80:1

96:5 97:21
  115:22 128:7
  177:4 182:12
  191:12,17
  195:8 196:14
  213:13,14,15
  216:19 220:12
  220:17 221:22
  225:19 232:13
  232:15 233:8
  234:1 239:22
  246:16
**exist**  90:9
**existed**  183:16
**existence**  54:9
**existing**  154:3
  193:4 251:3,7
**exists**  213:12
**expect**  88:8
  135:22 136:3
**expectation**
  178:12
**experience**
  40:20,21,21
  42:15,18 43:11
  103:19 104:7,9
  105:6 179:19
  228:7 253:6
**experienced**
  101:5 102:18
  103:11 106:3,7
**experts**  74:20
**explain**  67:11
  81:6 124:3

| | | | |
|---|---|---|---|
| 230:10 | 146:2,15,18 | **fairly** 30:14 | **fbi** 54:21 |
| **explained** | 229:7 | **falsified** 54:16 | **fcc** 150:2 |
| 226:12 230:6 | **facility** 141:9 | 55:1 | **federal** 18:14 |
| 236:17 | **fact** 54:18 62:4 | **familiar** 16:19 | 55:7 146:11 |
| **explanation** | 99:22 100:4,5 | 24:12,19 78:2 | 169:18 228:1 |
| 175:11 | 139:8 184:1 | 80:7 147:3 | 228:16 229:8 |
| **explicitly** | 185:21 193:3 | 159:17 177:13 | **federation** 3:3 |
| 160:17 198:11 | 220:2 236:10 | 191:3 192:3,7 | 3:4 4:2,5 9:11 |
| **extent** 17:4 | 236:20 249:12 | 213:5,7 214:2 | **feedback** 76:3 |
| 22:1,10 24:7 | **factor** 236:19 | 214:16 215:20 | **feel** 183:3 199:9 |
| 74:12,17 77:22 | 237:1 | 233:4 237:12 | 199:19 200:14 |
| 108:2 109:6,8 | **factors** 236:4 | 241:12,14,18 | 201:21 |
| 148:7,22 | **facts** 77:14 | 253:15 | **fell** 232:5 |
| 157:12,15 | 199:10 201:22 | **familiarity** | **fewer** 134:12 |
| 165:7 168:16 | 206:7 207:16 | 213:11 | **fictional** 55:20 |
| 170:8 174:12 | **factually** | **familiarize** | **figure** 33:1 |
| 185:11 192:14 | 109:11 | 191:20 232:18 | **filed** 7:11,18 |
| 192:17 193:16 | **failed** 229:15 | **far** 56:3 115:17 | 8:14 76:8,12 |
| 193:18 194:4 | **failure** 53:15 | 115:17,20 | 77:10 80:21 |
| 197:4,15 200:1 | 53:20 | 116:13 145:15 | 81:13 235:10 |
| 200:2 202:2,11 | **failures** 54:3 | 203:8 251:6 | **filings** 196:18 |
| 207:17 219:5,9 | **fair** 26:16 30:4 | **farsi** 79:9 | 208:22 |
| 223:8,12 224:6 | 52:9,10 64:5 | 128:15 138:5 | **fill** 37:21 |
| 224:12 225:6 | 64:17 65:20 | 175:22 176:4 | **final** 157:5 |
| 231:17 232:2 | 84:1 89:17 | 217:13 | 163:12 164:13 |
| **f** | 90:20 107:9 | **fashion** 96:13 | 164:19 |
| | 109:13 115:1 | 96:20 97:14 | **finalized** 81:13 |
| **f** 232:11 | 125:17 136:22 | 98:22 104:12 | 186:3 |
| **face** 226:13 | 137:10 143:2,9 | 105:10 | **finalizing** |
| **facebook** 117:1 | 156:3 164:7 | **fast** 150:5 | 185:20 |
| **faced** 222:8,20 | 171:14 177:2 | 220:19 257:7 | **finance** 44:5,18 |
| **facilities** 55:7 | 191:6 199:6 | **favorable** | **financially** |
| 55:11 143:18 | 208:8 211:9,22 | 34:18 246:2 | 261:15 262:11 |
| 145:5,16,19 | 215:22 221:12 | 249:14,15,19 | |

finding 62:5 159:3
findings 197:6 197:19
fine 39:3 160:15
finer 149:19
fingerprint 54:17
fingerprints 54:20
finish 14:10 26:19 62:11 257:7
finished 14:9 28:5 43:2 75:3
fire 212:8,18 215:7 216:16 222:2
firm 38:8 75:6
first 11:16 12:19 13:5 18:21 30:21 32:15 33:4 34:11 35:2 36:18 37:2 38:21 40:10,14 45:7,16,21,22 46:8,15 47:4 47:10,17 49:7 54:9 64:13 65:2 95:2 123:11 146:8 167:9 184:14

188:19 203:20 206:11 208:17 208:21 216:18 221:1,10,16,18 233:21 252:2,9 252:20
fiscal 176:19 177:7,19 178:12 179:2 180:5
five 31:1 32:6 62:5 254:15
fleet 29:1,9,15 135:21
floor 3:9
florida 29:8,18 38:9,18 217:5 217:5
fluctuated 88:21
flux 99:3
focus 53:9 91:20,21 236:16
focused 32:20 33:15 35:6
focusing 31:11 45:21 46:15 244:2
folks 75:5 76:16
follow 55:4 65:2 233:15

following 20:6 63:19 217:8
follows 11:18
force 29:17 212:10 215:6 216:3,16 222:3 245:6
foregoing 261:3,4 262:4
foreign 3:5 54:19 250:2
foresee 179:21
forget 13:15
forgetting 44:19
forgive 112:7
form 18:16 19:19 45:17 46:3,20 47:5 49:18 60:1 62:15 63:14 66:21 67:22 68:8,20 70:5 71:7 72:5 73:20 78:4 79:16 85:3,19 86:8,20 87:17 89:1 90:3 91:3 91:11 92:5,22 93:14 94:1 95:15 98:7 99:16 100:18 101:10 102:21 103:14 104:1

104:15 105:13 106:4,16 109:16 110:5 113:10 115:7 118:11,21 119:7,9,21 120:20 121:7 122:11 124:16 124:22 125:7 126:9,17 127:7 127:15 129:20 130:4,13 131:6 132:18 133:18 134:16 135:2 137:13 138:12 139:1,15 140:3 140:5,13,19 142:15 143:3 143:21 144:13 145:7,13,20 146:21 147:13 147:21 149:8 149:15 150:10 150:22 151:11 152:4 155:4,17 156:8,18 158:5 158:20 159:5 159:13 160:10 160:16 161:14 161:22 162:5 162:12,21 163:4,10 166:20 167:19 168:15 171:4

**[form - full]**                                             Page 23

172:2,9,17
231:4,11
244:19 250:17
253:20 254:5
254:10 255:18
256:1,6 257:12
258:6
**formal**  155:19
**format**  23:17
  32:20 33:7
  35:1 114:7
**formed**  106:9
**former**  18:2
  251:19
**forms**  54:18,20
**formulated**
  194:17
**forth**  102:14
  229:15
**forward**  168:12
  169:11 196:20
  198:20 200:6
  208:11
**foundation**
  18:9,17 19:20
  21:11 33:22
  37:5 43:14
  45:11,18 46:4
  46:21 47:6,21
  48:7 49:11,19
  52:18 60:2
  63:15 65:8
  66:15,22 68:1
  68:9,21 70:6

71:8 72:6
73:21 78:5
79:17 82:2
84:16 85:4,20
86:9,21 89:2
90:4 91:12
92:6 93:1,15
94:2,15 95:16
98:8 99:17
100:12,19
103:15 104:2
104:16 105:14
106:5,17 110:6
113:11 115:8
118:13,22
119:10,22
120:21 121:8
124:17 126:10
127:8 129:15
129:21 130:5
130:14 131:7
131:21 132:19
133:19 134:17
135:3,12 136:6
137:4,14
138:13 139:16
140:6,14,20
142:3,16 143:4
143:22 144:14
145:8,14,21
146:22 147:14
147:22 149:9
149:16 150:11
151:1,12 152:5

153:19 154:6
154:13 155:5
155:18 156:9
156:19 158:6
158:21 159:6
159:14 160:11
161:15 162:1,6
162:13,22
163:5,11
166:21 167:20
171:5 172:3,10
172:18 176:6
178:4,15 179:4
179:15 180:9
180:22 181:18
182:6 186:14
187:21 189:6
189:13,19
190:5 191:1
198:10 199:1
202:2 212:22
214:21 215:17
218:11,17
220:6 228:20
230:18 231:5
231:12 234:6
237:6,17
238:10 242:17
244:7 246:5
248:4 250:18
252:11 253:10
253:21 254:6
254:11

**four**  31:1 54:5
  129:5 138:4
  170:1 186:11
  186:20 226:10
**fox**  29:3
**frank**  2:2 7:9
  7:10 8:11
  11:15 12:4
  36:19,21
  232:11 260:12
**free**  185:9
**freely**  34:4
**front**  36:2 74:4
  75:19 96:4
  128:8 191:7,18
  216:7 235:4
  239:19 240:3
**fte**  101:8 103:2
**ftes**  89:14
  103:5 105:20
  106:12 257:20
  258:1
**fulfill**  68:15
  94:8 177:9
  185:14
**fulfilled**  183:21
  184:10 185:16
  189:21 229:1
**fulfills**  226:4
  229:17
**full**  12:2 47:3
  67:20 69:11,19
  82:18 83:9
  86:6,18 88:20

89:6,11,12
90:8,11 92:10
92:15,20 94:21
102:18 103:11
103:22 104:13
105:11 106:12
106:13 134:14
136:4 167:4,18
169:9 253:19
257:20
**fully** 184:8
221:6 246:7
**fulsome** 183:22
**function** 73:17
94:9,12
**functions** 41:18
65:5 89:14
144:18 235:18
235:19 236:5
**fund** 5:5 9:19
9:22
**funding** 177:7
178:2 180:5
229:6
**funds** 179:11
**further** 255:5
258:18 261:13
262:9
**furthermore**
225:22 226:1
**future** 136:16
146:17 151:8
151:17 160:4
162:20 170:4

**g**

**g** 8:1 79:20
**gamut** 56:6
**gc** 185:20
**gears** 26:17
127:21
**general** 17:2,19
18:5,18 23:2
26:18 52:20
56:11 112:16
121:4 150:4
256:20 259:3
**generally** 16:19
22:6,7,14
28:13 33:10
35:13 41:3
50:16 52:15
65:21 73:5
75:20 77:18
78:3,9 88:6
91:20 107:12
110:7,9 111:4
111:12,17
123:19 128:1
135:13 138:9
141:19 142:7
173:16 212:16
214:2 216:1
221:10 233:11
**geographically**
159:9
**germany** 29:10

**getting** 40:9
45:4 133:22
148:8 171:11
181:9,14 221:9
250:8
**gig** 38:1
**give** 13:3 14:10
15:7 41:19
76:2,3 118:5,5
120:12 125:21
170:9 207:13
225:13
**given** 12:22
175:11 194:2,5
256:4,9 260:12
**giving** 55:2,6
93:21
**glad** 196:12
**global** 6:2,5
10:7,11 12:11
91:5 99:11
150:14
**go** 8:9 12:18
15:3 28:15
30:19 38:13
40:8 50:7
52:19 56:2
57:18 58:3
84:20 96:3
103:17 111:5
111:15 118:2
118:15 122:19
123:17 127:10
135:21 138:3

146:8 168:22
200:6 205:21
208:7 226:6
229:12 230:4
239:20 258:8
259:1
**goal** 77:18
100:10 109:13
109:18
**going** 8:3 12:18
13:3,4 14:3
15:17 20:3
50:21 51:2,7,9
51:13 57:20
58:7 82:18
84:13 98:19
110:11 121:11
121:14,18
136:16 160:6,9
164:17 173:5,9
174:1 177:14
185:14 186:5
196:15,15
199:22 203:8
212:6,22
220:19 225:20
226:5 230:5
232:19 239:9
239:13 241:13
247:1 248:9
254:16,19
255:1 259:2
**good** 8:2 9:7,13
9:14,17 10:15

11:22 86:10
116:14 128:8
139:19 146:5
146:10 243:22
245:17 249:22
258:20 260:10
**gotten** 249:15
**government**
3:5,17 42:9
167:4,5,13
169:19 209:7
236:9
**governors**
184:12
**govie** 169:15
**govies** 169:15
**grab** 57:13
79:20 96:5
188:3 232:11
**grad** 27:21
**gradually** 42:6
**graduate** 27:19
**graham** 7:17
213:21 221:21
**grammar** 75:22
76:2
**grand** 217:21
**grant** 54:8,12
**grantee** 44:5,16
**grave** 55:14
252:19
**great** 13:18
14:12,20 15:6
15:12,21 57:20

59:5 124:10
211:17 239:15
257:6 258:22
259:8
**greenville**
226:8
**grievances** 18:2
**ground** 12:18
13:4 99:4
109:11 135:15
165:19 179:22
**group** 28:21
106:8
**groups** 185:13
**gs** 252:14
**gsa** 144:8
**guam** 29:9
**guess** 100:5
117:16,16,19
171:10 248:8
**guided** 29:3
**guilty** 13:22
**guy** 41:2
200:19

**h**

**h** 7:6
**hack** 120:12
**half** 221:10,16
221:18
**hand** 11:13
38:10 124:5
**handed** 16:5
58:6 79:21

191:15,17,20
213:13 232:13
**handful** 25:12
**hands** 148:8
**happen** 14:8
55:22 180:4
**happened** 17:9
92:1,9 97:13
105:10 112:8
113:19 114:21
126:16 178:19
189:2
**happening**
63:13 64:4
67:11 100:2,7
103:13 104:12
110:3 111:18
116:14 118:9
140:18 172:8
172:16 180:7
249:4,12
**happens** 186:5
**hard** 36:5
180:1 243:13
243:18 244:3
244:17 245:7
245:15 257:14
**havana** 227:11
**head** 13:13,16
174:2
**heads** 44:16
64:19
**healthcare**
39:20 40:1

**hear** 22:3
179:17 224:21
**heard** 54:3
64:16 215:14
**hearing** 11:11
**heavily** 258:11
**hebert** 6:13
8:20
**held** 40:10 50:4
59:16 60:21
**help** 43:11
100:9
**helped** 83:17
**helping** 32:17
104:9
**hereto** 261:15
262:11
**hi** 9:10
**high** 17:20
28:14 56:5
64:10
**higher** 141:14
**highlight**
184:21
**highlighted**
96:12 98:21
223:7
**highlights**
183:19 185:11
**highly** 102:3
106:3,9 209:11
**hill** 12:15
**hire** 67:14
168:22

hired  34:16
  38:10
hiring  68:6
  166:17
history  158:10
  185:11
hit  242:8
hits  242:7,12
hold  28:10,17
  31:18 38:20
  170:16 205:8
hole  164:6
  177:16
holistic  73:6,11
home  112:17
  112:22 115:18
  176:14,16
  181:7
homeland
  40:16
honorable  7:16
  28:8
host  31:22
  37:18
hosted  243:21
hosts  32:18
  37:19
hot  195:17,18
  195:20,20,21
  195:22 196:1,9
hour  51:2
  110:12
hours  23:14
  27:10 97:22

98:11 103:21
  116:1 117:8,10
  118:4 120:13
  149:5
house  35:19
  40:15 41:13
  42:6 174:11
  251:5
houthi  107:5
hr  83:18 88:12
  93:17 234:19
huh  13:13
  84:22 116:5
  152:20
human  29:11
  29:11,13 55:8
hypothetical
  104:18,21
  105:6

