IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ABRAMOWITZ, et al.,

　　　　　Plaintiffs,

　　　　　–v.–　　　　　Case No. 1:25-cv-887-RCL

KARI LAKE, et al.,

　　　　　Defendants.


PATSY WIDAKUSWARA, et al.,

　　　　　Plaintiffs,

　　　　　–v.–　　　　　Case No. 1:25-cv-1015-RCL

KARI LAKE, et al.,

　　　　　Defendants.

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' joint unopposed motion to align their deadline to file their sur-reply in support of their motion to pause reductions in force with their deadline to respond to Defendants' motion to dissolve or modify prong (3) of the preliminary injunction, it is hereby

ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs' deadline to file their sur-reply in support of their motion to pause reductions in force is now December 22.

It is further ORDERED that Defendants' reply in support of their motion to dissolve or modify prong (3) of the preliminary injunction is hereby extended to January 2.

SO ORDERED.

Dated: 12/12/25

ROYCE C. LAMBERTH
United States District Court Judge