UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATSY WIDAKUSWARA**, *et al.*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>**KARI LAKE**, *et al.*,<br><br>   *Defendants.* | Case No. 1:25-cv-01015-RCL |
| **MICHAEL ABRAMOWITZ**, *et al.*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>**KARI LAKE**, *et al.*,<br><br>   *Defendants.* | Case No. 1:25-cv-00887-RCL |

## ORDER

Upon consideration of the defendants' Motions to Stay Briefing on Plaintiffs' Partial Motion for Summary Judgment, or In the Alternative, for Extension of Time to Respond, [*Abramowitz*, ECF No. 105; *Widakuswara*, ECF No. 170], and the defendant's Motion for Extension of Time to Respond to the *Widakuswara* Plaintiffs' Supplemental Complaint [*Widakuswara*, ECF No. 171], it is hereby **ORDERED** as follows:

The Motions to Stay Briefing on Plaintiffs' Partial Motion for Summary Judgment, or In the Alternative, for Extension of Time to Respond, [*Abramowitz*, ECF No. 105; *Widakuswara*, ECF No. 170], are **GRANTED IN PART** in part and **DENIED IN PART.** The Court declines to stay the pending proceedings but finds that good cause supports the defendants' request to extend the briefing deadlines as to those motions until January 12, 2025. Any replies shall be due January

21, 2025. It is further **ORDERED** that the Motion for Extension of Time to Respond to the *Widakuswara* Plaintiffs' Supplemental Complaint [*Widakuswara*, ECF No. 171] is **DENIED**.

**IT IS SO ORDERED.**

Date: December 12, 2025

Royce C. Lamberth
United States District Judge