UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al., <br><br> *Defendants*. | Case No. 1:25-cv-1015-RCL <br> Case No. 1:25-cv-0887-RCL |
| MICHAEL ABRAMOWITZ, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al., <br><br> *Defendants*. | |

## ORDER

On June 23, 2025, the Court held a hearing on the Motions for an Order to Show Cause, filed in both *Widakuswara v. Lake* and *Abramowitz v. Lake*, regarding the defendants' alleged noncompliance with Part III of this Court's April 22 preliminary injunction. Pursuant to the Court's discussion with government counsel at the conclusion of the hearing, it is hereby

**ORDERED** that the defendants will file a supplemental memorandum with additional information regarding USAGM's recent activities, including any relevant information about

1

USAGM funding decisions, personnel updates, and submissions to Congress by Friday, June 27, 2025; and it is hereby

**ORDERED** that the plaintiffs will file any reply by Wednesday, July 2, 2025; and it is hereby

**ORDERED** that the defendants' Motions to Stay [*Widakuswara* ECF No. 114, and *Abramowitz* ECF No. 43] are **DENIED**, given the ongoing nature of the pending Motions for an Order to Show Cause currently under advisement.

**IT IS SO ORDERED.**

Date: June 23, 2025

Royce C. Lamberth
United States District Judge