# Exhibit A

RELATED AGENCY

UNITED STATES AGENCY FOR GLOBAL MEDIA

INTERNATIONAL BROADCASTING OPERATIONS

The agreement includes $643,000,000 for International Broadcasting Operations. Funds appropriated under this heading are allocated according to the following table:

**INTERNATIONAL BROADCASTING OPERATIONS**
[Budget authority in thousands of dollars]

| Entities/Grantees | Budget Authority |
|---|---|
| USAGM Operations | 138,000 |
| Voice of America | 199,500 |
| Radio Free Europe/Radio Liberty | 112,500 |
| Radio Free Asia | 53,500 |
| Middle East Broadcasting Networks | 69,000 |
| Open Technology Fund | 40,500 |

*Briefings.*—Not later than 30 days after the date of enactment of the Act, and quarterly thereafter until September 30, 2027, the United States Agency for Global Media (USAGM) Chief Executive Officer (CEO) shall brief the appropriate congressional committees on the status of agency operations, including staffing, language services, facilities and real property, transmissions, and other related issues.

*Consultations.*—Not less than 30 days prior to the submission of the operating plan required by section 7062(a) of the Act for funds appropriated or otherwise made available under this heading, the USAGM CEO shall consult with the Committees on Appropriations on the allocation of funding by entity and prioritization of language services and audiences, and provide the level of detail consistent with the USAGM program plan submitted in fiscal year 2024.

Following consultation with the USAGM CEO, any entity receiving funds made available under this heading shall consult with the appropriate congressional committees prior to pausing, terminating, or otherwise materially altering operations, including the sale, auction, transfer, or liquidation of assets.

*Networks*.—The USAGM CEO is directed to use the expertise of the Office of Cuba Broadcasting to inform programming about Cuba by other USAGM networks.

### BROADCASTING CAPITAL IMPROVEMENTS

The agreement includes $9,700,000 for Broadcasting Capital Improvements.

### RELATED PROGRAMS

#### THE ASIA FOUNDATION

The agreement includes $20,000,000 for The Asia Foundation.

#### UNITED STATES INSTITUTE OF PEACE

The agreement includes $20,000,000 for United States Institute of Peace.

#### CENTER FOR MIDDLE EASTERN-WESTERN DIALOGUE TRUST FUND

The agreement provides $203,000 from interest and earnings from the Center for Middle Eastern-Western Dialogue Trust Fund.

#### EISENHOWER EXCHANGE FELLOWSHIP PROGRAM

The agreement includes $180,000 from interest and earnings from the Eisenhower Exchange Fellowship Program Trust Fund.

#### ISRAELI ARAB SCHOLARSHIP PROGRAM

The agreement includes $117,000 from interest and earnings from the Israeli Arab Scholarship Endowment Fund.

#### EAST-WEST CENTER

The agreement includes $22,000,000 for East-West Center.