IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-887-RCL** |

## PLAINTIFFS' NOTICE TO THE COURT

Plaintiffs in *Widakuswara v. Lake*, 25-cv-1015, a parallel case to this one, filed a notice concerning actions taken by Defendants today. *See* 25-cv-1015, ECF 212. The *Abramowitz* Plaintiffs join in alerting the Court to these developments.

Dated: February 26, 2026

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

_____/s/_____
William B. Schultz
Jacobus P. van der Ven
Brian J. Beaton, Jr.

2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8136
wschultz@zuckerman.com
cvanderven@zuckerman.com
bbeaton@zuckerman.com
*Counsel for Abramowitz Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on February 26, 2026, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

_____/s/_____
William B. Schultz