# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL ABRAMOWITZ**, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> **KARI LAKE**, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-887-RCL** |
| **PATSY WIDAKUSWARA**, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> **KARI LAKE**, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-1015-RCL** |

## ORDER GRANTING CONSENT MOTION FOR AN ADJOURNMENT OF DEADLINES

Upon consideration of Plaintiffs' Consent Motion for an Adjournment of Deadlines, it is hereby **ORDERED** that the meet-and-confer and joint-statement deadlines set in the Court's March 17, 2026 Order are adjourned until the motions practice in the D.C. Circuit referenced in the Consent Motion is resolved; and it is further **ORDERED** that the parties shall meet and confer within seven days of resolution of the D.C. Circuit stay motion referenced in the Consent Motion and file a status report with the Court within seventy-two hours of the meet and confer.

**SO ORDERED.**

Dated: ___3-24-26___

_____
Hon. Royce C. Lamberth
United States District Judge