# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5144**                           **September Term, 2025**

**1:25-cv-01015-RCL**
**1:25-cv-00887-RCL**

**Filed On: July 30, 2026** [2185765]

Patsy Widakuswara, et al.,

       Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S.
Agency for Global Media, et al.,

       Appellants

------------------------------

Consolidated with 25-5145

### M A N D A T E

In accordance with the order of June 8, 2026, and pursuant to Federal Rule of
Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Amy Yacisin
      Deputy Clerk

Link to the order filed June 8, 2026