**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>*Plaintiffs,*<br><br>**v.**<br><br>KARI LAKE, *et al.*,<br><br>*Defendants.* | **Case No. 1:25-CV-887-RCL** |
| PATSY WIDAKUSWARA, *et al.*,<br><br>*Plaintiffs,*<br><br>**v.**<br><br>KARI LAKE, *et al.*,<br><br>*Defendants.* | **Case No. 1:25-CV-1015-RCL** |

## SCHEDULING ORDER

It is hereby **ORDERED** that the above entitled and numbered case is set for a hearing on plaintiffs' motion for information related to vacatur [158] on Friday, September 4, 2026 at 11:00 AM.

**SO ORDERED.**

Date: 8/28/26

Royce C. Lamberth
United States District Judge