**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>Plaintiffs,<br><br>v.<br>KARI LAKE, et al.,<br><br>Defendants. | Civil Action No. 25-cv-1015 (RCL) |
| MICHAEL ABRAMOWITZ, et al.,<br><br>Plaintiffs,<br><br>v.<br>KARI LAKE, et al.,<br><br>Defendants. | Civil Action No. 25-cv-0887 (RCL) |

**DEFENDANTS' STATUS REPORT**

Defendants file this status report per the Court's order dated May 14, 2026.

**1.** Defendants incorporate by reference their May 21, 2026, status report with respect to the vacatur portions of the Court's March 17, 2026, partial summary judgment order.

**2.** Although the return-to-work requirement is stayed, some employees have returned to active work. In the two weeks since Defendants' August 27, 2026, status report, one employee has returned to active work.

Dated: September 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 890-9874
Brantley.t.mayers@usdoj.gov

*Attorneys for Defendants*