**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>Defendants. | Civil Action No. 25-0887 (RCL) |
| PATSY WIDAKUSWARA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>Defendants. | Civil Action No. 25-1015 (RCL) |

**DECLARATION OF ANTHONY SMITH**

I, Anthony Smith, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am the Chief Financial Officer at the U.S. Agency for Global Media ("USAGM" or the "Agency"), a position I have held since October 1, 2025. In my current role, I am responsible for overseeing all aspects of the Agency's financial management, including budgeting, accounting, internal controls, and financial reporting, to ensure compliance with applicable laws and regulations. I make the following statements based upon my personal knowledge and information provided to me in my official capacity.

2. For FY 2026, USAGM is funded by the National Security, Department of State, and Related Programs Appropriations Act, 2026, which is Division F of the Consolidated Appropriations Act, 2026, Pub. L. No. 119-75. Congress appropriated $643,000,000 to USAGM under the heading "International Broadcasting Operations" (the "IBO account") and a separate $9,700,000 under the heading "Broadcasting Capital Improvements" (the "BCI account"), for a total FY 2026 appropriation of $652,700,000. The BCI appropriation may remain available until expended. Of the IBO appropriation, up to $72,720,000 may remain available until expended; the remainder is available for obligation through the end of the fiscal year, on September 30, 2026.

3. USAGM has allocated the entirety of its FY 2026 appropriation across the Agency's entities and grantees through its operating plan. No portion of the appropriation is unbudgeted.

4. As of September 18, 2026, of the $643,000,000 appropriated under the IBO account, USAGM has expended $444,675,228 (approximately 69 percent). In addition, USAGM has obligated a further $64,301,141 and committed a further $57,782,625, such that approximately 88 percent of the IBO appropriation had been expended, obligated, or committed. The Agency has allotted all but approximately $13,000,000 of the IBO appropriation to its programs and activities, and it will continue to obligate and expend those funds through the end of the fiscal year. Of the $9,700,000 appropriated under the BCI account, USAGM has expended $2,730,000 on maintenance, repair, and upgrades. Unobligated funds in the BCI account do not expire at the end of the fiscal year and will remain available to USAGM.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2026

Washington, District of Columbia

______________________________
Anthony Smith
Chief Financial Officer
U.S. Agency for Global Media