**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>*Plaintiffs*,<br><br>**v.**<br><br>KARI LAKE, *et al.*,<br><br>*Defendants*. | **Case No. 1:25-CV-887-RCL** |
| PATSY WIDAKUSWARA, *et al.*,<br><br>*Plaintiffs*,<br><br>**v.**<br><br>KARI LAKE, *et al.*,<br><br>*Defendants*. | **Case No. 1:25-CV-1015-RCL** |

**ORDER**

On September 18, 2026, the Court issued an Order [ECF No. 178][1] requiring Defendants to produce the authority presently justifying the Agency's operation of the Agency at current levels. The Order also set a briefing schedule for parties to address mootness.

Parties have now moved for clarification on two points: 1) the deadline for producing the Agency's operating authority and 2) whether the production that the Court ordered supersedes Defendants' obligation to file status reports. Motion for Clarification [ECF No. 180].

It is hereby **ORDERED** that parties' Motion for Clarification is **GRANTED.**

[1] ECF numbers refer to *Abramowitz*, No. 1:25-cv-887.

It is **FURTHER ORDERED** that Defendants shall produce the Agency's operating authority by October 12.

It is **FURTHER ORDERED** that the Court's September 18 Order does not supersede Defendants' obligations under the Court's May 14 Order [ECF No. 150]. Defendants must accordingly continue to file status reports.

**SO ORDERED.**

Date:______________

Hon. Royce C. Lamberth
United States District Judge