B

| Agency Level 2 Code | Agency Level 2 | Agency Level 3 | Position Title | Occupational Series Code | Pay Plan | Min Grade | Max Grade | PD Status | Duty Locations | Planned Number Of Hires | Target Hiring Frame | Planned Recruitment Method | Q1 Onboarded | Q2 Onboarded | Q3 Onboarded | Hiring Status | Recruitment Method Used | Assessment Used | Variance Reason | SHC Approval Date | Statutory Req | Statutory Detail | Presidential Priority | Presidential Priority Detail | Technology STEM | Early Career | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of General Counsel | Attorney Advisor | 0905 | GS | 15 | 15 | New | Washington, DC | 1 | Q2 | Schedule A | 0 | 0 | 1 | Completed | Schedule A | | | 01/13/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of General Counsel | Asst GC Employment, Labor, Litigation | 0905 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q2 | Schedule A | 0 | 0 | 1 | Completed | Schedule A | | | 01/13/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Chief Financial Office | Budget Director | 0501 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Chief Financial Office | Financial Operations Director | 0501 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Chief Financial Office | Accountant | 0501 | GS | 12 | 13 | Existing | Washington, DC | 2 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Contracts | Director, Office Of Contracts | 1102 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Creative Services- | Creative Services Supervisor | 1001 | GS | 12 | 13 | New | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Digital Phase 1 | Digital Director | 1001 | GS | 14 | 14 | New | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Directorate | Director | 0301 | ES | 0 | 0 | Existing | Miami, FL | 1 | Q4 | Political Appointee | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Directorate- Phase | Director of Administration | 0301 | GS | 15 | 15 | Existing | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Directorate- phase 2/3 | Emergency Management Liaison | 0018 | GS | 13 | 14 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Directorate Phase 1 | Human Resources Specialist | 0201 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |

| Agency Level 2 Code | Agency Level 2 | Agency Level 3 | Position Title | Occupational Series Code | Pay Plan | Min Grade | Max Grade | PD Status | Duty Locations | Planned Number Of Hires | Target Hiring Frame | Planned Recruitment Method | Q1 Onboarded | Q2 Onboarded | Q3 Onboarded | Hiring Status | Recruitment Method Used | Assessment Used | Variance Reason | SHC Approval Date | Statutory Req | Statutory Detail | Presidential Priority | Presidential Priority Detail | Technology STEM | Early Career | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Directorate Phase 3 | Senior Operations Officer | 1001 | GS | 14 | 14 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Engineering/Transmissions | Broadcast Electronic Technician | 0856 | GS | 12 | 13 | Existing | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Engineering/Transmissions | Engineer | 0855 | GS | 13 | 14 | Existing | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Engineering/Transmissions | Senior Level Engineer | 0855 | GS | 15 | 15 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - IT Phase 1 | Information Technology Specialist (Custum | 2210 | GS | 12 | 12 | Existing | Miami, FL | 1 | Q4 | Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - IT Phase 2 | IT Security Specialist | 2210 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - IT Phase 2 | Network Administrator | 2210 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - IT Phase 2 | System Administrator | 2210 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Marathon Transmitter | Electronic Technician (Marathon) | 0856 | GS | 12 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - News/Desk Phase 1 | Assignment Manager-Titling in News Center | 1082 | GS | 14 | 14 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Operations Phase 3 | Facilities/Inventory - General Srvc. Spec. | 1601 | GS | 11 | 11 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Operations Phase 4 | Telecommunications Manager | 0391 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |

