**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br>Plaintiffs,<br>v.<br>KARI LAKE, et al.,<br>Defendants. | Civil Action No. 25-cv-1015 (RCL) |
| MICHAEL ABRAMOWITZ, et al.,<br>Plaintiffs,<br>v.<br>KARI LAKE, et al.,<br>Defendants. | Civil Action No. 25-cv-0887 (RCL) |

**DEFENDANTS' STATUS REPORT**

Defendants file this status report per the Court's order dated May 14, 2026.

**1.** Defendants incorporate by reference their May 21, 2026, status report with respect to the vacatur portions of the Court's March 17, 2026, partial summary judgment order.

**2.** Although the return-to-work requirement is stayed, some employees have returned since entry of the Court's partial summary judgment order. In the two weeks since Defendants' November 5, 2026, status report, ten employees have returned from administrative leave, and USAGM has hired two new employees.

Dated: November 19, 2026

Respectfully submitted,

JONATHAN A. GUYNN
Acting Assistant Attorney General

/s/ Brantley T. Mayers
BRANTLEY T. MAYERS
FL Bar #1039996
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 890-9874
Brantley.t.mayers@usdoj.gov

JEANINE FERRIS PIRRO
United States Attorney

SAMANTHA-JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Telephone: (202) 252-0888
Brett.Covington@usdoj.gov

*Attorneys for Defendants*