**i**

idea  21:15
  199:3 252:9
identification
  15:19 58:2
  80:2 191:13
  213:16 232:16
identified  97:1
  144:20 146:17
  226:11
identifies  95:8
identify  10:9
ignored  183:17
  184:13

iheart  34:17
imagined  53:21
immediately
  30:13 110:4
  111:13,19
  112:2 113:1
immigration
  53:13
impact  137:1
  137:11,11
impending
  212:10 222:3
implement
  184:3
implemented
  184:5
implicate  24:7
  74:17 174:13
  197:17
implicates
  108:3 200:2
implication
  245:16
important
  13:11,18 90:7
  114:19 119:20
impression
  244:16
improper  205:1
inaccurate
  207:10
inactive  89:13
incident  103:2

include  44:3
  66:10 69:22
  70:2 79:1
  106:14 108:16
  109:4 121:5
  217:20 219:19
included  103:8
  108:8 109:6
includes  82:21
  143:19 192:14
including  9:3
  38:12 61:14
  114:7,21 134:3
  148:5 170:21
  182:19 183:8
  236:4
inclusion  108:3
  109:6
incompletely
  221:4,4
incorrect
  206:19 218:13
increase  134:22
  135:8 150:20
independence
  6:6
independent
  40:2 108:7
  165:11 207:14
  207:16 219:11
  219:13 224:10
  251:4
indian  28:22

**indicating**
  252:5
**indications**
  190:8
**individual**
  76:15 185:12
**individually**
  183:20
**individuals**
  75:8 77:6
  168:10
**indoctrination**
  29:7
**influence**  227:9
**influenced**
  223:9,22
**informal**  19:7
  20:2,14 52:10
  61:11,14 64:19
**information**
  55:1,11,13
  75:9 83:16,18
  83:22 128:1
  134:2 185:4
  194:17 199:11
  200:15 202:15
  226:2 228:4,10
  229:15
**initial**  114:20
**initiated**
  252:13
**initiating**
  155:21

**initiative**
  182:18 183:2,7
  234:20
**input**  91:8,12
  91:14 234:10
  234:15
**inserting**
  182:18
**inside**  108:5
  192:15 198:12
  202:13
**insight**  231:9
**insofar**  26:14
  34:3 36:4 91:4
  93:16 105:18
**instagram**
  117:1
**instance**  69:20
  75:8 100:14
  227:12
**instant**  125:16
**instruct**  17:7
  24:8 74:16
  108:6 109:8
  157:14 165:10
  170:11 192:16
  193:17 194:3
  200:4,7 202:16
  219:9 223:12
  224:6,9 225:8
  231:20
**instructed**
  22:18

**instructively**
  124:2
**instructs**  15:2
**instrument**
  256:19,19
**integrated**
  41:20
**integrating**
  41:7
**integration**
  41:22
**intelligence**
  29:2,4,11,13,16
  29:18 30:1,5
  53:14,16 54:6
**intended**  11:4
  227:2,5
**intent**  155:22
  186:17 212:8
  222:2
**interacted**  48:9
  48:13
**interactions**
  41:12
**interagency**
  29:17
**interest**  35:17
**interested**
  27:17 32:22
  252:7 261:15
  262:12
**interface**  48:4
**interfacing**
  72:18

**interject**  38:22
**internal**  156:14
  165:17 174:4
**internally**
  41:14
**international**
  236:11,21
  237:2,12 238:1
  238:5 248:12
  248:18 249:17
**internet**  131:5
  151:22 152:3
**interpretation**
  193:7
**interrupt**
  110:11 205:4
**interrupted**
  123:17 205:20
**interrupting**
  205:10 229:21
**interruption**
  146:7
**interventionists**
  39:22
**interview**  34:7
  35:16
**introduced**
  232:10
**introductory**
  252:21,21
**investigations**
  54:5,22 55:3
**investors**  39:18

**invited** 60:5,9
**involved** 49:9
  49:15 64:6
  68:5,13 73:13
  78:22 134:9
  141:20 154:16
  157:7,9,12
  178:21 213:8
  219:20 231:2
  250:21 251:9
**involvement**
  19:6 69:10,16
  78:15 148:19
  179:5
**involves** 219:6
**ir.voanews.c...**
  131:13
**iran** 79:10 92:1
  92:3 95:20
  99:8 100:2,7
  103:13 104:12
  105:10 110:2
  110:13 112:18
  113:1,7,22
  114:6,22
  115:14 117:15
  118:9,18
  122:21 127:4
  176:10 208:15
  211:12 221:3
  257:22
**iranian** 96:11
  107:6

**irrational**
  226:13 228:17
**irrationally**
  248:9
**ish** 55:16
**israel** 115:14
**israeli** 92:2
  96:11 97:3
  110:2 114:22
  122:20 208:14
  208:19
**issue** 200:21
**issued** 190:20
  192:4,10
  193:10 194:20
  197:3 222:15
**issues** 32:21
  33:16 42:14
  62:9,13,22
  66:7,8 72:19
  168:5,6
**it'd** 130:19
**it'll** 254:15
**italy** 29:12
**items** 66:9 77:8

### j

**j** 54:19 251:22
**january** 31:16
  45:1
**jeff** 77:8
**jerreat** 3:3,15
**jessica** 3:2,14

**joan** 251:19,21
  251:22 252:14
**job** 2:9 42:1
  50:5,13 243:22
**jobs** 28:10,13
  28:14 31:19
  38:5 42:5 50:3
**jog** 191:4
**join** 60:5,10
  61:4
**joined** 28:10
  60:22 63:4
  64:4 88:22
  89:8
**joint** 29:17
**journalism**
  31:19 50:12
**journalist**
  36:13 107:8
  154:1
**journalists**
  34:5 35:9 36:9
  69:22 88:2,5
  106:15,19
  107:12 141:2
  154:10 169:10
**judge** 7:13
  199:3
**july** 190:20
  192:5,10 193:8
  194:19 195:5
  196:14 199:7
  200:13 201:13
  203:12,15

  207:8 221:1
  223:1 225:18
  233:17 234:11
**june** 37:10 92:3
  92:15 96:11
  105:10 107:20
  118:8,18
  122:20 123:11
  127:3,3 187:6
  188:16 189:1
  190:16 195:2
  212:8,13
  213:20
**justice** 5:16
  10:3,5 17:7
  74:16 108:5
  157:14 165:9
  170:11 192:16
  193:22 200:5
  202:14 219:8
  223:11

### k

**k** 2:8 3:18
  261:2,17
**kari** 1:7,13
  7:11,18 8:13
  8:14 25:16
  60:7
**katherine** 6:3
  10:6
**kathryn** 3:3,15
**keep** 13:13 14:1

[key - lack]                                                      Page 29

**key**  29:17 157:5
**khojasteh**  5:15
　10:4,4 200:16
　200:20 201:2,6
　205:4,6,9,13,18
　233:1
**kind**  13:1 27:6
　33:4 62:4
　94:19 197:16
　197:17 200:1
**kinetic**  31:3
　165:22
**knew**  41:2
　111:4
**know**  14:2,9,16
　18:4 21:7,14
　24:13 27:13
　32:4 36:19
　39:15,22 40:20
　41:18,20 52:21
　60:4,10,14,16
　62:5 63:9
　65:18 75:12
　83:1 85:6 87:6
　87:10,12 88:2
　88:5,8,13
　92:10,17,18
　93:7 98:5,18
　100:14 103:2
　105:18,20
　106:6,8,9,18,22
　107:15 110:2,9
　110:12 112:15
　112:21 113:9

115:17,18,20
116:22 117:5
117:10 119:16
119:17 120:2,5
120:9,9,14
124:5 126:5
128:10,18
129:8,19,22
130:8,10 133:5
133:6 134:7,10
134:13,19
135:7,20,20
136:16 138:15
138:22 140:12
141:14 142:19
143:13 144:10
145:1,12,15
147:1,15 148:7
148:14,21
149:5 150:15
153:4,11 154:7
154:9,17
155:20 157:4
158:7,10,12
163:6,22 164:5
165:2,21 167:6
167:9 168:2,4
168:4,20
169:14,17
170:12 171:9
171:17 175:7
175:21 176:13
176:20 178:18
184:19 185:11

188:4 189:2,15
190:11 191:21
192:1 198:11
204:13 206:18
219:2 228:2,10
237:15,19,22
238:6,13,14,20
239:1 240:2,8
243:1 248:6
249:2,11,21,22
250:3,4,5,13,19
251:4,6,13
252:7 254:7,12
257:5 260:1,2
**knowing**
201:20
**knowledge**
45:15 59:3
63:16 64:3
78:15,22 83:12
111:11 113:16
114:1 133:8,11
133:16 134:21
146:16 150:19
151:7 156:5
160:21 161:3
163:18 165:7
174:19 179:19
202:18 203:20
207:14 242:6
242:14,22
248:7 252:13
254:4 261:10
262:6

**known**  160:1
**korea**  151:5,17
　151:20 152:11
　152:19 153:5
　155:22 156:7
　157:4 158:1,4
　158:9,15,18
　159:12 160:5,8
　161:3 162:9
　164:16,18
　166:18 170:4
　173:15 258:13
**korean**  153:13
　154:3,9,19
　155:13,16
　156:16 159:16
　160:4 170:21
**kurdish**  87:16
　87:19
**kuwait**  141:4,5

**l**

**l**  2:6 4:7,16
　8:18
**labor**  91:17
**labruto**  4:13
**lack**  33:21 37:4
　56:4 65:7
　66:14,21 82:1
　86:20 89:1
　90:3 91:11
　115:7 118:21
　119:9,22
　124:16 129:14

129:20 130:4
130:13 131:7
131:20 132:18
137:3,13 142:2
153:18 154:5
154:12 166:2
168:7 171:4
172:2,9,17
176:5 178:3,14
179:3,14 180:8
180:21 181:17
182:5 186:13
187:20 189:5
189:12,18
190:3,4,22
198:9 202:1
212:21 214:20
215:16 218:10
218:16 220:5
228:19 230:17
234:5 237:5,16
238:9 242:16
244:6 246:5
248:3 250:17
252:10 253:9
253:20 254:5
254:10
**lacks** 18:8,16
19:19 21:10
43:13 45:10,18
46:3,21 47:6
47:20 48:6
49:11,18 52:17
60:1 63:14

67:22 68:8,20
70:5 71:7 72:5
73:20 78:4
79:16 84:16
85:3,19 86:8
92:5,22 93:14
94:1,15 95:16
98:7 99:16
100:11,18
103:14 104:1
104:15 105:14
106:4,16 110:5
113:10 118:13
120:20 121:7
126:9 127:7
133:19 134:16
135:3,11 136:6
138:12 139:15
140:5,13,19
142:15 143:3
143:21 144:13
145:7,13,20
146:21 147:13
147:21 149:8
149:15 150:10
150:22 151:11
152:4 155:4,17
156:8,18 158:5
158:20 159:5
159:13 160:10
161:14,22
162:5,12,21
163:4,10
166:20 167:19

199:1 231:4,11
**lake** 1:7,13
7:11,18 8:13
8:14 25:13,15
25:16,16 26:4
60:6,7,14 61:4
61:14,17 63:4
71:2,6,13 72:4
75:12 76:17
81:10 82:10
126:1 127:6
157:6 163:12
164:12,19
166:6 173:20
177:6 193:12
193:17,20
194:5,11 203:2
233:15,16
234:4 236:17
237:4 241:3
**lake's** 80:9
82:14 83:5
96:4 177:3
238:4 239:20
240:1,12
246:14
**lamberth** 7:14
**land** 146:12
**landed** 39:20
**language** 39:8
46:1,11 79:5,8
79:11,14 84:18
85:1,9,11,21
86:6,18,22

88:6,21 89:7
90:2 92:11,16
92:20 93:9
96:10 98:15
99:5 122:22
128:11 132:12
133:9 138:4
154:4,10
161:21 167:18
168:2,8,10,17
170:1,6 171:2
172:6 201:7
217:13 237:14
**languages**
133:10 138:2
138:10,16,21
139:3 140:11
170:20 185:5
186:11,17
226:10 237:19
238:1,21 239:2
254:3
**large** 146:14
160:1 180:18
180:22
**largely** 18:2
54:18 111:21
165:16 166:6
183:17
**larger** 38:12
**lasted** 41:17
**late** 45:1 184:1
**latest** 222:9

**latin** 226:9,16
  226:21 227:6,8
  230:3
**laughing** 205:6
  205:11
**law** 41:15
**lawful** 247:17
**laws** 11:6
**lawsuit** 58:13
  80:11
**lawsuits** 12:6
  16:17,20 17:3
  17:11,20 18:22
**lawyer** 17:2,18
  108:15 206:13
  224:22 225:1
**lawyers** 13:21
  22:1 109:3
  156:17 170:17
  174:9 223:14
  223:15
**lax** 168:7
**lay** 17:19
**layout** 36:1
**lead** 41:6,6
**leadership**
  43:10 54:15
  64:18 231:9
**leans** 245:8,16
**learn** 18:21
**learned** 177:17
**leave** 22:16
  37:20 69:20
  89:13,19 90:10

90:14,19 91:1
92:11,17,21
93:10,13 94:11
94:22 95:6
97:10 99:12
100:1,6,17
101:5 102:19
103:22 104:14
105:12,21
106:2 107:13
120:18 125:4
136:5 180:20
181:4,6,8
182:1,8 217:19
251:17 257:21
258:2
**leaves** 75:21
  144:12
**led** 166:6 169:3
**left** 38:9 57:11
  173:14 176:9
**legal** 17:17,18
  24:3 26:13
  76:6,10 169:21
  192:21,21
  194:2,4 197:5
  197:18 198:10
  199:14 200:2,6
  202:2 204:21
  206:2,6,17,19
  223:13,19
  224:8 225:1
  258:7

**leili** 70:22
**letter** 86:4,4
  87:9,14 213:18
  213:20 214:5,8
  215:10 216:7
  221:21
**lettered** 84:12
**letters** 84:20
**level** 17:20
  53:21 55:9,12
  64:11 141:14
  167:8 171:7,8
  172:7 177:22
  178:2 180:5
  190:11
**levels** 109:14
  167:8 171:18
  171:19,21,22
**liaison** 64:18
**liberal** 27:7,16
**license** 185:9
**licensing** 39:8
  185:2,22 187:8
  187:12 190:12
**lieutenant** 28:7
**life** 13:19
**lift** 210:16
**likely** 132:6
**likewise** 14:6
  54:12
**limit** 205:3
**lindsey** 7:16
  213:21

**line** 21:20
**lines** 71:21
**links** 187:2,10
  188:14
**list** 83:8,12,15
  84:4,12,13,18
  87:13,15
  130:22 144:7
  217:11
**listed** 72:14
  116:22 130:20
  132:11 218:4
  226:6 230:3
**listing** 208:9
  229:13
**lists** 87:9
**literally** 139:6
**little** 21:19
  26:17 33:11
  155:11 172:22
  233:19
**live** 12:13
  112:17 117:4,8
  118:4 119:14
  119:16,19
  120:3,6 139:10
  141:1 148:18
**llc** 38:17
**llp** 2:5 3:8 4:15
  8:18
**local** 31:22
  32:8
**located** 8:18