| Agency Level 2 Code | Agency Level 2 | Agency Level 3 | Position Title | Occupational Series Code | Pay Plan | Min Grade | Max Grade | PD Status | Duty Locations | Planned Number Of Hires | Target Hiring Frame | Planned Recruitment Method | Q1 Onboarded | Q2 Onboarded | Q3 Onboarded | Hiring Status | Recruitment Method Used | Assessment Used | Variance Reason | SHC Approval Date | Statutory Req | Statutory Detail | Presidential Priority | Presidential Priority Detail | Technology STEM | Early Career | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Programming Phase 1 | Managing Editor AM | 1001 | GS | 13 | 14 | New | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Programming Phase 1 | Managing Editor PM | 1001 | GS | 13 | 14 | New | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Radio Marti Phase 1/2 | Director Radio Marti | 1001 | GS | 15 | 15 | Existing | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - Radio Tech Ops Phase 2 | Radio Broadcast Technician | 1001 | GS | 12 | 12 | Existing | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Marti Phase 3 | Booking Manager | 1001 | GS | 12 | 12 | New | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Marti Phase 1/2 | Executive Producer - Specials/Acquisitions | 1071 | GS | 13 | 14 | Existing | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Marti Phase 1/2 | Executive Producer Show-look for VOA PD | 1071 | GS | 13 | 14 | Existing | Miami, FL | 6 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Marti Phase 3 | Host - International Broadcaster | 1001 | GS | 12 | 13 | Existing | Miami, FL | 4 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Technical Department | Audio Tech A1 Super | 1071 | GS | 12 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Technical Department | Feeds Supervisor | 1071 | GS | 12 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Technical Department | Master Control/Supervisor | 1001 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Technical Department | Media Manager Supervisor | 1001 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |

| Agency Level 2 Code | Agency Level 2 | Agency Level 3 | Position Title | Occupational Series Code | Pay Plan | Min Grade | Max Grade | PD Status | Duty Locations | Planned Number Of Hires | Target Hiring Frame | Planned Recruitment Method | Q1 Onboarded | Q2 Onboarded | Q3 Onboarded | Hiring Status | Recruitment Method Used | Assessment Used | Variance Reason | SHC Approval Date | Statutory Req | Statutory Detail | Presidential Priority | Presidential Priority Detail | Technology STEM | Early Career | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Technical Department | TD/Director /Supervisor | 1001 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting - TV Technical Department | Supervisory Xpression operator | 1001 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting-Greenville Phase 4 | Deputy Manager | 0301 | GS | 15 | 15 | Existing | Miami, FL | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting-Greenville Phase 4 | Electronics Technician | 0856 | GS | 12 | 13 | Existing | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting-Greenville Phase 4 | Financial Support Specialist | 0343 | GS | 9 | 11 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Cuba Broadcasting-Greenville Phase 4 | Program Support Specialist | 0343 | GS | 13 | 13 | New | Miami, FL | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of General Counsel | Attorney Advisor | 0905 | GS | 15 | 15 | New | Washington, DC | 1 | Q4 | Schedule A | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Human Resources | Hr Specialist (Classification) | 0201 | GS | 13 | 13 | Existing | Washington, DC | 1 | Q4 | Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Human Resources | Director Of Human Resources | 0201 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Security | Investigator | 1810 | GS | 11 | 12 | Existing | Washington, DC | 2 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | Office of Security | Director of Physcial Security | 0080 | GS | 14 | 14 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Engineering & Transmission Directorate | Telecommunications Manager, Spectrum Manageme | 0391 | GS | 13 | 14 | Existing | Washington, DC | 2 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |

| Agency Level 2 Code | Agency Level 2 | Agency Level 3 | Position Title | Occupational Series Code | Pay Plan | Min Grade | Max Grade | PD Status | Duty Locations | Planned Number Of Hires | Target Hiring Frame | Planned Recruitment Method | Q1 Onboarded | Q2 Onboarded | Q3 Onboarded | Hiring Status | Recruitment Method Used | Assessment Used | Variance Reason | SHC Approval Date | Statutory Req | Statutory Detail | Presidential Priority | Presidential Priority Detail | Technology STEM | Early Career | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Engineering & Transmission Directorate | Operations And Stations, Station Manager | 0856 | FS | 3 | 1 | Existing | Washington, DC | 2 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Engineering & Transmission Directorate - T/IP | IT Specialist (Sys Analyst) | 2210 | GS | 14 | 14 | Existing | Washington, DC | 2 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Engineering & Transmission Directorate - T/IS | IT Specialist (Infosec) | 2210 | GS | 14 | 14 | Existing | Washington, DC | 6 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Engineering & Transmission Directorate - T/IS | IT Specialist (Plnplcy) | 2210 | GS | 13 | 14 | Existing | Washington, DC | 4 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Resource & Project Management Directorate | Administrative Officer | 0341 | GS | 13 | 14 | Existing | Washington, DC | 2 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Resource & Project Management Directorate | Facilities Director | 1601 | GS | 13 | 14 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Technology Support Svcs Directorate - NCC | Telecommunications Manager (Broadcasting Media | 0391 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Technology Support Svcs Directorate - CSS | IT Specialist (Custspt) | 2210 | GS | 12 | 14 | Existing | Washington, DC | 4 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | Y | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | TSI / Technology Support Svcs Directorate - NCC | Telecommunications Specialist(Broadcasting Media | 0391 | GS | 12 | 13 | Existing | Washington, DC | 4 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA | Director Of Creative Services | 1001 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA | Director Of Production Operations | 1071 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA Africa Division-Horn to Africa Service | INT BROADCASTER (TIGRIGNA) (MULTIME | 1001 | GS | 13 | 13 | Existing | Washington, DC | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |

| Agency Level 2 Code | Agency Level 2 | Agency Level 3 | Position Title | Occupational Series Code | Pay Plan | Min Grade | Max Grade | PD Status | Duty Locations | Planned Number Of Hires | Target Hiring Frame | Planned Recruitment Method | Q1 Onboarded | Q2 Onboarded | Q3 Onboarded | Hiring Status | Recruitment Method Used | Assessment Used | Variance Reason | SHC Approval Date | Statutory Req | Statutory Detail | Presidential Priority | Presidential Priority Detail | Technology STEM | Early Career | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA Africa Division-Horn to Africa Service | MULTIMEDIA SPECIALIST (AMHARIC) | 1001 | GS | 12 | 12 | Existing | Washington, DC | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA China Division | Chief Editor (Mandarin) | 1082 | GS | 14 | 14 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA China Division-Mandarin Service | INTERNATIONAL BROADCASTER (MULTIME | 1001 | GS | 12 | 12 | Existing | Washington, DC | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA Digital Office Strategy and Audience Development | Director Of Digital Operations | 1001 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA East Asia and Pacific Division-Vietnamese Service | INTERNATIONAL BROADCASTER (MULTIME | 1001 | GS | 12 | 12 | Existing | Washington, DC | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA Eurasia Division-Ukrainian Service | INT BROADCASTER (MULTIMEDIA) | 1001 | GS | 12 | 12 | Existing | Washington, DC | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA Latin America Division-Spanish Service | INTERNATIONAL BROADCASTER (MULTIME | 1001 | GS | 13 | 13 | Existing | Washington, DC | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA News Center | Director Of News/Assignment Desk | 1001 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA News Center | Director Of Global Expansion Desk | 1001 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA Persian Service | Chief Editor (Persian) | 1082 | GS | 14 | 14 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA Programming Directorate | Director Of Programming | 1001 | ES | 0 | 0 | New | Washington, DC | 1 | Q4 | SES | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA Programming Directorate | Deputy Director Of Programming | 1001 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |

| Agency Level 2 Code | Agency Level 2 | Agency Level 3 | Position Title | Occupational Series Code | Pay Plan | Min Grade | Max Grade | PD Status | Duty Locations | Planned Number Of Hires | Target Hiring Frame | Planned Recruitment Method | Q1 Onboarded | Q2 Onboarded | Q3 Onboarded | Hiring Status | Recruitment Method Used | Assessment Used | Variance Reason | SHC Approval Date | Statutory Req | Statutory Detail | Presidential Priority | Presidential Priority Detail | Technology STEM | Early Career | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA Programming Directorate | News Standards And Best Practices Editor | 1082 | GS | 15 | 15 | Existing | Washington, DC | 1 | Q4 | DE/Government Wide | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |
| IB00 | U.S. AGENCY FOR GLOBAL MEDIA | VOA South and Central Division-Pashto Service | INT BROADCASTER (PASHTO) | 1001 | GS | 12 | 12 | Existing | Washington, DC | 1 | Q4 | DE | 0 | 0 | 0 | Not Started | | | | 06/29/2026 | Y | International broadcasting | N | | N | N | |