**location** 2:5
8:17
**lockheed** 38:12
**logic** 246:1
**logistics** 22:4
**london** 29:1
**long** 23:12
26:22 28:3
41:16 44:22
50:22 97:15
98:5 120:5,9
160:7,9 161:8
183:16 236:14
**longer** 189:9
190:7
**longstanding**
53:10,11,20
56:14
**look** 87:14
176:22 177:2
191:21 192:2
210:12 213:10
216:2,10
219:17 232:17
233:22
**looked** 229:18
**looking** 41:1
43:9 112:13,13
131:3 161:9
190:15 220:22
243:12 245:10
246:15,16
**looks** 213:18

**looped** 117:5
**lost** 164:6
**lot** 41:18,21
64:10 112:8
125:10,11
180:14 232:20
242:11 259:3
**lots** 28:21
**loud** 82:19
**lower** 195:16
**lowercase**
84:20,21
**luck** 146:10
**lunch** 114:16
172:21 173:13
196:10

**m**

**m** 5:15
**maazel** 3:8
**made** 58:21
69:8 81:21
90:7 94:14
95:4 114:18
116:13 157:3
163:8,15
164:19 165:2,8
165:12 166:4
168:11 170:19
182:7 223:9
231:6 236:3
247:3
**mail** 125:20
126:6 156:3

252:6 259:8,10
**mails** 155:20
**maintain** 13:19
24:12 115:5
171:17 207:11
210:8
**maintained**
77:21 102:3,12
**maintaining**
104:13
**maintains**
187:15
**major** 27:10,12
27:16 236:11
236:20 237:2
238:5
**majority** 54:14
**make** 13:19
21:21 25:14
72:15 81:15
112:19 135:7
164:12 169:8
180:2 182:14
199:20 205:18
206:2,6,17
207:12 225:5
234:2 235:19
244:9 248:17
259:2
**maker** 157:5
163:13 173:20
**makes** 95:7
**making** 30:18
73:14,15 83:17

174:8 175:13
206:18 230:10
238:7
**man** 205:10
**manage** 87:7
186:1 246:12
**managed** 56:7
144:8 251:7
**management**
40:4 44:17,21
54:7,11 65:3
65:14 66:1,7,8
66:20 88:17
93:18 94:4,10
105:7 157:21
229:7 234:19
**manager** 38:7
53:18,18 66:4
75:11 177:21
**managerial**
65:4
**managers** 67:2
**manages** 88:12
**managing**
258:16
**mandarin**
128:15 129:11
129:12,18
130:2,9,12
131:4,15,19
132:4,9,12,15
132:16 133:1,2
133:4,9,17
134:4,11,22

135:9,18 138:5
138:8 170:3
172:6,8 175:1
175:8,17
**mandate** 226:5
229:18
**mandatory**
159:19
**manner** 11:7
**mapping** 39:7,8
**marathon**
217:5
**march** 64:1
128:19 129:19
130:9 149:6
220:4
**margaret** 4:14
**mark** 15:16
57:7,20
**marked** 15:18
16:6 58:1 80:1
128:6 177:3
191:7,12,16,17
213:14,15
232:15 233:8
239:21
**marking** 79:21
232:13
**marks** 51:8,12
121:13,17
173:4,8 211:8
239:8,12
254:18,22

**martin** 38:12
**master** 147:4
147:12,18
148:1,7,18,19
**material** 66:9
**matt** 9:10
**matter** 27:9
48:21 52:15
72:22 139:8
258:16
**matters** 8:12
53:4
**matthew** 4:4
**mblumin** 4:9
**mccolm** 262:2
262:15
**mdotzel** 4:18
**mean** 24:11
42:19 62:8
64:10 67:5,9
71:5,18 72:3
73:3,8,10
90:12 91:14
93:20 96:21
97:4,15 98:22
102:10 116:18
117:7 120:8,11
123:9 124:13
125:14 126:20
127:10 132:22
135:17 136:14
139:6 144:15
147:7 150:1
159:1,8 161:18

166:15 170:16
171:6,16
176:17 178:8
180:18 183:14
205:10 208:18
208:20 219:1
219:12 229:4,5
238:18 243:15
249:19,20
252:19
**meaningful**
184:4
**means** 11:8
13:20 14:2
67:10 125:12
126:4 150:4
162:17 198:5
214:18 218:9
218:12,18
247:18
**meant** 82:8
97:9
**measure**
222:11
**media** 6:2,5
8:10 10:7,11
12:11 30:9
31:19 33:4
34:18 40:6,21
49:10 50:12
51:9,13 111:22
116:21 121:14
121:18 131:3
131:14,19

132:4 173:5,9
185:22 239:9
239:13 254:19
255:1 260:13
**medicare** 39:21
**medium** 114:4
114:7 130:11
140:17,22
141:8,11
142:12 147:19
235:1
**meet** 23:3,7
97:7 102:13
103:12 109:15
123:21 124:11
124:13 137:21
216:13 258:4
**meeting** 32:19
184:7
**meetings** 23:9
23:15,22 26:9
**melange** 44:1
**memo** 215:9,13
216:6,9,10,18
220:2
**memoranda**
156:6
**memorandum**
7:13 187:13
226:1
**memory** 107:7
112:11 164:6
177:16 183:11
191:4

**memos**  156:14
**mention**  183:5
**mentioned**  91:4
   118:6 157:1
   204:2,4 219:15
   221:18
**mentions**
   241:17
**messages**
   125:10,14,17
**messaging**
   125:16
**met**  12:8
   105:19
**miami**  217:5
**michael**  1:10
   4:12 8:13 43:8
**microphone**
   33:2
**microphones**
   8:5
**mid**  184:1
**middle**  196:16
   209:21
**midsize**  40:2
**midway**  204:10
**military**  35:14
   118:8
**miller**  6:4
   10:10,10
**million**  177:6,8
   177:18 178:11
   179:1 180:5,18

**millions**  56:4
**mind**  14:1
   38:16,16 39:4
   39:5 55:7
   198:12 206:9
**minds**  39:10
**mindsets**  30:18
**mine**  208:1
**minimal**  137:22
**minimum**  55:9
   77:22 178:9,13
   184:7 215:13
   216:13 232:5
   235:19
**minute**  62:5
   139:7 242:19
**minutes**  114:14
   140:9,17 149:3
   149:4 172:15
   254:15
**mischaracteri...**
   56:12 62:16
   68:21 76:19
   84:6,15 87:18
   94:2 102:22
   109:17 122:12
   126:18 136:7
   168:16 179:4
   211:13 216:4
   221:14 240:19
   241:7
**mismanagem...**
   53:21,22

**missed**  186:16
**missile**  29:3
   42:14,17,18
**missing**  72:15
   72:16 199:11
   199:12
**mission**  101:19
   180:15
**missions**  228:3
**misstate**  64:14
**misstated**
   169:8
**mix**  106:19
   107:1,1,8,16
**mixed**  250:8
**module**  110:13
**molly**  262:2,15
**moment**  57:18
   82:20 110:21
   111:6
**moments**  138:3
   214:1
**money**  176:18
   180:16
**monitored**
   148:14
**montana**  188:5
**month**  42:13
   163:20 164:10
**months**  39:17
   43:2,2 50:8
**morales**  184:2
**morning**  8:2
   9:7,13,14,17

**10**:15 11:22
   12:1 37:18
**mou**  186:3
**mouth**  14:15
**move**  160:6
   205:14
**moved**  42:4
   180:16
**movement**
   125:11
**moving**  144:16
   166:4 168:12
   169:11 196:20
   198:20 208:11
**mower**  251:20
   251:21,22
   252:14,17
**muddied**  183:4
**multifarious**
   17:12
**multiple**  30:2
   39:21,22
**municipal**  3:4
   4:3,6 9:12
**mute**  8:6

                    **n**

**n**  3:1 4:1 5:1
   6:1 7:1 8:1
   251:22
**name**  8:20
   10:15 12:2,5
   36:15 40:19
   125:4 145:2

| | | | |
|---|---|---|---|
| **named** 36:21 | 73:15 99:3 | **never** 53:16,19 | 242:8,9 243:4 |
| 77:6 | 100:16 101:4 | 53:20 54:20 | 243:4,7,8,15 |
| **names** 36:16 | 109:15 124:6,6 | 183:20 184:5 | 244:16 245:4,7 |
| 44:13 | 125:8 153:9 | 228:9 230:6 | 246:3,7,8,10,11 |
| **naples** 29:12 | 191:4 202:15 | 242:18 257:2,4 | 246:21 248:2 |
| **nasa** 145:2,3,11 | 205:17 207:1 | 257:9 | 250:15,22 |
| 145:16 146:16 | 208:6 258:5 | **new** 3:10 27:4 | 251:4,7,10 |
| **national** 32:17 | 259:17 | 39:6 100:9 | 252:6,9,13 |
| 32:18,21 33:15 | **needed** 68:6 | 155:7,7,8 | 253:7,18 254:3 |
| 35:6,17 40:20 | 101:16 109:15 | 160:8 168:10 | **newsmax's** |
| 54:2,6,21 | 124:1,3,8,8 | **news** 36:3,5 | 244:2 |
| 55:14 256:15 | 199:10,19 | 49:10 85:6,13 | **newsroom** |
| 256:16 | 200:14 201:22 | 85:16,17 87:2 | 35:20 47:18 |
| **nationals** 54:19 | 210:9,21 | 87:9,11 88:3 | 48:5 87:7 |
| **nations** 236:10 | **needs** 66:12 | 115:1,3 121:4 | **nexus** 227:11 |
| **natural** 39:8 | 103:12 | 122:22 124:4 | **nicaragua** |
| **nature** 107:6 | **neeper** 3:3,15 | 134:2 143:17 | 227:12 |
| 152:12 166:11 | **negotiations** | 143:17 155:9 | **nick** 3:7 9:8 |
| 206:19 | 165:21 166:2 | 185:11 208:14 | 12:5 |
| **naval** 29:8,13 | 251:10 | 208:16 212:9 | **night** 26:22 |
| **navy** 27:1 28:2 | **neither** 261:11 | 222:2,10 | **nightmare** 44:7 |
| 28:6,11,16,17 | 262:7 | 236:11,20 | **nineties** 184:1 |
| 28:18,19 29:11 | **network** 44:16 | 237:2 238:5,15 | **nispom** 256:16 |
| 30:5,8,12 | 85:6,16 87:9 | 240:16 241:4 | 256:20 |
| 31:13 | 88:3 212:9 | 241:13 243:13 | **nlp** 39:9 |
| **nbourland** 3:11 | 222:2,10 | 243:18 244:3 | **nod** 13:12,16 |
| **near** 123:10 | 240:16 241:4 | 244:17 245:7 | **non** 31:3 217:8 |
| **necessarily** | 241:13,15,17 | 245:15,15 | 227:2,5 243:18 |
| 66:2 117:7 | 255:14 | 247:16 255:14 | 244:2,17 245:7 |
| 198:5 | **networks** 229:8 | 258:13 | 245:15 |
| **necessary** | 229:9 236:11 | **newsguild** 3:6 | **nope** 43:1 |
| 102:15 | 236:20 237:2 | **newsmax** 49:17 | **normal** 13:11 |
| **need** 12:14 25:5 | 238:5 247:16 | 240:17 241:5 | 14:22 36:4 |
| 36:19 41:21 | | 241:18 242:2,4 | 71:10 75:19 |

| | | | |
|---|---|---|---|
| **north** 151:5,17 | **nowadays** | **oath** 13:5,6 | 126:17 127:7 |
| 151:20 152:11 | 139:7 | 81:22 | 127:15 129:20 |
| 152:18 153:5 | **nuclear** 118:9 | **oaths** 10:19 | 130:4,13 131:6 |
| 156:7 157:4 | **null** 5:3 9:18,18 | **obc** 227:2 | 132:18 133:18 |
| 158:3,9,15,18 | **number** 39:17 | **object** 14:21 | 134:16 135:2 |
| 160:4,8 161:3 | 47:3 54:14 | 17:4 18:16 | 137:13 139:1 |
| 162:9 164:16 | 82:17 88:20 | 19:19 22:10 | 139:15 140:3,5 |
| 164:18 166:18 | 89:6,11,14,17 | 24:6 45:17 | 140:13,19 |
| 170:4 173:15 | 90:9 95:18 | 46:3,20 47:5 | 142:15 143:3 |
| 184:19 | 134:1 153:13 | 49:18 60:1 | 143:21 144:13 |
| **northwest** 2:6 | 160:13 211:17 | 62:15 63:14 | 145:7,13,20 |
| 3:18 4:7,16 | 260:13 | 66:21 67:22 | 146:21 147:13 |
| 5:17 8:19 | **numbers** 15:17 | 68:8,20 70:5 | 147:21 149:8 |
| **nos** 8:16 | 54:17 86:16 | 71:7 72:5 | 149:15 150:10 |
| **notary** 10:18 | 99:3 122:9 | 73:20 78:4 | 150:22 151:11 |
| 261:18 | 134:19 136:12 | 79:16 85:3,19 | 152:4 155:4,17 |
| **note** 8:4 247:3 | 136:17 177:13 | 86:8,20 87:17 | 156:8,18 |
| 252:3 | **numerals** 247:8 | 89:1 90:3 91:3 | 157:11 158:5 |
| **noted** 221:22 | **ny** 3:10 | 91:11 92:5,22 | 158:20 159:5 |
| **notes** 26:1 76:4 | | 93:14 94:1 | 159:13 160:10 |
| 254:14 | **o** | 95:14,15 98:7 | 160:16,19 |
| **notice** 7:9 | | 99:13,16 | 161:14,22 |
| 15:14 16:9,13 | **o** 8:1 249:17 | 100:18 101:10 | 162:5,12,21 |
| 16:15,16 | 250:8 251:22 | 102:21 103:14 | 163:4,10 165:6 |
| **noticed** 12:7 | **oa** 170:5 | 104:1,15 | 166:20 167:19 |
| 15:13 | **oan** 49:16 | 105:13 106:4 | 168:15 170:7 |
| **noticing** 9:6 | 241:14,20 | 106:16 107:22 | 171:4 172:2,9 |
| **notification** | 242:13,14,19 | 109:5,16 110:5 | 172:17 174:17 |
| 7:15 212:19 | 243:1 246:21 | 113:10 115:7 | 192:13 193:15 |
| 213:21 | 248:2,18 | 118:11,21 | 200:1 231:4,11 |
| **notional** 54:16 | 249:17 250:4,7 | 119:7,9,21 | 244:19 250:17 |
| **november** 20:7 | 250:11,12,15 | 120:20 121:7 | 253:20 254:5 |
| 20:9 51:21 | 250:22 251:1 | 122:11 124:16 | 254:10 |
| 61:11 | 253:7,17 254:9 | 124:22 126:9 | |
| | 255:16,22 | | |

| | | | |
|---|---|---|---|
| **objection**  10:21 | 198:22,22 | **ocb**  226:20 | 53:15 60:20 |
| 11:11 15:1,3 | 199:13 202:1 | 227:3,5,13,14 | 61:3 261:1,2 |
| 18:8 21:2,10 | 202:11 204:21 | 227:19 228:1 | **officers**  188:6 |
| 33:21 37:4 | 205:3,19,22 | 228:13 248:10 | **offices**  84:14,18 |
| 43:13 45:10 | 207:12,13 | 248:12 249:8 | **oh**  43:7 44:12 |
| 46:12 47:20 | 211:13 212:21 | 249:16 250:10 | 95:15 119:8 |
| 48:6,16 49:11 | 214:10,14,20 | 250:14 255:16 | 127:17 196:4 |
| 52:17 53:5 | 215:16 216:4 | 256:4,13,17 | 219:4 249:21 |
| 56:12 63:6 | 218:10,16 | 257:10 | **okay**  8:2 12:10 |
| 65:7 66:14 | 219:3,5 220:5 | **occasional**  34:7 | 12:16,22 13:16 |
| 69:6 74:10 | 221:13 222:16 | **occasionally** | 13:17 14:10,11 |
| 76:19 82:1 | 223:8 224:5 | 35:11,16 37:18 | 14:18,19 15:4 |
| 84:6,15 89:9 | 225:6 228:19 | 49:1 227:7 | 15:5,10,11,16 |
| 94:15 100:11 | 230:17 234:5 | **occupying** | 17:1,15,22 |
| 112:3 114:8 | 237:5,16 238:9 | 251:5 | 18:21 20:2,10 |
| 122:18 128:22 | 238:17 240:19 | **occurred**  53:22 | 20:13 21:7,19 |
| 129:6,14 | 241:7 242:16 | **ocean**  28:22 | 22:1,4 23:3,19 |
| 131:20 135:11 | 244:6 245:1,13 | **odni**  54:7 | 24:11,16 25:6 |
| 136:6 137:3 | 246:4 248:3 | **oen**  248:11 | 25:14 26:16 |
| 138:12 142:2 | 252:10 253:9 | **offer**  107:18 | 27:8,15 28:2 |
| 143:11 153:18 | 255:18 256:1,6 | 202:9 203:2 | 28:15 30:7 |
| 154:5,12 | 256:12 257:12 | **offers**  153:11 | 31:17 34:10,14 |
| 156:20 164:2 | 258:6 | **office**  19:17 | 35:9 37:9,12 |
| 174:12 175:2 | **objections**  9:1 | 20:1 42:11 | 37:22 38:3,20 |
| 175:14 176:5 | 206:21 | 44:4,17 54:5,7 | 40:8 42:21 |
| 178:3,4,14 | **objective**  97:8 | 54:11 65:14 | 43:4 45:6 51:4 |
| 179:3,14 180:8 | **obligations** | 66:5 75:19 | 51:5 52:6,13 |
| 180:21,22 | 137:22 | 85:2 125:18 | 53:2 56:19 |
| 181:10,17 | **observation** | 184:2,3 216:21 | 57:15,20 59:22 |
| 182:5 186:13 | 245:14 | 217:16 226:18 | 60:9,17 64:15 |
| 187:20 189:5 | **obtain**  247:16 | 234:18 235:4 | 68:12,18 69:10 |
| 189:12,18 | **obviously** | 248:19 | 69:17 70:21 |
| 190:4,22 197:4 | 209:7 | **officer**  29:7,10 | 71:13,17 72:1 |
| 197:15 198:9 | | 29:12,16 31:4 | 72:13,18 77:2 |

77:4 80:21
81:21 82:7,10
82:17 83:2,3
84:3,20 86:17
87:8 88:2
90:17,22 95:21
96:16 97:4
103:8 105:1
107:9 108:10
108:16 109:2,9
110:16 111:3,6
111:17 112:14
112:19 113:5
113:18,21
114:13 115:16
116:10 118:3
122:6,19 124:7
125:19 127:19
131:3 132:10
132:14 133:14
134:6,10 138:8
138:17 139:11
140:9 141:13
148:13 155:2
157:3 163:22
164:12,15
165:2 169:6
172:20 173:2
173:18 177:14
177:17,21
181:15 182:11
182:22 183:15
187:8 189:1
193:11 194:7

194:19 195:7
195:19 198:5
201:9 202:20
203:11 204:14
206:4 207:1,18
208:7 209:2,6
209:15 210:4
211:9 215:22
216:12 218:3,8
220:10 221:9
221:20 222:7
224:13 225:13
230:1 232:3,21
233:4,13
236:16 239:3,6
239:8 240:10
241:12 243:8
247:14 249:1
249:10 254:15
255:9,10 257:2
257:14 259:1,9
259:12,19
260:4,7,10
**once**   117:2
171:17 241:22
246:8
**one's**   234:1
**ones**   25:11
38:12 129:10
145:11 170:21
218:4 234:17
258:12
**ongoing**   35:16
165:22 240:17

247:22
**online**   115:13
154:19 162:17
**operate**   196:20
198:19 208:11
**operating**
138:4 171:3
196:19 198:8
198:19 208:10
**operation**   90:2
91:2,20 98:17
98:21 101:22
102:2,11
103:21 106:14
107:20 109:4
109:21 111:13
113:1,8 119:4
166:10 208:18
209:4,11
211:11,16,18
220:15 221:3
221:11 222:10
**operational**
65:4 109:10
171:7
**operationally**
157:20 227:19
228:15
**operations**
29:21 30:1,16
41:14,14,15
43:22 44:2,20
47:14 66:1
71:11 73:2,4

78:16 79:1
91:5 96:9,11
97:3 107:12
122:20 127:3
168:12 169:18
210:9,21 225:4
235:20 236:5
252:16
**opine**   205:1
208:3
**opinion**   104:6
104:10 105:1,5
108:7 137:16
137:17 177:21
178:22 202:6,6
212:3 243:22
253:7
**opportunities**
184:20
**opportunity**
235:3
**opposing**   244:1
**optimism**
190:11
**option**   169:4
251:18 258:11
**order**   7:13 42:3
93:21 102:13
124:11 185:3
190:21 191:3,5
192:4 193:3,11
194:11,14,17
194:19 195:4,8
196:15 197:3

**[order - participate]** Page 39

198:1 199:7
200:7 201:13
202:10 203:11
203:14 204:2
207:8 217:3
220:10 221:1
222:15 224:2
225:18,18,21
229:11 233:20
259:4,6,18,21
**ordered** 94:20
**ordering** 136:2
**organization**
43:11 67:2
72:10 159:17
159:18 245:15
**organizational**
43:10
**organizations**
44:3,5 238:15
**organized**
30:15
**organizing**
187:2
**original** 56:9
117:10 132:16
133:1,2,16,19
139:13,16
244:13 253:19
**originally**
133:3 134:3
190:7
**outcome**
137:10 261:16

262:12
**outcomes**
136:22
**outlined** 56:17
168:5
**output** 96:9
**outside** 17:9
24:3 67:20
73:1 157:16
174:7 211:8
212:2 223:19
232:5
**outspoken**
252:1
**overall** 167:12
169:16 211:18
228:3 256:19
**overarching**
229:1
**oversee** 36:9
235:5
**oversees**
228:16
**oversight** 56:4
**own** 34:3 259:5

**p**

**p** 3:1,1 4:1,1
5:1,1 6:1,1 8:1
**p.m.** 121:19
173:2,6,10
239:7,10,14
254:17,20
255:2 260:16

**pacific** 28:22
**pack** 43:8,17
44:10
**page** 7:2,7
58:15 82:5,14
82:22 84:3,21
96:6 177:4,5
195:7 196:15
196:16 204:9
204:10,12
207:8,17
216:18,18,19
217:2 220:11
222:4 225:17
229:22 234:2
240:5,7
**pages** 219:19
**paid** 181:4,9,14
**paper** 54:20
**paragraph**
59:6 78:12
82:13,15,21
83:5 84:4,11
96:6 97:20,20
98:19 101:21
115:21 131:1
132:7 177:5
182:15,16
183:6,6 187:1
187:19 188:13
204:7,12,16,19
206:8 207:6,9
208:5 209:9,21
210:10 220:22

221:11,17,19
222:8 234:19
234:20,21
235:1,12 240:7
240:12 246:16
246:20 247:11
247:19
**paragraphs**
183:6 208:1
**paraphrasing**
72:20
**pardon** 146:7
**part** 14:22
39:10 69:15
71:10 75:19
76:13 85:10
94:3 99:18,20
106:1 121:6
125:18 131:10
138:17 171:8
174:5,7 176:8
185:17 203:7,9
211:18,22
212:6,9 220:3
221:2 222:3
235:4 236:16
249:4
**participant**
24:18
**participate**
45:8 46:1,10
46:17 47:3
81:2,7 93:12
157:10 176:2

| | | | |
|---|---|---|---|
| **participation** 157:12,16 | **patsy** 1:4 3:2 3:14 8:12 | 249:3 | 70:19 88:14,18 106:7 136:2 |
| **particular** 81:7 100:13 103:2 107:8 109:21 112:12 126:21 127:5 153:20 166:1 194:19 237:11 242:14 243:2,8 | **pay** 180:19 | **permissions** 187:13 | 167:5 |
| | **peggy** 4:14 9:14 | **permitted** 11:4 155:11 | **person's** 14:5 70:13 |
| | **penalty** 13:9 58:21 81:22 | **persian** 79:5,8 79:11,14 85:6 85:9,10,14,16 86:6,18,22 87:9,20 88:3,6 88:21 89:7 90:2 91:10,17 91:21 92:11,16 92:20 93:9 96:10 98:15,16 99:7 102:11 106:3 110:3 111:12 112:1 113:7 115:5,12 116:2,20,21 118:20 120:18 122:3,22 125:20 126:2 127:4,22 128:3 130:21 132:7,9 132:12 155:11 166:12 170:3 171:2,21 175:20 208:13 212:9 221:11 222:2,10 | **personal** 67:19 78:15,21 99:21 160:21 161:2 163:18 |
| | **pending** 15:9 110:11 | | **personally** 46:10,17 91:8 201:12 223:5 |
| **particularly** 234:22 252:2 | **pennsylvania** 5:6,17 | | **personnel** 20:17,19 44:6 54:7,11 62:8 62:13,22 66:10 66:20 67:13 69:11 85:22 87:1 88:13 93:17 97:7,18 99:3 102:15,18 106:20 107:17 123:4 135:14 136:3,4 144:17 148:1 168:8 171:8 179:6 229:6 243:22 |
| **parties** 8:8 11:1 261:12,14 262:8,11 | **pensacola** 29:8 | | |
| | **people** 19:14,17 20:21 21:7 25:15 43:9 55:2 65:17 73:15 91:1 93:22 94:11 97:10 99:11 101:5 106:1 124:3,10,12 153:10 168:17 | | |
| **party** 49:10 251:5 | | | |
| **pashto** 128:15 138:5,9,19 139:7,14 140:2 140:10 149:5 150:18 170:3 172:13 | | | |
| | **percent** 223:18 | | |
| | **perform** 89:13 102:16 | | |
| **passage** 236:14 | **period** 20:5 31:11,17 54:4 95:19 117:12 | | **perspective** 242:15 243:2,9 243:10,15,16 |
| **passed** 83:20 189:1 | | | |
| **passing** 93:16 93:20 | **perjury** 13:9 58:22 81:22 | | **pertain** 85:1 |
| **past** 49:1 159:18 162:4 163:20 164:10 204:1 228:6 242:7 251:8 | **permanent** 29:21 | **persisted** 54:4 | **pertaining** 38:22 |
| | **permission** 188:8 247:17 | **person** 23:15 41:1 68:17 | |

**[philippines - predictive]**    Page 41

**philippines**
  28:21
**phones**  8:7
**phrase**  215:14
  253:1
**phrasing**  72:19
  112:21 182:14
**physically**
  141:2
**physicians**  40:2
**pick**  8:5
**picture**  196:19
  198:8,18
  199:19,21
  208:10
**piece**  248:16
**pieces**  210:10
  220:14 221:5,5
**place**  8:8 20:5
  62:22 95:19
  110:13 159:22
  166:5 225:19
  247:10
**places**  30:21
  226:21
**plaintiff**  4:2 5:2
  9:11,19,22
**plaintiffs**  1:5
  1:11 3:2,14
  4:12 8:12 9:9
  9:16 12:6
**plan**  99:10
  135:21 144:12
  150:20 151:7

  151:10,16,18
  151:19 152:9
  152:11,18,21
  153:22 155:15
  155:19 162:10
  162:19 163:8
  166:9,18 170:5
  170:12,17
  172:7,11,14,19
  184:4,4 186:10
  230:7 250:14
  253:17,22
**planned**  153:17
  214:6,9,19
**plans**  134:22
  135:8 170:18
  171:20,20
  172:4 173:14
  177:8 196:20
  198:19 208:11
**platforms**
  111:22 116:2
  116:21 130:19
  131:14 187:4
**play**  66:19
  91:16 175:13
**plaza**  3:9
**please**  8:4,6 9:2
  10:13 11:13
  12:2 14:3,9,15
  18:12 33:8
  38:14 46:5
  52:4,16 61:22
  69:3 76:9

  79:13 84:10
  89:4 92:13
  95:3 104:8
  105:3 118:16
  122:14 143:6
  146:8 156:13
  176:15 179:9
  194:22 198:16
  203:13 204:6
  205:3,17 207:3
  215:3 219:4
  224:14 227:3
**point**  14:12
  15:6 17:12
  61:17 86:10
  90:17 102:20
  119:18,20
  122:21 149:19
  158:4 164:13
  164:19 174:15
  201:5 203:18
  203:20 204:10
  230:21 236:13
  236:22
**pointed**  32:19
**points**  173:20
**policy**  42:11,12
  228:10
**political**  41:6
  41:19 227:10
  242:14 243:9
  245:6 251:5
**politically**
  243:13

**poorly**  56:7
**portfolio**  71:10
**portion**  210:20
**portions**  221:5
  221:5 249:5
**ports**  29:1
**position**  42:21
  43:1 50:6,10
  55:8 59:22
  64:9 217:13
**positions**  40:10
  42:6 88:13
  217:4,6,8,10,13
  217:14,15,15
  217:16,17,19
  217:20 218:3
**possible**  170:4
  195:15 201:18
  242:9,11,22
**post**  136:17
**posted**  28:19
  28:20 29:1,2
  29:15
**posting**  131:15
  187:5 188:16
**pound**  253:1,1
**power**  256:19
**pre**  154:3
**precursor**
  233:12
**precursory**
  54:22
**predictive**
  96:13 97:14

**[predictive - production]**                                   Page 42

98:22 99:8
104:11 105:9
**predominant**
138:16
**predominantly**
243:21
**preempted**
168:22
**preemptive**
168:21
**preference**
227:18
**preliminary**
54:22
**preparation**
21:20 24:5
25:2 26:6
**prepare** 22:5,8
22:15,21
**prepared** 22:2
22:19 262:3
**preparing**
23:13
**presence**
202:18
**present** 6:12
9:3 23:22
55:16 140:4
189:21 193:16
194:11,14
202:22
**presented**
83:13 213:1

**presently** 140:8
151:2 159:16
**preserving**
156:19
**president** 43:21
47:14,16 166:4
245:5,17,20
246:2
**president's**
217:3 256:15
**presidential**
37:3 40:11
45:7 235:17
256:15
**press** 63:20,22
64:2
**pretty** 101:17
116:14 243:13
**previous**
133:15
**previously**
175:6
**primarily**
33:14 237:18
**primary** 37:19
37:20 65:3
147:8 180:15
**principles**
236:6
**printed** 198:1
**printing** 55:6
**prior** 59:13
112:2 113:7
136:7 179:5

261:5
**priorities**
235:21
**private** 8:6
38:10 40:21
49:10 50:6
236:8 238:7
253:18
**privilege** 22:17
24:12 108:4
156:22 174:13
193:20 197:17
202:5 224:20
231:19
**privileged**
193:5,19
197:21 224:1
**pro** 244:4,18
**probe** 30:17
**problems** 53:10
53:11 56:14
252:19
**procedural**
11:5
**procedurally**
22:22
**procedure**
75:19
**procedures**
75:20
**proceed** 10:14
11:19
**proceeding** 9:2
11:3 260:17

262:4
**proceedings**
10:17 261:3,5
261:6,9 262:6
**process** 14:22
68:5,13 81:3
83:22 90:22
142:11 153:12
154:17 155:12
156:2 159:11
160:7 161:9
168:20,22
169:2 174:8
185:1 188:10
188:13 196:10
203:5,7 218:20
219:21 230:10
235:4
**processed**
148:21
**processes** 30:18
55:4 235:8
**processing**
39:21
**produce** 170:5
256:5
**produced** 11:2
91:17 133:3
153:17 253:19
**produces** 91:10
**production**
36:2 56:5
85:13,17 87:2
87:11,20 141:3

**[production - question]**                                                    Page 43

| | | | |
|---|---|---|---|
| 250:4 | 107:19 128:1 | **public** 30:8 | **qualify** 17:16 |
| **professional** | 160:12 183:18 | 119:19,22 | **quality** 248:13 |
| 53:14 | 199:10,10 | 150:4 185:4 | 249:22 |
| **professionals** | 201:22 258:16 | 188:5 261:18 | **quality's** |
| 123:21 124:5 | **provided** 21:6 | **pull** 89:12 | 249:22 |
| 176:9 | 77:13 81:10,19 | **pulled** 150:5 | **quasi** 206:18 |
| **profile** 40:22 | 83:16 190:10 | **purpose** 17:18 | **question** 13:15 |
| **program** 32:7 | 202:16 213:19 | 53:3 200:21 | 14:3,6,13 15:2 |
| 34:11,15,19,20 | 234:10,15 | **purposefully** | 15:9,10 17:16 |
| 36:18 40:4 | **provider** | 134:8 | 18:12 22:14 |
| 148:18 182:16 | 185:21 | **purposes** 87:20 | 39:1 46:6 56:9 |
| 183:2,7,12,14 | **provides** | **pursuant** 16:13 | 56:13 61:20 |
| **programmers** | 249:17 | 153:10,14 | 62:11 69:3 |
| 32:18 | **providing** 81:9 | 235:17 | 70:14 79:13 |
| **programming** | 157:21 | **pushed** 148:9 | 80:6 84:10 |
| 25:19 39:9 | **psc** 67:14,18 | **put** 55:21 96:22 | 86:11,13 89:3 |
| 66:3 70:12,16 | 103:3 105:19 | 97:1 122:15 | 90:5 92:13 |
| 70:20 75:1,3 | 159:19 160:8 | 149:19 182:1,8 | 95:2 100:3 |
| 88:10 91:9,14 | 167:7,8 258:11 | 183:13 188:3 | 101:3 104:4,8 |
| 95:7 107:17 | **pscs** 68:2,6 | 191:7 198:1 | 104:21 105:3 |
| 128:2 141:21 | 69:5,18 100:9 | 199:21 229:14 | 108:12 110:11 |
| 178:1 208:14 | 100:16 101:4,8 | 229:15 233:22 | 110:19 111:14 |
| 226:4 229:17 | 101:15,19 | 251:17 | 112:20 113:5 |
| **programs** | 134:15 136:20 | **putting** 73:7,11 | 114:10 117:20 |
| 32:15 34:9 | 153:13,22 | 132:15 | 118:16 127:16 |
| 53:14 243:18 | 155:3,21 | **q** | 135:7 137:9 |
| **progress** 187:7 | 158:14,17 | | 139:20 143:5 |
| **project** 3:17 | 159:17 160:2 | **qaeda** 31:4 | 150:13 152:15 |
| 49:2 | 161:3 166:17 | **qualification** | 153:2 156:13 |
| **prolonged** | 166:19 167:8 | 22:13 | 158:16 164:15 |
| 115:1 | 167:10,16 | **qualified** 149:1 | 164:17 169:7 |
| **proper** 55:3 | 168:13,17,22 | 150:12 202:7 | 170:8 171:12 |
| **provide** 17:13 | 169:3,11,13 | 206:16 261:7 | 174:15 177:15 |
| 67:5 105:2 | 258:9,14 | | 179:9 183:3 |

191:19 195:13
198:11,15,16
206:2,10,20
207:2,3,5
215:8 223:13
224:14,18,19
227:3 232:8
243:1 244:14
244:15 245:12
253:12 257:7
**question's**
132:1
**questioning**
21:21
**questions** 14:21
83:2 102:1
109:1,19
110:17 128:9
192:1 225:14
225:21 232:20
235:15 246:17
255:5,8 259:3
**quick** 50:18
57:14 232:11
**quicker** 190:10
**quickly** 78:13
120:15 232:17
**quite** 146:14
188:2
**quotation**
211:4,8
**quotations**
212:2

**quote** 101:22
123:20 174:2
197:2 209:12
212:6 214:17
230:5 252:22
253:3
**quoted** 209:15
210:13,18
**quoting** 208:13
209:10 210:9
211:10,22

**r**

**r** 3:1 4:1 5:1 6:1
8:1
**radio** 31:22,22
32:8,20 33:1,9
36:1,8,15,16,21
37:14 56:5
113:6,6,15,22
114:2,6,12
129:13,19
141:13,14,21
142:7,12,13
143:20 145:18
146:2,13,19
149:3,5 150:3
152:11 162:20
175:1,8,17,21
176:3,8 226:17
**raise** 11:13
**ramp** 97:7
109:15

**ramped** 208:13
**ramping** 97:9
**ran** 127:6,9
252:15
**rank** 28:5
**rather** 22:16
95:5 182:19
**rationale**
198:13 206:3
236:17
**rcl** 1:7,13 8:16
8:17
**reach** 226:21
240:16 241:4
**reached** 251:2
**reaching** 185:2
**reaction** 200:12
**read** 55:20
63:22 78:12
82:19,20 83:15
96:6,14 102:4
110:18 112:7
177:11 191:22
196:15,21
197:2,10 199:4
200:13 201:13
207:2 215:3
217:1 218:1,2
222:7,19,22
225:3,20
226:14,15
232:19 235:14
236:14,15
240:9,11

**readiness**
101:17
**reading** 199:6
201:20 204:13
222:4 223:4
**real** 57:13
102:14 103:12
123:10 135:19
165:19 232:11
**realizing** 57:12
257:16
**really** 20:10
27:15 56:6
72:1 100:16
131:11 244:13
253:11 257:7
**reason** 15:7
167:16 244:15
**reber** 77:8
**rebroadcasting**
49:16
**recall** 19:13
20:20,21 32:2
63:1,3 81:16
94:11 95:13,20
97:17 100:14
101:8 103:1
107:7 112:8
113:2 118:9
123:14,18
124:9 125:4,5
125:11,21
126:21 154:22
155:21 177:1

193:9 194:12 210:22 234:3 237:7 242:12 257:19

**recalled** 90:18 103:5 211:10

**recalling** 93:4

**recalls** 209:18 210:7

**receive** 15:14 28:8 245:17

**received** 16:10 27:3 74:14 177:6 223:14 224:8,11,17 225:7 252:5

**receives** 246:2

**recent** 91:22 208:14

**recently** 146:10

**recognize** 16:7 213:17

**recollection** 37:10 111:20

**recommend** 217:7

**recommendat...** 216:13 217:2,4

**reconnaissance** 29:9

**record** 8:3,9 9:5 10:9,17,22 12:3 13:19 15:1 22:9 24:6

51:7,9,11,14,16 57:16,18 62:12 67:17 95:15 109:6 111:1 121:12,14,16 121:19,22 173:3,5,7,10,13 196:7 207:12 210:6 220:11 222:8,20 239:6 239:9,11,14,17 254:17,19,21 255:2,4 259:2 260:9 261:9 262:5

**record's** 257:6

**recorded** 11:7 261:6

**recording** 8:7 11:2 261:8 262:4

**red** 30:15,20,22 38:16,16 39:4 39:5,10

**redirect** 255:8

**redo** 247:1

**reduce** 172:14 235:18

**reduced** 261:7

**reduction** 212:10 215:6 222:3

**reductions** 216:2,16

**redundancy** 216:15

**reemphasize** 212:1

**reestablishing** 155:7,7,8

**refer** 20:3 58:7 116:17 130:18 149:21 215:15 241:14 243:14

**reference** 183:1 183:15

**referenced** 204:16

**references** 216:16

**referred** 18:13 73:12 90:1,22 182:15,17 187:18 215:12

**referring** 24:20 53:12 62:7,12 67:18,18 72:2 73:5 78:14 89:22 98:20 102:18 103:9 114:3 120:17 121:1,3 125:13 128:5,6 130:22 133:3 146:13 146:14 149:21 187:12,13 201:11 203:18 208:4 209:10

209:10 216:6,9 220:2 243:17 249:8

**refers** 130:19 203:12,15

**reflect** 112:11

**reflected** 77:14

**reflection** 57:19

**refresh** 112:11

**refused** 54:15

**regarding** 18:4 72:19,21 73:19 229:15 231:2 234:15

**regardless** 202:21

**regards** 234:19 234:20,22 256:17

**region** 12:15

**regional** 91:5

**regions** 226:11 230:9,12

**regular** 38:1

**reinstituting** 184:15

**rejoin** 61:18

**rejoined** 63:12 89:19 230:21

**rejoining** 50:1

**relatable** 27:18

**related** 50:12 53:4 228:5

261:11 262:7
**relations** 30:9
**relationship**
251:4,7
**relationships**
39:17
**relative** 261:13
262:10
**relevant** 244:12
244:14
**reliance** 225:7
**relied** 103:11
**relies** 74:13
**rely** 222:9
258:10
**relying** 223:13
**remain** 44:22
**remaining**
210:20
**remember**
25:11 51:22
122:4 154:21
173:16 182:18
183:7 221:3
243:5 252:4
255:13
**remind** 13:16
70:10,12,18
**remotely** 9:4
10:9
**remove** 46:1,11
**render** 186:17
224:1

**rendered** 185:5
**reorganization**
18:5
**reorient** 175:5
220:20 243:6
**rep** 29:4
**repeat** 18:12
46:5 69:3
70:14 79:13
84:10 89:3
90:5 92:13
100:3 101:3
104:8 105:3
114:11 118:10
118:16 137:9
143:5 158:16
194:22 203:13
214:7,14
224:13 227:3
241:2
**repeated** 111:1
**rephrase** 14:16
64:21 86:11,14
108:12 125:3
**rephrasing**
224:20
**replace** 253:18
**reply** 27:14
**report** 44:9
65:10,17 66:6
71:2 72:13,21
73:19 88:14,16
88:18 179:22
183:18 208:16

226:7
**reported** 2:8
44:11 227:13
**reporter** 8:21
10:13,15,16
11:19 13:20
14:5 15:20
16:1,3 51:6
58:3 110:20
111:1,6 116:7
116:10,12
121:11 173:2
191:8 233:3
239:6 246:22
247:3,8 254:16
259:1,9,12,19
260:4,7
**reporters** 5:2
9:20,22 35:19
**reporting**
48:22
**reports** 65:6
70:12,16,19
71:1 156:6,15
**reposted** 187:4
**reposting**
187:17 188:2
188:14 190:9
**represent**
118:7 233:21
**representation**
222:9
**represented**
21:16

**representing**
8:20
**reprocessed**
141:6
**request** 95:5,7
123:4 212:22
224:7
**requested**
111:2 126:13
**requests** 68:19
69:5,8
**require** 170:9
**required** 66:9
67:13 68:15
73:17 74:22
96:9 97:7
107:7 124:11
124:12 126:12
126:13 137:21
152:13 178:13
236:1,4
**requirement**
94:8 97:8
101:16,18
123:22 124:11
124:13 169:3
178:9 183:16
183:20 184:13
185:15 232:4,6
**requirements**
69:18 73:6
78:1 95:8
101:8,15
102:13 137:22

**[requirements - right]**                                      Page 47

184:8,10
216:13,14,14
217:7 228:1,5
228:22 229:2,5
258:4,11,13
**requires**
105:17 148:10
156:22
**reread** 207:19
**research** 43:22
47:15
**reserve** 136:19
**resource** 66:7,7
66:8,19 72:19
94:4 228:22
229:1,5
**resources** 55:8
68:15 73:9,13
73:16 74:22
99:4 157:21
**respect** 66:20
69:11 95:19
164:16,18
179:5
**respond** 96:12
96:20 98:21
124:14 223:6
**responded**
104:11 105:9
166:12
**responding**
96:21
**response** 92:1
94:13 95:11

99:10 102:2
110:1 123:3,4
123:12 127:5
166:2 188:18
194:17 200:7
225:3,12 228:9
256:14
**responses**
95:22
**responsibilities**
30:8 41:4,8,11
43:19 71:3,5,5
71:9,18,19,22
72:2,3 228:3
234:21 256:14
**responsible**
167:10
**responsive**
244:13
**rest** 33:14
205:5 235:2
**restarting**
155:16 156:7
156:16
**restate** 86:14
**restore** 226:4
229:16
**result** 119:3
171:9,22 174:4
227:10
**resulted** 165:17
**results** 136:18
258:17

**resume** 90:19
157:4 162:10
163:8 165:3
166:9,19
173:14
**resuming**
164:16
**retain** 217:4
**retained** 96:9
260:13
**retaining** 217:8
**retire** 31:13
**retired** 30:3,12
**retirement**
30:13 251:18
**reveal** 119:22
157:15 170:9
194:4
**revealed**
119:17,19
**review** 24:4,16
25:1,6 26:5
75:18 76:7,11
77:5 80:5
81:12 82:20
83:4,20,21
204:7,15 207:7
213:9 233:7,10
235:3,9 240:7
**reviewed** 75:12
75:21 77:9
80:16 81:1
196:18 203:22
207:7 208:21

220:17
**reviewing**
198:6,20
**revoked** 54:7
54:12
**rif** 136:17
137:1,11 154:4
154:11,16
167:18 168:3
212:10 215:6
218:9,20,20
258:4
**rifs** 137:11
214:6,9,19
**right** 11:13,22
12:5,8,18 13:3
13:6,9 15:12
15:13 16:5,9
18:7,15 21:16
21:17 22:14
26:16 30:4,11
34:12 37:1,7
37:12,15 40:8
45:3,4 47:10
49:22 50:15
51:2,16 55:5
56:15 57:1,5,7
57:9,16 58:6
58:16 59:5
62:14 63:5
70:11 71:6,13
76:18,22 77:1
77:3,4 78:3,17
79:12,15,20

**[right - says]** Page 48

| | | | s |
|---|---|---|---|
| 80:11,21 81:22 | 198:21 199:2 | 49:8 50:15 | **s** 3:1 4:1 5:1 6:1 |
| 82:5,13 84:5 | 201:14,17,18 | 51:21 52:5,7 | 7:6 8:1 |
| 85:12 87:5 | 201:18 204:5,6 | 59:7,20 61:12 | **sale** 144:4 |
| 89:22 90:15 | 204:15,18 | 64:8 66:19 | **salem** 32:16 |
| 91:19 92:21 | 205:22 209:13 | 68:16,18 69:4 | 34:19 36:18 |
| 93:10 99:7 | 210:11,18 | 78:14 91:9,16 | **san** 29:2 |
| 100:2,7,17 | 212:11 213:6 | 101:6 175:13 | **sana** 5:4,9 9:21 |
| 102:7,20 103:6 | 213:21 214:3 | **roles** 38:20 | **sarmad** 5:15 |
| 103:13 106:3 | 214:13,19 | 41:11,19 42:8 | 10:4 |
| 108:18,21 | 215:10 218:5,9 | 59:12 257:15 | **sarmad.m.kh...** |
| 116:4 121:21 | 219:16,18 | **room** 57:12 | 5:20 |
| 123:1 127:21 | 220:4 222:4,5 | 121:4 147:8 | **satellite** 112:17 |
| 128:3,17 131:1 | 222:12 225:19 | **royce** 7:13 | 112:22 115:18 |
| 134:7 138:1,6 | 225:20 228:18 | **rules** 11:6 | 141:4 150:9 |
| 138:19 139:5 | 229:11 230:13 | 12:19 13:4 | 176:10,16 |
| 139:10,13 | 232:8,12 233:7 | **run** 34:17 | **savings** 139:8 |
| 140:1 142:1 | 233:17,17,19 | 43:11 104:9 | **saw** 234:11 |
| 148:20 150:18 | 235:6 239:17 | 195:22 230:7 | **saying** 106:22 |
| 155:3 157:19 | 239:18,20 | **running** 98:6 | 114:2 208:8 |
| 161:4,6,12 | 240:5,11,13 | 186:6 | 228:13 |
| 171:7 173:12 | 242:13 243:5 | **runs** 56:6 | **says** 59:5 78:17 |
| 173:21 174:5 | 247:10,14,20 | **russia** 161:13 | 82:5 187:6 |
| 175:1 176:13 | 247:22 248:8 | 162:11,19 | 188:17,21 |
| 176:18 177:19 | 253:3 254:16 | 163:9 165:3 | 196:17 204:11 |
| 179:13 180:20 | 255:3 260:7 | 166:7,10,19 | 212:11,12 |
| 181:5 182:4,14 | **risk** 159:7 | 170:5 173:15 | 214:17 217:2 |
| 185:20 186:5 | **rockefeller** 3:9 | 258:13 | 217:18 218:3,5 |
| 186:21 187:6 | **role** 20:3,14 | **russian** 161:21 | 222:5,6,8,11,13 |
| 188:17,21 | 34:6 35:10 | 165:19 166:1,2 | 225:22 226:7 |
| 190:14,17 | 40:17 41:4,16 | 167:17,17 | 230:13,14 |
| 191:9,15,22 | 41:17 42:2,4 | 168:2,8,10,12 | 235:16 241:10 |
| 192:5 194:21 | 42:16 43:12,19 | 168:17 169:10 | 247:14,19,21 |
| 195:2,5 196:14 | 44:9,22 47:9 | 170:21 | |
| 197:14 198:3,8 | 47:16,17 48:5 | | |

**scenario** 99:5
  124:4,7
**school** 27:5,22
  28:14 29:7
**schooler** 26:22
**screening**
  159:21 168:9
**se** 126:19
  155:19
**seal** 29:4
**second** 34:10
  34:15 36:20
  50:1 59:13
  80:5 182:14
  191:19,21
  195:7,8 204:5
  208:20 209:1
  216:19 220:3
  225:14,20
  226:6 230:3
  232:17 239:19
  240:6
**seconds** 254:17
**secret** 55:12,15
**secretarial**
  75:20 235:7
**secretariat**
  235:8
**secretary** 188:6
  217:12
**section** 203:18
  225:12 229:12
**sections** 210:13
  221:6

**sector** 39:10,14
  40:21 50:6
**securing**
  159:12
**security** 32:21
  33:16 35:6
  40:16,20 44:6
  44:17 53:15,17
  53:18,20 54:2
  54:8,17,17
  55:1,3,9,14,17
  62:4,6,7,12,22
  159:21 168:6
  256:15
**see** 16:17 59:8
  82:15 98:1
  128:7 131:12
  184:18 185:10
  185:19 192:10
  192:12 210:20
  215:5,7 216:12
  216:15 248:7
**seeing** 132:6
  245:5
**seek** 126:7,15
**seem** 32:20
**seems** 44:18
  195:21 228:8
**seen** 58:8 80:3
  131:16 192:8
  214:3
**segments** 33:13
  33:14 250:6

**segued** 39:4
**seide** 3:16
  205:14
**semester** 27:10
**semi** 39:8
**senator** 7:16
  213:21 221:21
**send** 259:7
**senior** 12:12
  31:4 40:15
  42:6 47:9 59:7
  59:20 60:13
  64:8,11 91:9
  253:4
**sensitive** 8:5
**sentence**
  196:17 200:13
  208:17,20,21
  209:1 210:21
  212:11,12
  217:18 218:4
  222:7,19 223:7
  225:3 237:11
  249:7
**sentences** 221:7
  221:9
**separate** 31:1
  75:4 108:8
  157:16 165:12
  170:12 192:18
  193:21 194:1,6
  219:10,13,16
  224:10,22
  227:15 228:17

228:18,22
  231:22
**september** 2:3
  8:4
**sequencing**
  197:22
**series** 115:3
**serious** 228:7
**serve** 59:12
**served** 51:20
**service** 3:5 79:5
  79:8,11,14
  85:2,5,9,22
  86:6,19,22
  87:16 88:6,21
  89:7 91:10,17
  91:21 92:12,16
  96:10 98:15
  112:1 115:5,12
  118:20 120:19
  122:22,22
  125:20 127:22
  129:12 133:9
  134:11 138:18
  141:2 143:18
  154:4 155:8
  167:18 168:8
  168:17 171:21
  238:18,20
**serviceperson**
  87:19
**services** 44:17
  46:2,11 65:15
  65:16 67:19

84:18 85:11
88:17 93:18
94:10 99:5,21
128:11 138:5
170:1 229:8
234:19 252:15
**serving** 52:9
59:7
**ses** 217:8,20
**session** 215:19
**set** 102:14
**setting** 40:22
55:20 76:10
227:14
**settled** 136:13
**several** 146:12
183:17 236:4
**share** 240:17
241:5 245:17
**shared** 193:4
229:7
**shift** 26:17
**shop** 185:20
187:16
**short** 51:17
114:15 121:22
225:15 229:13
235:15 239:4
239:18
**shortly** 20:10
29:22 115:4
120:7,11
**shortwave**
114:3,7 140:22

141:5,6,10
142:12 145:18
146:2,6,9,19
147:19 226:8
226:17,20
230:4 235:1
**shoulders**
13:12
**show** 31:22
32:12,20 33:7
33:10,10 35:1
36:22 37:19
57:7 109:13
193:5
**showed** 193:7
**showing** 90:13
212:8 222:1
**shows** 36:9,15
36:16
**shrug** 13:12
**sic** 8:4
**sick** 37:20
**side** 39:9,19
65:21 66:1
73:9 122:8
141:20 166:1
167:13 169:14
252:3
**sign** 58:18
**signal** 141:3,6
141:20 148:11
226:9
**signals** 147:9
148:8,21

**signature** 186:4
261:16 262:14
**signed** 82:10
108:17 127:6
127:10
**signing** 161:6
**similar** 69:17
130:20 131:12
132:6,11
238:14 251:5
**simple** 179:10
232:4
**simultaneous**
150:14
**simultaneously**
42:5 85:16
**single** 242:19
**sinha** 5:4 9:21
9:21
**sir** 12:17 16:1
32:10 58:3
**sit** 114:5 139:6
170:2 186:7
**site** 131:16
146:9
**sites** 116:20,21
118:9 131:3,19
**sitting** 59:19
128:10 148:10
148:10 181:7
203:22
**situation** 54:1
62:4,8

**situations**
155:10 166:12
**six** 23:14 42:13
43:1,2 50:8
58:15 87:10
118:4
**size** 40:2
**sketches** 216:1
**skills** 43:10
261:10 262:6
**slightly** 41:17
252:18
**small** 38:8 40:2
211:18
**smirking** 27:8
**snip** 249:5
**soccent** 30:1
**social** 54:17
111:22 116:21
131:3,14,18
132:4
**soft** 256:19
**software** 39:8,9
229:6
**soltani** 25:13
25:18,19 26:5
70:22 71:1
72:18,21 75:10
77:7,9 88:11
95:9 122:7
123:5,7,13
125:6,19
167:14,15

[solutions - staff]                                                    Page 51

| | | | |
|---|---|---|---|
| **solutions** 38:16 | **sought** 18:2 | **special** 29:21 | 137:14 144:14 |
| 38:17 39:4,6 | 20:15,19 | 30:16,17 53:18 | 160:17,20 |
| **somebody** 41:1 | 175:12 | **specific** 32:11 | 178:15 179:4 |
| 55:19 | **sound** 250:12 | 33:8 53:2 | 179:15 180:9 |
| **soon** 128:9 | **sounded** 94:19 | 81:17 99:7 | 181:21 189:13 |
| 186:5 | **sounds** 189:2 | 102:10 112:20 | 189:19 199:1 |
| **sorry** 62:1 | **source** 137:1,12 | 115:10 122:9 | 218:11,17 |
| 113:12,14 | **sourced** 160:1 | 124:7,20 125:1 | 238:11 246:5 |
| 116:9 118:12 | **sources** 133:6 | 127:2 151:13 | 252:11 |
| 119:8 137:5 | 134:2 | 187:9 192:1 | **speculatively** |
| 140:4 146:6 | **sourcing** 68:6 | 201:3 203:18 | 137:19 219:22 |
| 176:14 188:20 | **south** 135:20 | 208:6 225:1 | **speculatory** |
| 195:10 205:20 | 226:8 | 234:14 237:22 | 179:17 |
| 209:20 216:14 | **southern** | **specifically** | **spellings** 260:8 |
| 219:4 224:18 | 135:21 | 20:18 43:10 | **spend** 23:13 |
| 229:19,21 | **southwest** 5:6 | 67:9 81:16 | **spent** 30:4 |
| 243:19 244:22 | 6:6 | 91:21 93:6 | 39:17 239:22 |
| 246:11,19,22 | **space** 39:20 | 97:9 102:17 | 240:1 |
| 247:4 257:8,13 | 145:3 147:8 | 125:4 146:19 | **spillage** 55:13 |
| **sort** 19:7 20:2 | **spaeder** 2:5 | 147:16 152:10 | **spoke** 34:4 |
| 20:13 32:11 | 4:15 8:18 9:15 | 159:8 183:11 | **spoken** 138:10 |
| 35:19 38:10 | **spanish** 227:16 | 187:14 203:12 | 226:11 238:2 |
| 41:13 51:20 | 237:20 | 203:16 225:11 | 238:22 |
| 52:9 61:11 | **speak** 75:17 | 243:1 249:8 | **squadron** 29:9 |
| 62:8 64:17,19 | 211:7 219:21 | 256:17 | **square** 34:14 |
| 74:22 76:17 | **speaker** 259:17 | **specified** 20:1 | **staff** 28:21 |
| 93:21 99:6,8 | 260:1,5 | **speculate** | 29:15 41:9,14 |
| 115:1 117:6 | **speaking** 77:18 | 105:18 148:6 | 41:19 66:12 |
| 130:11 144:7 | 79:9 123:11 | 161:10 163:16 | 67:16 70:3 |
| 155:15 167:9 | 128:1 154:10 | 180:17 | 77:13 124:14 |
| 169:6 171:3 | 205:2 | **speculation** | 124:20 125:1 |
| 185:8 187:15 | **speaks** 204:22 | 53:6 95:16 | 142:7,8 144:10 |
| 196:16 219:17 | 206:1 214:11 | 105:14 106:5 | 147:4,11 154:1 |
| 227:10 | 214:15 | 129:1,7 133:22 | 154:4 168:11 |

**[staff - stout]**                                          Page 52

169:2,10
189:21 217:21
228:18,22
258:15
**staffers** 212:9
222:3
**staffing** 109:14
109:15 125:20
126:2 127:4
136:13,17
153:12,12
155:3 166:13
166:14,16
171:17,19,21
178:20 189:11
189:17
**stand** 110:20
**standalone**
196:17
**standard** 36:1
**standing**
259:21
**standpoint**
88:13 150:15
228:15
**start** 14:4
15:12 26:18
37:9 39:5
44:15 50:18
64:10 110:1
128:17 129:10
141:13 153:5
154:19 186:6
204:20 210:5

220:18 241:12
242:13
**started** 20:8
31:14 32:2
33:3 38:4 39:6
40:11 42:16,22
43:2 57:5 61:7
92:3,15,19
93:9 110:4
111:13 120:6
185:8,18
**starting** 34:14
42:9 95:12
207:7 225:22
**starts** 82:17
84:12 204:7
208:8,12
**startup** 39:16
**state** 3:3 4:2,5
8:15 9:2,4,11
12:2,14 27:4
42:13,22 43:5
135:22 171:7
187:3 188:4,4
188:7,14
227:18 236:6
238:14 241:9
**stated** 15:4
186:16 188:13
197:2 206:7
207:9 242:18
**statedemocra...**
5:8

**statements**
208:2
**states** 1:1 12:11
87:13 118:8,18
182:16,17
183:1,2,7,14,19
184:18,22
185:3,5,12,13
186:2,8 187:15
188:7 234:20
236:8
**station** 29:8,21
34:16 141:5
**stations** 35:19
**status** 69:21
89:13 94:11
**statute** 183:15
**statute's** 236:6
**statutorily** 96:8
236:1,4
**statutory** 78:1
137:22 177:10
178:9,13
183:16,20
184:8,10,13
215:13 216:14
217:6 226:5
229:17 232:4,5
235:18 258:4
**stay** 57:15
**staying** 171:15
**steadily** 116:2
116:17 117:3,7

**steady** 101:17
101:17 171:7
**stenographic**
11:8
**step** 42:2 65:10
149:20
**stepped** 31:5,5
32:3
**steps** 247:15
**stick** 223:17
**stint** 45:21
**stipulation**
11:9
**stop** 46:17
187:16 205:16
205:16 231:10
254:13
**stopped** 63:12
158:12
**story** 227:10
**stout** 5:14 7:4
10:2,2 14:21
17:4 18:8,16
19:19 21:2,10
22:9 24:6
33:21 37:4
43:13 45:10,17
46:3,12,20
47:5,20 48:6
48:16 49:11,18
51:3 52:17
53:5 56:12
60:1 62:15
63:6,14 65:7

| | | | |
|---|---|---|---|
| 66:14,21 67:22 | 131:20 132:18 | 179:14 180:8 | 255:12,20 |
| 68:8,20 69:6 | 133:18 134:16 | 180:21 181:10 | 256:3,8 257:1 |
| 70:5 71:7 72:5 | 135:2,11 136:6 | 181:17,21 | 257:18 258:18 |
| 73:20 74:10,12 | 137:3,13 | 182:5 186:13 | 258:22 259:7 |
| 76:19 78:4 | 138:12 139:1 | 187:20 189:5 | 259:11,14,16 |
| 79:16 82:1 | 139:15 140:3,5 | 189:12,18 | **strategic** 166:5 |
| 84:6,15 85:3 | 140:13,19 | 190:4,22 | **strategy** 42:11 |
| 85:19 86:8,20 | 142:2,15 143:3 | 192:13 193:15 | 43:21 47:14 |
| 87:17 89:1,9 | 143:11,21 | 197:4,15 198:9 | 200:1,2,6 |
| 90:3 91:3,11 | 144:13 145:7 | 198:22 199:13 | 256:16,20 |
| 92:5,22 93:14 | 145:13,20 | 199:22 202:1 | **streaming** |
| 94:1,15 95:14 | 146:21 147:13 | 202:11 203:17 | 116:3,17,19 |
| 98:7 99:13,16 | 147:21 149:8 | 204:21 205:5 | 117:3,6 |
| 100:11,18 | 149:15 150:10 | 205:22 207:11 | **streamline** |
| 101:10 102:21 | 150:22 151:11 | 211:13 212:21 | 235:19 236:5 |
| 103:14 104:1 | 152:4,14,17 | 214:10,20 | **street** 2:6 3:18 |
| 104:15 105:13 | 153:18 154:5 | 215:16 216:4 | 4:7,16 8:18 |
| 106:4,16 | 154:12 155:4 | 218:10,16 | **strength** |
| 107:22 108:2 | 155:17 156:8 | 219:3,5 220:5 | 135:14 |
| 109:5,16 110:5 | 156:18 157:11 | 221:13 222:16 | **stretch** 50:22 |
| 110:10 112:3 | 158:5,20 159:5 | 223:8 224:5 | **strike** 31:11 |
| 113:10,13 | 159:13 160:10 | 225:5 228:19 | 33:6 34:8 |
| 114:8 115:7 | 160:16,19 | 230:17 231:4 | 66:18 71:14 |
| 117:20 118:11 | 161:14,22 | 231:11,17 | 205:14 |
| 118:13,21 | 162:5,12,21 | 234:5 237:5,16 | **strikes** 107:5 |
| 119:7,9,21 | 163:4,10,17 | 238:9,17 239:5 | 116:1 119:15 |
| 120:20 121:7 | 164:2 165:6 | 240:19 241:7 | 120:3,5 |
| 122:11 124:16 | 166:20 167:19 | 242:16 244:6 | **structure** 167:7 |
| 124:22 126:9 | 168:15 170:7 | 244:19 245:2 | **structures** |
| 126:17 127:7 | 171:4 172:2,9 | 245:13 246:4 | 136:13 |
| 127:15,18 | 172:17,22 | 248:3 250:17 | **student** 27:11 |
| 128:22 129:6 | 174:12,17 | 252:10 253:9 | **studies** 27:7,16 |
| 129:14,20 | 175:2,14 176:5 | 253:20 254:5 | **studio** 36:1 |
| 130:4,13 131:6 | 178:3,14 179:3 | 254:10 255:7 | 143:2,9 |

**studios**  143:19
**stuff**  159:22
  185:18
**stuffing**  146:10
**style**  35:1
**sub**  37:22
**subject**  48:21
  52:13,15 56:20
  72:21 193:14
**subjects**  54:18
  234:14
**submission**
  212:7,13
  220:16
**submit**  199:7
  199:20 200:15
  202:9 203:2,8
  211:15
**submitted**
  24:21 25:8
  54:20 58:13
  75:13 80:11
  190:17 194:20
  195:1,5 197:13
  198:2,7 200:14
  201:16 203:7
  211:11,16
  213:8 222:1
  234:4
**subordinates**
  167:15
**subparts**  82:21
**substance**
  257:3,10

**substitute**
  132:9
**success**  105:22
**successful**
  102:3 106:10
  208:15 209:12
**successfully**
  102:16
**suggestions**
  81:15
**suitability**
  54:13
**suite**  2:6 4:16
  5:6 125:18
**summarize**
  64:17 114:5
  220:20 240:15
**summary**
  216:22 217:2
**summer**  38:3
  42:10
**super**  21:21
  132:1
**supervising**
  167:6 169:15
  169:18
**supervision**
  41:22
**supervisor**  94:8
**supervisory**
  167:4,12
**supplement**
  247:15

**supplemental**
  226:1
**support**  31:6
  38:11 105:19
  107:8 180:15
  217:16
**supported**
  236:9
**suppose**  81:20
**supposed**  153:5
  196:2
**sure**  25:14 33:9
  34:5 46:8
  48:21 64:22
  69:4 70:15
  72:15 73:15,15
  76:10 84:11
  89:6 90:7
  91:16 92:14
  100:4 101:4,13
  104:9 105:4
  107:15 110:15
  111:8 112:10
  112:19 115:12
  117:18 118:17
  122:17 132:8
  134:7 135:7,20
  137:10 143:8
  144:16 151:16
  156:14 159:3
  169:8 171:10
  171:11 180:3
  182:14 195:1
  195:14 198:17

203:14 207:4
  207:21 215:4
  216:11,17
  219:14 227:4
  229:20 234:2
  237:20 241:3
  243:20 248:17
**surge**  90:2 91:2
  91:5,19 96:13
  96:20 97:4,6
  97:13 98:17,20
  99:3,10 100:1
  100:6 101:22
  102:2,11
  103:20 105:18
  106:14 107:11
  107:20 109:4
  109:21 111:12
  111:19 112:2
  113:1,3,7,18
  114:18 119:4
  121:6 122:3
  125:8 126:2,8
  126:21 127:5
  135:18 136:1,3
  136:3,20
  137:12 155:9
  166:10 171:3,9
  171:14,16,18
  172:1 208:18
  209:4,11
  211:11,16,17
  220:15 221:3
  221:11 222:10

**[surge - television]** Page 55

| | | | |
|---|---|---|---|
| 257:21 258:5 | 50:16,17,19 | 142:6 208:18 | **teaming** 200:17 |
| 258:11 | 57:18 62:22 | 230:2 | **teams** 23:18 |
| **surged** 97:18 | 65:10 80:5 | **talking** 18:22 | 125:9,13,15,17 |
| 104:11 105:9 | 82:20 97:16 | 25:14 33:15 | **technical** 70:3 |
| 122:22 127:5 | 110:17 114:15 | 34:11 36:17 | 73:16 74:20,20 |
| **surging** 96:21 | 118:5,5 121:10 | 77:5 81:17 | 75:5,10,18,22 |
| 123:3,8,12 | 139:19 146:12 | 96:19 99:7,9 | 76:3,16 77:8 |
| 125:20 | 149:20 159:22 | 99:15 122:2,4 | 81:9,19 106:20 |
| **swear** 10:13 | 172:20 225:15 | 122:20 124:12 | 107:8 123:21 |
| 11:12 | 229:13 232:17 | 139:22 147:4 | 133:22 141:20 |
| **switch** 127:21 | 235:15 239:3 | 150:14 173:14 | 142:7,8 143:12 |
| 138:1 257:15 | 240:6 250:8 | 174:8 175:15 | 144:10 147:4 |
| **swore** 13:8 | **taken** 8:11 | 187:9,11 203:3 | 147:11 150:15 |
| **sworn** 10:22 | 12:20 27:12 | 223:4 235:7 | 169:10 194:16 |
| 11:16 12:22 | 54:20 189:9 | 248:7 | 234:22 |
| 261:5 | 190:6 261:3,12 | **tampa** 32:8,9 | **technically** |
| **synonymous** | 262:9 | 35:15 38:8 | 146:1 228:12 |
| 228:2 | **talent** 102:4,12 | **targeting** 31:3 | **technician** |
| **system** 27:5 | 103:9 137:1,12 | 31:4 | 141:15,19 |
| 186:1 | 210:8,14 | **targets** 96:11 | **technicians** |
| **systemic** | **talk** 21:19 | 107:6 | 70:3 142:8,14 |
| 252:19 | 26:16,17 31:22 | **taryn** 5:3,8 | **technology** |
| **systems** 55:12 | 32:8,20 33:9 | 9:18 | 65:16 74:21,21 |
| **t** | 34:10 37:14 | **task** 29:17 | 252:15 |
| | 50:15 64:8,20 | 102:16 | **telegram** 117:1 |
| **t** 7:6 | 66:13 79:4 | **taskforce** 42:3 | **television** 56:5 |
| **tab** 79:20 | 91:19,22 | **tasking** 93:17 | 97:22 98:6,13 |
| **tabs** 57:12 | 114:16 127:2 | 93:20 | 98:13,16 |
| **taiwan** 135:22 | 127:21 129:11 | **team** 29:4,4 | 112:17 130:3 |
| **tajikistan** | 138:9 193:22 | 30:15,20,22 | 149:14,21 |
| 141:9 | **talked** 22:2 | 36:4 39:18,19 | 150:1,3,7,8,17 |
| **take** 8:8 10:17 | 26:4 31:18 | 41:6 75:21 | 150:21 175:1,9 |
| 10:18 13:6 | 51:19 109:22 | 106:9 125:10 | 175:18,22 |
| 15:7,8,10 20:4 | 119:5 138:8 | 141:3 190:8 | 176:3,3 242:7 |

**[tell - time]**                                                    Page 56

| | | | |
|---|---|---|---|
| **tell**  11:17 13:8 | 142:7 149:2 | **that'd**  259:8 | **thirteen**  182:20 |
| 17:22 31:21 | 174:3,21 234:9 | **theme**  32:11 | **thoroughly** |
| 33:11 34:14 | 249:11 | **theoretically** | 136:18 |
| 35:22 52:16 | **testify**  64:16 | 135:18 | **three**  26:3 28:4 |
| 65:1 77:4 | **testifying** | **thing**  51:18 | 38:16 161:11 |
| 110:9 124:1,8 | 257:19 261:5 | 56:1 82:19 | 247:1,2 |
| 196:5,6,8 | **testimony** | 122:2,2 148:16 | **thursday**  2:3 |
| **telling**  124:6 | 12:22 14:6 | 187:10 191:22 | **tier**  55:9,9,10 |
| **ten**  54:4 134:12 | 51:22 56:10 | 232:19 | 55:11,14 |
| 134:13,14 | 62:16 68:21 | **things**  22:3 | **time**  2:4 8:7 9:2 |
| 242:10 | 76:20 94:2 | 40:1,21 64:10 | 14:6 20:5 |
| **tend**  97:5 | 102:22 107:2 | 107:6,10 108:8 | 23:14 26:22 |
| **tense**  49:1 | 109:17 122:12 | 148:14 166:3,5 | 28:6,16,22 |
| **term**  78:9 91:2 | 122:16 126:18 | 180:14,15 | 29:6 30:5,6 |
| 91:6 106:13 | 136:7 168:16 | 184:9,18,21 | 33:4,17 34:17 |
| 147:3,4,11 | 169:8 173:16 | 211:17 | 42:12 43:8 |
| 168:7 215:5,14 | 173:18 179:5 | **think**  14:2 | 45:6 46:16 |
| 243:12 | 211:14 213:2 | 15:17 34:11 | 47:3,4 49:8 |
| **terminated** | 216:5 221:14 | 47:13 52:2 | 50:22 51:9,14 |
| 217:19 218:5,8 | 260:12 | 72:15,17 86:15 | 53:17 54:9 |
| 218:22 | **text**  126:6 | 96:4 111:3 | 56:19 60:9,12 |
| **terms**  90:12 | **thank**  10:12 | 117:1 133:20 | 61:10 62:20 |
| 112:16 130:17 | 15:22 16:2 | 141:18 153:14 | 63:11 67:20 |
| 154:1 245:12 | 58:4 78:10,11 | 160:5 164:8 | 69:11,19 82:18 |
| **terrestrial** | 85:10 110:22 | 169:7 182:12 | 83:9 86:6,18 |
| 113:15,22 | 116:12 118:3 | 184:18 200:20 | 88:20 89:6,11 |
| 114:2,12 | 132:14 176:12 | 203:5 205:7,7 | 89:12 90:8,11 |
| 129:13,18 | 176:17 191:10 | 205:11 232:9 | 92:9,10,14,15 |
| 162:20 | 204:5 209:3 | 246:9 248:22 | 92:20,21 94:21 |
| **terrorism** | 233:1 255:5,6 | 254:13 259:11 | 95:19 102:19 |
| 33:16 | 258:22 259:8 | 259:20 | 103:11,22 |
| **testified**  11:18 | 259:12 260:7 | **third**  49:10 | 104:13 105:11 |
| 57:4 70:15,17 | **thanks**  258:21 | 230:4 | 106:13 111:13 |
| 110:1 122:7 | | | 111:19,20 |

**[time - try]**                                              Page 57

| | | | |
|---|---|---|---|
| 112:16 115:4 | **today** 8:4 12:8 | **topic** 40:9 49:5 | 52:8,15 53:3 |
| 117:13,14 | 13:11,20 14:12 | 51:17 112:12 | 56:9,20 |
| 118:7,17 | 14:20 15:6,14 | 114:14 221:16 | **translate** |
| 120:12 121:14 | 16:13 21:17 | 235:13 252:18 | 186:10 247:17 |
| 121:19 123:10 | 22:8 25:21 | **topics** 35:16 | 248:1 |
| 123:11 125:11 | 26:8,12,15 | 56:8 122:1 | **translated** |
| 134:14 135:19 | 58:7 59:19 | **total** 23:12,14 | 132:16 133:9 |
| 136:4,10 139:8 | 62:14 80:17 | 177:9 217:21 | **transmission** |
| 139:22 152:6 | 101:11,15 | 260:12 | 217:16 234:22 |
| 163:1 167:4,18 | 113:21 114:6 | **totaling** 217:9 | 235:3 247:18 |
| 169:9 173:5,10 | 117:14 119:5 | **totality** 245:4 | **transmitted** |
| 184:14 212:6 | 128:10 139:6 | 245:11 | 148:22 185:7 |
| 220:16 235:22 | 170:3 203:22 | **totally** 208:8 | **transmitting** |
| 236:13,19,22 | 240:2 254:14 | 224:10 | 141:5 |
| 239:10,14 | 255:5 257:19 | **touched** 52:13 | **tread** 200:9 |
| 240:1,2 246:12 | **today's** 13:4 | **tourism** 184:21 | **trigger** 108:14 |
| 253:19 254:19 | 22:5 24:5 25:2 | 187:3 188:14 | **true** 102:7 |
| 255:2 257:20 | 26:6 260:12 | **towards** 87:1 | 234:11 261:9 |
| **timely** 96:13,20 | **together** 27:1 | **town** 34:21 | 262:5 |
| 97:14,15,15 | 36:7 96:8 | **traffic** 36:3,6 | **trump** 37:2 |
| 104:11 105:9 | 217:1 220:13 | **transcriber** | 38:21 40:10 |
| **times** 23:6 | 259:16 260:3,4 | 262:1 | 45:7,16 46:8 |
| 35:15 123:2 | **told** 20:4 55:19 | **transcript** 11:2 | 46:15 47:17 |
| 245:5 | 55:21 64:22 | 259:5,6 262:3 | 49:7 50:1 |
| **timings** 93:11 | 108:15 109:3 | 262:5 | 59:13 64:13 |
| **title** 12:10 | 170:18 224:22 | **transcriptionist** | 244:4,18 245:5 |
| 36:13 47:10 | 225:1 257:4 | 261:8 | 245:20 246:2 |
| 60:10,15,18 | **took** 98:5 224:2 | **transcripts** | 252:2,20 |
| 70:13,13,19 | 225:3,11 | 259:3 | **trust** 124:5 |
| 141:18,22 | **tool** 40:5 | **transfer** 144:17 | **truth** 11:17,17 |
| 147:12 | **tools** 125:18 | **transition** | 11:18 13:8 |
| **titles** 44:13 | **top** 14:1 16:15 | 19:11 20:17,18 | **truthful** 59:3 |
| 59:17 60:21 | 55:15 64:18 | 21:1 31:8 | **try** 13:16,18,21 |
| 72:14 | 174:1 204:12 | 40:18 51:21 | 13:22 108:13 |

132:1 220:20
224:20
**trying** 33:1
73:12 77:19
112:8 133:14
154:21 174:2
201:17 243:6
251:10
**tuesday** 164:13
164:20
**turn** 51:17
82:13 84:3
96:6 121:22
177:4 182:11
190:14 195:7
220:10 225:17
232:9 240:5
**turned** 144:8
190:10,11
**turning** 74:2
78:8,11 97:21
114:18 196:14
229:11 235:12
246:14
**tv** 112:1,15,22
115:16 130:9
153:2 163:3
176:10 184:18
242:12
**twelve** 182:21
**twenty** 27:20
28:4 62:20
**twice** 23:8
117:2

**two** 12:6 16:16
18:22 25:12
26:4 32:15,22
34:8 44:19
75:6,7 77:6
138:16 141:2
153:15 154:20
173:20 183:5
190:19 217:13
217:14,14,16
219:16 228:17
234:3 258:9
**type** 32:7 33:6
40:19,19 41:1
75:9,20 111:18
186:2 235:8
258:13
**types** 108:14
**typewriting**
261:7
**typically**
159:15 188:6

**u**

**u** 84:20,21 86:4
86:4 87:9
**u.s.** 5:16 6:2,5
10:7,10
**uh** 13:13 84:22
116:5 152:20
196:4
**ukraine** 165:21
**ukrainians**
166:1

**ultimate**
173:19
**umbrella** 18:7
18:14
**unable** 196:18
198:7,18
199:18 208:10
**unclear** 126:20
**under** 11:5
13:5,8 18:6,14
22:16 26:3
31:1 39:11
44:20 58:21
81:21,22 84:4
84:11 85:16
87:4 132:7
192:21 202:5
248:10
**underlying**
24:16
**understand**
11:1 13:5,9
14:13,14,14,17
48:19 64:9
67:10 73:3,12
86:15 87:8
90:12 105:5
107:1 133:14
190:2 201:1,4
206:22 208:17
211:2 218:22
228:11 233:13
248:17 249:1

**understanding**
17:2,5,9,19
18:1,19 37:1
79:7 104:4
108:7 132:10
149:22 165:11
178:10,20
207:16 219:6
219:10,11,13
231:18,21
244:4 246:1
**understood**
24:4 41:9,9,10
194:7 225:9
**undertake**
226:3 229:16
**underway**
185:13 188:10
**unidentified**
259:17 260:1,5
**unit** 8:10 30:17
51:9,13 121:14
121:18 173:5,9
239:9,13
254:19 255:1
**united** 1:1 8:15
12:11 118:8,17
236:8
**units** 260:13
**university** 27:4
**usa** 185:9,17
186:4 187:14
**usa's** 185:22

**usagm** 7:15
12:11 17:3,6
18:7,14 19:1
25:17 37:2
38:4,21 40:12
42:9,22 43:3,6
43:7,20 45:7
45:22 46:9
49:8 50:1 53:4
53:10,20 54:8
55:8 57:2 59:7
59:12,17 60:22
61:17 63:4,20
64:4 100:5
165:9 170:10
177:6 184:11
200:5 214:6,9
214:19 215:13
216:2,22
217:19 219:8
225:4 226:4
228:7 229:1,17
235:16,21,21
236:1,3 240:18
241:6 247:14
247:18 248:1,5
248:8,11 251:2
251:8 252:7
253:1
**usagm's** 54:12
236:6
**usagm.gov** 6:9
**usdoj.gov** 5:19
5:20

**use** 97:5 106:12
133:6 134:1
153:22 177:8
185:3 201:9
212:17 247:17
248:1,9 249:5
250:14 253:17
255:16,22
257:20
**used** 36:13
39:14 72:20
78:9 91:2,6
125:12 141:22
180:19,19
185:10 215:14
248:12 260:13
**uses** 11:4 250:7
250:10
**usgam.gov** 6:8
**using** 54:16
64:19 99:11
112:20 133:9
166:19 201:10
248:22 252:8
**uss** 29:3

---
**v**
---

**v** 1:6,12 84:21
86:4 87:4
**vacating** 144:6
**vacation** 164:8
**vague** 45:10,17
46:20 47:5,20
48:16 49:12

70:6 73:21
86:9 91:12
93:11 94:16
101:10 115:8
119:21 124:22
126:10 131:6
133:18 135:2
139:16 146:22
171:5 175:14
178:4 180:22
199:13 216:5
222:17 238:17
244:19 245:2
**valet** 185:22
**valid** 55:17
**value** 56:5
250:4
**variables**
253:13
**various** 95:22
107:16 111:21
**venezuela**
227:12
**venture** 39:6
**verbal** 13:14
**verbals** 13:13
**verbatim**
123:20
**veritext** 6:13
8:21,22 10:17
260:14
**versa** 139:9
**versus** 101:8
103:2 134:14

**vetting** 168:7
**vice** 43:21
47:14,16 139:9
**victor** 87:5
184:1
**video** 8:7 147:9
188:3 248:11
248:14,20
249:5,16 250:5
250:6,11,12
**videoconfere...**
6:4 23:19
**videographer**
6:13 8:2,21
10:8,12 51:8
51:12 121:13
121:17 173:4,8
239:8,12
254:18,22
255:9 260:11
**videorecorded**
8:11
**videos** 187:3,10
187:18 188:14
**videotaped** 2:1
**view** 34:18
245:21
**views** 244:1
**violations** 56:3
**virtually** 44:19
**visa** 53:14
**visas** 54:19
**voa** 47:19 48:4
48:11,14,14,22

| | | **w** | **watched** |
|---|---|---|---|
| 49:10 63:12 | 230:15 236:7 | | 241:20 242:1 |
| 66:4,12 70:12 | 248:6,10 | **wait** 14:3,7,22 | 242:19,21 |
| 70:16 75:8 | 250:14 253:8 | **walk** 50:3 | 243:4,7 246:7 |
| 79:1,5,10 | 253:15 | 159:11 | 246:8,9,10,11 |
| 82:18 84:5,14 | **voa's** 46:2 64:1 | **walked** 220:13 | **wave** 114:4,7 |
| 85:2,11 86:7 | 78:2 92:1 | **want** 15:8 | 140:22 141:8 |
| 96:21 98:15 | 96:12,19 98:21 | 17:16 21:19,21 | 141:11 142:12 |
| 99:22 103:11 | 116:2 138:17 | 22:3 39:2 | 147:19 235:1 |
| 105:8 109:14 | 143:1,8,17 | 50:17,19 51:18 | **way** 35:12 |
| 111:22 113:7 | 177:9 184:16 | 64:14 72:14 | 41:19 44:7 |
| 116:21 128:11 | 208:13,16 | 97:5 107:3,9 | 52:10 115:1 |
| 129:18 130:2,8 | **voanews.com** | 108:13 110:10 | 143:2,9 148:15 |
| 130:11 131:4 | 131:13 | 111:8 121:22 | 157:9 179:10 |
| 132:3,15 | **voas** 46:11 | 135:7 169:8 | 199:21 201:7 |
| 134:11 138:4 | **voice** 18:5,6,13 | 179:17 182:14 | 202:6 240:22 |
| 138:18 140:2 | 25:20 44:3 | 190:16 200:9 | 244:16 251:22 |
| 142:1,9,13 | 46:17 78:16 | 212:1 220:20 | 252:14 253:12 |
| 144:11 146:17 | 83:9 100:4 | 221:8 224:21 | 258:10 |
| 149:6,19 150:1 | 125:9 126:5 | 229:12 234:2 | **ways** 124:2 |
| 150:8,17 | 131:15 134:21 | 236:16 244:8 | 257:17 258:9 |
| 154:15 159:12 | 135:9 139:5 | 258:17 | **we've** 51:2 |
| 160:5 176:9,19 | 149:13 151:4 | **wanted** 27:11 | 97:18 98:20 |
| 177:7,18 | 158:3 161:12 | **war** 115:14,19 | 136:21 155:10 |
| 178:11,12,22 | 161:20 162:11 | 165:21 | 166:12 170:1 |
| 179:11,12 | 174:22 175:7 | **ward** 3:8 | 170:21 183:3 |
| 180:7 186:11 | 175:21 177:22 | **warfare** 165:22 | 185:19 188:7 |
| 187:17 196:19 | 184:12 226:16 | **washington** 2:7 | 206:15 256:20 |
| 196:20 198:8 | 226:18 255:21 | 3:19 4:8,17 5:7 | **wearing** 55:5 |
| 198:19,20 | 256:9 | 5:18 6:7 8:19 | **weather** 36:3,6 |
| 208:10 217:15 | **volume** 180:1 | 145:2 217:9 | **web** 130:19 |
| 226:4,11 | **vp** 49:8 | 253:2 | **websites** 116:3 |
| 227:14,15,19 | **vs** 8:13,14 | **watch** 29:18 | 132:4 |
| 228:2,14 | | | |
| 229:16 230:7 | | | |

**weeds** 131:11
133:22
**week** 150:6
187:5 188:16
**weeks** 32:22
61:7 153:15
154:20 161:11
190:19
**welcome** 16:3
184:19 253:1
**went** 29:7,10
31:6 34:22
42:12 209:17
221:20
**west** 29:17
**western** 28:22
**wfla** 34:22
37:19
**what'd** 120:11
**whatnot** 155:21
167:11 185:12
**whatsoever**
91:16
**whispering** 8:6
**whistleblowe...**
3:20
**white** 2:8 8:22
10:16 40:15
41:13 42:6
174:11 216:19
251:5 261:2,17
**wholesale**
230:12

**widakuswara**
1:4 3:2,14 8:13
9:9
**wilgus** 5:3 9:18
9:18
**willful** 53:21
**willfully** 184:13
**wind** 144:16
206:18
**wise** 180:1
**withstanding**
139:9
**witness** 10:14
10:22 11:12,16
16:2 17:8,11
18:18 24:11
43:15 45:19
46:5,13,22
47:7 48:8
49:13,20 52:20
56:16 58:4
62:18 63:16
66:16 67:1
68:2,10 69:7
71:9 73:22
74:11,19 78:6
79:18 82:3
84:17 85:5,21
86:22 87:19
89:3,10 90:5
91:4,13 92:7
93:2,16 94:3
94:17 95:18,22
98:9 99:18

100:13 101:11
101:14 103:1
104:3,17 106:6
106:18 108:1
108:10 109:9
109:18 110:7
113:12,14
114:10 115:9
116:9,11,15
118:12 119:1,8
119:12 120:22
121:9 126:11
126:19 127:9
127:17,19
129:8,16,22
130:6,15
133:20 134:18
135:4,13 137:5
139:3,17 140:4
140:15,21
142:4,17 143:5
143:12 144:1
144:15 145:9
145:15,22
147:1,15 148:1
149:17 150:12
151:2,13 152:6
152:21 153:20
154:7 155:6,19
156:21 157:19
158:7,22 159:7
159:15 160:12
161:16 162:2,7
162:14 163:1,6

163:12,20
164:4,9 165:16
167:21 168:18
171:6 172:4,11
172:19 174:19
176:7 179:16
181:1,22 182:7
186:15 187:22
189:7,20 190:6
192:20 194:7
195:10,12,15
195:18,20
196:4,9 198:12
199:2 202:4,17
202:21 205:1
206:2 207:18
211:15 213:1,3
215:18 218:13
218:19 219:4
219:14 223:17
224:13 225:9
228:21 230:19
231:6,13 232:3
232:22 233:2,4
234:7 237:7,18
238:18 241:9
242:18 244:8
244:22 245:3
245:14 246:6
247:2,5 248:5
250:19 252:12
253:11,22
254:7,12 255:6
255:19 256:2,7

| | | | |
|---|---|---|---|
| 256:13 257:13 | **workforce** 41:7 | **wrap** 110:13 | 221:22 225:19 |
| 257:16 258:9 | 41:12 121:4 | 114:13 | 232:12,13,15 |
| 261:4 | 160:8 216:1 | **write** 14:5 74:6 | 233:8,22 |
| **witnessed** | 258:16 | 209:8 | 239:18,22 |
| 53:19 | **working** 19:17 | **writing** 77:19 | 246:16 255:3 |
| **witnesses** 13:22 | 21:8 30:5 | 101:7 155:15 | 255:13 257:7 |
| **wonderful** | 32:16 33:4 | **written** 11:9 | 260:12 |
| 184:20 | 36:8 38:4 49:2 | 58:11 125:17 | **wugo** 196:9 |
| **word** 97:6 | 57:1 83:9 | 133:4 134:3 | |
| 190:3 201:9 | 85:17 86:6,18 | 156:7,16 | **x** |
| 212:17 215:7 | 87:1,11,16,20 | **wrong** 37:13 | **x** 7:1,6 117:1 |
| **words** 14:14 | 88:3,6 89:7,18 | 64:15 70:18 | **y** |
| 16:21 38:16 | 90:10 92:11,16 | 122:6,14 | |
| 82:17 105:8 | 103:19 120:18 | 173:19 174:3 | **yeah** 15:22 |
| 171:15 204:7 | 134:11 148:20 | **wrote** 58:12 | 22:13,16 36:6 |
| 210:13 211:9 | 169:10 181:5,8 | 74:4,8 76:12 | 44:12 48:20 |
| 212:2,4 219:12 | 181:16 184:16 | 96:16 204:19 | 51:1,2 52:20 |
| 248:9 | 184:17 | **wuco** 2:2 7:8,9 | 57:17 64:2 |
| **work** 13:4 | **works** 147:18 | 7:10 8:11 9:7 | 77:5 80:4 81:5 |
| 28:16 31:6,14 | 147:19 178:21 | 9:13,17 11:15 | 91:13 95:3 |
| 33:1,10 34:5 | 257:17 | 11:22 12:4 | 100:22 101:11 |
| 34:21 35:9 | **world** 102:14 | 15:17,18,20 | 104:3 106:18 |
| 36:13 37:2 | 103:12 150:9 | 16:6 36:19,21 | 108:1 109:18 |
| 42:11 49:22 | 161:21 165:20 | 57:8,21 58:1,6 | 110:7,14 |
| 90:13 91:1 | 238:18,20 | 58:7 74:3 | 113:12 114:4,4 |
| 93:5,10 142:14 | 249:4 | 79:20,22 80:1 | 115:9 118:2 |
| 142:21 144:11 | **worst** 54:2 | 96:5 115:22 | 124:9 126:19 |
| 144:11 148:2 | **worth** 205:11 | 121:21 128:7 | 133:13,20 |
| 180:20 | 211:3 | 173:12 177:4 | 134:18 137:3,6 |
| **worked** 31:3 | **would've** 55:21 | 191:12,16,17 | 144:8,15 |
| 33:12 35:20 | 77:6 164:14 | 195:8 200:19 | 146:13 152:16 |
| 36:12 38:6,21 | 178:19 194:16 | 201:11 209:9 | 154:22,22 |
| 42:14 159:18 | **wow** 116:15 | 213:14,15 | 156:21,21 |
| 182:9 | | 220:12,17 | 165:1,15 |
| | | | 167:21 168:18 |

169:16 176:7
176:15,16
179:16 181:1
186:16 187:7
187:22 189:8
197:11 200:20
202:4 209:4,21
210:16 213:3
216:20 220:19
232:21 233:3,4
233:10,10,12
237:11 239:5
244:8 245:14
249:18 253:11
258:20 259:7
259:16 260:1,6
**year**   20:11
    41:17 45:3
    46:10 54:4
    61:12 63:2,11
    92:4 128:19
    158:4 176:19
    177:7,19
    178:12 179:2
    179:12 180:6
    180:19 192:5
    245:3,4,10,10
**years**   27:1 28:4
    31:1 32:4
    53:16 55:17
    184:13,14
    242:10 251:3
**yemen**   107:5

**yep**   44:14
    74:11 78:9
    190:6
**yesterday**
    23:10
**york**   3:10 27:4
**youtube**   117:1
    117:2 187:2,10
    187:18 188:2,3
    188:14 190:9

**z**

**z**   3:16
**zooming**   99:6
**zuckerman**   2:5
    4:15 8:18 9:15
**zuckerman.c...**
    4:18

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.